FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 01 2018

JAMES W. McCORMACK, CLERK
By: ~~~~~~~
                              DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX          §
CORPORATION; and ECOARK                    §
HOLDINGS, INC.                             §
                                           §          Civil Action No. 4:18-cv-500-JM
          Plaintiffs,                      §
                                           §          JURY TRIAL DEMANDED
                                           §
v.                                         §
                                           §
WALMART INC. f/k/a                         §
WAL-MART STORES, INC.                      §
                                           §
          Defendant.                       §

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Plaintiffs disclose the following corporate information as required by Rule 7.1 of the

Federal Rules of Civil Procedure:

Plaintiff Zest Labs, Inc., is a wholly owned subsidiary of publicly held Plaintiff Ecoark

Holdings, Inc.  No publicly held corporation owns 10% or more of the stock of Ecoark Holdings,

Inc.

A supplemental disclosure statement will be filed upon any change in the information

provided herein.

Dated: August 1, 2018                      Respectfully submitted,

                                           By: ~~~~~~~
                                           Fred I. Williams (*pro hac vice pending*)
                                           Texas State Bar No. 00794855
                                           Michael Simons (*pro hac vice pending*)
                                           Texas State Bar No. 24008042
                                           Jonathan L. Hardt (*pro hac vice pending*)
                                           Texas State Bar No. 24039906
                                           VINSON & ELKINS LLP
                                           2801 Via Fortuna, Suite 100

#4

Austin, TX 78746-7568
512.542.8400 telephone
512.542.8610 facsimile
fwilliams@velaw.com
msimons@velaw.com
jhardt@velaw.com

Todd E. Landis *(pro hac vice pending)*
Texas State Bar No. 24030226
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
214.220.7700 telephone
214.220.7716 facsimile
tlandis@velaw.com

Clifford Thau (*pro hac vice pending*)
New York State Bar No. 1786102
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
212.237.0000 telephone
212.237.0100 facsimile
cthau@velaw.com

Dustin B. McDaniel, Bar # 99011
Scott Richardson, Bar # 2001208
Bart Calhoun, Bar # 2011221
McDaniel, Richardson, & Calhoun PLLC
1020 West 4th St., Suite 410
Little Rock, AR 72201
501.235.8336
501.588.2104 fax
dmcdaniel@mrcfirm.com
scott@mrcfirm.com
bcalhoun@mrcfirm.com

Ross David Carmel, Esq. *(pro hac vice pending)*
New York State Bar No. 4686580
CARMEL, MILAZZO & DiCHIARA LLP
55 West 39th Street, 18th Floor
New York, New York 10018
(212) 658-0458 telephone
(646) 838-1314 facsimile
rcarmel@cmdllp.com

2

*Attorneys for Plaintiffs Zest Labs, Inc. f/k/a Intelleflex Corporation, and Ecoark Holdings, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2018, Defendant Walmart Inc. was served with the copy of the foregoing by having a process server deliver it to Defendant Walmart Inc.'s registered agent, The Corporation Company, at 124 West Capitol Avenue Suite 1900, Little Rock, AR 72201.

Scott P. Richardson