## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN District of Arkansas

Case Number: 4:18-CV-500-JM

Plaintiff:
**ZEST LABS, INC. F/K/A INTELLEFLEX CORPORATION; AND ECOARK HOLDINGS, INC**
vs.
Defendant:
**WALMART INC F/K/A WAL-MART STORES, INC**

For: Scott Richardson
McDaniel, Richardson & Calhoun

Received by MYERS ATTORNEY'S SERVICE to be served on **WALMART, INC. BY SERVING THE CORPORATION COMPANY, 124 WEST CAPITOL AVENUE, SUITE 1900, LITTLE ROCK, AR 72201**. I, _Marrissa Doan_, being duly sworn, depose and say that on the _1_ day of _August_, 20_18_ at _1:21 p_.m., executed service by delivering a true copy of the **CIVIL CASE COVER SHEET, SUMMONS IN A CIVIL ACTION, NOTICE, CONSENT, AND REFERENCE IN A CIVIL ACTION TO A MAGISTRATE JUDGE, COMPLAINT, EXHIBITS, MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL AND TO ESTABLISH BRIEFING SCHEDULE RELATING TO POTENTIALLY CONFIDENTIAL INFORMATION IN COMPLAINT, BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL AND TO ESTABLISH BRIEFING SCHEDULE RELATING TO POTENTIALLY CONFIDENTIAL INFORMATION IN COMPLAINT, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

( ) CORPORATE SERVICE: By Serving _Karen Price_ as _Intake Specialist_.

( ) OTHER SERVICE: See Comments Below:
( ) NON SERVICE: See Comments Below:
Service Was Completed At:
(✓) ADDRESS ABOVE
( ) OTHER ADDRESS: _____

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Marrissa Doan_
PROCESS SERVER # _NA_
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on _8/1/18_ by the affiant who is personally known to me.

MICHELLE FREELS
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires September 21, 2022
Commission No. 12390012

_Michelle Freels_
NOTARY PUBLIC

MYERS ATTORNEY'S SERVICE
323 Center Street
Suite 1425
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2018009361

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2f

