IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ZEST LABS, INC. F/K/A INTELLEFLEX
CORPORATION AND ECOARK HOLDINGS, INC.                                   PLAINTIFFS

v.                             CASE NO. 4:18-CV-00500-JM

WALMART INC. F/K/A WAL-MART STORES, INC.                                DEFENDANT

**MOTION OF WALMART INC. F/K/A WAL-MART STORES, INC.
FOR EXTENSION OF TIME TO FILE RESPONSE
TO PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc. ("Walmart"), for its Motion for Extension of Time to File Response to Plaintiffs' Motion for Leave to File Complaint Under Seal, respectfully states:

1. On August 1, 2018, Plaintiffs filed their Motion for Leave to File Complaint Under Seal and to Establish Briefing Schedule Relating to Potentially Confidential Information in Complaint.

2. On August 1, 2018, this Court entered an order requiring Walmart to respond to the motion within ten (10) days of service. (ECF 8.) As that date falls on Saturday, August 11, Walmart's response is due on August 13, 2018.

3. Undersigned counsel has recently been retained by Walmart in this matter. Counsel requires additional time to confer with Walmart to determine whether the information redacted from the publicly-available version of the Complaint should remain confidential or whether the Complaint can be unsealed.

4. Walmart therefore requests an additional fourteen (14) days, through and including August 27, 2018, to respond to the Motion for Leave to File Complaint Under Seal.

WHEREFORE, for the foregoing reasons, Defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc. respectfully requests that this Court extend its time to respond to Plaintiffs' Motion for Leave to File Complaint Under Seal through and including August 27, 2018.

    QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
jtull@qgtlaw.com
cpekron@qgtlaw.com

By: /s/ John E. Tull III
    John E. Tull III (84150)
    Chad W. Pekron (2008144)

*Attorneys for Defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on this 13th day of August 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                        /s/ John E. Tull III
                                        John E. Tull III