IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC.<br><br>　　　　Defendant. | § § § § § § § § § § § § | Civil Action No. 4:18-cv-500-JM<br><br>JURY TRIAL DEMANDED |
|---|---|---|

## **AGREED SCHEDULING ORDER**

It is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| Date | Event |
|---|---|
| [Proposed]<br><br>June 1, 2020 | Jury Trial<br><br>Parties shall be prepared to start the evidentiary phase of trial immediately following jury selection. |
| [Proposed]<br><br>June 1, 2020 | 9:00 a.m. Jury selection |
| [Proposed]<br><br>May 21, 2020 | 10:00 a.m. Pretrial conference before Judge Moody |
| May 8, 2020 | Deadline to file notice of time requested for (1) voir dire; (2) opening statements; (3) direct and cross examinations; and (4) closing arguments |
| May 8, 2020 | Deadline to file responses to motions in limine |
| May 1, 2020 | Deadline to file motions in limine and pretrial objections |

| | |
|---|---|
| May 1, 2020 | Deadline to file joint final pretrial order, joint proposed jury instructions with citation to authority and form of the verdict for jury trial. |
| April 24, 2020 | Deadline to exchange objections to pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) that were exchanged on April 17, 2018.<br><br>For video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations after the resolution of, or the Court's rulings on, objections. |
| April 17, 2020 | Deadline to file notice of request for daily transcript and/or real time reporting of court proceedings due. |
| April 17, 2020 | Deadline to exchange pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party without the Burden of Proof. Deadline to exchange objections to pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) that were exchanged on April 3, 2018.<br><br>Each party who proposes to offer deposition testimony shall serve a disclosure identifying the page and line numbers to be offered. |
| April 3, 2020 | Deadline to exchange pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof.<br><br>Each party who proposes to offer deposition testimony shall serve a disclosure identifying the page and line numbers to be offered. |
| [Proposed]<br><br>March 17, 2020 | Hearing on any remaining dispositive motions (including *Daubert*) |
| February 19, 2020 | Deadline to file reply to any dispositive motions and/or any other motions that may require a hearing (including *Daubert*). |
| February 12, 2020 | Deadline to file response to any dispositive motions and/or any other motions that may require a hearing (including *Daubert*). |
| January 22, 2020 | Deadline to file dispositive motions and any other motions that may require a hearing (including *Daubert*) |
| December 20, 2019 | Expert Discovery deadline |
| November 22, 2019 | Deadline for parties to designate rebuttal expert witnesses. Rebuttal expert reports due. |

| | |
|---|---|
| October 24, 2019 | Deadline for parties with burden of proof designate expert witnesses. Expert reports due for party with burden of proof. |
| October 15, 2019 | Fact Discovery deadline |
| June 1, 2019 | Deadline to file amended pleadings |
| March 1, 2019 | Deadline for Parties to substantially complete document production |
| January 11, 2019 | Deadline to exchange initial privilege logs (parties will supplement privilege logs if additional materials are withheld based on privilege after this date) |
| November 9, 2018 | Deadline to exchange initial disclosures |
| November 9, 2018 | Deadline for Parties to submit proposed discovery order |
| November 2, 2018 | Deadline for Parties to submit proposed protective order |
| October 26, 2018 | Deadline for Walmart's Answer & Counterclaims |

IT IS SO ORDERED this ___ day of October 2018.

_____

United States District Judge