IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC.<br><br>Defendant. | §§§§§§§§§§§§ | Civil Action No. 4:18-cv-500-JM<br><br>JURY TRIAL DEMANDED |

## **SCHEDULING ORDER**

It is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| Date | Event |
|---|---|
| June 1, 2020 | Jury Trial<br><br>Parties shall be prepared to start the evidentiary phase of trial immediately following jury selection |
| June 1, 2020 | 9:00 a.m. Jury selection |
| May 21, 2020 | 10:00 a.m. Pretrial conference before Judge Moody |
| May 8, 2020 | Deadline to file notice of time requested for (1) voir dire; (2) opening statements; (3) direct and cross examinations; and (4) closing arguments |
| May 8, 2020 | Deadline to file responses to motions in limine |

| | |
|---|---|
| May 1, 2020 | Deadline to file motions in limine and pretrial objections |
| May 1, 2020 | Deadline to file joint final pretrial order, joint proposed jury instructions with citation to authority and form of the verdict for jury trial |
| April 24, 2020 | Deadline to exchange objections to pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) that were exchanged on April 17, 2020<br><br>For video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations after the resolution of, or the Court's rulings on, objections |
| April 17, 2020 | Deadline to file notice of request for daily transcript and/or real time reporting of court proceedings due. |
| April 17, 2020 | Deadline to exchange pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party without the Burden of Proof<br><br>Deadline to exchange objections to pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) that were exchanged on April 3, 2020<br><br>Each party who proposes to offer deposition testimony shall serve a disclosure identifying the page and line numbers to be offered |
| April 3, 2020 | Deadline to exchange pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof<br><br>Each party who proposes to offer deposition testimony shall serve a disclosure identifying the page and line numbers to be offered |
| TBD | Hearing on any remaining dispositive motions (including Daubert) |
| March 27, 2020 | Deadline to file reply to any dispositive motions and/or any other motions that may require a hearing (including Daubert) |
| March 20, 2020 | Deadline to file response to any dispositive motions and/or any other motions that may require a hearing (including Daubert) |

| February 28, 2020 | Deadline to file dispositive motions and any other motions that may require a hearing (including Daubert) |
| --- | --- |
| January 31, 2020 | Expert Discovery deadline |

The motions to modify the scheduling order (ECF Nos. 166, 168) are GRANTED.

IT IS SO ORDERED this 26th day of November 2019.

_____
United States District Judge