

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 8 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC. | § § § § | **FILED UNDER SEAL** |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-500-JM |
| WALMART INC. f/k/a WAL-MART STORES, INC. | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## ZEST LABS INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT WALMART USED AND DISCLOSED ZEST'S INFORMATION IN THE WALMART APPLICATIONS

Zest Labs, Inc. ("Zest") moves for partial summary judgment that that Walmart used and disclosed Zest's information in the Walmart Applications.

Walmart filed a provisional patent application on "predicting shelf life based on item specific metrics" on November 10, 2017 (the "Walmart Provisional Application"), and then filed a substantively identical non-provisional patent application on August 27, 2018 (the "Walmart Application")(collectively the "Walmart Applications").

To prove misappropriation, both the Arkansas Trade Secret Act and the Defend Trade Secrets Act require a showing that (1) the trade secrets exist; (2) use or disclosure by Walmart without consent; and (3) a duty by Walmart to maintain secrecy or limit use. Zest Labs, Inc. ("Zest") files this motion for partial summary judgment on issues (2) and (3) only. Zest moves for

summary judgment on these issues because there is no genuine dispute that Zest information was used to prepare the contents of the Walmart Applications.

There is no genuine dispute on the following issues:

1. Walmart used Zest information, without the express or implied consent of Zest, in preparing the contents of the Walmart Applications.

2. Walmart disclosed the contents of the Walmart Application to the public when it allowed the Walmart Application to publish and did so without Zest's consent.

3. Walmart knew that it owed a duty to keep Zest's information secret or limit its use.

Given these undisputed facts, Zest is entitled to judgment as a matter of law that Walmart used and disclosed Zest's information in the Walmart Applications without Zest's consent, while under a duty to keep the information secret or limit its use.

Dated: February 28, 2020                Respectfully submitted,

                                        By: */s/* Michael Simons
                                        Fred I. Williams (*pro hac vice*)
                                        Texas State Bar No. 00794855
                                        Michael Simons (*pro hac vice*)
                                        Texas State Bar No. 24008042
                                        Todd E. Landis *(pro hac vice)*
                                        Texas State Bar No. 24030226
                                        Jonathan L. Hardt (*pro hac vice*)
                                        Texas State Bar No. 24039906
                                        WILLIAMS SIMONS & LANDIS PLLC
                                        327 Congress Ave., Suite 490
                                        Austin, TX 78701
                                        512.543.1354
                                        fwilliams@wsltrial.com
                                        msimons@wsltrial.com
                                        tlandis@wsltrial.com
                                        jhardt@wsltrial.com

                                        Dustin B. McDaniel, Bar # 99011

        Scott Richardson, Bar # 2001208
        Bart Calhoun, Bar # 2011221
        McDaniel, Richardson, & Calhoun PLLC
        1020 West 4th St., Suite 410
        Little Rock, AR 72201
        501.235.8336
        501.588.2104 fax
        dmcdaniel@mrcfirm.com
        scott@mrcfirm.com
        bcalhoun@mrcfirm.com

        Ross David Carmel, Esq. *(pro hac vice)*
        New York State Bar No. 4686580
        CARMEL, MILAZZO & DiCHIARA LLP
        55 West 39th Street, 18th Floor
        New York, New York 10018
        (212) 658-0458 telephone
        (646) 838-1314 facsimile
        rcarmel@cmdllp.com

        *Attorneys for Plaintiffs Zest Labs, Inc. f/k/a*
        *Intelleflex Corporation, and Ecoark Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2020, the foregoing document was served on all counsel of record, via electronic mail and the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

          */s/* Michael Simons
          Michael Simons

PUBLIC VERSION