FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 8 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC. | § § § § | **FILED UNDER SEAL** |
| Plaintiffs, | § § | Civil Action No. 4:18-cv-500-JM |
| v. | § § | |
| WALMART INC. f/k/a WAL-MART STORES, INC. | § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## ZEST LABS INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT INFORMATION IN WALMART'S PATENT APPLICATION WAS NOT GENERALLY KNOWN OR READILY ASCERTAINABLE

Zest Labs, Inc. ("Zest") moves for partial summary judgment that the information disclosed in Figure 3, paragraphs 60-64, and the systems and methods claimed in the Walmart Application were not generally known or readily ascertainable.

Walmart filed a provisional patent application on "predicting shelf life based on item specific metrics" on November 10, 2017 (the "Walmart Provisional Application"), and then filed a substantively identical non-provisional patent application on August 27, 2018 (the "Walmart Application")(collectively the "Walmart Applications").

Walmart has admitted, as it must, that the information disclosed in Figure 3, paragraphs 60-64, and the systems and methods claimed in the Walmart Application were not generally known or readily ascertainable. Given these undisputed facts, judgment as a matter of law should entered as follows: (1) the information contained in Figure 3 was not generally known and was not readily

ascertainable; (2) the information contained in paragraphs 60-64 was not generally known and was not readily ascertainable; and (3) the systems and methods claimed in the Walmart Application were not generally known and were not readily ascertainable.

Dated: February 28, 2020

Respectfully submitted,

By: */s/* Michael Simons
Fred I. Williams (*pro hac vice*)
Texas State Bar No. 00794855
Michael Simons (*pro hac vice*)
Texas State Bar No. 24008042
Todd E. Landis *(pro hac vice)*
Texas State Bar No. 24030226
Jonathan L. Hardt (*pro hac vice*)
Texas State Bar No. 24039906
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
512.543.1354
fwilliams@wsltrial.com
msimons@wsltrial.com
tlandis@wsltrial.com
jhardt@wsltrial.com

Dustin B. McDaniel, Bar # 99011
Scott Richardson, Bar # 2001208
Bart Calhoun, Bar # 2011221
McDaniel, Richardson, & Calhoun PLLC
1020 West 4th St., Suite 410
Little Rock, AR 72201
501.235.8336
501.588.2104 fax
dmcdaniel@mrcfirm.com
scott@mrcfirm.com
bcalhoun@mrcfirm.com

Ross David Carmel, Esq. *(pro hac vice)*
New York State Bar No. 4686580
CARMEL, MILAZZO & DiCHIARA LLP
55 West 39th Street, 18th Floor
New York, New York 10018

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

(212) 658-0458 telephone
(646) 838-1314 facsimile
rcarmel@cmdllp.com

*Attorneys for Plaintiffs Zest Labs, Inc. f/k/a*
*Intelleflex Corporation, and Ecoark Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, the foregoing document was served on all counsel of record, via electronic mail and the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

_/s/ Michael Simons_
Michael Simons

PUBLIC VERSION

███████████████████████████████████