███████████████████████████████

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 8 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC. | § § § § | **FILED UNDER SEAL** |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-500-JM |
| WALMART INC. f/k/a WAL-MART STORES, INC. | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

**ZEST LABS INC.'S**
**MOTION FOR SUMMARY JUDGMENT**
**ON ITS CLAIM FOR BREACH OF CONTRACT**

Zest Labs Inc. ("Zest") moves for summary judgment on its claims for breach of contract against Walmart Inc.

There is no material factual dispute that (1) Walmart contracted not to use or disclose Zest Labs Inc.'s confidential information; (2) Walmart received confidential information from Zest under that contract; and (3) Walmart then used and disclosed that confidential information violation of the contract. While there are many other instances where Walmart breached its contracts with Zest, the breaches cited in (1) this Motion; (2) Zest's Statement of Undisputed Facts in Support of its Motion for Summary Judgment on its Breach of Contract; and (3) Zest's Brief in Support of its Motion for Summary Judgment on its Breach of Contract filed with this motion, are undisputed, and each of them alone is enough to support summary judgment in favor of Zest on

its breach of contract claim as a matter of law.   As a result, summary judgment should be granted

in favor of Zest on its claim for breach of contract.

Dated: February 28, 2020                   Respectfully submitted,

By: */s/* Michael Simons
Fred I. Williams (*pro hac vice*)
Texas State Bar No. 00794855
Michael Simons (*pro hac vice*)
Texas State Bar No. 24008042
Todd E. Landis *(pro hac vice)*
Texas State Bar No. 24030226
Jonathan L. Hardt (*pro hac vice*)
Texas State Bar No. 24039906
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
512.543.1354
fwilliams@wsltrial.com
msimons@wsltrial.com
tlandis@wsltrial.com
jhardt@wsltrial.com

Dustin B. McDaniel, Bar # 99011
Scott Richardson, Bar # 2001208
Bart Calhoun, Bar # 2011221
McDaniel, Richardson, & Calhoun PLLC
1020 West 4th St., Suite 410
Little Rock, AR 72201
501.235.8336
501.588.2104 fax
dmcdaniel@mrcfirm.com
scott@mrcfirm.com
bcalhoun@mrcfirm.com

Ross David Carmel, Esq. *(pro hac vice)*
New York State Bar No. 4686580
CARMEL, MILAZZO & DiCHIARA LLP
55 West 39th Street, 18th Floor
New York, New York 10018

PUBLIC VERSION

(212) 658-0458 telephone
(646) 838-1314 facsimile
rcarmel@cmdllp.com

*Attorneys for Plaintiffs Zest Labs, Inc. f/k/a*
*Intelleflex Corporation, and Ecoark Holdings, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 28, 2020, the foregoing document was served on all counsel of record, via electronic mail and the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

_____*/s/* Michael Simons_____
Michael Simons