IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC.<br><br>Defendant. | § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-500-JM |

# SCHEDULING ORDER

It is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| Event | Date |
|---|---|
| Jury Trial<br><br>Parties shall be prepared to start the evidentiary phase of trial immediately following jury selection | March 29, 2021 |
| 9:00 a.m. Jury selection | March 29, 2021 |
| 10:00 a.m. Pretrial conference before Judge Moody | March 15, 2021 |
| Deadline to file responses to motions in limine | March 10, 2021 |
| Deadline to file motions in limine and pretrial objections | March 5, 2021 |
| Deadline to file joint final pretrial order, joint proposed jury instructions with citation to authority and form of the verdict for jury trial | March 2, 2021 |
| Deadline to exchange objections to pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) that were exchanged on February 16, 2021 | February 23, 2021 |

| | |
|---|---|
| For video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations after the resolution of, or the Court's rulings on, objections | |
| Deadline to file notice of request for daily transcript and/or real time reporting of court proceedings due. | February 23, 2021 |
| Deadline to exchange pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party without the Burden of Proof<br><br>Deadline to exchange objections to pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) that were exchanged on February 9, 2021<br><br>Each party who proposes to offer deposition testimony shall serve a disclosure identifying the page and line numbers to be offered | February 16, 2021 |
| Deadline to exchange pretrial disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof<br><br>Each party who proposes to offer deposition testimony shall serve a disclosure identifying the page and line numbers to be offered | February 9, 2021 |
| Hearing on any remaining dispositive motions | TBD |

IT IS SO ORDERED this 20th day of October 2020.

_____
United States District Judge