**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | | |
|---|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC. | § § § | |
| Plaintiffs, | § | Civil Action No. 4:18-cv-500-JM |
| v. | § | |
| WALMART INC. f/k/a WAL-MART STORES, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**PLAINTIFFS' MOTION FOR AN ORDER REVISING THE DESIGNATION OF CERTAIN WALMART DOCUMENTS TO CONFIDENTIAL PURSUANT TO SECTION 3 OF THE PROTECTIVE ORDER**

Plaintiffs Zest Labs, Inc. and Ecoark Holdings, Inc. (collectively "Zest") file this Motion seeking an order that certain Walmart documents be re-designated as CONFIDENTIAL under the terms of the Protective Order ("Protective Order") as opposed to HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL ONLY ("Attorneys Eyes Only").

Walmart has designated tens of thousands of documents in this case Attorneys Eyes Only. As set forth in the accompanying brief, Zest presents here 299 documents that should be re-designated as Confidential. In fact, many of the emails in this set that Walmart has labeled Walmart Attorneys Eyes Only are actually emails where Walmart is sending around information from Zest or discussing Zest.

The accompanying brief establishes that the Court should grant this Motion because Walmart has not satisfied its burden under the Protective Order to designate these materials as HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL ONLY. The documents will remain CONFIDENTIAL under the Protective Order and they will still be fully protected from public view, but the re-designation will allow the trial to proceed more.

1

Dated: February 26, 2021                                Respectfully submitted,


                                                        By: *Fred I. Williams*
                                                        Fred I. Williams (*pro hac vice*)
                                                        Texas State Bar No. 00794855
                                                        Michael Simons (*pro hac vice*)
                                                        Texas State Bar No. 24008042
                                                        Todd E. Landis *(pro hac vice)*
                                                        Texas State Bar No. 24030226
                                                        Jonathan L. Hardt (*pro hac vice*)
                                                        Texas State Bar No. 24039906
                                                        Sarah Tishler (*pro hac vice*)
                                                        New York State Bar No. 543525
                                                        WILLIAMS SIMONS & LANDIS PLLC
                                                        327 Congress Ave., Suite 490
                                                        Austin, TX 78701
                                                        512.543.1354
                                                        fwilliams@wsltrial.com
                                                        msimons@wsltrial.com
                                                        tlandis@wsltrial.com
                                                        jhardt@wsltrial.com
                                                        stishler@wsltrial.com


                                                        Dustin B. McDaniel, Bar # 99011
                                                        Scott Richardson, Bar # 2001208
                                                        Bart Calhoun, Bar # 2011221
                                                        McDaniel, Richardson, & Calhoun PLLC
                                                        1020 West 4th St., Suite 410
                                                        Little Rock, AR 72201
                                                        501.235.8336
                                                        501.588.2104 fax
                                                        dmcdaniel@mrcfirm.com
                                                        scott@mrcfirm.com
                                                        bcalhoun@mrcfirm.com

                                                        Ross David Carmel, Esq. *(pro hac vice)*
                                                        New York State Bar No. 4686580
                                                        CARMEL, MILAZZO & DiCHIARA LLP
                                                        55 West 39th Street, 18th Floor
                                                        New York, New York 10018
                                                        (212) 658-0458 telephone
                                                        (646) 838-1314 facsimile
                                                        rcarmel@cmdllp.com

*Attorneys for Plaintiffs Zest Labs, Inc. f/k/a Intelleflex Corporation, and Ecoark Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 26, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*Fred I. Williams*
Fred I. Williams

## **CERTIFICATE OF CONFERENCE**

I certify that on February 19, 2021, Plaintiff's counsel conferred by email and telephone with Defendants counsel about whether Defendant opposes this motion.  Defendant's counsel responded that he opposed the relief sought by the motion.

*Fred I. Williams*
Fred I. Williams