## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | | |
|---|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC. | § § § | |
| Plaintiffs, | § | Civil Action No. 4:18-cv-500-JM |
| v. | § | |
| WALMART INC. f/k/a WAL-MART STORES, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER REVISING THE DESIGNATION OF CERTAIN WALMART DOCUMENTS TO CONFIDENTIAL PURSUANT TO SECTION 3 OF THE PROTECTIVE ORDER

The Court has considered Plaintiffs' Motion for an Order Revising the Designation of Certain Walmart Documents to Confidential Pursuant to Section 3 of the Protective Order and finds the Motion should be GRANTED. It is therefore ORDERED that the documents identified in Ex. A to Plaintiffs' motion are re-designated from HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY to CONFIDENTIAL.

IT IS SO ORDERED this ____ day of _____ 2021.

_____
United States District Judge