IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR − 9 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

ZEST LABS, INC. and ECOARK
HOLDINGS, INC.                                                              **PLAINTIFFS**

V.                               4:18CV00500 JM

WALMART INC.                                                                **DEFENDANT**

## INTERROGATORIES and VERDICT FORMS

## 1. Zest Labs' Claims for Misappropriation of Trade Secrets Against Walmart

**INTERROGATORY NO. 1-A**: Do you find, by the greater weight of the evidence, that Walmart misappropriated Zest Labs' trade secret?

\_\_\_\_\_Yes\_\_\_\_\_
(Yes or No)

April 9, 2021
(Date)

Diane E Poppleton
(Signature of Foreperson)

If your answer is "Yes," proceed to and answer Interrogatory No. 1-B. If your answer is "No," proceed to Interrogatory No. 1-E without answering Interrogatory Nos. 1-B, 1-C or 1--D.

**INTERROGATORY NO. 1-B**: What amount do you find, by the greater weight of the evidence, reasonably and fairly compensates Zest Labs for Walmart's misappropriation?

$ 60,000,000

April 9, 2021
(Date)

Diane E Poppleton
(Signature of Foreperson)

Proceed to and answer Interrogatory No. 1-C after answering this Interrogatory.

**INTERROGATORY NO. 1-C**: Do you find, by the greater weight of the evidence, that Walmart's misappropriation of Zest Labs' trade secret was willful and malicious?

\_\_\_\_\_Yes\_\_\_\_\_
(Yes or No)

April 9, 2021
(Date)

Diane E Poppleton
(Signature of Foreperson)

If you answer "Yes" to 1-C, proceed to and answer 1-D. If you answer "No" to 1-C, proceed to and answer 2-A.

**INTERROGATORY NO. 1-D**: What amount do you award to Zest Labs for exemplary damages?

$ 50,000,000

April 9, 2021
(Date)

Dane E Poppleton
(Signature of Foreperson)

**Proceed to and answer Interrogatory No. 2-A after answering this Interrogatory.**

**INTERROGATORY NO. 1-E**: Do you find by the greater weight of the evidence that Zest Labs filed its claim for misappropriation of trade secrets in bad faith?

_____
(Yes or No)

_____           _____
(Date)                                              (Signature of Foreperson)

**Proceed to and answer Interrogatory No. 2-A after answering this Interrogatory.**

## 2. Zest Labs' Breach of Contract Claim Against Walmart

**INTERROGATORY NO. 2-A**: Do you find, by the greater weight of the evidence, that Denise Sharpe had authority to bind Walmart to the 2015 Nondisclosure Agreement ("2015 NDA") by her June 30, 2017 through July 1, 2017 emails to Zest Labs?

_Yes_
(Yes or No)

April 9, 2021
(Date)

Diane E Poppleton
(Signature of Foreperson)

**If your answer is "Yes," proceed to and answer Interrogatory No. 2-B. If your answer is "No," proceed to Interrogatory No. 3.**

**INTERROGATORY NO. 2-B**: If you responded "yes" to Interrogatory No. 2-A above, do you find, by the greater weight of the evidence, that Ms. Sharpe's authority extended to all confidential information given to Walmart from June 30, 2017 until the end of Zest Lab's relationship with Walmart?

_Yes_
(Yes or No)

April 9, 2021
(Date)

Diane E Poppleton
(Signature of Foreperson)

**INTERROGATORY NO. 2-C**: Do you find, by the greater weight of the evidence, that Walmart breached the 2015 Nondisclosure Agreement ("2015 NDA") with Zest Labs?

_Yes_
(Yes or No)

April 9, 2021
(Date)

Diane E Poppleton
(Signature of Foreperson)

If your answer is "Yes" to Interrogatory 2-C, proceed to and answer Interrogatory No. 2-D. If your answer is "No" to Interrogatory 2-C, proceed to Interrogatory No. 3.

**INTERROGATORY NO. 2-D**: What amount do you find, by the greater weight of the evidence, reasonably and fairly compensates Zest Labs for Walmart's breach of the 2015 Nondisclosure Agreement ("2015 NDA")?

$ 5,000,000

April 9, 2021
(Date)

Diane E Poppleton
(Signature of Foreperson)

### 3. Zest Labs' Fraudulent Inducement Defense Against Walmart

**INTERROGATORY NO. 3**: Do you find, by the greater weight of the evidence, that Walmart fraudulently induced Zest Labs to enter into the 2018 Statement of Work ("2018 SOW") with Walmart?

                                              _yes_
                                            (Yes or No)

April 9, 2021                        _Diane E Poppleton_
(Date)                                       (Signature of Foreperson)

**If your answer is "Yes," do not answer Interrogatories 4A or 4B. If your answer is "No," proceed to and answer Interrogatory 4A.**

### 4. Walmart's Breach of Contract Claim Against Zest

**INTERROGATORY NO. 4-A**: Do you find, by the greater weight of the evidence, that Zest Labs breached its 2018 Statement of Work ("2018 SOW") with Walmart?

_____

(Yes or No)

_____          _____
(Date)                                                (Signature of Foreperson)

**If your answer is "Yes," proceed to and answer Interrogatory No. 4-B. If your answer is "No," your deliberations are complete.**

**INTERROGATORY NO. 4-B**: What amount do you find, by the greater weight of the evidence, reasonably and fairly compensates Walmart for Zest Lab's breach of the 2018 Statement of Work ("2018 SOW")?

$_____

_____          _____
(Date)                                                (Signature of Foreperson)

**Your deliberations are complete. Please notify the Court Security Officer.**