Case No. **4:18-cv-00500-JM**

Style: **ZEST LABS, INC. and ECOARK HOLDINGS, INC. v. WALMART INC.**

**EXHIBIT AND WITNESS LISTS**

for the Jury Trial held March 29, 2021, through April 9, 2021, in Little Rock, Arkansas, before United States District Judge James M. Moody Jr.

## PLAINTIFFS' EXHIBITS RECEIVED DURING TRIAL

| 3/29/2021 | 3/30/2021 | 3/31/2021 | 4/1/2021 | 4/2/2021 | 4/5/2021 | 4/6/2021 | 4/7/2021 | 4/8/2021 |
|---|---|---|---|---|---|---|---|---|
| | 317 | 1172 | 1301 | 1777 | 412 | 1367 | 250 | 47 |
| | 417 | 1173 | 619A | 1785 | 1187 | 398 | 306 | 872 |
| | 102 | 320 | 1252 | 340 | 761 | 205 | 318 | 203 |
| | 1241 | | | | 762 | 715 | 112 | 212 |
| | 1717 | | | | 166 | 270 | 98 | 213 |
| | 598 | | | | | 399 | 91 | 209 |
| | 329 | | | | | | 100 | 97 |
| | 1409 | | | | | | 93 | 210 |
| | 1674 | | | | | | 123 | 211 |
| | 1715 | | | | | | | 239 |
| | 1719 | | | | | | | 323A |
| | 1721 | | | | | | | 206 |
| | 343 | | | | | | | |
| | 801 | | | | | | | |
| | 1150 | | | | | | | |
| | 1185 | | | | | | | |
| | 1187 | | | | | | | |
| | 67 | | | | | | | |
| | 640 | | | | | | | |
| | 190 | | | | | | | |
| | 1249 | | | | | | | |
| | 55 | | | | | | | |
| | 1383 | | | | | | | |
| | 418 | | | | | | | |
| | 636 | | | | | | | |
| | 325 | | | | | | | |
| | 1191 | | | | | | | |
| | 316 | | | | | | | |
| | 358 | | | | | | | |
| | 1293 | | | | | | | |
| | 1294 | | | | | | | |
| | 1468 | | | | | | | |
| | 402 | | | | | | | |
| | 414 | | | | | | | |
| | 629 | | | | | | | |
| | 161 | | | | | | | |
| | 308 | | | | | | | |
| | 1443 | | | | | | | |
| | 903 | | | | | | | |
| | 1263 | | | | | | | |
| | 1264 | | | | | | | |
| | 335 | | | | | | | |
| | 997 | | | | | | | |
| | 52 | | | | | | | |
| | 374-A | | | | | | | |
| | 416 | | | | | | | |
| | 92 | | | | | | | |

# DEFENDANT'S EXHIBITS RECEIVED DURING TRIAL

| 3/30/2021 | 3/31/2021 | 4/1/2021 | 4/2/2021 | 4/5/2021 | 4/6/2021 | 4/7/2021 | 4/8/2021 |
|---|---|---|---|---|---|---|---|
| 45 | 743 | 181 | 80 | 641 | 330 | 296 | 450 |
| 1002 | 394 | 432 | 468 | 387 | 41 | 248 | 132 |
| 93 | 762 | | 147 | 215 | 42 | 680 | 240 |
| | 160 | | | 619 | 550 | 249 | 22 |
| | 123 | | | 781 | 217 | 246 | 182 |
| | 193 | | | 216 | 358 | 676 | 597R |
| | 763 | | | 769 | 714 | 640 | 715R |
| | 443 | | | 642 | 444 | 713 | 759R |
| | 183 | | | | 581 | 424 | |
| | 205 | | | | part) | 333 | |
| | 293 | | | | 338 | 791 | |
| | 98 | | | | | 385 | |
| | 99 | | | | | 388 | |
| | 157 | | | | | 618 | |
| | 95 | | | | | 620 | |
| | 39 | | | | | 621 | |
| | 97 | | | | | 780 | |
| | 183 | | | | | 623 | |
| | 5 | | | | | 626 | |
| | 750 | | | | | 315 | |
| | 335 | | | | | | |
| | 40 | | | | | | |
| | 185 | | | | | | |
| | 214 | | | | | | |
| | 68 | | | | | | |
| | 58 | | | | | | |
| | 732 | | | | | | |
| | 771 | | | | | | |
| | 751 | | | | | | |
| | 775 | | | | | | |
| | 184 | | | | | | |
| | 749 | | | | | | |
| | 776 | | | | | | |
| | 766 | | | | | | |

# COURT EXHIBITS and PLAINTIFFS' EXHIBITS RECEIVED FROM DEPOSITIONS

| COURT | FORAN | RANKIN | MUSANI | GAUKLER | THORPE | CHERIAN |
|---|---|---|---|---|---|---|
| A | 111 | 380 | 179 | 424 | 81 | 133 |
| 2095 | 113 | 381 | 181 | 249 | 67 | 149 |
| 1 - Foran Depo | 249 | | 182 | 425 | | 159 |
| 2 - Rankin Depo | 264 | | 183 | 418 | | 161 |
| 3 - Musani Depo | 320 | | 184 | | | 162 |
| 4 - Gaukler Depo | 325 | | 55 | | | 165 |
| 5 - Thorpe Depo | 326 | | 56 | | | 166 |
| 6 - Cherian Depo | 329 | | 52 | | | 167 |
| 7 - Durgin Depo | 330 | | | | | 168 |
| 8 - Reece Depo | 332 | | | | | 169 |
| 21 - WM Proffer Inst. | 333 | | | | | 171 |
| 21A - WM Proffer Inst. | 334 | | | | | 172 |
| 22A- Zest Proffer | 335 | | | | | 173 |
| 22B - Zest Proffer | 336 | | | | | 174 |
| 22C - Zest Proffer | 337 | | | | | 175 |
| 23 - Zest Proffer | 340 | | | | | |
| | 341 | | | | | |

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

| ZEST LABS, INC., et al. | V. | WALMART INC. f/k/a WAL-MART STORES, INC. | WITNESS LIST<br>CASE NUMBER: 4:18-CV-00500-JM |
|---|---|---|---|

| PRESIDING JUDGE<br>James M. Moody | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S)<br>March 29, 2021 | COURT REPORTER<br>Karen Dellinger | COURTROOM DEPUTY<br>Kacie Glenn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | PLAINTIFFS' WITNESSES |
| 1 |   | 3/29/2021 |   | X | Peter Mehring |
| 2 |   | 4/1/2021 |   | X | Greg Foran (by deposition) |
| 3 |   | 4/1/2021 |   | X | Aubree Rankin (by deposition) |
| 4 |   | 4/1/2021 |   | X | Parvez Musani (by deposition) |
| 5 |   | 4/1/2021 |   | X | Gary Gaukler (by deposition) |
| 6 |   | 4/2/2021 |   | X | Randy May |
| 7 |   | 4/2/2021 |   | X | Troy Richards |
| 8 |   | 4/2/2021 |   | X | Jeffrey Thorpe (by deposition) |
| 9 |   | 4/5/2021 |   | X | Mark Lanning |
| 10 |   | 4/5/2021 |   | X | Nikhil Cherian (by deposition) |
| 11 |   | 4/6/2021 |   | X | Diane Beckles (by Teams) |
| 12 |   | 4/6/2021 |   | X | Stephen Becker |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

| ZEST LABS, INC., et al. | V. | WALMART INC. f/k/a WAL-MART STORES, INC. | **WITNESS LIST**<br>CASE NUMBER: 4:18-CV-00500-JM |
|---|---|---|---|

| PRESIDING JUDGE<br>James M. Moody | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S)<br>March 29, 2021 | COURT REPORTER<br>Karen Dellinger | COURTROOM DEPUTY<br>Kacie Glenn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | **DEFENDANT'S WITNESSES** |
| | 1 | 4/6/2021 | | X | Craig Tilmon |
| | 2 | 4/7/2021 | | X | Joshua Bohling |
| | 3 | 4/7/2021 | | X | Ckristian Velez |
| | 4 | 4/7/2021 | | X | Denise Sharpe |
| | 5 | 4/7/2021 | | X | Catherine Hutt |
| | 6 | 4/7/2021 | | X | Scott Durgin (by deposition) |
| | 7 | 4/7/2021 | | X | Tom Reece (by deposition) |
| | 8 | 4/8/2021 | | X | David Dobkin |
| | 9 | 4/8/2021 | | X | Kelly Boyle |

include a notation as to the location of any exhibit not held with the case file or not available because of size.