IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. and ECOARK
HOLDINGS, INC.                                                          PLAINTIFFS

V.                              4:18CV00500 JM

WALMART INC.                                                            DEFENDANT

## CERTIFICATE OF RECEIPT

The Plaintiffs' exhibits received into evidence during the jury trial of this matter returned this 9th day of April, 2020.

_____
Received by
Attorney for Plaintiff