IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. and ECOARK
HOLDINGS, INC.                                                                                    PLAINTIFFS

V.                                                    4:18CV00500 JM

WALMART INC.                                                                                       DEFENDANT

## CERTIFICATE OF RECEIPT

The Defendant's exhibits received into evidence during the jury trial of this matter returned this 9th day of April, 2020.

_____
Received by
Attorney for Defendant