IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZEST LABS, INC. formerly known as
INTELLEFLEX CORPORATION and
ECOARK HOLDINGS, INC.**                                           **PLAINTIFFS**

V.                                    4:18CV500 JM

**WAL-MART INC. formerly known as
WAL-MART STORES INC.**                                            **DEFENDANT**

## ORDER

Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, the monetary judgment entered against Defendant Walmart Inc. on April 13, 2021 is stayed for a period of ninety (90) days from the date of this Order. Walmart will not be required to post bond because it has provided sufficient security for the judgment.

IT IS SO ORDERED this 11th day of June, 2021.

_____
James M. Moody Jr.
United States District Judge