# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ZEST LABS, INC., et al**                                                       **PLAINTIFFS**

**V.**                                      **4:18CV00500 JM**

**WALMART INC.**                                                                 **DEFENDANT**

## ORDER

After review of the pleadings, Defendant's motion for additional post-trial discovery (ECF No. 490) is GRANTED.

IT IS SO ORDERED this 16th day of February, 2023.

_____
James M. Moody Jr.
United States District Judge