**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 26 2023

TAMMY H. DOWNS, CLERK

By:_____
                    **DEP CLERK**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ZEST LABS, INC. F/K/A INTELLEFLEX
CORPORATION AND ECOARK HOLDINGS, INC.**

**PLAINTIFFS**

v.                                    **CASE NO. 4:18-CV-00500-JM**

**WALMART INC. F/K/A WAL-MART STORES, INC.**                    **DEFENDANT**

## DEFENDANT'S MOTION TO DISMISS,
## OR ALTERNATIVELY, FOR NEW TRIAL AND ACCOMPANYING SANCTIONS,
## AND FOR ATTORNEY'S FEES

### FILED UNDER SEAL
### PURSUANT TO ORDER DATED SEPTEMBER 7, 2018

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7101

John E. Tull III (84150)
R. Ryan Younger (2008209)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
jtull@qgtlaw.com
ryounger@qgtlaw.com

By: _____
      John E. Tull III (84150)
      R. Ryan Younger (2008209)

*Attorneys for Defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc.*

507

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC. F/K/A WAL-MART STORES, INC., <br><br> Defendant. | CIVIL ACTION NO. 4:18-CV-500-JM <br><br> JURY TRIAL DEMANDED |

### DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY, FOR NEW TRIAL AND ACCOMPANYING SANCTIONS, AND FOR ATTORNEY'S FEES

### FILED UNDER SEAL
### PURSUANT TO ORDER DATED SEPTEMBER 7, 2018

By: */s/ John R. Keville*
John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7101

John E. Tull III (84150)
R. Ryan Younger (2008209)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: (501) 379-1700

1

Facsimile: (501) 379-1701
jtull@qgtlaw.com
ryounger@qgtlaw.com

***Attorneys for Defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc.***

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION; and ECOARK
HOLDINGS, INC.,

Plaintiffs,

v.

WALMART INC. F/K/A
WAL-MART STORES, INC.,

Defendant.

CIVIL ACTION NO. 4:18-CV-500-JM

JURY TRIAL DEMANDED

**<u>DEFENDANT'S MOTION TO DISMISS,
OR ALTERNATIVELY, FOR NEW TRIAL AND ACCOMPANYING SANCTIONS,
AND FOR ATTORNEY'S FEES</u>**

Defendant Walmart Inc. ("Walmart") moves to dismiss, or alternatively, for a new trial and accompanying sanctions, and for attorney's fees, and in support states:

1.     Zest made a material misrepresentation about its pre-publication awareness of U.S. Provisional Application No. 62/584,396, U.S. Non-Provisional Application No. 16/112,974, and international application PCT/US2018/048069 (the "Walmart Patent Applications"). This misrepresentation was only discovered after Zest's moved for attorney's fees and provided mostly unredacted time entries. Once this falsehood was discovered, this Court held open Walmart's motion for a new trial pending post-trial discovery into what Zest's attorneys knew and when. Dkt. No. 407; 466.

2.     The post-trial discovery confirmed Zest's misrepresentation, but it also uncovered that Zest engaged in a pattern of misrepresentations, and even altered and destroyed evidence, to cover up the original lie. Zest represented that the reason for the original misrepresentation was OCR failure, and later that the underlying .TXT files for the Walmart Applications were blank,

3

so Zest attorney Jonathan Hardt could not find them with a search. Zest offered to provide these .TXT files to the Court and later produced blank .TXT files to Walmart to support its assertion. Zest also claimed that the Walmart Patent Applications were not marked "hot," so Zest attorneys may not have seen them or treated them as important.

3.      Walmart's discovery vendor retained the original files and they are not blank. Zest lied again and altered (and destroyed the original) evidence in support of its earlier misconduct. Post-trial discovery revealed that Zest's lead attorney instructed Zest's discovery vendor to transfer to counsel all underlying files and destroy the originals. This destroyed the original evidence that would have shown when Zest first saw the Walmart Patent Applications, when they were marked "hot," whether Mr. Hardt actually did any search, and when the .TXT files were erased. Fortunately, Zest's vendor did not destroy its emails. Those emails show that the vendor notified Zest of the Walmart Patent Applications almost immediately, flagging them as important hot documents, contrary to Zest's representation.

4.      Based on Zest's pattern of deceit and its post-trial spoliation of evidence, Walmart seeks the sanction of dismissal pursuant to the Court's inherent authority and Federal Rule Civil Procedure 37(e). In the alternative, Walmart supplements its motion for new trial with the new evidence and seeks sanctions commensurate with Zest's bad-faith conduct. In addition to whichever relief the Court finds appropriate, Walmart also seeks its reasonable attorney's fees incurred because of Zest's misconduct.

5.      This motion is supported by the accompanying brief and exhibits 1-39, attached hereto and discussed within the brief.

Dated: September 26, 2023

By: */s/ John R. Keville*
John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7101

John E. Tull III (84150)
R. Ryan Younger (2008209)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
jtull@qgtlaw.com
ryounger@qgtlaw.com

***Attorneys for Defendant Walmart Inc. f/k/a Wal-
Mart Stores, Inc.***

## CERTIFICATE OF SERVICE

I certify that on this 26th day of September 2023, I served a true and correct copy of the foregoing document, via electronic mail, upon the following counsel of record:

Dustin B. McDaniel
Scott Richardson
Bart Calhoun
McDaniel, Wolff & Benca PLLC
1307 West Fourth Street
Little Rock, Arkansas 72201
dmcdaniel@mwbfirm.com
scott@mwbfirm.com
bcalhoun@mwbfirm.com

Fred I. Williams
Michael Simons
Todd E. Landis
Williams Simons & Landis PLLC
327 Congress Avenue, Suite 490
Austin, Texas 78701
fwilliams@wsltrial.com
msimons@wsltrial.com
tlandis@wsltrial.com
ZestWSLService@wsltrial.com

Ross David Carmel
Carmel, Milazzo & DiChiara LLP
55 West 39th Street, 18th Floor
New York, New York 10018
rcarmel@cmdllp.com

*/s/ R. Ryan Younger*
R. Ryan Younger

6