IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC. f/k/a WAL-MART STORES, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-500-JM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF ZEST'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO WALMART'S MOTION TO DISMISS**

Plaintiff Zest Labs, Inc. f/k/a Intelleflex Corporation and Ecoark Holdings, Inc. ("Zest") state as follows for their Motion for Extension of Time to Respond to Walmart Inc.'s Motion to Dismiss, or Alternatively, for New Trial and Accompanying Sanctions and for Attorney's Fees.

1. On September 27, 2023, Walmart filed its Motion to Dismiss, or Alternatively, for New Trial and Accompanying Sanctions, and for Attorney's Fees. Zest's Response is currently due on October 10, 2023.

2. Because of the complexity of the issues involved, and other duties and obligations of counsel, Zest requires a brief extension of time to file its response of eight days or up to and through October 18, 2023.

3. Counsel for Walmart has stated that it has no objection to this extension of time.

      For the foregoing reasons, Zest respectfully requests that it be granted an additional eight days or up to and through October 18, 2023, within which to file its Response to Walmart's Motion.

Dated: October 2, 2023

Respectfully submitted,

By: *Fred I. Williams*
Fred I. Williams (*pro hac vice)*
Texas State Bar No. 00794855
Michael Simons (*pro hac vice*)
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
512.543.1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis (*pro hac vice*)
Texas State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
512.543.1357
tlandis@wsltrial.com

Dustin B. McDaniel, Bar # 99011
Scott Richardson, Bar # 2001208
Bart Calhoun, Bar # 2011221
McDaniel, Richardson, & Calhoun PLLC
1020 West 4th St., Suite 410
Little Rock, AR 72201
501.235.8336
501.588.2104 fax
dmcdaniel@mrcfirm.com
scott@mrcfirm.com
bcalhoun@mrcfirm.com

*Attorneys for Plaintiffs Zest Labs, Inc. f/k/a Intelleflex Corporation, and Ecoark Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, the foregoing document was served on all counsel of record, using the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*Fred I. Williams*
Fred I. Williams