# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>WALMART INC. f/k/a WAL-MART STORES, INC., <br><br>　　　　Defendant. | Civil Action No. 4:18-cv-500-JM <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF ZEST'S UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO WALMART'S MOTION TO DISMISS

Plaintiff Zest Labs, Inc. f/k/a Intelleflex Corporation and Ecoark Holdings, Inc. ("Zest") respectfully state as follows for their Motion for Further Extension of Time to Respond to Walmart Inc.'s Motion to Dismiss, or Alternatively, for New Trial and Accompanying Sanctions and for Attorney's Fees.

1. On September 26, 2023, Walmart filed its Motion to Dismiss, or Alternatively, for New Trial and Accompanying Sanctions, and for Attorney's Fees. The Motion is 40 pages long and includes 39 exhibits. The Motion makes sweeping allegations of purported misrepresentations made by Zest's counsel, and unfounded conspiracies to spoliate evidence.

2. Zest's Response was originally due on October 10, 2023. Zest sought and was granted a brief extension of eight days, up to and through October 18, 2023. Dkts. 509, 510.

3. Because of the complexity of the issues involved, and other duties and obligations of counsel, Zest requests another brief extension of time to file its response of 16 additional days,

1

or up to and through November 3, 2023. Counsel requires additional time to properly investigate the allegations in the Motion, including obtaining information from e-discovery vendors about the database and .txt files that are at the core of the allegations, and appropriately prepare its response to the Motion.

4. One of the exhibits to the Motion was a declaration of James George, the Senior Director at Lighthouse Global, which provides e-discovery services to Walmart and assisted in producing documents to Zest in the case. *See* Dkt. 508, Ex. 29. The declaration provides additional information about certain .txt files that were purportedly uploaded to a FTP site for production to Zest. *Id.* The declaration states that seven of these .txt files were attached as exhibits to the declaration. *Id.* at ¶ 7. But Walmart did not provide those .txt files to Zest when it served the Motion and has not provided those files after Zest notified them of this failure. Walmart's counsel has stated that it will provide those files to Zest today.

5. Zest's request for an extension to respond to the Motion represents a matter of fundamental fairness. Walmart's Motion includes four motions in one: (1) a motion to dismiss; (2) a motion for new trial; (3) a motion for sanctions; and (4) a motion for attorneys' fees. Although Zest has been diligently investigating the facts of the Motion and the corresponding law, it needs additional time to do so fully and to formulate appropriate responses to the wide-ranging allegations and requests for relief.

6. Zest's request for an extension will cause no prejudice to Walmart. Walmart has been seeking and conducting post-trial discovery for more than two years. Walmart most recently took the second deposition of Jonathan Hardt, Zest's former counsel, on August 29, 2023. Walmart then filed its Motion nearly a month later on September 26, 2023. Zest respectfully submits that a short additional extension of 16 days (24 days total from the original deadline) is

therefore particularly appropriate in light of the more than two and a half years since judgment originally was entered in favor of Zest.

7.Counsel for Walmart has stated that it has no objection to this additional extension of time.

For the foregoing reasons, Zest respectfully requests that it be granted an additional 16 days or up to and through November 3, 2023, within which to file its Response to Walmart's Motion.

Dated: October 17, 2023Respectfully submitted,

By: *Fred I. Williams*
Fred I. Williams (*pro hac vice*)
Texas State Bar No. 00794855
Michael Simons (*pro hac vice*)
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
512.543.1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis (*pro hac vice*)
Texas State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
512.543.1357
tlandis@wsltrial.com

Dustin B. McDaniel, Bar # 99011
Scott Richardson, Bar # 2001208
Bart Calhoun, Bar # 2011221
McDaniel Wolff, PLLC
1307 West 4th St.
Little Rock, AR 72201
501.954.8000
scott@mcdanielwolff.com

*Attorneys for Plaintiffs Zest Labs, Inc. f/k/a Intelleflex Corporation, and Ecoark Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2023, the foregoing document was served on all counsel of record, using the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*Fred I. Williams*
Fred I. Williams
