AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

Zest Labs, Inc. et al.

V.

Walmart, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 4:18-cv-00500-JM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. James M. Moody, Jr. | Patrick Ryan/Scott Richardson/Others | John Keville/John Tull III/Others |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion Hearing 4/30/2024 | Karen Dellinger | Heather Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PLAINTIFFS' WITNESS LIST |
| 1 | | 4/30/2024 | | | Jonathan Hardt |
| 2 | | 4/30/2024 | | | Todd Landis |
| | | | | | |
| | | | | | |
| | | | | | COURT'S EXHIBIT LIST |
| | | 4/30/2024 | X | X | Declaration with Exhbits A and B - 9 pages |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages