**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ZEST LABS, INC., et al**                                                          **PLAINTIFFS**

**V.**                                                  **4:18CV00500 JM**

**WALMART INC.**                                                                   **DEFENDANT**

## ORDER

In light of *In re Sanford Law Firm*, 2024 WL 3217609 (8th Cir. 2024), the Court is providing notice to Plaintiffs and counsel that represented Plaintiffs before and during trial ("Plaintiffs' Trial Counsel") that the Court is considering sanctions against them for their misrepresentation to the Court regarding their knowledge of the Walmart Patent Application and the timing of their knowledge. *See* Tr. of Hr'g on Mot. for Sanctions, ECF No. 552; Order for New Trial, ECF No. 530. As a sanction, the Court is considering whether Plaintiffs and/or Plaintiffs' Trial Counsel should be ordered to pay Walmart's attorneys' fees up to and including $ 2,870,465.01.[1]

The Motion to Supplement the Record (ECF No. 558) is GRANTED. The parties and Plaintiffs' Trial Counsel may also supplement the record. All additions to the record may be presented at a hearing on the issue or must be filed by the date of the hearing. The hearing will be set by separate order.

IT IS SO ORDERED this 9th day of July, 2024.

_____
James M. Moody Jr.
United States District Judge

---

[1] Should Plaintiffs or Plaintiffs' Trial Counsel need further clarification of the specific conduct or potential sanction involved, they are directed to file a motion with the Court as soon as possible.