# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION and ECOARK
HOLDINGS, INC.,

    Plaintiffs,

    v.                                        No. 4:18-cv-500-JM

WALMART INC. f/k/a
WAL-MART STORES INC.,

    Defendant.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PERMIT LIMITED DISCOVERY AND TO MODIFY FINAL SCHEDULING ORDER

The Court, having considered the Motion to Permit Limited Discovery and to Modify Final Scheduling Order brought by Plaintiffs Zest Labs, Inc. and Ecoark Holdings, Inc., hereby GRANTS said motion. The Court's Final Scheduling Order of January 3, 2024 is hereby amended as follows:

Fact discovery shall reopen on the limited basis described herein as of August 16, 2024, and shall close again on November 15, 2024;

All parties shall supplement or correct their responses to previously served requests for documents, interrogatories, and requests for admission in compliance with Rule 26 no later than August 30, 2024;

Zest may serve up to ten requests for the production of documents and up to ten interrogatories, which may relate to (1) any use by Walmart of Zest's technology or similar technology, and any savings from such use, since the close of discovery on October 15, 2019; (2) any facts relating to or any allegations made in *N2N Global v. Walmart*; and (3) the prosecution

and disposition of Walmart's patent applications, including but not limited to Patent No. US 11,388,325 B2, Patent No. US 11,078,020 B2, and Patent App. Pub. No. US 2019/0147396 A1;

Zest may depose up to five fact witnesses and may also take a Rule 30(b)(6) deposition no later than November 15, 2024;

All fact discovery shall close on November 15, 2024;

Expert discovery shall reopen as of November 15, 2024, and shall close again on December 13, 2024;

New or supplemented expert reports shall be served by November 22, 2024;

The parties shall make their experts available for deposition on or before December 13, 2024;

All expert discovery shall close on December 13, 2024; and

The parties' duty to supplement disclosures and responses under Rule 26(e) remains in effect through and after the reopened discovery periods.

IT IS SO ORDERED.

DATED: July __, 2024

_____
Hon. James M. Moody Jr.
United States District Judge