IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. F/K/A INTELLEFLEX
CORPORATION AND ECOARK HOLDINGS, INC.                           PLAINTIFFS

v.                              CASE NO. 4:18-cv-00500-JM

WALMART INC. F/K/A WAL-MART STORES, INC.                        DEFENDANT

### WALMART'S MOTION TO VOLUNTARILY DISMISS COUNTERCLAIM

Walmart, for its motion to voluntarily dismiss its counterclaim, states:

1. Walmart has asserted a counterclaim against Zest Labs, Inc. for breach of contract.

2. Walmart does not intend to pursue this counterclaim at the retrial of this case.

3. Walmart, therefore, requests an order dismissing its counterclaim without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Walmart prays that this Court grant its motion to voluntarily dismiss and dismiss Walmart's counterclaim without prejudice.

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
(713) 431-7100 Telephone
(713) 431-7101 Facsimile

John E. Tull III (84150)
R. Ryan Younger (2008209)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
jtull@qgtlaw.com
rounger@qgtlaw.com

*Attorneys for Walmart*