# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ZEST LABS, INC. formerly known as**
**INTELLEFLEX CORPORATION and**
**ECOARK HOLDINGS, INC.**                                    **PLAINTIFFS**

V.                               4:18CV500 JM

**WAL-MART INC. formerly known as**
**WAL-MART STORES INC.**                                     **DEFENDANT**

## ORDER

Pursuant to the Motion and communication with the parties,[1] Defendant's Motion to Voluntarily Dismiss the Counterclaim (ECF No. 633) is GRANTED. The counterclaim is dismissed with prejudice.

IT IS SO ORDERED this 18th day of December, 2024.

_____
James M. Moody Jr.
United States District Judge

---

[1] The Defendant has agreed to dismiss the counterclaim with prejudice.