IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION; ZEST LABS
HOLDINGS LLC; AND RISKON
INTERNATIONAL, INC.,

    Plaintiffs,

v. No. 4:18-cv-500-JM

WALMART INC. f/k/a
WAL-MART STORES INC.,

    Defendant.
_____/

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE
TO ADMIT THE CONCEALED PATENTS AND RELATED EXPERT OPINIONS**

**EXHIBIT B TO BE FILED UNDER SEAL**