# EXHIBIT D

```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF ARKANSAS
 2
                     Case No.  4:18CV00500-JM
 3
     ZEST LABS, INC. AND ECOARK      )
 4   HOLDINGS, LLC,                  )
                                     )
 5        PLAINTIFFS,                )
                                     )
 6        -v-                        )
                                     )
 7   WALMART, INC.,                  )
                                     )
 8        DEFENDANT.                 )    Little Rock, Arkansas
                                     )    April 1, 2021
 9   _____)


10

11                   VOLUME 4 - PAGES 89 - 110

12          TRANSCRIPT OF JURY TRIAL PROCEEDINGS

13       BEFORE THE HONORABLE JAMES M. MOODY, JR.

14              UNITED STATES DISTRICT JUDGE

15   Appearances:

16   FOR THE PLAINTIFFS         Michael Simons, ESQ.,
                                Todd Landis, ESQ.,
17                              Fred Williams, ESQ.,
                                Sarah Tishler, ESQ., and
18                              Jonathan Hardt, ESQ.,
                                Williams, Simons & Hardt, PLCC
19                              327 Congress Avenue, Suite 490
                                Austin, Texas  78701
20   -and-
                                Scott P. Richardson, ESQ.
21                              McDaniel, Wolff & Benca, PLCC
                                1307 West Fourth Street
22                              Little Rock, AR  72201

23                         (Continuing)

24        Proceedings reported by machine stenography, and
     transcript prepared utilizing computer-aided transcription.
25
```

```
 1   Appearances (Cont.'d):

 2   FOR THE DEFENDANTS          John R. Keville, ESQ.
                                 Robert L. Green, ESQ., and
 3                               Chante Westmoreland, ESQ.
                                 Winston & Strawn, LLP
 4                               800 Capitol Street
                                 Suite 2400
 5                               Houston, Texas   77002
     -and-
 6                               John E. Tull, III, ESQ., and
                                 R. Ryan Younger, ESQ.
 7                               Quattlebaum, Grooms & Tull, PLCC
                                 111 Center Street
 8                               Suite 1900
                                 Little Rock, AR   72201
 9
                                 * * * * *
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          *  *  *  *  *

 2                          I N D E X

 3   COURT'S EXHIBITS:

 4   No. 1 Videotaped Deposition of Greg Foran          103

 5   No. 2 Videotaped Deposition of Aubree Rankin       105

 6   No. 3 Videotaped Deposition of Parvez Musani       106

 7   No. 4 Videotaped Deposition of Gary Gaukler        107

 8                          *  *  *  *  *

 9

10

11

12

13

14

15

16

17                              .

18

19

20

21

22

23

24

25
```

1           THE COURT:  We're about to take a little break as

2   soon as this last two minutes are done.  Y'all are probably

3   rethinking your decision.

4        We resolved, Mr. Younger?

5           MS. TISHLER:  Yes, we have.  We're all set, Your

6   Honor.

7           MR. YOUNGER:  We have, Your Honor.

8           THE COURT:  Does anybody need a break?  Nope?  Y'all

9   can go another hour and 15 minutes without a break?  Y'all

10  sound like you did when I told you it was going to last two

11  weeks.  Okay, our last video is a Gary Gaukler, G-a-u-k-l-e-r.

12  His deposition was taken February 24th of 2021, so fairly

13  recently.  This video is going to take an hour and 13 minutes

14  and, again, feel free if you need to stand up in the middle of

15  it to stretch, go ahead and do that.  Let's cue it up.

16        (Court's Exhibit 4, videotaped deposition of Gary

17  Gaukler, played in open court.)

18           MR. SIMONS:  That concludes the video, Your Honor.

19           THE COURT:  Ladies and gentlemen, when you go home

20  tonight, please don't discuss the case among yourselves.

21  Please don't let anybody tell you anything about the case.

22  Keep an open mind.  We will start at 9 and end at 3:30.  Thank

23  you for hanging in there with me tonight.  Does anybody have a

24  peanut allergy?  Okay, y'all have a good night.  Thank you.

25        (Jury exits the courtroom.)

1          THE COURT:  Do we have any more videos?

2          MR. SIMONS:  I think there is at least one.  I think

3   there is the Cherian video, so I'm not sure the exact order of

4   that.

5          THE COURT:  Do you know how long, Cherian?

6          MR. BOTELLO:  Last count, probably 50 minutes.

7          THE COURT:  Okay.

8          MR. SIMONS:  We'll be here and ready to go.

9          THE COURT:  Is my 3:30 deadline going to press you?

10  It doesn't have to end there, it's just a convenient time to.

11         MR. SIMONS:  Your Honor, we're happy to deal with

12  the --

13         THE COURT:  I'm not cutting you off at 3:30, but I

14  didn't ask before I launched off.

15         MR. SIMONS:  We'll figure it out.  It's not a

16  problem.  I'm sure everybody will be happy to be heading home a

17  little early tomorrow.  I know I will be.

18         THE COURT:  So it's good night?

19         MR. SIMONS:  I think so, Your Honor.  Thank you.

20         MR. KEVILLE:  Thank you, Your Honor.

21      (Proceedings adjourned at 6:03 PM.)

22              REPORTER'S CERTIFICATE

23      I certify that the foregoing is a correct transcript of
    proceedings in the above-entitled matter.
24  /s/ Karen Dellinger, RMR, CRR, CCR
    ----------------------------------      Date: April 1, 2021
25  United States Court Reporter

Karen Dellinger, RMR, CRR, CCR
United States Court Reporter