# EXHIBIT E

| | |
|---|---|
| From: | Maria Rodriguez |
| To: | Patrick M. Ryan; Sean R. McTigue; Kenneth L. Richard; Natalie A. Felsen; Scott Richardson; cbartolomucci@schaerr-jaffe.com; kate@bluepeak.law; Walmart-Zest; bwebb@mcdanielwolff.com; cchallis@wsltrial.com; McDaniel, Dustin; fwilliams@wsltrial.com; krobinson@schaerr-jaffe.com; Rystrom, Paige; Sean R. McTigue; Sean R. McTigue; ZEST Counsel WSL |
| Cc: | John Keville; Robert Green; Chante Westmoreland; John Tull; R. Ryan Younger; Jill Senn |
| Subject: | Zest Labs Inc et al v. Wal-Mart Inc., Case 4:18-cv-00500 - Updated Version of Exhibit B to Louis Riley"s Expert Report (Attached) |
| Date: | Thursday, February 20, 2025 5:15:47 PM |
| Attachments: | 2025.02.20 Exhibit B - Materials Considered (Updated).pdf |

Dear Counsel,

Attached please find an updated version of Exhibit B (Materials Considered) to Mr. Louis Riley's Expert Report served on 2/10/25.

Regards,

**Maria L. Rodriguez** | Senior IP Trial Specialist
+1 713-431-7196 | direct
MRodriguez@sheppardmullin.com

**Sheppard**Mullin

700 Louisiana Street, Suite 2750
Houston, TX 77002
+1 713-431-7100 | main
www.sheppardmullin.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.