# EXHIBIT F

**EXHIBIT B - UPDATED**
**LIST OF MATERIALS CONSIDERED**
**BY LOUIS RILEY**

| |
|---|
| **Patents** |
| U.S. Patent Application Publication 2017/0255901 A1 |
| U.S. Patent Application Publication 2019/0147396 |
| PCT Written Opinion PCT/US2018/048069 10/22/2018 |
| U.S. Patent 9,218,585 (Gupta) |
| |
| **Case Documents** |
| 2018.08.01 (1) Zest's Complaint |
| 2018.08.07 (22) Declaration of Peter Mehring |
| 2018.10.22 (75) Agreed Scheduling Order |
| 2019.10.15 Zest's October 15, 2019 Omnibus Amended Responses and Objections to Walmart's First, Second, Third, and Fourth Sets of Interrogatories |
| 2021.04.09 (369) Court's Jury Instructions |
| 2022.06.15 (462) Order |
| 2023.09.26 (507) Walmart's Motion to Dismiss, or Alternatively, for New Trial and Accompanying Sanctions, and for Attorney's Fees (Unsealed) |
| 2023.09.26 (508) Walmart's Brief in Support of Motion to Dismiss, or Alternatively, for New Trial and Accompanying Sanctions, and for Attorney's Fees (Unsealed) |
| 2023.09.26 (508-1) Exhibits 1-39 to Walmart's Motion to Dismiss (Unsealed) |
| 2024.07.09 (563) Order |
| 2024.08.23 (583) Walmart's Motion for Summary Judgment |
| 2024.08.23 (585) Notice of Sealed filing Walmart's Brief in Support |
| 2024.08.23 (585) Walmart's Brief in Support of Motion for Summary Judgment (Sealed) |
| 2024.08.23 (586) Notice of Sealed filing Walmart's Statement of Facts |
| 2024.08.23 (586) Walmart's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment (Sealed) |
| 2024.11.20 (629) Transcript of Motion Hearing |
| 2024.12.20 (641) Order re: Expert testimony |
| |
| **Depositions** |
| Deposition Transcript of Mark Lanning taken on 01/10/2020 |
| Deposition Transcript of Peter Mehring taken on 10/18/2019 |
| Deposition Transcript of Peter Mehring taken on 10/19/2019 |
| |
| **Expert Reports/Declarations** |
| Expert Declaration of James Pooley, 09/20/2024 |
| Expert Report of James Pooley, 11/25/2024 |
| Amended Expert Report of James Pooley, 01/17/2025 |
| Expert Report of Diane Beckles 10/29/2019 |
| Rebuttal Expert Report of Stephen Kunin with Exhibits 1-3, 11/25/2019 |
| Amended Expert Report of Robert Stoll, 01/17/2025 |

| |
|---|
| Declaration of Mark Lanning 09/19/2024 |
| Declaration of Peter Mehring 09/19/2024 |
| Supplemental Declaration of Diane Beckles 09/19/2024 |
| Supplemental Declaration of Robert Stoll 09/20/2024 |
| |
| **Production** |
| WM00002524-526 |
| WM00119037-119150 |
| WM00115401-115617 |
| WM00188942-188965 |
| WM0087118-87297 |
| Exhibit 5, OPEN_TEXT_005271, Dkt. 508 |
| Exhibit 7, OPEN_TEXT_005998, Dkt. 508 |
| Exhibit 9, VE-WSL00011846, Dkt. 508 |
| ZEST_ECOARK0004957-0004961, DTX-443 |
| ZEST_ECOARK00147744-148241 |
| ZEST_ECOARK0017421-17422 |
| ZEST_ECOARK00281189-282937 |
| ZEST_ECOARK0112014-112101 |
| ZEST_ECOARK0112451-112502 |
| ZEST_ECOARK0112503-112538 |
| ZEST_ECOARK0282938-283022 |
| ZEST_ECOARK0283023-283207 |
| ZEST_ECOARK0283208-283400 |
| ZEST_ECOARK0283401-283549 |
| Exhibit 1, V&E Time Sheet, Dkt. 508 |
| |
| **Trial Transcripts** |
| 2021.04.15 Trial Transcript Vol 2A, (Dkt. 382) |
| 2021.03.31 Trial Transcript Vol 3-A, (Dkt. 384) |
| 2021.04.15 Trial Transcript Vol 4, (Dkt. 385) |
| 2012.04.01 Trial Transcript Vol 4-A, (Dkt. 386) |
| 2021.04.05 Trial Transcript Vol 6-A, (Dkt. 388) |
| 2021.04.08 Trial Transcript Vol 9-A, (Dkt. 390) |
| |
| **Cases** |
| Centrifugal Acquisition Corp., Inc. v. Moon, 2012 WL 718999 (E.D. Wis. 2012) |
| |
| |
| **Exhibits** |
| Deposition Exhibit 15, Zestposttrial0000064 |
| DTX-058 |
| DTX-181 |
| DTX-533 (WM00002524-526) |
| DTX-623 Zest White Paper (2018) |

| |
|---|
| DTX-624 Zest White Paper (2017) |
| DTX-625 Zest White Paper (undated) |
| DTX-626 Zest White Paper (2018) |
| DTX 642 and WM00188942-00188965 |
| DTX-773 Zest White Paper (2019) |
| DTX-780 Zest White Paper (2018) |
| Plaintiffs' Exhibit 0056 ZEST_ECOARK0060326 |
| Plaintiffs' Exhibit 0190 ZEST_ECOARK0017471 |
| Plaintiffs' Exhibit 0343 |
| Plaintiffs' Exhibit 0414 |
| Plaintiffs' Exhibit 0418 |
| Plaintiffs' Exhibit 0629 |
| Plaintiffs' Exhibit 0801 |
| Plaintiffs' Exhibit 0903 |
| Plaintiffs' Exhibit 1264 |
| Plaintiffs' Exhibit 1383 – NATIVE |
| Plaintiffs' Exhibit 1383 |
| Plaintiffs' Exhibit 1468 - NATIVE |
| Plaintiffs' Exhibit 1468 |
| Plaintiffs' Exhibit 1497-1646 |
| Plaintiffs' Exhibit 1724-2012 |
| Plaintiffs' Exhibit 1472-1492 |
| |