# EXHIBIT G

| | |
|---|---|
| **From:** | Sean R. McTigue |
| **To:** | John Keville; Patrick M. Ryan |
| **Cc:** | Walmart-Zest; Robert Green; Chante Westmoreland; John Tull; R. Ryan Younger; Maria Rodriguez |
| **Subject:** | RE: Zest v. Walmart -- Draft Stipulated Facts |
| **Date:** | Wednesday, December 4, 2024 6:51:00 PM |
| **Attachments:** | 3146.001_tcf_Joint Stipulated Facts Redline.docx |
| | 3146.001_tcf_Joint Stipulated Facts Redline.docx |

John:

Attached is a clean and redlined copy of our revised set of stipulated facts. Please let us know when you would like to discuss. Our goal was for these to be uncontroversial, so if one appears controversial to your team please let us know and we are open to tweaking the wording.

Best,

Sean

**From:** John Keville <JKeville@sheppardmullin.com>
**Sent:** Friday, November 29, 2024 2:22 PM
**To:** Patrick M. Ryan <pryan@bartkolaw.com>
**Cc:** Sean R. McTigue <smctigue@bartkolaw.com>; Walmart-Zest <walmart-zest@bztm.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; John Tull <jtull@qgtlaw.com>; R. Ryan Younger <ryounger@qgtlaw.com>; Maria Rodriguez <MRodriguez@sheppardmullin.com>
**Subject:** Zest v. Walmart -- Draft Stipulated Facts

Patrick:

Attached is Walmart's draft of proposed stipulated facts relating to the issues regarding the issues precluded from the first trial by Zest's misrepresentations.

As we have agreed to submit the proposed stipulated facts to the Court on December 6th, please send any proposed changes as early as possible this week, or better yet just let us know a time when we can have a call to discuss.

Best,
John

**John R. Keville**
+1 713-431-7113 | direct
+1 832-771-1044 | cell
JKeville@sheppardmullin.com | Bio

**SheppardMullin**
700 Louisiana Street, Suite 2750
Houston, TX 77002
+1 713-431-7100 | main

www.sheppardmullin.com | LinkedIn | Twitter

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.