IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZEST LABS, INC. formerly known as**
**INTELLEFLEX CORPORATION and**
**ECOARK HOLDINGS, INC.**                                   **PLAINTIFFS**

V.                                4:18CV500 JM

**WAL-MART INC. formerly known as**
**WAL-MART STORES INC.**                                   **DEFENDANT**

## ORDER

Plaintiffs seek leave to depose Joshua Bohling. (ECF No. 657). Walmart has objected and Plaintiffs have replied. Plaintiffs' motion is GRANTED. The deposition is limited to the subject of abandonment of the '396 Bohling Application.

Plaintiffs' motion in limine for admission of the '020 ("Ripening Chamber") and '325 ("Camera Box") patents along with the proposed reports of Lanning, Stoll, and Becker where these patents are discussed (ECF No. 653) is DENIED. At trial, Plaintiffs argued that the Bohling Patent contained Zest's trade secret. Plaintiffs did not claim that the Camera Box system or the Ripening Chamber system were Zest trade secrets at any time prior to the 2021 trial. Therefore, the Court finds that these patents are irrelevant to the re-trial of Plaintiffs' misappropriation of trade secrets claim. While the existence of the '020 and '325 patents arguably should have been produced in 2021 pre-trial discovery, the fact remains that these ideas were never identified as Zest trade secrets.

Plaintiffs' motion to compel responses to requests for admissions (ECF No. 676) is DENIED.

IT IS SO ORDERED this 19th day of March, 2025.

_____
James M. Moody Jr.
United States District Judge