# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION; ZEST LABS HOLDINGS
LLC, and RISKON INTERNATIONAL,
INC.,

        Plaintiffs,

v.

WALMART INC. f/k/a WAL-MART
STORES, INC.,

        Defendant.

No. 4:18-CV-500-JM

## PLAINTIFFS' RESPONSE TO WALMART'S MOTION TO EXCLUDE TESTIMONY OF REASONABLE MEASURES EXPERT JAMES POOLEY

Walmart has filed a motion seeking to exclude the testimony of Plaintiffs' reasonable measures expert, James Pooley. Dkt. 681. Although Plaintiffs disagree with the substance of Walmart's motion, in the interest of avoiding disputes before the Court and streamlining the issues to be presented to the jury, Plaintiffs withdraw Mr. Pooley as an expert witness in this case. Walmart's motion to exclude Mr. Pooley's testimony is therefore moot.

Dated: March 24, 2025

Respectfully submitted

*Patrick Ryan*
Patrick M. Ryan*
Sean R. McTigue*
Kenneth L. Richard*
Natalie A. Felsen*
Bartko Pavia LLP
1100 Sansome Street
San Francisco, CA 94111
(415) 956-1900
pryan@bartkopavia.com

1

*Admitted pro hac vice

Adam D. Mitzner*
Andrew C. Ryan*
Gianna C. Signorille*
Bartko Pavia LLP
555 Madison Avenue, 11th Floor
New York, NY 10022
(212) 980-3500
*Admitted pro hac vice

Scott P. Richardson
McDaniel Wolff, PLLC
1307 West Fourth Street
Little Rock, AR 72201
(501) 954-8000
scott@mcdanielwolff.com

H. Christopher Bartolomucci*
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
*Admitted pro hac vice

Kate M. Falkenstien*
Blue Peak Law Group, LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306-3314
(281) 972-3036
kate@bluepeak.law
*Admitted pro hac vice

Attorneys for Plaintiffs ZEST LABS, INC.,
ZEST LABS HOLDINGS LLC, and RISKON
INTERNATIONAL, INC.