IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION; ZEST LABS
HOLDINGS LLC; AND RISKON
INTERNATIONAL, INC.,

    Plaintiffs,

    v.                                      No. 4:18-cv-500-JM

WALMART INC. f/k/a
WAL-MART STORES INC.,

    Defendant.
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION *IN LIMINE* NO. 3**

For the good cause shown herein, Plaintiffs ("Zest") respectfully move for leave to file a reply brief in support of its motion *in limine* to exclude internal communications and testimony involving plaintiffs' prior counsel. *See* Dkt. 703.

1.    Zest filed its Motion *in Limine* No. 3 on April 1, 2025. Dkt. 706. Defendant Walmart filed its opposition on April 8, 2025. Dkt. 716.

2.    Zest seeks leave to file a five-page reply brief on this motion. The proposed reply brief is attached to this motion for leave.

3.    There is good cause to grant the instant request for leave. Walmart's opposition brief identifies specific documents from Zest's prior counsel that Walmart seeks to introduce, and it offers Walmart's justification for why those documents are necessary to prove Walmart's case. The reply will address those specific documents, explaining why they are not necessary and why they are prejudicial, confusing, and time-consuming under the Rule 403 balancing analysis.

3146.001/2136008.1

\* \* \*

For the foregoing reasons, this Court should grant Zest's Motion for Leave to File a Reply Brief in Support of its Motion *in Limine* No. 3.

Dated: April 14, 2025                                  Respectfully submitted,


                                                    Patrick Ryan*
Sean R. McTigue*
Kenneth L. Richard*
Natalie A. Felsen*
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, CA 94111
(415) 956-1900
*pryan@bartkopavia.com*
*\*Admitted pro hac vice*

Adam D. Mitzner*
Andrew C. Ryan*
Gianna C. Signorille*
BARTKO PAVIA LLP
555 Madison Avenue, 11th Floor
New York, NY 10022
(212) 980-3500
*\*Admitted pro hac vice*

Scott P. Richardson
MCDANIEL WOLFF, PLLC
1307 West Fourth Street
Little Rock, AR 72201
(501) 954-8000
*scott@mcdanielwolff.com*

H. Christopher Bartolomucci*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
*cbartolomucci@schaerr-jaffe.com*
*\*Admitted pro hac vice*

Kate M. Falkenstien*
BLUE PEAK LAW GROUP, LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306-3314
(281) 972-3036
*kate@bluepeak.law*
*\*Admitted pro hac vice*

*Attorneys for Plaintiffs ZEST LABS, INC., ZEST LABS HOLDINGS LLC, and RISKON INTERNATIONAL, INC.*