# EXHIBIT A

| From: | Kate Falkenstien |
|---|---|
| To: | R. Ryan Younger; John Tull; John Keville; Robert Green; Chante Westmoreland; Chip Chiles; Glenn Larkin |
| Cc: | Maria Rodriguez; Jill Senn; Walmart-Zest; Scott Richardson |
| Subject: | RE: Attendance of Walmart witnesses at trial |
| Date: | Monday, April 14, 2025 1:51:35 PM |

Hi Ryan,

This is the first we have heard that Mr. Bohling will not be available during Zest's case. Will Walmart agree that Zest can ask adverse direct questions of Mr. Bohling during Walmart's case (that is, that Zest's questions of Mr. Bohling will not be limited to the scope of Walmart's direct examination)?

As for the other witnesses, please let us know whether Mr. Velez, Ms. Boyle, Ms. Sharpe, Ms. Wen, Ms. Rankin, and Mr. Tilmon will be available on April 29-30.

Thanks,
Kate

**From:** R. Ryan Younger <ryounger@qgtlaw.com>
**Sent:** Monday, April 14, 2025 1:29 PM
**To:** Kate Falkenstien <kfalkenstien@bartkopavia.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

Kate:

I am happy to check with the witnesses if you tell me who you want when, but I cannot enter a blanket agreement to make them available. Bohling will not here during Zest's case.

R. Ryan Younger | Quattlebaum, Grooms & Tull PLLC | 501.379.1757

**From:** Kate Falkenstien <kfalkenstien@bartkopavia.com>
**Sent:** Monday, April 14, 2025 11:51 AM
**To:** R. Ryan Younger <ryounger@qgtlaw.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>;

Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

**[EXTERNAL EMAIL]**

Of course, thank you for the update on Mr. Pradhan.  Do you have any update on whether Walmart will agree to make the other witnesses we've requested available the first week of trial (with more specific dates to be provided closer to trial)?  That would include Mr. Bohling, Ms. Sharpe, Ms. Boyle, Mr. Velez, Ms. Rankin, Ms. Wen, and Mr. Tilmon (Mr. TIlmon as a may call witness, and the others as will call).  If so, I think we could resolve the motion to quash without involving the Court.

Thanks,
Kate

**From:** R. Ryan Younger <ryounger@qgtlaw.com>
**Sent:** Monday, April 14, 2025 9:51 AM
**To:** Kate Falkenstien <kfalkenstien@bartkopavia.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

Walmart does not control Mr. Pradhan, as a former employee.  That said, I understand he will be in Arkansas the second week of trial and will be able to testify, if necessary.

Thank you for working through this with me.

R. Ryan Younger | Quattlebaum, Grooms & Tull PLLC |  501.379.1757

**From:** Kate Falkenstien <kfalkenstien@bartkopavia.com>
**Sent:** Monday, April 14, 2025 10:41 AM
**To:** R. Ryan Younger <ryounger@qgtlaw.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

**[EXTERNAL EMAIL]**

Hi Ryan,

Yes, that is correct.  All we are asking Walmart to agree is that Mr. Pradhan will be available in the second week of trial during Zest's rebuttal.  We understand you are not conceding any substantive objections (for example, whether his testimony would go beyond the scope of Walmart's case, which will of course depend on how the trial goes).

Thanks,
Kate

**From:** R. Ryan Younger <ryounger@qgtlaw.com>
**Sent:** Monday, April 14, 2025 9:30 AM
**To:** Kate Falkenstien <kfalkenstien@bartkopavia.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

Kate:

To be sure we are on the same page, Walmart is not agreeing that Zest can call Mr. Pradhan in rebuttal.  We reserve our objections to rebuttal witnesses based on how the trial goes.  But, I understand from your email below that Zest intends to reserve Mr. Pradhan for potential rebuttal.  Do I have that right?

Thank you.

R. Ryan Younger | Quattlebaum, Grooms & Tull PLLC |  501.379.1757

---

**From:** Kate Falkenstien <kfalkenstien@bartkopavia.com>
**Sent:** Monday, April 14, 2025 10:03 AM
**To:** R. Ryan Younger <ryounger@qgtlaw.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>;

Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

**[EXTERNAL EMAIL]**

Hi Ryan,

We could agree to call Mr. Pradhan only on rebuttal, if necessary, so that he would not need to be available the first week of trial.

Thanks,
Kate

**From:** R. Ryan Younger <ryounger@qgtlaw.com>
**Sent:** Monday, April 14, 2025 8:00 AM
**To:** Kate Falkenstien <kfalkenstien@bartkopavia.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

Kate:

Can you give me any additional guidance about Mr. Pradhan?  I understand he is supposed to be in Boston during the first week of trial.  Thank you.

R. Ryan Younger | Quattlebaum, Grooms & Tull PLLC |  501.379.1757

**From:** Kate Falkenstien <kfalkenstien@bartkopavia.com>
**Sent:** Friday, April 11, 2025 2:15 PM
**To:** R. Ryan Younger <ryounger@qgtlaw.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

**[EXTERNAL EMAIL]**

Hi Ryan,

Whether we need to call a given witness depends on whether other witnesses are available; we subpoenaed this set of people so that, if some of them had reasons they couldn't attend (like Mr. Campisi's travel, for example), we could try to rely on other witnesses instead to cover similar subject matter.  As I said below, we do intend to call Mr. Bohling, Ms. Sharpe, Ms. Boyle, Mr. Velez, Ms. Rankin, and Ms. Wen.  We may call Mr. Tilmon and Mr. Pradhan.  If those people are available, we do not intend to call the others.  But if some of those eight people are *not* available for some reason, then we would need to call others to cover similar content. That is why I am trying to pin down who is available, so that we can release other people from the subpoenas.

Thanks,
Kate

**From:** R. Ryan Younger <ryounger@qgtlaw.com>
**Sent:** Friday, April 11, 2025 1:10 PM
**To:** Kate Falkenstien <kfalkenstien@bartkopavia.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

Kate:

My ask is a little different.  I'm just asking whether you intend to call everyone you subpoenaed.  This is not really about a deal.

R. Ryan Younger | Quattlebaum, Grooms & Tull PLLC |  501.379.1757

**From:** Kate Falkenstien <kfalkenstien@bartkopavia.com>
**Sent:** Friday, April 11, 2025 1:49 PM
**To:** R. Ryan Younger <ryounger@qgtlaw.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; mark.fleming@wilmerhale.com; thomas.sprankling@wilmerhale.com; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>;

Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

**[EXTERNAL EMAIL]**

Hi Ryan,

Of course, I understand the inconvenience of trial for the witnesses, and that's why we wanted to talk about the logistics and try to work out a compromise. As to Mr. Greenfield and Mr. Campisi in particular, in my proposal below, we actually would not call either of them; we tried to come up with this compromise that would avoid calling Mr. Campisi after we learned about his travel plans in your motion to quash.

The witnesses we do intend to call are Mr. Bohling, Ms. Sharpe, Ms. Boyle, Mr. Velez, Ms. Rankin, and Ms. Wen. Zest may call Mr. Tilmon or Mr. Pradhan. Does Walmart control those eight witnesses? If Walmart agreed to make them available, we would agree not to call Mr. Campisi, Mr. Banik, Mr. Steel, Mr. Greenfield, and Ms. Akin (and to withdraw the subpoenas as applicable).

It is hard to tell you exact days for each witness right now, because we are still working out the timing and order of our witnesses, but like I said below, we would agree to specify 1-2 days for each person so they do not have to be available for the full trial. We could provide those dates at least a week in advance.

Thanks,

Kate

**From:** R. Ryan Younger <ryounger@qgtlaw.com>
**Sent:** Friday, April 11, 2025 11:38 AM
**To:** Kate Falkenstien <kfalkenstien@bartkopavia.com>; John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; mark.fleming@wilmerhale.com; thomas.sprankling@wilmerhale.com; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Chip Chiles <cchiles@qgtlaw.com>; Glenn Larkin <glarkin@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** RE: Attendance of Walmart witnesses at trial

Kate:

We do not control all of these witnesses and cannot agree to make them available. But, as I

am sure you can appreciate, they have jobs, families, plans, and life events that coincide with the two weeks of trial.  As examples, Mr. Greenfield has teenage boys who are graduating from high school; he has a lot of events related to that.  As you know, Mr. Campisi has preplanned business travel during the first week of trial.  Can you  at least tell us who you don't intend to actually call and provide some guidance on when you intend to the call the others?  All these people live several hours from the courthouse, so, at minimum, they need some guidance, so they can plan.

Thank you.

R. Ryan Younger | Quattlebaum, Grooms & Tull PLLC |  501.379.1757

---

**From:** Kate Falkenstien <kfalkenstien@bartkopavia.com>
**Sent:** Wednesday, April 9, 2025 2:51 PM
**To:** John Tull <jtull@qgtlaw.com>; John Keville <JKeville@sheppardmullin.com>; mark.fleming@wilmerhale.com; thomas.sprankling@wilmerhale.com; Robert Green <RGreen@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; R. Ryan Younger <ryounger@qgtlaw.com>; Chip Chiles <cchiles@qgtlaw.com>
**Cc:** Maria Rodriguez <MRodriguez@sheppardmullin.com>; Jill Senn <JSenn@sheppardmullin.com>; Walmart-Zest <walmart-zest@bartkopavia.com>; Scott Richardson <scott@mcdanielwolff.com>
**Subject:** Attendance of Walmart witnesses at trial

**[EXTERNAL EMAIL]**

Hi counsel,

I'm writing about the attendance of Walmart witnesses at trial, in the hopes that we can come to an agreement and resolve Walmart's motion to quash.  We understand that Walmart intends to bring Josh Bohling, Kelly Boyle, Denise Sharpe, and Chuck Tilmon to testify live, and based on the motion to quash, it appears that Walmart does not object to testimony from Aubree Rankin or Mahesh Pradhan, as long as we can agree on a date for their testimony to avoid them having to sit through the whole trial.

That leaves in dispute the six witnesses at issue in the motion to quash (Anand Banik, Gary Campisi, Stephen Steel, Rodney Greenfield, Aihong Wen, and Susan Akin).  Zest also intends to call Ckristian Velez, who is currently on Walmart's may-call list.  If Walmart would agree to make available Ms. Wen, Mr. Velez, Ms. Rankin, and Mr. Pradhan (along with the four Walmart witnesses on Walmart's will-call list), Zest would agree not to call Mr. Banik, Mr. Campisi, Mr. Steel, Mr. Greenfield, and Ms. Akin.  We would also agree to let you know a 1-2 day window for each witness to be available, so that they would not need to sit through the full trial.  Would Walmart be amenable to that compromise?

Thank you,
Kate