# EXHIBIT B

         



# Nikhil Cherian  · 3rd

E-commerce Strategy and Operations

United States · Contact info

500+ connections

Message   + Follow   More

## About

I am an omnichannel retail leader with experience leading key growth initiatives at the world's largest retailers. My focus is to build teams that utilize data science expertise and product mindset to deliver innovative, customer focused, digital merchandising and supply chain solutions and strategies that increase revenue and…

## Activity

4,369 followers

Posts   **Comments**



Show all posts →

## Experience


**Sr. Director, Digital Merchandising and Business Operations**
Tractor Supply Company · Full-time
Jun 2024 - Present · 11 mos

I lead the teams building our fast growing eCommerce business - merchandising, assortment/pricing strategy and execution, site... ...see more

⬧ Assortment, Artificial Intelligence (AI) and +6 skills


**Vice President, Integrated Business Planning, Insights and Analytics**
Nordstrom · Full-time
Oct 2021 - Apr 2024 · 2 yrs 7 mos
Seattle, Washington, United States

Lead key enterprise business planning, execution and performance review cadences for the company - Enterprise Weekly Business Review, … ...see more

⬧ Key Performance Indicators, Integrated Business Planning (IBP) and +9 skills


**Walmart**
7 yrs 8 mos

**Sr. Director, Integrated Business Planning & Forecasting**
Full-time
Mar 2020 - Oct 2021 · 1 yr 8 mos

Reported to the CSCO and built retail industry leading, tech driven sales and operations planning business process and technology product fo ...see more

⬧ Key Performance Indicators, Forecasting and +3 skills

**Director, Supply Chain Planning and Forecasting**
Apr 2017 - Mar 2020 · 3 yrs
Bentonville

- Established industry-leading demand forecasting and supply planning platforms, sales and operations planning for Walmart's $150B+ F ...see more

⬧ Key Performance Indicators, Forecasting and +7 skills

**Director, Pricing Strategy and Data Science**
May 2015 - Apr 2017 · 2 yrs

* Built and led global analytics platform team responsible for supporting strategy and optimization of multi billion dollar price investment ...see more

⬧ Key Performance Indicators, Forecasting and +2 skills

Show all 4 experiences →


**Senior Consultant - Merchandising and Marketing Data Science(Walmart)**
Nielsen
Feb 2013 - Mar 2014 · 1 yr 2 mos
Bentonville, AR

- Constructed a member model, blending Sam's Club membership data with Nielsen assets, influencing real estate decisions for new clubs in … ...see more

⬧ Key Performance Indicators, Marketing Analytics and +7 skills


**Consultant, Merchandising and Marketing Data Science**
Mu Sigma Inc.
Feb 2010 - Feb 2013 · 3 yrs 1 mo
Bangalore, India & Bentonville, AR

Startup experience providing customer data based Assortment Optimization, Price Optimization, Marketing Insights.

◇ Assortment, SQL and +6 skills

Show all 3 experiences →

### Education



**University at Buffalo School of Management, The State University of New York**
Masters, Management Information Systems
2008 - 2009

Coursework: •Technology Management and E-Business •Management of Globally Distributed Services •Project Management •Enterprise Models...



**Massachusetts Institute of Technology**
Supply Chain Education Program for Walmart, Transportation and Logistics
2019 - 2019

Managing Uncertainty
Demand Forecasting...

Show all 3 educations →

### Licenses & certifications



**Supply Chain Principles**
Coursera
Issued Apr 2017
Credential ID 6ADMT8SHMU2F

Show credential ⧉

### Skills

**Artificial Intelligence (AI)**

 Sr. Director, Digital Merchandising and Business Operations at Tractor Supply Company

**Fulfillment Management**

 Sr. Director, Digital Merchandising and Business Operations at Tractor Supply Company

Show all 56 skills →

### Recommendations

**Received**    Given



**Issac Mathew** · 3rd
Senior Director, Data Science - AI at Kenvue | Recognized in AI100 at MachineCon 2022 | Visiting faculty @IIM Calcutta | 2 patents in Computer Vision
May 16, 2019, Issac worked with Nikhil on the same team

Nikhil & I have worked closely on multiple data science products in the Supply Chain domain at Walmart. He is undoubtedly the best partner I've had, to anchor the engagement in the US. Nikhil understands the domain very deeply, speaks to the end consumer of our product in their own terms, and he gets both data science and engineering – that's a rare combination to have. He has always displayed exemplary professionalism and has supported the remotely located teams at leadership meetings where they didn't have any representation, always giving credit where it is due....



**Brenda A.** · 3rd

VP, Data Insights

January 1, 2019, Brenda worked with Nikhil but on different teams

Nikhil is a tremendous business partner - collaborative in his work style and clear on the expectations of those that work for and with him. He is also a good human - cares about his work and puts his family first. I miss working with him.

Show all 8 received →

## Patents

**Image generator for location based arrangements of elements**
US US20170249765A1 · Filed Feb 26, 2016

See patent

Retail store layout optimization based on customer shopping patterns

**ITEM-SPECIFIC VALUE OPTIMIZATION TOOL**
US 20190355030

## Languages

**English**
Full professional proficiency

**French**
Elementary proficiency

Show all 5 languages →

## Interests

Top Voices | Companies | Groups | Newsletters | Schools



**Rick Watson** · 3rd

eCommerce Strategy Consultant | Strategic eCommerce Consulting to Optimize Your Results | ECommerce SaaS Positioning and Go-to-Market Strategy | Organizational Change Management | E-Commerce Expert Witness
65,646 followers

+ Follow

**Deepali Vyas** · 3rd

Global Head of Data/AI & FinTech at Korn Ferry | Founder of ProFolios | Board Advisor | @Elite Recruiter | Forbes Business Council
41,905 followers

+ Follow

Show all Top Voices →



Promoted ···

Kate, explore relevant opportunities with O'Hagan Meyer

Get the latest jobs and industry news

Follow

**More profiles for you**


Jason Morris · 3rd
Chief Technology & Information Officer at Nordstrom

Message


Rick Lockton · 3rd
Digital Growth - Transformation - P&L Leader - Board Member

Message


Desiree Melo · 3rd
Vice President and CIO @ Honeywell | Digital Technology, e-commerce

Follow


Tacey Powers · 3rd
Executive Vice President - Nordstrom

Message


Alexis DePree · 3rd
Operations at Nordstrom | former Target, Amazon, Dell | customer-obsessed, problem-solver and team-builder

Message

Show all

**Explore Premium profiles**


Rebecca Dunlevy Takacs · 3rd
Construction Litigator, Partner, Strategic Advisor to Contractors, Owners, and Developers

Follow


James Zucker · 2nd
Partner at Yetter Coleman LLP

Connect


Rodin Hai-Jew · 2nd
Partner at Kirkland & Ellis LLP - Private Equity/M&A

Connect

Case 4:18-cv-00500-JM   Document 733-2   Filed 04/16/25   Page 6 of 8



Aaron Chastain  · 3rd
Partner

✈ Message

---

**People you may know**


Zachary Jacobs
Trial Lawyer at RJLF

👤+ Connect


EJ Fagan
Assistant Professor at University of Illinois at Chicago

👤+ Connect


Bernardo S. Hinojosa
Assistant Professor of English

👤+ Connect

Abigail Griffith
Litigation Associate

👤+ Connect


Elizabeth Baia
Counsel, Investigations at Kenvue

👤+ Connect

Show all

---

**You might like**
Pages for you


The Rockefeller Foundation
Non-profit Organizations
328,568 followers

 7 connections follow this page

+ Follow

Obama Foundation
Non-profit Organizations
384,631 followers

 8 connections follow this page

+ Follow

Show all

Promoted ...


Are You An Attorney?
We are seeking attorneys to assist our legal clients. View their cases now!

 Ann also follows LegalMatch


AI generated pro websites
GoDaddy AI makes it easy to build a gorgeous professional website, fast.