# EXHIBIT C

        



## Mingming Li · 3rd

Head of Data Science, Commerce Engineering at Facebook



• Facebook



• University of Arkansas

Bentonville, Arkansas, United States · **Contact info**

500+ connections

Message    + Follow    More

### About

• Customer Lifetime Value and Customer Segmentation
• Customer propensity targeting and incremental lift targeting
• Customer acquisition and retention
• Customer demand transfer and loyalty…                    …see more

### Activity
1,362 followers

**Mingming hasn't posted yet**
Recent posts Mingming shares will be displayed here.

Show all activity →

### Experience



**Head of Data Science, Commerce Engineering**
Facebook · Full-time
Nov 2020 - Present · 4 yrs 6 mos
Menlo Park, California, United States

Lead data science and data engineering for Facebook Commerce Engineering. Support consumer store, sales and marketing, supply chain,…



**Walmart**
8 yrs 10 mos

**Director of Data Science**
Full-time
Jun 2019 - Nov 2020 · 1 yr 6 mos
Bentonville, Arkansas, United States

Led 10+ data scientists on Walmart Membership project. Built predictive models, performance reporting, behavior analysis. Partnered with business…

**Director of Merchandising Solutions, Retail Analytics | Walmart Labs**
Nov 2015 - Jun 2019 · 3 yrs 8 mos
Bentonville, AR

Led teams of 30+ data scientists and big data developers for Walmart Assortment and Feature automated analytics solutions development.

**Senior Manager of Customer Analytics**
Oct 2012 - Nov 2015 · 3 yrs 2 mos
Bentonville, AR

Led the Executive Service team of 10+ professionals to support merchandise and marketing strategies. Developed customer segmentation, customer…

Show all 4 experiences →


**Senior Analyst**
Sam's Club
Feb 2011 - Jan 2012 · 1 yr

Responsible for analytics in Marketing, Membership, Merchandising, Operation and Financial Services. Supported Merchandising strategy…


**Senior Business Analyst**
Mu Sigma
Aug 2009 - Mar 2011 · 1 yr 8 mos

Led analytics in Marketing, Membership, Merchandising and Financial Service at Sam's Club.


**Data Analyst**
Sam's Club
May 2008 - Jul 2009 · 1 yr 3 mos

Responsible for membership and marketing analytics and data warehouse design for Sam's Club Marketing, Membership, Finance Executive Steering…

## Education


**University of Arkansas**
Master's degree, Information Systems
2007 - 2008


**Shandong University**
Bachelor's degree, Management Information Systems, General
2003 - 2007

## Skills

**Machine Learning**

  Passed LinkedIn Skill Assessment

  Endorsed by 2 colleagues at Walmart

  3 endorsements

**Leadership**

  Endorsed by 4 colleagues at Walmart

  6 endorsements

Show all 20 skills →

## Recommendations

**Received**    Given


**Cynthia Kleinbaum Milner** · 3rd
Full-Stack Chief Marketing Officer | Board Member | Co-Host of A LA LATINA | Ex-BCG, Walmart & MoneyLion
August 23, 2020, Cynthia worked with Mingming on the same team

Ridiculously talented and a joy to work with.
I was lucky enough to work with Minming, as his internal client, while developing the customer analytics workstream of Walmart+.
His ability to build accurate prediction models, provide actionable customer insights and find ways to leverage data to positively impact the business was second to none.
I was also always impressed by his ability to translate complex topics into simple business terms. …


**Sumit Bajaj**  · 3rd
Senior Director, Data Science at Walmart eCommerce
August 20, 2020, Sumit managed Mingming directly

I worked with Mingming both as a cross-functional partner and his manager at Walmart. He is an extremely competent data science professional and has excelled in various roles spanning across the data science and analytics spectrum. He has led large teams consisting of people leaders and individual contributors. He developed multiple data products as part of my team and successfully led multiple high visibility initiatives in parallel. He consistently demonstrated exceptional work ethic and has been a role model. He is self motivated and also built strong cross functional…

Show all 4 received →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools


**Jeff Weiner**  · 3rd
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
10,417,184 followers

\+ Follow


**Kristen Kehrer**  · 3rd
Mavens of Data Podcast Host, [in]structor, Co-Author of Machine Learning Upgrade
99,239 followers

\+ Follow

Show all Top Voices →

**More profiles for you**


**Jingying Zhang** · 3rd
Senior Director, Data Science at Walmart E2E Data & Analytics Center of Excellence

Message

 Mohan Ram Akella · 3rd
Senior Vice President (SVP), Walmart US Omni-Channel Supply Chain Strategy and Transformation at Walmart

Message

 Linda Vytlacil · 3rd
Professor of Data Analytics | Walton Family Charitable Support Foundation Chair, Data Analytics

Message

 Tim Winters · 3rd
Director, Data Science @ Nike | ex-Walmart | Applied Economics

Message

 Matthew Williams · 3rd
AI Infra @ Meta | Staff Data Scientist | Tech Lead Manager

+ Follow

Show all

**Explore Premium profiles**

 Andrew Ritter · 3rd
M&A Partner | Legal Tech Founder

Message

 Kathleen McConnell · 2nd
Partner at Seyfarth Shaw LLP

+ Connect

 Aaron Chastain · 3rd
Partner

Message

 Rodin Hai-Jew · 2nd
Partner at Kirkland & Ellis LLP - Private Equity/M&A

+ Connect

**People you may know**
From Mingming's industry

 Joseph Eddy
AI/ML Engineer at Harmonic

+ Connect

 Laura Tong
Associate General Counsel

+ Connect

**Michael Stevenson**
Senior Vice President, Media - Strategy and Litigation EMEA

+ Connect

**Ryne Saxe**
Co-founder & CEO at Eco

+ Connect

**Geoff Domoracki**
Founder at DevNetwork

+ Connect

Show all

**You might like**
Pages for you

**The Rockefeller Foundation**
Non-profit Organizations
328,567 followers

7 connections follow this page

+ Follow

**Obama Foundation**
Non-profit Organizations
384,631 followers

8 connections follow this page

+ Follow

Show all