# EXHIBIT D

| | |
|---|---|
| **From:** | Kate Falkenstien |
| **To:** | John Tull; John Keville; mark.fleming@wilmerhale.com; thomas.sprankling@wilmerhale.com; Robert Green; Chante Westmoreland; R. Ryan Younger; Chip Chiles |
| **Cc:** | Maria Rodriguez; Jill Senn; Walmart-Zest; Scott Richardson |
| **Subject:** | Stipulating to previously admitted exhibits |
| **Date:** | Friday, March 28, 2025 9:53:49 AM |

Hi counsel,

Would Walmart agree to stipulate that exhibits admitted at the first trial are deemed admitted at retrial as long as they're used during the retrial? That would save a lot of time for the Court by avoiding the need to lay foundation and moving to admit.

Thanks,
Kate