# EXHIBIT E

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF ARKANSAS
 3                   CENTRAL DIVISION
 4   ZEST LABS, INC. F/K/A            )
     INTELLEFLEX CORPORATION;         )
 5   ZEST LABS HOLDINGS LLC,          )
     AND RISKON                       )
 6   INTERNATIONAL, INC.,             )
                                      )
 7            PLAINTIFFS,             ) CASE NO.
                                      )
 8   V.                               ) 4:18-CV-500-JM
                                      )
 9   WALMART INC. F/K/A               )
     WAL-MART STORES, INC,            )
10                                    )
              DEFENDANT.              )
11                                    )
                                      )
12   _____
13
14
15      VIDEOTAPED DEPOSITION OF:
16      JOSHUA BOHLING
17      TAKEN ON BEHALF OF THE PLAINTIFFS
18      APRIL 11, 2025
19
20
21
22
23
24
25
                                              Page 1
```

```
 1      APPEARANCES:
 2      For the Plaintiffs:
 3               ANDREW C. RYAN, ESQ.
                 NATALIE A. FELSEN, ESQ.
 4               Bartko Pavia LLP
                 1100 Sansome Street
 5               San Francisco, California 94111
                 Aryan@bartkolaw.com
 6               Nfelsen@bartkolaw.com
 7
                 KATE M. FALKENSTIEN, ESQ.
 8               Blue Peak Law Group, LLP
                 3790 El Camino Real, PMB 846
 9               Palo Alto, California 94306-3314
                 (281) 972-3036
10               kate@bluepeak.law.
11
12
        For the Defendant:
13
                 JOHN KEVILLE, ESQ.
14               ROBERT GREEN, ESQ.
                 JOHN TULL, ESQ.
15               Sheppard Mullin, LLP
                 700 Louisiana Street
16               Suite 2750
                 Houston, Texas 77002
17               Jkeville@sheppardmullin.com
18
19
20      COURT REPORTER:
                 JENNIFER HAYNIE (License No. 403)
21               Cell:  615.429.6588
                 E-mail: jennifercourtreporter@gmail.com
22
23
24      VIDEOGRAPHER:
25               BOBETTE ELLIS
```

```
 1                         I N D E X

 2   Examinations                                            Page

 3     BY MR. RYAN                                              6

 4     BY MR. KEVILLE                                          72

 5

 6
                           E X H I B I T S
 7

 8   No.       Description                                   Page

 9   Exhibit 1   Bohling application                           13

10   Exhibit 2   Notice of Abandonment                         17

11   Exhibit 3   Office Action                                 25

12   Exhibit 4   Ben-Tzur                                      36

13   Exhibit 5   Gupta                                         36

14   Exhibit 6   Excerpt of trial testimony page 1463          69

15                     INFORMATION REQUESTED

16

17

18

19

20

21

22

23

24

25
                                                          Page 3
```

```
 1                  The videotaped deposition of
 2      JOSHUA BOHLING, taken on behalf of Plaintiffs,
 3      on the 11th day of April, 2025, commencing at
 4      3:00 p.m., in the offices of Zoom Platform -
 5      Veritext, for all purposes under the Arkansas
 6      Rules of Civil Procedure.
 7                  The formalities as to notice,
 8      caption, certificate, et cetera, are waived.
 9      All objections, except as to the form of the
10      questions, are reserved to the hearing.
11                  It is agreed that Jennifer Haynie,
12      being a Notary Public and Court Reporter for the
13      State of Tennessee, may swear the witness, and
14      that the reading and signing of the completed
15      deposition by the witness are waived.
16
17                         * * *
18
19
20
21
22
23
24
25
                                                  Page 4
```

1        THE VIDEOGRAPHER:  We are now on the
2   record.  My name is Bobette Ellis, the
3   videographer.  I'm representing Veritext.
4   Today's date is Friday, April 11, 2025.  The
5   time is 3:19 p.m.  This is the deposition of
6   Joshua Bohling taken in the Zest Lab et. al.
7   versus Wal-Mart Incorporated.  The court
8   reporter today is Jennifer Haynie representing
9   Veritext.
10              Will counsel state their appearances
11  after which the court reporter may swear in the
12  witness.
13              MR. RYAN:  Andrew Ryan of Bartko
14  Pavia for the plaintiffs, Zest and with me are
15  my colleagues, Kate Falkenstien and Natalie
16  Felsen.
17              MR. KEVILLE:  John Keville for the
18  Defendant Wal-Mart and as well as Mr. Bohling
19  individually and with me on the line are
20  John Tull and Rob Green.
21
22                  JOSHUA BOHLING,
23       Having been sworn to tell the truth,
             the whole truth and nothing but the
24             truth, testified as follows:
25

| | |
|---|---|
| 1 | response from the patent office or things like |
| 2 | that; am I understanding that correctly? |
| 3 | Q.     Correct. |
| 4 | A.     I'm also trying to remember Mr. Keville's |
| 5 | instructions a moment ago.  I'm sorry. |
| 6 |           MR. KEVILLE:  Yeah, he's asking |
| 7 | you -- well, as I understand your question, |
| 8 | Mr. Ryan, you're asking him with regard to |
| 9 | abandonment of the application, did he review |
| 10 | any of the communications with the patent |
| 11 | office; is that fair? |
| 12 |           MR. RYAN:  That is fair. |
| 13 |           THE WITNESS:  To refresh my memory, |
| 14 | yes. |
| 15 | BY MR. RYAN: |
| 16 | Q.     Can you tell me exactly which exchanges |
| 17 | with the patent office you reviewed? |
| 18 | A.     I believe the one that I reviewed was |
| 19 | actually from the international filing, and I |
| 20 | don't -- I don't remember the exact title of |
| 21 | that -- of that document, but it was the |
| 22 | response -- I believe their initial response |
| 23 | after it was submitted. |
| 24 | Q.     Did you review any of your previous |
| 25 | testimony? |

```
 1    A.     I did not.
 2    Q.     Do you understand that this case is going
 3    to trial at the end of the month?
 4    A.     Yes.
 5    Q.     Do you plan to testify at that trial?
 6           MR. KEVILLE:  I'm going to object
 7    and instruct the witness not to answer.  That
 8    certainly has anything to do with abandonment or
 9    an application.
10    BY MR. RYAN:
11    Q.     Mr. Bohling, are you going to follow
12    Mr. Keville's instructions?
13           MR. KEVILLE:  Yes, he is.
14    BY MR. RYAN:
15    Q.     Mr. Bohling, are you being compensated
16    for your time spent on this case?
17           MR. KEVILLE:  That has nothing to do
18    with the abandonment of the application, so I'm
19    going to instruct the witness not to answer.
20           MR. RYAN:  I'll say it is relevant
21    to potential credibility, which is relevant to
22    any proceeding?
23           MR. KEVILLE:  Here's what you asked
24    the Court:  Zest should be permitted to depos
25    Mr. Bohling regarding Wal-Mart's post-trial
```

```
 1    decision to abandonment the 396 Bohling
 2    application.  The Court then said you have a
 3    deposition limited to the subject of the
 4    abandonment of the 396 Bohling application.  I
 5    don't find your questions have any relevance to
 6    what you asked for or what the Court ordered.
 7              So I'm instructing him not to
 8    answer.
 9              MR. RYAN:  Well, I don't think
10    that's a reasonable interpretation of the
11    Court's order.  The witness's credibility is
12    always relevant, but I'll move on.
13              I'll go ahead and mark the next
14    exhibit.  Bear with me.
15              (Exhibit Number 2 was marked.)
16              MR. RYAN:  I have the stamp, but I'm
17    not seeing the "introduce option" now.  Let's go
18    off the record to figure this out.
19              THE VIDEOGRAPHER:  All parties agree
20    to go off the record.  We're going off the
21    record at 3:34 p.m.
22         (Off-the-record discussion was held.)
23              THE VIDEOGRAPHER:  We are going back
24    on the record at 3:36 p.m.
25    BY MR. RYAN:
```

Page 17

```
 1                REPORTER'S CERTIFICATE
 2            I certify that the witness in the
 3    foregoing deposition, was by me duly sworn to
 4    testify in the within-entitled cause; that the
 5    said deposition was taken at the time and place
 6    therein named; that the testimony of said
 7    witness was reported by me, a Shorthand Reporter
 8    and Notary Public of the State of Tennessee
 9    authorized to administer oaths and affirmations,
10    and said testimony, pages 5 through 86 was
11    thereafter transcribed into typewriting.
12            I further certify that I am not counsel
13    or attorney for either or any of the parties to
14    said deposition, nor in any way interested in
15    the outcome of the cause named in said
16    deposition.
17              IN WITNESS WHEREOF, I have hereunto
18    set my hand the 14th Day of April, 2025.
19
20
21
22
23
24         JENNIFER HAYNIE (License No. 403)
25         My Commission Expires:  03/09/2027
```

Page 86