## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ZEST LABS, INC. formerly known as**
**INTELLEFLEX CORPORATION and**
**ECOARK HOLDINGS, INC.**                                       **PLAINTIFFS**

V.                                        4:18CV500 JM

**WAL-MART INC. formerly known as**
**WAL-MART STORES INC.**                                        **DEFENDANT**

### ORDER

The following are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse in Little Rock, Arkansas, for pretrial matters on **Friday, April 25, 2025**, and through the duration of trial beginning on **Monday, April 28, 2025**:

1. Carmen Morales
2. Kelly Boyle
3. William Wenzel
4. Rebecca Lynch
5. Courtney McGinness
6. Josh Dubin
7. Ckristian Velez

The authorization is subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in

district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 25th day of April, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE