# EXHIBIT 1

 **Outlook**

---

## 4:18-cv-00500-JM Zest Labs Inc et al v. Wal-Mart Inc

---

**From** Stacy Hatfield <Stacy_Hatfield@ared.uscourts.gov>

**Date** Thu 3/20/2025 10:21 AM

**To** CWestmoreland@sheppardmullin.com <CWestmoreland@sheppardmullin.com>; DMcDaniel@cozen.com <DMcDaniel@cozen.com>; aryan@bartkolaw.com <aryan@bartkolaw.com>; Bart Calhoun <bart@mcdanielwolff.com>; bmscheller@mintz.com <bmscheller@mintz.com>; Brittany Webb <bwebb@mcdanielwolff.com>; cbartolomucci@schaerr-jaffe.com <cbartolomucci@schaerr-jaffe.com>; cchiles@qgtlaw.com <cchiles@qgtlaw.com>; dmitchell@roselawfirm.com <dmitchell@roselawfirm.com>; fwilliams@wsltrial.com <fwilliams@wsltrial.com>; gmarts@wlj.com <gmarts@wlj.com>; gsignorille@bartkopavia.com <gsignorille@bartkopavia.com>; jkeville@sheppardmullin.com <jkeville@sheppardmullin.com>; jtull@qgtlaw.com <jtull@qgtlaw.com>; kate@bluepeak.law <kate@bluepeak.law>; krichard@bartkolaw.com <krichard@bartkolaw.com>; mark.fleming@wilmerhale.com <mark.fleming@wilmerhale.com>; msimons@wsltrial.com <msimons@wsltrial.com>; nfelsen@bartkolaw.com <nfelsen@bartkolaw.com>; pfsnell@mintz.com <pfsnell@mintz.com>

**Cc** Kacie Glenn <Kacie_Glenn@ared.uscourts.gov>

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Good morning,
If you will need a war room or prep space during trial, please reach out to Kacie.

As for exhibits, please provide the Court and opposing counsel with a thumb drive with all of your anticipated exhibits.  You should have one extra thumb drive for the jury and you will be responsible for deleting any exhibits which are not admitted.  Please also have one paper copy of the exhibits for the jury.  Again, it will be your responsibility to remove and exhibits which are not admitted into evidence.
Motions in limine will be due on or before April 1 and responses due on or before April 8.

Stacy


Stacy Hatfield
Law Clerk to the
Honorable James M. Moody Jr.
501-604-5150