# EXHIBIT A

| 2019-05-30 | Cherian, Nikhil | Page 1 |
|---|---|---|

1   UNITED STATES DISTRICT COURT EASTERN DISTRICT OF
ARKANSAS
2   WESTERN DIVISION
3   ZEST LABS, INC., and    ) ECOARK HOLDINGS, INC.,    )
4   ) Plaintiffs,  )
5   ) vs.              ) No. 4:18-cv-00500-JM
6   ) WALMART, INC., f/k/a WAL-MART   )
7   STORES, INC.,            ) )
8   Defendant.    ) ATTORNEYS' EYES ONLY
9
10
11
12   VIDEOTAPED DEPOSITION OF NIKHIL CHERIAN, taken
13   at 3300 Market Street, Suite 136, Rogers, Arkansas, on
14   the 30th day of May, 2019, on behalf of the Plaintiffs,
15   before Cassy Kerr, CSR-OK, CCR-KS, CCR-AR, RPR, CRR, CRC,
16   NP-OK, pursuant to Federal Rules of Civil Procedure.
17
18
19
20
21
22
23   Bushman Court Reporting 620 West Third Street
24   Suite 302 Little Rock, Arkansas 77201
25   (501) 372-5115 * BushmanReporting.com

| 2019-05-30 | Cherian, Nikhil | Page 3 |
|---|---|---|

1   EXAMINATION INDEX
2   NIKHIL CHERIAN
3   DIRECT BY MR. HARDT . . . . . . . . . . . . .  6
4   CROSS BY MS. BLITZER. . . . . . . . . . . . .258
5   REDIRECT BY MR. HARDT . . . . . . . . . . . 265
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| 2019-05-30 | Cherian, Nikhil | Page 2 |
|---|---|---|

1   A P P E A R A N C E S
2   FOR THE PLAINTIFFS:
3   Mr. Jonathan L. Hardt jhardt@velaw.com
4   Mr. Matthew Melancon Mmelancon@velaw.com
5   Vinson & Elkins 2801 Via Fortuna
6   Suite 100 Austin, Texas 78746-7568
7   512-542-8420
8
9   FOR THE DEFENDANT:
10   Ms. Rachel R. Blitzer Skadden, Arps, Slate, Meagher & Flom
11   4 Times Square New York, New York 10036
12   212-735-2307
13
14   VIDEOGRAPHER:
15   Mr. Tom Hallum generalmanager@bushmanreporting.com
16   Bushman Court Reporting 620 West Third Street
17   Suite 302 Little Rock, Arkansas 72201
18   501-372-5115
19
20   ALSO PRESENT:
21   Mr. Tony Juneau
22
23
24
25

| 2019-05-30 | Cherian, Nikhil | Page 4 |
|---|---|---|

1   EXHIBIT INDEX
2   MAR Plaintiff's
3   145  Email chain. WM00057859          13
4   146  Email chain with attachment.  WM00057355-92 27
5   147  Email chain with attachment.  WM00035256-98 50
6   148  Email chain. WM00029079          58
7   149  Email dated 8-29-17 from Nikhil Cherian to  67
8   Rodney Greenfield with attachment. WM00035007-26
9   150  Email chain. WM00020355-56          83
10   151  Email with attachment dated 5-23-17 from  88
11   Justin Lewis to Nikhil Cherian. WM00108039-89
12   152  Email dated 6-7-17 from Nikhil Cherian to  97
13   Linda Vytlacil.  WM00057750
14   153  Email chain. WM00111618-9          99
15   154  Email chain. WM00097671-2, WM00128385-9  102
16   155  Email chain. WM00090408          107
17   156  Email chain. WM00092753-4          110
18   157  Email chain. WM00058559-60          113
19   158  Email chain. WM00058570-72          122
20   159  Email chain. WM00060531-2          126
21   160  Email chain. WM00078349          129
22   161  Email chain. WM00077645-6          143
23   162  Email chain with attachment.          147 WM00076395-417
24
25

---

2019-05-30 | Cherian, Nikhil | Page 5

1  EXHIBIT INDEX
2  MAR Plaintiff's
3  163  Email chain with attachment.        163
4  WM00027953-60        164
5  164  Email chain. WM00035035-6        171
6  165  Email chain with attachment.        174 WM00069225-45
        175
7  166  Email dated 7-5-17 from Nikhil Cherian to  177
8  Manish Pandey with attachment. WM00065353-73
9  167  Email dated 7-2-17 from Nikhil Cherian to  180
10  Denise Sharpe with attachment. WM00018870-75
11  168  Email chain with attachment.        186
12  WM00034912-35187
13  169  Email dated 11-9-17 from Nikhil Cherian to  194 Mingming Li, et
14  al.  WM00058111-76
14  170  Email chain. WM00058399-400        197
15  171  Email chain. WM00035770-1        203
16  172  Printout of Nikhil Cherian's OneNote file  210
17  from 2017
18  173  Email chain. WM00053421-2        241
19  174  Email dated 10-31-17 from Stephen Steel 245 to Nikhil Cherian.
        WM00036066-7
20  175  Email chain with attachment. WM00076287-99 249
21
22
23
24
25

---

2019-05-30 | Cherian, Nikhil | Page 6

1    THE VIDEOGRAPHER: We are now on the record.
2    My name is Tom Hallum. I'm the videographer
3    with Bushman Court Reporting retained by Lexitas.
4    This is a video deposition for the
5    United States District Court, Eastern District of
6    Arkansas.
7    Today's date is May 30th, 2019. The time is
8    9:02 a.m.
9    This deposition is being taken -- being held
10    at Kutak Rock, 3300 Market Street, Suite 136, Rogers,
11    Arkansas, in the matter of Zest Labs, Incorporated, and
12    Ecoark Holdings, Incorporated v. Walmart, Incorporated,
13    formerly known as Walmart Stores, Incorporated.
14    The deponent is Nikhil Cherian.
15    All counsel will be noted on the stenographic
16    record.
17    Our court reporter is Cassy Kerr, and she will
18    now swear in the witness, please.
19    NIKHIL CHERIAN,
20    duly sworn to testify the truth, the whole truth,
21    and nothing but the truth, testified as follows
22    beginning at 9:02 a.m.:
23    DIRECT EXAMINATION
24    BY MR. HARDT:
25    Q. Good morning, Mr. Cherian.

---

2019-05-30 | Cherian, Nikhil | Page 7

1    A. Morning.
2    Q. My name is --
3    MS. BLITZER: Do we need to put counsel on the
4    record?
5    MR. HARDT: I think they're going to do it
6    stenographically, but we can do it this way.
7    This is Jonathan Hardt of Vinson & Elkins on
8    behalf of Zest Labs. With me today is Matthew
9    Melancon.
10    MS. BLITZER: Rachel Blitzer on behalf of
11    defendant Walmart.
12    MR. JUNEAU: Tony Juneau, in-house counsel
13    with Walmart, and I'm not counsel of record in this
14    case.
15    MR. HARDT: Great.
16    Q. (By Mr. Hardt) Good morning.
17    A. Morning.
18    Q. My name's Jonathan Hardt. I represent a
19    company called Zest Labs in a litigation against
20    Walmart.
21    Do you understand that you're here today to -- for
22    deposition testimony?
23    A. I do.
24    Q. And do you understand that the court reporter
25    just swore you in, and you're obligated to tell the

---

2019-05-30 | Cherian, Nikhil | Page 8

1    truth today?
2    A. Yes.
3    Q. All right. Have you taken any medicine,
4    drugs, alcohol, anything like that, or is there any
5    other reason why you would not be able to -- to proceed
6    and to give truthful testimony today?
7    A. No.
8    Q. Okay. Have you ever been deposed before?
9    A. No.
10    Q. Okay. Let me give you a couple ground rules
11    just so we're on the same page and we understand
12    what's -- what's going on.
13    Throughout the day, I'm going to ask you some
14    questions, and you will provide answers to those
15    questions.
16    A. Uh-huh.
17    Q. The court reporter will take down everything
18    we say -- down into the transcript, and for that
19    reason, it's important that we don't speak over each
20    other, that I finish asking my question, and you finish
21    answering, before we the other ones speaks.
22    Does that make sense?
23    A. Yes.
24    Q. Okay. For the same reason, we need to give
25    verbal answers; so a nod of the head or -- or just

1    "uh-huh" or "huh-uh" doesn't work because she can't
2    take down that accurately.
3    Does that make sense?
4   A. Yes.
5   Q. Like we talked about just before we went on
6    the record, we can take breaks throughout the day.
7    Normally, I go about an hour, and then we'll take a
8    break. If for any reason -- it's not an endurance
9    contest; right?
10   So if for any reason you need to take a break,
11   just let me know. My only request is that we won't
12   take a break while a question is pending.
13   Does that make sense?
14   A. Yes.
15   Q. And throughout the day, your attorney may
16    object to questions. She'll say things like,
17    "Objection; form." If that happens, she's just noting
18    her objection on the record, and you can still answer
19    the question, unless she instructs you not to answer.
20    Does that make sense?
21   A. Yes.
22   **Q. Okay. Are you currently an employee of**
23   **Walmart?**
24   **A. Yes.**
25   Q. When did you begin working at Walmart?

1   A. I think March of 2014, yeah.
2   Q. What was your title when you began in March of
3    2014 at --
4   A. I was --
5   Q. -- Walmart?
6   A. I was a senior manager two in a group called
7    global customers insights and analytics.
8   Q. Is that still your title today?
9   A. No.
10   **Q. What's your title today?**
11   **A. Director of enterprise work stream, also**
12   **called FLOW sometimes, F-L-O-W.**
13   **Q. Do you work with Kelly Boyle in that capacity?**
14   **A. I did work with her.**
15   **Q. Okay. When did you work with Kelly Boyle?**
16   **A. For six months. From April 2017 through**
17   **September 2017.**
18   Q. During that period in 2017, what was your
19    title then?
20   A. Same title as it is now.
21   **Q. Okay. And how would you characterize your**
22   **responsibilities as director of enterprise work flow?**
23   **A. Enterprise work stream.**
24   **Q. Excuse me.**
25   **A. Kelly brought me on to oversee end-to-end flow**

1   **technology from a business standpoint.**
2   **Q. So you were overseeing the project from a**
3   **business standpoint but with the technology in mind.**
4   **Is that fair to say?**
5   **A. That's right.**
6   Q. Okay. And you have -- do you have a computer
7    science or a technology background?
8   A. I do.
9   Q. Okay. Have you ever heard of a company called
10   Zest Labs?
11   A. Yes, I have.
12   **Q. When did you become familiar with Zest Labs?**
13   **A. When I started with Kelly.**
14   **Q. That would be in early 2017?**
15   **A. Around April 2017.**
16   **Q. And what was your responsibility at Walmart**
17   **with regard to Zest Labs?**
18   **A. I was not directly overseeing the project, but**
19   **because I had all technology for fresh flow, that was**
20   **one among several work streams that were going on that**
21   **I was informed about and consulted on.**
22   **Q. Was -- was Denise Sharpe the one that was**
23   **directly overseeing the project?**
24   **A. That's right.**
25   **Q. So would you characterize your role as**

1   **assisting her on the technology side of the project?**
2   **A. No, I was senior to her.**
3   **Q. So how would you characterize your role versus**
4   **Denise's role in the project with Zest Labs?**
5   **A. I had overarching responsibility for all**
6   **technology, which would include tens of projects. This**
7   **was just one that she had.**
8   **Q. Okay. Tens of projects in the overall flow?**
9   **A. Logistics, transportation --**
10   Q. Okay.
11   A. -- things like that.
12   Q. And all -- but all of those related to sort of
13    fresh produce projects?
14   A. I would say fresh meat. Anything -- doesn't
15    necessarily mean produce. All fresh.
16   Q. Okay. When you began working on the Zest Labs
17    project, Walmart was already involved with Zest Labs;
18    right?
19   A. I believe so.
20   Q. Okay. Did you ever meet with -- with a
21    Walmart employee named Jeff Kerbs about Zest Labs?
22   A. Not one on one, but we've -- I've been to
23    meetings with him.
24   Q. So by "not one on one," you mean, if you had a
25    meeting with Jeff Kerbs, there may be somebody else

1    there in addition to just you two?
2    A. I -- I mean, in a general setting, I met him,
3    yep.
4    Q. Okay. Do you recall if Jeff Kerbs passed
5    along any of his knowledge about Zest Labs or Zest
6    Labs's technology?
7    A. Not to me directly.
8    Q. Okay.
9    A. I don't remember him doing that with me
10    directly.
11    Q. Let me see if I can, maybe, refresh your
12    recollection on that point.
13    I'm going to hand what's being marked as
14    Plaintiff's Exhibit 145 to you.
15    (Plaintiff's Exhibit No. 145 is marked for
16    identification)
17    A. Okay.
18    Q. Do you recognize this document?
19    A. Not in particular but looks like something I
20    was involved in.
21    Q. It appears to be an email chain between you
22    and Jeff Kerbs from May of 2017 --
23    A. Yes.
24    Q. -- right?
25    And it looks like you were planning on having a

1    meeting with Jeff Kerbs to discuss the Zest berry
2    program. Does that look right?
3    A. Not one on one, no; but, yes.
4    Q. Okay.
5    A. In a general setting, yes.
6    Q. So I'm looking at the 7:39 a.m. from Jeff
7    Kerbs, and he says in the last line, "I will look for
8    time on the calendars as well so we can meet in person
9    for whiteboard session."
10    A. Yes.
11    Q. Do you see that?
12    A. Yes.
13    Q. Okay. Do you recall having a whiteboarding
14    session with Jeff Kerbs?
15    A. I don't remember, no.
16    Q. Okay. If you did have a whiteboarding
17    session, would it be just you and Jeff, or do you
18    believe that it would be others involved?
19    A. Others involved.
20    Q. Do you recall who else would be involved?
21    MS. BLITZER: Objection to form.
22    A. Can you rephrase that, please?
23    Q. (By Mr. Hardt) Who else would be involved
24    if -- if it was not just you and Jeff Kerbs alone?
25    MS. BLITZER: Same objection.

1    A. I don't remember but several stakeholders --
2    could be. I don't know. I don't remember.
3    Q. (By Mr. Hardt) Would Kelly Boyle be one of
4    those?
5    MS. BLITZER: Same objection.
6    A. I don't remember.
7    Q. (By Mr. Hardt) Okay. You don't have any
8    direct recollection of who may or may not have been
9    there?
10    A. Not in that particular meeting.
11    Q. Okay. Exhibit 145 refers to a Zest berry
12    test. Do you have any recollection on what the Zest
13    berry test was?
14    A. I was not directly involved.
15    Q. I understand that you may not have been
16    directly involved, but do you have a recollection of
17    what the Zest berry test was?
18    A. I remember Denise talking about it.
19    Q. Okay. What's your understanding of the Zest
20    berry test project with Walmart?
21    A. All I remember is that they had tested with
22    leafy greens first, and then they moved to berries.
23    That's all I know.
24    Q. And that project was already underway when you
25    became involved?

1    A. That's right.
2    Q. Okay. Was that project completed when you
3    became involved?
4    A. I'm not aware.
5    Q. So somebody else was involved in the
6    completion of that project, whenever that was; right?
7    A. Right.
8    **Q. So what Zest Labs projects did you work on**
9    **beginning in early 2017?**
10    **A. Denise Sharpe had an assignment to find the**
11    **best cold chain technology for Walmart, and I was**
12    **helping her plan that bake-off.**
13    **Q. You used the phrase "bake-off." What is a**
14    **bake-off?**
15    **A. Find the best solution provided out there.**
16    **Q. Would a bake-off include just Zest Labs, or**
17    **would there be multiple vendors --**
18    **A. Multiple.**
19    **Q. -- potentially involved?**
20    **A. Multiple.**
21    **Q. Okay. So bake-off in the sense you're testing**
22    **different solutions to see which one may work; correct?**
23    **A. Right.**
24    Q. I've also seen the phrase in some of the
25    documents a -- a Zest Labs proof of concept in 2017.

1     Is that the same as the bake-off that you're referring
2     to?
3  A.  I'm not sure.  There's lots of terms flying
4     around.  I don't know if it's -- you're referring to
5     the -- referencing the same thing or not --
6  Q.  Okay.
7  A.  -- but we used to call it "bake-off."
8  Q.  Do you recall what your initial view was of --
9     of Zest Labs or their technology when you started
10    working on this project?
11 A.  Initial view before I started?
12    What time --
**13 Q.  Before or as you were getting started.**
**14    You know, when -- as you began learning about Zest**
**15    technology, did you have any initial thoughts or**
**16    impressions about it?**
**17 A.  I was very interested in it being an equitable**
**18    competition between all involved.**
**19 Q.  So you wanted the bake-off to be an equitable**
**20    competition between the various vendors?**
**21 A.  That's right.**
**22 Q.  Okay.  What did you do in order to make it an**
**23    equitable competition?**
**24 A.  I worked through Denise, but I made sure -- I**
**25    wanted her to make sure that everyone was given the**

**1     same parameters.**
2  Q.  Do you recall what those parameters were?
3  A.  Somewhat, yes.
4  Q.  What were those parameters?
5  A.  That they would have to install the sensors in
6     pallets out of California and share the data back with
7     Walmart.
8  Q.  Do you recall any other parameters for the
9     bake-off?
10 A.  There were a few things, like the technology
11    that they were using.  There's obviously different
12    technologies.
13 Q.  Different sensor technology --
14 A.  Yes, sensor --
15 Q.  -- like RFI --
16 A.  -- technology --
17    THE REPORTER:  Wait a minute.  Wait -- wait
18    until he finishes his question.
19    THE WITNESS:  Sorry.
20    THE REPORTER:  "Different sensor
21    technologies..."
22 Q.  (By Mr. Hardt) By "different sensor
23    technologies," you mean like RFID versus Wi-Fi or
24    cellular, things like that?
25 A.  Correct.

1  Q.  Okay.  What else do you recall in terms of
2     parameters?
3  A.  There was talk of measuring freshness,
4     integration with Walmart systems, things like that.
5  Q.  Do you recall any other parameters?
6  A.  No, I don't, but there were more.  I don't
7     remember right now.
8  Q.  So there may have been more than the four
9     parameters you listed.  You don't have a recollection
10    today; correct?
11 A.  Right.
12 Q.  Okay.  Do you know if there would be any
13    documentation of those parameters somewhere else?
14 A.  I think so, yes.
15 Q.  What would that documentation be?
16 A.  The requests that we had submitted to each of
17    those vendors.
18 Q.  And would those include -- those documents
19    would include the RFI responses from the vendors?
20 A.  Not the document we submitted.  It was
21    questions.  The responses would have been separate.
**22 Q.  Okay.  Have you ever heard of a product or**
**23    project at Walmart called Eden?**
**24 A.  Yes.**
**25 Q.  What is your understanding of Eden?**

**1  A.  Eden was a quality -- fresh produce quality**
**2     application.**
3  Q.  Have you ever heard of a project -- or a
4     product at Walmart called Muse, M-U-S-E?
5  A.  I have but only in -- in passing.
6  Q.  Do you have an understanding of whether Eden
7     and Muse are the same thing or different?
8  A.  I think it's the same thing --
9  Q.  Okay.
10 A.  -- but I'm not sure.
**11 Q.  And the quality -- the Eden quality**
**12    application you referred to would be one part of the**
**13    overall project at Walmart to improve its fresh flow**
**14    solution; correct?**
**15 A.  Uh-huh, yes.**
**16 Q.  Okay.  And what would other aspects of that**
**17    fresh flow solution include?**
**18 A.  Several things.  Warehouse management systems,**
**19    transportation management systems, things like that.**
20 Q.  And one of those things would be development
21    of a freshness algorithm at Walmart; right?
22 A.  That's something we had talked -- spoken of,
23    yes.
24 Q.  When you initially told me about the -- Eden
25    as a quality application at Walmart, you used the past

1   tense. Is Eden something that's still ongoing at
2   Walmart?
3   A. I'm not aware after October 2017. I'm no
4   longer involved for the last two -- two --
5   Q. Okay.
6   A. -- two or three years.
7   Q. So you had at least some involvement in -- in
8   Eden in 2017, but your recollection is that, as of
9   October 2017, you would no longer be involved?
10   A. Even then -- back then I wasn't directly
11   involved. It had different business stakeholders,
12   different technology stakeholders.
13   Q. Okay. And whatever the level of your
14   involvement was, your recollection is that involvement
15   would have ceased as of October 2017?
16   A. For the most part, yes.
17   Q. Okay. You said that Eden had different
18   business stakeholders -- or different stakeholders in
19   general. Do you recall who those were?
20   A. Could be the quality group at Walmart.
21   Q. Who was in the quality group?
22   A. At that time, it was -- Chuck Tilmon was the
23   VP of quality.
24   Q. Who's the VP of quality now?
25   A. I'm not aware.

1   Q. Okay. Do you know if it's still -- could it
2   still be Chuck Tilmon?
3   A. It's possible.
4   Q. Okay. You just don't know one way --
5   A. No.
6   Q. -- or the another?
7   Okay. And you shook your head. Could you give a
8   verbal answer for the court reporter?
9   A. It could be -- could be possible. It could be
10   Chuck Tilmon, yes.
11   Q. Okay. In the 2017 time frame, what was your
12   involvement in developing any aspects of the Eden
13   system?
14   A. None.
15   Q. Okay. Did you ever have any meetings with
16   someone at Walmart named Josh Bohling?
17   A. Sure.
18   Q. Okay. Who is Josh Bohling?
19   A. Josh Bohling, at that time, was the product
20   manager, I think, for Eden.
21   Q. What's your understanding of his
22   responsibilities as a product manager at Walmart for
23   Eden?
24   A. He would work with the business to define what
25   it would be -- vision and things like that.

1   Q. Was it your understanding he was also
2   responsible for developing whatever that solution would
3   be?
4   A. Him and his team.
5   Q. Who was on his team? Do you know?
6   A. I'm not aware.
7   Q. Okay. Did you ever meet with someone named
8   Parvez Musani about Eden?
9   A. Parvez Musani.
10   I know Parvez, but I'm not sure I met him in this
11   regard, no.
12   Q. Okay. What's your understanding of Parvez's
13   role at Walmart?
14   A. When I -- during the time you're talking
15   about, he was a senior director of logistics or
16   something like that.
17   Q. Okay. Do you know what his role at Walmart is
18   today?
19   A. Yes.
20   Q. What's that?
21   A. He's a VP of logistics technology.
22   Q. And would that be a -- a VP that sits
23   within Walmart labs?
24   A. Right.
25   Q. Okay. So you talked about the bake-off with

1   Zest Labs that you were involved in, in 2017; right?
2   A. Yes.
3   Q. Did you consider that bake-off to be part of
4   Eden or separate?
5   A. Separate.
6   Q. Okay. Was a company called Emerson involved
7   in that bake-off?
8   A. I think so.
9   Q. Okay. Were you involved with any projects in
10   2018 involving Emerson?
11   A. No.
12   Q. Were you involved with any projects at Walmart
13   in 2018 involving placing temperature sensors in either
14   trucks or on pallets of produce?
15   A. No.
16   Q. Were you involved in 2018 with any other
17   projects or initiatives at Walmart relating to fresh
18   food in the supply chain?
19   A. Can you describe what that means: "involving
20   fresh food"?
21   Everything involves fresh food; right?
22   Q. So -- so let me back up.
23   Would it be fair to say everything in -- in your
24   job responsibilities relates in some way to sort of
25   fresh food supply chain?

1    A.  Yes.
2    Q.  Okay.  So in 2018, did you have any
3        responsibilities relating to the tracking of fresh food
4        within the supply chain?
5    A.  Yes.
6    Q.  What would those responsibilities be?
7    A.  My job changed to forecasting case volume; so
8        it was more of giving a product to each DC as to how
9        much volume they can expect on any given day.
10   Q.  Did that involve in any way tracking the
11       temperature or the, you know, freshness quality of the
12       produce?
13   A.  No.
14   Q.  Okay.  So it was purely just a volume project;
15       right?
16   A.  Correct.
17   Q.  During the 2018 or 2019 time frame, have you
18       had any other projects or involvement in tracking
19       temperature or other quality metrics or fresh produce
20       at Walmart?
21   A.  No.
22   Q.  Are you aware of there being any projects in
23       2018 at Walmart in which temperature sensors from
24       Emerson or any other vendor were used to track
25       temperature of fresh produce in the supply chain?

1    A.  From an awareness standpoint, yes.
2    Q.  Okay.  What were those projects?
3    A.  That could be the piloting with the winner of
4        the bake-off.
5        Pilot, yeah.
6    Q.  And who was the winner of the bake-off?
7    A.  As of October 2017, it was Emerson, I think.
8    Q.  Okay.  To your knowledge, is Emerson still the
9        vendor that's involved in providing Walmart temperature
10       sensors?
11   A.  I don't know.
12   Q.  Who would know that?
13   A.  Denise Sharpe.
14   Q.  Was Denise responsible for determining who the
15       winner of the bake-off was?
16   A.  Not by herself.
17   Q.  Who else did she make that decision with?
18   A.  She would consult with Kelly Boyle.
19   Q.  Would there be anybody else involved in that
20       decision of who won the bake-off beyond Denise and
21       Kelly?
22   A.  They would have been consultants, not
23       decision makers.
24   Q.  What do you mean by "consultants"?  Would --
25       would those be Walmart employees?

1    A.  Yes.
2    Q.  So just other employees at Walmart that they
3        may discuss the project with?  Is -- is that what
4        you're saying?
5    A.  Yes.
6    Q.  Okay.  But the primary decision would fall to
7        Denise and Kelly; right?
8    A.  Right.
9    Q.  Okay.  I'm going to hand you what's being
10       marked as Plaintiff's Exhibit 146.
11       (Plaintiff's Exhibit No. 146 is marked for
12       identification?)
13   A.  Do you want this back?
14   Q.  You can just put them here, and if we get too
15       many, we'll move them over to the side or something.
16       On occasion, we go back to old ones; so I want them to
17       stay
18   A.  Okay
19   Q.  Near you.
20       THE WITNESS:  Thank you.
21       MR. HARDT:  Oh, yes.  Sorry, Rachel.
22       MS. BLITZER:  No problem.
23       Do you mind if I move the pin?
24   Q.  (By Mr. Hardt) Please.
25       Okay.  So this appears to be a May 18, 2017, email

1        chain with you and Terri Shiery and Rodney Greenfield
2        in which Rodney Greenfield forwards you a -- an
3        attachment called "Transforming IT to win in fresh";
4        right?
5    A.  Yes.
6    Q.  Okay.  What is this attachment transforming
7        technology to win in fresh?
8    A.  It's an IT road map for fresh flow.
9    Q.  And you requested this document in the email
10       chain from Terri Shiery and Rodney Greenfield; right?
11   A.  Correct.
12   Q.  Who is Terri Shiery?
13   A.  At that time, she was the program manager for
14       fresh flow.
15   Q.  And what is a program manager for fresh flow?
16   A.  She was the IT liaison for the business on the
17       IT side.
18   Q.  Who did she report to?
19   A.  I think Rodney.
20   Q.  Okay.  So Rodney would also be on the IT side.
21       Is that fair?
22   A.  Yes.
23   Q.  Okay.  And you said she would most likely be
24       an IT liaison for the business side.  Who would the
25       business side be?

1   A.  Be myself and Kelly Boyle.
2   Q.  Okay.  Do you have a recollection of why
3       you -- strike that question.
4       Do you know what Rodney Greenfield's title was at
5       this time?
6   A.  Director.  Not sure what exact group he was a
7       director.
8   Q.  Do you understand what his role was?
9   A.  Yes.
10  Q.  And what was his role?
11  A.  To program manage fresh flow, among other
12      things, I think.
13  Q.  So more or less the same as Terri Shiery's
14      role.  She was just junior to him?
15  A.  Yes.
16  Q.  Okay.  Why did you request this document from
17      Rodney and Terri?
18  A.  I wanted to read through the details.
19  Q.  And these were the details that would have
20      been presented at the meeting that's memorialized down
21      below in the calendar invitation?
22  A.  Correct.
23  Q.  Okay.  Who presented this presentation at that
24      meeting?
25  A.  I don't remember.

1   Q.  Okay.  Do you know who would have authored
2       this document?
3   A.  It would have been ATK.
4       THE REPORTER:  Say that again.
5       THE WITNESS:  ATK.
6   Q.  (By Mr. Hardt) And I've seen a company in some
7       of the documents called A.T. Kearney.  Is that the same
8       as ATK?
9   A.  Yes.
10  Q.  Okay.  Who is ATK?
11  A.  They were a consulting company.
12  Q.  And what was their role as a consultant to
13      Walmart?
14  A.  To put together the road map.
15  **Q.  And so this would be a -- a road map for the**
16  **    IT needs for Walmart's strategy in winning in fresh?**
17  **A.  That's correct.**
18  Q.  Okay.  Now, if you look on the bottom right
19      corner of all these documents, you'll see a little
20      number that starts with WM.  Do you see that?
21  A.  Uh-huh.
22  Q.  So lawyers call these "Bates numbers," and
23      they're just on the bottom of all the documents so we
24      can keep track of -- when we're producing boxes and
25      boxes --

1   A.  Okay.
2   Q.  -- of documents, we have a tracking system; so
3       if I refer to a Bates number throughout the day, this
4       is what I'm talking about.
5       Does that make sense?
6   A.  Yes.
7   Q.  Okay.  So if you go to the Bates number that
8       ends in 361 -- it's a couple of pages in -- the top of
9       the slide says, "We -- we state this based on our past
10      experience with Walmart and our collaboration on this
11      effort."
12      Do you see that one?
13  A.  Uh-huh.
14  Q.  Okay.
15  A.  Yes.
16  Q.  The first bullet here says, "Past
17      transformations were challenging, and this one will be
18      even more complex."
19      Do you see that?
20  A.  Yes.
21  Q.  And so this transformation is referring to the
22      IT changes in the fresh flow at Walmart.  Is that fair?
23  A.  Yes.
24  Q.  Okay.  And the third subbullet there says,
25      "This is substantially" -- excuse me.  "This is

1       substantial more complicated than GRS and other recent
2       efforts due to cross-functional nature and need to
3       engage numerous stakeholders within business and ISD."
4       Do you see that?
5   A.  Yes.
6   Q.  What is GRS?
7   A.  The Global Replenishment System.
8       THE REPORTER:  Global?
9       THE WITNESS:  Replenishment system.
10  Q.  (By Mr. Hardt) Is GRS like a warehousing or an
11      inventory system?
12  A.  Not warehousing but inventory management
13      system.
14  Q.  Okay.  And is that the inventory management
15      system that would touch fresh food going through the
16      supply chain?
17  A.  Yes --
18  Q.  Okay.
19  A.  -- among other things.
20  Q.  All right.  So it's broader than just fresh
21      food, but fresh food would fall under GRS --
22  A.  Yes.
23  Q.  -- is that right?
24      Is this statement consistent with your
25      understanding of the overall project to transform the

1      IT systems in Walmart's fresh flow supply chain?
2  A.  Are you referencing that particular -- the
3      third statement under one?
4  Q.  The third statement, the one that begins with,
5      "This is substantial more complicated."
6  A.  Yes, I'd agree.
7  Q.  What is your understanding of why transforming
8      the IT in the fresh flow supply chain would be
9      substantially more complicated than just creating or
10     implementing a system like GRS?
11  A.  Because it's lots of systems and lots of
12     stakeholders involved, not just GIs.
13  Q.  So who would all the stakeholders be?
14  A.  Everyone touching fresh at Walmart:
15     merchants. Operations. Transportation. Logistics.
16     IT. Supply chain. Everyone I can think of who touches
17     fresh. Sourcing.
18  Q.  What's the difference between sourcing and
19     merchants?
20  A.  Sourcing is more -- my -- my -- my
21     understanding is sourcing is more field based.
22     Merchants are more home office based, I think. Not
23     sure.
24  Q.  Okay. That's -- that's just your perception?
25  A.  Yeah.

1  Q.  You're not positive if that's exactly right?
2  A.  Right.
3  Q.  Okay. But would they both have some
4     involvement in selecting growers or farmers to supply
5     fresh food?
6  A.  Yes.
7  Q.  Okay. In the 2017 time frame of -- of all the
8     stakeholders you just listed, would you characterize
9     yourself as falling within the supply chain or
10     logistics? Where would you have fit in?
11  A.  Supply chain. Logistics. Same thing, yeah.
12  Q.  They're -- they're -- supply chain and
13     logistics are basically the same?
14  A.  Right.
15  Q.  Okay. Would you say that Kelly Boyle and
16     Denise Sharpe also fall under that?
17  A.  Yes.
18  Q.  Okay. If you look farther down on this page,
19     the third one says, "This effort is too important to
20     fail. IT systems and technologies are core to winning
21     in fresh."
22     Do you agree with that statement?
23  A.  Yes.
24  Q.  Do you know whether -- let me ask that a
25     different way.

1     As of today, would you consider Walmart to have
2     achieved its goal of seeking to win in fresh?
3  A.  That's subjective.
4     What -- how do you classify winning in fresh?
5     I mean, are you talking about, like, sales dollars
6     or -- I --
7  Q.  I -- I don't know. I'm just characterizing
8     what this document is called: "Transforming IT to Win
9     in Fresh."
**10     So I guess my question is do you -- do you believe**
**11     that this effort is still underway, or is it already**
**12     complete, at this point?**
**13  A.  The refer to "win in fresh" is just a plain**
**14     vanilla effort that's been going on forever, and it's**
**15     continuous.**
**16  Q.  If you go forward a few pages to the slide --**
**17     I believe it's Slide 10, and it's the Bates number that**
**18     ends in 366, at the top of the slide, it says, "ISD has**
19     projects in flight that will support the win in fresh
20     ambition, though many will need to be refocused or
21     scoped for fresh."
22     Do you see that?
23  A.  Yes.
24  Q.  Okay. Is ISD the same as Walmart Labs?
25  A.  Yes.

1  Q.  Okay. It's just different names at different
2     times; is that right?
3  A.  Yes.
4  Q.  Okay. Underneath this -- I haven't counted
5     them, but there's probably more than a dozen different
6     initiatives listed. Do you see that?
7  A.  Yes.
8  Q.  And -- and the first one is Eden. Do you see
9     that?
10  A.  Yes.
**11  Q.  Okay. And under the "Fresh Enhancements**
**12     Delivered" column on the right, it characterizes it**
**13     as -- Eden as "digitize and streamline QC inspection**
**14     process at the DCs." Do you see that?**
**15  A.  Yes.**
**16  Q.  Is that consistent with your understanding of**
**17     what Eden was, at that point?**
**18  A.  Yes.**
**19  Q.  Okay. And then underneath that, there's a row**
**20     that says "cold chain compliance," and it looks like**
**21     the owner's Denise Sharpe. Do you see that?**
**22  A.  Yes.**
**23  Q.  Okay. And that looks like the description is**
**24     "develop a farm to shelf cold chain compliance data**
**25     platform"?**

1  A. Yes.
2  Q. Do you see that?
3     Is that consistent with your understanding of what
4     the cold chain compliance project was, at that point?
5  A. From an IT standpoint, yes.
6  Q. Okay. So that's separate from -- like,
7     Denise's project, from an IT standpoint, is separate
8     from the Eden project; right?
9  A. Right.
10 Q. Okay. And then under that, there's another
11    one that's fresh algorithm, and it looks like Denise
12    Sharpe owns that one too; right?
13 A. Yes.
14 Q. And that says -- it's a little hard to see,
15    but I believe it says "define, build, and track a
16    'fresh days of life remaining' calculator -- or
17    indicator"?
18 A. Yes.
19 Q. And so that would be a separate project from
20    the other two, at that time; right?
21 A. Yes.
22 Q. Okay. And for the projects below this point
23    where -- you know, I believe the first one is enhanced
24    GDA configuration, and then there's, you know,
25    whatever -- 15 more --

1  A. Uh-huh.
2  Q. -- in the chart?
3     Were you involved --
4  A. Yes.
5  Q. -- in any of those?
6  A. Yes, from the standpoint of tracking them but
7     not owning them.
8  Q. What do you mean by "the standpoint of
9     tracking them"?
10 A. Making sure that they meet the objectives of
11    fresh flow.
12 Q. And what are the objectives of fresh flow?
13 A. To have the freshest produce --
14 Q. Okay.
15 A. -- or freshest -- you know, fresh stuff at the
16    store.
17 Q. And would there be individual objectives for
18    each one of these projects beyond that?
19 A. Uh-huh.
20 Q. Okay.
21 A. Yes. I mean, yes.
22 Q. And I'm just trying to understand how you sort
23    of fit into this.
24    So would it be fair to say that there's, maybe,
25    different business owners for each of the projects, and

1     you sort of oversee how they all fit into the big
2     picture? Is that --
3  A. Yes.
4  Q. -- kind of what's going on?
5     Did you say "yes"?
6  A. Yes.
7  Q. And the -- would the same be true of the first
8     three we talked about: the Eden cold chain compliance
9     and algorithm?
10 A. Yes.
11 Q. Okay. If you flip forward a couple more
12    pages, I'm going to one that ends in Bates No. 372. It
13    says -- the slide at the top begins "planning based on
14    remaining." Do you see that one?
15 A. Yes.
16 Q. So the title is "Planning based on remaining
17    fresh life with variable truck sizes will improve TLO
18    and routing for fresh." Do you see that?
19 A. I do.
20 Q. What's the acronym TLO? What does that mean?
21 A. Truckload optimization.
22 Q. So is my understanding correct, then, that
23    what this is talking about is that, if you could
24    appropriate- -- appropriately calculate the remaining
25    fresh life of a product -- fresh food product, then

1     that would influence the TLO process; right?
2     MS. BLITZER: Objection to form.
3  A. Can you ask that again?
4  Q. (BY Mr. Hardt) Sure. Let me -- I can
5     rephrase. I'm not trying to be tricky. I'm just
6     trying to understand the heading here.
7     So when it says, "Planning based on remaining
8     fresh life with variable truck sizes will improve TLO
9     and routing for fresh," how is it that TLO will be
10    improved by planning based on remaining fresh life?
11 A. I'm not sure.
12 Q. Well, the -- the plan here is that, if you
13    could accurately track the remaining fresh life of
14    fresh food, then that would somehow influence the TLO
15    process; right?
16    MS. BLITZER: Objection to form.
17 A. I'm not aware of the workings of TLO.
18 Q. (BY Mr. Hardt) Okay. Who would be familiar
19    with that?
20 A. I'm not aware.
21 Q. Okay. If you go to the -- I think it's the
22    next slide, Bates number ends in 373, and at the top,
23    it says, "We need to do these ten things in order to
24    win." Do you see that?
25 A. I do.

1  Q. Okay. The first one says "enable on-demand
2     flow." Do you have an understanding of what "enable
3     on-demand flow" refers to?
4  A. Yes.
5  Q. What is that understanding?
6  A. That will be similar to the GRS system we just
7     discussed.
8     THE REPORTER: The what system?
9     THE WITNESS: The GRS, Global Replenishment
10    System.
11 Q. (By Mr. Hardt) So would -- but this was not
12    already existing in GRS; right?
13    So this was an initiative to improve GRS to -- to
14    enable on-demand flow. Is that fair to say?
15 A. It already existed. It was to improve it,
16    yeah.
17 Q. Okay. Do you know who was responsible for
18    improving that system?
19 A. It will be the name under "Replenishment" here
20    on page 66: Ashley Taylor.
21 Q. Okay. Did Walmart's ability to measure
22    freshness impact this project?
23 A. No, I don't think so.
24 Q. Okay. The second one here, on the page that
25    ends in Bates No. 373 says, "B. Prioritize days of

1     life"?
2  A. Yes.
3  Q. What is your understanding of that initiative?
4  A. Like it says here: to factor fresh life and
5     flow decisions.
6  Q. So in order to -- this would include things
7     like calculating the fresh life of -- or remaining
8     freshness of a product and then factoring that into the
9     overall system? Is that fair to say?
10 A. Tracking days of life or tracking days in the
11    supply chain, yes.
12 Q. And by "tracking days of life," that -- that
13    could refer to, like, tracking the -- or calculating
14    the remaining fresh life of a product; right?
15 A. Yes.
16 Q. If you go down to Row F, it says "enable
17    enhanced QC." Do you see that one?
18 A. Yes.
19 Q. Does QC refer to quality control?
20 A. It does.
21 Q. So this is a separate initiative to enable
22    enhanced quality control; right?
23 A. Yes.
24 Q. Okay. What's your understanding of what
25    enhanced quality control would be?

1  A. That would be digitizing quality control.
2  Q. Okay. So -- so this one would basically refer
3     to the -- Josh Bohling's product -- project we referred
4     to earlier -- the QC process?
5  A. It would include that, yes.
6  Q. Okay. And you said it would include the Eden
7     digit- -- digitization process.
8     What else would -- would be rolled up into this
9     enabled enhanced QC initiative?
10 A. I don't remember right now.
11 Q. Okay. Would it include things like dynamic
12    quality control sampling where the amount of calculated
13    freshness would influence, you know, how many samples
14    are taken during the QC process?
15 A. Yes.
16 Q. Do you recall any other aspects of it, or is
17    that all you can recall?
18 A. No, I don't. Sorry.
19 Q. If you go to the next page, I think it's just
20    sort of a expansion of the same slide we just saw.
21    This one ends in 374. You see that page?
22 A. Yes.
23 Q. If you look in Row B where it says "prioritize
24    days of life"; and then it says -- you know, as of the
25    date of this document, I guess, it says "components in

1     flight" -- do you see that?
2  A. Yes.
3  Q. And then one of the in-flight components is
4     fresh algorithm. Do you see that?
5  A. Yes.
6  Q. What is the fresh algorithm that's referred to
7     here?
8  A. That could be one of the outputs of the
9     bake-off.
10 Q. So this was one of the things that was being
11    considered by the vendors in the bake-off, or -- or
12    would -- this is before the bake-off; so, I guess, one
13    of the things that would be --
14 A. That we would --
15 Q. -- considered?
16 A. -- ask, yes.
17 Q. Okay. And do you know if, at this time,
18    Walmart already had an initiative ongoing internally to
19    develop a freshness algorithm?
20 A. Not to my knowledge, no.
21 Q. Okay. And on the -- in the right-most column
22    for this row, it says "incorporation of fresh algorithm
23    into prioritization logic." Do you see that?
24 A. Yes.
25 Q. What is prioritization logic?

1    A. Which unit goes out first -- the logic that
2       determines it -- to the stores.
3    Q. Is there a system that runs prioritization
4       logic?
5    A. That'd be GLS.
6    Q. Okay. So in a nutshell, the idea was you
7       would have a fresh algorithm that calculates freshness,
8       and then that tells the prioritization logic whether
9       you should pull one produce or another based on
10      freshness. Is that the idea?
11   A. Yes.
12   Q. Okay. If you go down to Row I -- second from
13      the bottom -- it looks like it says "incorporate
14      fresh-specific functionality." Do you see that?
15   A. Yes.
16   Q. And then it says "components in flight," and
17      it says "Eden"?
18   A. Yes.
19   Q. And then it says "fresh-specific toolset for
20      analytics and visualization" in the right-most column?
21      Do you see that?
22   A. Yes.
23   Q. Do you have an understanding of what
24      "fresh-specific toolset for analytics and
25      visualization" refers to?

1    A. No, I don't.
2    Q. Okay. This would be some functionality in
3       Eden beyond the QC -- just the digitized QC process;
4       right?
5    A. That's my understanding --
6    Q. Okay.
7    A. -- yes.
8    Q. I want to go to Slide 22. It's the Bates
9       number that ends in 378 a few pages forward. It'll say
10      "build a fresh architecture" at the top. Do you see
11      that one?
12   A. Yes.
13   Q. Okay. So the title says, "Build a fresh
14      architecture that both reinforces existing systems
15      while expanding capabilities outside of domain areas
16      one of two." Do you see that?
17   A. Yes.
18   Q. What's your understanding of what this is
19      referring to when it uses the phrase "fresh
20      architecture"?
21   A. Could be the collection of systems.
22   Q. So sort of the architecture of how all the
23      systems work together, basically?
24   A. Yes.
25   Q. Okay. So this is, you know, beyond the scope

1       of the bake-off you and Denise were doing with Zest and
2       Emerson; right?
3    A. Yes.
4    Q. Okay. And I'm just trying to understand fresh
5       architecture. Would that include, like, how the data's
6       processed and stored in the overall system so that
7       different aspects of the system can draw on the data,
8       or -- or what are we talking about with architecture
9       here?
10   A. It would be the tools and connections, yes.
11   Q. And the tools and connections -- for example,
12      like, pulling freshness data into different platforms
13      and -- and using that for whatever the various purpose
14      of the platform would be?
15   A. Could be, but I'm not aware. Not sure.
16   Q. Okay. Who would know for sure?
17   A. I think the people who wrote this document
18      would.
19   Q. Okay. But in your experience -- I mean, ATK
20      wrote this document; right?
21   A. Right.
22   Q. Okay. So they would be one source of that?
23   A. Sure.
24   Q. But in terms of the developing architecture
25      at -- at Walmart, ATK wouldn't actually implement the

1       architecture; right?
2    A. Correct.
3    Q. Okay. So would somebody in, like, Walmart ISD
4       be responsible for putting together the architecture?
5       MS. BLITZER: Objection to form.
6    Q. (By Mr. Hardt) I can ask that a different way.
7    A. Uh-huh.
8    Q. What -- what department at Walmart would be
9       responsible for setting out, you know, the overall
10      fresh architecture?
11   A. I presume it's Labs.
12   Q. Labs?
13      Okay. ISD or Labs --
14   A. Yeah.
15   Q. -- whatever the current label is?
16   A. Yes.
17   Q. Okay. I think, if -- if we go towards the
18      end, there should be one that ends in 390.
19   A. Can we take a break before we go into the
20      question?
21   Q. I -- I want to take a break shortly. I think
22      this will be a quick question --
23   A. Okay.
24   Q. -- and then we can take a break, if that
25      works.

1  A. That works.
2  Q. At the top, it says "the current ways." Do
3     you see that slide?
4  A. Yes.
5  Q. Okay. And then the very bottom row, first
6     bullet in the right -- bottom right cell, says,
7     "Technology initiatives need business initiation and
8     ISD approval, understanding with limited coordination
9     between the two groups." Do you see that?
10 A. Yes.
11 Q. So I'm just trying to understand, from a
12    practical standpoint, how does it work at Walmart when
13    a technology initiative needs business initiation and
14    then ISD approval? What does -- what does that process
15    look like?
16 A. The business has to state its need, and ISD
17    would have to allocate funds.
18 Q. So is ISD approval, as used here, limited to
19    funding, or does that also refer to sort of the --
20    approving the technological side of it?
21 A. Funding, yes. The second part, maybe, maybe
22    not.
23 Q. Would depend on the project?
24 A. Depend on the project.
25 Q. Okay.

1     MR. HARDT: Let's take a break.
2     THE WITNESS: Okay. Thank you.
3     THE VIDEOGRAPHER: We're going off the record
4     at 10:09 a.m.
5     (A recess is taken.)
6     (Plaintiff's Exhibit No. 147 is marked for
7     identification.)
8     THE VIDEOGRAPHER: We're back on the record at
9     10:18 a.m.
10 Q. (By Mr. Hardt) Mr. Cherian, I'm handing you
11    what's been marked as Plaintiff's Exhibit No. 147; so
12    we're turning to June 9th, 2017. It looks like this is
13    an email chain attaching a document called "Eden
14    Steerco 05-26-17, PowerPoint. Do you see that?
15 A. Yes.
16 Q. In the 1:18 p.m. email from Terri Shiery, she
17    forwards this to you; right?
18 A. Uh-huh. yes.
19 Q. What is your understanding of why she sent you
20    this document?
21 A. For awareness.
22 Q. Okay. What is an Eden Steerco meeting
23    presentation?
24 A. What is in it?
25 Q. What is it? Like --

1  A. What is it?
2  Q. -- what's the purpose of this document?
3  A. Looks like an update to the stakeholders of
4     that product.
5  Q. So would a Steerco meeting just be a meeting
6     amongst all the stakeholders for a project?
7  A. Yes, looks like it.
8  Q. Okay. You then forward it on -- looks like,
9     on June 9th, you forward this on to Tarun Dasari. Do
10    you see that?
11 A. Yes.
12 Q. Who is Tarun?
13 A. Just a friend of mine from sourcing.
14 Q. Did he have any direct involvement in the --
15    in the fresh flow initiative?
16 A. No.
17 Q. Okay. Do you know why you sent it to him?
18 A. For his general interest in what's
19    happening --
20 Q. Okay.
21 A. -- in my world.
22 Q. He wasn't directly involved in any of the
23    projects you were working on; right?
24 A. No.
25 Q. Okay. And you wrote in this email -- when you

1     forwarded it, underneath you write, "Josh Bohling.
2     Riley Turben."
3     Do you know why you listed their two names?
4  A. I don't remember, but it would -- if I had to
5     guess, it would be for him to reach out to them if he
6     had questions, but I won't be able to answer that.
7  Q. Okay. So the subject line is "Eden Steerco
8     meeting," and you're listing Josh Bohling and Riley
9     Turben who you understand to be developing Eden; right?
10 A. At that time, yes.
11 Q. Okay. Do you know who's involved in
12    developing Eden now?
13 A. I don't.
14 Q. Your understanding is Eden is still in
15    development now, though; right?
16    MS. BLITZER: Objection to form.
17 A. I'm not -- I'm not aware.
18 Q. (By Mr. Hardt) Okay. If we turn to the slide
19    with the Bates number ending in 268 --
20 A. Uh-huh.
21 Q. I think it's the 12th slide.
22    So at the top, we see several aspects of Eden:
23    the almanac application, the inspect, and then the tend
24    application; and on the right, we see the gather
25    application. Do you see that?

1  A. Yes.
2  Q. Okay. Do you have an understanding of what
3     the gather application in Eden is?
4  A. No.
5  Q. Okay. Down in the talking points that are
6     printed below, it says "Option 3," and the first bullet
7     says, "Gathering base agro intelligence is a new
8     foundational piece of the Eden ecosystem."
9     What's your understanding of what this means when
10    it refers to "base agro intelligence"?
11 A. I'm not sure. Could be weather, I guess --
12    weather and other...
13 Q. Include things like field conditions stuff
14    like that?
15 A. I could guess --
16 Q. Okay.
17 A. -- but, yeah, I don't know.
18 Q. We'll go near the end. On the Slide 29, the
19    Bates number ends in 285. This slide says "ATK
20    update." This is again referring to an update from
21    A.T. Kearney; right?
22 A. Yes.
23 Q. Okay. Did you have an understanding at this
24    time of what their role in evaluating the Eden
25    ecosystem was?

1  A. Yes.
2  Q. And what was that understanding?
3  A. I referred him to the overall system road map
4     for fresh flow.
5  Q. Did you ever have any meetings with personnel
6     from A.T. Kearney?
7  A. I did.
8  Q. Who did you meet with? Do you recall?
9  A. Justin Lewis was the primary person I'd meet
10    with, but there were a bunch of others, I think. John
11    Piatek, if I'm not mistaken, was the last name and then
12    Chris...
13 Q. Do you recall Chris's last name?
14 A. Hagen, I think, H-A-G-E-N.
15 Q. And for --
16    For the second name you listed, John -- would that
17    be Piatek with a P --
18 A. Yes.
19 Q. -- is that right?
20    Okay. Do you know how that name's spelled?
21 A. Sorry?
22 Q. Do you know how to spell Piatek just -- just
23    to help the court reporter?
24 A. P-I-A-T -- T-E-K, but that's a guess.
25    THE REPORTER: Say it again.

1     THE WITNESS: P-I-A-T-E-K.
2  Q. (By Mr. Hardt) What were the purposes of your
3     meetings with the ATK personnel?
4  A. That was Kelly's representative from the
5     business side.
6  Q. So ATK is trying to figure out how all -- all
7     of these various initiatives are going to work
8     together; right?
9  A. They were trying to put the road map together
10    for --
11 Q. Okay.
12 A. -- fresh.
13 Q. And Kelly is one of the stakeholders on the
14    fresh flow side from a business perspective; right?
15 A. Correct.
16 Q. And so you -- you sort of met with ATK as
17    Kelly's representative to discuss her, you know -- from
18    her perspective, how all this was going to fit
19    together. Is that what was happening?
20 A. That's right.
21 Q. Okay. And although you were coming from the
22    business side and working as Kelly's representative,
23    you had a technical understanding; so you were sort
24    of -- from the business side, you were speaking as to
25    how the different technologies were going to work

1     together. Is that fair to say?
2  A. At a high level, yes.
3  Q. Okay. What information or documentation did
4     you guys provide to ATK so they could sort of piece all
5     this together and put together a road map?
6  A. Probably an understanding of the business more
7     than anything as to how stuff works today.
8  Q. And how were those documents provided? Did
9     they have -- did they have like a -- a Box site that
10    they use, or did you email them stuff, or how did all
11    of that happen?
12 A. I don't remember, but it could -- I'm -- could
13    have been email, but I'm not sure.
14 Q. Do you remember particular documents that you
15    would need to provide them?
16 A. No, I don't remember.
17 Q. What would you do to figure out if -- if --
18    what documents you sent them? Would you just go look
19    at your email or --
20 A. Yes.
21 Q. Okay. Do you have a recollection of what the
22    nature of the materials you would have provided to ATK
23    were?
24 A. No, I don't remember.
25 Q. Okay. How many times did you meet with ATK

1  personnel?
2  A. I'd say tens of times. I don't remember the
3  exact number but tens.
4  Q. More -- more than ten?
5  A. Yeah.
6  Q. Less than 50?
7  A. Yes.
8  Q. Okay. Over what period of time were those
9  meetings? I mean, months?
10  A. Yeah, about four months, maybe.
11  Q. Four months?
12  Would it begin in 2016, or would it all be in
13  2017?
14  A. My involvement was only '17 --
15  Q. Okay.
16  A. -- when I started the role.
17  Q. So this would all coincide with you coming on
18  in this role to help with the bake-off?
19  A. Among other things, yes --
20  Q. Okay.
21  A. -- yeah.
22  Q. When you finished in that role, was ATK still
23  consulting Walmart on all this?
24  A. I think they were fading away. They were on
25  their way out.

1  Q. Do you know if -- from a fresh flow
2  standpoint, was ATK doing any other consulting projects
3  with Walmart in 2018 or 2019?
4  A. With Walmart in general or fresh flow?
5  Q. With fresh flow.
6  A. I'm not aware.
7  Q. Who would know that?
8  A. Kelly Boyle --
9  Q. Kelly?
10  A. -- would.
11  Q. Now, in general, is ATK involved in any
12  consulting with Walmart in 2018 or 2019?
13  A. I mean, there's two million employees. I'm
14  sure they're working somewhere; right?
15  Q. Let me ask you specific to your awareness.
16  A. No, I don't -- I'm not aware.
17  Q. Okay. I think you can set that exhibit aside.
18  THE WITNESS: Thank you.
19  Q. (By Mr. Hardt) I'm handing you what's being
20  marked as Plaintiff's Exhibit 148.
21  (Plaintiff's Exhibit No. 148 is marked for
22  identification.)
23  Q. Have you seen this document before?
24  A. Yes.
25  Q. This appears to relate to a meeting that was

1  going to take place on June 14th, 2017; right?
2  A. Uh-huh.
3  Q. And the subject says "discussed convergence of
4  IOT, block chain, Eden, fresh flow, food traceability."
5  Do you see that?
6  A. Yes.
7  Q. Is that consistent with what your
8  understanding of the scope of the meeting was?
9  A. Yes.
10  Q. Okay. There's some new names; so I just want
11  to start by going through those.
12  The first is Arlan Colson. Who is Arlan Colson?
13  A. At that time, he was director of logistics
14  systems.
15  Q. And how did he fit into the overall fresh flow
16  initiative?
17  A. He would be the technology owner for one --
18  one of those pieces that you saw.
19  Q. And which -- which of those pieces would that
20  be?
21  A. The warehouse management systems.
22  Q. Okay. Is that the GRS, or is that a different
23  management system?
24  A. No, that would be GLS, the Global Logistics
25  Systems.

1  Q. And he sends this to a number of individuals.
2  The first one looks like Ranga Onkaram. Do you know
3  who Ranga is?
4  A. No, I don't.
5  Q. Okay. Do you know who Anand Banik is?
6  A. Yes.
7  Q. Who is Anand?
8  A. Anand, at that time -- at that time, he was
9  a -- if I remember correctly, he was a recent hire who
10  was one of the architects under Arlan. I'm not 100
11  percent sure if he was under Arlan, but he was in that
12  area.
13  Q. What was his role?
14  A. He...
15  He was a solutions architect, I believe.
16  Q. And what does that mean in this context:
17  solutions architect?
18  A. That he would tie the pieces together of
19  technology -- integration of technology.
20  Q. Integration of technology into the fresh flow
21  solution?
22  A. Not necessarily in fresh flow but all
23  systems --
24  Q. Okay.
25  A. -- all logistics systems, but it included --

| 2019-05-30 | Cherian, Nikhil | Page 61 |
| --- | --- | --- |

1  Q.  But in this context -- in this context, it
2      would likely include fresh flow systems; right?
3  A.  Yes.
4  Q.  Okay.  The next one is Denise Sharpe.  We know
5      you're working with her and Kelly; right?
6      And then Tim Wheeler.  Do you know who Tim Wheeler
7      is?
8  A.  Yes.
9  Q.  Who is Tim Wheeler?
10 A.  Some sort of a analytics-type person.  Not
11     sure of his designation.  He was kind of like a data
12     cruncher-type guy.  I --
13     THE REPORTER:  A data what?
14     THE WITNESS:  Cruncher.  Somebody who crunches
15     data.
16 Q.  (By Mr. Hardt) And how would -- how would he
17     fit into the fresh flow initiative in that role?
18 A.  I had never spoken to him in that context, no,
19     and...
20 Q.  Okay.
21 A.  At least in those months that I was there.
22 Q.  Do you know Karl Bedwell?
23 A.  No, I don't remember him.
24 Q.  Do you know Archana Mehta Sristy?
25 A.  I know of her, yeah.

| 2019-05-30 | Cherian, Nikhil | Page 62 |
| --- | --- | --- |

1  Q.  And what was her role?
2  A.  She was leading technology from a block chain
3      standpoint.
4      THE REPORTER:  From what standpoint?
5      THE WITNESS:  Block chain.
6  Q.  (By Mr. Hardt) Would that include Walmart's
7      initiative with IBM food trust?
8  A.  I think so.
9  Q.  Then I see Craig Trudo.  Do you know who that
10     is?
11 A.  I don't remember.
12 Q.  Okay.  Josh Bohling is the next one listed,
13     and we know he's involved in Eden.  Do you know if he
14     was included in this for any other reason?
15 A.  No.
16 Q.  Okay.  Do you know who Dan Shelby is?
17 A.  I don't.
18 Q.  Do you know who Kathryn Habetz is?
19 A.  Yes.
20 Q.  Who is Kathryn?
21 A.  She was Josh's boss at that time.
22 Q.  So would she also be involved in Eden?
23 A.  I would think so, yes.
24 Q.  Do you know if she would be included for any
25     reason other than Eden?

| 2019-05-30 | Cherian, Nikhil | Page 63 |
| --- | --- | --- |

1  A.  I'm not aware, no.
2  Q.  And the "Cc" line includes Riley Turben.  Do
3      you know why Riley Turben would be included?
4  A.  No.
5  Q.  Okay.
6  A.  But he -- he was part -- part owner of the --
7      you know, Eden, worked with Josh, but I'm not sure how
8      they divided their responsibilities.
9  Q.  Okay.  And on the underlying email from
10     May 31st, 2017, 10:18 a.m., from Karl Bedwell --
11 A.  Okay.
12 Q.  -- it includes mostly the same individuals but
13     also Mahesh Pradhan.  Do you know who Mahesh Pradhan
14     is?
15 A.  I know of him.
16 Q.  What was his role?
17 A.  At that time, he was Parvez -- he was with
18     Parvez's -- the VP of logistics systems.
19 Q.  So within Walmart Labs, VP of logistics
20     systems?
21 A.  Correct.
22 Q.  Okay.  And he writes underneath, "Team, Mahesh
23     and I met with several key leaders on food safety block
24     chain, Eden, and Zest yesterday."
25     Do you see that?

| 2019-05-30 | Cherian, Nikhil | Page 64 |
| --- | --- | --- |

1  A.  Yeah.
2  Q.  Would you be the leader on -- when he mentions
3      the leader for Zest, would that be you?
4  A.  No.
5  Q.  Do you know who he would be referring to?
6  A.  I don't.
7  Q.  Would that be Denise or Kelly?
8      MS. BLITZER:  Objection to form.
9  A.  I have no idea.
10 Q.  (By Mr. Hardt) Okay.  The next sentence says,
11     "One of the take-away was an end-to-end architecture
12     analysis of how all three initiatives come together
13     technically."
14     Do you see that?
15 A.  Yes.
16 Q.  What's your understanding of how these --
17     these three initiatives come together technically from
18     an architectural standpoint?
19 A.  I'm not aware.
20 Q.  Do you have a recollection of what you
21     discussed in -- in the meeting that took place?
22 A.  No.  This is two years ago.  No, I don't.
23 Q.  Okay.  If you look down at the bottom, they
24     all say "number one," but I think he's just --
25 A.  Uh-huh.

1 Q. -- sort of using bullets.
2 The third one says "decide on overall architecture
3 proposal for the initiatives."
4 Do you see that?
5 A. Yes.
6 Q. Do you recall what decision was made on the
7 overall architecture proposal for the combined
8 initiatives of food safety block chain, Eden, and Zest?
9 A. No.
10 Q. Underneath that, he says "prepare a deck for
11 the end-to-end architecture proposal."
12 Do you know if that deck was ever prepared?
13 A. I don't recollect.
14 Q. I know it's two years ago, and you don't have
15 a recollection, but you would at least be involved in
16 these discussions about the overall architecture
17 proposal for these three initiatives; right?
18 A. Not involved in the discussion but informed
19 later. I would hope to be informed later.
20 Q. Okay. How would you have been informed later?
21 A. Through Terri.
22 Q. That's Terri Shiery; right?
23 A. Uh-huh.
24 Q. These three initiatives -- the food safety
25 block chain, Eden, and Zest -- were related in -- in

1 the sense that the architectural considerations for all
2 three sort of overlapped and had -- impacted the
3 others; right?
4 MS. BLITZER: Objection to form.
5 A. Could you rephrase that, please?
6 Q. (By Mr. Hardt) This -- this email is -- and
7 then this meeting -- this whole situation related to
8 the architectural considerations for food safety block
9 chain, Eden, and Zest; right?
10 A. Yes.
11 Q. And so there was some relationship as to the
12 architectural considerations between food safety block
13 chain, Eden, and the Zest initiative; right?
14 A. I'd say they aspire to.
15 Q. I'm sorry. Did you say, "They aspire to"?
16 A. Yeah.
17 Q. So they aspire to have some relationship?
18 A. Yeah.
19 Q. And what do you mean by that?
20 A. All three had to do with food and tracking
21 food.
22 Q. And so the architecture would -- ideally, the
23 architecture for all three would be related, and they
24 would work together; right?
25 A. I'd say some would overlap in a -- in a way,

1 yeah.
2 Q. So the architectural considerations you're
3 evaluating for the Zest initiative or the Eden
4 initiative might need to have interplay with the
5 architectural considerations of the block chain
6 initiative; right?
7 MS. BLITZER: Objection to form.
8 A. I'm not aware, no.
9 Q. (By Mr. Hardt) Who would be the best person to
10 ask about that?
11 A. Today, or are you asking at that time?
12 Q. First, I'll ask, at that time, who would be
13 the best person to understand that -- at that time?
14 A. I'm not aware, no.
15 Q. Do you know who the best person to talk to
16 about that at the present time would be?
17 A. No.
18 Q. I think you can set that document aside.
19 I'm going to hand you what's being marked as
20 Plaintiff's Exhibit 149.
21 (Plaintiff's Exhibit No. 149 is marked for
22 identification.)
23 Q. This is a August 29th, 2017, email between you
24 and Rodney Greenfield.
25 A. Okay.

1 Q. Based on the subject line, it looks like the
2 file name is "analytics ideation fresh flow
3 Version 2.PowerPoint; is that right?
4 A. Yes.
5 Q. Okay. What is this document?
6 A. It's a mishmash of all the initiatives fresh
7 flow was working on at that time, recollection of
8 slides, different things.
9 Q. Why did -- in your email, you say, "Here's --
10 hi, Rodney. Here's the deck you asked for."
11 What's your understanding of why Rodney would
12 want -- or need to use this information?
13 THE WITNESS: Sorry.
14 A. I'd say to create awareness among his team.
**15 Q. (By Mr. Hardt) So this document outlines**
**16 Walmart's plans for how it's going to build it's**
**17 end-to-end fresh flow solution; right?**
**18 A. Right.**
**19 Q. And you provided this to Rodney so that he**
**20 could then circulate that to his -- to his team so**
**21 they're all up to speed on that initiative too; right?**
**22 A. Yeah, people like Terri Shiery who's on the**
**23 team --**
**24 Q. Okay.**
**25 A. -- who should know all this.**

1   Q.  Okay.  But Terri Shiery didn't have any direct
2        involvement in the evaluation of Zest; right?
3   A.  No direct involvement, no, but she was program
4        manager overall fresh flow.  I'd say she was aware.
5   Q.  And you or Denise would have made her aware;
6        right?
7   A.  Denise, mostly, yes.
8   Q.  Okay.  I think you can set that one aside.
9        So I'm handing you what's been previously marked
10       as Plaintiff's Exhibit 133.
11  A.  Okay.
12  Q.  So this -- this appears to be an email and
13       attachments that you sent to Mingming Li on
14       September 19th, 2017; right?
15  A.  Yes.
16  Q.  Okay.  And at the bottom of this chain, it
17       looks like Mingming had sent you a calendar invitation
18       for a lunch block meeting for Wednesday, September
19       20th; is that right?
20  A.  That's right.
21  **Q.  Okay.  Who is Mingming Li?**
22  **A.  At that time, he was the director of**
23  **analytics, yeah, from Labs.**
24  **Q.  Director of analytics from Labs?**
25  **A.  Correct.**

1   Q.  And he came on to help develop Walmart's
2        internal algorithm, at this time; right?
3   A.  I would say any needs -- any analytical needs.
4        He came to work on any analytical needs, not
5        specifically that.  Could be that too -- including
6        that.
7   Q.  At least including the internal freshness
8        algorithm; right?
9   A.  Yes.
10  Q.  Okay.  And then your response on September
11       19th, which looks like it would be the day before the
12       meeting -- you say, "In this lunch meeting, can we also
13       discuss on next year fiscal year '19 fresh strategy?"
14       Do you see that?
15  A.  Yes, but I didn't write that.  That was him
16       writing it to me.
17  Q.  Oh, excuse me.
18  A.  Yeah.
19  Q.  You're correct.
20       So he noted to you that he wanted to discuss that;
21       right?
22  A.  Yes.
23  Q.  So what's your understanding of why you two
24       would need to discuss the fiscal year '19 fresh
25       strategy?

1   A.  So he would understand my needs -- analytics
2        needs.
3   Q.  So you then responded and said, "Yes.  There
4        are three main pillars on the business strategy:
5        details and attachment, and then there's the tech
6        end-to-end systems strategy; right?
7   A.  Yes.
8   Q.  And so you sent him these three documents
9        because they would outline Walmart's business strategy
10       and its end-to-end systems strategy for the next year;
11       right?
12  A.  Correct.
13  Q.  Okay.  And you if you look at the first
14       attachment, the one that ends in the Bates No. 128 --
15  A.  Yes.
16  Q.  -- it looks like this is a -- a different --
17       it printed out in a different format, but based on the
18       file name for the attachment, this would be the same
19       attachment that you had sent Rodney Greenfield at the
20       end of August as we saw in Exhibit 149; right?
21  A.  No.  That's different.
22  Q.  So why don't you grab Plaintiff's Exhibit 149
23       again, and I just want you to look at the -- we don't
24       need to compare them quite yet.  We'll get to that.
25       But you'll just look at the attachment name in

1        Exhibit 149, it says "analytics ideation fresh flow
2        Version 2.pptx."  Do you see that?
3   A.  Yes.
4   Q.  Okay.  And then if you look at Exhibit 133, it
5        looks like the attachment is "analytics ideation fresh
6        flow Version 2.pdf."
7   A.  Yeah, yes.
8   Q.  All right.  So these --
9        MS. BLITZER:  Jonathan, I'm just going to note
10       for the record that the presentation in Exhibit 149
11       appears to have 19 slides, and the presentation in
12       Exhibit 133 appears to have 22 slides.
13       THE WITNESS:  Yeah.
14       MR. HARDT:  Okay.
15  Q.  (By Mr. Hardt) But the file name's the same;
16       right?
17  A.  Yes.
18  Q.  And it looks -- other than several slides that
19       may have been removed, it looks like, for the most
20       part, it's the same presentation.  It's just been
21       converted to PDF.  Is that fair?
22  A.  Yes.
23       MS. BLITZER:  I'm going to object to that
24       question.
25       MR. HARDT:  Sure.  Let's -- let's walk through

1    it.
2    Q. (By Mr. Hardt) So I'm just going to go through
3    the attachment from Exhibit 133 and the attachment from
4    Exhibit 149 side by side.
5    And setting aside the fact that they're printed in
6    a different format, the cover slide appears to be the
7    same cover slide; right?
8    A. Uh-huh.
9    Q. And if we go to the first slide -- I guess
10    it's Slide 2, but it's the first one past the cover
11    slide, these appear to be the same in both slides;
12    right?
13    A. Yes.
14    Q. Okay. And if we go to the next slide, it
15    appears that it's the same slide; right?
16    A. Yes.
17    Q. And Slide 4 appears to be the same in both;
18    right?
19    A. Yes.
20    Q. Okay. And the fifth slide appears to be the
21    same; right?
22    A. Yes.
23    Q. And then the next one is a title slide that
24    says "fresh network segmentation," and that's the same
25    in both; right?

1    A. Uh-huh.
2    Q. And the seventh slide appears to be the same
3    in both; is that right?
4    A. Yes.
5    Q. And the eighth is another title slide that
6    says "fresh network modeling current and future," and
7    that appears to be the same in both; right?
8    A. Yes.
9    Q. Okay. And the ninth slide is the same in
10    both -- where it says "current fresh network"?
11    A. Yes.
12    Q. The tenth slide is the same in both; is that
13    right -- where it says "future fresh network"?
14    A. Yes.
15    Q. The 11th slide -- title slide that says "fresh
16    network speed pilot" -- that appears to be the same in
17    both; correct?
18    A. Yes.
19    Q. The 12th slide is titled "life of a
20    strawberry," and that appears to be the same in both;
21    right?
22    A. Yep, yes.
23    Q. And the slide after that -- "guiding
24    principles" -- appears to be the same in both; correct?
25    A. It's a little difference but probably didn't

1    print what's in the margin.
2    Q. Okay. It looks like one may be missing a line
3    that says "robust learning plan plus chain management
4    strategy"; so that either didn't print or it was
5    removed; right?
6    A. Yes.
7    Q. But otherwise, they're the same; correct?
8    Correct?
9    A. Yes.
10    Q. Okay. And the next one, Slide 14, says "cold
11    chain measurement using IOT predicting the end";
12    correct?
13    A. Yes.
14    Q. And those are the same in both?
15    A. Sorry. One second.
16    Q. Okay.
17    A. Yeah.
18    And then it looks like, in the one from
19    Exhibit 133 where we get to the 15th slide, it has
20    something called "developing a world class cold chain
21    measurement capability"? It's a slide?
22    A. Uh-huh.
23    And that appears to be missing from the other
24    exhibit; correct?
25    So this is a unique one --

1    A. Yes.
2    Q. -- to this one?
3    Okay. And it looks like the next several -- 15,
4    16, and 17 -- from this exhibit are probably new or
5    they're not in the other one; right?
6    A. Yes.
7    Q. Okay. But then when we get to Slide 18 that's
8    titled "Time and temperature are the key variables
9    impacting freshness" -- the Bates number ends in 845 --
10    do you see that one?
11    A. Yes.
12    Q. -- that's the same as the slide in the other
13    presentation --
14    A. Yes.
15    Q. -- correct?
16    MS. BLITZER: I'm going to object to that.
17    They appear to have different titles, if -- and I
18    haven't reviewed the rest of the page, but they don't
19    seem to be identical to me.
20    THE WITNESS: Yep. Right.
21    Q. (By Mr. Hardt) Okay. So one says, "Time and
22    temperature are the key variables impacting freshness";
23    right?
24    A. Yes.
25    Q. And the other one says, "We are testing the

1    use of IOT devices to reduce postharvest fresh food
2    waste"; correct?
3    A.  Yes.
4    Q.  Okay.  And underneath that, they both have
5        some headers -- they both have the same header:  "how
6        to determine freshness impact"; right?
7    A.  Yes.
8    Q.  And then the next header down -- few lines
9        down is "how to measure sensor location," and that's
10       the same in both; correct?
11   A.  Yes.
12   Q.  Okay.  And if we go to the next page, the
13       slide that's titled -- or begin-- the title begins
14       "continuous cold chain measurement" -- do you see that
15       one?
16   A.  Yes.
17   Q.  Those are the same in both presentations;
18       correct?
19   A.  I think so.  It's not very clearly printed,
20       but, yeah.
21   Q.  Okay.  And then it looks like the next two
22       slides after that in both presentations are the same;
23       correct?
24   A.  Yes.
25   Q.  Okay.  So it looks like these presentations

1    are largely the same except for those few slides we
2    pointed out as missing and then, maybe, one printing
3    issue or -- is that correct?
4    A.  Yeah.
5    Q.  Okay.
6    A.  They're not the exact same presentation.  Just
7        clarifying that, yeah.
8    Q.  For the most part, it's the same content --
9    A.  Yes.
10   Q.  -- correct?
11   A.  Yes.
12   Q.  Okay.  And it's the  -- other than
13       PowerPoint's been changed to PDF, they're the same file
14       name; right?
15   A.  I didn't check that.  V -- there's v1 -- no,
16       you're right.
17   Q.  Yeah.
18       They both say "analytics ideation" --
19   A.  V2.
20   Q.  -- "fresh flow v2"; correct?
21   A.  Yes.
22   Q.  Yeah.
23       I'd like to turn your attention to the slide in
24       Exhibit 143.  The Bates page ends in 846.
25   A.  143, you say?

1    Q.  I think --
2    A.  133?
3    Q.  -- 133.
4    A.  Okay.
5    Q.  It's -- it's the -- I'm just picking this one
6        because it's bigger and easier to read.
7    A.  Okay.
8    Q.  It says "continuous cold chain measurement" at
9        the top.  Do you see that one?
10   A.  Yes.
11   Q.  So the title of the slide says, "Continuous
12       cold chain measurement throughout our supply chain will
13       enable Walmart to make decisions that reduce waste and
14       increase freshness."
15       Do you see that?
16   A.  I do.
17   Q.  What does it mean when you say "continuous
18       cold chain measurement"?
19   A.  Tracking the condition -- conditions under
20       which produce is being flown or moved.
21   Q.  So I'm just trying to understand the cold
22       chain in general; so let's pick a berry, I guess.
23       So a berry is picked off a plant in the field;
24       right?
25   A.  Yes.

1    Q.  And it's -- whatever -- 70 degrees outside
2        when they harvest it; correct?
3    A.  I believe so.
4    Q.  Or whatever --
5    A.  I'm not sure --
6    Q.  -- or whatever the temperature --
7    A.  -- yeah.
8    Q.  And then at some point, they're going to take
9        that berry and put it into a cooling system to cool it
10       down to a low -- like a refrigerated temperature;
11       right?
12   A.  Yes.
13   Q.  Okay.  And then that berry ideally will be
14       kept cool from the time it's cooled down there at the
15       supplier all the way until it gets into the retail
16       store where it's sitting in a refrigerator for a
17       customer to buy it; correct?
18   A.  Yes.
19   Q.  Okay.  And that process is called the "cold
20       chain"; correct?
21   A.  That's right.
22   Q.  And so, I guess, when it's saying "continuous
23       cold chain measurement throughout our supply chain,"
24       it's talking about measuring the cold chain conditions
25       from the start of that process until the end in the

| 2019-05-30 | Cherian, Nikhil | Page 81 |
|---|---|---|

1    supply chain; is that right?
2  A. Yeah --
3  Q. Okay.
4  A. -- yes.
5  Q. Let me turn to you the Bates page that ends in
6    834. I think it's -- it's towards the beginning of
7    this page. Slide 7, page 7.
8  A. Yes.
9  Q. At the bottom of this slide, it has a couple
10    of bullets, and the first one says "Nonclimacteric
11    fruit does not ripen postharvest," and the second one
12    says, "Climacteric fruit can ripen further."
13    Do you know what climacteric fruit is?
14  A. Any fruit that reacts to the climate --
15  Q. Okay.
16  A. -- is -- is my understanding just...
17  Q. But you don't have any, like, agronomy
18    education or background or something; right?
19  A. No.
20  Q. Okay. So you basically don't have -- you
21    couldn't tell me the difference between the different
22    types of fruit beyond what's basically listed here;
23    right?
24  MS. BLITZER: Objection to form.
25  A. Could you rephrase that, please?

| 2019-05-30 | Cherian, Nikhil | Page 82 |
|---|---|---|

1  Q. (By Mr. Hardt) You know, beyond the general
2    statements that are in this slide, you couldn't give me
3    the biological differences between climacteric fruit
4    and nonclimacteric fruit; right?
5  A. Yes.
6  Q. You could?
7  A. I mean -- I mean, yes, you're right --
8  Q. Sorry.
9  A. -- yeah.
10  Q. I think you can set that exhibit aside for
11    now.
12  MR. HARDT: In fact, we've been going about an
13    hour. We need to get these organized; so why don't we
14    take a break? Does that work?
15  THE WITNESS: Yeah.
16  MR. HARDT: Okay.
17  THE VIDEOGRAPHER: We're going off the record
18    at 11:16 a.m.
19  (A recess is taken.)
20  THE VIDEOGRAPHER: We're back on the record at
21    11:26 a.m.
22  Q. (By Mr. Hardt) I think you testified earlier
23    that you don't have any involvement with Eden today; is
24    that right?
25  A. Right.

| 2019-05-30 | Cherian, Nikhil | Page 83 |
|---|---|---|

1    (Plaintiff's Exhibit No. 150 is marked for
2    identification.)
3  Q. Okay. I'm going to hand what's been marked as
4    Plaintiff's Exhibit 150 to you. This appears to be an
5    email chain from December 15th and December 14th of
6    2017; right?
7  A. Uh-huh, yes.
8  Q. Okay. And if you go to the second page, Ed
9    Oldham sends an email to Kelly Boyle -- subject line:
10    Eden -- on December 14th at 3:49 p.m. Do you see that?
11  A. 3:49, you say?
12  Q. 3:49 p.m.?
13  A. Yes.
14  Q. Okay. And then Kelly forwards that to you,
15    Terri Shiery, and Rodney Greenfield; right?
16  A. Yes.
17  Q. Do you know why Kelly would have forwarded
18    this to you?
19    It looks like they're talking about budget issues
20    with Eden for -- for the coming year.
21    Do you know why Kelly would have forwarded that to
22    you in December?
23  A. Yes.
24  Q. Why did she forward that to you?
25  A. My role had changed. I was no longer

| 2019-05-30 | Cherian, Nikhil | Page 84 |
|---|---|---|

1    reporting to Kelly Boyle.
2  Q. Okay. What was your role?
3  A. I was -- I was under a different senior
4    director doing the forecasting I mentioned earlier, but
5    I still had a little bit of understanding of what --
6    all the technology projects that needed to be executed
7    for fresh and nonfresh; so I was -- she was asking me
8    for ideas.
9  Q. Okay. So your recollection is that, at the --
10    by this point, you had -- you were reporting to a
11    different person, and you were in a different role;
12    right?
13  A. Yes.
14  Q. But you still had some institutional
15    knowledge; so she forwarded this to you so you could
16    chime in on something you may still have information
17    about?
18  A. Yes.
19  Q. Is that fair?
20    Okay.
21  A. We're all the same team. Like, Ed Oldham was
22    the VP, my boss, and Kelly would report to Ed; right?
23  Q. Okay. And I'm sorry. Remind me who your boss
24    is now.
25  A. Now?

| 2019-05-30 | Cherian, Nikhil | Page 85 |
|---|---|---|

1    Q.  Uh-huh.
2    A.  It is Jeff Slatton, but it -- the one I'm
3         referring to -- his name is Asis.  I've had multiple
4         changes since then.
5    Q.  Okay.  So your response on the -- this is at
6         the bottom of the first page -- the 5:48 p.m. email.
7         Do you see that one?
8    A.  5:48.
9    Q.  I think it's the bottom.  This -- this one
10        right here.
11   A.  Oh, okay.  Yeah.
12   Q.  You say, "Kelly, even at current strength,
13        team of nine, the entire road map will take five odd
14        years to complete.  Our funding request was to help
15        speed it up.  I'm not sure what a drop-dead would mean
16        in that context."
17        Do you see that email?
18   A.  Yes.
19   Q.  So when you say "the current strength team of
20        nine," are you talking about the team of nine that's
21        working on Eden, at that point?
22   A.  That's right.
23   Q.  Okay.  And your understanding, as of
24        December 2017, was that the overall project for the
25        Eden ecosystem would take at least five years.  Is that

| 2019-05-30 | Cherian, Nikhil | Page 86 |
|---|---|---|

1         fair?
2    A.  As communicated by the Eden team, yes.
3    Q.  Okay.  In the email above, Terri Shiery
4         responds to you and Kelly and Rodney and says, "The
5         most significant impact will be the value we can get
6         from cold chain compliance.  Eden owns the logic that
7         would take output from the freshness algorithm and make
8         it available to other supply chain systems to drive
9         decision making based on remaining shelf life."
10        Do you see that?
11   A.  Uh-huh, yes.
12   Q.  Okay.  And was this consistent with your
13        understanding, at that time?
14   A.  It's a lot of generalities, but, yes, I
15        understand what she's saying.
16   Q.  So she's saying the logic to utilize any
17        output of the separate freshness algorithm would be
18        housed in the overall Eden platform; right?
19   A.  Yes.
20   Q.  Okay.  And that platform's, you know, broader
21        than just, like, the digitized QC application we talked
22        about earlier; right?
23   A.  Yes.
24   Q.  Okay.  And it refers to the freshness
25        algorithm in general.

| 2019-05-30 | Cherian, Nikhil | Page 87 |
|---|---|---|

1         When did you become involved in sort of over- --
2         overseeing's probably the wrong word.
3         Let me ask it this way:  When did you become aware
4         of Walmart's efforts to internally develop a freshness
5         algorithm?
6    A.  Probably towards the end of the bake-off.
7    Q.  You don't remember exactly when?
8    A.  If I had to guess, I'd say around the time
9         Mingming got involved --
10   Q.  Okay.
11   A.  -- September -- but I'm not 100 percent sure
12        on that.
13   Q.  And we talked about sort of the cold chain
14        compliance initiative earlier.  Did you do any work on
15        cold chain compliance efforts in 2018 or 2019?
16   A.  Cold chain compliance, no.  Not to my
17        knowledge, no.
18   Q.  Okay.  So any -- to the extent you touched
19        that project, it would all be in the 2017 --
20   A.  '17, yes.
21   Q.  Ending about the time of this email --
22   A.  Yeah.
23   Q.  -- right?
24   A.  I mean, is there not an email out there?
25        I don't know, but for the most part, no.

| 2019-05-30 | Cherian, Nikhil | Page 88 |
|---|---|---|

1    Q.  Okay.  And when we're talking about the -- you
2         know, Walmart's internal freshness algorithm, another
3         word for that would be like a shelf life calculation;
4         right?
5    A.  Sure, yes.
6    Q.  So, I mean, conceptually, if I see a email
7         that says "fresh -- freshness algorithm" or "shelf life
8         calculation," and it's between, for example, you and
9         Mingming, you're talking about the same thing; right?
10   A.  Again, it could be different from the
11        standpoint that calculation is the -- tracking how many
12        days.  I would say algorithm is probably predicting
13        what the freshness was --
14   Q.  Okay.
15   A.  -- but, again, depends on the context.
16   Q.  Fair enough.
17   A.  There's lots of jargon in Walmart that even I
18        don't understand.
19   Q.  Fair enough.
20        I'm going to hand you what's being marked as
21        Plaintiff's Exhibit 151.
22        (Plaintiff's Exhibit No. 151 is marked for
23        identification.)
24   Q.  This is an email from Justin Lewis to you on
25        May 23rd, 2017; is that right?

1    A.  Yes.
2    Q.  Okay.  Who IS Justin Lewis?
3    A.  As I mentioned earlier, he was with ATK.
4    Q.  Okay.
5    A.  He was one of the names --
6    Q.  Oh, right.
7    A.  -- I gave you.
8    Q.  Okay.  And if you go to -- this would be
9        Slide 5.  It ends in 044 for the Bates.
10   A.  Yes.
11   Q.  This -- this is another ATK road map
12       presentation; right?
13   A.  It's another version --
14   Q.  Okay.
15   A.  -- yeah.
16   Q.  And so at the bottom of this Slide 5, he says
17       "continue to follow/build in-house strategies to best
18       leverage previous investments and ensure proper
19       development at this scale"; right?
20   A.  It does say that.
21   Q.  Okay.  So was it your understanding that the
22       strategy at this point was to build the entire fresh
23       flow architecture in-house?
24   A.  No, that was never decided.
25   Q.  Okay.  It was -- it was not decided at this

1    point, or it was never decided at all?
2    A.  It was never decided at all.
3    Q.  Okay.  But you haven't been involved in the
4        last two years; so if it was decided in 2018 --
5    A.  Never decided during my time --
6    Q.  Okay.
7    A.  -- is what I meant, yeah.
8    Q.  And if you go to Slide 7, the second
9        initiative listed there is "identify fresh days of life
10       algorithm metric."
11   A.  Yes.
12   Q.  Do you see that one?
13   A.  I do.
14   Q.  And it looks like the capital expenditure
15       estimated is 35 to 45 million; right?
16   A.  Yes.
17   Q.  Okay.  And that's one of the initiatives that
18       would fall within his statement of ideally building in
19       house; right?
20   A.  As a consultant, he control whatever he wanted
21       to, but, yes, that is his perception of what ours
22       should be.
23   Q.  So -- so their thought at that time was that
24       there would be an in-house freshness algorithm; right?
25       That's your understanding?

1    A.  On this date -- 5-23 -- I don't think that
2        would have even been a discussion.  We had no plans of
3        building in-house freshness algorithms, to the best of
4        my knowledge, I mean.
5    Q.  Did you ever work with somebody at Walmart
6        named Christian Velez?
7    A.  Ckristian Velez, yes.
8    Q.  What was Christian Velez's role as it relates
9        to the fresh flow initiative?
10   A.  He was mostly before my time, but there was a
11       little bit of overlap in the first, maybe, one or two
12       months of my time in fresh flow.  He was in an internal
13       analytics group within supply chain.
14   Q.  And one of the things he was working on was an
15       internal freshness algorithm; right?
16   A.  I am not aware if he was.
17   Q.  Did you ever work with somebody named Rahul
18       Chowdhury at Walmart?
19   A.  Yes.
20   Q.  And what is -- am I saying the first name
21       right:  Rahul?
22   A.  Rahul.
23   Q.  Rahul?
24       What was Rahul's role in the fresh flow
25       initiative?

1    A.  He was Ckristian's boss.  He had all flow
2        analytics, and Ckristian was dedicated to fresh flow, I
3        think.  Before my time.
4    Q.  Did you ever work with somebody at Walmart
5        named Linda Sytlacil?
6    A.  Vytlacil.
7    Q.  Vytlacil?
8    A.  Yes.
9    Q.  What was her involvement in the fresh flow
10       initiative?
11   A.  She was Mingming's VP, but she was not
12       directly involved, to the best of my knowledge.
13   Q.  So Mingming reported to her, but to the extent
14       he was working on a freshness algorithm, that would
15       sort of be in his -- his space and not necessarily
16       hers?
17   A.  Yeah, I mean, in turn, her space too; right?
18   Q.  Right.
19   A.  I mean, she owns all of it, yes.
20   Q.  Right.
21       But -- but in terms of day-to-day working on it,
22       it would have been more Mingming and not her; right?
23   A.  That's right.
24   Q.  Okay.  Did you ever work with somebody named
25       Aihong or Aihong Wen?

1    W-E-N is the last name.
2  A. Yes, little bit.
3  Q. What was her involvement in the fresh flow
4    initiative?
5  A. She was Mingming's direct supervisor.
6    THE REPORTER:  What supervisor?
7    THE WITNESS:  Mingming's direct supervisor.
8  Q. (By Mr. Hardt) So does she sit between Linda
9    and Mingming?
10  A. Yes.
11  Q. Okay.  So she's not a peer to Linda; right?
12    Say that again.
13  Q. She is not a peer to Linda?
14  A. No.
15  Q. She's below?
16    Was she involved in working on the freshness
17    algorithm, to your recollection?
18  A. She was involved in a couple of conversations
19    about it, yes.
20  Q. What about Selena Hriz, H-R-I-Z?  Do you know
21    who that is?
22  A. Yes.
23  Q. What was her role in the fresh flow
24    initiative?
25  A. She was on Rodney's team, a peer of Terri

1    Shiery.
2  Q. Was she still involved at the time that you
3    rolled off?
4  A. Yes.
5  Q. Okay.  She wasn't directly involved in the
6    bake-off, was she?
7  A. No.  She would be informed just like everyone
8    else.  She was part of the larger team.
9  Q. Do you recall if she was involved in
10    developing Walmart's freshness algorithm?
11  A. No, I don't recollect, no.
12  Q. You -- you don't know one way or the other.
13    You just don't recall; right?
14  A. Yes.
15  Q. Do you know somebody at Walmart named Raj
16    Nellore?
17  A. Yes, I do.
18  Q. Who is Raj?
19  A. At that time, I think he was reporting to
20    Aihong; so he was Mingming's peer.
21  Q. And -- and I believe Mingming Li had indicated
22    that, when he rolled off the freshness algorithm
23    project, Raj took it over.  Is that consistent with
24    your understanding?
25  A. I'm not aware because I rolled off in October,

1    and Mingming was still, you know, very early stages of
2    talking about it.
3  Q. So you never worked directly with Raj on the
4    fresh flow initiative?
5  A. Not on fresh flow, to the best of my
6    knowledge, but Raj and I have worked on other things --
7  Q. Okay.
8  A. -- nonfresh-related things.
9  Q. Nothing to do with cold chain compliance,
10    fresh flow, freshness algorithms, nothing like that;
11    right?
12  A. Not to the best of my knowledge, no.
13  Q. Okay.  And so he also wasn't involved in the
14    bake-off with Zest; right?
15  A. Not during my tenure, to the best of my
16    knowledge.
17  Q. Well, you were there until the end of the
18    bake-off; right?
19  A. Around September end is when I rolled off,
20    yeah.  That's fair.  The bake-off was also kind of
21    coming to a close, yes.
22  Q. Right.
23    I -- I think sometime in October probably they
24    made a decision?
25  A. I think just after I left.  Around that,

1    maybe, one-month time frame, but I was already rolled
2    off, and the final decision made -- was made.
3  Q. Okay.  Did you ever work with somebody named
4    Mohit Mehrotra?
5  A. I know of him, but I've never worked with him
6    directly.
7  Q. Okay.  Do you know what his role was?
8  A. I think he was like a project manager for
9    analytics from -- based in Bangalore, India.
10  Q. So if he was in Bangalore, he wasn't involved
11    in the Zest bake-off; right?
12  A. Not directly in one, no.
13  Q. Okay.
14  A. But, again, he -- he could have been involved
15    in the analytical aspects of it, but I'm not sure.
16  Q. You just don't know one way or the other?
17  A. Yeah.
18  Q. Did you ever ask him to do any direct work for
19    that project?
20  A. I don't remember, no.
21  Q. So you don't recall ever asking him to do some
22    direct work for the Zest bake-off; right?
23  A. Correct.
24  Q. Okay.  We talked about Josh Bohling earlier.
25    He was not involved in developing the freshness

1    algorithm with Mingming and the others; right?
2  A. I'm not aware. I mean, I -- it was all on the
3    lab side. What they did was -- didn't -- didn't
4    involve me in it.
5  Q. Okay. To -- to your knowledge, he was more on
6    the Eden side, and Mingming would have been more on
7    the freshness algorithm side?
8  A. Correct.
9  Q. Okay. I'm going to hand you what's being
10    marked as Plaintiff's Exhibit 152.
11    (Plaintiff's Exhibit No. 152 is marked for
12    identification.)
13  Q. It appears to be an email chain between you
14    and Linda Vytlacil?
15  A. Yes.
16  Q. And you -- you're forwarding an email from
17    Selena Hriz; right?
18  A. Looks like it, yes.
19  Q. Okay. And Selena had written, "The fresh flow
20    product team would like to meet with you to discuss
21    fresh flow strategy. We've identified the following
22    initiatives that would fall under your domain."
23    And the first one is, "Fresh days of life
24    algorithm metric - is to develop and test fresh days of
25    life algorithm to provide estimated time to expiration

1  A. That's right.
2  Q. Is that similar to what you characterized
3    earlier as, like, the number-crunching abilities?
4  A. Yeah, yes.
5  Q. Do you have a recollection of how long it took
6    her to get Mingming or anybody else on her team
7    involved in this?
8  A. I want to say they did not get anyone involved
9    until three months later.
10  Q. Couple --
11  A. We may have had e-mails, but there was no
12    interest to do anything --
13  Q. It didn't happen right away, it's --
14  A. Yes.
15  Q. -- fair to say; right?
16  A. Yes.
17  Q. I'm going to hand you what's being marked as
18    Plaintiff's Exhibit 153.
19    (Plaintiff's Exhibit No. 153 is marked for
20    identification.)
21  Q. There you are.
22    This is an email chain from early July 2017;
23    right?
24  A. Yes.
25  Q. Okay. And if you go to the first email, it's

1    by item."
2    Do you see that?
3  A. Yes.
4  Q. And so you would have been aware, at least by
5    June 7th, that Walmart had an initiative to internally
6    develop a fresh days of life algorithm; right?
7  A. Yes.
8  Q. Okay. And so then you forward that to Linda
9    and say, "Here's some of the initiatives. Someone from
10    your team may want to be involved. Fresh days of life
11    algorithm."
12    Do you see that?
13  A. Yes.
14  Q. To your recollection, is this the first time
15    you reached out to Linda, her team, about the fresh
16    days of life algorithm?
17  A. I don't recall, no.
18  Q. Okay.
19  A. Looks like it.
20  Q. Why did you think Linda's team might want to
21    be involved?
22  A. Because she had data science.
23  Q. So you thought those folks would be
24    appropriate to get involved in a algorithm development
25    project because of their data science background?

1    between you and Rahul Chowdhury --
2  A. Uh-huh, yes.
3  Q. -- at 10:03 a.m.? Do you see that one?
4  A. Yes.
5  Q. Okay. And you say, "Hi, Rahul. Per our
6    discussion last night, if you have Steve dedicated to
7    working on the cold chain freshness algorithm, I
8    recommend he accompany Denise to visit -- visit Eclipse
9    Farms to view the cut-to-cool shipping process."
10    Do you see that?
11  A. Yes.
12  Q. Okay. So does this refresh your recollection
13    as to whether Rahul and -- and Stephen Steele were
14    working on the freshness algorithm already, at that
15    point?
16  A. They aspire to, yes.
17  Q. They -- they were -- they were -- whether or
18    not they finished or not, they --
19  A. Yeah.
20  Q. -- were at least working on something that
21    would hopefully be a freshness algorithm; right?
22  A. At that point, there was no data, but, yes.
23  Q. And he -- you refer to "Steve" in the email.
24    That's Stephen Steele; right?
25  A. Yes.

1  Q. Do you recall whether Rahul or Steve ever
2     developed a freshness algorithm?
3  A. I had never seen any output from them, to the
4     best of my knowledge.
5  Q. They'd been working on that freshness
6     algorithm initiative since before you got involved;
7     right?
8  A. I'm not aware.
9     MS. BLITZER: Objection to form.
10 Q. (By Mr. Hardt) Do you recall setting up a
11    meeting between Stephen Steele and Zest Labs in
12    Monterey, California, around this time?
13 A. No, I don't.
14 Q. Do you recall attending a meeting between you
15    and Denise and Stephen Steele in Monterey, California,
16    around this time?
17 A. Me and Denise, yes. I don't recollect Stephen
18    being in that meeting, but I...
19    I'm not 100 percent sure on Stephen, but Denise
20    and I, definitely, yes.
21 Q. On -- you and Denise went out there at least
22    twice; right?
23 A. No. I mean, I went only once. Denise may
24    have gone there twice. I'm not sure. She was more
25    involved; so she may have gone multiple times.

1  Q. I'm going to hand you what's being marked as
2     Plaintiff's Exhibit 154.
3     (Plaintiff's Exhibit No. 154 is marked for
4     identification.)
5     MR. HARDT: Oh, sorry.
6  Q. (By Mr. Hardt) This is an email chain between
7     you and Rahul and Denise in August 2017; right?
8  A. Yes.
9  Q. And after -- after Rahul sent you a response
10    to some of your questions in the 11:13 a.m. email, you
11    say, "Thanks for the access, Rahul. Re your response
12    on the algo, we certainly want to build internally, and
13    now, finally, we'll have the data to do so."
14    Do you see that?
15 A. Yes.
16 Q. Okay. So by this point, you definitely knew
17    that the goal was to build a algorithm internally;
18    right?
19 A. That was one of the options, yes.
20 Q. Okay. Well, you say, "We certainly want to
21    build internally and now finally have the data to do
22    so"; right?
23 A. Was one of the options, yes.
24 Q. But you certainly wanted to build an internal
25    algorithm so you could at least compare it against

1     other options and make a decision?
2  A. That's one of --
3     MS. BLITZER: Objection to the form.
4  A. -- the options, yes.
5  Q. (By Mr. Hardt) Correct?
6  A. That would be one of the options, yes.
7  Q. What were the other options?
8  A. Whatever the vendors provided us.
9  Q. Okay.
10    THE REPORTER: Whatever the what?
11    THE WITNESS: The vendors. The suppliers
12    provided us.
13    THE REPORTER: Vendors.
14    THE WITNESS: Yeah.
15    Sorry. My accent...
16 Q. (By Mr. Hardt) And you say, "You finally have
17    the data to do so"; right?
18 A. That's right.
19 Q. And that's the data from the bake-off with
20    Zest; right?
21 A. Among other suppliers, yes.
22 Q. And that also included the data from the prior
23    berry test with Zest; right?
24 A. I was referencing the data from the bake-off.
25 Q. You would have also had access to the data

1     from the prior berry test with Zest; right?
2  A. Me, personally?
3  Q. Your team.
4  A. I'm not aware of the parameters of the test.
5  Q. But you would have --
6  A. I don't know what the agreement was because I
7     wasn't involved with it.
8  Q. What was the agreement for the bake-off?
9  A. That the -- that Walmart owned the data and
10    would come back to us.
11 Q. Did you ever review that agreement?
12 A. No.
13 Q. How did you get that understanding -- that
14    Walmart would own the data?
15 A. Denise.
16 Q. Denise?
17 A. Yeah, told --
18 Q. Was -- was Denise involved in negotiating that
19    agreement?
20 A. I believe so, yeah. I think so.
21    I'm not sure, but I have reason to believe that.
22 Q. What -- what reason do you have to believe
23    that?
24 A. That she was involved -- she and the copilot;
25    so I'm assuming she did.

1   Q. And then you state, "If we start working on
2      this now, I'm guessing it would be a while before we
3      land on something close to what the vendors claim that
4      they have."
5      Do you see that?
6   A. Uh-huh, yes.
7   Q. Why did you believe it would be a while before
8      you guys were able to develop an internal algorithm?
9      MS. BLITZER: Objection to form.
10  A. Could you rephrase, please?
11  Q. (By Mr. Hardt) Why did you believe it would,
12     quote, be a while before we land on something close to
13     what the vendors claim they have?
14  A. Because Walmart's a big, complex company.
15     Takes time -- everything takes time.
16  Q. It's also your understanding that it was a
17     complex problem; right?
18  A. Yes, yeah.
19  Q. Do you know if Rahul and his team were ever
20     successful in developing an internal algorithm?
21  A. I had not seen any evidence to that.
22  Q. Did that frustrate you -- that they weren't
23     able to make any progress?
24  A. I don't believe so.
25     I mean, are you asking if I was ever frustrated

1      during the six months?
2      I'm sure I was, but yeah.
3   Q. My question was a little different.
4   A. Yeah.
5   Q. Were -- were you frustrated that Rahul and
6      Stephen Steele could not develop a freshness
7      algorithm --
8      MS. BLITZER: Objection to form.
9   Q. (By Mr. Hardt) -- during this time period?
10  A. I don't remember being frustrated.
11  Q. At the top email chain, you say, "Denise and I
12     are aligned on the need for an internal freshness
13     algorithm and starting work on it now to be ready
14     during cost negotiations."
15     How would having an internal freshness algorithm
16     help you during cost negotiations?
17  A. We wouldn't have to pay for whatever the
18     vendors had.
19  Q. So if you had a internal algorithm, and it was
20     working, you could go to the vendors and say, "We have
21     our own," and possibly negotiate a lower price, if you
22     do choose a vendor solution; right?
23     Or alternatively, you could just use your own
24     solution; right?
25  A. The solution had multiple pieces. The

1      algorithm was the end -- one of the end pieces to it.
2      The vendors would still need to give us
3      compliance -- cold chain compliance. What we did with
4      the data was -- would be with us.
5   Q. And by the vendors giving you cold chain
6      compliance, you mean they would need to provide you the
7      temperature change -- temperature data during the cold
8      chain compliance process; right?
9   A. The sensors, yeah. The tracking. The portal
10     and all that good stuff.
11  Q. And if you, internally -- if you had developed
12     an internal freshness algorithm, you would be able to
13     obtain that from the vendors, but you wouldn't have to
14     pay for their freshness algorithm; right?
15  A. That was one of the options, yes.
16  Q. Okay. I'm going to hand you what's being
17     marked as Plaintiff's Exhibit 155.
18     (Plaintiff's Exhibit No. 155 is marked for
19     identification.)
20  Q. This is an August 24th email chain between you
21     and some others and Bk Vasan.
22  A. Uh-huh.
23  Q. Do you see that?
24  A. Yep.
25  Q. Who's Bk Vasan?

1   A. Bk Vasan was another peer of Mingming.
2   Q. So he was -- just like Mingming, he was also
3      going to be working on the freshness algorithm?
4   A. I don't know working. He seems interested in
5      this email.
6   Q. Okay. And in the bottom email, Terri Shiery
7      writes -- I think it's the third sentence -- "Stephen
8      Steele of the data and analytics team has been working
9      on -- working for months on developing a proof of
10     concept."
11     Do you see that?
12  A. Yes.
13  Q. That's a proof of concept for the internally
14     developed algorithm; right?
15     MS. BLITZER: Objection to form.
16  A. I'm not aware. I had never seen a proof of
17     concept.
18  Q. (By Mr. Hardt) Okay. Well, the -- the first
19     sentence says, "In the flow quarterly prioritization
20     meeting, the fresh flow business team requested that we
21     submit a request for your team for development of an
22     algorithm that will calculate estimated freshness
23     remaining for a product."
24     Do you see that?
25  A. I do.

1    Q. Is that consistent with your understanding?
2    A. Yes.
3    Q. Okay. And Bk Vasan was on Mingming's team;
4       right?
5    A. He was a peer of Mingming like Raj Nellore.
6    Q. Okay. So he was -- he was on Linda's broader
7       team. Is that fair to say?
8    A. Correct.
9    Q. And then the next sentence she says, "Stephen
10      Steele of the data and analytics team has been working
11      for months on developing a proof of concept."
12      So it's fair to say that they'd been working for
13      months on a project related to development of the
14      algorithm she mentioned; right?
15      MS. BLITZER: Objection to form.
16   A. I don't know.
17   Q. (By Mr. Hardt) You don't know one way or the
18      other?
19   A. No.
20   Q. Okay. Bk's response at the top says, "I'm
21      meeting with Nikhil tomorrow to understand the ask and
22      will let you know of the path forward."
23      Do you see that?
24   A. Yes.
25   Q. Did you ever meet with him on -- I guess that

1       would be a meeting on August 25th?
2    A. Possible. I don't remember but very possible.
3    Q. To the best of your recollection, would that
4       be the first time that you meet with Bk relating to the
5       algorithm that Terri is discussing?
6    A. Yeah, I think so.
7    Q. I'm handing you what's being marked as
8       Plaintiff's Exhibit 156.
9       (Plaintiff's Exhibit No. 156 is marked for
10      identification.)
11   Q. This looks like it's a related email chain
12      from August 24th, the same day; right?
13   A. Yes.
14   Q. So on -- on this one -- the top email --
15      the -- the bottom email -- 3:07 p.m. -- is the same
16      email we saw on Exhibit 155; right?
17   A. Yes.
18   Q. And so now in your email at 4:20 p.m. that
19      same day, you add Mingming Li; right?
20   A. Yes.
21   Q. And you say, "Bk, just to clarify one thing.
22      The algorithm that Stephen is working on is in the very
23      early stages of development and will need data
24      scientist and data engineer support to work together."
25      Do you see that?

1    A. Yes.
2    Q. Okay. And so you knew at this point that
3       Stephen was working on an algorithm; right?
4    A. He claimed, yeah.
5    Q. Okay. And you -- you knew apparently that it
6       was in the early stages still; correct?
7    A. Yes.
8    Q. Okay. And this was the same algorithm that
9       Denise says -- excuse me -- Terri Shiery says down
10      below they'd been working on for months; correct?
11      MS. BLITZER: Objection to form.
12   A. Not sure.
13   Q. (By Mr. Hardt) You're not sure, but for
14      however long they were working on it, you knew that it
15      was still in the early stages, at this point; right?
16      MS. BLITZER: Objection to form.
17   A. Can you rephrase, please?
18   Q. (By Mr. Hardt) So I asked you whether you knew
19      how long Stephen had been working on the freshness
20      algorithm, and you said you don't recall or you -- you
21      don't know. Is that fair?
22   A. That's right.
23   Q. Okay. However -- regardless of how long he'd
24      been working on it -- whether it was one day or ten
25      months -- at the time you sent this email, you knew

1       that Stephen's -- Stephen was still in the early stages
2       of developing that algorithm; right?
3       MS. BLITZER: Objection to form.
4    A. That is what I had heard, yeah.
5    Q. (By Mr. Hardt) And that's what you understood
6       to be the truth, at that time; right?
7       MS. BLITZER: Objection to form.
8    A. As was relayed to me -- relayed to me --
9       relayed -- relayed to me by Terri or Denise. I don't
10      remember who, but someone would have told me.
11   Q. (By Mr. Hardt) And you believed the
12      information they relayed to you about them being in the
13      early stages was accurate; correct?
14   A. Yes.
15   Q. So once Mingming Li and Bk Vasan get involved
16      on working on this freshness algorithm, do you have an
17      understanding of whether they ever completed a
18      freshness algorithm?
19   A. I had never seen any output from any of them,
20      to the best of my recollection.
21      MR. HARDT: It's about 12:15. Why don't we --
22      why don't we take a break for lunch. Does that work?
23      MS. BLITZER: Sure.
24      THE VIDEOGRAPHER: We're going off the record
25      at 12:16 p.m.

| | |
|---|---|
| 2019-05-30     **Cherian, Nikhil**     Page 113 | 2019-05-30     **Cherian, Nikhil**     Page 115 |

**Page 113**

1    (A lunch recess is taken.)
2    THE VIDEOGRAPHER: We are back on the record
3    at 1:15 p.m.
4    Q. (By Mr. Hardt) Mr. Cherian, do you recall any
5    efforts at Walmart to incorporate photospectometry
6    analysis into the freshness algorithm?
7    A. Yes.
8    Q. What were those efforts?
9    A. The sourcing team had an idea that they were
10    working on with -- I don't know who -- some other third
11    parties that was not part of the fresh flow work
12    stream.
13    Q. It was not part of the work stream that you
14    were working on?
15    A. That's right.
16    Q. It would -- it did relate to potentially a
17    freshness algorithm; correct?
18    A. It was an entirely different type of
19    technology. It wasn't calculating freshness from
20    algorithms from what I understood. It was trying to do
21    that from pictures.
22    THE WITNESS: Pictures, yeah.
23    Q. (By Mr. Hardt) Uh-huh.
24    (Plaintiff's Exhibit No. 157 is marked for
25    identification.)

**Page 115**

1    Q. Okay.
2    A. They won't roll under my SVP or EVP.
3    Q. Okay. Do you know whether they ever completed
4    any ability at Walmart to use photospectometry to --
5    A. I'm not aware, no. I'm not aware.
6    Q. Turning back to Exhibit 157, are you aware of
7    whether the Bangalore team ever completed any ability
8    to use image analytics in assessing freshness?
9    A. No, I'm not aware. I don't remember if they
10    ever completed it.
11    Q. Okay.
12    A. At least in the six months that I was there,
13    no.
14    Q. On the second page, your email that you sent
15    at 6:16 a.m. on September 28th -- do you see that one?
16    A. Yeah.
17    Q. -- you say, "Very interested and have some
18    thoughts background."
19    Do you see that?
20    A. Uh-huh.
21    Q. What was the background information that you
22    had?
23    A. My experience knowing the fresh strategy. I
24    know what Walmart wanted.
25    Q. Did -- did you say "fresh strategy"?

| | |
|---|---|
| 2019-05-30     **Cherian, Nikhil**     Page 114 | 2019-05-30     **Cherian, Nikhil**     Page 116 |

**Page 114**

1    Q. I'm handing you what's been marked as
2    Plaintiff's Exhibit 157.
3    A. Okay.
4    Q. This is an email chain with subject line
5    "fresh shelf life measurement using image analytics" --
6    A. Uh-huh.
7    Q. -- correct?
8    A. Yes.
9    Q. Are the individuals here -- Mohit Mehrotra and
10    Syed Mudassir -- are they members of the sourcing team
11    you mentioned earlier?
12    A. No. They were part of the Bangalor team --
13    analytics team.
14    Q. So this is a separate effort at incorporating
15    image analytics into a freshness algorithm; right?
16    A. I think so, yes.
17    Q. Okay. So who was the sourcing team you were
18    referring to earlier?
19    A. I don't remember the names of people. I don't
20    remember.
21    Q. Do you remember who the -- who the sourcing
22    team would ultimately report to?
23    A. Their own leadership, I guess. They -- they
24    have a completely different leadership structure than
25    us.

**Page 116**

1    A. The fresh flow strategy, yes.
2    Q. And do you recall what your thoughts on this
3    initiative were?
4    A. I'd say that it would directly be applicable
5    to one of the pillars that we had, which was cold
6    chain.
7    Q. This is the same cold chain compliance
8    initiative we've been talking about today?
9    A. Not compliance but cold chain, like making --
10    measuring -- measuring freshness in the cold chain,
11    yes, but this would do compliance like that one.
12    Q. It would just measure -- your understanding is
13    it would just measure freshness at a point in time?
14    A. That's right.
15    Q. You asked to set up some time for Tuesday
16    morning to have a additional meeting.
17    A. Yes.
18    Q. Do you know if that meeting ever went forth?
19    A. I don't remember.
20    Q. And the next day, at -- on Friday at
21    7:40 p.m. -- this is the bottom email on the first
22    page -- you said, "My understanding is that you will
23    need a massive image repository for deep-learning
24    algorithms to predict freshness using images, assuming
25    that is the plan."

| | | | |
|---|---|---|---|

1    Do you see that?
2  A.  I do.
3  Q.  Where did you develop that understanding --
4      that you would need a massive image repository?
5  A.  I have a deep background in analytics and data
6      science.
7      THE REPORTER:  In analytics and what?
8      THE WITNESS:  Data science.
9  Q.  (By Mr. Hardt) But this doesn't relate just to
10     analytics and data science.  This relates to fresh
11     shelf life measurement; right?
12  A.  Sure, yes.
13  Q.  Did you have any background, prior to your
14     work on this, on doing any data analytics on produce
15     freshness using image analytics?
16  A.  No.
17  Q.  You also ask, in the second paragraph here,
18     "Is that on the road map from Linda's team or something
19     that you guys have as a side project?"
20     Do you see that?
21  A.  I do.
22  Q.  And then they respond that they're just
23     working on this part-time.  You see that?
24     A  (Nods head yes.)
25  Q.  Okay.

1  A.  Yes.
2  Q.  What happened next?
3  A.  There's lots of people wanting to do fancy
4      little side projects.  I -- I'm not aware.
5  Q.  Do you recall if you shared any information
6      with these guys?
7  A.  I don't know.
8  Q.  Ckristian Velez and Stephen Steele are on this
9      email chain; so did this work relate to the efforts
10     they were making?
11  A.  I don't know.
12  Q.  It may have.  You just don't know one way or
13     the other?
14  A.  That's right, because Stephen was more, I
15     think, using the data that came out of the sensors.
16     This has nothing to do with the data.
17  Q.  Do you know what Syed Mudassir's involvement
18     in the fresh flow initiative was?
19  A.  He was one of the managers on the India
20     analytics team.  They would work on whatever work was
21     assigned to them by the likes of Mingming and the
22     others.
23  Q.  Is the same true for Mohit?
24  A.  I think Mohit would probably be on Syed's
25     team.

1  Q.  Okay.
2  A.  Mohit would be junior.  I don't know if he
3      reports to him or not but...
4  Q.  Okay.  And there's another name here:  Pushkar
5      Pushp.  Do you know who that is?
6  A.  I don't, no.
7  Q.  Okay.
8  A.  Pushkar Pushp may be one of the data
9      scientists along with Mohit, but I don't know him
10     well -- I know of him.
11  Q.  Do you think he's likely also in Bangalore?
12  A.  Yes, yeah.  This is definitely in Bangalore,
13     but I haven't -- haven't worked with him personally --
14  Q.  Okay.
15  A.  -- I don't think.
16  Q.  At the top of the email chain, Syed writes,
17     "On .2, we are aware of the request for full-time
18     resources and are working through Mingming on this."
19     Do you see that?
20  A.  Yes.
21  Q.  So at least as of this time, you knew they
22     were working with Mingming on this initiative; right?
23  A.  On the request for resources, yes.
24  A.  Uh-huh.
25  A.  There was no initiative because they haven't

1      done anything yet.
2  Q.  Did you ever discuss this initiative with --
3      well, I'll change the words.
4      Did you ever discuss this project with Mingming
5      Li?
6  A.  This side project --
7  Q.  Yes.
8  A.  -- that Mohit's referencing?
9  Q.  Uh-huh.
10  A.  I don't remember.  I don't think I would have,
11     but I don't remember for sure.
12  Q.  Did you ever discuss using photo analytics
13     with Mingming Li?
14  A.  Well, we would have brainstormed all sorts of
15     ideas.
16  Q.  And one of those related to the freshness
17     algorithm would have been photo analytics?
18  A.  Could be.
19     MS. BLITZER:  Objection to form.
20  Q.  (BY Mr. Hardt) Sorry.
21     What --
22  A.  Could be, yeah.  I don't remember exactly what
23     everything was discussed but could have been discussed.
24  Q.  Did you make any -- did you make any efforts
25     to understand photo analytics in this context further

1    and how it can be incorporated into a potential
2    freshness calculation?
3    A. I would have asked the vendors, the suppliers,
4    what their experience was in this, yes.
5    Q. Did you hear back from any of the vendors?
6    A. Yes.
7    Q. Which ones?
8    A. I don't remember, but most of them would have,
9    I would assume.
10   Q. Did you hear back from Emerson?
11   A. I don't remember Emerson.
12   Q. But you eventually learned that Emerson didn't
13   do any photo analytics on the freshness side; right?
14   A. I wasn't involved to the level to say that
15   they would have or not.
16   Q. So you wouldn't know one way or the other with
17   Emerson; right?
18   A. Yes.
19   Q. And you did know that Zest had involvement
20   with photo analytics; right?
21   A. Yes.
22   Q. And did you receive any information from Zest
23   relating to their work on photo analytics?
24   A. When you say "information," can you describe
25   what that means?  Is it like physical documents, are

1    you asking, or...
2    Q. Any -- any information related to Zest's
3    knowledge on photo analytics.
4    A. There was a time that they -- that we visited
5    their labs, and they had like an intern doing some --
6    something to do with photo -- with taking images of
7    strawberries.
8    Q. And what did you learn from that visit?
9    A. That Zest was trying to, among several things,
10   have interns take images of different types of
11   strawberries under different conditions and all that.
12   Q. Do you recall when that visit would have taken
13   place?
14   A. I'd say around the June-July time frame.
15   Q. I'm going to hand you what's being marked as
16   Plaintiff's Exhibit 158.
17   (Plaintiff's Exhibit No. 158 is marked for
18   identification)
19   A. Okay.
20   Q. At the top of this email chain from October
21   2017, you send an email to Mingming Li at 8:44 a.m. on
22   October 23rd, 2017.  Do you see that?
23   A. Uh-huh, yes, I do.
24   Q. And you say, "Thanks, Mingming.  There are
25   other experimental initiatives to predict freshness at

1    a given node.  Those are truly next gen technology
2    where the quality team's using hyperspectral cameras to
3    look inside the fruit."
4    Who's the quality team you're referring to here?
5    A. That would be Chuck Tilmon, at that point in
6    time.
7    Q. Okay.  And who on Chuck Tilmon's team was
8    working on this initiative?
9    A. I do not know.
10   Q. Okay.  So this would be another project
11   separate from the project with the sourcing team and
12   separate from the project with the Bangalore team;
13   right?
14   A. I think separate from Bangalore, but maybe the
15   same time sourcing and quality were probably working on
16   that -- the hyperspectral stuff.
17   Q. Okay.  So the sourcing and quality teams may
18   have been working together.  They may not have been
19   working together.  You don't know for sure?
20   A. I don't know for sure.
21   Q. Okay.  Your next sentence that you wrote to
22   Mingming Li is, "I wonder if your resources should look
23   into that as well in order to be the one-stop freshness
24   prediction team at Walmart."
25   And when you say that, you're referring to the

1    image analytics; right?
2    A. To the hyperspectral analytics, yeah.
3    Q. Okay.
4    A. Not analytics.  I say hyperspectral cameras,
5    yeah.
6    Q. Do you know whether he looked into that?
7    A. I don't.
8    Q. Okay.  Why do you want him to be the one-stop
9    freshness prediction team at Walmart?
10   A. So we could get to a solution for Walmart.
11   Q. In other words, there was a lot of different
12   initiatives going on, and you thought consolidating
13   those efforts would make sense?
14   A. Yes.
15   Q. And the last sentence here says, I'm not sure
16   if the business stakeholders there want ou."
17   I think you mean --
18   A. You.
19   Q. -- that's a typo -- "you."
20   What did you mean by that?
21   A. That was a general way of saying that they may
22   have their own resources, own data scientists, or
23   whatever.  You intervening in their business -- I don't
24   know if they want you or not.
25   Q. Was it your experience that the various

1    stakeholders and the fresh flow initiative were -- were
2    separate and -- and sort of siloed, not working
3    together?
4    A.  Yes.
5    Q.  Was it your experience that they were
6    difficult to coordinate and -- and work with?
7    MS. BLITZER:  Objection to form.
8    A.  Can you rephrase that, please?
9    Q.  (By Mr. Hardt) Was it your experience that the
10   various stakeholders in the fresh flow initiative were
11   difficult to coordinate and work with?
12   MS. BLITZER:  Same objection.
13   A.  Regardless of fresh flow, everything at
14   Walmart is pretty complex because it's massive.
15   Q.  (By Mr. Hardt) So coordinating any of these
16   projects is just a -- there's logistical burdens with
17   that?
18   A.  You can say that.
19   Q.  As of today, can you tell me how Walmart's
20   internally developed freshness algorithm operates?
21   A.  I'm not aware if there is a freshness
22   algorithm.
23   Q.  You don't even know if one exists; right?
24   A.  I don't.
25   Q.  So you can't tell me what factors are in that

1    algorithm?
2    A.  No.
3    Q.  Do you know what factors were in the algorithm
4    or planned to be in the algorithm at the time Mingming
5    Li was working on it?
6    A.  No.
7    Q.  Okay.  Do you know how the freshness algorithm
8    at Walmart may have changed over time?
9    A.  I don't even know if there's a freshness
10   algorithm at Walmart.
11   Q.  Okay.  Fair enough.
12   I think you testified earlier that the only
13   project you ever did -- or you only directly worked on
14   relating to Zest Labs was the 2017 proof of concept or
15   the -- or the bake-off; right?
16   A.  That's right.
17   Q.  Let me hand you what's being marked as
18   Plaintiff's Exhibit 159.
19   (Plaintiff's Exhibit No. 159 is marked for
20   identification.)
21   Q.  This is an email chain involving you and Kelly
22   Boyle, right, from March 2017?
23   A.  Yes.
24   Q.  Okay.  And the subject line is "temp
25   technology pilots."  Do you see that?

1    A.  I do.
2    Q.  This would have related to the evaluation of,
3    you know, vendors like Zest Labs and their
4    temperature -- temperature sensors; correct?
5    A.  Could be.  I wasn't even enrolled at that
6    point in time.  I was just trying to learn what in the
7    world Kelly did.
8    As you see here, I was director of pricing
9    analytics, at that point in time.
10   Q.  Why was it important for you to understand
11   what Kelly was doing, at that time?
12   A.  Because I was getting into a role on our team.
13   Q.  All right.  So -- so by this point, you were
14   already kind of rolling into the role with Kelly's
15   team?
16   A.  I had the job.  I had started.
17   Q.  And the second paragraph in your 10:05 p.m.
18   email says, "Have we awarded the contract already?  I'm
19   guessing the Zest work you referenced yesterday is not
20   entirely the same as this."
21   Do you see that one?
22   A.  Yes.
23   Q.  What work did you discuss with Kelly Boyle the
24   day before this?
25   A.  That Zest had put some sensors in some DCs,

1    and they were working with Walmart.
2    Q.  So this would be work prior to the bake-off in
3    2017; right?
4    A.  That's right.
5    Q.  Would this likely have been the berry test
6    that Zest did with Walmart?
7    A.  I'm not aware.  My -- my recollection is there
8    were, like, two or three tests that they were running.
9    Q.  Okay.  You were just trying to get up to speed
10   on those.  You didn't have direct involvement with any
11   of them, though; right?
12   A.  That's right.
13   Q.  Okay.  And for the project you were involved
14   with, the focus was on the temperature technology;
15   right?
16   A.  Yeah.
17   Q.  The -- the sensors --
18   A.  Some said temperature.  Some said pressure and
19   humidity and whatnot, but, yes.
20   Q.  The sensors --
21   A.  Temperature was the main thing, yeah.
22   Q.  And so whether it could track temperature or
23   temperature and humidity or whatever, it was the sensor
24   hardware that you guys were evaluating; right?
25   A.  Yes.

1  Q. Let me hand you what's being marked as
2     Plaintiff's Exhibit --
3  A. When you said "hardware," are you excluding
4     the algorithm?
5  Q. I guess I'm focused on hardware, like the
6     sensors.
7  A. Okay. I mean, some said they had data
8     platforms and whatnot; so they brought them to the
9     competition.
10 Q. So the vendors may have brought that
11    technology into the competition, but you guys were
12    really focused on understanding the --
13 A. Yeah.
14 Q. -- sensors; correct?
15 A. That's right, yeah.
16    (Plaintiff's Exhibit No. 160 is marked for
17    identification.)
18 Q. Okay. So I've handed you what's marked as
19    Plaintiff's Exhibit 160. This appears to be an email
20    chain with you and Denise from May of 2017. Do you see
21    that?
22 A. Yes.
23 Q. And at the 2:23 p.m. email, Denise says, "I
24    had the first meeting with Jeff today to take over
25    Zest. Zest will be in town next week; so I asked him

1     to put me in touch with them and also asked them if I
2     could see their Bluetooth technology."
3     Is she referring to Jeff Kerbs here?
4  A. I think so.
5  Q. And she mentions the Bluetooth technology.
6     She -- based on your understanding, she was --
7     most likely meant RFID?
8  A. No.
9  Q. She was talking about Bluetooth?
10 A. Yes.
11 Q. So what Bluetooth technology did you guys want
12    to evaluate with Zest?
13 A. Zest had claimed that they have Bluetooth
14    technology as well, along with RFID.
15 Q. And did you ultimately ask them to test the
16    Bluetooth technology as well as the RFID?
17 A. You mean in the bake-off? In the bake-off?
18 Q. Yes.
19 A. I -- I'm not 100 percent sure, but I think
20    we -- they said no because it wasn't fully formed.
21    They would have to build it. There wasn't Bluetooth
22    technology available, ready.
23 Q. So they didn't have that technology ready, but
24    you understood that their software platforms or
25    whatever would operate with RFID or Bluetooth or

1     whatever wireless technology they built out; right?
2  A. That was the claim.
3  Q. Okay. And she says, "I really think you
4     should be there with me since you're the tech guy."
5     Do you know if you attended that meeting?
6  A. There was a meeting with Zest, Jeff, and
7     Denise. I'm not sure if that's the same meeting that's
8     being referenced here, but, yes, there was a meeting
9     that I attended.
10 Q. So at -- at some point, you attended a meeting
11    with Zest, Denise Sharpe, and Jeff Kerbs --
12 A. That's right.
13 Q. -- right?
14    But you don't have a strong recollection of
15    whether this was it --
16 A. Correct.
17 Q. -- or a different one?
18    Okay. Do you recall what you discussed at that
19    meeting?
20 A. It was an introduction for me. I was brand new
21    on the team. They were basically saying all the great
22    things about RFID and so -- spiel.
23 Q. At the top of the email chain, you said,
24    "Also, did we ever get time with the Deloitte guy?"
25    Do you see that?

1  A. I do.
2  Q. Who was "the Deloitte guy"?
3  A. I was told that Deloitte was involved with
4     Zest in some way before I came onto the team, and I was
5     asking Denise to -- excuse me -- understand the
6     background of what they had done for the project.
7  Q. Did you -- during the course of your
8     involvement in 2017 with this initiative, did you do
9     any work with Deloitte then?
10 A. Me, personally, no.
11 Q. Did you ever discuss -- have discussions with
12    Deloitte about this project?
13 A. Yes.
14 Q. Who did you have those discussions with?
15 A. I forget the name of the guy. I can remember
16    his face, but I don't remember his name.
17 Q. Does the name Kyle Tanger ring a bell?
18 A. I think Kyle Tanger was, like, a senior guy,
19    if I'm not mistaken. I never seen Kyle, but I -- one
20    of the guys under him was who I'm -- spoke to.
21 Q. Does the name David Galich ring a bell?
22 A. That sounds about right, yeah --
23 Q. Okay.
24 A. -- David.
25 Q. What were the purpose of your discussions with

1    the Deloitte team in 2017?

2  A. I wanted to understand the background, what

3    they did for the project.

4  Q. Did these discussions relate to their prior

5    assessment of Zest, or was there a separate analysis

6    ongoing in 2017?

7  A. I think prior assessment. There was no

8    Deloitte work done while I was there for the project.

9  Q. So is it fair to say your recollection is

10    Deloitte did some work at some prior time to evaluate

11    Zest, you came into the project, and you wanted to have

12    an understanding of what they learned in the past --

13  A. That's right.

14  Q. -- is that right?

15    At the bottom of this first page -- it's the only

16    page.

17    At the bottom of the page, you say, "Hi, Denise.

18    I'll be out on Friday"; right?

19  A. That's right.

20  Q. Then up above, she responds -- it says, "No,

21    don't leave me with -- don't leave me alone with

22    Kelly."

23    Do you see that?

24  A. Yes.

25  Q. What did you understand her reference to

1    "don't leave me alone with Kelly" to mean?

2  A. She was just joking.

3  Q. Well, you would agree that Kelly Boyle can be

4    difficult to work with; right?

5    MS. BLITZER: Objection to form.

6  A. I don't believe so, no.

7  Q. (By Mr. Hardt) You never had any friction or

8    problems working with Kelly Boyle?

9  A. No.

10  Q. Do you know if Denise ever had friction or

11    problems working with Kelly Boyle?

12  A. I don't know.

13  Q. I'm going to turn your attention to what has

14    previously been marked as Plaintiff's Exhibit 127.

15    MR. HARDT: That's a good copy.

16  Q. (By Mr. Hardt) This is a May 2017 email chain

17    with the subject line "cold chain update"; right?

18  A. Yes.

19  Q. And if you turn to the second page, I guess it

20    starts -- it says "from Denise Sharpe" on the very

21    bottom of the first page, and then the actual email is

22    on the second page?

23  A. Okay.

24  Q. The very last paragraph says, "After reading

25    through all of the Zest documentation from them and

1    Deloitte, it seems that they have a distinct advantage

2    over other vendors. I know that part of the reason is

3    because they've been working with us so long, but I

4    also think it's because they truly understand our scale

5    and have thought of solutions from end to end."

6    Do you see that?

7  A. Yes.

8  Q. Based on your initial assessment of the

9    materials as you got involved with this project, you

10    agreed with her thought on Zest being -- Zest having a

11    advantage over the other vendors at that time; right?

12  A. No. I was interested in having a equitable

13    competition.

14  Q. So your testimony is that you don't have a

15    recollection of viewing Zest as -- as being a -- the

16    best option as a vendor, at that time?

17  A. My thoughts evolved all the time. I'm sure I

18    had different thoughts at different times, but my main

19    interest was making sure everything was tested and we

20    made the right decision for Walmart, especially where

21    it came to such a big cap ex.

22    THE REPORTER: Especially what?

23    THE WITNESS: Where it came to such a big

24    capital expenditure.

25  Q. (By Mr. Hardt) So what efforts did you take to

1    ensure that there was an equitable competition between

2    the various vendors?

3  A. Was mostly Denise running her parameters by me

4    and to ensure that it was the same supplier, same

5    product, same pallets, same route, things like that;

6    that it was all relaying the same information into the

7    same environmental conditions -- all the sensors.

8  Q. Your goal was to have an apples-to-apples

9    comparison, no pun intended?

10  A. That's right.

11  Q. And as part of that effort to ensure that

12    there was a fair and equitable competition --

13    MR. HARDT: Let's just wait for the --

14    THE WITNESS: Yeah.

15    MR. HARDT: -- phone to stop.

16    Somebody has a diligent phone call coming in.

17    THE WITNESS: Could be mine, yeah.

18    Sorry about that.

19    MR. HARDT: And not a problem at all. It's

20    just sometimes the microphones pick it up, and so it's

21    difficult if we don't stop.

22  Q. (By Mr. Hardt) So as part of the effort to

23    ensure that there was a fair and equitable competition,

24    did you work with Denise to ensure that she was scoring

25    the various vendors accurately and fairly?

1   A.  No. That was Denise's job.
2   Q.  And so however that scoring was done would
3      have been up to Denise and Kelly, not -- that was not
4      your responsibility; right?
5   A.  She would have shown it to me, sure.
6   Q.  And did you ask any questions or analyze it in
7      detail to make sure that it was fair and equitable?
8   A.  I don't remember, no.
9   Q.  At the end of this paragraph, Denise says,
10     "The other vendors so far have solutions for each
11     segment but haven't linked them together yet."
12     Do you see that?
13  A.  Yes.
14  Q.  So at this point, you knew that Zest was the
15     only potential vendor that had a complete end-to-end
16     solution; correct?
17  A.  No, at this point, that was what Denise was
18     saying.
19  Q.  Did you develop an understanding of whether
20     any of the other vendors had a complete end-to-end
21     solution?
22  A.  Through the pilot, yes -- or through the
23     bake-off, yes.
24  Q.  Which vendors had a complete end-to-end
25     solution like Zest had?

1   A.  I think all of them with the exception of,
2     maybe, a MacroPoint. All of them had an end-to-end
3     solution.
4   Q.  Sorry. You said "with the exception of,
5     maybe, a MacroPoint"? Is that --
6   A.  That's right.
7   Q.  What do you mean by "MacroPoint"?
8   A.  That -- that was -- that was one of the
9     vendors we had measured before we went to the bake-off
10     because they didn't have an end-to-end solution.
11  Q.  And when you're referring to the "end-to-end
12     solution," are you talking about their ability to
13     monitor temperature and other criteria from the start
14     of the cold chain to the end of the cold chain?
15  A.  That's right.
16  Q.  Okay. And so you're not referring to whether
17     they have the ability to, you know, necessarily
18     calculate freshness. You're focused on the end-to-end
19     monitoring solution; right?
20  A.  That's right. Field to fork is how we like to
21     say.
22  Q.  In your email on the first page at 9:53 a.m.,
23     you say, "Hi, Kelly. From your previous experience on
24     this initiative, have you had someone provide a
25     detailed pros-cons of RFID/cellular from a technology

1     and feasibility perspective?"
2     Do you see that?
3   A.  Uh-huh, yes.
4   Q.  And then you write, "Looks like Myron is in
5     favor of an RFID solution versus cellular based on the
6     testing he has been doing in trailers and stores."
7     Do you see that?
8   A.  Yes.
9   Q.  Who is Myron?
10  A.  Myron -- he was part of a innovation group in
11     Labs that tested things like this. He was not tied to
12     fresh flow.
13  Q.  But he had experience in sort of using RFID
14     and the supply chain in general? Is that fair?
15  A.  I don't know. I saw the man once.
16  Q.  But you learned enough to know that it looks
17     like Myron is in favor of an RFID solution; right?
18  A.  Yeah, from what Denise told me, that he seems
19     to have a...
20  Q.  Okay. So you -- you never sought to have a
21     detailed conversation with Myron about the benefits of
22     RFID at Walmart?
23  A.  I don't think so.
24  Q.  As the technology guy on this project with
25     Denise and Kelly, what was your opinion on the various

1     wireless technologies that were possible?
2   A.  I was not an expert on wireless technology.
3     When you say "technology guy," it's not catch-all
4     for all technology in the world; right?
5   Q.  Kelly's response to you was, "No, we have not
6     done a full analysis. I know Myron likes RFID, but I
7     think he is fully embedded into the current RFID work.
8     I'm not convinced it is next generation."
9     Do you see that?
10  A.  Yes.
11  Q.  Did it surprise you to learn that Kelly seemed
12     to have her mind made up on RFID at this point even
13     though she hadn't done a full analysis?
14     MS. BLITZER: Objection to form.
15  A.  She's not saying that. She's saying she's not
16     convinced. Nobody has shown her anything.
17  Q.  (By Mr. Hardt) Kelly's not an expert in
18     wireless technologies; right?
19  A.  No, she's not.
20  Q.  She's not an expert in sensor technologies;
21     right?
22  A.  No, she's not.
23  Q.  So did you ever discuss the technical details
24     of the wireless transmission technologies with Kelly?
25  A.  No.

1    Q. Did you ever discuss with Kelly the technical
2       details of the sensor technologies?
3    A. Of any sensor technologies?
4    Q. The sensor technologies that were involved in
5       the bake-off.
6    A. At a high level, yes. Denise would have
7       updated me and Kelly.
8    Q. And what do you mean "high level"? Just the
9       difference that some are RFID, some are cellular?
10   A. No, we knew the business problem we wanted to
11      solve. Kelly was an expert in supply chain, especially
12      fresh supply chain; so she -- we were able to tell
13      whether it applied to our needs or not.
14   Q. Ultimately, Zest's use of RFID was one of the
15      key factors resulting in Walmart not choosing to move
16      forward with Zest; right?
17   A. We were interested in finding the best
18      technology at the best price, and RFID did not come out
19      at the top, yes.
20   Q. So the focus was getting the sensor technology
21      that you could get at the best price?
22      MS. BLITZER: Objection to form.
23   A. It was one factor among many.
24   Q. (By Mr. Hardt) What were the other factors?
25   A. Reliability could be one under real world

1       conditions. The amount of equipment that would go into
2       the DCs.
3    Q. And by "DCs," you mean the distribution --
4    A. Distribution --
5    Q. -- centers?
6    A. -- centers, yes.
7    Q. What other factors can you recall?
8    A. Whether they had a data platform to transmit
9       that back to Walmart. Whether they had an algorithm
10      that is accurate in predicting a life -- shelf life.
11      Those are all I can remember.
12   **Q. Do you have a recollection of visiting Zest**
13      **Labs's facilities in June 2017 to review the ZestFresh**
14      **solution?**
15   **A. Yes, the same trip I referenced earlier.**
16   **Q. Okay. What do you recall about that trip?**
17   **A. It was a trip with several vendors -- several**
18      **of the contenders, not just Zest. There's**
19      **Intellogistics involved, which was one of the other**
20      **suppliers. Zest was there.**
21      **They were wanting to take us to their -- take us**
22      **to their facilities where they had equipment and stuff,**
23      **show us how it works, things of that nature.**
24   Q. And you and Denise were on that trip; right?
25   A. I think there were -- I vaguely remember

1       Rodney being there as well, but he may have had to
2       leave early or something. I don't know. But he was --
3       he was on the trip, I think.
4    **Q. And when you said, "There were several vendors**
5       **involved," does that mean that -- whoever the group**
6       **was -- you, Denise, and whoever else was --**
7    **A. Right.**
8    **Q. -- from Walmart traveled to California, and**
9       **you have separate meetings with several vendors to see**
10      **all the competing projects?**
11   **A. That's right.**
12   Q. Okay. So for example, when you met with
13      Intellogistics, the Zest guys would not be there;
14      right?
15   A. That's right.
16   Q. Okay. And when you met with Zest, the
17      Intellogistics or Emerson guys would not be there;
18      right?
19   A. That's right.
20      On that trip, it was only -- I think it was only
21      Intellogistics and Zest. Denise may have made other
22      trips that I'm not aware of.
23   **Q. Okay. Let me hand you what's being marked as**
24      **Plaintiff's Exhibit 161.**
25      **(Plaintiff's Exhibit No. 161 is marked for**

1       **identification.)**
2    **Q. It appears this is an email chain originating**
3       **from Peter Mehring at Zest Labs on June 7th, 2017;**
4       **right?**
5    **A. Yes.**
6    **Q. And he says, "Thank you for your time today.**
7       **We appreciate you making the effort to see our**
8       **ZestFresh solution running at the growers, as well as**
9       **the time at our office"; right?**
10   **A. Yes.**
11   Q. And so would this be in response to the --
12      this would be the day of the meeting we've been
13      discussing?
14   A. I believe so, yeah --
15   Q. Okay.
16   A. -- or maybe the next day -- I don't know --
17      but around that same time.
18   Q. Okay. Was this the first time you saw Zest
19      technology in action?
20   A. I believe so.
21   Q. And your --
22   A. Actually -- sorry. Let me -- let me take that
23      back. I visited a DC -- I don't know if it's on a
24      different trip, maybe, but I had seen their equipment
25      in the DC -- the distribution center.

| 2019-05-30 | Cherian, Nikhil | Page 145 |
| --- | --- | --- |

1  Q. Let me rephrase my question.
2     Was this the first time you'd seen Zest's
3     technology in action in the -- in the field?
4  A. In the field -- when you say "field," are you
5     including distribution centers or no? An actual field?
6  Q. I -- I mean like an actual field --
7  A. Okay.
8  Q. -- like, at the growers.
9  A. Yes.
10 Q. Okay. And you hadn't been to California to
11    visit with Zest prior to this; right?
12 A. I don't believe so.
13 Q. So top of the email chain is your response at
14    8:20 a.m. -- or 8:21 a.m., the next day. You say,
15    "Thank you for hosting us, Peter."
16    Do you see that one?
17 A. Yes.
18 Q. "It was very informative to see your
19    technology in action at the facilities, and the deep
20    discussion at your offices certainly helped clarify
21    a lot of questions."
22    Do you see that?
23 A. Yes.
24 Q. Do you recall what all the questions you had
25    at that point in the process were?

| 2019-05-30 | Cherian, Nikhil | Page 146 |
| --- | --- | --- |

1  A. I don't recall all the questions, no.
2  Q. Do you recall any of the questions you had?
3  A. I'm sure I had questions on how it worked, how
4     the data would go back to Walmart, where the sensors
5     are placed physically -- on the top, on the bottom --
6     that kind of thing, how they made sure real world
7     conditions are accounted for. They showed us a bunch
8     of things in their lab and stuff like that.
9  Q. And he also showed you where they placed the
10    sensors and -- and why they place them in various
11    places; right?
12 A. Yes, yeah.
13 Q. And you had a chance to discuss the operation
14    of their algorithm at that meeting too; right?
15 A. What do you mean "operation of their
16    algorithm"?
17 Q. Things like the factors and inputs of their
18    algorithm; right?
19 A. Very high level, yes.
20 Q. You began to develop an understanding of how
21    their algorithm was operating at that meeting; right?
22    MS. BLITZER: Objection to form.
23    A. Very high level and abstract.
24 Q. (By Mr. Hardt) You had an opportunity to -- to
25    discuss with the Zest Labs team how they were

| 2019-05-30 | Cherian, Nikhil | Page 147 |
| --- | --- | --- |

1     processing the data collected from the sensors; right?
2     MS. BLITZER: Objection to form.
3  A. I don't remember that specific topic.
4  Q. (By Mr. Hardt) You had an opportunity to
5     discuss what types of data they were collecting with
6     their sensors and why; right?
7  A. Yeah, that was part of the bake-off, yes.
8  Q. I'm going to hand you what's being marked as
9     Plaintiff's Exhibit 162.
10    (Plaintiff's Exhibit No. 162 is marked for
11    identification.)
12 Q. And there's -- it's an email and attachments;
13    so you can take that paper clip off if that's easier
14    for you to flip through it.
15 A. Okay.
16 Q. So this is an email chain that originates
17    with -- with the same email from Peter on June 7th;
18    right?
19 A. Yes.
20 Q. And then he attached the materials that they
21    covered, and you forward that on to -- to Kelly and
22    copy Denise; right?
23 A. Yes.
24 Q. Okay. And in your email, you write, "Denise,
25    Rodney, and I had some really educational time with

| 2019-05-30 | Cherian, Nikhil | Page 148 |
| --- | --- | --- |

1     Zest yesterday. They took us to Duda/Dandy and a
2     third-party cooler called Uni-Kool to see their
3     equipment in action. (We'll send out details-pictures
4     to the larger group for education.)"
5     You see that?
6  A. Yes.
7  Q. So -- so it looks like you took pictures
8     and -- and information like that at -- during the
9     meeting; right?
10 A. Not in the meeting. In the fields.
11 Q. In the fields?
12 A. Yeah.
13 Q. Do you recall if you ever ended up sending
14    that to -- to Kelly or anybody else back at Walmart?
15 A. I would have if I'd said I will; so I'm --
16 Q. Okay.
17 A. -- assuming so.
18 Q. Did you take a camera, or were these, like,
19    cell phone pictures? How -- how would you --
20 A. Just cell phone.
21 Q. Okay. Would you have just texted them back to
22    Kelly or something like that?
23 A. Something like that.
24 Q. Was that something you did on occasion when
25    you had field visits -- was text Kelly information or

1    something just so she could keep up to speed on the
2    photos and information you were learning?
3    A. No, just for this; not all of them. I mean,
4    we would text back and forth just like people who know
5    each other would, but nothing...
6    Q. All right. And by the way, this email starts
7    "Denise, Rodney, and I"; so it sounds like Rodney most
8    likely attended for at least part of this visit to the
9    field; right?
10    A. Yes.
**11    Q. Okay. And you also continue in this email,**
**12    saying that the three of you, quote, got to see their**
**13    offices, research facility where they took us on a**
**14    tour, app development, test sensors, receivers under**
**15    simulated conditions, R&D, et cetera, that is done to**
**16    collect the right data and the ingredients of the**
**17    freshness algorithm."**
**18    Do you see that?**
**19    A. Yes.**
**20    Q. Okay. So this meeting was an opportunity to**
**21    learn from Zest what -- what the inputs to their**
**22    freshness algorithm were; right?**
23    MS. BLITZER: Objection to form.
**24    A. No.**
25    Q. (By Mr. Hardt) Well, you learned -- at a

1    minimum, you learned, quote, the ingredients of their
2    freshness algorithm; right?
3    MS. BLITZER: Objection to form.
4    A. At a high level, abstract level, yeah.
5    THE REPORTER: "At a high level..."
6    THE WITNESS: Abstract.
**7    Q. (By Mr. Hardt) Let's turn to the attachment**
**8    that you forwarded on to Kelly that came from Zest.**
**9    It's the one that -- at the bottom, it says Bates**
**10    No. 76396?**
**11    A. Yeah, yes.**
**12    Q. If we turn to page 402 of this -- or Bates**
**13    No. 402, I think this is Slide 7 in the presentation.**
**14    Do you see that one?**
**15    A. Yes.**
**16    Q. This one, for example, is titled "ZestFresh**
**17    Shelf -- Shelf Life Model Overview. Factors Impacting**
**18    Shelf Life Accuracy." Do you see that?**
**19    A. Yes.**
**20    Q. So this would outline the factors that are**
**21    going into Zest's algorithm; right?**
**22    A. At a high level, yes.**
23    Q. And if you go to the next page, it says
24    "ZestFresh" -- sorry -- must be tired after lunch. I'm
25    having trouble saying that. Try again.

1    "ZestFresh Shelf Life Model Overview. Applying
2    the Model."
3    Do you see that?
4    A. Yes.
5    Q. So this slide shows the process flow from
6    start to finish of -- of everything from product
7    profiling in the first bubble down to intelligent
8    routing in the last bubble; right?
9    A. Yes.
10    Q. And those are the types of steps in the
11    process that you would have discussed with Zest at the
12    meeting on June 7th; right?
13    A. At a high level, yes.
14    Q. If we turn -- skip forward to the page ending
15    in Bates No. 414, this slide is titled "Shelf Life
16    Parameter Determination" --
17    A. Yes.
18    Q. -- or the subtitle --
19    A. Uh-huh.
20    Q. -- is that right?
21    A. Right.
22    Q. And if you look down in the -- in the --
23    there's a couple of graphics here -- however you
24    characterize them -- and if you look at the bottom one,
25    it has an example of romaine respiration rates model.

1    Do you see that?
2    A. Uh-huh, yes.
3    Q. And this particular graphic sets out the shelf
4    life formulas used for temperature bands in evaluating
5    romaine respiration rates; right?
6    A. Yes.
7    Q. So, for example, the sort of middle column
8    says "shelf life. Loss per unit of real time." Do you
9    see that one?
10    It's kind of right --
11    A. Yes.
12    Q. -- here in the middle?
13    A. I do.
14    Q. And underneath that, it has the actual shelf
15    life calculation for each temperature band; right?
16    A. Yeah. Yes.
17    Q. So it's fair to say at least slides like this
18    show more granular level of detail than just simply the
19    ingredients or the high-level factors of the algorithm;
20    correct?
21    MS. BLITZER: Object to the form.
22    A. As available on -- in white papers, UC, Davis,
23    yes.
24    Q. Did you say "as available in UC, Davis, white
25    papers?

1    A. Yeah, whatever they're quoted there on the
2        top.
3    Q. Are you referring to these three bullets here?
4    A. Yes.
5    Q. Okay. So the top third of the slide?
6        And those -- those are footnotes with cites to UC,
7        Davis, white papers for the actual respiration rates;
8        right?
9    A. I -- I think so, yeah.
10   Q. Okay. But the respiration rates are up at the
11       top.
12       But the shelf life algorithm -- or I'll call it
13       the "shelf life calculation" that's down below that
14       we're looking at, at the bottom under "romaine
15       respiration rate model" -- that doesn't come from a UC,
16       Davis, white paper; right?
17   A. I don't know.
18   Q. You don't know one way or the other?
19   A. No.
20   Q. Did you ever attempt to determine whether that
21       was originating from Zest Labs or from a UC, Davis,
22       white paper?
23   A. No.
24   Q. Now, regardless of where this originates from,
25       you would agree with me that this is more granular

1        level of detail than just simply knowing the
2        ingredients to the freshness algorithm; right?
3    A. It is more granular than at a high level, yes,
4        but I do not believe it ties into this slide except for
5        temperature, all these other factors that they're
6        related.
7    Q. But you don't know one way or the other for
8        sure; right?
9    A. No.
10   Q. So it may or may not tie in with the other
11       inputs into the freshness algorithm; right?
12   A. Yes.
13       MR. HARDT: I think we've been going a little
14       over an hour. You want to take a break?
15       THE WITNESS: Yeah.
16       MR. HARDT: We're going off the record at
17       2:26 p.m.
18       (A recess is taken.)
19       THE VIDEOGRAPHER: We are back on the record
20       at 2:37 p.m.
21   Q. (By Mr. Hardt) I'm going to hand you what's
22       previously been marked as Plaintiff's Exhibit No. 102.
23       MR. HARDT: I think that may be missing one of
24       the raw data printouts, but I'm not expecting to go
25       into it.

1        MS. BLITZER: Okay. Thanks.
2    Q. (By Mr. Hardt) Exhibit 102 appears to be a
3        email chain from July -- or at the top email is July
4        12th, 2017, between Denise Sharpe and Stephen Steele.
5        Do you see that?
6    A. Yes.
7    Q. Okay. And although you're not on that one,
8        the email below from Peter Mehring is sent to you and
9        Denise Sharpe, copying Kelly Boyle and Todd Clayton.
10       Do you see that?
11   A. I do.
12   Q. Peter sent this May -- the attachments and
13       everything came from Peter May 17th, 2017; right?
14   A. Right.
15   Q. And so that would be before you were working
16       on the actual bake-off --
17   A. Right.
18   Q. -- correct?
19       So any, you know, data captured from the Duda Yuma
20       pilot test that he's referring to would be unrelated to
21       the bake-off?
22   A. That's right.
23   Q. Be from prior projects between Walmart growers
24       and Zest?
25   A. Right.

1    Q. Okay. Do you recall why Peter sent this
2        information to you and Denise?
3    A. He was attempting to onboard us to the
4        project, to the history, giving us his -- his version
5        of the story, I guess.
6    Q. So you and Denise had let Peter know that you
7        were coming on board and asked him to provide you
8        information to help you get up to speed?
9    A. Denise may have.
10   Q. Okay. Do you have any understanding of why
11       Denise sent this to Stephen Steele on July 12th, 2017?
12   A. I would guess because he'd be working with
13       her, supporting her on the -- what's it called? --
14       bake-off, because that's in July; right?
15   Q. July. Right.
16   A. Yeah.
17   Q. And at that point, Stephen Steele was working
18       on Walmart's internal algorithm as well; right?
19   A. I'm not aware of that.
20   Q. You don't know one way or the other?
21   A. No.
22   Q. Did you ever discuss this type of data with
23       Stephen Steele?
24   A. This data or this type of data?
25   Q. We'll take it one at a time.

1      Did you ever discuss these attachments with
2      Stephen Steel?
3   A. I don't remember discussing the old pilot data
4      with him, no.
5      THE REPORTER: The what data?
6      THE WITNESS: The old pilot, I mean, the
7      original pilot or whatever you call it.
8   Q. (By Mr. Hardt) Did you ever discuss with
9      Stephen Steele this type of data from Zest Labs?
10  A. From the bake-off?
11  Q. Uh-huh.
12  A. Yes.
13  Q. Okay. So you would have received additional
14     information like this during the bake-off process and
15     then discussed that with Stephen Steele?
16  A. No, I wouldn't have received it, but Stephen
17     was responsible for giving us an update, maybe, once
18     every two weeks or something, and he would show us what
19     the data was saying on his computer.
20  Q. So Stephen would have been the one actually
21     requesting and receiving the data?
22  A. Walmart was receiving the data. Stephen
23     accessed the data, I would say. I don't know where it
24     was being stored or anything of that sort.
25  Q. If you look at the first attachment, for

1      example, the file name on this one is Zest ZIPR code
2      data 04-17-2017?
3   A. Okay.
4   Q. And this is a printout of the actual Excel
5      file --
6   A. Okay.
7   Q. -- the next one you see.
8      This is actually the -- this is actually the ZIPR
9      code report that Zest puts together. This is not the
10     same format as the raw data that Stephen Steele and
11     Walmart would have received in the bake-off; right?
12  A. I don't know.
13  Q. Do you know one way or the other what the
14     format of the raw data that Walmart received would be?
15  A. No, I don't.
16  Q. So you couldn't testify one way or the other
17     as to whether Walmart was independently receiving
18     reports that looked like this one or not; right?
19  A. No.
20  Q. Who'd be the best person to answer that
21     question? Stephen Steele?
22  A. Are you referencing the bake-off or the old
23     pilot, the original pilot?
24  Q. The -- the data that Walmart was -- was --
25  A. Receiving?

1   Q. -- receiving for the bake-off -- is Stephen
2      Steele the best person to ask about that?
3   A. I think it would be Anand Banik.
4   Q. Why is Anand a better resource for that than
5      Stephen Steele?
6   A. He was the labs -- Stephen is just an -- like
7      a data scientist/analyst. Anand would know how to
8      store warehouse data. Stephen would not -- I don't
9      believe so.
10  Q. So Anand would have access to the raw data,
11     and then if Stephen wanted any, Anand would provide
12     that?
13  A. Or Stephen would write a query to pull it
14     himself.
15  Q. Okay. So Stephen --
16  A. I don't know for sure -- for fact. I'm just
17     assuming that he -- I would have done; right?
18  Q. Did you have access to a database with all the
19     data where you could --
20  A. I do not --
21  Q. -- write a query?
22  A. -- no.
23  Q. Okay. Do you know if Stephen did?
24  A. I don't know, but I presume so, yes.
25  Q. He probably did. You just don't know one

1      way --
2   A. Yeah.
3   Q. -- or the other?
4   A. Right.
5   Q. Okay. I think we can set aside Exhibit 102.
6      I'm now going to hand you what's been marked as --
7      previously marked as Plaintiff's Exhibit 103. This
8      appears to be an email chain between you and Denise in
9      July 2017; right?
10  A. Yes.
11  Q. And the first email in the chain begins at the
12     very bottom of the first page and then continues onto
13     the second page?
14  A. Uh-huh.
15  Q. It's from Denise Sharpe to you. Do you see
16     that one?
17  A. Yes.
18  Q. And Denise says, "We just got approval to get
19     data on Wish Farm berries from Zest."
20     Do you see that?
21  A. Yes.
22  Q. And then you asked, "Who approved?" right?
23  A. Yes.
24  Q. Okay. And she responds that, "Yolonda and
25     Wish Farms account manager approved."

1    A. Yes.
2    Q. Do you have a recollection of why Denise
3       requested this information from Wish Farms?
4    A. So Walmart could start looking at it for
5       internal analytics.
6    Q. Internal analytics involving the internal
7       algorithm development; right?
8    A. Looks like it.
9    Q. Yeah.
10      Because your first response is, "Can we feed it to
11      Rahul, Steve for the algo?"
12      And Denise says, "That's the plan"; right?
13   A. Yes.
14   Q. And then at the top, you respond -- and you --
15      at this point, it looks like Rahul Chowdhury and
16      Ckristian Velez have been added to the chain; right?
17   A. Yes.
18   Q. And --
19      MS. BLITZER: Objection.
20      Rahul Chowdhury's on the previous email;
21      right?
22      MR. HARDT: Sure.
23   Q. (By Mr. Hardt) So it looks like, when Denise
24      says, "That's the plan," she adds Rahul Chowdhury to
25      that email; right?

1       Oh, he's already down below.
2    A. He's down below, yeah.
3    Q. So it looks like you add --
4    A. Yes.
5    Q. -- Rahul Chowdhury when you say, "Can we feed
6       it to Rahul and Steve for the algo"; right?
7       A (Nods head yes.)
8    Q. And then by the time we get to the top of the
9       email chain, now Ckristian Velez had been added;
10      correct?
11   A. Yes.
12   Q. And your response is, "Awesome. That's a
13      three-week head start for the internal algorithm";
14      right?
15   A. Yes.
16   Q. And that's the internal algorithm that Rahul
17      and Ckristian would be working on; right?
18   A. Claimed, yes.
19   Q. And by "claimed," you mean you ultimately
20      found out they didn't really have an algorithm that
21      they fully developed; right?
22   A. I have never seen one --
23   Q. Okay.
24   A. -- during my tenure.
25   Q. But at this point, you didn't know that

1       because you said, "Can we have Steve start working on
2       this"; right?
3    A. Yes.
4    Q. And -- and "Steve" is Stephen Steele that was
5       working with them?
6    A. Right.
7    Q. And then you say, "I'm potentially going to
8       get some support from Linda's team as well in the near
9       future"; right?
10   A. Right.
11   Q. And that's Linda V.; right?
12   A. That's right.
13   Q. So the support from her team is the support
14      that ultimately ended up being the guys like Mingming
15      Li and Bk Vasan; right?
16   A. Yes.
17   Q. Have you ever heard a term at Walmart called
18      "Monet" or "Project Monet"?
19   A. Project Monet.
20      I think that is what this whole thing was called
21      before we got on board. Denise, maybe.
22   Q. What do you mean "the whole thing"?
23   A. Maybe the whole chain work -- whole chain
24      compliance work. At least I saw one document that had
25      "Project Monet" on it, but that's all I know.

1    Q. So when you were working with Denise, did you
2       call it "Project Monet"?
3    A. No.
4    Q. Okay. Do you know who would -- would have
5       been working on the project when they were referring to
6       it as "Project Monet"?
7    A. No. The only person I know was Marsha
8       something -- I forget her last name -- but she was
9       involved before Denise was.
10      (Plaintiff's Exhibit No. 163 is marked for
11      identification.)
12   Q. I'm going to hand you what's been marked as
13      Plaintiff's Exhibit 163.
14      So this is an email from you to Terri Shiery on
15      May 2nd, 2017, and then it has -- and the subject line
16      is "cold chain architecture -- architect support." Do
17      you see that?
18   A. Yes.
19   Q. Then it has an attachment that says "FW:" --
20      for forward -- "Monet - technology partner." Do you
21      see that?
22   A. Yes.
23   Q. And so if you flip to the next page, the one
24      that ends in Bates No. 27954, that's the attached
25      email; right?

1  A. Yeah.
2  Q. Okay. So is this consistent with your
3     understanding of what -- or at least part of what
4     Project Monet would be?
5     MS. BLITZER: Objection to form.
6  A. "This" meaning the attachment?
7  Q. (By Mr. Hardt) Sure.
8     Let's start with the attachment, because it looks
9     like it comes from Marsha David; right?
10 A. Looks like it, yeah. Yes.
11 Q. Do you know who Marsha David works for?
12 A. No.
13 Q. She's a Walmart employee, though; right?
14 A. I think so. At the -- at that point in time,
15    she was.
16 Q. Okay. Not -- not ATK or Deloitte?
17 A. No.
18 Q. Okay. And it looks like she's forwarding
19    something that came from Jonathan Williams, and it says
20    "Walmart technology idea team" next to his signature
21    block? Do you see that?
22 A. Which page are --
23 Q. It's just right underneath on the Bates ending
24    with 954.
25 A. Jonathan Williams.

1     Okay. Yes.
2  Q. Do you know who Jonathan Williams is?
3  A. No.
4  Q. Do you know if he works on Chuck Tilmon's
5     team?
6  A. No, I don't know.
7  Q. Do you know whether Project Monet was broader
8     than the bake-off?
9  A. No, I don't know.
10 Q. So it may have been. You just don't know one
11    way or the other?
12 A. Yes.
13 Q. Did you ever talk to Kelly Boyle about Project
14    Monet or what the scope of it was?
15 A. No. All she would have told me was that
16    Marsha was running the project before Denise.
17 Q. Now I'm on the original cover email, the one
18    that ends in 953?
19 A. Yeah.
20 Q. In the second paragraph, you say, "If you see
21    the attachment, looks like someone from 415C lab did an
22    assessment for us sometime ago."
23    Do you see that?
24 A. Yes.
25 Q. What is 415C lab?

1  A. Some sort of innovation-type lab within --
2     within labs, ISD.
3  Q. Okay. So this 415C lab is a subdepartment of
4     the broader Walmart labs?
5  A. Yes.
6  Q. Okay.
7  A. It was, at that time, yeah
8  Q. Do you know if 415C labs still exists?
9  A. I don't know.
10 Q. And you say next in the email, "My main goal
11    is to make sure that we invest on a vendor that has a
12    platform that is compatible with our tech stack (AWS
13    versus Azure versus Rackspace, et cetera.)"
14    Do you see that?
15 A. Yes.
16 Q. What is AWS?
17 A. Amazon warehouse services.
18    THE REPORTER: "Amazon Warehouse..."
19    THE WITNESS: Services.
20 Q. (By Mr. Hardt) And how does Walmart use Amazon
21    warehouse services?
22 A. We don't. I was just giving an example of
23    what I meant by "stack."
24 Q. And what is Azure?
25 A. Azure is Microsoft's cloud, and Rackspace is

1     another third party.
2     THE REPORTER: What was -- what was another
3     third party?
4     THE WITNESS: Rackspace.
5     THE REPORTER: Oh.
6     THE WITNESS: Rackspace.
7  Q. (By Mr. Hardt) So Walmart is not partnering or
8     utilizing any of these three; right?
9  A. No.
10 Q. Okay.
11 A. I mean, Azure, yes. We are now.
12 Q. Okay. How does Walmart partner with Azure?
13 A. Microsoft is Walmart's partner for the cloud;
14    so a lot of our cloud services use Azure application.
15 Q. Sort of the hosting platform --
16 A. Yes.
17 Q. -- for the cloud. Walmart can then build
18    whatever it needs onto the cloud. Is that fair to say?
19 A. That's right.
20 Q. Okay.
21 A. To the best of my knowledge, yes.
22 Q. Okay. And so when you use the phrase
23    "compatible with our tech stack," what -- what do you
24    mean Walmart's tech stack?
25 A. Whether it can integrate with our systems,

1      whatever data gets spread out from the pilot.
2   Q. And what is the -- what was the tech stack
3      that Walmart was using, at that point?
4   A. I mean, there'd be thousands of tech stacks.
5      Every application would have its own. There is no one
6      tech stack per se.
7   Q. So you're just making a general point here --
8   A. Yes.
9   Q. -- that you want whatever comes out of this --
10     this bake-off -- you want it to be compatible with
11     Walmart's existing systems --
12  A. Yes.
13  Q. -- is that right?
14  A. Yeah.
15  Q. Okay. Would those existing systems include
16     GLS?
17  A. Yes.
18  Q. And GWS?
19  A. You mean GRS?
20     Q   GRS --
21  A. Yes.
22  Q. -- yes.
23     Are there any other systems that you consider key
24     for this liaison between the vendors' data and Walmart
25     systems?

1   A. At that point in time, we -- this was still
2      May 2017. We didn't know where it would go integrate.
3      But even if GLS could take it, what would GLS do
4      with it?
5      We didn't know that yet.
6   Q. Sort of how to process and manage the data was
7      a hurdle you guys still needed to cross; right?
8   A. Correct, or even if -- even if GLS knew a
9      strawberry was dying, there's no way to prioritize a
10     dying strawberry over a real -- I mean, a live
11     strawberry, if that make sense.
12     Our operations didn't support a different way of
13     working.
14  Q. So ideally, this process would develop a
15     solution to solve that so that your existing systems
16     could --
17  A. Correct, a business process and a technology
18     solve. Multiple things needed to happen.
19  Q. So, for example, if somebody had a simple way
20     to convert GRS or one of the other existing systems
21     to -- to easily and efficiently recognize a strawberry
22     that's about to spoil versus one that's very fresh,
23     that would have been an ideal solution that you guys
24     didn't have, at that point; right?
25  A. The -- the overarching ideal aspiration was to

1      prioritize freshness, yes, but not all of the systems
2      supported that in reality.
3   Q. Right.
4      And as at least as of May 2nd, 2017, you didn't
5      know how that was going to be accomplished; right?
6   A. Right.
7   Q. I'm going to hand you what's being marked as
8      Plaintiff's Exhibit 164.
9      (Plaintiff's Exhibit No. 164 is marked for
10     identification.)
11  Q. This appears to be a email chain from June of
12     2017; right?
13  A. Yes.
14  Q. At the -- at the top email, you write to
15     Denise Sharpe at 7:47 a.m. on June 29th, "I think this
16     should give Ckristian some lead time to start working
17     on internal algo before the proof of concept."
18     Do you see that?
19  A. Yes.
20  Q. And you're referring to the discussion below
21     about getting some of the Zest data from the prior
22     projects; correct?
23  A. Yes.
24  Q. Then you say, "I will chat with him on this --
25     on his plan."

1      Do you recall if you ever had a discussion with --
2      with Ckristian about that?
3   A. No, I don't.
4   Q. In the bottom email that's on the second page,
5      you write, "As Zest is preparing to expand to more
6      suppliers in DCs, could we speak to them about sharing
7      temp data with us so we could start experimenting with
8      the internal algorithm?"
9      Do you see that?
10  A. Uh-huh, yes.
11  Q. Okay. And then underneath you say, I'm sure
12     there will be resistance; so we should discuss how to
13     influence."
14     Do you see that?
15  A. Yes.
16  Q. You're talking about how to influence Zest to
17     provide the data; right?
18  A. Yes.
19  Q. You wanted to talk with the rest of the team
20     about how to put pressure on Zest to get them to share
21     that data; right?
22     MS. BLITZER: Objection to form.
23  A. No pressure, no.
24  Q. (By Mr. Hardt) You wanted -- I'll use your
25     word then.

| | |
|---|---|
| 2019-05-30 | Cherian, Nikhil | Page 173 |

```
 1   So you wanted to see what you could do to
 2   influence Zest to share that data; right?
 3   A. The data from Walmart's pilot?
 4      On Walmart's products, yes.
 5   Q. Well, data from the growers too; right?
 6   A. Yes.
 7   Q. And the growers' data is not Walmart's data;
 8      right?
 9   A. Yeah. We asked them for it, yes.
10   Q. Right.
11      But that data belongs to the growers; right?
12   A. Depending on how the contract's referred to.
13      I don't know how it read and how it referred.
14   Q. You didn't review any of those contracts;
15      right?
16   A. No.
17   Q. You didn't ask the legal department who owned
18      that data, did you?
19   A. I expected Denise to do that.
20   Q. Okay. And you don't know one way or the other
21      whether Denise actually did that; right?
22   A. I wasn't present at those discussions, no.
23   Q. You don't even know if those discussions
24      happened; right?
25   A. No, I don't, but Denise was very diligent
```

| | |
|---|---|
| 2019-05-30 | Cherian, Nikhil | Page 174 |

```
 1   about these things, but I -- I'm not positive.
 2   Q. So you don't positively know one way or the
 3      other whether Denise had those discussions; right?
 4   A. No.
 5   Q. In the top email, when you talk about giving
 6      Ckristian some lead time to start working on the
 7      internal algo before the POC, you wanted to give him
 8      lead time because the goal was to have an internal
 9      algorithm developed by the end of proof of concept like
10      we saw earlier today; right?
11   A. No, the goal was to him starting inputting --
12      to start to input the -- what was it? -- the bake-off
13      data in his algorithm, when it starts coming in.
14   Q. Well, he didn't -- he didn't have an
15      algorithm; right?
16   A. Right. That was later, yes.
17   Q. So he -- he developed an algorithm later?
18   A. No, what I mean to say is, at the point of
19      writing this, it was to say, "Let him go build his
20      algorithm, and then we'll input the bake-off data when
21      it comes."
22   Q. But he needed -- he needed some of the -- some
23      data to -- to even have a starting point for developing
24      an algorithm; right?
25   A. He'd have to visualize or imagine some data,
```

| | |
|---|---|
| 2019-05-30 | Cherian, Nikhil | Page 175 |

```
 1      look at some old data, yes.
 2   Q. Or look at the old Zest data from the growers;
 3      right?
 4   A. Yes.
 5   Q. Were you involved at the time that the vendors
 6      were providing their RFI responses to Walmart, or was
 7      that before your time?
 8   A. For the bake-off?
 9   Q. Uh-huh.
10   A. It was during my time. There was -- I don't
11      know if there were earlier rounds of the RFI as well.
12   Q. All right. So you don't -- there could have
13      been RFI proposals --
14   A. Flying around before.
15   Q. -- in -- in earlier periods. You wouldn't
16      know one way or the other; right?
17   A. Yes.
18   Q. But when it came to the RFI for the 2017
19      bake-off, that was during your time; right?
20   A. That's right.
21   Q. Okay. I'm going to hand you what's being
22      marked as Plaintiff's Exhibit 165.
23      (Plaintiff's Exhibit No. 165 is marked for
24      identification.)
25   Q. And this appears to be a June 12th email from
```

| | |
|---|---|
| 2019-05-30 | Cherian, Nikhil | Page 176 |

```
 1      you that attaches the RFI response from Zest; right?
 2   A. Yeah, yes.
 3   Q. You forward Zest's RFI response to Chris
 4      Sexton on June 12th. Who is Chris Sexton?
 5   A. I think he was with legal. I'm not 100
 6      percent sure if he's a lawyer or not, but he's with
 7      legal -- the legal department.
 8   Q. Was he involved in the evaluation of Zest?
 9   A. He worked with Denise, yes.
10   Q. He worked in the actual evaluation of Zest
11      or...
12   A. No, not in the actual evaluation of the
13      technologies, but he was supporting from a legal
14      standpoint.
15   Q. If he was supporting Denise, why did you send
16      this to him?
17   A. I don't remember. We were having a
18      discussion -- passing discussion, and I said, "I'll
19      send you a sample of what the RFI responses look like."
20      I don't remember why I sent it to him.
21   Q. Do you know why he would have wanted to
22      understand what's on offer from the technology vendors?
23   A. Because he would have read the contracts;
24      right?
25      He would need to know what the project is.
```

1  Q. Okay. I'm going to hand you what's being
2     marked as Plaintiff's Exhibit 166.
3     (Plaintiff's Exhibit No. 166 is marked for
4     identification.)
5  A. Okay.
6  Q. This appears to be a July 5th, 2017, email
7     from you to Manish Pandey; right?
8  A. Uh-huh, yes.
9  Q. And looks like you're attaching the ZestFresh
10    Walmart flow technology RFI response; right?
11 A. Yes.
12 Q. Who is Manish Pandey?
13 A. Manish is on the same team as Terri Shiery,
14    Rodney, Selena. The four of them were supporting me
15    and fresh flow.
16 Q. You point him to -- you say "Slide 14." I
17    guess you mean page 14. Do you see that?
18 A. Yes.
19 Q. Okay. And your email says, "Read Slide 14 for
20    case level tracking."
21    Do you see that?
22 A. Yes, I do.
23 Q. And by "case level tracking," you mean pallet
24    level tracking; right? This would be the same thing?
25 A. No, I mean, case level tracking.

1  Q. So what is --
2  A. A pallet has many cases.
3  Q. Okay. So this would be tracking at an even
4     lower level than pallet level tracking --
5  A. Sure.
6  Q. -- right?
7     What work was Pandey doing on case level or pallet
8     level tracking?
9  A. I don't remember.
10 Q. So you also wouldn't recall one way or the
11    other why you sent him Zest's RFI response?
12 A. I mean, we had a lot of, obviously,
13    whiteboarding-type discussions on how fresh flow would
14    work. Case level tracking may have been a discussion
15    we had, and I was giving him an example, but I don't
16    see any case level tracking on Slide 14. I'm sorry.
17 Q. Did you have any further discussions with
18    Manish Pandey regarding the fresh flow initiative?
19 A. We would talk every day -- all four of us.
20 Q. Oh --
21 A. Yes.
22 Q. -- so this was a common working
23    relationship --
24 A. Yes.
25 Q. -- on the fresh flow initiative?

1  A. Yeah, with Rodney and his group, yes.
2  Q. What was your understanding how Manish Pandey
3     was going to use the information in the RFI response?
4  A. I don't know.
5  Q. He must have been wanting to use it for some
6     purpose; right?
7     MS. BLITZER: Objection to form.
8  A. I don't know.
9  Q. (By Mr. Hardt) When -- you wouldn't have
10    forwarded it to him for no purpose; right?
11 A. We probably had a discussion on how to track
12    cases through the supply chain, which none of the
13    pallet level tracking would help with us that; so...
14    MR. HARDT: It hasn't been quite an hour, but
15    I could use a bathroom break, if it's okay --
16    THE WITNESS: Yeah.
17    MR. HARDT: -- taking a break here. Let's do
18    that.
19    THE VIDEOGRAPHER: We're going off the record
20    at 3:19 p.m.
21    (A recess is taken.)
22    THE VIDEOGRAPHER: We're back on the record at
23    3:29 p.m.
24 Q. (By Mr. Hardt) I'm handing you what's being
25    marked as Plaintiff's Exhibit 167.

1     (Plaintiff's Exhibit No. 167 is marked for
2     identification.)
3     MR. HARDT: Rachel?
4  Q. (By Mr. Hardt) You sent Denise Sharpe this
5     email on July 2nd, 2017; right?
6  A. Yes.
7  Q. Okay. And the subject line says "cold chain
8     project high-level intro"; right?
9  A. Yes.
10 Q. What was the purpose of this presentation?
11 A. It's a high-level intro for business context
12    for anyone who Denise had to update.
13 Q. So do you know with any specificity who would
14    have been the audience?
15 A. Mostly, in, like, an executive forum, if she
16    had to say, "Hey, this is the project. Here's what
17    we're doing. Four vendors. Here are the parameters,"
18    things like that, but I know -- don't know -- I don't
19    know with specificity who she went to.
20 Q. So Denise Sharpe may have used this
21    presentation for, you know -- with any number of groups
22    of folks at -- at Walmart, just depending on when she
23    needed it?
24    MS. BLITZER: Object to the form.
25 A. I have no way of knowing that, no.

1  Q. (By Mr. Hardt) Okay. You titled the
2     presentation that you attach "Cold Chain Compliance End
3     of Life Measurement" -- whoops. Let's see.
4     Not the -- not the file name. Excuse me.
5     **If you look at the cover slide of the attachment,**
6     **it's titled "Cold Chain Compliance End of life**
7     **Measurement Using IOT"; right?**
8  A. **Yes.**
9  Q. **And in this context, "IOT" means Internet of**
10    **things; right?**
11 A. **Yes.**
12 Q. **And so you're referring to Walmart's potential**
13    **use of systems to gather sensor data and process that**
14    **data to measure end of life; right?**
15 A. **Yes.**
16 Q. If you turn to the second page, the one ending
17    in Bates No. 872, here you're discussing potential
18    techniques for calculating fresh food waste; right?
19 A. Again, super, super high level for 100,000
20    feet, yeah.
21 Q. Okay. If you go to the next page, you discuss
22    the ability to -- to use that information to
23    potentially make routing decisions; right?
24 A. Now, where do you see "routing decisions"?
25    Sorry.

1  Q. Let me ask it a different way.
2     The title of this slide is, "Continuous cold chain
3     measurement throughout our supply chain will enable
4     Walmart to make decisions that reduce waste and
5     increase freshness"; right?
6  A. Yes.
7  Q. And it talks about decision points, like Day
8     1, Day 2, Day 3, and so forth in the -- in the
9     illustration; right?
10 A. Yes.
11 Q. And each one of those decision points would be
12    a day in the supply chain; right?
13 A. No.
14 Q. So these are not -- you do not consider these
15    to be points in Walmart's supply chain?
16 A. Those are nodes, yes -- nodes in the supply
17    chain but not days.
18 Q. Okay.
19    THE REPORTER: Did you say "nodes"?
20    THE WITNESS: Nodes, N-O-D-E-S. Nodes.
21 Q. (By Mr. Hardt) And each one of these nodes in
22    the supply chain would be a potential decision point
23    for routing decisions; right?
24 A. That is not what I intended to say there, no.
25 Q. Well, the bullets underneath say "provide

1     information when decisions are made or events warrant
2     action." Do you see that?
3  A. Yes.
4  Q. Okay. And so one aspect of continuous cold
5     chain measurement would be to provide information for
6     when decisions need to be made at the nodes within the
7     supply chain; right?
8  A. Yes.
9  Q. And the second bullet says, "Pallet
10    information available in real time in each decision
11    point"; right?
12 A. Yes.
13 Q. And that would -- by "decision point," that'd
14    be the same as nodes; right?
15 A. That's right.
16 Q. Okay.
17 A. Well, I guess not every node is a decision
18    point, but decision points are nodes, yes.
19 Q. That makes sense.
20    And at the decision points in the supply chain,
21    you could be -- you would be able to make routing
22    decisions if you had effective cold chain measurements
23    throughout the supply chain; right?
24 A. That would be one among many, many things that
25    needed to happen, if we were to do that.

1  Q. Right.
2     So that was one of the features in a potential
3     system; right?
4  A. Yes.
5  Q. If you go to the next slide, this one is
6     titled, "Modeling end of life is a fascinating and
7     complex agriculture process and data science problem."
8     Do you see this slide?
9  A. Yes.
10 Q. In this slide, you're setting out the elements
11    for modeling end of life; right?
12 A. No, I'm not saying these are variables. I'm
13    saying there are several variables to show the
14    complexity of the problem.
15 Q. So you're saying these are potential --
16 A. -- examples, yes.
17 Q. Okay. And these are the same variables
18    that -- that are the ingredients of Zest's freshness
19    algorithm; right?
20 A. Yes.
21    MS. BLITZER: Objection to form.
22 A. The same ones that were in Peter's deck.
23    Is that what you're asking?
24 Q. (By Mr. Hardt) Okay. And that's why, for
25    example, you say, in the -- in the cover email to this

1    exhibit, "I put these slides together quickly using
2    some of the Zest material to explain the cold chain
3    project"; right?
4    A.  Yes.
5    Q.  Have you ever reviewed the nondisclosure
6       agreement between Walmart and Zest?
7       MS. BLITZER:  Objection to form.
8    A.  I don't remember, no.
9    Q.  (By Mr. Hardt) You don't recall one way or the
10       other?
11    A.  No.
12    Q.  When you were putting together this
13       presentation using some of Zest's materials, did you
14       review the nondisclosure agreement to evaluate whether
15       it was proper to use the Zest materials for this
16       purpose?
17       MS. BLITZER:  Objection to form.
18    A.  I don't remember doing that, no.
19    Q.  (By Mr. Hardt) Did you ever discuss with
20       anyone at this time whether it was appropriate
21       to use Zest's materials to put together this
22       presentation?
23    A.  Don't remember.
24    Q.  So you don't recall ever consulting with
25       anybody in Walmart's legal department --

1    A.  With this particular document?
2    Q.  For this particular document?
3    A.  I don't remember, no.
4    Q.  During this 2017 period, do you ever -- do you
5       have a recollection of ever consulting with Walmart's
6       legal department about how you could use Zest's
7       information in other respects?
8       MS. BLITZER:  If you can let me just caution
9       you that this should be a yes-or-no answer and not to
10       disclose any potential communications you might have
11       had with any attorneys.
12       THE WITNESS:  Okay.
13    A.  Can you ask the question again?
14    Q.  (By Mr. Hardt) Sure.
15       And I agree.  It's a yes-no question.  I don't
16       want to know -- if you did talk to lawyers, I don't
17       want to know the substance of those conversations.
18       During this 2017 period, do you have a
19       recollection of ever consulting with Walmart's legal
20       department about how you could use Zest's information
21       in other respects?
22       THE WITNESS:  Sorry.  Can I ask you a
23       question?
24       Does it have to be "yes"/"no"?  Can it be, "I
25       don't remember"?

1       I really don't remember.
2       MS. BLITZER:  It can be "yes," "no," or --
3       THE WITNESS:  Okay.
4       MS. BLITZER:  -- you don't remember.
5    A.  I don't remember.
6    Q.  (By Mr. Hardt) Okay.  Do you recall in this
7       time period ever speaking with Kelly Boyle about how
8       you could use Zest's information for purposes in your
9       work?
10    A.  Can you define what do you mean by "Zest's
11       information"?
12    Q.  Sure.  Let me rephrase the question.
13       Do you recall in the 2017 period discussing with
14       Kelly Boyle whether you could use Zest's materials like
15       these for other purposes at Walmart?
16    A.  No, I don't remember -- recall.
17    Q.  You can set that document aside.
18    **I'm going to hand you what's being marked as**
19    **Plaintiff's Exhibit 168.**
20    **(Plaintiff's Exhibit No. 168 is marked for**
21    **identification.)**
22    Q.  Some of these exhibits are getting long; so
23       just so the record's clear, this Exhibit 168 begins
24       with the Bates No. WM00034912 and ends with Bates
25       number ending 34935.

1    **So now let's turn to August 25th, 2017.  You send**
2    **this email to Mingming Li, Bk Vasan, Josh Bohling and**
3    **copy several other individuals; right?**
4    **A.  Yes.**
5    **Q.  And you attach an email called "Zest Labs**
6    **visit presentation"; right?**
7    **A.  Yes.**
8    Q.  And that attached email called -- with subject
9       line "Zest Labs visit presentation" has attached to it
10       ZestFresh story 6-7-17.PDF; right?
11    A.  What are you referencing?
12       Sorry.  I missed it.
13    Q.  Sure.
14       The first two pages of this exhibit are 34912 and
15       34913, and they're an email attaching another email
16       called "Zest Labs visit presentation" --
17    A.  Okay.
18    Q.  -- right?
19    A.  Yes.
20    Q.  And if you go to the page 34914, that's that
21       email; right?
22       A  (Nods head yes.)
23    **Q.  And this is the email from June 7th from Peter**
24    **Mehring to you and Denise Sharpe; right?**
25    **A.  Yes.**

1    Q. Okay. And attached to Peter's email is the
2       June 7th, 2017, Zest presentation; right?
3    A. Yes.
4    Q. So when you send this on August 25th to
5       Mingming Li and Bk Vasan and Josh Bohling --
6    A. Yeah.
7    Q. -- you write, "Mingming and Bk, thanks for
8       your time this afternoon. Attached is a presentation
9       from one of our suppliers part of which I covered with
10      you today."
11      Do you see that?
12   A. Yes.
13   Q. So following your -- your meeting with them
14      that afternoon, which you covered part of this, you
15      sent them the presentation; right?
16   A. Yes.
17   Q. And since Mingming and Bk are going to be
18      working on Walmart's internal algorithm, you also
19      write, "I recommend you connect with Josh -- copied
20      here -- who is the product manager designer for Eden,
21      which is our quality control execution application, and
22      be -- will be one of the key integration points for the
23      freshness algorithm"; right?
24   A. That's right.
25   Q. And that's the internal freshness algorithm

1       that Mingming Li and Bk Vasan are going to work on;
2       right?
3    A. That could be any algorithm, but Eden would be
4       the house for it is what I'm saying there.
5    THE REPORTER: But Eden would what?
6    THE WITNESS: Eden would be the home for it --
7       for the -- for any algorithm.
8    Q. (By Mr. Hardt) Fair enough.
9       But Mingming Li and Bk Vasan are not working on
10      any algorithm. They're working on Walmart's internal
11      algorithm; right?
12   A. That's right.
13   Q. So what's your recollection of what occurred
14      when Walmart ended the relationship with Zest?
15   A. This was after my time in fresh flow, and I
16      remember Kelly talking with a meeting with Zest --
17      coming -- meeting with Zest. Maybe it was with some
18      senior executives. I'm not sure who, but some senior
19      folks were meeting with Zest to tell them.
20   Q. Other than Kelly, did you talk to any other
21      senior executive folks about Zest?
22   A. Ed Oldham was my VP at that time. He may have
23      asked me my opinion, but that's all I remember.
24   Q. Is Ed Oldham a peer of Kelly Boyle, or is he
25      senior to Kelly Boyle?

1    A. No, he was Kelly's boss, at the time.
2    Q. Okay. Is it your recollection that that
3       meeting with Zest and the senior executives would have
4       happened sometime around November of 2017?
5    A. Sounds about right. Maybe October,
6       November-ish, yes.
7    Q. Did Walmart have an internal freshness
8       algorithm ready, at that time?
9    A. Not that I had seen, no.
10   Q. Do you know what the status of the work that
11      Mingming Li was doing at that time was?
12   A. I had not seen any outputs from any of the
13      players.
14   Q. So whether it was Mingming Li or Stephen
15      Steele or Bk Vasan, you hadn't seen anything, at that
16      point; right?
17   A. Yes.
18   Q. So to the best of your knowledge, Walmart had
19      no internal algorithm, at that time; right?
20   A. From what I knew, yes.
21   Q. From what you knew, Walmart did not have an
22      internal algorithm; right?
23   A. Correct.
24   Q. Okay.
25   A. But there's so many splinter groups working on

1       stuff that I -- there's no way I can know for sure.
2    Q. Well, if Walmart did have an internal
3       freshness algorithm, you would have needed to tell that
4       to your seniors, like Ed Oldham and Kelly Boyle; right?
5    MS. BLITZER: Objection to form.
6    A. "Needed to tell" meaning -- can you explain
7       what that means?
8    Q. (By Mr. Hardt) They -- when they were letting
9       go of Zest, they would have wanted to know whether
10      Walmart could generate its own freshness algorithm;
11      right?
12   MS. BLITZER: Objection to form.
13   A. Whether Walmart could or Walmart did? Can you
14      explain that a little more?
15   Q. (By Mr. Hardt) Whether Walmart either had done
16      that or was going to be able to do it, if it had not.
17   MS. BLITZER: We're still asking about what Ed
18      Oldham and Kelly Boyle would have wanted?
19   A. I'm a little confused. Can you rephrase it?
20   Q. (By Mr. Hardt) Sure. Let me -- let me start
21      over.
22      At the time that the decision was made to let go
23      of Zest and this meeting was taking place -- in fact,
24      let me back up even -- even further.
25      Do you have any recollection of whether Ed Oldham

1    or Kelly Boyle was interested in whether Walmart would
2    be able to develop its own internal algorithm?
3    A. It's possible. They were the leaders of this
4       piece, yes.
5    Q. And so if -- if Walmart would have had some
6       group working on an internal algorithm and making
7       progress, you would have wanted to know about that and
8       informed them; right?
9       MS. BLITZER: Objection to form.
10   A. I wasn't aware of any group at that point in
11      time making progress, and I wasn't even on the team
12      anymore.
13   Q. (By Mr. Hardt) But you were aware of groups
14      like Mingming Li that were at least working on it;
15      right?
16   A. They claimed, yes.
17   Q. Okay. I'm going to hand you what's being
18      marked as Plaintiff's Exhibit --
19      THE REPORTER: Would you please paper-clip
20      that together?
21      MR. HARDT: We've also got a binder clip, if
22      it needs more than a paper -- okay.
23   Q. (By Mr. Hardt) So I'm going to hand you what's
24      being marked as Plaintiff's Exhibit 169, and this is
25      another big one; so we'll just state for the record it

1    begins on WM0005811 (verbatim) and ends on the Bates
2    ending 58176.
3    (Plaintiff's Exhibit No. 169 is marked for
4    identification.)
5    Q. This appears to be an email from you to
6       Mingming Li and Aihong Wen on November 9th, 2017;
7       right?
8    A. Same presentation, looks like, yeah, yes.
9    Q. And you write, "Mingming/Aihong, based on
10      everything you have seen since being introduced to the
11      cold chain work, how confident are you that Walmart can
12      build its own shelf life algorithm"; right?
13   A. Yes.
14   Q. So at this point, you knew that they didn't
15      have a shelf life algorithm yet; right?
16   A. They did have or didn't have?
17   A. They did not have one yet.
18   A. That's right.
19   Q. And you wanted to know whether they were going
20      to be able to create one; right?
21   A. That's right.
22   Q. And you say, "Attached is some information
23      from Zest where they paint a complex picture, for
24      example, preharvest and harvest variables that they
25      collect using their field scouting app."

1    Do you see that?
2    A. Yes.
3    Q. And you -- what you attach is the same
4       presentation we saw earlier, the one that originated
5       from Peter Mehring; right?
6    A. Yes.
7    Q. And the second attachment, which begins on
8       Bates No. 58133 -- do you see that one? --
9    A. Yes.
10   Q. -- that's an email from Peter Mehring to you
11      and Denise Sharpe and copying Todd Clayton on June 10th
12      with subject line "photospectometry background"; right?
13   A. Yes.
14   Q. And so this is -- this is the information
15      Peter provided you in June relating to Zest's research
16      and knowledge on photospectometry; right?
17   A. Yes.
18   Q. And then your cover email asks Mingming and
19      Aihong, "Do we have all the information needed apart
20      from time and temperature conditions through the supply
21      chain?"
22      Do you see that?
23   A. Yes.
24   Q. Do you know if all that information was
25      available to them or any other team at Walmart?

1    A. I didn't know what was meant by "all the
2       information." They were -- we were -- we only had time
3       and temperature data -- the data that was coming off
4       the sensors, and the question to them was, "Can you
5       build a model with time and temperature or not?" Beat
6       it.
7    Q. Well, your last sentence here says, "I know
8       it's still early days, but if I'm saying to my
9       leadership that this can be done in-house, I need some
10      confidence from your group."
11      Do you see that?
12   A. Yes.
13   Q. Did you get that confidence from them?
14   A. I don't remember their response. If they
15      responded, I don't know.
16   Q. And when you're saying you need to say to your
17      leadership that this can be done, you're referring to
18      Walmart's legacy team; right?
19   A. No, my leadership would be the flow team;
20      right?
21      Ed Oldham and Kelly Boyle.
22   Q. Ed Oldham and Kelly Boyle?
23   A. (Nods head yes.)
24   Q. You're also aware that Kelly and Ed met with
25      Greg Foran; right?

1   A. No.

2   Q. Are you aware that they met with Greg Smith?

3   A. I'm sure they meet -- they met them many

4     times, but I -- I'm not privy to those discussions.

5   Q. You can keep this exhibit around because it's

6     related to the next one.

7     (Plaintiff's Exhibit No. 170 is marked for

8     identification.)

9   Q. I'm going to hand you what's marked as

10    Plaintiff's Exhibit 170. Bates number at the bottom

11    ends in 58399.

12    So this chain is the response that you and

13    Mingming Li and Aihong Wen have in response to your

14    original email; right?

15   A. Yes.

16   Q. Okay. And the first response from Aihong, "Is

17    thanks for sharing. We will get back to you soon after

18    we discuss."

19    Do you see that?

20   A. Right.

21   Q. And above that, is Mingming's response, which

22    says, "Wow, this is definitely very nice materials.

23    Thanks for sharing."

24    Do you see that?

25   A. Yes.

1   Q. And that's at 3:48 p.m.; right?

2   A. Yes.

3   Q. And then a couple of hours later --

4     6:33 p.m. -- mingming sends you another response that

5     says, "Just a person note: Is it going to be too late

6     if we get back to you with a confidence vote by end of

7     next week?"

8     Do you see that?

9   A. Yes.

10   Q. What was your reaction when you realized that

11    Mr. Li wanted more than -- you know, another week to

12    study the materials before giving you an answer or a

13    confidence vote?

14   A. Fine. It's pretty common for people to ask

15    time.

16   Q. Okay. So that didn't concern you -- that you

17    needed to make a representation to Ed and Kelly, and he

18    was going to need another week?

19   A. No, the decision was already made. There's

20    nothing to represent to Ed and Kelly.

21   Q. Okay. And, I guess, the email above reflects

22    that. It says -- this was your response, and you said,

23    "We told Zest today that they are not going ahead with

24    us anymore, and they kept saying what a big mistake it

25    is -- that we are considering building this internally.

1     That raised this question. Next week is fine."

2     So were you involved in the conversation when Zest

3     said, "It was a big mistake that we were considering

4     building this internally"?

5   A. No.

6   Q. Who did you learn that from?

7   A. Likely, Kelly.

8   Q. When you say, "That raised this question," is

9     that a question that Kelly had as to whether or not you

10    could actually do this internally?

11   A. No, Kelly was pretty sure that all we needed

12    was compliance, not freshness algorithms.

13   Q. So you said, "That raised this question."

14    Who raised the question? Was that your own

15    question?

16   A. My own question.

17   Q. So when you heard from Kelly that Zest was

18    saying it's a big mistake that Walmart's considering

19    building this internally, that raised this question,

20    because you were nervous as to whether or not Walmart

21    could actually build an algorithm internally; right?

22   A. Ask that again, please.

23   Q. Sure.

24    When you heard from Kelly that Zest was saying

25    it's a big mistake that Walmart's considering building

1     this internally, it raised the question, because you

2     were nervous as to whether or not Walmart could

3     actually build an algorithm internally; right?

4     MS. BLITZER: Objection to form.

5   A. I'd say it was more curiosity than anything,

6     because on the one hand, I had these guys saying they

7     could. On the other hand, Zest was saying we couldn't;

8     so...

9   Q. (By Mr. Hardt) Mingming Li rolled off of the

10    algorithm project around this time, and then Raj

11    Nellore became involved. Are you aware of that?

12   A. This was already beyond my time, right --

13   Q. Uh-huh.

14   A. -- 11 -- November?

15    So maybe I'm -- I'm not -- I don't remember,

16    but -- I don't remember that transition, no.

17   Q. The top of the email chain, at 7:59 p.m.,

18    Mingming writes, "We should hear what TCS is doing."

19    Who's TCS?

20   A. Tata Consultancy Services. They're another

21    vendor --

22   Q. It's another vendor?

23   A. -- software vendor, software services.

24    Nothing to do with this cold chain stuff.

25   Q. Well, then why would he say, "We need to hear

1    what" -- or, "We should hear what TCS is doing"?
2  A.  They have a way of converting temperature data
3      to freshness prediction.
4  Q.  Oh, so they do have ability to --
5  A.  Correct. They're not a sensor vendor is what
6      I mean. They don't do anything with sensors or
7      anything, but they're a vendor, that if we give them
8      the data, they build the algorithms.
9  Q.  But you hadn't done any testing work with
10     them --
11 A.  No.
12 Q.  -- right?
13 A.  I mean, we had hundreds of vendors telling us
14     all sorts of things all day long; right?
15 Q.  Did you -- I can imagine that's the case.
16 A.  Right.
17 Q.  If Mingming Li and his team had been telling
18     you they could develop this internally, was it
19     surprising to you that their response is, "Let's see
20     what yet another vendor is doing"?
21 A.  No, we were both interested in finding the
22     best solution for Walmart; so if it's externally, then
23     that's fine too. Walmart has several solutions that
24     are built externally.
25     THE REPORTER: "Several solutions..."

1      THE WITNESS: That are built externally.
2  Q.  (By Mr. Hardt) In your email below on the same
3      point, you say, "We have the supply chain guys at TCS
4      saying that they have an algorithm and working with
5      Woolies in Australia. Probably worth you and me
6      hearing them out."
7      Do you see that?
8  A.  I do.
9  Q.  Did you ever hear out TCS on their algorithm
10     that they were using with Woolies in Australia?
11 A.  I don't remember, no.
12 Q.  Do you know if you ever provided any
13     information to the TCS guys?
14 A.  No.
15 Q.  Did you ever contact anybody at Woolies in
16     Australia?
17 A.  I don't believe so. I don't remember, but I
18     don't believe so.
19 Q.  It's possible, though?
20 A.  It's possible. Walmart has ties with Woolies.
21 Q.  By "ties with Woolies," does -- does Walmart
22     have any ownership interest in Woolies, or is it just
23     business relationships?
24 A.  I think it's -- I'm not sure of the answer.
25 Q.  Who would know if -- if Walmart ever contacted

1      Woolies about their use of a freshness algorithm?
2  A.  Who in Walmart would know?
3  Q.  Yes.
4  A.  Like at an executive level or any level or...
5  Q.  Anybody at Walmart that would know about that.
6  A.  For this project, maybe Denise would know, but
7      I'm not sure.
8  Q.  You can set those aside.
9      I'm going to hand you what's being marked as
10     Plaintiff's Exhibit 171.
11     MR. HARDT: There you go.
12     MS. BLITZER: Thank you.
13     (Plaintiff's Exhibit No. 171 is marked for
14     identification.
15 Q.  (By Mr. Hardt) This email is an email chain
16     between you and Denise and Stephen Steele in early
17     October 2017; right?
18 A.  That's right.
19     Can you give me a minute to just read through?
20 Q.  Yeah, yeah. Take your time.
21 A.  Thank you.
22     Yes. Go ahead.
23 Q.  This chain starts with email -- with Denise's
24     email at 2:01 p.m., at the bottom of the page, and then
25     you respond to that at 10:24 a.m. Do you see that one?

1  A.  Yes.
2  Q.  And you write, "Per our discussion yesterday
3      in the a.m., did you receive the shelf life versus
4      prediction from Steele postweek two? If it's okay with
5      you, I would like to get access to the dashboard to
6      dissect the results myself."
7      Do you see that?
8  A.  Yes.
9  Q.  So when you were asking Denise, you didn't
10     know whether you could access that material or not;
11     right?
12 A.  That's right.
13 Q.  And her response was, "Of course you can have
14     access to the retention sampling data"; right?
15 A.  Yes.
16 Q.  Okay. And so then did you get access to the
17     retention sampling data?
18 A.  I don't remember.
19 Q.  Okay. But you -- you likely would have
20     because you were --
21 A.  Yeah.
22 Q.  -- asking about it; right?
23 A.  Yeah.
24     MS. BLITZER: Objection to form.
25 Q.  (By Mr. Hardt) Denise continued in her email,

1    "I just have one request.  Please don't share the
2    information with anyone else.  It can be very
3    misleading to someone that doesn't understand all the
4    factors involved, especially the Zest results.  We
5    can't take a chance of misunderstanding around this,
6    and if someone communicated the findings without the
7    explanation, it would cause serious problems with
8    Zest."
9    Do you see that?
10   A.  I do.
11   Q.  What's your understanding of "the findings
12   without the explanation"?  Like, what is the
13   explanation?
14   A.  What she says in the next line.
15   Q.  Where she says, "The truth is the issues we
16   experienced during the past two months whether Zest
17   using the actuals to approve their algo, et cetera,
18   make the POC results irrelevant"?
19   Do you see that?
20   A.  Yes.
21   Q.  But there was still a decision made based on
22   the POC results; right?
23   A.  That's right.
24   Q.  And so the POC results were used to justify
25   that decision; so they're not irrelevant; right?

1    A.  The results referenced here are to do with the
2    algo being irrelevant, not the sensor themselves --
3    sensors themselves.
4    Q.  So Denise and Kelly decided to disregard the
5    aspects of the proof of concept relating to the
6    algorithm?
7    A.  I don't know.  It sounds like they give it
8    less weightage.
9    Q.  What's your understanding of this information
10   getting out and then, as Denise says, could cause
11   serious problems with Zest?
12   What's your understanding of how that would cause
13   serious problems with Zest?
14   MS. BLITZER:  Objection to form.
15   A.  I don't know.
16   Q.  (By Mr. Hardt) Was it -- did Zest have
17   connections with senior-level Walmart management?
18   A.  I had heard, yes.
19   Q.  And did that create problems for Denise and
20   Kelly?
21   A.  I'm not sure what you mean by "problems."
22   **Q.  Did Denise or Kelly ever express to you**
23   **frustration that -- that Zest had connections with**
24   **senior-level Walmart management?**
25   **A.  We were trying to run an equitable**

1    **competition, and I think there was -- there was one**
2    **time where they mentioned that Zest had directly gone**
3    **to Greg Foran, and they didn't think it was equitable**
4    **for one party to have CEO connections.  They had**
5    **mentioned that once.**
6    **Q.  What's not equitable about having CEO**
7    **connections?**
8    **A.  Influence.**
9    Q.  Did you ever inquire as to what the scope of
10   the connection with Greg Foran was?
11   A.  No.
12   Q.  Who mentioned that it wasn't equitable to have
13   those connections?  Kelly?
14   A.  No, those are just my words.  I don't know
15   what the words they used were.
16   Q.  But they expressed that to you in some way?
17   A.  I don't remember how exactly, but I remember
18   that happening.  I don't remember how exactly they
19   communicated that to me is what I'm saying.
20   THE REPORTER:  Say that last sentence again.
21   THE WITNESS:  I don't remember how exactly
22   they communicated that to me.
23   Q.  (By Mr. Hardt) Did they communicate it to you
24   together?
25   A.  No.  I don't think so, no.

1    Q.  Did you have the same conversation with both
2    Kelly and Denise separately?
3    A.  Don't remember.  Two years ago.
4    Q.  You just know that one -- either Kelly or
5    Denise -- communicated that to you?
6    A.  That's right.  Could be -- could have been
7    Kelly more than likely than Denise.
8    Q.  Were you surprised to learn that Greg Foran
9    was involved in the Zest?
10   A.  A little bit.
11   Q.  Why did that surprise you?
12   A.  Why did it surprise me that Greg has
13   connection -- sorry -- Zest has connections?  Is that
14   the question?
15   Sorry.
16   Q.  You said it surprised you a little bit that
17   Greg Foran was involved --
18   A.  Yeah.
19   Q.  -- in the Zest relationship; right?
20   A   (Nods head yes.)
21   Q.  Why did that surprise you?
22   A.  Because the decision was at a much lower level
23   than Greg Foran's level.
24   Q.  Did it change the way you approached this
25   project at all to know that the decision that was

1    ultimately made was going to be communicated to Greg
2    Foran?
3    MS. BLITZER: Objection to form.
4    A. Could you rephrase that, please?
5    Q. (By Mr. Hardt) Did it change the way you
6    approached this project to know that the decision that
7    was ultimately made would be communicated to Greg
8    Foran?
9    MS. BLITZER: Same objection.
10   A. Not really, because we were sure we were
11   running a process with high integrity, and it was an
12   equitable competition.
13   Q. (By Mr. Hardt) For the sensor side, right,
14   because the POC results were irrelevant for the
15   algorithm evaluation; right?
16   MS. BLITZER: Objection to form.
17   A. Okay. I didn't understand. Can you say it
18   again?
19   Q. (By Mr. Hardt) Sure.
20   You testified earlier, with regard to Denise's
21   statement about the POC results being irrelevant, that
22   the results that were irrelevant were the algorithm
23   side; right?
24   A. Correct.
25   MS. BLITZER: Objection to form.

1    Mischaracterizes.
2    Q. (By Mr. Hardt) And so when you say -- when you
3    say you were sure you were running a process with
4    integrity, and it was an equitable competition, that's
5    referring to the evaluation of the sensor side; right?
6    A. I was speaking generally about the whole
7    thing.
8    MR. HARDT: I think we've been going almost an
9    hour. Why don't we take a break?
10   THE VIDEOGRAPHER: We're going off the record
11   at 4:24 p.m.
12   (A recess is taken.)
13   (Plaintiff's Exhibit No. 172 is marked for
14   identification.)
15   THE VIDEOGRAPHER: We're back on the record at
16   4:37 p.m.
17   Q. (By Mr. Hardt) I'm going to hand you what's
18   being marked as Plaintiff's Exhibit 172, and it may be
19   in a format you don't recognize immediately, but this
20   is a printout of your OneNote file from 2017; so...
21   A. I take a lot of notes, I guess.
22   MR. HARDT: Here, I'll give you this version,
23   Rachel. It's got the -- it's got the meta data on top,
24   which he doesn't have, to the extent that helps.
25   Q. (By Mr. Hardt) And it's a long document; so

1    review it, if you need to, but I'm going to point to
2    you specific aspects of it.
3    A. Okay.
4    Q. So -- so Exhibit 172 begins on WM00096530. Do
5    you recognize this generally as a printout of your
6    OneNote file?
7    A. Yes.
8    Q. Okay. And this -- this is the file from 2017;
9    so, for example, at the very top, it says
10   January 26, 2017, because, presumably, that's the first
11   note you took in that year; right?
12   A. Yes, sir.
13   Q. Okay. And just to make this easy and so
14   you're clear, I have the native version of this same
15   document on this laptop; so if for any reason you feel
16   like you need to look at the native or this one gets
17   confusing, just let me know, and we can use the native.
18   A. Sure.
19   Q. Does that make sense?
20   A. Yes.
21   Q. So you keep notes like those reflected in this
22   document in the ordinary course of business at Walmart;
23   right?
24   A. Yes.
25   Q. Let's turn to the page that ends in Bates

1    No. 96538. It may be ten pages in or something. And
2    if you look, maybe, 10 or 12 rows down, you'll see a
3    row that says "current state of cold chain visibility.
4    Who will own?"
5    Do you see that one?
6    A. Yes.
7    Q. Okay. Sir, are these notes reflecting notes
8    you took relating to the cold chain project in 2017?
9    A. Before I started the role, yes.
10   Q. So this would relate to the cold chain project
11   but would be before you formally started in the -- in
12   your role?
13   A. That's right.
14   Q. Okay. And you say, "Ask Ckristian for the
15   Zest green book."
16   Do you see that?
17   A. Yes.
18   Q. What is the Zest green book?
19   A. There's a -- there's a file with -- with some
20   printed document from Zest on the freshness of
21   produce -- just general doc on freshness, if I remember
22   correctly. Again, this was two and a half years ago --
23   Q. Sure.
24   A. -- but...
25   Q. And is -- is that something that Ckristian

1    maintained?
2    A.  No, Zest gave it to him.
3    Q.  Okay.
4    A.  Zest's -- Zest material that they had given to
5        Ckristian.
6    Q.  And to my knowledge, Zest doesn't have
7        anything called a "green book"; so is this --
8    A.  Uh-huh.
9    Q.  -- something that Ckristian would have
10       compiled and -- and referred to as the "green book," or
11       where did that phrase come from?
12   A.  I'm not sure.  I thought it was all -- I
13       thought it was Zest material that they called the
14       "green book."
15   Q.  Okay.
16   A.  I didn't know if Walmart called it the same.
17       I don't know.
18   Q.  Okay.  Where did -- who did you learn -- how
19       did you become informed that there was something called
20       a "Zest green book," as you note in your notes here?
21   A.  So that's probably my meeting with Kelly,
22       if I'm not mistaken.
23       No.  I'm guessing she mentioned Zest green book,
24       that Ckristian has it, and I made a note to myself that
25       I should ask him for it, but I don't remember exactly.

1    Q.  And you write underneath -- a couple of rows
2        down you say, "How does SRM play into flow?"
3        What is SRM?
4    A.  I don't remember.  I mean, could be supplier
5        relationship manager.  I don't know.
6    Q.  And a little further down you have the notes
7        under the phrase "cold chain."  It's kind of in the
8        middle of the page.  Do you see that?
9    A.  Yes.
10   Q.  And the first note there says "dynamic
11       routing-Zest"; so does that refer to Zest's dynamic
12       routing technology?
13   A.  I'd heard the term, and this was the time in
14       which I was trying to understand what everyone was
15       talking about; so maybe I made a note to learn more
16       about what that meant.
17   Q.  Did you eventually learn more about Zest
18       dynamic rating -- routing capabilities?
19   A.  I asked people, yes.
20   Q.  Okay.  Did you speak to Zest about it?
21   A.  I don't remember.  It's very possible that we
22       spoke about it.
23   Q.  But you would have known that Zest had at
24       least some sort of solution that related to dynamic
25       routing; right?

1    A.  I'd heard the term from them, yes, but I'm not
2        sure if I knew the details of the solution.
3    Q.  And a few lines up from this, you have a note
4        that says, "How do I get educated?"
5        That's how it begins.  Do you see that one?
6        It's the line right above the ETC.
7    A.  Yes.
8    Q.  Okay.  So you -- your note says, "How do I get
9        educated about supply chains in general?  Any good
10       books you would recommend?  Should I shadow someone to
11       learn?"
12       Do you see that?
13   A.  Yes.
14   Q.  So are these questions that you were noting to
15       ask Kelly?
16   A.  Yes.
17   Q.  Okay.  And so at this point, you wouldn't have
18       considered yourself a supply chain expert without
19       further study; right?
20   A.  She definitely knew more about me -- more
21       about supply chains than I did, yes.
22   Q.  Okay
23   A.  By the way, a few lines above, you see "supply
24       relationship management."  That's SRM that you were
25       asking earlier.

1    Q.  Okay.  Thank you.
2        Let's turn to page 96540.  It's, I think, two
3        pages forward.  And just to point you to what I'm going
4        to draw your attention to, if you go about -- a little
5        past halfway down the page, you'll see a line that says
6        "Justin ATK."  Do you see that one?
7    A.  Yes.
8    Q.  Okay.  Above that line, it says, "Since
9        Project Pineapple, there is intentionality to win in
10       fresh."
11       What is Project Pineapple?
12   A.  Where's do you see it?  Sorry.
13       Where's Project Pineapple?
14   Q.  It's -- it's right above the "Justin" --
15   A.  Oh, yes.
16   Q.  -- "ATK" --
17   A.  Okay.
18   Q.  -- line.
19       What is Project Pineapple?
20   A.  I think it was -- it was, like, an older
21       version of win in fresh.  I'm not 100 percent sure.
22       But like I mentioned this morning, Walmart
23       continues to have win in fresh initiatives.  Sometimes
24       it's pineapples.  Sometimes it's oranges, you know.
25   Q.  And then you write "Justin ATK"; so that would

1    be the Justin you mentioned earlier from A.T. Kearney?
2    A.  Correct.
3    Q.  Okay.
4    A.  That's probably the next note. I'm not sure
5    how it's printed, but that's -- that doesn't look like
6    it's the same note.
7    Q.  We can check the native real quick and find
8    that out, I think.
9    Okay. So here's the native version of that note
10   to the extent it helps you.
11   A.  Oh, thanks. Okay.
12   Q.  Okay. And underneath "Justin ATK," one of the
13   notes says, "Ridiculous conversation around sensor
14   measurements that we continue to have. Why spend
15   millions of dollars on something that is supposed to be
16   cold? Lights during the day."
17   Do you see that?
18   A.  Yes.
19   Q.  Is this your note, or is -- are you noting
20   what Justin from ATK said?
21   A.  No, that would -- that would have been what
22   the SVP in that meeting was saying. That'll be Tyler.
23   This is so much better than this. Like, looking
24   at that I can tell you that was a meeting with --
25   Q.  Okay.

1    A.  -- Tyler Lehr, L-E-H-R. He was the SVP of win
2    in fresh, at that time.
3    Q.  So what's your understanding of the ridiculous
4    conversations around sensor measurements that Tyler was
5    referring to?
6    A.  I'm not 100 percent sure. I don't remember.
7    Q.  That note continues: "We are still talking
8    about it after several months. I need people beyond
9    merchandising to be incensed that we are still having
10   this basic conversation: tech, transportation,
11   et cetera."
12   Do you see that?
13   A.  (Nods head yes.)
14   Q.  So is that also something Tyler would have
15   said at the meeting?
16   A.  I believe so.
17   Q.  What's your understanding of why folks, other
18   than the merchandising team, had not moved beyond basic
19   conversations about this?
20   A.  Could you say that again --
21   Q.  Sure.
22   A.  -- please?
23   Q.  Tyler says, "I need people beyond
24   merchandising to be incensed that we are still having
25   the basic conversation."

1    Then he puts in parentheses "tech,
2    transportation," et cetera.
3    What's your understanding of why teams like the
4    tech -- tech and transportation teams were still only
5    having basic conversations about this issue?
6    A.  There was a general sense that -- you know,
7    that merchants run the company, and they are most
8    forward-thinking compared to everyone else in the
9    company. That's just a general perception they have of
10   themselves, and he was just stating -- stating that.
11   Q.  And underneath that, he writes, "My belief" --
12   it's not reflected in the Bates-produced version, but
13   in the native version, it looks like he writes
14   "fresh-specific design considerations"; right?
15   Do you see that?
16   A.  Those would be my notes, yes.
17   Q.  Oh, those are your notes?
18   A.  Yes.
19   Q.  Okay. And the second note underneath that
20   says "prioritize days of life"; right?
21   A.  Right.
22   Q.  So what do you mean by "prioritize days of
23   life"?
24   A.  That we get the freshest product to our
25   customers. There was a -- historically, we prioritize

1    cost. This was saying, "Hey, we need to think about
2    freshness."
3    Q.  So "prioritize days of life" is roughly
4    synonymous with "prioritizing freshness over cost"? Is
5    that fair?
6    A.  Yes.
7    Q.  Okay. I'm going to turn your attention now to
8    the page ending in 578 in the hard copy, and while you
9    flip to that, I'll see if I can pull it up in the
10   native version so you can...
11   If you look about halfway down, you'll see there's
12   a note that says --
13   A.  Can I look at this?
14   Q.  Sure, sure, please.
15   This is a note from August 15th, 2017; right?
16   A.  Looks like it, yes.
17   Q.  Okay. And just so the record's clear, while
18   you're looking at the native version, what does the top
19   of the note say?
20   A.  "Wrong people."
21   Oh, "COE for speed pilot dashboard.'
22   Q.  So do you consider that the title of the note?
23   A.  Right.
24   Q.  And what does "COE for speed pilot dashboard"
25   refer to?

1    A.  It's a correction of errors.  It's a common
2        Walmart term for something that went wrong.  And this
3        meeting would have been getting the stakeholders
4        together and correcting it for future action.
5        "Speed pilot dashboard" would be some sort of a
6        analytics dashboard that Rahul put together.
7    Q.  Okay.  And underneath that a little further
8        down, you say, "How do I know they're putting the right
9        people on stuff I ask?"
10       Do you see that?
11   A.  Uh-huh.
12   Q.  Is that your note, or is that a -- reflecting
13       a statement somebody else made?
14   A.  I don't remember.
15   Q.  And the note says "wrong planning process";
16       right?
17   A.  Yes.
18   Q.  And underneath, it says "asked last
19       September"?
20   A.  Right.
21   Q.  Is that referring to them being first asked
22       the prior September to start work on the freshness
23       algorithm?
24   A.  No.
25   Q.  What's it referring to?

1    A.  The speed pilot dashboard.
2    Q.  And what's the speed pilot dashboard?
3    A.  There's a different initiative from Kelly
4        called "speed" where, essentially, they were changing
5        the supply chain -- the physical supply chain for fresh
6        food, to move it faster in the supply chain, and that
7        was tracking that initiative.
8    Q.  And there's a note there that says, "Rahul was
9        100 percent absent."
10       Do you see that?
11   A.  Yes.
12   Q.  Is -- is that your note, or are you reflecting
13       something that Kelly said?
14   A.  I don't remember.
15   Q.  Were you involved in the speed pilot dashboard
16       project?
17   A.  Again, just sort of high level.  Not detailed,
18       no.
19   Q.  And underneath, it says "wrong planning
20       process, wrong people."  Do you see that?
21   A.  That's right.
22   Q.  Is that referring to Rahul putting into place
23       the wrong planning process?
24   A.  For the speed pilot dashboard, yes.
25   Q.  Okay.  And for that speed pilot dashboard, he

1        put the wrong people in place too.  Is that what that
2        refers to?
3    A.  Looks like it, yes.
4    Q.  So were performance problems with Rahul
5        common?
6    A.  No, I wouldn't say so.
7    Q.  Okay.
8    A.  I had only two or three experiences with him;
9        so I don't know.
10   Q.  Well, prior to Mingming Li and that team
11       becoming involved, Rahul was involved in the
12       development of Walmart's internal freshness algorithm;
13       right?
14   A.  Yeah, he had talked about it.
15   Q.  Did you have the same experience with him on
16       the freshness algorithm project:  that he was putting
17       in place the wrong planning and the wrong people?
18   A.  No, I wouldn't say so.
19   Q.  They didn't accomplish anything; right?
20   MS. BLITZER:  Objection to form.
21   A.  I don't know what they accomplished because I
22       left before anything had happened.
23   Q.  (By Mr. Hardt)  At the time that you were
24       involved, Rahul and his team had not produced any
25       functioning freshness algorithm; right?

1    A.  That's right.
2    Q.  I'd like to turn your attention a little
3        further down the printout page on 578.  There is a note
4        from Wednesday, August 23rd, 2017, 4:47 p.m.  Do you
5        see that one?
6    A.  Yes.
7    Q.  Okay.  And the note is titled -- I pulled it
8        up on the native one for you, if that's easier, but the
9        note's titled both, on the native and the printout --
10   A.  Yes.
11   Q.  -- "Brenda call"; right?
12   A.  Yes.
13   Q.  Who is Brenda?
14   A.  Brenda was -- I forget her last name, but she
15       was part of a group called "global customer insights
16       and analytics," and they were helping us put size of
17       price for the whole fresh flow IT road map.
18   Q.  Did you say "size of price"?
19   A.  That's right.
20   Q.  What do you mean by "size of price"?
21   A.  The fresh -- the sale from fresh -- fresh
22       departments at Walmart that we could increase if we had
23       done all of the things that we -- that were part of the
24       road map -- the 20, 24 odd things.
25   Q.  Do you know Brenda's last name?

| 2019-05-30 | Cherian, Nikhil | Page 225 |
|---|---|---|

```
 1   A. Not off the top of my mind, but I'm sure I
 2      have an email from her --
 3   Q. Is it Allen-Toon?
 4   A. Yes.
 5   Q. Brenda Allen-Toon?
 6   A. Yes.
 7   Q. Okay. And underneath, your note says, "GEC
 8      personas are specific to busy families."
 9      Do you know that? Do you see that?
10   A. Yes.
11   Q. What do you mean by "GEC personas"?
12   A. So global e-commerce is Walmart's e-commerce,
13      you know, wing, and they already had done a lot of work
14      that she was wanting to leverage to build the size of
15      price is what is being referenced there.
16   Q. But Brenda's a Walmart employee. She's
17      internal to Walmart?
18   A. Yes.
19   Q. Okay.
20   A. And GEC is internal too.
21   Q. Underneath that, you say "trying to get them
22      to share their algorithm." Do you see that?
23   A. Yes.
24   Q. What's that referring to?
25   A. That's her saying that she's trying to get
```

| 2019-05-30 | Cherian, Nikhil | Page 226 |
|---|---|---|

```
 1      them to share their algorithm so she can do the
 2      analysis for us.
 3   Q. Who is "them"?
 4   A. GEC. Global e-commerce.
 5   Q. So this is Brenda trying to get one internal
 6      department to give their algorithm to another internal
 7      department?
 8   A. The e-commerce side to the store side, yes.
 9   Q. So this doesn't refer to trying to get a third
10      party to share an algorithm with Walmart?
11   A. No, doesn't.
12   Q. On the same page that ends in 578, up above,
13      there's another note from August 15th, I believe, at
14      2:21 p.m. Do you see that one?
15   A. Yep.
16   Q. And it says, "Finance wants data to help, but
17      it comes across as not trusting."
18      Do you see that?
19   A. Yes.
20   Q. And then underneath that, you say, "Kelly
21      would be interested in Rahul's perspective. Ckristian
22      cannot be the scapegoat. This is a leadership issue."
23      Do you see that?
24   A. Yes.
25   Q. What does your note mean when it states,
```

| 2019-05-30 | Cherian, Nikhil | Page 227 |
|---|---|---|

```
 1      "Finance wants data to help, but it comes across as not
 2      trusting"?
 3   A. Can I see the native version, please?
 4   Q. Yeah, let's find it.
 5      That's weird. The printout probably has a -- it
 6      seems like it's repeating --
 7   A. This would be --
 8   Q. -- information.
 9   A. -- the same speed pilot dashboard --
10   Q. Okay.
11   A. -- work.
12   Q. All right. Let's turn -- in the hard copy,
13      we're going to turn to the page ending 550, and while
14      you get there, I can try to pull this one up as well.
15      So I want to draw your attention to the
16      May 9th, 2017, note at 10:05 a.m., and I can show you
17      the native version as well. Do you see that?
18   A. Yes.
19   Q. And the title of that is "Stephen Horsey one
20      on one"; right?
21   A. Yes.
22   Q. Who is Stephen Horsey?
23   A. At that time, he was a peer of Kelly.
24   Q. Did you work with him as well or --
25   A. No, it was just a meet-and-greet. I was
```

| 2019-05-30 | Cherian, Nikhil | Page 228 |
|---|---|---|

```
 1      introducing myself to the team.
 2   Q. And one of your notes underneath says, "Win in
 3      fresh has been around for two years, and Kelly has been
 4      for a year, but there have been no major wins in fresh
 5      area so far."
 6      Do you see that?
 7   A. Yes.
 8   Q. Is that a note you took of your own
 9      impression, or is that a note reflecting what Stephen
10      Horsey communicated to you?
11   A. Are you asking if those are Stephen Horsey's
12      exact words?
13   Q. No.
14      Is that a -- not -- not necessarily the exact
15      words, but is that an impression that Stephen conveyed
16      to you, or is that your own impression of a larger
17      conversation with Stephen?
18   A. I don't remember. It may have been either. I
19      don't know.
20   Q. But either way, based on your note, your
21      understanding at that time was there'd been no major
22      wins in fresh in the past two years; right?
23   A. According to him -- Stephen Horsey, yeah.
24   Q. Okay. So according to Stephen; right?
25   A. That's the perception that I took away from
```

1    the meeting, but I don't know if he said that or if I
2    wrote that based on my own understanding from the
3    meeting.
4    **Q.  Okay.  Did you feel that there was pressure**
5    **to -- to succeed in fresh given that there'd been no**
6    **major wins in fresh for two years?**
7    MS. BLITZER: Objection to form.
8    **A.  I'd say that's true for every single person**
9    **above director level at Walmart.**
10    THE REPORTER: About what? "Every single
11    person about..."
12    THE WITNESS:  Above director level at Walmart.
13    **Q.  (By Mr. Hardt) And part of your role, then,**
14    **was to get Walmart a win in fresh; right?**
15    **A.  Yeah.**
16    MS. BLITZER: Objection to form.
17    Q.  (By Mr. Hardt) You can answer.
18    A.  That's right.
19    Q.  We go forward to the page ending in Bates 553.
20    This is a May 18th, 2017, note.
21    This is a May 18th, 2017, note from 12:00 p.m.,
22    and the title is "fresh flow."  Do you see that note?
23    A.  I do.
24    Q.  Okay.  How did this note originate?
25    A.  How did it originate, meaning, was -- are you

1    asking if there was a meeting?
2    Q.  Right.
3    Was there a meeting with Kelly or some --
4    something like that?
5    A.  Sorry.  I just don't remember.  There's no
6    context given in the note.
7    Q.  So underneath, you say, "Kelly cannot be in
8    every room."
9    Do you see that?
10    A.  Yes.
11    Q.  And then underneath that, you say "manage,
12    prioritize, communicate, and drive the program."  Do
13    you see that?
14    A.  Yes.
15    Q.  So does that reflect your understanding of
16    your role in the fresh flow initiative?
17    A.  From an IT road map standpoint, yes.  Not all
18    fresh flow, no.
19    Q.  Okay.  So from an IT road map standpoint, your
20    role was to manage, prioritize, communicate, and drive
21    the initiative forward; right?
22    A.  Yes.
23    Q.  And then underneath that, you write, "Nikhil
24    is Kelly.  Fully dedicated program leader to all tech
25    projects."

1    Do you see that?
2    A.  Yes.
3    Q.  And is that referring to all the tech projects
4    within flow -- fresh flow?
5    A.  Everything on the IT road map, yeah.
6    Q.  And then underneath that, it says, "Nikhil has
7    accountability and authority from legacy via Kelly."
8    Do you see that?
9    A.  Yes.
10    Q.  Who is legacy?
11    A.  Legacy is just a leadership group at
12    Walmart -- Greg Foran and his directors, I think.
13    Q.  So the senior-most --
14    A.  Yes.
15    Q.  -- leadership at Walmart; right?
16    A.  Yes.
17    Q.  And so did -- did Kelly communicate to you
18    that you have her authority as passed down to her from
19    legacy?
20    A.  I think she was generally trying to encourage
21    me to represent her in the IT road map work.  I don't
22    know if there was an explicit order that went out from
23    legacy.  She was just generally saying.
24    But she made it clear to you that you were
25    accountable and had authority from legacy to move this

1    project forward from an IT road map standpoint; right?
2    A.  She was making it clear here, yes, but, again,
3    more as a general means to encourage me.  I don't
4    believe a detachment out of legacy.
5    Q.  Okay.  Was there political pressure at Walmart
6    that hurt your ability to -- to develop a solution in
7    the space?
8    A.  Could you explain what you mean by "political
9    pressure"?
10    Q.  Sure.
11    Did you feel that there was competing pressures
12    from different groups that hurt your ability to develop
13    a fresh flow solution?
14    A.  That hurt my ability?  No.
15    Is it a large, complex organization?  Yes.
16    THE REPORTER:  Say that last sentence.  "A
17    large..."
18    THE WITNESS:  Complex.  Complex organization.
19    Q.  (By Mr. Hardt) Were you frustrated working on
20    the fresh flow initiative?
21    A.  Absolutely not, no.
22    Q.  If you turn to the Bates page ending in 581,
23    near the top of the page you've got a 1:47 p.m. note
24    from Friday, September 15th, 2017.  Do you see that?
25    It's, maybe, 10 lines down or something.

| 2019-05-30 | Cherian, Nikhil | Page 233 |
|---|---|---|

1   A.   Yes.
2     Can you open it up on here too?
3   Q.   It looks like the title of that note is
4     "Ed/Kelly discussion"; right?
5     I've pulled it up natively there, and it looks
6     like the title is "Ed-Kelly discussion." Do you see
7     that?
8     And what's the first line of that note?
9   A.   "Need to make changes."
10   Q.   And what did you mean when you said "need to
11     make changes"?
12   A.   I think this was when they communicated to me
13     that I will not be on the project anymore.
14   Q.   Ed and Kelly communicated that to you?
15   A.   Yes.
16   Q.   And the next line -- or -- or one of the lines
17     below that says, "Not what was hired for. Why not
18     continue in retail tech as senior director?"
19     Do you see that?
20   A.   Which line is this? Sorry.
21   Q.   Excuse me. It's in different order on this
22     printout.
23     It looks like it's the second from bottom line
24     where it says -- starts "not what was hired for."
25     Do you see that?

| 2019-05-30 | Cherian, Nikhil | Page 234 |
|---|---|---|

1   A.   Uh-huh. Looks like a list -- my own list I
2     had made for myself, that this was not what they had
3     told me. This was my own notes for myself as to what I
4     say there, I think.
5   Q.   Okay. So -- so when you were hired at
6     Walmart, you would characterize it as not being hired
7     to work on the fresh flow initiative?
8   A.   I don't know what context I had written that,
9     to be honest.
10   Q.   Okay. And on that same page, you write "out
11     of the political storm regarding my role." Do you see
12     that one?
13   A.   Yes, I do.
14   Q.   What is "the political storm regarding your
15     role" that you're referring to here?
16   A.   Well, there was different groups -- there was
17     a different group forming that had product title, and
18     they were the liaison between business and IT. They
19     knew I was already doing that kind of role; so that was
20     the political storm I was referencing.
21   Q.   So who was -- which departments were -- was
22     the political storm between?
23   A.   Product.
24     So you see -- you see on the first line, "30
25     percent political reason to keep Cameron and

| 2019-05-30 | Cherian, Nikhil | Page 235 |
|---|---|---|

1     Jerritt/Ashley happy"?
2     I think Cameron was at -- was heading up the
3     product group.
4   Q.   Do you feel like that political storm was
5     hindering your ability to accomplish your goals in
6     fresh flow?
7   A.   No, there was more internal than -- no. That
8     wouldn't hinder fresh flow objective, no.
9   Q.   What do you mean when you note, "Makes me
10     concerned that pressure from Ed's old reports made him
11     succumb? What is the guarantee for the future?"
12   A.   As with any large organization, there were
13     other people -- other organizations who were doing
14     similar work, and they didn't -- they did not want me
15     doing it; so -- and some of those people were Ed's
16     former reports.
17   Q.   Did you get the sense that they put pressure
18     on Ed to move you out of this role?
19   A.   They mentioned it to him a couple times; so
20     it -- it was on his mind, and I had no way -- he didn't
21     tell me that. That was just my perception.
22   Q.   You also write that, "Mandate in fresh role
23     was too big. High chance of failure."
24     Do you see that?
25   A.   Which line is that?

| 2019-05-30 | Cherian, Nikhil | Page 236 |
|---|---|---|

1   Q.   If you look on the printout -- page 581 --
2   A.   Yes.
3   Q.   -- this is probably about 15 lines down -- do
4     you see the word "mandate"?
5   A.   I do.
6   Q.   Okay. And you write, "Mandate in fresh role
7     was too big. High chance of failure."
8   A.   Is it not on the -- on the native version.
9   Q.   I did not see this on the native version.
10     THE WITNESS: Can I still answer?
11   Q.   (By Mr. Hardt) Sure.
12     Let's -- let's focus on the printout for this
13     particular line.
14     I mean, you see in the printout --
15   A.   Uh-huh.
16   Q.   -- where it says, "Mandate in fresh role was
17     too big. High chance of failure"; is that right?
18     MS. BLITZER: And, Jonathan, to be clear, for
19     the record, this is not in the native -- this language?
20     MR. HARDT: I don't see it in the native for
21     this one.
22     THE WITNESS: I can still answer?
23     MS. BLITZER: If you know the answer.
24   A.   Yeah.
25   Q.   (By Mr. Hardt) So do you see that line --

1   A. Yes.
2   Q. -- we're referring to?
3      What -- what --
4   A. That -- that -- I was just -- that's, again,
5      my own notes for myself referencing the 22, 24 odd
6      projects that I was asked to handle without direct
7      ownership of any of them.
8   Q. And that would include the project for Walmart
9      to internally develop its freshness algorithm; right?
10  A. The cold chain one, yes.
11  Q. Did you communicate to anybody -- whether it
12     was Ed or Kelly or anyone else -- that you felt that it
13     was a high chance of failure?
14     MS. BLITZER: Objection to form.
15     What -- what are you referring to, "It -- it
16     was a high chance of failure"?
17  Q. (By Mr. Hardt) Let me rephrase the question.
18     Do you remember communicating to Kelly or Ed or
19     anyone else that you felt your role in fresh had a high
20     chance of failure?
21  A. I had general conversations with Kelly on how
22     I could hold people accountable without having any
23     ownership or having them reporting to me, nothing of
24     that sort, for 24 projects.
25  Q. So that made it a challenge for you to manage;

1      right?
2      MS. BLITZER: Objection to form.
3   A. No, I think I did my job well.
4   Q. (By Mr. Hardt) Sure.
5      But it was --
6   A. It was a challenge.
7   Q. It would have been more efficient if -- if you
8      had direct authority over everyone working on those
9      projects; right?
10  A. I think so, yes.
11  Q. Let's turn to the page that ends in 543, and I
12     know that document's hard to navigate; so while you get
13     there, I'll see if I can pull this one up and...
14     Looks like this is an April 13th, 2017, note with
15     the title "Produce Flow Technology Initiative Sharing"?
16  A. Yeah.
17  Q. You can see the native there.
18     Do you see that?
19  A. Yes.
20  Q. Okay. And you write, "Zest is a software
21     solution that helps us reduce waste in our supply chain
22     by tracking temperature and handling, giving feedback
23     and visibility at every point in the supply chain to
24     suppliers of Walmart."
25     Do you see that?

1   A. Yes.
2   Q. Where did you develop that understanding?
3   A. This is my first meeting, probably, in fresh
4      flow where there was -- there was a meeting that
5      someone else had put together where these individuals
6      that are named here came and talked about their
7      projects, and these are my notes from that meeting.
8   Q. Okay. And so you would have learned at that
9      meeting that Zest had a software solution; right?
10  A. According to Jeff Kerbs, yes.
11  Q. And I believe it's still in this note.
12     Do you see a note that begins "pilot with TNA and
13     Duda and got some mixed results"?
14  A. Yes.
15  Q. Okay. And it says "continued with Duda in AZ
16     in the winter."
17     That refers to Duda in Arizona; is that right?
18  A. I think so, yes.
19  Q. Okay. And then you write, "Second round came
20     out much more conclusive. Predicted shelf life
21     accurately 73 percent of the time."
22     Do you see that?
23  A. Yes.
24  Q. So you would have also learned at that meeting
25     that Zest's accuracy was 73 percent for shelf life

1      predictions, at that time; right?
2   A. According to Jeff Kerbs, yes.
3   Q. And you knew there was -- that pilot with Duda
4      was a lengthy pilot that Jeff Kerbs handled; right?
5   A. I was not aware of the length of time.
6   Q. And for the 2017 bake-off that you were
7      involved in, you knew that there was no other vendor
8      that had accuracy anywhere near 73 percent; right?
9   A. That's right. Neither did Zest.
10  Q. But you knew that, in prior work with Walmart,
11     Zest had accuracy at 73 percent; right?
12  A. According to Jeff Kerbs, yes.
13  Q. And you also learned, during your dealings
14     with Zest, that Zest's prediction was designed to skew
15     conservative; so some of the errors were errors in
16     predicting product -- product that was not as fresh as
17     it really was; right?
18  A. Sorry. Say that again.
19  Q. Yeah.
20     Zest's calculations were designed to be
21     conservative; right?
22  A. I don't know what you mean by that. Sorry.
23  Q. So if a retailer requires six days of
24     freshness at delivery, Zest's calculations would be
25     designed to be conservative in the sense that it would

1    always downgrade freshness in order to ensure that
2    there was at least six days of freshness delivered;
3    right?
4  A.  I do not remember hearing that.
5  Q.  You don't have a recollection of that?
6  A.  No.
7    MR. HARDT:  Why don't we take a short break?
8    It looks like they're turning the lights out
9    on us.  Let's make sure we don't get locked out or
10    something.
11    THE VIDEOGRAPHER:  We're going off the record
12    at 5:30 p.m.
13    (A recess is taken.)
14    (Plaintiff's Exhibit No. 173 is marked for
15    identification.)
16    THE VIDEOGRAPHER:  We're back on the record at
17    5:43 p.m.
18  Q.  (By Mr. Hardt) All right.  I've handed you
19    what's been marked as Plaintiff's Exhibit 173, which is
20    an October 30th, 2017, email between you, Denise
21    Sharpe, and Kelly Boyle and Stephen Steele.  Do you see
22    that?
23  A.  Yes.
24  Q.  Okay.
25  A.  Can you give me a minute, please, to read

1    through it?
2  Q.  Sure.
3  A.  Okay.
4  Q.  Okay.  So turning to the bottom email from
5    Denise Sharpe at 4:33 p.m. --
6  A.  Yes.
7  Q.  -- she says, "Nikhil, Steve"; and then in the
8    second sentence, she says, "Will you please put your
9    brilliant brains together and come up with some
10    ironclad slides to show why Zest isn't the top pick?"
11    Do you see that?
12  A.  Yes.
13  Q.  So her goal at this point was to convince
14    leadership that you were justified in not -- in
15    deciding not to go with Zest; right?
16    MS. BLITZER:  Objection to form.
17  A.  To show the results of the pilot.
18  Q.  (By Mr. Hardt) Yeah.
19    So -- so the goal was to show that you were
20    justified in not selecting Zest in the pilot; correct?
21  A.  Or justified in selecting someone else, yes.
22  Q.  Okay.  The last sentence of that paragraph
23    Denise says, "Now we need to arm leadership with enough
24    evidence for when Zest tries to fight our decision,
25    which we all know will happen."

1    Why was that a concern -- that Zest would try to
2    fight the decision?
3  A.  Probably the end of the relationship we had.
4  Q.  All right.  And the next paragraph she writes,
5    "Steve, you have all the data and know exactly how to
6    show that Zest didn't outperform the other vendors by
7    enough to offset their limitations, cost,
8    infrastructure needs, et cetera.
9    "And, Nikhil, you know how to articulate the data
10    in a way that allows leadership to feel comfortable
11    defending our decision.  Together you guys can set us
12    up for a win."
13    Do you see that?
14  A.  Uh-huh, yes.
15  Q.  What is your understanding of why you would
16    try to establish that Zest did not outperform the other
17    vendors by enough to offset their limitations?
18  A.  What my -- what is my understanding as to why
19    she's asking --
20  Q.  Yes.
21  A.  -- for that?
22    I guess there was a meeting, looks like, with
23    Zest.
24  Q.  Okay.  But your understanding is that Zest did
25    outperform the other vendors in the bake-off.  It's

1    just that they didn't outperform the other vendors by
2    enough, according to Denise; right?
3    MS. BLITZER:  Objection to form.
4  A.  I don't see where she says "Zest
5    outperformed."
6  Q.  (By Mr. Hardt) No.
7    But she says that the goal was to show that Zest
8    didn't outperform other vendors by enough; right?
9  A.  That's the whole point of an equitable
10    competition, yes.
11  Q.  Well, isn't --
12  A.  Somebody outperformed Zest.
13  Q.  But Zest was set up that they would --
14    according to Denise, Zest would have to outperform all
15    the -- not just outperform the other vendors but
16    outperform them by enough; right?
17    MS. BLITZER:  Objection to form.
18  A.  I'm not sure I'm understanding.  Sorry.
19    Can you rephrase that?
20  Q.  (By Mr. Hardt) Well, the next sentence says,
21    "And, Nikhil, you know how to articulate the data in a
22    way that allows leadership to feel comfortable
23    defending our decision.  Together you guys can set us
24    up for a win."
25    You see that; right?

1 A. Yes.
2 Q. What did you know in terms of articulating the
3    data in a way that allows leadership to feel
4    comfortable defending our decision?
5 A. Well, one of my skillsets is to convey complex
6    topics to a lay audience, and she was asking me to do
7    that -- not just vomit all data on them but show them
8    the results.
9 Q. Did you feel it was important to show them an
10    accurate reflection --
11 A. Absolutely.
12 Q. -- of the results?
13 A. Absolutely, yes.
14    (Plaintiff's Exhibit No. 174 is marked for
15    identification.)
16 Q. All right. Let's turn to the next document,
17    which is Plaintiff's Exhibit 174. This is an email the
18    next day between you and Stephen Steele; right?
19 A. Yes, looks like it.
20 Q. And Stephen Steele writes in the email,
21    "Nikhil, further to our earlier discussion, I have
22    included my thoughts regarding the POS discussion for
23    tomorrow's meeting."
24    You see that?
25 A. Yes.

1 Q. You think both are insignificant?
2 A. Yep.
3 Q. Did you run a statistical analysis to
4    determine that?
5 A. Stephen did, yes.
6 Q. Stephen did?
7 A. Yes. I believe that he said that, yeah.
8 Q. But he doesn't say that here, does he?
9 A. No.
10    I trust him to do his job; so -- he was the data
11    scientist.
12 Q. All right. Underneath that, "He says MAPE
13    equals one minus," and then he sets out a formula: ABS
14    times forecast minus actual divided by actual.
15    Do you see that?
16 A. Yes.
17 Q. Do you understand MAPE to be "mean average
18    probability error"?
19 A. Mean average percentage error, yes.
20    THE REPORTER: Mean average what?
21    THE WITNESS: Percentage error. Percent.
22 Q. (By Mr. Hardt) What -- what's your
23    understanding of the MAPE calculation and why you would
24    use it?
25 A. It measures error to -- error between forecast

1 Q. What is the POS discussion that he's referring
2    to?
3 A. I have no idea. He's a British gentleman. I
4    don't know.
5 Q. Do you think, maybe, he means "POC
6    discussion"?
7 A. Uh-huh, probably.
8 Q. Okay. And what is the meeting that he's
9    referring to -- "tomorrow's meeting"?
10 A. I think that was the meeting where leadership
11    was meeting with Zest, but I'm not sure.
12 Q. Okay. In the next line, Steele writes,
13    "Accuracy for the Zest freshness indicator is
14    negative .101 due to the error term being larger than
15    the actual."
16    The next one says, "Accuracy for Intellogistics
17    negative .152 due to the error term being larger than
18    the actual."
19    Do you see that?
20 A. Yes.
21 Q. So Zest, therefore, outperformed
22    Intellogistics, at least based on these metrics,
23    because its accuracy was minus .101, which is less than
24    minus .152; right?
25 A. No. I'd say both are insignificant.

1    and actuals.
2 Q. And he also writes, "Consolidated maps is
3    probably not a reliable metric given the large error
4    term."
5    What is consolidated maps?
6 A. I don't know what he means by that. Looks
7    like, maybe, it's consolidated MAPE.
8 Q. Okay. Did you discuss this with him?
9 A. I don't remember.
10 Q. And you don't -- and you didn't discuss
11    whether or not the accuracy values he includes here and
12    the difference between those accuracy values was
13    statistically significant; right?
14 A. I trusted him to do his job.
15 Q. Okay. And under "Technological" at the bottom
16    of the page -- do you see that paragraph?
17 A. Yes, yes.
18 Q. He says, "Zest: unable to provide in-transit
19    real-time data. Dynamic routing not possible as future
20    capability. Using Zest single-sensor solution."
21    Do you see that?
22 A. Yes.
23 Q. You in fact knew that Zest did have a dynamic
24    routing solution; right?
25 A. I had heard of it, yeah.

1 Q. Uh-huh.
2 Did you correct Stephen and let him know that this
3 was inaccurate because Zest -- you had heard of a
4 dynamic routing solution at Zest?
5 A. No. This was his take on it. This was his
6 opinion.
7 (Plaintiff's Exhibit No. 175 is marked for
8 identification.)
9 Q. Okay. I'm handing you what's been marked as
10 Plaintiff's Exhibit 175. This is an email from the
11 next day, on November 1st, 2017, from you to Kelly
12 Boyle copying Denise and Stephen; right?
13 A. Between me and Stephen, you said?
14 Q. So this is an -- at the top, this is a
15 November 1st email --
16 A. Yeah.
17 Q. -- from you to Kelly Boyle copying Denise
18 Sharpe --
19 A. That's right, yes.
20 Q. -- and Stephen Steele; right?
21 A. Yes.
22 Q. And you say, "I have two -- added two slides
23 that focus on getting cold check -- cold chain
24 technology right for Walmart."
25 Do you see that?

1 sensors were not more expensive than any of the other
2 vendors'; right?
3 A. No, I did not know. From what Denise told me,
4 they were more expensive --
5 Q. From what Denise told you?
6 A. -- than any other sensor, yes.
7 Q. Did Denise ever indicate to you that she
8 included software licensing fees and other -- other
9 extraneous expenses with Zest to make that number
10 larger?
11 A. She -- she gave me a projected three-year
12 cost: op ex and cap ex.
13 Q. Right.
14 In that projected three-year cost, would it
15 surprise you to learn that Denise included things like
16 software licenses that she did not include for the
17 other vendors?
18 A. My understanding was the total cost to Walmart
19 regardless of software, hardware, whatever, but --
20 Q. But you were just talking about the sensors in
21 this slide; right?
22 A. Say that again.
23 Q. You were just talking about the sensors in
24 this slide; right?
25 A. On that particular point, yes.

1 A. Yes.
2 Q. So these would be the two slides that Denise
3 asked about a couple of days earlier -- the ironclad
4 slides; is that right?
5 A. I believe so, yeah.
6 Q. And you say, "Slide 3 goes back to our
7 commitments before we started. Calls out learnings and
8 what we believe is the right tech for Walmart."
9 Do you see that?
10 A. Yes.
11 Q. Okay. Let's go to Slide 3, which is the Bates
12 page ending in 290.
13 This is the slide you created that you referred to
14 as "going back to our commitments before we started.
15 Calls out learnings and what we believe is the right
16 tech for Walmart"; right?
17 A. Yes.
18 Q. And in the slide, the first row here, when it
19 says "what we learned from the test" --
20 A. Yes.
21 Q. -- then you write, "RFID is expensive. Needs
22 ten times more equipment installed at every node,
23 including supplier facilities"; right?
24 A. Yes.
25 Q. You knew at this point that Zest's RFID

1 But RFID's expensive?
2 Q. Uh-huh.
3 A. Yes.
4 Q. Okay. And would it surprise you to find out
5 that Denise's underlying data showed that RFID sensors
6 from Zest were going to be almost twice or three times
7 as cheap per pallet as the other vendors'?
8 A. No, if the total cost was higher.
9 Q. Yeah, the total cost --
10 A. The sensors themselves were cheap.
11 Q. RFID sensors themselves were cheap; right?
12 A. Cellular was most expensive.
13 Q. That's correct.
14 A. Yep.
15 But the total cost to Walmart is what we were --
16 Q. Right.
17 A. -- concerned with.
18 Q. But here you say, "RFID is expensive."
19 A. Yeah.
20 Q. So that's only a half truth, right, because
21 the RFID by itself was not expensive. It was the RFID
22 plus all the software; right?
23 A. The RFID option --
24 MS. BLITZER: Objection to form.
25 Go ahead.

| 2019-05-30 | Cherian, Nikhil | Page 253 |
|---|---|---|

1    A. The RFID option, which was Zest --
2    Q. (By Mr. Hardt) Okay.
3    A. -- yeah.
4    Q. And that included the software for Zest's
5       algorithm and the charges for that, that Walmart had
6       decided not to use; right?
7    A. The total quote from Zest, whatever that
8       included, per Denise, yes.
9    Q. Okay. Would it surprise you to learn that
10      Denise showed the software costs for the other vendors
11      as zero, even the ones that had algorithms?
12      My question is unrelated to the slide.
13      Would it surprise you to learn that Denise showed
14      the software costs in her calculations for the other
15      vendors at zero, even when those other vendors also had
16      algorithms at issue in the bake-off?
17   A. Whatever --
18      MS. BLITZER: Nikhil, you can take as much
19      time as you need.
20   A. If the other vendors told her that there was
21      no software cost, then she would have put that in.
22   Q. (By Mr. Hardt) Do you know if she --
23   A. I trust her to do her job right.
24   Q. You trust her to do her job; right?
25   A. Yes.

| 2019-05-30 | Cherian, Nikhil | Page 254 |
|---|---|---|

1    Q. Do you know whether she asked the other
2       vendors if they had any software charges?
3    A. Personally, I'm not aware, no.
4    Q. Do you think it would be normal for a vendor
5       to give away their software for free?
6    A. I can't say one way or the other --
7    Q. Okay.
8    A. -- what "normal" is.
9    Q. Let's turn to the slide -- it's a couple of
10      slides forward. It ends in 293 of the Bates number at
11      the bottom.
12   A. Yes.
13   Q. Okay. So this is a -- I guess I can call it a
14      "matrix" or "illustration" with the scores for each of
15      the vendors, in this instance, the Emerson Wi-Fi, the
16      Emerson cellular, and then Zest RFID; right?
17   A. That's right.
18   Q. Okay. Do you know who created these scores?
19   A. I believe it to be Denise.
20   Q. Denise?
21      Were you involved in the -- developing these
22      scores?
23   A. By this time, I would have rolled off the
24      project. She would have probably shown it to me, but I
25      wasn't involved in building them.

| 2019-05-30 | Cherian, Nikhil | Page 255 |
|---|---|---|

1    Q. What's the difference -- you know, I see -- I
2       see in the first one where you're talking about data
3       clarity and consistency. You have -- for Wi-Fi, you
4       have a score of 5, and for cellular, you have a score
5       of 4.
6       What's the difference between a 5 and a 4? How do
7       you determine that?
8    A. I don't know.
9    Q. For agility, in the middle, she has Emerson --
10      the first Emerson as a 5, high; and she has Zest as
11      medium, 4.
12      What's the difference between a 5 and a 4 in
13      agility?
14   A. I don't know.
15   Q. Denise would have done that herself?
16   A. Yes.
17   Q. Did you ever ask how she came up with these
18      numbers?
19   A. If she would have told me, I don't remember.
20   Q. Okay. When it comes to in-transit alerts, she
21      puts that it's possible for Emerson Wi-Fi and gives
22      them a 4, and it's possible for Emerson cellular and
23      gives them a 4. Do you see that?
24   A. Yes.
25   Q. But that wasn't actually tested during the

| 2019-05-30 | Cherian, Nikhil | Page 256 |
|---|---|---|

1       pilot; right?
2    A. I don't know.
3    Q. Well, she writes here, "It's possible"; so
4       she's giving them a score of a 4 just because it's
5       possible; right?
6       MS. BLITZER: Objection to form.
7    A. I don't know how she came up with that.
8    Q. (By Mr. Hardt) Okay. And Zest gets a zero for
9       not possible, but you knew that Zest had dynamic
10      routing abilities?
11   A. I'm not connecting dynamic routing and
12      in-transit alerts. How do they connect?
13   Q. Dynamic routing is something that's -- routing
14      decisions made during the transit through the supply
15      chain; right?
16   A. I think she's referencing en route, not at a
17      node.
18      Zest -- it could -- it would need to be at a node
19      to transmit the information -- at a supply chain node
20      for the receiver to take the data and spit it out to --
21   Q. Okay.
22   A. -- any system.
23   Q. In the bake-off, do you have -- recall roughly
24      how many Zest sensors were tested in the bake-off?
25   A. No, I wasn't involved in the execution.

1  Q. Okay. Do you think it would likely be more
2     than 1,000?
3     MS. BLITZER: Object to the form.
4  A. I have no way of knowing.
5  Q. (By Mr. Hardt) Okay. Well, I can tell you
6     it's about 1,500.
7     So with that in mind, would it surprise you to
8     know that the number of Wi-Fi sensors that are shown
9     here as the winning candidate tested was less than 50,
10    as in only 50 pallets?
11 A. It surprises me that Zest needed that many
12    sensors.
13 Q. That's sensors per pallet. That means they
14    tagged 1,500 pallets.
15 A. I think it was because they had to put sensors
16    in multiple places within the same pallet.
17 Q. It was -- it's -- it's one per pallet, and
18    Emerson had less than 50 pallets.
19    So would it sound -- you talked earlier about
20    statistical significance.
21    Would it strike you as a statistically significant
22    difference in evaluation if one vendor is measured on
23    less than 50 pallets while the others are being
24    measured on 1,500? Isn't that a statistically
25    significant difference?

1  A. Generally speaking, both could be significant.
2     You do the math to get to that. 50 doesn't mean it's
3     low, but I -- I have no way of knowing if it's 50 or
4     1,500.
5  Q. Okay. You never did the --
6     MS. BLITZER: I think we're out of time.
7  A. No, I did not.
8     MR. HARDT: No further questions.
9     CROSS-EXAMINATION
10    BY MS. BLITZER:
11 Q. Okay. I have a few questions.
12    Mr. Cherian, I'm going to hand you back
13    Exhibit 164. Do you recall being asked questions
14    by Mr. Hardt --
15    MR. HARDT: Rachel, do you -- do you mind if I
16    have an opportunity to find Exhibit 164 --
17    MS. BLITZER: Absolutely.
18    MR. HARDT: -- just so I have in it front of
19    me?
20    Thank you.
21    What's the Bates number on 164?
22    MS. BLITZER: WM00035035.
23    MR. HARDT: Why don't you get started while we
24    find that?
25    MS. BLITZER: We can wait.

1     MR. HARDT: 35035.
2     Do you have a date for him?
3     MS. BLITZER: Sure. Top date is
4     June 29th, 2017.
5     MR. HARDT: 35035; right?
6     MS. BLITZER: Right.
7     MR. HARDT: I got it. Thank you.
8     MS. BLITZER: Counsel, I'll also be asking
9     about Exhibit 171, which is Walmart 00035770.
10    MR. HARDT: And do you have a date for that
11    one?
12    MS. BLITZER: October 9th, 2017, is on the
13    top.
14    MR. HARDT: All right. Matt, why don't you
15    start finding that one, and we'll go from there.
16    I think I'm ready. Thank you.
17    MS. BLITZER: Sure.
18 Q. (By Ms. Blitzer) Mr. Cherian, do you recall
19    being asked questions by Mr. Hardt about Exhibit 164?
20 A. I do.
21 Q. And turning to the second page of it, do you
22    recall that Mr. Hardt asked you a question about
23    whether your use of the word "influence" refers to
24    influencing Zest? Do you recall being asked questions
25    about that?

1  A. Yes.
2  Q. And specifically, in this email that we're
3     looking at here -- now we're on the page ending Bates
4     36 -- you had said, "I understand the POC is not
5     starting until August, but there are other suppliers
6     with whom Zest is conducting the berry test right now";
7     correct?
8     Do you see that?
9  A. Yes.
10 Q. And then you said, as Mr. Hardt had directed
11    you to, "I am sure there will be resistance; so we
12    should discuss how to influence."
13    Do you see that?
14 A. Yes.
15    MR. HARDT: Objection; form.
16 Q. (By Ms. Blitzer) And now let me direct you --
17    direct your attention to the bottom email on the first
18    page ending in 35.
19    Denise Sharpe responds to your email at 7:35 a.m.
20    Do you see that?
21 A. Yes.
22 Q. And Denise writes, "We would need to get the
23    merchant team, Yolanda, to ask suppliers for access to
24    their data. Zest will provide the data with the
25    suppliers' permission."

1     Do you see that?
2   A.   Yes.
3   Q.   So now let me ask you again: When you had
4     said in your prior email that, "There will be
5     resistance; so we should discuss how to influence,"
6     were you referring to resistance from Zest or from the
7     supplier?
8     MR. HARDT: Objection; form.
9   A.   My brain's fried. Give me a minute.
10   Q.   (By Ms. Blitzer) Sure.
11   A.   That'll be the supplier and the merchant.
12   Q.   And likewise, were you referring to
13     influencing Zest or the supplier?
14     MR. HARDT: Objection; form.
15   A.   Same question; right?
16   Q.   (By Ms. Blitzer) My -- my first question was
17     about who you had suspected there would be resistance
18     from. Now I'm asking about the second part of that
19     sentence -- about who you were talking about
20     influencing.
21   A.   The supplier and the merchant.
22   Q.   I'm now going to hand you back Exhibit 171.
23     Do you recall discussing that exhibit with Mr. Hardt?
24   A.   Yes.
25   Q.   This email chain is titled "Cold Chain

1     Compliance POC Results"; is that right?
2   A.   Right.
3   Q.   In the bottom email from Denise Sharpe, which
4     is on October 6, 2017, Denise is communicating the
5     final results of the bake-off; is that right?
6     MR. HARDT: Objection; form.
7   A.   The attachment that she's referencing here are
8     the results of the test.
9   Q.   (By Ms. Blitzer) So the bake-off is complete,
10     at this -- at this time; is that right?
11   A.   That's right.
12     MR. HARDT: Objection; form.
13   Q.   (By Ms. Blitzer) So then one day later, on
14     October 7th, 2017, you were asking Denise to receive
15     the shelf life versus prediction information; is that
16     right?
17   A.   That's right.
18     MR. HARDT: Objection; form.
19   Q.   (By Ms. Blitzer) And then two days later, on
20     October 9th, 2017, Denise responds to you; is that
21     right?
22     MR. HARDT: Objection; form.
23   A.   That's right.
24   Q.   (By Ms. Blitzer) And she says at the end of
25     her first paragraph that, "The issues we experienced

1     during the past two months -- weather, Zest using the
2     actuals to improve their algo, et cetera -- make the
3     POC results irrelevant."
4     Do you see that?
5   A.   Yes.
6   Q.   Do you know if Denise is saying here that the
7     POC results were irrelevant in the bake-off evaluation
8     or if they're now irrelevant for continued analysis as
9     of the date of her email: October 9th, 2017?
10     MR. HARDT: Objection; form.
11   A.   She's referencing what I had asked shelf life
12     was this prediction from week to postweek two. She's
13     referencing those results of the algorithm.
14   Q.   (By Ms. Blitzer) And do you know what she
15     means when she says that the POC results are
16     irrelevant?
17     MR. HARDT: Objection; form.
18   A.   Yes.
19   Q.   (By Ms. Blitzer) And what does she mean by
20     that?
21     MR. HARDT: Objection; form.
22   Q.   (By Ms. Blitzer) What do you understand her to
23     mean by that?
24   A.   That they were influenced by weather and Zest
25     using the actuals to change the algo.

1   Q.   And do you understand -- did you understand
2     her to mean that, as of Monday, October 19th --
3     October 9th, 2017, that the POC results were
4     irrelevant, at that point?
5   A.   POC results for the algo -- as it pertains to
6     the algo, were irrelevant, at that point, yes.
7   Q.   And so you had asked for access to those
8     results as of October 7th, 2017; is that right?
9   A.   That's right.
10   Q.   And is she telling you that at that time those
11     results are irrelevant? Is that what you understood
12     her to mean?
13   A.   Can you say that again, please?
14   Q.   Sure.
15     Did you understand Denise to mean, in her Monday,
16     October 9th, 2017, email, that the POC results were
17     irrelevant at that time?
18     MR. HARDT: Objection; form.
19   A.   I'm not understanding what you mean by "at
20     that time."
21     Is that leading up to the time or on that day
22     or...
23   Q.   (By Ms. Blitzer) I'm trying to understand
24     whether you understood Denise to mean that the POC
25     results were irrelevant to the entire bake-off or if

1  they were irrelevant as of October 9th, 2017, when you
2  were requesting access to them?
3  MR. HARDT:  Objection; form.
4  A.  POC results as it pertains to the algorithm
5  were irrelevant as of that day.
6  Q.  (By Ms. Blitzer) Okay.
7  MS. BLITZER:  I have no further questions.
8  REDIRECT EXAMINATION
9  BY MR. HARDT:
10  Q.  I have a few additional questions for you,
11  Mr. Cherian.
12  We're going to refer to these two exhibits; so if
13  you have 164 and 171 in front of you, we'll be all set.
14  MS. BLITZER:  Jonathan, we're going to keep
15  this pretty limited?
16  MR. HARDT:  I hope so.
17  MS. BLITZER:  Well, you've used up your seven
18  hours; so...
19  MR. HARDT:  I get to redirect -- I get to
20  recross him after your redirect.
21  MS. BLITZER:  Not for an unlimited amount of
22  time.
23  Q.  (By Mr. Hardt) Mr. Cherian, let me turn you
24  first to Exhibit 164.
25  You testified, in response to Mrs. Blitzer's -- or

1  Ms. Blitzer's questions, that the pressure would be
2  from the supplier and the merchant; is that right?
3  A.  That's right.
4  Q.  Who would the merchant be in this instance?
5  A.  Be Yolonda.
6  Q.  So -- and Yolonda is at the supplier; right?
7  So do you mean supplier and the merchant are the
8  same?
9  A.  No, Yolonda is a Walmart merchant.  Supplier
10  was someone else, whoever was in here.  Wish, I think.
11  Q.  And you're aware that the supplier's data
12  belongs to the suppliers and not Walmart; right?
13  A.  I'm not aware of those details, no.
14  Q.  You don't know one way or the other whether
15  Walmart's entitled to that supplier data or not; right?
16  A.  I don't know how their contracts are written
17  out.
18  Q.  Okay.  So you don't know?
19  A.  I don't know, but the merchant would know.
20  Q.  Let's turn to Exhibit 171.
21  Ms. Blitzer referred you to the sentence that
22  says, "The truth is the issues we experienced during
23  the past two months -- weather, Zest using the actuals
24  to improve their algo, et cetera -- make the POC
25  results irrelevant."

1  Do you see that?
2  A.  I do.
3  Q.  With regard to Zest using the actuals to
4  improve their algo, you understood that Zest's
5  algorithm was designed to use the actual retention
6  sampling results to hone the algorithm during real
7  time; correct?
8  A.  I don't remember ever hearing that, no.
9  Q.  You don't have any recollection of learning
10  that one of the novel aspects of Zest's algorithm was
11  the ability to actually use the retention sampling in
12  real time?
13  A.  No, it -- that would not be an equitable
14  competition.
15  Q.  So if Zest's algorithm was designed to -- to
16  use retention sampling data as part of the algorithm,
17  you would not allow them to do that in a -- in a test
18  of their actual algorithm?
19  A.  Not if the other suppliers were not given the
20  same actual data -- actuals data.
21  Q.  Well, if they have an effective solution that
22  uses the retention sampling data as part of the
23  algorithm, and that is the algorithm, don't you think
24  it's appropriate to test that algorithm as it's
25  designed to operate?

1  A.  Then that was news to Denise, because she was
2  surprised by that.
3  Q.  Did you discuss that with Denise?
4  MS. BLITZER:  Objection.  Getting beyond the
5  scope here.
6  A.  No, she just mentioned that there were some
7  issues relating to Zest using actuals, but I'm not
8  aware of the details.
9  Q.  (By Mr. Hardt) And do you recall whether, as
10  of this date -- October 9th -- that some of the data
11  from the POC for the Emerson sensors was not even in
12  yet?
13  MS. BLITZER:  Objection.  This is not
14  responsive to my questions.
15  Q.  (By Mr. Hardt) You can answer.
16  A.  I don't know.
17  Q.  You don't have any recollection of that?
18  A.  I -- I wasn't involved in execution; so I
19  don't know.
20  Q.  So you wouldn't know one way or the other;
21  right?
22  A.  No.
23  MR. HARDT:  No further questions.
24  MS. BLITZER:  No questions.
25  THE WITNESS:  Thank you.

1   THE VIDEOGRAPHER: The deposition is concluded
2   at 6:23 p.m.
3   THE REPORTER: Read and sign or waive?
4   MS. BLITZER: Read and sign.
5   MR. HARDT: And I just want to state for the
6   record that any confidentiality designations on the
7   Zest documents or Zest materials today should, you
8   know, be -- remain -- I don't know -- I don't know how
9   the transcript will ultimately be treated, but we
10  reserve all confidentiality designations on the actual
11  documents and exhibits.
12  MS. BLITZER: We'll certainly take that same
13  position for the Walmart documents, and let's just mark
14  the transcript as "highly confidential" for now, at
15  least.
16  MR. HARDT: No objection.
17  (The taking of the deposition is concluded.)
18
19
20
21
22
23
24
25

1   C E R T I F I C A T E
2   STATE OF OKLAHOMA )
3   ) SS: COUNTY OF TULSA )
4
5   I, Cassy Kerr, Registered Professional Reporter
6   in and for the State of Oklahoma, do hereby certify the
7   above-named witness was, by me, first duly sworn to
8   testify the truth, the whole truth, and nothing but the
9   truth in the case aforesaid; pages 1 through 272 of the
10  witness's deposition were reduced to writing by me by
11  means of stenotype, and the same was thereafter
12  transcribed under my direction and supervision; the
13  witness chose __X___ did not choose _____ to review the
14  deposition; the deposition was taken at the time and
15  place aforesaid; and I am not related to nor attorney for
16  either of said parties nor otherwise interested in the
17  event of said action.
18  WITNESS MY HAND THIS 9th day of June, 2019.
19
20
21  _____ Cassy Kerr, CSR,
    CCR, RPR, CRR, CRC, NP
22  Oklahoma CSR License No. 01367 Certification expires 12-31-19
23  Kansas CCR License No. 01697 Certification expires 06-30-19
24  Arkansas CCR License No. 800
25

1   CORRECTIONS TO THE DEPOSITION OF
2   NIKHIL CHERIAN
3   CASE STYLE: Zest Labs v. Walmart
4   DATE TAKEN: May 30, 2019
5   REPORTED BY: Cassy Kerr, CSR-OK, CCR-KS, CCR-AR, RPR, CRR,
    CRC, NP-OK
6   PAGE-LINE       CHANGE REQUESTED      REASON THEREFOR
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6   _____
7   NIKHIL CHERIAN
8
9   Subscribed and sworn to before me, this _____
10
11  day of _____, 2019.
12
13
14
15  Notary Public:_____
16  Commission Number:_____
17
18  Commission Expires:_____
19
20
21
22
23
24
25

# EXHIBIT B

**From:**      Nikhil Cherian
**To:**        Linda Vytlacil
**Sent:**      6/7/2017 12:05:29 PM
**Subject:**   Re: Fresh Flow Initiatives

Hi Linda,

Hope you are well. Here's one of the initiatives someone from your team may want to be involved - "Fresh Days of Life Algorithm". If you have a name I can forward the planner  Thank you!

Regards,

**Nikhil Cherian**
Director, Walmart U. S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174


On Jun 7, 2017, at 9:05 AM, Selena Hriz <Selena.Byrd_dixon@walmart.com> wrote:

Salutations:


The fresh flow product team would like to meet with you to discuss Fresh Flow strategy. We've identified the following initiatives that would fall under your domain.


Fresh Days of Life Algorithm/Metric – is to develop and test fresh days of life algorithms to provide estimated time to expiration by item.


We'd also like to understand who the corresponding business partners and 4 in the box members are so that we can have a broader conversation and schedule a update on the Fresh Strategy mid-June.


Feel free to forward to relevant people to the planner, as needed.

Thanks,
sn
<meeting ics>

PLAINTIFF'S
EXHIBIT
0152

PLAINTIFF'S
EXHIBIT
NO. 152

WM00057750

| | |
|---|---|
| **From:** | Nikhil Cherian |
| **To:** | Rahul Chowdhury |
| **CC:** | Denise Sharpe |
| **Sent:** | 8/11/2017 3:47:56 PM |
| **Subject:** | Re: Update for the week |

Rahul,

Denise and I are aligned on the need for an internal Freshness algorithm and starting work on it now to be ready during cost negotiations. I plan to represent this need on the 15th. Does this clarify? Is there anything else you need from us to get started?

Regards,

**Nikhil Cherian**
Director, Walmart U. S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

On Aug 11, 2017, at 11:13 AM, Nikhil Cherian <Nikhil.v.Cherian@walmart.com> wrote:

Thanks for the access, Rahul. Re. your response on the algo, we certainly want to build internally and now finally will have the data to do so. We will also have leverage when negotiating costs for the E2E cold chain with these tech vendors. If we start working on this now, I am guessing it would be a while before we land on something close to what the vendors claim they have.

If resources are the constraint, then I can get support lined up from Linda. She is already aware but I have not yet asked for specific names yet. I will reach out again.

Regards,

**Nikhil Cherian, Director** U.S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

**From:** Rahul Chowdhury
**Sent:** Friday, August 11, 2017 10:02 AM
**To:** Nikhil Cherian; Kelly Boyle
**Cc:** Mike Swatsworth
**Subject:** RE: Update for the week

Nikhil – My answers below in red:

**From:** Nikhil Cherian
**Sent:** Friday, August 11, 2017 9:56 AM
**To:** Rahul Chowdhury; Kelly Boyle
**Cc:** Mike Swatsworth
**Subject:** RE: Update for the week

Hi Rahul,



PLAINTIFF'S EXHIBIT
0154

PLAINTIFF'S EXHIBIT
154

WM00097671

Couple questions

1.  Is Stephen working on the Freshness algorithm and vendor scorecard/learning plan for the pilot? I did not see those items on the list (maybe it is a next week activity?). Your attachment shows him working on the cloud platform, we would rather have him do the Freshness algo. – Something that we brought up in the alignment check in this week. We are just getting the data and given the goal of PoC  (based on new learning plan), it does not require us to build on the algo (internal). We would be evaluating the vendor algo's which is a part of the evaluation. Our algo should be covered in pilot or actually as a parallel stream to PoC and pilot. But this plan needs more fine tuning. But we assume that's not an immediate priority and hence is a WIP.
2.  Will the E2E metrics provide inventory visibility issues at the FSC? Can I get a link to the dashboard? That may not have been Mary's ask but that is one of the RM's top pain point so just curious. _ I will ask Mariana to give you the needful access.  Sending a separate note for the same shortly.


Regards,

**Nikhil Cherian, Director** U.S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174



**From:** Rahul Chowdhury
**Sent:** Friday, August 11, 2017 9:47 AM
**To:** Kelly Boyle
**Cc:** Nikhil Cherian; Mike Swatsworth
**Subject:** Update for the week

Hi Kelly,

PFA the update for this week attached.  Over and above all that's on the update document, Nikhil and I coordinated on the Aug 15th project clarity and we are continuing to work through the week on the same.  I had shared the list earlier this week with you.   Please do let me know if you have anything on your mind not covered and will get that to you ASAP.

Thanks
Rahul

WM00097672

| | |
|---|---|
| **From:** | Rahul Chowdhury |
| **To:** | Kelly Boyle (KBoyle@walmart.com) |
| **CC:** | Nikhil Cherian (Nikhil.v.Cherian@walmart.com); Mike Swatsworth |
| | (Michale.Swatsworth@samsclub.com) |
| **Sent:** | 8/11/2017 9:47:18 AM |
| **Subject:** | Update for the week |
| **Attachments:** | Fresh flow update.pdf |

Hi Kelly,

PFA the update for this week attached.  Over and above all that's on the update document, Nikhil and I coordinated on the Aug 15th project clarity and we are continuing to work through the week on the same.  I had shared the list earlier this week with you.   Please do let me know if you have anything on your mind not covered and will get that to you ASAP.

Thanks
Rahul

WM00128385



# Flow- Fresh – Pilot

## To provide the best design for fresh flow to ensure we deliver the freshest produce

| Task | Description | Status | Owner |
|---|---|---|---|
| Upload and Maintain Dashboard | • To maintain the fresh flow pilot dashboard | • **Dashboard updated. We would be updating the views post steerco to ensure team's focus on the preparatory work for upcoming steerco.** <br> • **We provided to Alicia a list of data points we would like to have to get a more accurate overall calculation for the Freshness view (actual harvest and ship time stamps)** | Mu Sigma & Ckristian |
| Provide data to the Finance team to present results | • To work with Finance for miscellaneous request for Steerco deck | • **We have been meeting almost every day (War room sessions with Finance and Mike) to track progress, show updates and next steps, we've been delivering everything within scope and on time.** <br> • **This session enabled the content that will be given to Mike for the next steerco presentation** | Mu Sigma & Ckristian |
| Cost to serve support for Deloitte | • To help Deloitte to further their analysis for Cost to serve specific to the pilot | • **Based on the action items that Juan suggested we have delivered the ones that SCPA owns but the QC hours/activities/cost/, I'm following up with Gary Campisi to know if this information is available** | Ckristian |

Walmart
Save money. Live better.

WM00128386



# Flow - Fresh –E2E metrics

To identify the metrics that embrace the entire supply chain (field–stores) including imports, aligned to a single source of data and the associated calculation

| Task | Description | Status | Owner |
|------|-------------|--------|-------|
| Identify the Key KPIs and data sources | • To identify the key measurement criteria's for successful E2E measurement of fresh products | • Discussed with Mary and she would like to stay to current metrics till we stabilize on the report and back end.<br>• Supriya getting ramped up on this task. | Supriya Agashe |
| Build the Dashboard - prototype | • To develop a prototype to best help for E2E | • Last week we met with Jeff Coburn and Mark Chambers (per Ricks and Brad's request) to share with them the look and feel of the Tableau Dashboard and validate numbers, feedback was that numbers are matching theirs and calculations are correct<br>• We met with Mary this week, she requested to add 2 more metrics:<br>  • Add-ons for the FSCs<br>  • Late arrivals<br>• We got access to the Forecast data this week, working to have it as part of the dashboard an also to calculate DOS | Supriya Agashe |



WM00128387



# Flow- Fresh –Cold chain compliance

To identify the metrics that embrace the entire supply chain (field–stores) including imports, aligned to a single source of data and the associated calculation

| Task | Description | Status | Owner |
|---|---|---|---|
| POC Preparation Wk 27 | • To improve Walmart's perishable food quality, extend fresh product shelf-life, and ensure compliance with all company and governmental guidelines through the creation of a world class aggregated cold chain and freshness data ecosystem | • **Vendor and producer training at harvesting facility in California**<br>• **Visited cooling facility to understand the process**<br>• **Defined stakeholder KPIs to be evaluated during POC**<br>• **Vendor meetings to discuss data format and delivery** | **Stephen Steel** |
| Cloud Platform Development & Initial Data Collection Wk 28 | • Developed cloud based platform, partnering with Walmart Labs, to stage data, for subsequent analysis and began the data collection process. | • **Developed cloud based platform to stage data for the POC**<br>• **Established table structures for each vendor**<br>• **Initiated Dashboard production, partnering with Mu-Sigma** | **Stephen Steel** |
| QC Training and Initial Data Evaluation Wk 29 | • Understand the retention sampling and quality control process and provide vendor training to QC staff in GDC. | • **QC Training with Director Of Quality in Florida**<br>• **Training of QC Vendor in process and technology**<br>• **Continue to develop database structure and data ETL (Awaiting Data)** | **Stephen Steel** |

Walmart
Save money. Live better.

WM00128388



# Flow- Fresh –Perishable consolidation

| Initiative | Business Outcome | Status | Tools | Owner |
|---|---|---|---|---|
| Perishable Consolidation | • Consolidate in one truck different temperatures (FZ/DD or DD/Dry) to improve LOS<br>• Increase to day delivery to the stores | • **Need more clarity information on the perishable consolidation. We still do not have the asks yet.** | • Tableau and Excel Dashboard | Ckristian and Rohan |

WM00128389

**From:** Bk Vasan
**To:** Terri Shiery
**CC:** Rodney Greenfield; Nikhil Cherian; Denise Sharpe
**Sent:** 8/24/2017 5:35:37 PM
**Subject:** RE: Request for Resources

Terri,
I am meeting with Nikhil tomorrow to understand the ask and will let you know on the path forward.
Thank you,
bk

**From:** Terri Shiery
**Sent:** Thursday, August 24, 2017 3:07 PM
**To:** Bk Vasan
**Cc:** Rodney Greenfield; Nikhil Cherian; Denise Sharpe
**Subject:** Request for Resources

BK,

In the Flow quarterly prioritization meeting the Fresh Flow business team requested that we submit a request to your team for development of an algorithm that will calculate estimated freshness remaining for a product. Stephen Steel, of the data and analytics team has been working for months on developing a proof of concept. We feel it is now time to transition to the Data Platform team to ensure we have a scalable, production ready solution to support recommendations coming out of the cold chain compliance evaluation. The cold chain compliance evaluation and DC pilot will continue through the end of January. The decision to either purchase a service contract from the vendors to calculate freshness or to use the freshness algorithm that we're asking your team to develop needs to be made in December.

I'm not familiar with the intake process for your team, could you help us get this into the queue for your area to be evaluated? We have been tasked with coming back to the Flow leadership meeting in three weeks with estimated level of effort and tentative trade-offs or impact associated with assigning resources to complete this request by the end of December.

*Thank you!*

**Terri Shiery Program Manager**

**Walmart Labs – Business Engagement**
terri.shiery@wal-mart.com
Wal-Mart Stores, Inc.
805 Moberly Lane
Bentonville, AR 72716-0560
**Save money. Live better.**



PLAINTIFF'S EXHIBIT 0155

PLAINTIFF'S EXHIBIT 155
PENGAD 800-631-6989

WM00090498

| From: | Nikhil Cherian |
|---|---|
| To: | Denise Sharpe |
| CC: | Rahul Chowdhury; Ckristian Velez |
| Sent: | 6/29/2017 7:47:41 AM |
| Subject: | Re: Cold chain data for internal algo |

I think this should give Ckristian some lead time to start working on the internal algo before the POC. I will chat with him on his plan. We had a plan to get resources assigned for this work.

Thank you.

Regards,

**Nikhil Cherian**
Director, Walmart U. S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

On Jun 29, 2017, at 7:40 AM, Denise Sharpe <Denise.Sharpe@walmart.com> wrote:

Ok. Hopefully we can get permission. We just need to be ready to receive and house all the data. I'll work on this Monday.

Thanks!

-------- Original Message --------
Subject: Re: Cold chain data for internal algo
From: Nikhil Cherian <Nikhil.v.Cherian@walmart.com>
Date: Jun 29, 2017, 7:38 AM
To: Denise Sharpe <Denise.Sharpe@walmart.com>
Thank you. We can wait until next week when you are back.

Regards,

**Nikhil Cherian**
Director, Walmart U. S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

PLAINTIFF'S
EXHIBIT
**0164**

On Jun 29, 2017, at 7:35 AM, Denise Sharpe <Denise.Sharpe@walmart.com> wrote:

We would need to get the merchant team, Yolanda, to ask the suppliers for access to their data. Zest will provide the data with the supplier's permission. Can we wait until I'm back in the office next week to discuss or do you need an answer this week?

-------- Original Message --------
Subject: Cold chain data for internal algo
From: Nikhil Cherian <Nikhil.v.Cherian@walmart.com>
Date: Jun 29, 2017, 7:26 AM



PLAINTIFF'S
EXHIBIT
164

WM00035035

To: Denise Sharpe <Denise.Sharpe@walmart.com>
Hi Denise,

As Zest is preparing to expand to more suppliers and DCs, could we speak to them about sharing temp data with us so we could start experimenting with the internal algorithm? I understand the POC is not starting until August but there are other suppliers with whom Zest is conducting the berry test right now, correct?

I am sure there will be resistance so we should discuss how to influence. Thoughts?

Regards,

**Nikhil Cherian**
Director, Walmart U. S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

WM00035036

| | |
|---|---|
| **From:** | Nikhil Cherian |
| **To:** | Chris Sexton |
| **Sent:** | 6/12/2017 3:42:39 PM |
| **Subject:** | RFI response from Zest |
| **Attachments:** | Zest Fresh Walmart Flow Technology RFI Response - final 010517.pdf |

Hi Chris,

This should give you a good perspective on what we want to achieve and what's on offer from the tech vendors.

Regards,

**Nikhil Cherian, Director** U.S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174



PLAINTIFF'S
EXHIBIT

0165

PLAINTIFF'S
EXHIBIT
165

WM00069225

### Zest Introduction

The Zest solution architecture is a multi-layer solution comprised of three key components:

- Zest Platform
- Zest Applications (ex: Zest Fresh, Zest Delivery, etc.)
- Zest Software Services

### Zest Platform

The Zest Platform is the underlying core foundation for all Zest based solutions. It is designed and developed using the latest cloud based technologies and is modular in design allowing new technologies to be easily integrated as they are developed. This approach ensures Walmart is investing in a future proof, long-term, extendable solution for supply chain management.

The Zest Platform is a multi-tenant, data-driven system that allows rapid and flexible mapping of products, business entities and processes across the various constituents of the supply chain, enabling light-weight integration, context-sensitive consumable data, and real-time alert and messaging services. Zest is sensor-neutral allowing any device to interoperate with the Zest platform and offers industry standard based web service APIs for easy, yet secure, access to data and custom application integration. Zest supports unique data-ownership and sharing facilities, leveraging core capabilities that enforce data ownership and access rights based on organization and relationships between organizations, allowing applications to share data between trading parties and third parties for: traceability, product quality, purchase order management, and returnable-transport-item (RTI) tracking, i.e. RPCs and pallet tracking. A full technology oriented description of the Zest Platform is provided below in Appendix A.

### Zest Applications

Zest based applications leverage the capabilities of the Zest Platform while providing solution specific functionality. The Zest Fresh Solution is an example that provides product freshness management from harvest to store shelf. The Zest Fresh solution is a real-time process management and prescriptive analytics Cloud-based system, accepting data from multiple sources, as well as pushing alerts and corrective actions to a variety of applications and devices. Zest Fresh provides a solution to manage freshness from the field to the store shelf, significantly improving quality consistency by continuously monitoring key handling and processing conditions, and empowering workers through real-time feedback on how best to maintain ideal freshness by adhering to product specific processes, and accommodates freshness variations through intelligent routing.

### Zest Software Services

The successful deployment of a solution across the supply chain requires a services component which varies based on the specific solution. The Zest Fresh Solution includes Zest Software Services which is comprised of Application and Operation Services that are critical ongoing service components to ensure the solution success. The Application Services are supplier focused professional services that include ZIPR

WM00069226

Code algorithm calibration, Product Profiling, Business Process Mapping, Zest Fresh Mobile App customization and KPI optimization. The Operation Services include Runtime Operations (including server monitoring and maintenance, Zest Fresh application maintenance and data security and backup services), and Supplier Network Monitoring which provides remote Zest Fresh network monitoring and device management services for suppliers (especially beneficial for small and medium size suppliers – and even some large suppliers).

WM00069227

## Data Collection & Accuracy

### *1. Describe the "ecosystem" architecture and how it would / could link to multiple sources (other sensor providers, Walmart data sources etc.)*

Zest Response:

The Zest Fresh Solution leverages the Zest Platform capabilities to provide a real-time process management and prescriptive analytics Cloud-based system, accepting data from multiple sources, as well as pushing alerts and corrective actions to a variety of applications and devices (i.e. Web dashboards, mobile apps, email and text alerts, application interfaces, and regular reports). Zest Fresh provides a solution to manage freshness from the field to the store shelf, significantly improving quality consistency by continuously monitoring key handling and processing conditions, and empowering workers through real-time feedback on how best to maintain ideal freshness by adhering to product specific processes. Zest Fresh accommodates variances in freshness by providing an intelligent routing solution that matches actual freshness (pallet/case level) with required freshness for each destination or purchase order. By combining continuous product monitoring at the pallet/case level, with real-time interaction and feedback combined with intelligent routing, Zest Fresh significantly improves quality consistency which results in an improved consumer experience and reduced retailer waste from early spoilage. Additional in-direct benefits include better store on-hands inventory replenishment accuracy, reduced bad/wasted transport miles for shipping product that will not sell, reduced labor in culling spoiled product, reduced land-fill impact, improved sustainability from grower through to store, and improved transparency for actionable recalls and consumer awareness related to product sourcing.

Zest Fresh architectural features that enable a market leading solution;

- Product profile management by product type, variety and harvest location
- Product requirement database for each destination as identified by purchase order – contains product configurable requirements such as color, size, weight, count, varietal specifics and remaining days of shelf life.
- Integrated field scouting application (Android) that collects pre-harvest and harvest field conditions (soil, irrigation schedule, weather, product maturity, etc.)
- Data source (sensor) and data capture technology neutral, allowing any device to interoperate with the Zest Platform using a light-weight, standards based plug-in model
- Standards based RESTful Web Services APIs providing easy access to data and custom application integration.
- Message based transactional cloud architecture enables real-time processing and feedback (alerts, dashboards, mobile apps, etc.) while easily and cost effectively scaling to support supply chain requirements. Performance and scalability is not constrained like traditional relational database architectures.
- Supply chain entities are separate organizations within Zest with full ownership

WM00069228

and control of their own data.  Zest supports permission based data sharing across organizations as defined by each organization's business relationships and predetermined data sharing rules.
- Segmented record mapping to separately secure producer and retailer data while providing full traceability (*patent issued*)
- Zest mobile application Occasionally Connected Framework (OCF) enables mobile applications to function in both connected and disconnected network operational environments.
- End-to-end instant authentication and traceability through association of each handler's tracking number and encrypted device ID.
- Device-to-Cloud authentication and encryption to maintain data security and integrity.
- High Availability Architecture (geographically replicated Clouds) with failover and "warm" replication capabilities.
- Zest architecture enables multiple data sharing applications across supply chain trading partners, including applications for: product traceability, product quality, purchase order management, and returnable-transport-item (RTI) tracking, i.e. RPCs and pallet tracking.

## 2. *What sensor providers are you currently working with*

**Zest Response:**

Zest is sensor-neutral and supports both Intelleflex (Zest Labs) and other third party devices. Despite decades of sensor evolution, the sensor market is still in its infancy, with no clear industry or de facto standards. Zest accounts for this and is designed to allow any sensor device that meets specific business and operational criteria to be incorporated into the Zest Fresh solution using Zest's plug-in support for device data processing.

Zest Fresh currently works with;

- ThermoWorks Bluetherm temperature probe
- Atago digital refractometer
- Escali Bluetooth scale
- Verigo Bluetooth pods – temperature and humidity
- Zest captures barcodes, pictures and user data using applications running on Zebra (Motorola) Android based devices and can support other hardware and OS based devices as needed.
- Intelleflex RFID and Bluetooth devices with one or more sensors; temperature, humidity, light (shock & vibration as a working prototype)
- Additional sensors and hardware devices can be supported by Zest.

WM00069229

The Zest Fresh solution depends on sensor device data that is reliable, consistent, autonomously collected, and cost-effective for pallet/case level deployment. Zest Fresh can work with any device or sensor provider, but stresses the need to meet the following criteria to produce a reliable solution.

Sensor criteria;

Reliable and safe – A device enclosure that will meet the demanding environment of the fresh food supply chain.

- waterproof enclosure (IP67 rated),
- broad operating temperature range (85C to -30C),
- drop resistant (6 feet to concrete)
- food safe materials (food safe plastics)
- No handling issues that may affect worker safety

Consistent – A device must collect data in a consistent manner, such that the sensor data consistently reflects the its intended environment.

- temperature sensor must remain calibrated over the prescribed use period (Intelleflex is calibrated for 2 years, in partnership with Texas Instruments).
- temperature sensor placement must effectively reflect the product temperature, not just the environment temperature (sensor must be mounted on enclosure, not printed circuit board, and enclosure must minimize insulation), and temperature response curve should be fully characterized.
- time base (internal clock) must be accurately maintained across extreme temperature variations (85C to -30C) to be within +/- 1 minute per month accuracy.

Autonomously collected data – A device must properly capture the sensor data, store the results for a prolonged period, and upload the sensor data to the Cloud solution autonomously. Any worker required interaction to collect data significantly reduces the completeness of data capture and increases labor costs, and thus reduces the value of the solution. For real-time feedback to empower workers to maintain ideal freshness, data needs to be dependably collected at the beginning and completion of each process step. This requires an automatic and highly reliably wireless communications technology.

- Capture data in real time at the beginning and completion of each process step. This means the devices are read on-demand, not a scheduled push of the data to the Cloud (often on a predetermined schedule that will not match process start and completion timing). To affect the worker performance, the data must be available in seconds from process start or completion. The same is true at critical decision points, such as loading the trailer – current sensor data must be read on-demand to validate what is loaded on the trailer meets the retailer's requirements.
- Wireless technology must work in a high-density device environment, such as a warehouse that may have hundreds or thousands of devices (one on each pallet or RPC). This means "beaconing" technology is not reliable, as the independent beacons from each device often "collide", and the wireless receiver will only hear

WM00069230

garbage. Bluetooth technology also transmits in the same frequency band as existing WiFi technology, and large numbers of devices beaconing may cause issues with existing WiFi devices. The supply chain industry has settled on RFID as the preferred solution, as the access point (reader) initiates the communication to the device, meaning thousands of devices are supported.

- Low effort – the device communication should not require significant worker effort, as this leads to missed data collection and added labor cost. This is the case for "plug-in" devices that require the device to be plugged into a reader module – workers often skip this step when busy. This also means the device does not stay with the product throughout the supply chain – leading to inconsistent data. The device should also not require recharging of batteries, as the added labor leads to cost and incompletely charged batteries, which results in loss of data.
- Unrestricted use – the devices should be safe for air cargo use, as high value food products are often shipped by air. The devices need to be third party certified as FAA safe (FAA does not provide their own certification). The devices should also be easily used internationally (may be limitations on cellular devices), as much of our food is imported.
- Device authentication and encryption – device should provide advanced authentication (typically a hidden, algorithmically defined 256-bit key) and advanced data encryption (combination of time and key) to ensure device authentication (eliminates counterfeit devices) and data security throughout the supply chain. This includes support for future Blockchain integration.

As mentioned above, Zest does accommodate a variety of other data sources, such as barcode readers, measurement devices, PC bridge devices (to harvest ASN info when labels are printed), Web Metadata, and mobile device applications. For each data source, Zest Fresh attaches a data integrity score, such that trusted devices that are authenticated and provide encrypted data reflect the top score, and unsecure devices or data sources that have risk of tampering, reflect a lower score.

## 3. Describe your in-transit connectivity (grower to DC and DC to store)

Zest Response:

The in-transit segment is a rapidly evolving space for sensor and communications technologies. Fortunately, Zest's open framework for supporting new sensors and devices enables a future proof approach as technology evolves in this space. Zest Fresh currently supports multiple hardware devices for tracking product from harvest to the store. Each device may include different sensors and/or communication technologies, and are available at different price points. Zest Fresh currently supports RFID connected sensor devices, as they are the most cost effective for supply chain pallet/case level monitoring, and Bluetooth connected sensor devices for in-transit

WM00069231

monitoring (a combination RFID and Bluetooth sensor device is in development). For the Flow Technology bid, Zest Fresh can offer a suite of sensor technologies that enable supply chain visibility across all food product types:

- RFID connected sensor tags, which continuously collect in-transit data that is read when the product is unloaded. This is the most cost effective technology where process mapping (grower or processor), portal detection (loading and unloading transitions) and high tag counts (>100) are needed. Ideally suited for grower process management and grocery DC device data collection.
- Bluetooth connected sensor tags, for uses where small tag counts (<50) are possible and no infrastructure (or very low cost infrastructure) is needed (can use mobile devices to access and forward tag data). Ideally suited for in-transit (trailer) and store data collection.
- Bluetooth and RFID combo connected sensor, which can communicate with a bridge device (Bluetooth Concentrator) to push data to the Cloud while in-transit, while still supporting proper communication using RFID at the grower and in the GDC (where Bluetooth beaconing can be disabled as it will not work reliably with the higher numbers of devices, within the existing process flow, or may interfere with existing WiFi networks). This combo tag provides a merge of the "best of both worlds", benefiting from RFID for process mapping, portal detection and high tag counts, while using Bluetooth in low tag count environments (trailer or store).
- Trailer Bluetooth Concentrator device which will collect Bluetooth beacon device data for all tagged pallets/cases on the trailer during transit, and forward the data intelligently (both on alarm or schedule) to the Cloud via a cellular modem. This device also includes GPS and environmental sensors for trailer air temperature, humidity and light (a proxy for trailer door open/close).
- Support for third party bridge devices (i.e. OrbComm, GE Veriwise) – many recent refrigerated trailers include intelligent communications (telematics) support within their controller architecture. Zest devices can be modified to use these intelligent controllers as communication bridge devices.

Zest Labs, through its Intelleflex hardware platform, has extensive experience in not only sensor and wireless communication technologies, but also in designing and manufacturing hardware devices to meet the demanding food supply chain application requirements that are necessary for a robust and reliable solution. As new third party devices become available that also meet these needs, Zest is ready to support them.

WM00069232

4. *Describe key algorithms that will help Walmart to make decisions -- and at what points in the  process are they actionable*

Zest Response:

The Zest Fresh Solution implements several key concepts and algorithms, listed below, to deliver a comprehensive freshness management solution. One of the primary key concepts is the ZIPR code (Zest Intelligent Pallet Routing) (*patent pending*), which represents a product's remaining freshness and which normalizes the variety of quality scores for each process step, and for each product profile type, to derive a single freshness metric. A product's ZIPR Code, or freshness metric, can then be compared to predefined freshness requirements in the form of "Target" or "Required" ZIPR Codes at critical decision points in the supply chain, for example, at supplier shipping and GDC receiving.  In measuring a product's freshness, it is important to quantify the initial product condition and measure the relative impact of the different handling and process adherence for each product type. However, if the impacts are not normalized, then trade-offs at decision points are not easily managed. Zest Fresh uses a mapping of impact from the product profile database to normalize each product specific impact, enabling simple trade-offs, such as intelligent routing. An example is a grower may have two varieties of strawberries, either which can be shipped to the retailer. However, the handling (temperature) impact of each may differ, and when determining whether the handling history will support shipping to a distant GDC, a trade-off needs to be made across the available product. Zest Fresh does this automatically, as each ZIPR code is dynamically calculated per the specific product profile, resulting in a normalized ZIPR code and an easy determination of which pallet will best meet the retailer's requirement. This normalized ZIPR Code becomes even more critical at the retail receiving DC where hundreds, if not thousands, of products are received daily.  Each product's quality condition and prior handling are accounted for within a normalized ZIPR Code representing the product's freshness and can be easily compared to predefined freshness requirements in the form of "Required ZIPR Codes" enabling accept/reject decisions can be made in real-time.  For accepted product, the product's ZIPR Code can then be used for inventory rotation and store routing decisions. The same ZIPR Code follows the product through the DC to the store to guide store associates in merchandising decisions.

The ZIPR Code algorithm is product, variety and geography specific, meaning each product variety harvested from different pack house locations has its own algorithm identifier that is part of the Zest "product profile".  In addition, Zest is designed with a "Plug-In" architecture to allow 3rd party algorithms to be used to calculate the ZIPR Code.  These plug-in algorithms can be developed by Walmart, the supplier, or in combination with many of the research universities working in this space, and used on an as-needed basis. Zest provides a default ZIPR code algorithm that uniquely benefits from dynamic calibration (patent pending) based on actual results of product shelf life recorded through retention sampling protocol.

The field scouting application is another concept/approach which helps calibrate the

*Zest Labs Confidential*

WM00069233

ZIPR Code by establishing a product's initial harvest condition and expected shelf life on a daily and lot/field basis. The total shelf life may be impacted by soil conditions, harvest temperature (past 24 hours), irrigation schedule, weather, and harvested product size, weight, color and texture (product maturity). The concept of including field scouting application data enables Zest Fresh to correlate any poor performing products with either a handling or harvest condition history. This improves quality consistency and predictive performance. Zest Fresh is testing photo-analytic quality assessment technology to improve data capture of size, color, texture and imperfection characteristics in a more efficient and standardized process for the growers (patent pending).

Another key concept is the real-time feedback supported by Zest to enable supplier associates to maintain process adherence, and prioritize pallet processing. While traditional weekly or monthly reports are helpful to identify systemic problems, the managing of each pallet can only be impacted with real-time data and feedback. Pallet level real-time data improves process adherence resulting in improved quality consistency (manage what is measured approach), which has been identified as a leading contributor to waste.

Key Concepts in Zest Fresh

- ZIPR code as a freshness metric
- Field scouting application to capture product harvest condition and establish initial expected shelf life and product characteristics
- Real-time grower process feedback
- Remote visibility for Walmart on loading of each pallet at grower/supplier location, verifies load count and shelf life meet purchase order requirements at time of loading – not waiting until GDC delivery.

Key algorithms

- ZIPR code algorithm – dynamically calibrated (*patent pending*), and varies by product type, variety, location and past performance – effectively multiple algorithms within a single architecture (Zest support multiple algorithm sources through a plug-in architecture, with a default algorithm defined by Zest).
- Intelligent routing algorithms (*patent pending*) that optimize product freshness across demand (orders) and simplify inventory management (including both storage space and pallet moves).
- FEFO inventory management at GDC and store
- Grower process adherence –
  - o Pre-cool prioritization
  - o Pre-cool process management (monitor pre-cool process in real-time to optimize cooling and alert personnel on cooling events, i.e. pre-cool complete, incomplete, freezing alert, etc.).
  - o Alerts to pre-cool process adherence
  - o Alerts to transport from field to yard (exceeding cut-to-cool)
- Evaluation of device and process interaction to determine and thwart improper use – possible cheating – through Cloud analytics (*patent pending*).

WM00069234

**5. *Describe the controls (permissions) that you would have in place to ensure that only certain stakeholder groups can access the appropriate level / source of data***

Zest Response:

Zest Fresh has combined a traditional user level security approach with a new segmented data approach, to deliver a unique, highly secure data solution. The traditional user level security approach authenticates users by login (with strong password) and optionally by device association (user restricted to specific devices for Zest access). A strong password is required for each user, and the password is stored in an encrypted form, such that it cannot be read by anyone else (must reset password to affect any change). The user may be assigned a variety of security levels, that enable different views of available data, as well as mobile application access (i.e. field scouting application, retailer QC application). Each user login is logged, as well as data access, for evaluating potential breaches.

Zest has strong security and authentication mechanisms (including support for Blockchain keys) across the wide range of devices and interfaces it supports. Zest uses a token-based, https authentication and encryption method for all interactive sessions. It has customizable password controls, allowing for strong to very strong credential criteria. For readers and devices, the system uses certificate-based authentication along with pre-registered identification credentials that can be administratively enabled/disabled. In addition to the above, it is possible to control access to Zest by additional criteria, including: organization, application, location, and device depending on solution requirements.

The multi-tenant nature of the platform (described in more detail in Appendix A) enables tight access control of data by embedding tenant identification into the core Zest data model. In effect, every entity – be this a user, location, device, sensor data, WS API data, etc., within Zest is associated to an owner organization. Further leveraging the tenant identification model, Zest supports an additional concept of custodial owner, that provides the ability to temporarily grant secondary ownership of that entity and its associated data and system interactions. The access grant can be defined as part of the relationship between two parties, as defined further by the subscription service agreed to by both parties. With this approach and model, it is possible to selectively share some, all or none of the data or information associated with a Zest entity. The sharing can span multiple organizations and over short or long periods of time

Zest Fresh implements a segmented data approach (*issued patent*) for product that travels from the grower to an outside customer. The concept is to allow for continuous data evaluation from start to current readings – to calculate the ZIPR code, or to validate traceability – but only allow specific access to low-level records of sensor readings to the owner of the product at that time. To do all of this within a single data record (as multiple copies of the data may lead to inconsistencies), required a new segmenting approach that was built into the Zest Fresh architecture, and was awarded

WM00069235

a U.S. patent for this feature.

On-premise data capture solutions are installed with an industry standard network security device (Cisco ASA5500 VPN/firewall) to protect devices from external access, while enabling encrypted monitoring and remote VPN support. ZEST integrates complete physical network security and device management as a specific software service, including all device configuration management, firmware management and health monitoring.

In addition to the security features, the Zest Platform has a High Availability architecture with redundancy built into the core design, supporting fail-over scenarios and system module/component resiliency. It is capable of zero-downtime system updates using a continuous deployment framework, complete with rollback options. We have no retention policy, i.e. everything is saved forever. Database and block storage backups are done daily, keeping 7 daily backups, 5 weekly backups, once a month snapshot (monthly + 5 weekly + 7 days) cross-geo archived. Database logs are moved to separate disk on closure and backed up daily per above regimen.

WM00069236

## Cost / Operational Effectiveness (DC to Store)

### *1. What is your hardware / software recommendation based on Walmart's scale (includes Suppliers, DC's and Stores)?*

Zest Response:

For further information see the estimated pricing model below.

### Software

- Supplier - Zest will host the Zest Fresh software solution
- Walmart – Zest will host the Zest Fresh software solution

### Hardware

- Infrastructure
  - Supplier – Standard Zest infrastructure hardware build out per location
  - GDC
    - Receiving
      - Standard infrastructure hardware build out for 30 dock doors
    - Shipping
      - No infrastructure hardware required
      - Tags "activated" by associate mobile application (associating tag ID with pallet or purchase order ID)
  - Store – No infrastructure hardware required, can be added if requested
    - Store receiving data collected by handheld device application (i.e. Zebra TC55 or equivalent device).
- Sensor Tags
  - DC to Store, see pricing model below
  - Grower to DC – RFID tag, 1 per pallet
  - DC to Store - Bluetooth tag, 1 per pallet
  - Combination RFID and Bluetooth tag, 1 per pallet
- Device
  - Trailer Bluetooth Concentrator, 1 per trailer

### *2. Describe the operational process at the DC and at the store*

Zest Response:

Walmart will receive value from the Zest Fresh Solution long before the shipment arrives at the receiving GDC.  At each step in the supply chain, starting with supplier

WM00069237

shipping, Zest Fresh will provide Walmart associates with information critical to managing the product freshness. As always, Zest Fresh uses a "manage by exception" process where Walmart associates are alerted when exceptions occur, though they can always view the current status using web-based dashboards to ensure product is within the expected process. The operational process and data flow is outlined below for each supply chain process step. (items marked with a clear bullet (º) are automated Zest functions requiring no manual intervention, items marked with a filled bullet (•) require user interaction). All product data related to process steps can be viewed in either supplier or retailer specific, web based dashboards or with device specific applications for mobile access.

**Supplier Shipping**

- Zest Fresh confirms pallet freshness (using the ZIPR Code) at supplier shipping and will provide Walmart DC associates and buyers (remote visibility via web-based dashboards) with product and PO related information as the pallets are loaded for shipment at the supplier. If pallets are loaded for a PO at the supplier and do not meet the PO freshness requirements (required ZIPR Code) or if the PO is shipped short, the appropriate Walmart associates will be notified (email, web-based notification or dashboard) and can take immediate corrective action.

**Supplier Shipment In-transit**

- For shipments using Zest Fresh Trailer Bluetooth Concentrator and Bluetooth equipped tags, Zest Fresh will monitor and record trailer location, temperature, humidity and door open/close events and each pallet's temperature and freshness condition. Walmart, the shipper and the carrier will be notified of any out-of-compliance conditions (temperature exceptions, unauthorized stops/starts, deviation from pre-defined route, etc.) so immediate corrective action can be taken.
- Walmart can use product freshness and estimated arrival time data to better manage inventory and reduce buffer stock.
- Zest records shipment data for FDA FSMA regulation compliance.

**CDC Unloading and Cross Docking**

- For Consolidation DC shipments, Zest will confirm each pallet ZIPR Code meets the destination GDC PO required ZIPR Code at CDC unloading and alert DC QC associates of any non-compliant pallets prior to cross docking so corrective action can be taken.

**GDC Shipment Arrival and Unloading**

- Zest Fresh Trailer Tag will be read at shipment arrival and DC Receiving and QC associates will be notified of PO arrival and dock door location. QC associates will be notified of any trailer level in-transit temperature issues immediately.
- Zest Fresh ZIPR Tagged pallets will be read upon unloading and Zest will confirm each pallet ZIPR Code meets the PO required ZIPR Code and alert DC QC associates (and other Walmart associates, i.e. buyers, if desired and the shipper) of any non-compliant pallets.

WM00069238

**GDC Receiving**

- When receiving each pallet, the Receiving associate (forklift driver) scans the pallet ZIPR Tag barcode and Walmart pallet label barcode (GLS label) using a Zest Fresh mobile Receiving App to associate the Walmart GLS pallet ID to the Zest ZIPR Tag ID. If the scanned pallet has an issue (non-compliant ZIPR Code or other identified handling issue) the Zest Fresh Receiving App will notify the receiving associate and instruct the associate to "flag" the pallet, simplifying the process of identifying non-compliant pallets for the QC associates.
- Zest exchanges the pallet ZIPR Code data with GLS for GLS to use as the pallet rotate date (in place of the Receiving associate manually entering the Best Use By Date as the rotate date – saving labor) as part of inventory management.
- *Future Roadmap Capability: Installing digital cameras at each dock door will allow Zest to use digital image processing capabilities, in combination with other pallet data, to perform case counts for each pallet, eliminating the need for receiving associates to perform manual case counts.*

**GDC QC**

- Zest exchanges each pallet's ZIPR Code with the Walmart Eden application, allowing the QC associates to prioritize their QC inspection.
- Zest will have previously notified QC associates of any non-compliant pallet ZIPR Codes or temperature events that occurred during transit.
- Zest tracks status of all received tagged shipments, and can help schedule and optimize QC associate support and response in real time. Zest reflects received shipment location by dock door, past history and possible compliance related issues, and current evaluation stauts.
- Eden exchanges PO QC inspection results with Zest for Zest to use as feedback for the ZIPR Code algorithm.

**GDC Put-away**

- The pallet is put-away using the normal Walmart process.

**GDC Order Picking**

- When filling a store order, the Walmart GLS system exchanges the following data with Zest which enables case level product traceability and freshness tracking, as pallets are broken down during picking:
  - Store Order #
  - Case quantity
  - GLS pallet ID for the pallet from which the cases were picked
  - GLS pallet ID for the newly built outbound pallet

**GDC Order Shipping**

- When the outbound pallet is built and ready to ship, the Walmart associate will place a new Zest Fresh ZIPR Tag on the outbound pallet and scan the ZIPR Fresh BTT tag (Bluetooth) barcode and the GLS pallet label to associate the ZIPR Tag to the GLS pallet ID.

**GDC Order In-Transit**

WM00069239

- For shipments using Zest Fresh Trailer Bluetooth Concentrator and Bluetooth equipped (i.e. Zest Fresh BTT) tags, Zest Fresh will monitor and record trailer location, temperature, humidity and door open/close events and each pallet's temperature and freshness condition. Walmart will be notified of any out-of-compliance conditions (temperature exceptions, unauthorized stops/starts, deviation from pre-defined route, etc.) so immediate corrective action can be taken.
- Zest records shipment data for FDA FSMA regulation compliance.
- For shipments not using the Zest Fresh Trailer Bluetooth Concentrator, the Zest Fresh BTT tags will record data throughout the trip, reporting the data to a Bluetooth host (mobile device, such as a TC70) upon arrival. The Bluetooth host will immediately forward the data (background mobile application) to Zest Fresh (Cloud), which will evaluate the data for potential alerts or actions.

**Store Arrival and Unloading**

- Zest Fresh BTT Tagged pallets will be read upon unloading and Zest will confirm each pallet ZIPR Code meets the order required ZIPR Code and alert store associates (and other Walmart associates if desired) of any non-compliant pallets or of any temperature events that occurred during transit. The Zest Fresh BTT tag will be read by a mobile handheld device (i.e. Zebra TC70), which will collect the tag data and forward to the Zest Fresh Cloud in the background – no active action taken by the associate.
- Product that requires attention will be highlighted on the Zest Fresh Store App (or Walmart equivalent mobile application). The app will display the product that needs attention so that the store associate can scan the PTI label on the product case. The Zest Fresh Store App will indicate to the store associate if the product is OK, should be marked down, or should be disposed of. The product status can also be monitored through a web dashboard, for the department or store manager, or remotely for logistics coordination. Zest can evaluate the impact of temperature excursions for each type of product included in the mixed pallet. For instance, a medium temperature excursion may impact two cases of raspberries on the pallet, but not impact four cases of lettuce on the same pallet. Zest will make that distinction based on evaluating the temperature impact according to the product profile and the ZIPR code of the cases impacted.

**Store Merchandising**

- At any time after being received at the store, as long as the product is still in the case, the store associate can use the Zest Fresh Store App to scan the case PTI label and the app will indicate if the product is OK, should be marked down, or should be disposed of.

**HACCP process support (TBD)**

- Zest can be customized to support HACCP process mapping based on Walmart specific requirements. Hand held device applications and dashboards will include HACCP specific data and alerts. Zest will maintain audit quality reports and data retention according to stated guidelines.

WM00069240

An important point to note from the DC and store process flow outlined above is autonomous nature of the Zest Fresh solution and the minimal impact to current operations. At the DC, the Receiving function includes a barcode scan but reduces the receiving time by removing the manual entry of the product rotate date. At DC shipping, a ZIPR Tag is scanned and applied to the outbound pallet which is a quick process. At store receiving, the store associate is only required to scan a case PTI label if an exception has occurred, otherwise no action is required. When merchandising the product, the store associate only needs to scan a case PTI label to receive direction on how to merchandise the product. All other operations are autonomous with no impact to current processes.

### a. What training / operational support would you provide?

Zest Response:

**Training**

- The Zest Fresh Solution is designed to be highly automated resulting in training that can be conducted quickly and easily retained by the associates. Zest has worked extensively with Deloitte to develop training material for the Produce Grower and GDC. Actual on-site training and feedback have improved the effectiveness of this training. Zest is open to working with Walmart to further improve the effectiveness of the training.
- Walmart has indicated that going forward, train the trainer is the preferred training method for Walmart facilities. Zest suggests quarterly update training sessions for the trainers but we are open to support other training cadences. Zest again is open to other forms of training per Walmart's needs.

**Needed training**

- Produce Grower – Zest has already developed training material for the Grower.
- Meat Supplier – The Zest Solution for the meat supplier is similar to the Produce Grower and will be adapted to meet the meat supplier requirements.
- GDC – The intent is to have Zest integrate with Eden for the QC functionality and that Walmart would train the QC associates. Zest has already developed training material for the Receiving function that can be adapted and used in coordination with Walmart for training the trainer. Zest is willing to develop the training material and train the trainers for the GDC shipping function.
- Store – Zest is willing to develop the training material and train the trainers or a third party depending on the Zest Fresh store solution that Walmart chooses.

**Operational Support**

- Operational Support will be provided by a team of highly trained Zest Fresh Technical Support personnel for both Walmart and the Growers. Based on Walmart's needs, an agreed to support structure, SLA, escalation plan, and

WM00069241

warranty replacement plan, can be jointly developed.

**Zest Operational Support**

- Zest will use a state of the art tool to log and track support requests.
- Support will be provided 24/7 365 days a year.
- Support methods: phone, on-line support and on-site support.

### 3. What is the typical lead time to set-up infrastructure prior to starting a pilot?

Zest Response:

Typical lead time is 4-6 weeks from an agreed to SOW.  Lead time can vary depending on the final pilot scope.

### a. What types of information would you need?

Zest Response:

Suggested Items

- Pilot goals
- Scope
- Analytic approach and success metrics
- Support from the Walmart entities involved in the pilot, meat and produce suppliers
- Agreed to training material and training process
- Needed product volumes
- Number of pilot locations
- Grower and GDC site survey
- Communication plan between Walmart, Zest Labs and growers
- Required system integration efforts

### 4. Explain your costing model

Zest Response:

Zest is pleased to present this estimated pricing model for software, hardware and services. We anticipate that final pricing will be based on mutually agreed to requirements and timing.

*Zest Labs Confidential*                                                        17

WM00069242

**Estimated Pricing** (Items intended to be purchased by Walmart or a designated 3rd party)

| Product Description | Quantity | Year 1 Projected | Year 2 Projected | Year 3 Projected |
|---|---|---|---|---|
| **Software** | | | | |
| Software License, Walmart US, three year license | | $8,000,000 | $0 | $0 |
| Zest Fresh runtime annual operating expense<br>1.   Produce - $1,600,000<br>2.   Meat expansion - $600,000<br><br>1. Zest Fresh service to run and manage the Zest NOC, software hosting and manage the Zest Fresh solution at the data center | | $2,200,000 | $2,200,000 | $2,200,000 |
| **Hardware** | | | | |
| GDC Zest Hardware solution, per GDC, approximate price is $100,000<br><br>1.  Approximate price per DC is $100,000<br>2.  Walmart (Third party) is responsible for purchasing struts, conduit and other assemble items<br>3.  Standard hardware warranty of one year | 45 | $4,500,000 | $0 | $0 |
| Tag, DC to Store, Bluetooth pallet tags for produce and meat<br><br>1.  $29 per tag at 100,000 unit committed volume<br>2.  Two year product life with typical use<br>3. Standard one year warranty | | $29 | $29 | $29 |
| Truck Combination tag (Road Map Item)<br><br>1.  Road map item<br>2.  Trial unit availability in Q4 2017 with production availability in 2018 | | Road Map Item | | |
| Zest tag retrieval bins – Meat products<br><br>1.  $5,970 per bin<br>2.  Standard one year warranty | 45 | $268,657 | $0 | $0 |
| **Services** | | | | |
| Software Maintenance and Support (M&S) annual fee for Hardware and software<br><br>1.  18% of the hardware price<br>2.  M&S includes a two year extended hardware warranty.<br>3.  Support covers new releases, upgrades, patches and bug fixes, 24/7, 365 phone and on-line tech support | | $2,298,358 | $2,298,358 | $2,298,358 |
| On-Site DC Support, as needed<br><br>1. Estimated site survey, site validation and on-site support<br>2. Billed on time, experience, material and T&E | | | | |
| Zest Fresh API Integration Fee (does not include HACCP integration requirements)<br>1.   Produce<br>2.   Meat<br>3.   Store<br><br>1. API documentation, Zest dev and staging servers, located at Zest<br>2. Includes integration support and testing<br>3. Time starts from when API documentation is released to Walmart<br>4. Billed on time, experience, material and T&E | 3 | | | |
| Additional Development work – time, material, required experience and expenses TBD | | | | |

Growers and suppliers are responsible for installation fees for Zest Fresh hardware estimated at $45,000 per location plus a per Zest Fresh pallet fee (includes Zest Fresh software license, run-time operating expense, tag use and reverse logistics and support) of approximately $7.80 per pallet for produce and meat mother bag.

*Zest Labs Confidential*                                                                 18

**Appendix A**

**Zest Platform: Technology Oriented Description:**

ZEST is a multi-tenant, metadata-driven configured system that allows rapid and flexible mapping of products, business entities and processes across the various constituents of the supply chain, enabling light-weight integration, context-sensitive consumable data, and real-time alert and messaging services.

The multi-tenant cloud model allows the Zest solution to work holistically and in perfect concert across all supply chain participants, using metadata to describe the application model (objects, rules, algorithm selections, etc.) for each organization. Each organization is its own entity and account within Zest, enabling a flexible set of relationships and roles to be defined between the parties, i.e. supplier-retailer, supplier ←→ 3PL ←→ Retailer, etc. This provides a highly scalable service with a dynamic binding layer allowing the lexicon of each business to be a unique experience and secure.

Zest is sensor-neutral allowing any device to interoperate with the Zest platform. A convenient, plug-in module allows sensor data from any device, RFID, Bluetooth, peripheral component, custom data source, etc., to be ingested into the platform, then cleansed, processed and uniformly fed into the event-processing engine, and ready for business consumption. Additionally, Zest supports the ability to specify device sensor types and profiles, managed via configuration parameters accessible through the Admin UI or WS APIs, allowing different devices to generate different types of events, ultimately creating even more specialized actionable data.

Zest offers standards-based, RESTful WS APIs providing easy access to data and custom application integration. Through these interfaces, with appropriate permissions, it is possible to use these interfaces to create, read, update and delete business and device-based data, perform bulk-load records uploads/downloads asynchronously, as well as manipulate metadata that describes application schema and solution configuration, supporting the following.

- Device and sensor-based data and services
- Interactive and custom application data services
- WMS, ERP, CRM, etc. data feed services
- 3PL device and system integration services

More specifically, Zest supports unique data-ownership and sharing facilities, leveraging core tenant ID capabilities that enforce data ownership and access rights based on organization and relationships between organizations, allowing applications to share data between trading parties and third parties for: traceability, product quality, purchase order management, and returnable-transport-item (RTI) tracking, i.e RPCs and pallet tracking.

WM00069244

At the core, Zest is real-time event-based processing system. It is capable of supporting simple to very complex events and series of events, enabling real-time processing and interactions (alerts, dashboard updates, mobile app support, etc.), and dynamically and cost-effectively scaling up and down based on the demands of the supply chain cycle and 'bursty nature' of (some) IoT sensor-based solutions.

Zest delivers mobile application support using its Occasionally Connected Framework (OCF) technology, providing application usage in both connected and disconnected mode regardless of internet access. The application is self-updateable, and operates fully and accurately as though it was completely synchronized; any changes the user makes when disconnected will be propagated next time the device has network connectivity. Robust mobile device support is an essential component of any distributed application solution being deployed to vast and varied organizations and environments across the supply chain.

Zest is a high availability, highly scalable system, constructed in a modular fashion with system-independent components, using a loosely-coupled, transactional asynchronous message layer between all services and instances. It is a geographically distributed system with a redundant, fail-over design center with scale-out capabilities.

WM00069245

| | |
|---|---|
| **From:** | Nikhil Cherian |
| **To:** | Manish Pandey (Manish.Pandey@walmart.com) |
| **Sent:** | 7/5/2017 10:43:57 AM |
| **Subject:** | Zest Fresh Walmart Flow Technology RFI Response - final 010517 |
| **Attachments:** | Zest Fresh Walmart Flow Technology RFI Response - final 010517.pdf |

Read slide 14 for case level tracking.



PLAINTIFF'S
EXHIBIT

0166

PLAINTIFF'S
EXHIBIT

WM00065353

Zest Introduction

The Zest solution architecture is a multi-layer solution comprised of three key components:

- Zest Platform
- Zest Applications (ex: Zest Fresh, Zest Delivery, etc.)
- Zest Software Services

**Zest Platform**

The Zest Platform is the underlying core foundation for all Zest based solutions. It is designed and developed using the latest cloud based technologies and is modular in design allowing new technologies to be easily integrated as they are developed. This approach ensures Walmart is investing in a future proof, long-term, extendable solution for supply chain management.

The Zest Platform is a multi-tenant, data-driven system that allows rapid and flexible mapping of products, business entities and processes across the various constituents of the supply chain, enabling light-weight integration, context-sensitive consumable data, and real-time alert and messaging services. Zest is sensor-neutral allowing any device to interoperate with the Zest platform and offers industry standard based web service APIs for easy, yet secure, access to data and custom application integration. Zest supports unique data-ownership and sharing facilities, leveraging core capabilities that enforce data ownership and access rights based on organization and relationships between organizations, allowing applications to share data between trading parties and third parties for: traceability, product quality, purchase order management, and returnable-transport-item (RTI) tracking, i.e. RPCs and pallet tracking. A full technology oriented description of the Zest Platform is provided below in Appendix A.

**Zest Applications**

Zest based applications leverage the capabilities of the Zest Platform while providing solution specific functionality. The Zest Fresh Solution is an example that provides product freshness management from harvest to store shelf. The Zest Fresh solution is a real-time process management and prescriptive analytics Cloud-based system, accepting data from multiple sources, as well as pushing alerts and corrective actions to a variety of applications and devices. Zest Fresh provides a solution to manage freshness from the field to the store shelf, significantly improving quality consistency by continuously monitoring key handling and processing conditions, and empowering workers through real-time feedback on how best to maintain ideal freshness by adhering to product specific processes, and accommodates freshness variations through intelligent routing.

**Zest Software Services**

The successful deployment of a solution across the supply chain requires a services component which varies based on the specific solution. The Zest Fresh Solution includes Zest Software Services which is comprised of Application and Operation Services that are critical ongoing service components to ensure the solution success. The Application Services are supplier focused professional services that include ZIPR

WM00065354

Code algorithm calibration, Product Profiling, Business Process Mapping, Zest Fresh Mobile App customization and KPI optimization.  The Operation Services include Runtime Operations (including server monitoring and maintenance, Zest Fresh application maintenance and data security and backup services), and Supplier Network Monitoring which provides remote Zest Fresh network monitoring and device management services for suppliers (especially beneficial for small and medium size suppliers – and even some large suppliers).

WM00065355

## Data Collection & Accuracy

### 1. Describe the "ecosystem" architecture and how it would / could link to multiple sources (other sensor providers, Walmart data sources etc.)

Zest Response:

The Zest Fresh Solution leverages the Zest Platform capabilities to provide a real-time process management and prescriptive analytics Cloud-based system, accepting data from multiple sources, as well as pushing alerts and corrective actions to a variety of applications and devices (i.e. Web dashboards, mobile apps, email and text alerts, application interfaces, and regular reports). Zest Fresh provides a solution to manage freshness from the field to the store shelf, significantly improving quality consistency by continuously monitoring key handling and processing conditions, and empowering workers through real-time feedback on how best to maintain ideal freshness by adhering to product specific processes. Zest Fresh accommodates variances in freshness by providing an intelligent routing solution that matches actual freshness (pallet/case level) with required freshness for each destination or purchase order. By combining continuous product monitoring at the pallet/case level, with real-time interaction and feedback combined with intelligent routing, Zest Fresh significantly improves quality consistency which results in an improved consumer experience and reduced retailer waste from early spoilage. Additional in-direct benefits include better store on-hands inventory replenishment accuracy, reduced bad/wasted transport miles for shipping product that will not sell, reduced labor in culling spoiled product, reduced land-fill impact, improved sustainability from grower through to store, and improved transparency for actionable recalls and consumer awareness related to product sourcing.

Zest Fresh architectural features that enable a market leading solution;

- Product profile management by product type, variety and harvest location
- Product requirement database for each destination as identified by purchase order – contains product configurable requirements such as color, size, weight, count, varietal specifics and remaining days of shelf life.
- Integrated field scouting application (Android) that collects pre-harvest and harvest field conditions (soil, irrigation schedule, weather, product maturity, etc.)
- Data source (sensor) and data capture technology neutral, allowing any device to interoperate with the Zest Platform using a light-weight, standards based plug-in model
- Standards based RESTful Web Services APIs providing easy access to data and custom application integration.
- Message based transactional cloud architecture enables real-time processing and feedback (alerts, dashboards, mobile apps, etc.) while easily and cost effectively scaling to support supply chain requirements. Performance and scalability is not constrained like traditional relational database architectures.
- Supply chain entities are separate organizations within Zest with full ownership

*Zest Labs Confidential*                                                                 3

WM00065356

and control of their own data. Zest supports permission based data sharing across organizations as defined by each organization's business relationships and predetermined data sharing rules.
- Segmented record mapping to separately secure producer and retailer data while providing full traceability (*patent issued*)
- Zest mobile application Occasionally Connected Framework (OCF) enables mobile applications to function in both connected and disconnected network operational environments.
- End-to-end instant authentication and traceability through association of each handler's tracking number and encrypted device ID.
- Device-to-Cloud authentication and encryption to maintain data security and integrity.
- High Availability Architecture (geographically replicated Clouds) with failover and "warm" replication capabilities.
- Zest architecture enables multiple data sharing applications across supply chain trading partners, including applications for: product traceability, product quality, purchase order management, and returnable-transport-item (RTI) tracking, i.e. RPCs and pallet tracking.

## 2. What sensor providers are you currently working with

Zest Response:

Zest is sensor-neutral and supports both Intelleflex (Zest Labs) and other third party devices. Despite decades of sensor evolution, the sensor market is still in its infancy, with no clear industry or de facto standards. Zest accounts for this and is designed to allow any sensor device that meets specific business and operational criteria to be incorporated into the Zest Fresh solution using Zest's plug-in support for device data processing.

Zest Fresh currently works with;

- ThermoWorks Bluetherm temperature probe
- Atago digital refractometer
- Escali Bluetooth scale
- Verigo Bluetooth pods – temperature and humidity
- Zest captures barcodes, pictures and user data using applications running on Zebra (Motorola) Android based devices and can support other hardware and OS based devices as needed.
- Intelleflex RFID and Bluetooth devices with one or more sensors; temperature, humidity, light (shock & vibration as a working prototype)
- Additional sensors and hardware devices can be supported by Zest.

WM00065357

The Zest Fresh solution depends on sensor device data that is reliable, consistent, autonomously collected, and cost-effective for pallet/case level deployment. Zest Fresh can work with any device or sensor provider, but stresses the need to meet the following criteria to produce a reliable solution.

Sensor criteria;

Reliable and safe – A device enclosure that will meet the demanding environment of the fresh food supply chain.

- waterproof enclosure (IP67 rated),
- broad operating temperature range (85C to -30C),
- drop resistant (6 feet to concrete)
- food safe materials (food safe plastics)
- No handling issues that may affect worker safety

Consistent – A device must collect data in a consistent manner, such that the sensor data consistently reflects the its intended environment.

- temperature sensor must remain calibrated over the prescribed use period (Intelleflex is calibrated for 2 years, in partnership with Texas Instruments).
- temperature sensor placement must effectively reflect the product temperature, not just the environment temperature (sensor must be mounted on enclosure, not printed circuit board, and enclosure must minimize insulation), and temperature response curve should be fully characterized.
- time base (internal clock) must be accurately maintained across extreme temperature variations (85C to -30C) to be within +/- 1 minute per month accuracy.

Autonomously collected data – A device must properly capture the sensor data, store the results for a prolonged period, and upload the sensor data to the Cloud solution autonomously. Any worker required interaction to collect data significantly reduces the completeness of data capture and increases labor costs, and thus reduces the value of the solution. For real-time feedback to empower workers to maintain ideal freshness, data needs to be dependably collected at the beginning and completion of each process step. This requires an automatic and highly reliably wireless communications technology.

- Capture data in real time at the beginning and completion of each process step. This means the devices are read on-demand, not a scheduled push of the data to the Cloud (often on a predetermined schedule that will not match process start and completion timing). To affect the worker performance, the data must be available in seconds from process start or completion. The same is true at critical decision points, such as loading the trailer – current sensor data must be read on-demand to validate what is loaded on the trailer meets the retailer's requirements.
- Wireless technology must work in a high-density device environment, such as a warehouse that may have hundreds or thousands of devices (one on each pallet or RPC). This means "beaconing" technology is not reliable, as the independent beacons from each device often "collide", and the wireless receiver will only hear

WM00065358

garbage. Bluetooth technology also transmits in the same frequency band as existing WiFi technology, and large numbers of devices beaconing may cause issues with existing WiFi devices. The supply chain industry has settled on RFID as the preferred solution, as the access point (reader) initiates the communication to the device, meaning thousands of devices are supported.

- Low effort – the device communication should not require significant worker effort, as this leads to missed data collection and added labor cost. This is the case for "plug-in" devices that require the device to be plugged into a reader module – workers often skip this step when busy. This also means the device does not stay with the product throughout the supply chain – leading to inconsistent data. The device should also not require recharging of batteries, as the added labor leads to cost and incompletely charged batteries, which results in loss of data.
- Unrestricted use – the devices should be safe for air cargo use, as high value food products are often shipped by air. The devices need to be third party certified as FAA safe (FAA does not provide their own certification). The devices should also be easily used internationally (may be limitations on cellular devices), as much of our food is imported.
- Device authentication and encryption – device should provide advanced authentication (typically a hidden, algorithmically defined 256-bit key) and advanced data encryption (combination of time and key) to ensure device authentication (eliminates counterfeit devices) and data security throughout the supply chain. This includes support for future Blockchain integration.

As mentioned above, Zest does accommodate a variety of other data sources, such as barcode readers, measurement devices, PC bridge devices (to harvest ASN info when labels are printed), Web Metadata, and mobile device applications. For each data source, Zest Fresh attaches a data integrity score, such that trusted devices that are authenticated and provide encrypted data reflect the top score, and unsecure devices or data sources that have risk of tampering, reflect a lower score.

### 3. Describe your in-transit connectivity (grower to DC and DC to store)

Zest Response:

The in-transit segment is a rapidly evolving space for sensor and communications technologies. Fortunately, Zest's open framework for supporting new sensors and devices enables a future proof approach as technology evolves in this space.  Zest Fresh currently supports multiple hardware devices for tracking product from harvest to the store. Each device may include different sensors and/or communication technologies, and are available at different price points. Zest Fresh currently supports RFID connected sensor devices, as they are the most cost effective for supply chain pallet/case level monitoring, and Bluetooth connected sensor devices for in-transit

WM00065359

monitoring (a combination RFID and Bluetooth sensor device is in development). For the Flow Technology bid, Zest Fresh can offer a suite of sensor technologies that enable supply chain visibility across all food product types:

- RFID connected sensor tags, which continuously collect in-transit data that is read when the product is unloaded. This is the most cost effective technology where process mapping (grower or processor), portal detection (loading and unloading transitions) and high tag counts (>100) are needed. Ideally suited for grower process management and grocery DC device data collection.
- Bluetooth connected sensor tags, for uses where small tag counts (<50) are possible and no infrastructure (or very low cost infrastructure) is needed (can use mobile devices to access and forward tag data). Ideally suited for in-transit (trailer) and store data collection.
- Bluetooth and RFID combo connected sensor, which can communicate with a bridge device (Bluetooth Concentrator) to push data to the Cloud while in-transit, while still supporting proper communication using RFID at the grower and in the GDC (where Bluetooth beaconing can be disabled as it will not work reliably with the higher numbers of devices, within the existing process flow, or may interfere with existing WiFi networks). This combo tag provides a merge of the "best of both worlds", benefiting from RFID for process mapping, portal detection and high tag counts, while using Bluetooth in low tag count environments (trailer or store).
- Trailer Bluetooth Concentrator device which will collect Bluetooth beacon device data for all tagged pallets/cases on the trailer during transit, and forward the data intelligently (both on alarm or schedule) to the Cloud via a cellular modem. This device also includes GPS and environmental sensors for trailer air temperature, humidity and light (a proxy for trailer door open/close).
- Support for third party bridge devices (i.e. OrbComm, GE Veriwise) – many recent refrigerated trailers include intelligent communications (telematics) support within their controller architecture. Zest devices can be modified to use these intelligent controllers as communication bridge devices.

Zest Labs, through its Intelleflex hardware platform, has extensive experience in not only sensor and wireless communication technologies, but also in designing and manufacturing hardware devices to meet the demanding food supply chain application requirements that are necessary for a robust and reliable solution.  As new third party devices become available that also meet these needs, Zest is ready to support them.

WM00065360

## 4. Describe key algorithms that will help Walmart to make decisions -- and at what points in the process are they actionable

**Zest Response:**

The Zest Fresh Solution implements several key concepts and algorithms, listed below, to deliver a comprehensive freshness management solution. One of the primary key concepts is the ZIPR code (Zest Intelligent Pallet Routing) (*patent pending*), which represents a product's remaining freshness and which normalizes the variety of quality scores for each process step, and for each product profile type, to derive a single freshness metric. A product's ZIPR Code, or freshness metric, can then be compared to predefined freshness requirements in the form of "Target" or "Required" ZIPR Codes at critical decision points in the supply chain, for example, at supplier shipping and GDC receiving. In measuring a product's freshness, it is important to quantify the initial product condition and measure the relative impact of the different handling and process adherence for each product type. However, if the impacts are not normalized, then trade-offs at decision points are not easily managed. Zest Fresh uses a mapping of impact from the product profile database to normalize each product specific impact, enabling simple trade-offs, such as intelligent routing. An example is a grower may have two varieties of strawberries, either which can be shipped to the retailer. However, the handling (temperature) impact of each may differ, and when determining whether the handling history will support shipping to a distant GDC, a trade-off needs to be made across the available product. Zest Fresh does this automatically, as each ZIPR code is dynamically calculated per the specific product profile, resulting in a normalized ZIPR code and an easy determination of which pallet will best meet the retailer's requirement. This normalized ZIPR Code becomes even more critical at the retail receiving DC where hundreds, if not thousands, of products are received daily. Each product's quality condition and prior handling are accounted for within a normalized ZIPR Code representing the product's freshness and can be easily compared to predefined freshness requirements in the form of "Required ZIPR Codes" enabling accept/reject decisions can be made in real-time. For accepted product, the product's ZIPR Code can then be used for inventory rotation and store routing decisions. The same ZIPR Code follows the product through the DC to the store to guide store associates in merchandising decisions.

The ZIPR Code algorithm is product, variety and geography specific, meaning each product variety harvested from different pack house locations has its own algorithm identifier that is part of the Zest "product profile". In addition, Zest is designed with a "Plug-In" architecture to allow 3rd party algorithms to be used to calculate the ZIPR Code. These plug-in algorithms can be developed by Walmart, the supplier, or in combination with many of the research universities working in this space, and used on an as-needed basis. Zest provides a default ZIPR code algorithm that uniquely benefits from dynamic calibration (patent pending) based on actual results of product shelf life recorded through retention sampling protocol.

The field scouting application is another concept/approach which helps calibrate the

WM00065361

ZIPR Code by establishing a product's initial harvest condition and expected shelf life on a daily and lot/field basis. The total shelf life may be impacted by soil conditions, harvest temperature (past 24 hours), irrigation schedule, weather, and harvested product size, weight, color and texture (product maturity). The concept of including field scouting application data enables Zest Fresh to correlate any poor performing products with either a handling or harvest condition history. This improves quality consistency and predictive performance. Zest Fresh is testing photo-analytic quality assessment technology to improve data capture of size, color, texture and imperfection characteristics in a more efficient and standardized process for the growers (patent pending).

Another key concept is the real-time feedback supported by Zest to enable supplier associates to maintain process adherence, and prioritize pallet processing. While traditional weekly or monthly reports are helpful to identify systemic problems, the managing of each pallet can only be impacted with real-time data and feedback. Pallet level real-time data improves process adherence resulting in improved quality consistency (manage what is measured approach), which has been identified as a leading contributor to waste.

Key Concepts in Zest Fresh

- ZIPR code as a freshness metric
- Field scouting application to capture product harvest condition and establish initial expected shelf life and product characteristics
- Real-time grower process feedback
- Remote visibility for Walmart on loading of each pallet at grower/supplier location, verifies load count and shelf life meet purchase order requirements at time of loading – not waiting until GDC delivery.

Key algorithms

- ZIPR code algorithm – dynamically calibrated (*patent pending*), and varies by product type, variety, location and past performance – effectively multiple algorithms within a single architecture (Zest support multiple algorithm sources through a plug-in architecture, with a default algorithm defined by Zest).
- Intelligent routing algorithms (*patent pending*) that optimize product freshness across demand (orders) and simplify inventory management (including both storage space and pallet moves).
- FEFO inventory management at GDC and store
- Grower process adherence –
  - Pre-cool prioritization
  - Pre-cool process management (monitor pre-cool process in real-time to optimize cooling and alert personnel on cooling events, i.e. pre-cool complete, incomplete, freezing alert, etc.).
  - Alerts to pre-cool process adherence
  - Alerts to transport from field to yard (exceeding cut-to-cool)
- Evaluation of device and process interaction to determine and thwart improper use – possible cheating – through Cloud analytics (*patent pending*).

WM00065362

5. **Describe the controls (permissions) that you would have in place to ensure that only certain stakeholder groups can access the appropriate level / source of data**

Zest Response:

Zest Fresh has combined a traditional user level security approach with a new segmented data approach, to deliver a unique, highly secure data solution. The traditional user level security approach authenticates users by login (with strong password) and optionally by device association (user restricted to specific devices for Zest access). A strong password is required for each user, and the password is stored in an encrypted form, such that it cannot be read by anyone else (must reset password to affect any change). The user may be assigned a variety of security levels, that enable different views of available data, as well as mobile application access (i.e. field scouting application, retailer QC application). Each user login is logged, as well as data access, for evaluating potential breaches.

Zest has strong security and authentication mechanisms (including support for Blockchain keys) across the wide range of devices and interfaces it supports. Zest uses a token-based, https authentication and encryption method for all interactive sessions. It has customizable password controls, allowing for strong to very strong credential criteria. For readers and devices, the system uses certificate-based authentication along with pre-registered identification credentials that can be administratively enabled/disabled. In addition to the above, it is possible to control access to Zest by additional criteria, including: organization, application, location, and device depending on solution requirements.

The multi-tenant nature of the platform (described in more detail in Appendix A) enables tight access control of data by embedding tenant identification into the core Zest data model. In effect, every entity – be this a user, location, device, sensor data, WS API data, etc., within Zest is associated to an owner organization. Further leveraging the tenant identification model, Zest supports an additional concept of custodial owner, that provides the ability to temporarily grant secondary ownership of that entity and its associated data and system interactions. The access grant can be defined as part of the relationship between two parties, as defined further by the subscription service agreed to by both parties. With this approach and model, it is possible to selectively share some, all or none of the data or information associated with a Zest entity. The sharing can span multiple organizations and over short or long periods of time

Zest Fresh implements a segmented data approach (*issued patent*) for product that travels from the grower to an outside customer. The concept is to allow for continuous data evaluation from start to current readings – to calculate the ZIPR code, or to validate traceability – but only allow specific access to low-level records of sensor readings to the owner of the product at that time. To do all of this within a single data record (as multiple copies of the data may lead to inconsistencies), required a new segmenting approach that was built into the Zest Fresh architecture, and was awarded

WM00065363

a U.S. patent for this feature.

On-premise data capture solutions are installed with an industry standard network security device (Cisco ASA5500 VPN/firewall) to protect devices from external access, while enabling encrypted monitoring and remote VPN support. ZEST integrates complete physical network security and device management as a specific software service, including all device configuration management, firmware management and health monitoring.

In addition to the security features, the Zest Platform has a High Availability architecture with redundancy built into the core design, supporting fail-over scenarios and system module/component resiliency. It is capable of zero-downtime system updates using a continuous deployment framework, complete with rollback options. We have no retention policy, i.e. everything is saved forever. Database and block storage backups are done daily, keeping 7 daily backups, 5 weekly backups, once a month snapshot (monthly + 5 weekly + 7 days) cross-geo archived. Database logs are moved to separate disk on closure and backed up daily per above regimen.

WM00065364

## Cost / Operational Effectiveness (DC to Store)

### 1. What is your hardware / software recommendation based on Walmart's scale (includes Suppliers, DC's and Stores)?

Zest Response:

For further information see the estimated pricing model below.

**Software**

- Supplier - Zest will host the Zest Fresh software solution
- Walmart – Zest will host the Zest Fresh software solution

**Hardware**

- Infrastructure
  - o Supplier – Standard Zest infrastructure hardware build out per location
  - o GDC
    - ▪ Receiving
      - • Standard infrastructure hardware build out for 30 dock doors
    - ▪ Shipping
      - • No infrastructure hardware required
      - • Tags "activated" by associate mobile application (associating tag ID with pallet or purchase order ID)
  - o Store – No infrastructure hardware required, can be added if requested
    - ▪ Store receiving data collected by handheld device application (i.e. Zebra TC55 or equivalent device).
- Sensor Tags
  - o DC to Store, see pricing model below
  - o Grower to DC – RFID tag, 1 per pallet
  - o DC to Store - Bluetooth tag, 1 per pallet
  - o Combination RFID and Bluetooth tag, 1 per pallet
- Device
  - o Trailer Bluetooth Concentrator, 1 per trailer

### 2. Describe the operational process at the DC and at the store

Zest Response:

Walmart will receive value from the Zest Fresh Solution long before the shipment arrives at the receiving GDC. At each step in the supply chain, starting with supplier

WM00065365

shipping, Zest Fresh will provide Walmart associates with information critical to managing the product freshness. As always, Zest Fresh uses a "manage by exception" process where Walmart associates are alerted when exceptions occur, though they can always view the current status using web-based dashboards to ensure product is within the expected process. The operational process and data flow is outlined below for each supply chain process step. (items marked with a clear bullet (°) are automated Zest functions requiring no manual intervention, items marked with a filled bullet (•) require user interaction). All product data related to process steps can be viewed in either supplier or retailer specific, web based dashboards or with device specific applications for mobile access.

**Supplier Shipping**

- Zest Fresh confirms pallet freshness (using the ZIPR Code) at supplier shipping and will provide Walmart DC associates and buyers (remote visibility via web-based dashboards) with product and PO related information as the pallets are loaded for shipment at the supplier. If pallets are loaded for a PO at the supplier and do not meet the PO freshness requirements (required ZIPR Code) or if the PO is shipped short, the appropriate Walmart associates will be notified (email, web-based notification or dashboard) and can take immediate corrective action.

**Supplier Shipment In-transit**

- For shipments using Zest Fresh Trailer Bluetooth Concentrator and Bluetooth equipped tags, Zest Fresh will monitor and record trailer location, temperature, humidity and door open/close events and each pallet's temperature and freshness condition. Walmart, the shipper and the carrier will be notified of any out-of-compliance conditions (temperature exceptions, unauthorized stops/starts, deviation from pre-defined route, etc.) so immediate corrective action can be taken.
- Walmart can use product freshness and estimated arrival time data to better manage inventory and reduce buffer stock.
- Zest records shipment data for FDA FSMA regulation compliance.

**CDC Unloading and Cross Docking**

- For Consolidation DC shipments, Zest will confirm each pallet ZIPR Code meets the destination GDC PO required ZIPR Code at CDC unloading and alert DC QC associates of any non-compliant pallets prior to cross docking so corrective action can be taken.

**GDC Shipment Arrival and Unloading**

- Zest Fresh Trailer Tag will be read at shipment arrival and DC Receiving and QC associates will be notified of PO arrival and dock door location. QC associates will be notified of any trailer level in-transit temperature issues immediately.
- Zest Fresh ZIPR Tagged pallets will be read upon unloading and Zest will confirm each pallet ZIPR Code meets the PO required ZIPR Code and alert DC QC associates (and other Walmart associates, i.e. buyers, if desired and the shipper) of any non-compliant pallets.

WM00065366

**GDC Receiving**

- When receiving each pallet, the Receiving associate (forklift driver) scans the pallet ZIPR Tag barcode and Walmart pallet label barcode (GLS label) using a Zest Fresh mobile Receiving App to associate the Walmart GLS pallet ID to the Zest ZIPR Tag ID.  If the scanned pallet has an issue (non-compliant ZIPR Code or other identified handling issue) the Zest Fresh Receiving App will notify the receiving associate and instruct the associate to "flag" the pallet, simplifying the process of identifying non-compliant pallets for the QC associates.
- Zest exchanges the pallet ZIPR Code data with GLS for GLS to use as the pallet rotate date (in place of the Receiving associate manually entering the Best Use By Date as the rotate date – saving labor) as part of inventory management.
- *Future Roadmap Capability: Installing digital cameras at each dock door will allow Zest to use digital image processing capabilities, in combination with other pallet data, to perform case counts for each pallet, eliminating the need for receiving associates to perform manual case counts.*

**GDC QC**

- Zest exchanges each pallet's ZIPR Code with the Walmart Eden application, allowing the QC associates to prioritize their QC inspection.
- Zest will have previously notified QC associates of any non-compliant pallet ZIPR Codes or temperature events that occurred during transit.
- Zest tracks status of all received tagged shipments, and can help schedule and optimize QC associate support and response in real time. Zest reflects received shipment location by dock door, past history and possible compliance related issues, and current evaluation stauts.
- Eden exchanges PO QC inspection results with Zest for Zest to use as feedback for the ZIPR Code algorithm.

**GDC Put-away**

- The pallet is put-away using the normal Walmart process.

**GDC Order Picking**

- When filling a store order, the Walmart GLS system exchanges the following data with Zest which enables case level product traceability  and freshness tracking, as pallets are broken down during picking:
  - Store Order #
  - Case quantity
  - GLS pallet ID for the pallet from which the cases were picked
  - GLS pallet ID for the newly built outbound pallet

**GDC Order Shipping**

- When the outbound pallet is built and ready to ship, the Walmart associate will place a new Zest Fresh ZIPR Tag on the outbound pallet and scan the ZIPR Fresh BTT tag (Bluetooth) barcode and the GLS pallet label to associate the ZIPR Tag to the GLS pallet ID.

**GDC Order In-Transit**

WM00065367

- For shipments using Zest Fresh Trailer Bluetooth Concentrator and Bluetooth equipped (i.e. Zest Fresh BTT) tags, Zest Fresh will monitor and record trailer location, temperature, humidity and door open/close events and each pallet's temperature and freshness condition. Walmart will be notified of any out-of-compliance conditions (temperature exceptions, unauthorized stops/starts, deviation from pre-defined route, etc.) so immediate corrective action can be taken.
- Zest records shipment data for FDA FSMA regulation compliance.
- For shipments not using the Zest Fresh Trailer Bluetooth Concentrator, the Zest Fresh BTT tags will record data throughout the trip, reporting the data to a Bluetooth host (mobile device, such as a TC70) upon arrival. The Bluetooth host will immediately forward the data (background mobile application) to Zest Fresh (Cloud), which will evaluate the data for potential alerts or actions.

**Store Arrival and Unloading**

- Zest Fresh BTT Tagged pallets will be read upon unloading and Zest will confirm each pallet ZIPR Code meets the order required ZIPR Code and alert store associates (and other Walmart associates if desired) of any non-compliant pallets or of any temperature events that occurred during transit. The Zest Fresh BTT tag will be read by a mobile handheld device (i.e. Zebra TC70), which will collect the tag data and forward to the Zest Fresh Cloud in the background – no active action taken by the associate.
- Product that requires attention will be highlighted on the Zest Fresh Store App (or Walmart equivalent mobile application). The app will display the product that needs attention so that the store associate can scan the PTI label on the product case. If the Zest Fresh Store App will indicate to the store associate if the product is OK, should be marked down, or should be disposed of. The product status can also be monitored through a web dashboard, for the department or store manager, or remotely for logistics coordination. Zest can evaluate the impact of temperature excursions for each type of product included in the mixed pallet. For instance, a medium temperature excursion may impact two cases of raspberries on the pallet, but not impact four cases of lettuce on the same pallet. Zest will make that distinction based on evaluating the temperature impact according to the product profile and the ZIPR code of the cases impacted.

**Store Merchandising**

- At any time after being received at the store, as long as the product is still in the case, the store associate can use the Zest Fresh Store App to scan the case PTI label and the app will indicate if the product is OK, should be marked down, or should be disposed of.

**HACCP process support (TBD)**

- Zest can be customized to support HACCP process mapping based on Walmart specific requirements. Hand held device applications and dashboards will include HACCP specific data and alerts. Zest will maintain audit quality reports and data retention according to stated guidelines.

WM00065368

An important point to note from the DC and store process flow outlined above is autonomous nature of the Zest Fresh solution and the minimal impact to current operations. At the DC, the Receiving function includes a barcode scan but reduces the receiving time by removing the manual entry of the product rotate date. At DC shipping, a ZIPR Tag is scanned and applied to the outbound pallet which is a quick process. At store receiving, the store associate is only required to scan a case PTI label if an exception has occurred, otherwise no action is required. When merchandising the product, the store associate only needs to scan a case PTI label to receive direction on how to merchandise the product. All other operations are autonomous with no impact to current processes.

### a. What training / operational support would you provide?

Zest Response:

**Training**

- The Zest Fresh Solution is designed to be highly automated resulting in training that can be conducted quickly and easily retained by the associates. Zest has worked extensively with Deloitte to develop training material for the Produce Grower and GDC. Actual on-site training and feedback have improved the effectiveness of this training. Zest is open to working with Walmart to further improve the effectiveness of the training.
- Walmart has indicated that going forward, train the trainer is the preferred training method for Walmart facilities. Zest suggests quarterly update training sessions for the trainers but we are open to support other training cadences. Zest again is open to other forms of training per Walmart's needs.

**Needed training**

- Produce Grower – Zest has already developed training material for the Grower.
- Meat Supplier – The Zest Solution for the meat supplier is similar to the Produce Grower and will be adapted to meet the meat supplier requirements.
- GDC – The intent is to have Zest integrate with Eden for the QC functionality and that Walmart would train the QC associates. Zest has already developed training material for the Receiving function that can be adapted and used in coordination with Walmart for training the trainer. Zest is willing to develop the training material and train the trainers for the GDC shipping function.
- Store – Zest is willing to develop the training material and train the trainers or a third party depending on the Zest Fresh store solution that Walmart chooses.

**Operational Support**

- Operational Support will be provided by a team of highly trained Zest Fresh Technical Support personnel for both Walmart and the Growers. Based on Walmart's needs, an agreed to support structure, SLA, escalation plan, and

*Zest Labs Confidential*                                                                                    16

warranty replacement plan, can be jointly developed.

**Zest Operational Support**

- Zest will use a state of the art tool to log and track support requests.
- Support will be provided 24/7 365 days a year.
- Support methods: phone, on-line support and on-site support.

### 3. What is the typical lead time to set-up infrastructure prior to starting a pilot?

Zest Response:

Typical lead time is 4-6 weeks from an agreed to SOW. Lead time can vary depending on the final pilot scope.

### a. What types of information would you need?

Zest Response:

Suggested Items

- Pilot goals
- Scope
- Analytic approach and success metrics
- Support from the Walmart entities involved in the pilot, meat and produce suppliers
- Agreed to training material and training process
- Needed product volumes
- Number of pilot locations
- Grower and GDC site survey
- Communication plan between Walmart, Zest Labs and growers
- Required system integration efforts

### 4. Explain your costing model

Zest Response:

Zest is pleased to present this estimated pricing model for software, hardware and services. We anticipate that final pricing will be based on mutually agreed to requirements and timing.

WM00065370

**Estimated Pricing** (Items intended to be purchased by Walmart or a designated 3rd party)

| Product Description | Quantity | Year 1 Projected | Year 2 Projected | Year 3 Projected |
|---|---|---|---|---|
| **Software** | | | | |
| Software License, Walmart US, three year license | | $8,000,000 | $0 | $0 |
| Zest Fresh runtime annual operating expense<br>  1.  Produce - $1,600,000<br>  2.  Meat expansion - $600,000<br><br>1. Zest Fresh service to run and manage the Zest NOC, software hosting and manage the Zest Fresh solution at the data center | | $2,200,000 | $2,200,000 | $2,200,000 |
| **Hardware** | | | | |
| GDC Zest Hardware solution, per GDC, approximate price is $100,000<br><br>1. Approximate price per DC is $100,000<br>2. Walmart (Third party) is responsible for purchasing struts, conduit and other assemble items<br>3. Standard hardware warranty of one year | 45 | $4,500,000 | $0 | $0 |
| Tag, DC to Store, Bluetooth pallet tags for produce and meat<br><br>1. $29 per tag at 100,000 unit committed volume<br>2. Two year product life with typical use<br>3. Standard one year warranty | | $29 | $29 | $29 |
| Truck Combination tag (Road Map Item)<br><br>1. Road map item<br>2. Trial unit availability in Q4 2017 with production availability in 2018 | | Road Map Item | | |
| Zest tag retrieval bins – Meat products<br><br>1. $5,970 per bin<br>2. Standard one year warranty | 45 | $268,657 | $0 | $0 |
| **Services** | | | | |
| Software Maintenance and Support (M&S) annual fee for Hardware and software<br><br>1. 18% of the hardware price<br>2. M&S includes a two year extended hardware warranty.<br>3. Support covers new releases, upgrades, patches and bug fixes, 24/7, 365 phone and on-line tech support | | $2,298,358 | $2,298,358 | $2,298,358 |
| On-Site DC Support, as needed<br><br>1. Estimated site survey, site validation and on-site support<br>2. Billed on time, experience, material and T&E | | | | |
| Zest Fresh API Integration Fee (does not include HACCP integration requirements)<br>  1.  Produce<br>  2.  Meat<br>  3.  Store<br><br>1. API documentation, Zest dev and staging servers, located at Zest<br>2. Includes integration support and testing<br>3. Time starts from when API documentation is released to Walmart<br>4. Billed on time, experience, material and T&E | 3 | | | |
| Additional Development work – time, material, required experience and expenses TBD | | | | |

Growers and suppliers are responsible for installation fees for Zest Fresh hardware estimated at $45,000 per location plus a per Zest Fresh pallet fee (includes Zest Fresh software license, run-time operating expense, tag use and reverse logistics and support) of approximately $7.80 per pallet for produce and meat mother bag.

*Zest Labs Confidential*                                                                                    18

WM00065371

**Appendix A**

**Zest Platform: Technology Oriented Description:**

ZEST is a multi-tenant, metadata-driven configured system that allows rapid and flexible mapping of products, business entities and processes across the various constituents of the supply chain, enabling light-weight integration, context-sensitive consumable data, and real-time alert and messaging services.

The multi-tenant cloud model allows the Zest solution to work holistically and in perfect concert across all supply chain participants, using metadata to describe the application model (objects, rules, algorithm selections, etc.) for each organization. Each organization is its own entity and account within Zest, enabling a flexible set of relationships and roles to be defined between the parties, i.e. supplier-retailer, supplier ←→ 3PL ←→ Retailer, etc. This provides a highly scalable service with a dynamic binding layer allowing the lexicon of each business to be a unique experience and secure.

Zest is sensor-neutral allowing any device to interoperate with the Zest platform. A convenient, plug-in module allows sensor data from any device, RFID, Bluetooth, peripheral component, custom data source, etc., to be ingested into the platform, then cleansed, processed and uniformly fed into the event-processing engine, and ready for business consumption. Additionally, Zest supports the ability to specify device sensor types and profiles, managed via configuration parameters accessible through the Admin UI or WS APIs, allowing different devices to generate different types of events, ultimately creating even more specialized actionable data.

Zest offers standards-based, RESTful WS APIs providing easy access to data and custom application integration. Through these interfaces, with appropriate permissions, it is possible to use these interfaces to create, read, update and delete business and device-based data, perform bulk-load records uploads/downloads asynchronously, as well as manipulate metadata that describes application schema and solution configuration, supporting the following.

- Device and sensor-based data and services
- Interactive and custom application data services
- WMS, ERP, CRM, etc. data feed services
- 3PL device and system integration services

More specifically, Zest supports unique data-ownership and sharing facilities, leveraging core tenant ID capabilities that enforce data ownership and access rights based on organization and relationships between organizations, allowing applications to share data between trading parties and third parties for: traceability, product quality, purchase order management, and returnable-transport-item (RTI) tracking, i.e RPCs and pallet tracking.

WM00065372

At the core, Zest is real-time event-based processing system. It is capable of supporting simple to very complex events and series of events, enabling real-time processing and interactions (alerts, dashboard updates, mobile app support, etc.), and dynamically and cost-effectively scaling up and down based on the demands of the supply chain cycle and 'bursty nature' of (some) IoT sensor-based solutions.

Zest delivers mobile application support using its Occasionally Connected Framework (OCF) technology, providing application usage in both connected and disconnected mode regardless of internet access. The application is self-updateable, and operates fully and accurately as though it was completely synchronized; any changes the user makes when disconnected will be propagated next time the device has network connectivity. Robust mobile device support is an essential component of any distributed application solution being deployed to vast and varied organizations and environments across the supply chain.

Zest is a high availability, highly scalable system, constructed in a modular fashion with system-independent components, using a loosely-coupled, transactional asynchronous message layer between all services and instances. It is a geographically distributed system with a redundant, fail-over design center with scale-out capabilities.

WM00065373

| | |
|---|---|
| **From:** | Nikhil Cherian |
| **To:** | Mingming Li; Aihong Wen |
| **Sent:** | 11/9/2017 2:40:51 PM |
| **Subject:** | Fresh algo |
| **Attachments:** | Zest Fresh - Story 6-7-17.pdf; EXT: Photo-spectrometry Background |

Mingming/Aihong,

Based on everything you have seen since being introduced to the Cold Chain work, how confident are you that Walmart can build its own shelf life algorithm? Attached is some information from Zest where they paint a complex picture – for example, pre harvest and harvest variables that they collect using their field scouting app. Do we have all the information needed apart from time and temperature conditions through the supply chain? I know it's still early days but if I am saying to my leadership that this can be done in-house I need some confidence from your group. Thanks!

Regards,

**Nikhil Cherian, Director** U.S. Flow
Phone: 479.277.6602 Mobile: 479.899.2174



PLAINTIFF'S
EXHIBIT
0169

PLAINTIFF'S
EXHIBIT
169

WM00058111

BEST FRESH

Managing Fresh Food Supply Chains

June 7, 2017

WM00058112

# Zest Fresh™ Goals

## Reduce Post-harvest Fresh Food Waste

### Opportunity
- Roughly 33% of post-harvest fresh food wasted
- Industry average 12% retailer
- Industry average 6% pre-retail (grower & distribution)

### Challenge
- Industry-wide problem
- Poorly identified and understood root cause of problem
- Lack of ownership/leadership in addressing problem
- Only recent initiative to address the problem

**Goal is to reduce waste – not recycle or repurpose**

Zest Labs Confidential

WM00058113

# Zest Labs Approach

## First Principles Approach

### Root Cause

- Determine scientific foundation for cause of waste
  - Respiration rate exceeds assumptions (assumed static, near ideal)
- Examine all stages of processing & distribution
  - Measure and validate impact at each step*

### Solution Approach

- Investigate all approaches to solution set
- Determine achievable results – test/model approach on existing data
- Document impact at each step – no shortcuts
- Validate technical approach through peer reviewed, scientific documentation

*Zest Labs blackberry case study*

**Build a Solid Foundation – Solve the Right Problem**

Zest Labs Confidential

# Zest Fresh – Problem Definition

## Quality Inconsistency Leads to Waste

### Root Cause
- Assumption that post-harvest shelf life is static, and near ideal
  - Assumes field and harvest conditions ("Natural" variability), and process and handling ("Process" variability) are consistent
- Measured that ~33% product significantly non-ideal on daily harvest
  - Translates to product at risk to early spoilage compared to date label

### Solution Approach
- Why the variability in harvest and processing?
  - Lack of visibility and understanding of impact
  - Lack of measured freshness, so no way to match to customer requirements
- Can the Process variability be fixed? (approach #1)
- Can the Natural variability be accommodated? (approach #2)

## Determine the Best Solution Approach

Zest Labs Confidential

WM00058115

# Zest Fresh – Empower Quality Consistency

## Fix Processing Variability (approach #1)

### Lack of Visibility Allows
- Primary impact to product variability is temperature & time
  - Product condition is not currently tracked from field through processing
- No visibility means no direct management of freshness – exceptions are not seen
  - Optimizing for logistics or equipment – not freshness (i.e. reduced truck trips)

### Zest Provides Actionable Visibility
- Tracking each pallet from field through processing
  - Data capture at each process step and decision point
  - Real-time feedback if not adhering to process (alerts, corrective actions)
- Continuously tracking every pallet – and providing guidance on trade-offs
- ZIPR code (freshness metric) enables optimizing for freshness

## Empower Workers to Maintain Best Practices

Zest Labs Confidential

# Zest Fresh – Accommodate Freshness Variability

## Accommodate Natural Variability (approach #2)

### Variations Occur
- Pre-harvest conditions and harvest conditions lead to different total shelf life
  - Conditions ahead of processing critical to account for
- Labor & equipment constraints may impact processing
  - Processing bottlenecks & back-ups lead to variability

### Measured Freshness Empowers Intelligent Routing
- Identifying freshness variability enables accommodation
  - Pallet-level ZIPR code enables matching to customer requirements
- Modeling shelf life impact based on measured data – ZIPR code
  - Mapping customer requirements – transit time, downstream requirements – provides a breadth of options for delivery

**Deliver Consistency Through Accommodated Variability**

Zest Labs Confidential





*Zest Fresh Shelf Life Model Overview*
*Factors Impacting Shelf Life (SL) Accuracy*

WM00058118



## Zest Fresh Shelf Life Model Overview
### Applying the Model



Zest Labs Confidential

8

WM00058119



## Zest Fresh Shelf Life Model Overview
### Zest Fresh at Walmart



WM00058120



## Zest Fresh Process Overview
### End-to-End Value Chain



WM00058121

# Zest Fresh – Capturing Freshness Data

  

## How to Determine Freshness Impact?

### What to Measure (Sensor Type)
- Academic studies have identified time & temperature as primary impact
  - Other conditions may be required – i.e. humidity (grapes)
- Must have discerning data in first 12 to 24 hours to impact shipment decision
  - Critical to impact longest transit time & customer requirement
  - Metabolites, ethylene, spectroscopy, brix, etc. do not provide shelf life data at post-harvest timeframe – they are relative measures & trailing indicators

### How to Measure (Sensor Location)
- Continuous, pallet-level measurement critical
  - Must be same location to show relative impact at each process step
- Product contact is key – but non-invasive preferred
  - Pulp not necessary for continuous measurement, as dwell time long

**Measure the Data Needed for Intelligent Routing**

Zest Labs Confidential

WM00058122

# Zest Fresh – Communicating Freshness Data



## How & When to Upload Pallet-level Data

### When is Data Needed?

- What behavior or decisions need data
  - Process adherence dictates data capture at start & end
  - Decision points at equipment loading, storing & shipping
- Data must reliably indicate process location
  - Pallet-level device must auto-sense location within facility (not GPS)
  - Data capture must be reliable at transition points – read within seconds
    - Entering yard, entering cold storage, shipping at dock doors
  - Reliably capture data in high device density environments (warehouse)

## Data Must be Real Time & Ahead of Critical Decisions

Zest Labs Confidential

# Zest Fresh – Communicating Freshness Data



## Technology Evaluation for Pallet-level Wireless Comms

| | Passive RFID | XC3 RFID | Active - Zigbee | Bluetooth | Cellular |
|---|---|---|---|---|---|
| Reliable around produce | ✗ | ✓ | ✓ | ✓ | ✓ |
| >50 ft range | ✗ | ✓ | ✓ | ✓ | ✓ |
| Portal & Area specific location | ✓ | ✓ | ✗ | ✗ | ✗ |
| Reader talk first (high density) | ✓ | ✓ | ✗ | ✗ | ✗ |
| Low power | ✓ | ✓ | ✓ | ✓ | ✗ |
| Low Cost Device | ✓ | ✓ | ✗ | ✓ | ✗ |
| Fixed Infrastructure Cost | $$ | $$ | $$ | NA | $$$* |
| Mobile Infrastructure Cost | $$$ | $$$ | $$$ | $ | $$$* |

*Infrastructure cost paid as subscription fee (i.e. carrier contract)

## Meets Functional Needs and Cost Effective at Pallet Level

Zest Labs Confidential

# Zest Fresh – Real-Time Feedback



**DATA SERVICES**

## Empowering Associates

### When is Data Needed?
- Provide information when decisions are made, or events warrant action
  - Pallet information available in real time at each decision point
  - Events "push" data as alerts when conditions warrant
  - Corrective actions from real-time prescriptive analytics

### Why is this Different?
- Database must be event driven, and respond in real time
  - Not only an SQL- based solution (queried) – good only for reports
  - Real-time analytics AND normal SQL report database
- Ultra-reliable data collection, across many IT systems and mobile devices
  - Data sent as time-stamped messages (not files), through queuing system
  - Queuing system dynamically auto-replicates to scale
  - No "sync'ing" of files or databases from remote sites

*Data Must be Real Time & Ahead of Critical Decisions*

Zest 360 Confidential

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What is it?

*"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."*

- *A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Paul Singh, UC Davis 1988*

The fresh food industry has derived many variations to the basic equation, to account for real-world variance. The most popular empirical approach is the $Q_{10}$ coefficient. Many universities collect $Q_{10}$ data for produce, but they provide wide ranges of variation – sometimes 100% !

- Not practical for commercial use

**Industry Research on Produce Shelf Life Algorithm**

ZestLabs Confidential

WM00058126

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What drives shelf life
- Cell based respiration, consuming sugars, starches, water, etc.
  - Non-climacteric fruit does not ripen post-harvest – only degrades
  - Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric (in addition to ripeness indicators)
- Key components to Arrhenius algorithm
  - Biological reaction factor (A) varies by fruit, variety, location, etc.
    - This factor is independent of temperature (pre-harvest component)
  - Activation Energy ($E_a$) varies as a 1st order exponential
    - Inversely related to temperature (post-harvest component)
    - more energy require to activate at lower temperatures
  - Look for empirical method to determine "A" and "$E_a$"

**Shelf Life Algorithm - Research**

Zest Labs Confidential

WM00058127

# Zest Fresh – Shelf Life Algorithms

$$Q_{10} = (R2/R1)^{10/(T2-T1)}$$

## Industry Research – Empirical Determination

### Q10 Temperature Coefficient

- Measure of the rate of change of a biological system as a consequence of increasing temperature by 10°C.
  - Determines rate of change for a 10°C increase – industry references
  - See http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/
- Industry challenge is matching specific harvest with generic algorithms
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

**Empirical Determination of Algorithm Parameters**

Zest Labs Confidential

# Zest Fresh – Product Profiling

## Empirical Determination – Product Profiling

### Q5 Temperature Coefficient

- Refine resolution to 5°C, then determine rate of change of large sample set
  - Collect samples over time, for each variety & location
  - Evaluate rate of change based on EOL determination
  - Refine over large samples set
  - Refine for beginning, middle and end of season
- Product profile produce
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

## Zest Fresh Refined Data Collection Approach

Zest Labs Confidential

WM00058130

19

# Zest Fresh Shelf Life Model Overview
## Zest Fresh - Shelf Life Parameter Determination

**Respiration Rates**



1. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=30&ds=799a
2. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=10&ds=799
3. http://www.ba.ars.usda.gov/hb66/042cut.pdf  Note: converted from mg CO2 kg h to ml CO2 kg h

**Romaine Respiration Rate Model**





Romaine Respiration Rate Model table

| Temp C | Temp C | Respiration Rate | Acceleration Delta | Acceleration Increment (a) | Temperature Band (b) | Shelf Life (days per unit of Max Time) |
|--------|--------|------------------|--------------------|-----------|-----------|-----------|
| 0C | | | 0.65 | 0.1100 | 0C-5C | RespTime * (1/(0.13 * (TempC + 1) ) ) -0.37) |
| 5C | | | 1.45 | 0.2600 | 5C-10C | RespTime * (0.2300 * (TempC - 5 ) ) + 1.0200) |
| 10C | | | 0.95 | 0.3160 | 10C-15C | RespTime * (0.4900 * (TempC - 10 ) ) + 1.7000) |
| 15C | | | 2.45 | 0.4920 | 15C-20C | RespTime * (0.4900 * (TempC - 15 ) ) + 2.9500) |
| 20C | | | 1.15 | 0.3100 | 20C-25C | RespTime * (0.3100 * (TempC - 20 ) ) + 4.2500) |
| 25C | | | 1.50 | 0.5000 | 25C-30C | RespTime * (0.5000 * (TempC - 25 ) ) + 7.5000) |
| 30C | | | | | 30C | RespTime * (0.5000 * (TempC - 30 ) ) + 9.0000) |
| | | | | | | RespTime * (1 * ( TempC - 30 ) + 1 ) |

RespTime * ( ( a * ( TempC - b ) ) + 1 )

where:

a = acceleration increment (acceleration delta / temperature increment), for each 1 degree increase in temperature above lower temperature band, adds acceleration increment to Acceleration Rate
b = lower band
b = lower temperature band value (TempC "b" determines how many degrees C above lower temper band value)
c = acceleration rate for temperature band



| Inc. Temp | 0-5 | 5-10 | 10-15 | 15-20 | 20-25 | 25-30 |
|-----------|-----|------|-------|-------|-------|-------|
| | 1.00 | 1.06 | 1.65 | 3.05 | 6.14 | 7.50 |
| | 1.13 | 1.93 | 3.21 | 4.43 | 6.58 | 7.65 |
| | 1.26 | 2.21 | 3.41 | 4.91 | 6.81 | 8.10 |
| | 1.39 | 2.49 | 3.59 | 5.07 | 7.06 | 8.40 |
| | 1.52 | 2.77 | 3.77 | 5.37 | 7.37 | 8.70 |

4.67
7.76
9.781183045
13.11371658
17.0726691
21.3070203



## Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination

| 10 Day Freshness Compliance at DC Receiving[1] | Using Zest[1] | W/out Zest[1] | Baseline DC Location[2] |
|---|---|---|---|
| DCs with 4 Day Transit: | 73% | 27% | Winter Haven |
| DCs with 3 Day Transit: | 81% | 35% | New Caney |
| DCs with 2 Day Transit: | 86% | 28% | Casa Grande |
| DCs with 1 Day Transit: | 91% | N/A. | N/A. |

[1] Data for DCs with 3, 2 and 1 Day Transit times extrapolated from Winter Haven data.
[2] Based on non-tagged baseline retention sampling data, June & July 2016.

| Accuracy Metrics | |
|---|---|
| Mean Absolute Percentage Error (MAPE) | 18% |
| Mean Absolute Deviation (MAD) | 2.18 |
| Root Mean Square Error (RMSE) | 2.87 |

| Summary | |
|---|---|
| Total Samples | 181 |
| EOL Samples | 181 |
| % of Samples EOL'ed for Bruising (resulting from physical damage): | 59% |
| % of Samples EOL'ed earlier than ZIPR Code due to Bruising: | 70% |

| Sample Distribution | | |
|---|---|---|
| +/- Days | Count | % |
| 1 | 64 | 35% |
| 2 | 102 | 56% |
| 3 | 130 | 72% |
| < -3 | 31 | 17% |
| > 3 | 20 | 11% |



Adjusted EOL Date compared to Predicted ZIPR Code

Zest Labs Confidential

WM00058131

# Why Zest Fresh Matters to Walmart



## Empowering Suppliers – Not Score Carding Them

### Recommend Zest Fresh to Ensure Delivered Freshness
- ZIPR code ensures freshness
  - Avoids micro-managing hundreds of suppliers
  - ZIPR code validated on actual product – profiling process (not Walmart)
  - ZIPR code enables optimized DC and store handling

### Why is this Different?
- Empowers Suppliers to make better decisions every day
  - Walmart benefits from ZIPR code compliance & shipment visibility
- Zest Fresh scales
  - ZIPR code normalizes freshness validation across all products – easy-to-use
  - Low-cost pallet-level monitoring enables end-to-end visibility
- Secure & robust implementation
  - Date encrypted, networks firewalled, 24/7 remote monitoring

## Zest Fresh – a Solution that Delivers Freshness

Zest Labs Confidential

WM00058132

| | |
|---|---|
| **From:** | Peter Mehring |
| **To:** | Nikhil Cherian |
| **CC:** | Denise Sharpe; Todd Clayton |
| **Sent:** | 6/10/2017 12:01:56 AM |
| **Subject:** | EXT: Photo-spectrometry Background |
| **Attachments:** | Nondestructive Quality Evaluation paper at 7th IFVE.pdf; Ohio State - Brix for Crop Mgmnt.pdf; Ohio State - Brix in leafy greens.pdf; Ohio State - Brix Measurement method.pdf; Ohio State - Brix Overview.pdf |

Hi Nikhil,

Our internal report on the testing we did with SCIO device is not in a format for sharing. Further, as we are a registered SCIO development partner, I don't want to share any test results that may seem somewhat negative, as used in the right way, the device can be useful (i.e. for determining time of harvest).

That said, I can provide general background on the approach of using photo spectrometry as a freshness indicator. The attached papers are background we uncovered in our research, that proved helpful.

The question is if photo spectrometry, which is reported to be able to measure sugars and starches in fruits and vegetables, is able to translate those results into a freshness measure. The answer is not simple so let me break it down into a few parts, but start with the bottom line. The summary is, brix is useful for determining peak ripeness for some fruits, and therefore optimum harvest time. As a post-harvest measurement, brix is primarily a disqualifier, as it can reflect significant degradation of freshness as brix does degrade through respiration – but not an ongoing relative measure of remaining freshness. Here's a quick outline of the challenges is using brix as a quality metric -

First, measuring the brix ratio is a useful metric, but primarily for selecting peak harvest time for a fruit or vegetable. The brix measurement is only one quality metric, but among the top six metrics for selecting harvest quality – Color, size, weight, free of bruising or decay, firmness, and brix. Nutritional value is also a key metric, but hard to use for sorting, mostly used for selecting harvest time, and correlates to a brix value.

WM00058133

Second, brix measurements are best used in a trend analysis, not a single point criteria. As the attached papers show, the brix ratio value will change based on time of day, temperature, season, rainfall, etc., so building a significant database is required before evaluating what the brix ratio means relative to the measured fruit, variety or region. Again, this is for selecting optimum harvest time, not for evaluating shelf life or remaining freshness.

Third, brix is a "current test" measurement, not a predictive tool or a proactive feedback tool. Measuring brix will tell the current value relative to a mapped trend – is the value near the peak for a harvest, or is it too low? Brix will not tell you if you processed the fruit or vegetable properly - i.e. The current respiration rate – or how long the fruit will remain fresh. Brix - which measures the water soluble sugars - is a measure of remaining resources, but not a measure of the rate of consumption of those resources, nor a measure of the starting point of those resources.

Past brix measurement devices were "destructive" in that they used a sample of the fruit juice to evaluate soluble sugars – you had to squeeze some juice out of a leaf or fruit. The spectrophotometry brix measurement is an improvement in that it is "non-destructive", but only works for fruits and vegetables with a skin of 5mm thickness or less (based on the NIR type equipment – not cell phone cameras, as they're worse). So, tomatoes, peaches, apples, pears work, but citrus, melons, kiwis, etc. do not work.

Lastly, some fruits continue to ripen after harvested (see article, "Which Fruits and Vegetables Continue to Ripen After Picking?"), such as apples, bananas, avocados, etc. These do not use a brix measurement to determine harvest quality, but would use it to determine when at peak ripeness (based on a ripening room, or removal from storage). The non-climacteric category of fruit should be harvested at peak ripeness, as they do not continue to ripen once harvested – berries, grapes, citrus, etc. It is useful to use a brix measurement to determine the harvest time for these fruits – but as part of a trend, not a single measurement.

Bottom line – brix is a useful quality metric for determining peak ripeness (one that ZEST tracks within the grower Scout/Field Quality application), but it has to be (1) acquired in a consistent manner, (2) used as part of a trend analysis (not just a static decision point), (3) as part of a collection of quality criteria. Brix does NOT convey remaining shelf life or remaining freshness, though some articles show a correlation (not causation) between a higher brix value and longer total shelf life. Academic papers point to harvesting at peak ripeness, in part determined by peak brix value, correlate to a longer total shelf life. There is no evidence or evaluation of using brix post-harvest to determine remaining freshness, though if you know the brix value at harvest, and detect a dramatic fall-off, it can be a sign of significant mishandling (so, still a useful test, but not a primary indicator, but rather a dis-qualifier).

Hope that helps,
Peter

**Peter Mehring**
President & CEO
Zest Labs, Inc.
408.200.6516 (o)

WM00058134

408.835.0375 (m)
www.zestlabs.com

Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify the sender immediately. Thank you.

WM00058135

# Nondestructive Quality Evaluation Technology for Fruits and Vegetables Using Near-Infrared Spectroscopy

**Kyu-Hong Choi, Kang-Jin Lee, Giyoung Kim**

National Institute of Agricultural Engineering, Rural Development Administration,
249 Seodun-dong, Suwon, Republic of KOREA

## INTRODUCTION

Many countries in Asian-Pacific region are meeting the significant changes in socio-economic conditions pertaining to agriculture. Rapid industrialization and massive rural-urban migration lead the necessity of agricultural mechanization. The reduction in trade barriers and greater ease in travel and communication have been facilitated foreign trades. Trade volume of agricultural products rose remarkably in recent year. The growing demand for high quality and safety products on the market calls for developing and adopting advanced postharvest technologies.

Because agricultural products have the characteristics of low value added as compared with the other industrial commodities, application of the state-of-the-art technology to agricultural sectors was relatively recently activated. Postharvest sorting and grading of agricultural products is difficult and labor intensive. Manual sorting is costly and unreliable since human decision in identifying quality factors such as appearance, flavor, nutrient, texture, etc., is inconsistent, subjective, and slow. Nondestructive measuring techniques are desirable for fruits and vegetables. However, those are able to be reliable, faster, and economical. Various up-to-date techniques such as optics, X-ray, ultrasonic, near infrared (NIR), and magnetic resonance/magnetic resonance imaging (MR/MRI) have been applied for over four decades. Some have reached the point of practical implementation. Others will do so in the future.

Above all the techniques, NIR spectroscopy technique is very close to practical use. It has been contributed to development and wide use of sorting and grading technology during the last 10 years. This paper describes the theory, application, issues, and practical use of the nondestructive quality evaluation technology using NIR spectroscopy. Three fruit grading/sorting systems newly developed by National Institute of Agricultural Engineering (NIAE) are introduced.

WM00058136

# TECHNOLOGY OF MEASURING QUALITY

## Quality Component

Consumers purchase fruits and vegetables on the basis of quality. Quality of horticultural products is an important subject to those engaged in horticultural industries. Quality is defined as the degree of excellence or superiority. Quality of fruits and vegetables is a combination of characteristics, attributes, and properties that have significance and make for acceptability. Acceptability is depended on highly subjective factors including sight, touch, smell, taste, and even hearing.

The various components of quality are used to evaluate fruits and vegetables. Quality is classified into external and internal component as shown in Table 1. Appearance, flavor, texture, nutritive value, and defect factors are generally recognized as the five quality factors of fruits and vegetables.

Table 1 Components of qualities for fruits and vegetables.

| External Qualities | | Size (weight, volume, dimension) |
| | | Shape (diameter/depth ratio) |
| | | Color (uniformity, intensity) |
| | | Defect (bruise, stab, spot) |
| Internal Qualities | Flavor | Sweetness, Sourness, Astringency, Aroma |
| | Texture | Firmness, Crispness, Juiciness |
| | Nutrition | Carbohydrates, Proteins, Vitamins, Functional property |
| | Defect | Internal cavity, Water core, Frost damage, Rotten |

## Necessity of Sorting/Grading

Quality is attributed to the several factors such as level of cultivation techniques, climatic conditions, soil condition, etc. Therefore, there is a wide difference between products' qualities, even if they were grown and harvested from same area.

In 1999, *Chungdo Peach Experimental Station* harvested the entire peaches from 3 sampled trees (*Miback variety*) selected out of 3 areas, and measured their weight and sugar content. Table 2 shows the size distribution of sampled peaches and the sugar contents distribution of peaches within the grades. The weight ranged from 140g to 450g, the sugar content 5.2Brix to 15.7Brix. Furthermore, the sugar content in a same grade has a wide variation which range from 2.6Brix to 7.5Brix. This result means that

WM00058137

taking fruit samples from the tree could not cover a representative sample of the tree and means nothing.

Table 2 Size distribution of sample peaches and sugar content distribution within the grades for *Miback variety*

| Grade based on weight | | Substandard | Small | Medium | Large | Extra large |
|---|---|---|---|---|---|---|
| | | less than 180g | 180–210g | 210–250g | 250–300g | More than 300g |
| Size distribution (%) | | 3.0 | 7.7 | 25.3 | 40.5 | 23.4 |
| Sugar content (Brix) | Min. | 5.2 | 5.5 | 5.9 | 6.9 | 8.2 |
| | Max. | 7.8 | 10.1 | 11.2 | 12.7 | 15.7 |
| | Average | 6.6 | 7.7 | 8.5 | 9.4 | 10.8 |

Source : Annual Report of Chungdo Peach Experimental Station. 1999

*Chungdo Peach Experimental Station* also measured weight and sugar content of 5 boxes of peaches for each price range bought from wholesale markets. Table 3 shows that sugar contents of high-priced and large-sized peaches were higher than those of low-priced and small-sized. However, sugar content of peaches in the same priced box ranged from 5.9Brix to 9.3Brix. The price of fruits doesn't necessarily tell the sugar content of fruits. In conclusion, to raise objectivity, reliability, and value added fruits, quality evaluation should be performed for all fruits.

Table 3 Size and sugar content distribution of peaches bought from markets

| Price (Won/10kg) | Number of boxes/peaches | Weight (g) | | | Sugar content (Brix) | | |
|---|---|---|---|---|---|---|---|
| | | Min. | Max. | Average | Min. | Max. | Average |
| Less than 20,000 | 5/194 | 205 | 310 | 251 | 4.5 | 13.8 | 9.0 |
| 20,000 - 25,000 | 5/152 | 265 | 400 | 324 | 7.1 | 12.8 | 9.4 |
| 25,000 - 30,000 | 5/138 | 300 | 440 | 352 | 7.1 | 13.3 | 10.0 |
| More than 30,000 | 5/125 | 321 | 475 | 395 | 7.4 | 13.6 | 10.6 |

Source : Annual Report of Chungdo Peach Experimental Station. 1999

Table 4 shows the result of survey in 2003, which tracks the consumer behavior in the fruit markets. Consumers are considering sweetness (47.3%), freshness (28.6%), price

WM00058138

(15.1%) in order. Especially, sweetness preference shows an increase as compared with the preceding survey in 1998, while price preference shows a decrease. The fruits with high sugar contents are much appreciated in the market. According to the result of the survey, consumers are willing to consider the quality more than the price. The survey also indicates that there are still a lot of improvement to make such as a sweetness for whole fruits, a freshness for grapes, peaches, and oranges, a certificate of origin for pear and persimmon.

Table 4 Consideration factors of consumers in purchasing fruits

|  | Sweetness | Freshness | Price | Safety | Place of origin | Size | Color | Shape | Nutrition |
|---|---|---|---|---|---|---|---|---|---|
| 1998 | 29.0 | 27.2 | 26.5 | 10.0 | - | 2.4 | 1.2 | 0.3 | 3.5 |
| 2003 | 47.3 | 28.6 | 15.1 | 2.6 | 1.8 | 1.6 | 1.5 | 0.9 | 0.5 |

Source : Agricultural Outlook 2003. Korean Rural Economic Institute

World-famous discount stores have entered into domestic market and scale of domestic hypermarkets have been enlarged since middle of 1990s. These markets brought great progresses and changes in the produce market. To meet the markets' demand for high quality fresh fruits and vegetables, many producing districts established the large-scaled Agricultural Products Processing Center (APC), which were collecting and processing a lot of agricultural products in one place. APC introduced the up-to-date machines and facilities such as pre-cooler, high precision grader, packer, and storage house. Recently APC has contributed to improve the level of postharvest technologies.

Because agricultural production is now an excessive in several items, its major issue has switched from a quantity to a quality policy. In this frame, it is necessary to develop nondestructive and rapid tools to control quality of agricultural products.

**Nondestructive Evaluation Technology**

Quality evaluation methods can be the destructive and non-destructive. They include both objective methods based on instrument reading and subjective methods on human judgement. Various analytical methods are available for determination of quality related components using optics, X-ray, mechanics, and electromagnetic (Table 5).

WM00058139

Table 5. Nondestructive measurement of quality factors for horticultural produce.

| Methodology | Technique being used | Components |
|---|---|---|
| Optics | Image Analysis | Size, Shape, Color, External defects |
| | Reflectance, Transmittance and | Internal components, Color, Defects |
| | Absorbance Spectroscopy | |
| | Laser spectroscopy | Firmness, Visco-elasticity, Defects, Shape |
| X-ray | X-ray image and CT | Internal cavity and structure, Ripeness |
| Mechanics | Vibrated Excitation | Firmness, Visco-elasticity, Ripeness |
| | Sonic | Firmness, Visco-elasticity, Internal cavity, Density, Sugar content |
| | Ultrasonic | Internal cavity and structure, Firmness, Tenderness |
| Electromagnetic | Impedance | Moisture contents, Density, Sugar content, Density, Internal cavity |
| | MR/MRI | Sugar content, Oil, Moisture content, Internal defect and structure |

Various techniques have been developed for evaluating internal quality of fruits and vegetables. Specific examples of practical use are as follows: near infrared (NIR) reflectance/transmittance technique to measure soluble solid content and acidity of peaches, pears, apples, citrus, melon, and watermelon, acoustic response technique to evaluate the maturity and internal defects of melon and watermelon, electrical capacitance technique to estimate soluble solid content and internal cavity of watermelon.

On the other hand, magnetic resonance (MR) has been used to study the moisture and oil content of agricultural materials. The magnetic resonance imaging (MRI) could prove to be an extremely valuable technique to evaluate ripening, core breakdown, bruise, worm damage, chilling and freezing. Currently, MR and MRI are not practical for routine quality testing. These equipments are expensive and difficult to operate. However, like all technologies, it is becoming cheaper, faster and more feasible for research and specialized applications. MR and MRI techniques have great potential for evaluating the internal quality of fruits and vegetables.

WM00058140

Above all the techniques, NIR spectroscopy technique is very close to practical use. It has been contributed to development and wide use of sorting and grading technology during the last 10 years. This paper describes the theory, application, examples of practical use, and some issues of near infrared spectroscopy.

## PRINCIPLE AND APPLICATION OF NIR SPECTROSCOPY

### Principle of NIR Spectroscopy

The electromagnetic spectrum covers a large range of photon energies which are commonly and conveniently divided into the following bands: from longest to shortest wavelengths, radio wave, microwave, infrared, near infrared, visible, ultraviolet, X-ray and gamma-ray (Fig. 1).



Fig. 1 Electromagnetic spectrum radiation.

Optical properties indicate the response of matter to visible light wavelengths (400-700nm) and near infrared (700-2500nm). Optical properties are based on reflectance, transmittance, absorbance, or scatter of light by the product.

When a light beam falls on an object, part of the incident beam is reflected by the surface. This is called regular reflectance (or specular reflectance). The remaining radiation is transmitted through the surface into the cellular structure of the object where it is scattered by the small interfaces within the tissue or absorbed by cellular constituents. The absorbed portion of radiation can be transformed to other forms of energy such as heat, chemical changes or luminescence. Part of the transmitted energy is absorbed (absorption), some part is reflected back to the surface (body reflectance or diffuse reflectance), and remain part is transmitted through the object (transmittance) as shown in Fig. 2.

WM00058141



Fig. 2 Distribution of incident light on an object.

**Application of NIR Spectroscopy**

Near infrared (NIR) spectroscopy deals with irradiating the products with NIR light (i.e. wavelength in the 700 nm to 2500 nm range) and with collecting and analyzing the absorbance spectrum.

The advantages of NIR are numerous; this radiation is highly penetrative and thus can be applied to the sample without any preparation, the spectra are not very discriminative but they can give quantitative information on the major organic components of food products, the NIR optical components are affordable and robust. For all these reasons, NIR spectroscopy has been widely used in grains, beverages and sugar industry, milk and daily products, fruits and vegetables since Karl Norris first applied to the compositional analysis of cereal in 1963. It reaches now on-line settings in the industry.

NIR spectrometers consist of light source, wavelength selector, and detector. Those are classified to reflectance or transmittance measuring method according to an arrange of components and detection methods.

**Reflectance Measuring Method**

In reflectance method, lamp and detector are located in the same direction as shown in Fig. 3. When object is illuminated by lamps, the scattered reflected radiation is measured by the detector. Diode array sensor used to measure the intensity of the radiation at each wavelength for laboratory and industry applications. The concentrations of a component are calculated from the radiation intensity by using a previously developed calibration equation.

The sweetness grading system based on NIR reflectance method can be used for the fruits having a thin peel such as peaches, apples, and pears. However, reflectance method is limited that body reflectance means the diffused light from features at depth

WM00058142

to about 5 mm. The grading system is not available for the fruits with thick peel such as citrus, melon, and watermelon.



Fig. 3 Reflectance measuring system

**Transmittance Measuring Method**

Transmittance method measures the transmitted light which pass through the tissues. Transmitted light reflects the internal attributes of the object. Therefore, it gives us an overall information of quality, and is able to make up for the weak points of the reflectance method.

Transmittance method can be divided into two; full transmittance and half transmittance measuring method, according to the arrangement of light and detector.

Full transmittance measuring system makes light, object, and detector lined up in and order as shown in Fig. 4. This method applied to the grain, milk, fruits of thin peel and small-sized fruits such as citrus.

In half transmittance method, many lamps arranged around the equator of the object to get the high intensity of radiation. Lamp and detector are at right angles to each other as shown in Fig. 5. This method is widely used for measuring sugar content, acidity, and internal defects of fruits and vegetables; apple, pear, melon, and watermelon.



Fig. 4 Full transmittance measuring system

WM00058143



Fig. 5 Half transmittance measuring system

## PEACH GRADING SYSTEM USING NIR REFLECTANCE

Most fruit sorters have used the mechanism which discharges fruits from trays tilted using solenoid and spring. Since this mechanism causes damage to peaches, farmers evaded to use conventional fruit graders. Grading operation of peaches depends on a manual way up to recently. In order to grade peaches without any injuries and to sustain the quality, non-contact and real-time based grader should be developed.

To minimize damage caused on fruit during grading and handling peaches, the prototype was devised to have a way of extracting each tray containing fruits from the moving path of the grader (Fig. 6).



Fig. 6 Peach sugar content grading system.

WM00058144

Sugar content within in a fruit varies according to a position; upper or lower, right or left, and depth. To decrease the measurement error by position effects in detecting representative values of sugar contents in peaches, two directions diverged fiber optics was developed to measure reflectance of both sides at one time as shown in Fig. 7.



Fig. 7 Two directions diverged fiber optics.

The operating program of the grader and the measuring algorithm of the quality index such as size and sugar contents were developed using Visual Basic 6.0 language. All grading results were saved in database and provided to farmers for helping them to produce the best quality peaches.

The multiple linear regression (MLR) model using 16 wavelengths for quality index was developed to estimate sugar content of peaches with the determination coefficient of 0.71 and Standard Error of Calibration (SEC) of 0.42Brix. The developed MLR model could predict also the sugar content with the determination coefficient of 0.69 and Standard Error of Prediction (SEP) of 0.49Brix (Fig. 8). This MLR model has better performance than the prediction model developed by using the detection of single position in 1998.

Based on performance of the prototype, the non-destructive automatic peach sweetness grading system was fabricated and evaluated. The peach sweetness grading system consists of photodiode-array sensor, quartz-halogen lamp and one fiber optic diverged by two bundles for transmitting the lights to two positions on fruit and re-transmitting the reflected lights from two position. The system could classify peaches into 2 classes by soluble solid contents of peaches with the accuracy of 91 % and the capacity of 7,200 peaches per hour.

WM00058145



Calibration (n= 790), SEC= 0.42Brix          Prediction (n= 340), SEP= 0.49Brix

Fig. 8 Calibration and prediction results using MLR model

## CITRUS GRADING SYSTEM USING NIR FULL-TRANSMITTANCE

Conventional citrus grader grades citrus fruits based on size differences of the fruits. The fruits are graded by transferring the fruits inside the series of rotating drums, which have different size of holes. Fruits smaller than the hole-size are graded at the drum, remaining bigger size fruits are graded at next drums. The capacity of the grader can be easily changed by adjusting width or rotating speed of drums. The drum type citrus grader has good performance for grading citrus size, but it cannot be used to grade the fruit based on its internal quality, such as maturity and internal defects. Immature or obvious defected fruits are sorted manually before putting in the drum grader. Because of tremendous labor requirement for this sorting operation, the automation of the operation is much demanded.

The on-line citrus grading system developed by NIAE (National Institute of Agricultural Engineering) comprised an NIR transmittance measuring part and a grading part. The grading system was designed so that citruses were fed one by one into NIR transmittance system. To reduce variability of the spectra, fruits were always placed flat on conveying belt between the lighting unit and the NIR detector as shown in Fig. 9. Design of feeding and conveying line is very important because the feeding posture of citrus affects the accuracy of the internal quality evaluation using optical properties.

WM00058146

NIR full transmittance measuring part consisting of a specially designed light source, NIR spectrophotometer having CCD array (Ocean optics, USA.), a controller, and photo sensors was constructed. NIR transmittance spectra were acquired with the 2048 pixel CCD-array NIR detector. For the strong illumination, a 300 W halogen lamp was used. Optical fibers and the lens assembly were used to collect light and provide strong luminance enough to pass through the flesh of the citrus fruit as shown in Fig. 9. NIR spectrum was acquired for 30 ms, and the wavelength of the spectrum was ranged from 650 nm to 955 nm.



Fig. 9 Arrangement of light and detector

The Partial Least Square Regression    (PLSR) model was developed to estimate sugar content and acidity of citrus. The calibration model for sugar contents was developed with 463 spectrum samples and its correlation coefficient and standard error of calibration (SEC) were 0.936 and 0.33Brix, respectively (Fig. 11(a)). The validation result of model with 462 unknown samples is illustrated in Fig. 11(b). As shown in Fig. 11(b), the correlation coefficient and standard error of prediction (SEP) were 0.897 and 0.42Brix, respectively. Fig. 10 shows the prototype citrus grading system, and the capacity is the 14,400 citrus per hour.

WM00058147



Fig. 10 Sugar content, acidity, and size grading system of citrus



(a) Calibration                    (b) Prediction

Fig. 11 Calibration and prediction results using PLSR model.

## WATERMELON SORTING SYSTEM USING NIR HALF-TRANSMITTANCE AND SONIC

The quality and price of a watermelon are determined by size and internal quality such as maturity, sugar content, inside cavity, yellow belt, and blood flesh. The markets especially evade buying watermelons with internal defects. However, sorting of immature, cavity and blood flesh watermelons is conducted by inspector's sensibility or experience.

WM00058148

A non-destructive watermelon sorting system, which can measure the weight, sugar content and internal defect simultaneously, was developed. The watermelon sorting system consists of sugar content evaluation part and internal defect evaluation part.

The sugar content evaluation part can measure the near infrared transmittance spectrum, and has light source and light detection part. The light source has the enough power of 2.4kw for transmitting the watermelon. The transmitted near infrared spectrum was used to develop a sugar content evaluation model with PLSR method. The model estimated watermelon sugar contents with error of ±0.8Brix.

The internal defect evaluation part has a hammer to generate the acoustic sound with constant force, a multi-point sound signal acquiring system, a noise removal circuit, and signal processing and quality evaluation program (Fig 12). There are two steps to acquire the hit sound:1) when the watermelon stands still, 2) when the watermelon stops briefly while it moves on sorting line.

The multiple acoustic signals of 175 watermelons were acquired from the prototype at noisy packinghouse or Agricultural Products Processing Center (APC), and PLSR model was developed with quality factor evaluated by the experts. The correlation coefficient of the developed model with 455 samples was 0.86 and SEC was 0.86. Using the developed model, the prediction result of the 455 watermelons shows that the prediction accuracy of normal and poor fruits was 90.1% based on the quality index 2. To improve the quality prediction accuracy, it is necessary to improve the accuracy of target position, and remove the noise.

This sorting system can sort the 1,500 watermelons per hour, ±0.8Brix error of sugar content, and the 90.1% accuracy of internal defects (Fig. 13).



Fig. 12 Schematic and photo of internal defect measuring system using sonic

WM00058149



Fig. 13 Nondestructive watermelon quality sorting system used in APC

WM00058150

# FACT SHEET

**THE OHIO STATE UNIVERSITY EXTENSION**

## Agriculture and Natural Resources

HYG-1651-12

# Using °Brix as an Indicator of Vegetable Quality
## Linking Measured Values to Crop Management

Matthew D. Kleinhenz and Natalie R. Bumgarner
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

Crop quality is important to fruit and vegetable growers, buyers, and handlers. °Brix readings indicate soluble solids content. Since soluble solids represent a product's potential sweetness (an aspect of quality), °Brix readings can interest many throughout the value chain. Three steps are required to make effective use of °Brix readings: (1) obtain accurate representative values; (2) become familiar with other representative values for similar crops; and (3) if needed, adjust management practices according to how they may affect °Brix values of your crops, using proven approaches.

Four fact sheets have been prepared to guide vegetable farmers, buyers, and handlers in using °Brix as an indicator of crop quality. This *Linking* fact sheet provides reference information on representative °Brix values and how they are influenced by crop management. Equipped with this information, vegetable suppliers should be better prepared to make effective use of °Brix measurement in their operation. However, the *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Two other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops.

## °Brix Values in Vegetable Crops

°Brix values are relatively straightforward to measure and are readily available. However, few people appear to be familiar with values that would be "typical" for their crop. Reference values are available in government and scientific reports and other documents. However, ultimately, the most important values for most vegetable

growers, buyers, and handlers may be the "bank" of numbers they develop in their own operation over time through consistent, conscientious measurement. Nevertheless, in this fact sheet, we present three sets of reference °Brix values.

The first set (Table 1) includes examples of soluble solids values that are used as criteria in official USDA fruit and vegetable quality grades. In certain fruiting crops (i.e., cantaloupe, watermelon) soluble solids levels obtained with an approved refractometer influence the official grade to which the crop is assigned. For example, based on the chart below, °Brix values less than 9% and 8% in cantaloupe and watermelon, respectively, mean that the crop cannot be labeled as having "good internal quality" by USDA standards.

**Table 1. Examples of USDA crop grading standards which incorporate soluble solids values.**

| Crop | Grading description | Minimum soluble solid level |
|---|---|---|
| Cantaloupe | "Very good internal quality" | 11% |
| | "Good internal quality" | 9% |
| Watermelon | "Very good internal quality" | 10% |
| | "Good internal quality" | 8% |

The second set of reference °Brix values (Table 2) was taken from published agricultural research. This set includes values reported on multiple crops grown in research plots in many locations. Keep in mind that these plots were managed differently: growing system, nutrient and irrigation regime, and variety differed from one

Copyright © 2012, The Ohio State University

WM00058151

**Table 2. Examples of soluble solids (°Brix) values from published agricultural research reports across a variety of crops and locations.**

| Crop—Location | Reported °Brix value | Citation |
|---|---|---|
| Beets—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Cabbage—New Zealand | 9.0–12.0 | Renquist et al., 2005 |
| Carrots—GA | 8.0–10.0 | Gills et al., 1999 |
| Honeydew—TX | 8.5–12.0 | Lester and Shellie, 1992 |
| Muskmelon—MD | 5.0–16.0 | Aulenbach and Worthington, 1974 |
| Muskmelon—CA | 9.0–11.0 | Yamaguchi et al., 1977 |
| Onion—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Pepper—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Sweet corn—SC | 15.0–27.0 | Hale et al., 2005 |
| Processing tomatoes—CA | 4.7–6.0 | Barrett et al., 2007 |
| Greenhouse tomatoes—Denmark | 4.3–5.0 | Thybo et al., 2006 |
| Greenhouse tomatoes—NC | 3.8–4.7 | Peet et al., 2004 |
| Fresh market tomatoes—CO | 3.5–5.3 | Aldrich et al., 2010 |
| Fresh market tomatoes—FL | 4.1–5.3 | Tandon et al., 2003 |
| Cherry tomatoes—New Zealand | 5.0–8.0 | Renquist et al., 2005 |
| Watermelon—Spain | 9.0–11.0 | Pardo et al., 1996 |

The third set of reference °Brix values (Table 3) was created in Ohio during the completion of a project supported by The Ohio State University/OARDC/OSU Extension, the Department of Horticulture and Crop Science, the Warner Endowment Fund for Sustainable Agriculture, and area farmers. With this support, the Ohio State University Vegetable Production Systems Laboratory obtained hundreds of °Brix readings on station- and farm-grown vegetable crops from twelve locations in 2011. Crops were grown conventionally and organically and most of the data were collected by growers using handheld digital refractometers as described in two fact sheets in this series. The values in Table 3 were developed in 2011 only. They may or may not represent values expected in your operation. Contact Matt Kleinhenz for more information on these values.

experiment to another. Because of this variation, numbers in Table 2 do not necessarily represent target values. That said, the research was usually conducted to study the influence of genetic and production factors on crop quality. And, the research often involved commercial-like practices and common varieties. Therefore, it is reasonable for growers and others to observe similar °Brix values in their business.

**Table 3. Soluble solids (°Brix) values gathered during an on-farm research project carried out in Ohio in 2011.**

| Crop | °Brix average | °Brix range | # Observations | # Farms |
|---|---|---|---|---|
| Beet | 7.8 | 2.8–13.6 | 26 | 4 |
| Bean | 6.9 | 2.9–15.7 | 57 | 3 |
| Swiss chard | 4.6 | 2.6–6.5 | 15 | 2 |
| Cucumber | 3.3 | 2.2–5.4 | 60 | 4 |
| Summer squash | 4.3 | 3.5–5.3 | 43 | 4 |
| Sweet corn | 16.2 | 9.5–26.5 | 66 | 2 |
| Cherry tomato | 7.5 | 4.5–11.7 | 102 | 6 |
| Tomato | 4.6 | 2.3–8.2 | 433 | 10 |
| Turnip | 6.0 | 4.5–6.9 | 20 | 3 |
| Watermelon | 10.8 | 9.0–12.8 | 66 | 4 |
| Zucchini | 4.0 | 2.4–6.0 | 71 | 5 |

## Factors that Influence Vegetable °Brix Values

In the tables above, the reported °Brix values for individual crops displayed wide ranges (e.g., in Table 3, 2.9–15.7 for bean and 9.5–26.5 for sweet corn). These ranges are due to the fact that at any one time, many factors influence a vegetable crop's condition and, therefore, its °Brix level. Going forward, vegetable suppliers interested in having their crops achieve target °Brix values will benefit from being familiar with these factors and how they can be manipulated.

Variety selection, crop maturity, crop physiology or metabolism, and major abiotic components of the growing environment (e.g., moisture, fertility, light, and temperature) are known to influence °Brix levels. Variety selection and crop maturity, metabolism, and water status tend to have direct and often significant and immediate impacts on vegetable °Brix levels. In contrast, soil and crop nutrient status and environmental light and temperature levels appear to have more indirect and subtle effects on vegetable °Brix values. The following is a brief summary of some of the

Copyright © 2012, The Ohio State University

WM00058152

specific effects of various factors on vegetable °Brix levels. Information given in this section is supported by articles cited in the References section and farmer experience.

Weather effects on soluble solids levels begin at planting and continue through harvest, in part because planting and harvesting dates determine the environmental conditions under which crops grow and mature. Environmental conditions that most strongly influence crop quality and °Brix include sunlight, temperature, and moisture. Exposure to various combinations of these conditions due to planting and harvest schedules can influence elements of quality (including °Brix) and flavor in field- and greenhouse-grown crops. These conditions influence the amount of soluble solids (mostly sugars) that are in marketable leaves, stems, fruits, tubers, roots, etc., at any one time. These factors influence °Brix levels alone and in combination. For example, temperature and light interact to set the rate of sugar production, but temperature may have a stronger influence on tomato fruit soluble solids content than sunlight.

Weather, planting and harvesting dates, and some soil characteristics often cannot be altered significantly. Often, vegetable growers must adhere to certain planting and harvesting windows. Also, they can only establish protective microclimates around crops (e.g., using mulches, films, or low or high tunnels) which lessen the more radical effects that temperature, moisture, and other extreme conditions can have on crop quality. Likewise, soil amendments can increase soil organic matter or alter other soil properties, thereby creating growing conditions more conducive to crop health and quality. Yet, some steps to limit environmental fluctuations or enhance soil quality may be unavailable to some farmers. Moreover, the effects of these steps on crop quality in the near-term may be indirect. Therefore, vegetable growers may prefer to take easy steps proven to have immediate and significant effects on quality, perhaps especially °Brix. Steps in this category include proper variety selection, water and fertility management, and planting and harvest timing.

All things being equal, varieties of the same crop tend to differ in their baseline °Brix level. That is, varieties have a natural inclination toward lower or higher levels of soluble solids within the portion that is marketed. Therefore, variety selection is one of the most important and direct methods of shaping °Brix and crop quality. If °Brix is important to you, consider discussing varietal tendencies with seed suppliers and reviewing other data on varieties. Product quality begins with variety selection.

Regardless of variety, soluble solids levels track crop maturity. All vegetable crops undergo changes in their

makeup through their lifetime, regardless of what the farmer does. Sweet corn kernels turning from milky and sweet to dry and starchy is one example of the natural, pre-programmed crop maturation process. So, crop stage and harvest timing, in particular, strongly influence crop quality and °Brix levels.

In fact, the degree of ripening at harvest influences the full chemical makeup of the fruit or immature seed and, therefore, its flavor and texture. Soluble solids and sugars tend to increase during ripening, while acids tend to decrease. When tomato fruit are harvested at a very early stage of ripening, the combination of sugars, acids, and volatile compounds related to flavor may be sub-optimum. That said, some fruit and seed continue to mature after picking. And, they may be more susceptible to physical damage during post-harvest handling if picked table-ripe. Regardless, it is clear that harvest timing is important to all growers and that measuring °Brix values can help determine harvest- and market-readiness in some crops.



Effects on soluble solid content in tomato were measured on 8/24/07 in Gödöllő, Hungary. Treatments were unirrigated (1), unirrigated with K application (2), irrigation up to 30 days before harvest (3), irrigation up to 30 days before harvest with K application (4), standard irrigation (5), and standard irrigation with K application (6). Columns bearing the same letter are not significantly different. Vertical bars represent significant differences at p = 0.05, n=4.

Irrigation timing or soil moisture levels also affect °Brix but in ways that may complicate management decisions. For example, reduced water availability during fruit development can increase fruit soluble solids content but lower total fruit yield. So, growers must balance the opportunity to enhance the quality of their fruit with the potential to reduce the yield of them using the same practice. In dry areas where water availability can be carefully controlled, precise irrigation has been able to increase °Brix and maintain acceptable yields. High tunnel growers may be able to balance yield and quality most effectively through irrigation and fertility management.

Copyright © 2012, The Ohio State University



°Brix levels are a common metric used to describe the quality and suitability of processing tomatoes *(Image courtesy of Hirzel Canning Company and Farms, Toledo, Ohio).*

Indeed, the influence of fertility programs on °Brix is becoming clear. Increased fertilizer or salinity levels (i.e., higher electrical conductivity levels) in irrigation water are reported to increase °Brix levels in greenhouse-grown tomato and pepper. Mineral fertilization can also influence volatile compounds and fruit flavor.

In addition to electrical conductivity, there is evidence that nitrogen (N) nutrition can affect °Brix levels but in an indirect and complex manner. Nitrogen availability can impact the efficiency of photosynthesis through which sugar is created and, therefore, possibly alter soluble solids levels. However, excess N can also slow maturation and reduce sugar and acid content.

## Linking Measured °Brix Values to Crop Management—A Recap

Production factors such as temperature and light levels and soil moisture and fertility status influence crop °Brix levels. These factors differ with regard to the amount of control field and high tunnel growers have over them. These factors also differ with regard to the apparent, direct impact they have on °Brix, based on scientific evidence and grower experience. Biological factors such as variety and crop maturity affect soluble solids levels strongly; growers select varieties but have little control over maturity outside of harvest timing.

Controlled-environment greenhouse production involves a greater amount of control over factors that influence crop growth, yield, and certain aspects of quality than field production. Overall, the greenhouse industry continues to pay close attention to the effects of variety selection and crop management on °Brix. Also, adjustments in management regimens to optimize °Brix and other characteristics are generally more feasible in greenhouse than field settings. Farmers working with soils in more dynamic and unpredictable open field and high

tunnel settings have an opportunity to gain from what is discovered in greenhouse production and research. More important, field and high tunnel vegetable growers can learn from their own tests of the relationships between management and °Brix and other aspects of crop quality. This four-part fact sheet series is designed to assist them in that process.



## References

Aldrich, H.T., K. Salandanan, P. Kendall, M. Bunning, F. Stonaker, O. Kulen, and C. Stushnoff. 2010. Cultivar choice provides options for local production of organic and conventionally produced tomatoes with higher quality and antioxidant content. *J. Sci. Food Agr.* 90:2548–2555.

Anza, M., P. Riga, and C. Garbisu. 2006. Effects of variety and growth season on the organoleptic and nutritional quality of hydroponically grown tomato. *J Food Qual.* 29:16–37.

Arias, R., T.C. Lee, D. Specca, and H. Janes. 2000. Quality comparison of hydroponic tomatoes (*Lycopersicon esculentum*) ripened on and off vine. *J. Food Sci.* 65:545–548.

Aulenbach, B.B., and J.T. Worthington. 1974. Sensory evaluation of muskmelon: Is soluble solids content a good quality index? *HortScience* 9:136–137.

Barrett, D.M., C. Weakley, J.V. Diaz, and M. Watnik. 2007. Qualitative and nutritional differences in processing tomatoes grown under commercial organic and conventional production systems. *J Food Sci.* 72:C441–C451.

Beverly, R.B., J.G. Latimer, and D.A. Smittle. 1993. Preharvest physiological and cultural effects on postharvest quality. p. 73–98. R.L. Shewfelt, and S.E. Prussia (eds). In: *Postharvest handling: A systems approach.* Academic Press San Diego, CA.

Copyright © 2012, The Ohio State University

Blaesing, D., A. Murray, M. Schulz, and M. Stewart. 2006. Nutrient management for high soluble solids production in Australian processing tomatoes. *Acta Hort.* 724:75–83.

Bumgarner N., J.C. Scheerens, R.W. Mullen, M.A. Bennett, P.P. Ling, and M.D. Kleinhenz. 2012. Root-zone temperature and nitrogen affect the yield and secondary metabolite concentration of fall- and spring-grown, high density lettuce. *J. Sci. Food Agr.* 92:116–124.

Chassy, A.W., L. Bui, E.N.C. Renaud, M.V. Horn, and A.E. Mitchell. 2006. Three-year comparison of the content of antioxidant microconstituents and several quality characteristics in organic and conventionally managed tomatoes and bell peppers. *J. Agr. Food Chem.* 54:8244–8252.

Crisosto, C.H., and J.P. Mitchell. 2002. Preharvest factors affecting fruit and vegetable quality. p. 49–54. In: A.A. Kader (ed). *Postharvest technology of horticultural crops,* 3rd Ed. Univ. Cal. Agr. Nat. Res. Pub. 3311.

Davis, A.R., C.L. Webber, P. Perkins-Veazie, and J. Collins. 2006. Impact of cultivar and production practices on yield and phytonutrient content of organically grown watermelon. *J. Veg. Sci.* 12:83–91.

Fleisher, D.H., L.S. Logendra, C. Moraru, A.J. Both, J. Cavazzoni, T. Gianfagna, T.C. Lee, and H.W. Janes. 2006. Effect of temperature perturbations on tomato (*Lycopersicon esculentum* Mill.) quality and production scheduling. *J. Hort. Sci. Biotechnol.* 81:125–131.

Gazula, A., M.D. Kleinhenz, J.G. Streeter, and A.R. Miller. 2005. Temperature and cultivar effects on Anthocyanin and chlorophyll b concentrations in three related Lollo Rosso lettuce cultivars. *HortScience* 40:1731–1733.

Gills, L.A., A.V.A. Resurreccion, W.C. Hurst, A.E. Reynolds, and S.C. Phatak. 1999. Sensory profiles of carrot (*Daucus carota* L.) cultivars grown in Georgia. *HortScience* 34:625–628.

Hale, T.A., R.L. Hassell, and T. Phillips. 2005. Refractometer measurements of soluble solid concentration do not reliably predict sugar content in sweet corn. *HortTechnology* 15:668–672.

Helyes, L., J. Dimeny, Z. Pek, and A. Lugasi. 2006. Effect of the variety and growing methods as well as cultivation conditions on the composition of tomato (*Lycopersicon lycopersicum* (L.) Karsten) fruit. *Acta Hort.* 712:511–516.

Hornick, S.B. 1992. Factors affecting the nutritional quality of crops. *Amer. J. Alt. Agr.* 7:63–68.

Johnstone, P.R., T.K. Hartz, M LeStrange, J.J. Nunez, and E.M. Miyao. 2005. Managing fruit soluble solids with late-season deficit irrigation in drip-irrigated processing tomato production. *HortScience* 40:1857–1861.

Kleinhenz, M.D., and A. Wszelaki. 2003. Yield and relationships among head traits in cabbage as influenced by planting date and cultivar. I. Fresh market. *HortScience* 38:1349–1254.

Krauss, S., W.H. Schnitzler, J. Grassmann, and M. Woitke. 2006. The influence of different electrical conductivity in a simplified recirculating soilless system on inner and outer fruit quality characteristics of tomato. *J. Agr. Food. Chem.* 54:441–448.

Lamont, W.J. 2005. Plastics: Modifying the microclimate for the production of vegetable crops. *HortTechnology* 15:477–481.

Lester, G., and K.C. Shellie. 1992. Postharvest sensory and physicochemical attributes of honey dew melon fruits. *HortScience* 27:1012–1014.

Pardo, J.E., R. Gomez, J. Tardaguila, M. Amo, and R. Varon. 1996. Quality evaluation of watermelon varieties (*Citrullus vulgaris* S.). *J. Food Qual.* 20:547–557.

Peet, M.M., C.D. Harlow, and E.S. Larrea. 2004. Fruit quality and yield in five small-fruited greenhouse tomato cultivars under high fertilization regime. *Acta Hort.* 659:811–818.

Pluda, D., H.D. Rabinowitch, and U. Kafkafi. 1993. Pepino dulce (*Solanum mirucatum* Ait.) quality characteristics respond to nitrogen nutrition and salinity. *J. Amer. Soc. Hort. Sci.* 118:86–91.

Radovich, T.J.K., M.D. Kleinhenz, J.G. Streeter, R. Miller, and J.C. Scheerens. 2005. Planting date affects total glucosinolate concentrations in six commercial cabbage cultivars. *HortScience* 40:106–110.

Renquist, A.R., M.J. LaGrange, B.P. Searle, and J.B. Reid. 2005. Towards a control theory for acidity of vegetable crops. *Acta Hort.* 694:463–469.

Riga, P., M. Anza, and C. Garbisu. 2008. Tomato quality is more dependent on temperature than on photosynthetically active radiation. *J. Sci. Food Agr.* 88:158–166.

Simon, P.W. 1985. Carrot flavor: Effects of genotype, growing conditions, storage, and processing. p. 315–328. In: H.E. Pattee (ed). *Evaluation of quality of fruits and vegetables.* AVI Publishing Company. Westport, CT.

Stevens, M.A. 1985. Tomato flavor: Effects of genotype, cultural practices, and maturity at picking. p. 367–386. In: H.E. Pattee (ed). *Evaluation of quality of fruits and vegetables.* AVI Publishing Company. Westport, CT.

Tandon, K.S., E.A. Baldwin, J.W. Scott, and R.L. Shewfelt. 2003. Linking sensory descriptors to volatile and nonvolatile components of fresh tomato flavor. *J. Food Sci.* 68:2366–2371.

Thybo, A.K., M. Edelenbos, L.P. Christensen, J.N. Sorensen, and K. Thorup-Kristensen. 2006. Effect

Copyright © 2012, The Ohio State University

of organic growing systems on sensory quality and chemical composition of tomatoes. *LWT* 39:835–843.

USDA Nutrient Database. http://www.ars.usda.gov/Services/docs.htm?docid=22114.

USDA AMS Standards. http://www.ams.usda.gov/AMSv1.0/ams.fetchTemplateData.do?template=TemplateN&page=FreshMarketVegetableStandards.

Wang, Y.T., S.W. Huang, R.L. Liu, and J.Y. Jin. 2007. Effects of nitrogen application on flavor compounds of cherry tomato fruits. *J. Plant Nutr. Soil Sci.* 170:461–468.

Wang, Z.H., S.X. Li, and S. Malhi. 2008. Effects of fertilization and other agronomic measures on nutritional quality of crops. *J. Sci. Food Agr.* 88:7–23.

Wells, O.S., and J.B. Loy. 1993. Rowcovers and high tunnels enhance crop production in the northeastern United States. *HortTechnology* 3:92–95.

Weston, L.A., and M.M. Barth. 1997. Preharvest factors affecting postharvest quality of vegetables. *HortScience* 32:812–816.

Wright, D.H., and N.D. Harris. 1985. Effect of nitrogen and potassium fertilization on tomato flavor. *J. Agr. Food Chem.* 33:355–358.

Wszelaki, A., and M.D. Kleinhenz. 2003. Yield and relationships among head traits in cabbage as influence by planting date and cultivar. II. Processing. *HortScience* 38:1355–1259.

Zerbini, P.E. 2008. Role of maturity for improved flavor. p. 180–199. In: B. Bruckner and S.G. Wyllie. (eds). *Fruit and vegetable flavor—Recent advances and future prospects.* Woodhead Publishing Limited. Cambridge, England.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the development of this fact sheet are appreciated.*

# EMPOWERMENT THROUGH EDUCATION

**Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu**

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058156



HYG-1653-12

# Using °Brix as an Indicator of Vegetable Quality
## Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon

**Natalie R. Bumgarner** and **Matthew D. Kleinhenz**
Department of Horticulture and Crop Science
The Ohio State University

**C**rop quality is important to everyone in the vegetable value chain, including growers, buyers, managers, handlers, processors, restaurateurs, and consumers. Various measures are used to assess and describe different aspects of quality but few may be as popular and important as soluble solids or °Brix. As described in other fact sheets in this series, °Brix has the attention of many throughout the vegetable value chain for three primary reasons. First, °Brix can be measured inexpensively, quickly, and reliably at essentially all stages of production through preparation. Second, °Brix readings can be an early indication of how "sweet" the consumer may consider the product to be when eating it. Thirdly, °Brix values fluctuate with many factors. Indeed, °Brix levels appear to be a function of primarily crop, variety, maturity, and growing and storage conditions. It is clear, then, why business-minded members of the value chain are interested in measures of soluble solids and why they consider basing some management decisions on them.

When obtained and applied correctly, °Brix readings can be useful in variety selection, harvest scheduling, and crop irrigation, fertility, and post-harvest management. Over time, they may also influence soil management. Regardless, to be useful, °Brix values must be obtained correctly.

Four fact sheets have been prepared to assist members of the vegetable value chain in making the best use of °Brix readings. This *Instructions* fact sheet provides specific methods for measuring °Brix in five vegetable crops. We recommend following these instructions after consulting the fact sheets describing additional aspects of °Brix measurement and the use of °Brix values in crop production and marketing. Additional information on °Brix is available in other publications listed in these fact sheets.

| For specific methods refer to: |
| --- |
| **Cucumber—page 2** |
| **Leafy Crops—page 4** |
| **Sweet Corn—page 6** |
| **Tomato—page 8** |
| **Watermelon—page 10** |

Copyright © 2012, The Ohio State University

WM00058157

Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon—page 2

## 1. Cucumber

Routine measurement of soluble solids is currently less common in the cucumber than in other vegetable value chains. However, there is anecdotal evidence that cucumber buyers, processors, and consumers have strong preferences regarding product flavor, with "sweetness" as a component. Certainly, it is clear that cucumber varieties are genetically predisposed to differ in flavor and that crops experience a wide range of growing conditions. Together, these factors make it likely that cucumber °Brix values vary widely among crops. Worse, some crops may be below desired quality thresholds and cost growers and others repeat sales opportunities. In 2011, a total of 60 °Brix readings were taken on cucumber fruit collected on four Ohio farms. Values ranged from 2.2%–5.4%, a more than two-fold difference between the lowest and highest values.

### Select Cucumber Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Cucumber Samples

The location of the sample in the fruit can influence its °Brix value. So, we suggest taking samples from a standard location, such as the center of the cucumber fruit. This suggestion also applies to zucchini and summer squash. The peel can interfere with efficient movement of the tissue through the press. So, we also suggest peeling. Multiple slices can be taken from a single fruit.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger cucumber from which they were taken.




Copyright © 2012, The Ohio State University

WM00058158

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

 

### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of cucumber crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00058159

## 2. Leafy Crops

The leafy greens crop category includes many species grown under many different conditions and harvested at many stages. Also, in contrast to other major vegetable crops, nearly all leafy vegetables are consumed fresh or following minimal processing. Therefore, their inherent sensory quality, including potential "sweetness," is key at meal preparation. Finally, for production, marketing, and consumption reasons, leafy vegetable crops stand out for being leaves (the primary site of photosynthesis) as opposed to botanical fruits. Leaves generally supply sugars whereas fruits, seeds, stems, tubers, rhizomes, and other plant organs tend to receive and accumulate them. That said, leafy vegetable crop plants not producing seeds or other organs that typically accumulate sugars, maintain these sugars in their stems, leaves, and roots or employ them in growth. Therefore, monitoring °Brix levels in leafy vegetable crops is worthwhile.

### Select Leaf Samples for Measurement

Select leaf samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable leaves of similar age, size, and condition. The maturity and location of a leaf can influence composition; therefore, choose leaves from a similar position on all plants.

### Prepare Leafy Crop Samples

Soil particles and excess water should be removed from leafy crops prior to measurement. The location of the leaf on the head can influence its °Brix value. So, we suggest taking leaf samples from a standard location, such as the 2nd or 3rd leaf counting from the base on each head. Multiple leaf samples can be taken from a single head.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger leaf from which they were taken.




Copyright © 2012, The Ohio State University

WM00058160

## Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




## Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

## Record

"Brix values can be important in your operation. These values represent a snapshot of one key aspect of leafy vegetable crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## 3. Sweet Corn

The novelist, humorist, and entertainer Garrison Keillor once wrote that, in effect, his family was prepared to resist all forms of sin, but if "Satan had come around with sweet corn, we at least would have listened to what he had to sell." This anecdote speaks to the passion that many have for sweet corn. Its name is fitting in part because people adore sweet corn for its sweetness. However, a wealth of commercial experience and scientific data also indicate that people also prize sweet corn for its texture and aroma. Regardless of specific consumer preferences for blends of sweetness, texture, and aroma, °Brix readings have a role throughout the sweet corn value chain. Making the best use of sweet corn °Brix values requires knowledge of the fact that they differ among endosperm types, stages of maturity, and in-field and post-harvest crop management regimens. In fact, in some varieties, the relationship between °Brix values and consumer perceptions of sweetness may be weak—°Brix values may rise even as corn ages. Overall, °Brix currently remains a proven unit of measure for soluble solids in sweet corn; however, changes in genetics may weaken the °Brix-potential sweetness relationship in sweet corn. Therefore, growers are encouraged to become familiar with this relationship in their preferred varieties.

### Select Sweet Corn Ear Samples for Measurement

Select ear samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable ears of similar age and position on the plant.

### Prepare Sweet Corn Samples

The location of the kernels on the ear (tip to stem) can influence its °Brix value. So, we suggest slicing a sample from the middle 2–3 inches of the ear to standardize the samples. Multiple samples can be taken from the center region of a single ear.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger ear from which they were taken.

 

Copyright © 2012, The Ohio State University

WM00058162

**Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon—page 7**

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

"Brix values can be important in your operation. These values represent a snapshot of one key aspect of sweet corn crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00058163

## 4. Tomato

Measures of total soluble solids (°Brix) have long been a staple among tomato growers and processors. °Brix measurement is more common in the processing tomato industry but is gaining recognition in the fresh market industry. In the processing industry, °Brix is a predictor of potential energy and additive needs for producing sauces and other products. In the fresh market, soluble solids levels suggest how "sweet" the tomato may taste; however, it is important to note that sugars, acids, volatiles, and other compounds are responsible for the characteristic flavor of each fruit. So, a higher °Brix value does not guarantee a sweeter flavor. Regardless, tomato soluble solids levels fluctuate with variety and growing conditions. With practice, members of the tomato value chain can adjust management to achieve target °Brix values.

### Select Tomato Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Tomato Samples

Tomato fruit should be washed and dried prior to sampling to remove excess soil and moisture. Cut the fruit from stem to blossom end in wedges. Remove the core. Tomato wedges provide good samples because they represent all types of tissue in the fruit. When pressed, pulp from a tomato wedge contains soluble solids from all fruit tissues. Multiple wedges can be taken from a single fruit.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger tomato from which they were taken.




Copyright © 2012, The Ohio State University

WM00058164

## Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




## Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

## Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of tomato crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## 5. Watermelon

Watermelon stands out as a crop for which "sweetness" is very important. Everyone wants and expects watermelon fruit to be clearly sweet. In fact, the USDA has codified this expectation by requiring watermelon and also cantaloupe flesh °Brix levels to exceed 8% and 9%, respectively, in order for them to meet USDA AMS standards for "good" quality. Texture, color, firmness, and other characteristics also contribute to consumer perception of quality in watermelon but "sweetness" also ranks high. So, °Brix readings are particularly important to members of the watermelon value chain.

### Select Watermelon Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Watermelon Samples

The location of the sample within the fruit (both from stem to blossom end and from soil to exposed side) as well as tissue type can influence the °Brix value. So, we suggest quartering the melon and taking samples from the center or heart of the melon. Some growers also take melon cores instead of slicing to measure °Brix. Both methods are appropriate but only one should be used—be consistent. Multiple samples can be taken from a single melon.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger melon from which they were taken.




Copyright © 2012, The Ohio State University

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of watermelon crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the following information along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00058167

## References

Baldwin, E.A., J.W. Scott, M.A. Einstein, T.M.M. Malundo, B.T. Carr, R.L. Shewfelt, and K.S. Tandon. 1998. Relationship between sensory and instrumental analysis for tomato flavor. *J. Amer. Soc. Hort. Sci.* 123:906–915.

Fouladkhah, A., M. Bumming, M. Stone, C. Stushnoff, F. Stonaker, and P. Kendall. 2011. Consumer hedonic evaluation of eight fresh specialty leafy greens and their relationship to instrumental quality attributes and indicators of secondary metabolites. *J. Sensory Studies* 26:175–183.

Hale, T.A., R.L. Hassell, and T. Phillips. 2005. Refractometer measurements of soluble solid concentration do not reliably predict sugar content in sweet corn. *HortTechnology* 15:668–672.

Keillor, G. 1997. *Leaving Home*. Viking Penguin, New York.

Kleinhenz, M.D. 2003. Sweet corn variety trials in Ohio: Recent top performers and suggestions for future evaluation. *HortTechnology* 13:711–718.

Malundo, T.M.M., R.L .Shewfelt, and J.W. Scott. 1995. Flavor quality of fresh tomato (*Lycopersicon esculentum* Mill.) as affected by sugar and acid levels. *Postharvest Biol. Technol.* 6:103–110.

Pardo, J.E., R. Gomez, J. Tardaguila, M. Amo, and R. Varon. 1996. Quality evaluation of watermelon varieties (*Citrullus vulgaris* S.). *J. Food Qual.* 20:547–557.

Park, S. W., L. J. Won, K. Y. Cheol, K. K. Yong, H.J. Heun, L.M. Rim, and H. S. Jin. 2004. Relationship between physiochemical quality attributes and sensory evaluation during fruit maturation of cucumber. *Korean J. Hort. Sci. Technol.* 22:177–182.

Tandon, K.S., E.A. Baldwin, J.W. Scott, and R.L. Shewfelt. 2003. Linking sensory descriptors to volatile and nonvolatile components of fresh tomato flavor. *J. Food Sci.* 68:2366–2371.

Zhu, S., J.R. Mount, and J.L. Collins. 1992. Sugar and soluble solids changes in refrigerated sweet corn (*Zea mays* L). *J. Food Sci.* 57:454–457.

> **Fact sheets in this series:**
>
> Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12
>
> Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12
>
> Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12
>
> Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

*The technical contributions of Stephanie Short and Danae Wolfe in the preparation of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058168



HYG-1652-12

# Using °Brix as an Indicator of Vegetable Quality
## A Summary of the Measurement Method

**Natalie R. Bumgarner** and **Matthew D. Kleinhenz**
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

Farmers, as well as produce managers and handlers need straightforward, reliable, proven, and inexpensive criteria, tools, and techniques to gauge the potential quality of their fresh fruits and vegetables. The level of soluble solids in a fruit or vegetable is often used as an indicator of the sugars present in it. Soluble solids levels are usually reported in values of °Brix. °Brix values can be measured easily and reliably in the field, shop, or shed using a relatively inexpensive piece of equipment able to fit in most pockets: a refractometer. When obtained and applied correctly, objective and accurate °Brix values can aid in variety selection, harvest scheduling, and other aspects of crop production including irrigation, fertility, and post-harvest management. These values can also give a rough estimate of how sweet a product may taste to some consumers. At best, °Brix values also appear to be indirect estimates of the general health of some crops and their potential sensory appeal to people. However, there is little scientific evidence to support the use of °Brix values as anything more than an indication of the soluble solids content—and potential sweetness—of fruit and vegetable samples.

Four fact sheets have been prepared to guide farmers and produce buyers and handlers in using °Brix as an indicator of vegetable quality. This *Summary* fact sheet is a general description of the tools and techniques used to measure °Brix. The *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops and guidance in making the best use of the values obtained.

## Equipment, Material, and Sample Considerations

Soluble solids (°Brix) values are obtained using refractometers. These instruments measure the degree to which light is bent as it passes through a sample (i.e., the refractive index). Refractometers vary in design. Expensive, bench-top models are common in laboratories and QA/QC facilities. Inexpensive, portable (small-size, handheld), analog and digital versions are preferred by growers and produce managers and handlers. Analog and digital refer primarily to whether the °Brix value is read on a scale resembling an old-style thermometer or displayed digitally.

The refractive index is affected by the temperature of the solution. The °Brix scale is currently based on a reference temperature of 20°C (68°F). Therefore, samples with identical amounts of soluble solids but different temperatures can give different °Brix readings if the refractometer does not correct for temperature. Many modern refractometers correct for temperature but this feature should be confirmed at purchase.

Light must pass through a solution to measure its °Brix. Understandably, the reliability of the reading is influenced by the light source. Some handheld refractometers rely exclusively on sunlight. These units can provide very accurate readings but special attention is needed during the process due to variation in natural light. Other handheld units have built-in light sources (small bulbs)

Copyright © 2012, The Ohio State University

WM00058169

that increase reliability and consistency but also require their own version of special care. Both types of units are common throughout the industry.



**Bench-top refractometer**



**Digital handheld refractometer**



**Analog handheld refractometer**

This publication summarizes the major steps required to obtain a °Brix reading using a handheld digital refractometer. Steps shown here apply to other refractometers and most vegetable crops. However, specific instructions for measuring °Brix in tomato, watermelon, cucumber, sweet corn, and leafy crops are given in the *Crop Instructions* fact sheet.

This *Summary* publication also depicts the measurement of °Brix on single-fruit samples. In laboratory and research settings, blenders are often used to prepare bulk samples consisting of many fruit or leaves. However, if chosen carefully, single fruit or leaf samples taken from various locations in the field can provide reliable estimates of overall crop soluble solids contents. Single leaf or fruit samples also require less time to prepare and reduce loss of saleable produce.

°Brix readings can be taken on root vegetables; however, the standard sample press shown in this document may not be suitable to extract the required liquid. Instead, for root vegetables, a blender or small food processor may be needed to "pulp" the sample and extract a bead of juice from it. A representative collection of the equipment and materials needed to measure °Brix in most leaf and fruiting vegetable crops is shown in the following figure.



**Materials needed for °Brix measurement:**
• knives and cutting board for sample preparation
• dish for sample collection after pressing
• sample press or blender
• wash bottle
• refractometer
• delicate task wipe to filter samples and clean refractometer without scratching
• datasheet

**Helpful hint:**
Measurements can be taken in the field. However, it may be easier to collect samples in the field and then take measurements in a workshop or kitchen with water nearby.

## Refractometer Operation

The following images depict the Atago PAL-1™ refractometer. Although the methods and instructions shown here are likely to apply to other handheld digital refractometers, consult your instrument's instruction manual before proceeding.

The Atago PAL-1™ handheld refractometer has a range of 0 to 53% soluble solids. This range should be appropriate for any vegetable crop. Also, this refractometer can compensate for sample temperature and light conditions if used properly (the sample must be left in the measuring well to allow the unit to adjust to the sample temperature). For best results and greater efficiency, we suggest allowing samples to reach room temperature before measuring them. Also, very bright outdoor conditions can disrupt measurements. So, we suggest taking measurements indoors or in the shade when outdoors.

## Calibration

Handheld digital and analog refractometers must be calibrated before each use. Room temperature *distilled* water is all that is needed for calibration of these handheld units. To calibrate them, fill the measurement well leaving just a little of its metal rim showing. Then, press the zero button. The screen will read 000 when calibration is complete. You are now ready to take readings. To check

Copyright © 2012, The Ohio State University

WM00058170

the calibration, fill the well with clear water and press start. The display should read 0.0. If it does not, repeat the calibration procedure outlined above.

Analog refractometers are also calibrated using a few drops of room temperature, distilled water placed on the sample plate. Looking through the viewfinder should reveal a blue line at exactly 0 °Brix. The calibration screw on the unit can be used to adjust the zero baseline as needed. Further information on refractometer use and calibration can be found in the article by Vasquez and Mueller in the References section.

 

## Taking a °Brix Reading

Fill the measuring well of the digital handheld refractometer nearly full; a small amount of the metal rim should be visible. And there should be no bubbles in the sample. If the sample is at room temperature, simply press the start button. The °Brix reading will be displayed in about 3 seconds. If the sample is cool or warm, wait for the refractometer to adjust before measuring. If you are using a handheld analog or benchtop refractometer, place a few drops of liquid on the plate then close the cover. Some analog and benchtop refractometers do not have a temperature compensating function. If that is the case, samples should be measured at 20°C (68°F) to avoid the need to adjust °Brix readings for temperature.

### Step 1. Select

Select samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable vegetables and ones of the same age or position on the plant.

### Step 2. Prepare

Take samples that represent all tissues and regions within a fruit or vegetable when possible (i.e., a tomato wedge vs. a slice). Select samples from a consistent location within the fruit or vegetable when necessary (i.e., 3rd mature leaf in a lettuce head or center slice from

cucumber or zucchini). And extract multiple samples from within each fruit or vegetable to represent the variability within a fruit.

### Step 3. Press

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger vegetable from which they were sampled. Consider a garlic press for extracting juice from fruit and leaf samples—it is an inexpensive, simple, and quick tool.

### Step 4. Filter

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from contaminating the sample well. Pieces of tissue in the well will cause inaccurate readings.

### Step 5. Read

Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

### Step 6. Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

 

### Step 7. Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the following information along with each °Brix value.

Copyright © 2012, The Ohio State University

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

 

### Measuring °Brix—A Recap

°Brix values can be measured reliably on location using a self-correcting (for temperature) digital handheld refractometer, one of several types available. Care must be taken, however, in selecting samples and calibrating the unit. Once a fresh vegetable leaf or fruit sample and other items are in hand and the refractometer is calibrated, obtaining and recording a reading using a seven-step process may require about one minute. °Brix values correlate much more strongly with how sweet a product may taste than how nutritious it may be.

This *Summary* fact sheet is a general description of the tools and techniques used to measure °Brix. The *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops and guidance in making the best use of the values obtained.

Making the best use of °Brix measurements requires time, patience, and practice. A solid record of °Brix values obtained on multiple crops (varieties, years, growing conditions) is needed to use °Brix values in decision-making.

## References

Boulton, R. B., V. L. Singleton, L. F. Bisson, and R. E. Kunkee. 1996. *Principles and practices of winemaking.* Chapman and Hall, NY.

Vasquez, S., and S. Mueller. *Refractometer calibration, use and maintenance.* http://ucanr.org/sites/viticulture-fresno/files/115503.pdf

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the preparation of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058172

# FACT SHEET
## Agriculture and Natural Resources

HYG-1650-12

# Using °Brix as an Indicator of Vegetable Quality
## An Overview of the Practice

Matthew D. Kleinhenz and Natalie R. Bumgarner
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

## Introduction

Many variables are used to assess fruit and vegetable quality. Some quality metrics such as size, shape, and color are relatively obvious and tend to influence "eye appeal." Others, such as flavor, texture, aroma, and nutrient content, however, are more subjective. They may also require sophisticated techniques and equipment to assess. In addition, these subjective metrics tend to influence more complicated aspects of product appeal, such as eating quality and nutritional value.

Quality-conscious buyers often pay specific attention to eating quality. A product's appearance may help sell it the first time but the enjoyment of eating it is usually required for repeat sales. An item's eating quality is based on its composition (physical, chemical makeup) and the consumer's unique sensory apparatus. In fact, eating quality is best assessed by trained panelists because the human olfactory system is superior to all other "technology" or systems in its ability to differentiate samples based on key sensory properties. Not surprisingly, companies rely heavily on panel testing, which is time-consuming and costly.

Of course, farmers and produce managers and handlers cannot run extensive panel tests to identify which product(s) may please most of their customers most of the time. Instead, with instruction and experience, farmers and others can rely on proven indicators of quality and field-friendly tools for measuring them.

The level of soluble solids in a fruit or vegetable influences how sweet it may taste. Just as yield is reported in pounds or tons per acre, soluble solids are usually reported in values of °Brix. °Brix values are important because they can be measured objectively and they relate to a subjective criterion that buyers and eaters use to assess vegetable quality—flavor or sweetness. When obtained and applied correctly, °Brix values can aid in variety selection, harvest scheduling, and other aspects of crop production including irrigation, fertility, and post-harvest management.

Farmers and others should make special note that °Brix can be measured easily and reliably in the field, shop, or shed using a relatively inexpensive piece of equipment able to fit in most pockets: a refractometer.

Four fact sheets have been prepared to guide farmers and produce buyers in using °Brix as an indicator of vegetable quality. This overview provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable



**Winemakers, vegetable processors, and many other members of the food industry use °Brix to describe sugar or soluble solids content.**

Copyright © 2012, The Ohio State University

production and marketing. Other fact sheets describe how °Brix can be measured and provide guidance in making the best use of the values obtained.

## Background and Origin

As pounds are used to express weight, °Brix is used to express the level of soluble solids in a solution. Sugars, pectins, organic acids, and amino acids are the most prevalent soluble solids in fruit and vegetable juices and all of them contribute to °Brix values. However, sugars are the most abundant soluble solid in many fruit and vegetable juices. Therefore, °Brix values primarily represent estimates of sugar content in fruits and vegetables. Sugar content, of course, influences sweetness, an important component of consumer ratings of product quality. Still, it is important to note that sweetness can be overwhelmed by other aspects of flavor. Therefore, a high °Brix value does not guarantee a sweet flavor.

The °Brix scale was developed in the mid-1800s by Adolf Brix. The scale is equal to the percent of dissolved solids in a solution. Therefore, a 100 g sample of a solution that measures 50° °Brix has 50 g of sugar and other dissolved solids and 50 g of water. The °Brix scale first used a reference temperature of 15.5°C and now commonly uses a temperature of 20°C (68°F).

°Brix values of a solution are measured using a device called a refractometer. Refractometers measure the refractive index of a solution to calculate a soluble solid concentration. Functionally, the refractive index quantifies dissolved solids based on changes in the direction of a light beam that passes through a liquid containing invisible dissolved or suspended solids. In general, the greater the amount of these "solids" in the liquid, the more light is bent when passing through it. All things being equal, the extent of this refraction also hinges on the temperature of the solution. Therefore, some refractometers adjust the values they report to account for the solution temperature.

There are three major types of refractometers: analog handheld, digital handheld, and bench-top. Handheld refractometers are arguably the most convenient as they can be taken into the field for on-the-spot °Brix measurements. Handheld versions use either the sun or an enclosed bulb as their light source and have a gauge or digital display. Automatic digital refractometers used in laboratories and QA/QC facilities are more costly and not portable; however, they return data quickly, require little training, and can reduce operator error when taking readings. Many modern refractometers automatically adjust their displayed values according to the temperature of the sample. Older models may require the use of correction factors to obtain accurate results for samples taken at temperatures other than 20°C (68°F).

## Application

Soluble solids levels influence the commercial use and consumer reaction to many fresh fruits and vegetables and their value-added products. This makes clear why °Brix is used throughout the produce, food, and beverage industries. Field managers use °Brix values to assess harvest readiness of grapes, melons, and other crops. Grocery stores and restaurant produce managers use °Brix values as an indicator of potential crop quality. Buyers of crops used to make various products routinely measure °Brix of fresh or stored crops before they are used in the making of beer, wine, juice, sauce, refined sugar, and other products. In these situations, even small differences in °Brix values influence the bottom line. So, °Brix values are examined closely. For example, making tomato products such as sauces and pastes is energy intensive. Much of this energy is required to remove water from fresh tomato fruit. The higher the °Brix value, the less water in the fruit and the less energy needed to remove it. Likewise, the higher the °Brix value, the less sugar that may need to be added in the making of the value-added product.

Regardless of whether °Brix influences the appeal of their crop based on flavor, processing, or other aspects of quality, crop managers benefit from learning more about how to measure °Brix and interpret readings. Fortunately, °Brix measurements are relatively easy and inexpensive. So, they can be taken often. In fact, measuring °Brix values regularly is recommended.



**This figure illustrates how a refractometer measures the changes in light used to determine soluble solids content and °Brix in a sample.**

Copyright © 2012, The Ohio State University

WM00058174



Soluble solids are used to determine optimum harvest time for wine grapes and as an assessment at other points during winemaking.

Why? Partly because single values can be misleading and partly because having more values available helps crop managers to identify connections between °Brix values and conditions their crops experience.

Many factors can influence °Brix values consistently and significantly. These factors include variety, maturity or growth stage, and water and fertility management. With practice and careful attention, it is possible to manipulate these and possibly other aspects of crop management to achieve target °Brix levels.

Measuring °Brix can help vegetable growers to monitor and manage crop quality. Even so, the right amount of importance should be placed on °Brix values. Just as we would not use only our pulse to determine our health, °Brix values alone cannot describe the overall health of the crop, soil, or farm. Being familiar with the benefits and limitations of measuring °Brix is important.



°Brix levels are an important quality index of tomatoes harvested for processing (Image courtesy of Gene Miyao, University of California Cooperative Extension).

## Benefits of °Brix Measurement on the Farm, During Storage, or at Market

Using a digital or analog refractometer to measure °Brix can benefit produce growers, managers, and handlers in three main ways. First, °Brix is a straightforward, objective, and relatively inexpensive measurement. Refractometers are inexpensive compared to other key farm tools. °Brix can be measured simply and reliably in the field or work area. Second, °Brix values can allow growers and others to compare varieties and production practices across farms, harvest dates, years, and seasons. Third, °Brix values are an estimate of the sugar content of a sample. Sugar content is known to influence the consumer acceptability of many fruit and vegetable products.

## Limitations of °Brix Measurement on the Farm, During Storage, or at Market

Measuring °Brix can be very useful. However, growers and others should recall three key limitations of the practice. First, °Brix measurements are only as strong as the sampling procedure and instrument that produced them. Poor or inconsistent sample selection or measurement will lead to poor results. Also, keeping refractometers in good working order is important for accurate °Brix readings.

Second, many genetic and management factors interact to influence crop °Brix levels. Similar varieties and management (e.g., fertility, irrigation) will not always result in similar °Brix values. For example, °Brix values of crops "on the vine" or in the field change throughout the day; so, measuring °Brix at the same time each time is important in order to compare varieties, fields, crops, etc. Research has shown that management can impact °Brix in predictable ways. However, °Brix values will vary with year, season, environment, and other factors. °Brix readings are most useful when they are taken often in order to identify trends.

Third, sugar content is only one factor that contributes to the overall quality of a crop. °Brix can be an accurate, repeatable, and easily obtained measure of soluble solids in crops. However, the relationship of °Brix to human taste perception is more direct in some crops than in others. Sugars, many other compounds, and eater preferences determine how sweet a sample may taste and its appeal. Therefore, crops with the highest °Brix reading will not necessarily taste sweetest or best. Also, °Brix values are not a direct measure of the nutritional value of a crop as dieticians, nutritionists, and other professionals assess it. Complex analytical procedures are required to measure the nutritive value of food, which is based on many components (USDA). °Brix levels can correlate with some

Copyright © 2012, The Ohio State University

accepted components of nutritive value. However, there is currently no solid scientific evidence that °Brix values alone can be used to describe a food's nutritional value.

## Using °Brix as an Indicator of Vegetable Quality—A Recap

°Brix values are a measure of the soluble solids content of a solution. Sugars are the most abundant soluble solid in fruit and vegetable juices. Soluble solid (sugar) levels (°Brix readings) can be measured reliably on the farm, during storage, or at market using refractometers, which are inexpensive and small. Care must be taken, however, in selecting samples, completing readings, and making use of °Brix values. These values are affected by genetic and management factors. Also, they correlate much more strongly with how sweet a product may taste than how nutritious it may be.

This overview provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets describe how °Brix can be measured and provide guidance in making the best use of the values obtained.

Making the best use of °Brix measurements requires time, patience, and practice. A solid record of °Brix values obtained on multiple crops (varieties, years, growing conditions) is needed to use °Brix values in decision-making.

## References

Ball, D. W. 2006. Concentration scales for sugar solutions. *J. Chem. Ed.* 83:1489–1491.

Boulton, R. B., V. L. Singleton, L. F. Bisson, and R. E. Kunkee. 1996. *Principles and practices of winemaking.* Chapman and Hall, NY.

Kader, A. A. 2002. Quality and safely factors: Definition and evaluation for fresh horticultural crops. p. 279–286. In: A.A. Kader (ed). *Postharvest technology of horticultural crops,* 3rd Ed. Univ. Cal. Agr. Nat. Res. Pub. 3311.

Mitcham, B., M. Cantwell, and A. Kader. 1996. Methods for determining quality of fresh commodities. *Perishables Handling Newsletter* 85:1–5.

*Refractometer Scales—Misconceptions.* Bellingham + Stanley. Tech Bull no. R016.

United States Department of Agriculture. *Nutrient Database for Standard Reference.* http://ndb.nal.usda.gov/.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe to the development of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
**Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu**

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058176

| | |
|---|---|
| **From:** | Mingming Li |
| **To:** | Nikhil Cherian |
| **Sent:** | 11/9/2017 7:59:48 PM |
| **Subject:** | Re: Fresh algo |

We should hear what TCS is doing. Pls connect. Well, I will have to answer that question next week :)

On Nov 9, 2017, at 7:04 PM, Nikhil Cherian <Nikhil.v.Cherian@walmart.com> wrote:

We told Zest today that they are not going ahead with us anymore and they kept saying what a big mistake it is that we are considering building this internally. That raised this question. Next week is fine.

Also, We have the supply chain guys at TCS saying they have an algorithm and working with Woolies in Australia . Probably worth you and me hearing them out?

Btw, is Aihong your manager?

Regards,

**Nikhil Cherian**
Director, Walmart U. S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

On Nov 9, 2017, at 6:33 PM, Mingming Li <Mingming.Li@wal-mart.com> wrote:

Hi Nikhil,

Just a person note —
Is it going to be too late if we get back to you with a confidence vote by end of next week?

Thanks!
Mingming

On Nov 9, 2017, at 3:48 PM, Mingming Li <Mingming.Li@wal-mart.com> wrote:

Wow, this is definitely very nice materials. Thanks for sharing!

Best Regards,

Mingming Li

**From:** Aihong Wen
**Sent:** Thursday, November 09, 2017 3:07 PM
**To:** Nikhil Cherian
**Cc:** Mingming Li
**Subject:** RE: Fresh algo

Thanks for sharing!! We will get back to you soon after we discuss.

Thanks,



PLAINTIFF'S
EXHIBIT
0170

PLAINTIFF'S
EXHIBIT
170

WM00058399

Aihong

**Aihong Wen**

**Sr.Director, Retail Data Science**
**Global Data & Analytics Platforms**
Phone 479.258.6533
Mobile 713.244.4761
**Walmart** ☀

DGTC West 1st Floor Pole C05

Bentonville, AR 72716-0130
**Save money.  Live better.**

**From:** Nikhil Cherian
**Sent:** Thursday, November 9, 2017 2:41 PM
**To:** Mingming Li <Mingming.Li@wal-mart.com>; Aihong Wen <Aihong.Wen@walmart.com>
**Subject:** Fresh algo

Mingming/Aihong,

Based on everything you have seen since being introduced to the Cold Chain work, how confident are you that Walmart can build its own shelf life algorithm? Attached is some information from Zest where they paint a complex picture – for example, pre harvest and harvest variables that they collect using their field scouting app. Do we have all the information needed apart from time and temperature conditions through the supply chain? I know it's still early days but if I am saying to my leadership that this can be done in-house I need some confidence from your group. Thanks!

Regards,

**Nikhil Cherian, Director** U.S. Flow
Phone: 479.277.6602 Mobile: 479.899.2174

# EXHIBIT C

**From:** Mingming Li
**To:** Nikhil Cherian
**Sent:** 11/9/2017 7:59:48 PM
**Subject:** Re: Fresh algo

We should hear what TCS is doing. Pls connect. Well, I will have to answer that question next week :)

On Nov 9, 2017, at 7:04 PM, Nikhil Cherian <Nikhil.v.Cherian@walmart.com> wrote:

We told Zest today that they are not going ahead with us anymore and they kept saying what a big mistake it is that we are considering building this internally. That raised this question. Next week is fine.

Also, We have the supply chain guys at TCS saying they have an algorithm and working with Woolies in Australia . Probably worth you and me hearing them out?

Btw, is Aihong your manager?

Regards,

**Nikhil Cherian**
Director, Walmart U. S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

On Nov 9, 2017, at 6:33 PM, Mingming Li <Mingming.Li@wal-mart.com> wrote:

Hi Nikhil,

Just a person note —
Is it going to be too late if we get back to you with a confidence vote by end of next week?

Thanks!
Mingming .

On Nov 9, 2017, at 3:48 PM, Mingming Li <Mingming.Li@wal-mart.com> wrote:

Wow, this is definitely very nice materials. Thanks for sharing!

Best Regards,

Mingming Li

**From:** Aihong Wen
**Sent:** Thursday, November 09, 2017 3:07 PM
**To:** Nikhil Cherian
**Cc:** Mingming Li
**Subject:** RE: Fresh algo

Thanks for sharing!! We will get back to you soon after we discuss.




PLAINTIFF'S
EXHIBIT
**0140**

PLAINTIFF'S
EXHIBIT
NO. 140

Thanks,

WM00058399

Aihong

**Aihong Wen**

**Sr.Director, Retail Data Science**
**Global Data & Analytics Platforms**
Phone 479.258.6533
Mobile 713.244.4761
**Walmart** ☼

DGTC West 1ˢᵗ Floor Pole C05

Bentonville, AR 72716-0130
**Save money.  Live better.**

**From:** Nikhil Cherian
**Sent:** Thursday, November 9, 2017 2:41 PM
**To:** Mingming Li <Mingming.Li@wal-mart.com>; Aihong Wen <Aihong.Wen@walmart.com>
**Subject:** Fresh algo

Mingming/Aihong,

Based on everything you have seen since being introduced to the Cold Chain work, how confident are you that Walmart can build its own shelf life algorithm? Attached is some information from Zest where they paint a complex picture – for example, pre harvest and harvest variables that they collect using their field scouting app. Do we have all the information needed apart from time and temperature conditions through the supply chain? I know it's still early days but if I am saying to my leadership that this can be done in-house I need some confidence from your group. Thanks!

Regards,

**Nikhil Cherian, Director** U.S. Flow
Phone: 479.277.6602 Mobile: 479.899.2174

WM00058400

| | |
|---|---|
| **From:** | Nikhil Cherian |
| **To:** | Mingming Li; Aihong Wen |
| **Sent:** | 11/9/2017 2:40:51 PM |
| **Subject:** | Fresh algo |
| **Attachments:** | Zest Fresh - Story 6-7-17.pdf; EXT: Photo-spectrometry Background |

Mingming/Aihong,

Based on everything you have seen since being introduced to the Cold Chain work, how confident are you that Walmart can build its own shelf life algorithm? Attached is some information from Zest where they paint a complex picture — for example, pre harvest and harvest variables that they collect using their field scouting app. Do we have all the information needed apart from time and temperature conditions through the supply chain? I know it's still early days but if I am saying to my leadership that this can be done in-house I need some confidence from your group. Thanks!

Regards,

**Nikhil Cherian, Director** U.S. Flow
Phone: 479.277.6602 Mobile: 479.899.2174



PLAINTIFF'S
EXHIBIT

0169

PLAINTIFF'S
EXHIBIT

WM00058111



WM00058112

# Zest Fresh™ Goals

## Reduce Post-harvest Fresh Food Waste

### Opportunity
- Roughly 33% of post-harvest fresh food wasted
- Industry average 12% retailer
- Industry average 6% pre-retail (grower & distribution)

### Challenge
- Industry-wide problem
- Poorly identified and understood root cause of problem
- Lack of ownership/leadership in addressing problem
- Only recent initiative to address the problem

**Goal is to reduce waste – not recycle or repurpose**

Zest Labs Confidential

WM00058113

# Zest Labs Approach

## First Principles Approach

### Root Cause
- Determine scientific foundation for cause of waste
  - Respiration rate exceeds assumptions (assumed static, near ideal)
- Examine all stages of processing & distribution
  - Measure and validate impact at each step*

### Solution Approach
- Investigate all approaches to solution set
- Determine achievable results – test/model approach on existing data
- Document impact at each step – no shortcuts
- Validate technical approach through peer reviewed, scientific documentation

*Zest Labs blackberry case study*

## Build a Solid Foundation – Solve the Right Problem

Zest Labs Confidential

WM00058114

# Zest Fresh – Problem Definition



## Quality Inconsistency Leads to Waste

### Root Cause
- Assumption that post-harvest shelf life is static, and near ideal
  - Assumes field and harvest conditions ("Natural" variability), and process and handling ("Process" variability) are consistent
- Measured that ~33% product significantly non-ideal on daily harvest
  - Translates to product at risk to early spoilage compared to date label

### Solution Approach
- Why the variability in harvest and processing?
  - Lack of visibility and understanding of impact
  - Lack of measured freshness, so no way to match to customer requirements
- Can the Process variability be fixed? (approach #1)
- Can the Natural variability be accommodated? (approach #2)

**Determine the Best Solution Approach**

Zest labs Confidential

WM00058115

# Zest Fresh – Empower Quality Consistency

## Fix Processing Variability (approach #1)

### Lack of Visibility Allows
- Primary impact to product variability is temperature & time
  - Product condition is not currently tracked from field through processing
- No visibility means no direct management of freshness – exceptions are not seen
  - Optimizing for logistics or equipment – not freshness (i.e. reduced truck trips)

### Zest Provides Actionable Visibility
- Tracking each pallet from field through processing
  - Data capture at each process step and decision point
  - Real-time feedback if not adhering to process (alerts, corrective actions)
- Continuously tracking every pallet – and providing guidance on trade-offs
- ZIPR code (freshness metric) enables optimizing for freshness

## Empower Workers to Maintain Best Practices

ZestFresh Confidential

WM00058116

# Zest Fresh – Accommodate Freshness Variability

## Accommodate Natural Variability (approach #2)

### Variations Occur
- Pre-harvest conditions and harvest conditions lead to different total shelf life
  - Conditions ahead of processing critical to account for
- Labor & equipment constraints may impact processing
  - Processing bottlenecks & back-ups lead to variability

### Measured Freshness Empowers Intelligent Routing
- Identifying freshness variability enables accommodation
  - Pallet-level ZIPR code enables matching to customer requirements
- Modeling shelf life impact based on measured data – ZIPR code
  - Mapping customer requirements – transit time, downstream requirements – provides a breadth of options for delivery

**Deliver Consistency Through Accommodated Variability**





WM00058118



### Zest Fresh Shelf Life Model Overview
#### Applying the Model



Zest Labs Confidential

8

WM00058119



## Zest Fresh Shelf Life Model Overview
### Zest Fresh at Walmart



WM00058120





*Zest Fresh Process Overview*
*End-to-End Value Chain*

| Product Characteristics | Harvest Data | Cut-to-Cool Data | Pre-Cool Data | Intelligent Routing | In-Transit Shelf Life |

**Nothing Today**

**Various Apps**
LotPath most popular

**BarCode**
Harvest Mark
Humidity

**Lot Level**
WiFi ZigBee
Wall-mount
Pulp Equipped

**Nothing Today**

**Trailer Level**
Sensitech
PakSense
DeltaTrak
LocusTraxx

**Product Profiling**
Cultivar (Variety)
Configuration
Temperature
Sensitivity
Forecast Coefficient

**Scouting App**
Weather conditions
Harvest temperature
Color

**Pallet-level Tracking**
Variations need to be properly accounted
Temperature
Time

**Pallet-level Mapping**
Pallet temperature
Process completion

**Accommodate Variance**
Customer
Requirements
ZIP code
Matching function &
App

**Pallet-level Tracking**
Variance within
Proper actual delivery
Zone may vary
End-To-End Data
Capture

WM00058121

# Zest Fresh – Capturing Freshness Data

  

## How to Determine Freshness Impact?

### What to Measure (Sensor Type)
- Academic studies have identified time & temperature as primary impact
  - Other conditions may be required – i.e. humidity (grapes)
- Must have discerning data in first 12 to 24 hours to impact shipment decision
  - Critical to impact longest transit time & customer requirement
  - Metabolites, ethylene, spectroscopy, brix, etc. do not provide shelf life data at post-harvest timeframe – they are relative measures & trailing indicators

### How to Measure (Sensor Location)
- Continuous, pallet-level measurement critical
  - Must be same location to show relative impact at each process step
- Product contact is key – but non-invasive preferred
  - Pulp not necessary for continuous measurement, as dwell time long

**Measure the Data Needed for Intelligent Routing**

Zest Labs Confidential

## Zest Fresh – Communicating Freshness Data



### How & When to Upload Pallet-level Data

**When is Data Needed?**

- What behavior or decisions need data
  - Process adherence dictates data capture at start & end
  - Decision points at equipment loading, storing & shipping

- Data must reliably indicate process location
  - Pallet-level device must auto-sense location within facility (not GPS)
  - Data capture must be reliable at transition points – read within seconds
    - Entering yard, entering cold storage, shipping at dock doors
  - Reliably capture data in high device density environments (warehouse)

**Data Must be Real Time & Ahead of Critical Decisions**

Zest Labs confidential

## Zest Fresh – Communicating Freshness Data



## Technology Evaluation for Pallet-level Wireless Comms

| | Passive RFID | XC3 RFID | Active - Zigbee | Bluetooth | Cellular |
|---|---|---|---|---|---|
| Reliable around produce | ✗ | ✓ | ✓ | ✓ | ✓ |
| >50 ft range | ✗ | ✓ | ✓ | ✓ | ✓ |
| Portal & Area specific location | ✓ | ✓ | ✗ | ✗ | ✗ |
| Reader talk first (high density) | ✓ | ✓ | ✗ | ✗ | ✗ |
| Low power | ✓ | ✓ | ✓ | ✓ | ✗ |
| Low Cost Device | ✓ | ✓ | ✗ | ✓ | ✗ |
| Fixed Infrastructure Cost | $$ | $$ | $$ | NA | $$$* |
| Mobile Infrastructure Cost | $$$ | $$$ | $$$ | $ | $$$* |

*Infrastructure cost paid as subscription fee (i.e. carrier contract)*

### Meets Functional Needs and Cost Effective at Pallet Level

Zest Labs Confidential

13

# Zest Fresh – Real-Time Feedback



## Empowering Associates

### When is Data Needed?

- Provide information when decisions are made, or events warrant action
  - Pallet information available in real time at each decision point
  - Events "push" data as alerts when conditions warrant
  - Corrective actions from real-time prescriptive analytics

### Why is this Different?

- Database must be event driven, and respond in real time
  - Not only an SQL- based solution (queried) – good only for reports
  - Real-time analytics AND normal SQL report database
- Ultra-reliable data collection, across many IT systems and mobile devices
  - Data sent as time-stamped messages (not files), through queuing system
  - Queuing system dynamically auto-replicates to scale
  - No "sync'ing" of files or databases from remote sites

**Data Must be Real Time & Ahead of Critical Decisions**

Zestrdr Confidential

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

- **What is it?**

  *"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."*

  - *A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Paul Singh, UC Davis 1988*

  The fresh food industry has derived many variations to the basic equation, to account for real-world variance. The most popular empirical approach is the $Q_{10}$ coefficient. Many universities collect $Q_{10}$ data for produce, but they provide wide ranges of variation – sometimes 100% !

    - Not practical for commercial use

**Industry Research on Produce Shelf Life Algorithm**

Zest Labs Confidential

WM00058126

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What drives shelf life

- Cell based respiration, consuming sugars, starches, water, etc.
  - Non-climacteric fruit does not ripen post-harvest – only degrades
  - Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric (in addition to ripeness indicators)
- Key components to Arrhenius algorithm
  - Biological reaction factor (A) varies by fruit, variety, location, etc.
    - This factor is independent of temperature (pre-harvest component)
  - Activation Energy ($E_a$) varies as a 1st order exponential
    - Inversely related to temperature (post-harvest component)
    - more energy require to activate at lower temperatures
  - Look for empirical method to determine "A" and "$E_a$"

*Shelf Life Algorithm – Research*

Zest Labs Confidential

WM00058127

# Zest Fresh – Shelf Life Algorithms

$$Q_{10} = (R2/R1)^{10/(T2-T1)}$$

## Industry Research – Empirical Determination

### Q10 Temperature Coefficient

- Measure of the rate of change of a biological system as a consequence of increasing temperature by 10°C.
    - Determines rate of change for a 10°C increase – industry references
    - See http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/
- Industry challenge is matching specific harvest with generic algorithms
    - Error rates in research near 30%
        - Validates approach, but not practical for commercial use
    - Commercial use requires roughly 14% accuracy
        - +/- 1 day out of 7 days shelf life is 14%
        - A 1 day resolution is all that is necessary for intelligent routing
    - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

**Empirical Determination of Algorithm Parameters**

Zest Labs Confidential

# Zest Fresh – Product Profiling

## Empirical Determination – Product Profiling

### Q5 Temperature Coefficient
- Refine resolution to 5°C, then determine rate of change of large sample set
  - Collect samples over time, for each variety & location
  - Evaluate rate of change based on EOL determination
  - Refine over large samples set
  - Refine for beginning, middle and end of season
- Product profile produce
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

**Zest Fresh Refined Data Collection Approach**

Zest Labs Confidential



## Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination



1. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=10&ds=799#
2. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=10&ds=799
3. http://www.ba.ars.usda.gov/hb66/lettuce.pdf   Note: converted from mg CO2 kg h to mL CO2 kg h

Romaine Respiration Rate Model

RealTime = ( ( a * ( TempC - b ) ) + c )
where:
a = acceleration increment (acceleration delta / temperature increment), for each 1 degree increase in temperature above lower temperature band, adds acceleration increment to Acceleration Rate for the band
b = lower temperature band value ( TempC - b* determines how many degrees C above lower tempoC band value)
c = acceleration rate for temperature band

Zest Labs Confidential

WM00058130



## Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination

| 10 Day Freshness Compliance at DC Receiving | Using Zest[1] | W/out Zest[1] | Baseline DC Location[2] |
|---|---|---|---|
| DCs with 4 Day Transit: | 73% | 27% | Winter Haven |
| DCs with 3 Day Transit: | 81% | 35% | New Caney |
| DCs with 2 Day Transit: | 86% | 28% | Casa Grande |
| DCs with 1 Day Transit: | 91% | N/A | N/A |

[1]Data for DCs with 3, 2 and 1 Day Transit times extrapolated from Winter Haven data.
[2]Based on non-tagged baseline retention sampling data, June & July 2016.

| Accuracy Metrics | |
|---|---|
| Mean Absolute Percentage Error (MAPE) | 18% |
| Mean Absolute Deviation (MAD) | 2.18 |
| Root Mean Square Error (RMSE) | 2.87 |

| Summary | |
|---|---|
| Total Samples | 181 |
| EOL Samples | 181 |
| % of Samples EOL'ed for Bruising (resulting from physical damage): | 59% |
| % of Samples EOL'ed earlier than ZIPR Code due to Bruising: | 70% |

| Sample Distribution | | |
|---|---|---|
| +/- Days | Count | % |
| 1 | 64 | 35% |
| 2 | 102 | 56% |
| 3 | 130 | 72% |
| < -3 | 31 | 17% |
| > 3 | 20 | 11% |



Adjusted EOL Date compared to Predicted ZIPR Code

WM00058131

# Why Zest Fresh Matters to Walmart

## Empowering Suppliers – Not Score Carding Them

### Recommend Zest Fresh to Ensure Delivered Freshness

- ZIPR code ensures freshness
  - Avoids micro-managing hundreds of suppliers
  - ZIPR code validated on actual product – profiling process (not Walmart)
  - ZIPR code enables optimized DC and store handling

### Why is this Different?

- Empowers Suppliers to make better decisions every day
  - Walmart benefits from ZIPR code compliance & shipment visibility
- Zest Fresh scales
  - ZIPR code normalizes freshness validation across all products – easy-to-use
  - Low-cost pallet-level monitoring enables end-to-end visibility
- Secure & robust implementation
  - Date encrypted, networks firewalled, 24/7 remote monitoring

*Zest Fresh – a Solution that Delivers Freshness*

Zest Labs Confidential

WM00058132

**From:** Peter Mehring
**To:** Nikhil Cherian
**CC:** Denise Sharpe; Todd Clayton
**Sent:** 6/10/2017 12:01:56 AM
**Subject:** EXT: Photo-spectrometry Background
**Attachments:** Nondestructive Quality Evaluation paper at 7th IFVE.pdf; Ohio State - Brix for Crop Mgmnt.pdf; Ohio State - Brix in leafy greens.pdf; Ohio State - Brix Measurement method.pdf; Ohio State - Brix Overview.pdf

Hi Nikhil,

Our internal report on the testing we did with SCIO device is not in a format for sharing. Further, as we are a registered SCIO development partner, I don't want to share any test results that may seem somewhat negative, as used in the right way, the device can be useful (i.e. for determining time of harvest).

That said, I can provide general background on the approach of using photo spectrometry as a freshness indicator. The attached papers are background we uncovered in our research, that proved helpful.

The question is if photo spectrometry, which is reported to be able to measure sugars and starches in fruits and vegetables, is able to translate those results into a freshness measure. The answer is not simple so let me break it down into a few parts, but start with the bottom line. The summary is, brix is useful for determining peak ripeness for some fruits, and therefore optimum harvest time. As a post-harvest measurement, brix is primarily a disqualifier, as it can reflect significant degradation of freshness as brix does degrade through respiration – but not an ongoing relative measure of remaining freshness. Here's a quick outline of the challenges is using brix as a quality metric -

First, measuring the brix ratio is a useful metric, but primarily for selecting peak harvest time for a fruit or vegetable. The brix measurement is only one quality metric, but among the top six metrics for selecting harvest quality – Color, size, weight, free of bruising or decay, firmness, and brix. Nutritional value is also a key metric, but hard to use for sorting, mostly used for selecting harvest time, and correlates to a brix value.

WM00058133

Second, brix measurements are best used in a trend analysis, not a single point criteria. As the attached papers show, the brix ratio value will change based on time of day, temperature, season, rainfall, etc., so building a significant database is required before evaluating what the brix ratio means relative to the measured fruit, variety or region. Again, this is for selecting optimum harvest time, not for evaluating shelf life or remaining freshness.

Third, brix is a "current test" measurement, not a predictive tool or a proactive feedback tool. Measuring brix will tell the current value relative to a mapped trend – is the value near the peak for a harvest, or is it too low? Brix will not tell you if you processed the fruit or vegetable properly - i.e. The current respiration rate – or how long the fruit will remain fresh. Brix - which measures the water soluble sugars - is a measure of remaining resources, but not a measure of the rate of consumption of those resources, nor a measure of the starting point of those resources.

Past brix measurement devices were "destructive" in that they used a sample of the fruit juice to evaluate soluble sugars – you had to squeeze some juice out of a leaf or fruit. The spectrophotometry brix measurement is an improvement in that it is "non-destructive", but only works for fruits and vegetables with a skin of 5mm thickness or less (based on the NIR type equipment – not cell phone cameras, as they're worse). So, tomatoes, peaches, apples, pears work, but citrus, melons, kiwis, etc. do not work.

Lastly, some fruits continue to ripen after harvested (see article, "Which Fruits and Vegetables Continue to Ripen After Picking?"), such as apples, bananas, avocados, etc. These do not use a brix measurement to determine harvest quality, but would use it to determine when at peak ripeness (based on a ripening room, or removal from storage). The non-climacteric category of fruit should be harvested at peak ripeness, as they do not continue to ripen once harvested – berries, grapes, citrus, etc. It is useful to use a brix measurement to determine the harvest time for these fruits – but as part of a trend, not a single measurement.

Bottom line – brix is a useful quality metric for determining peak ripeness (one that ZEST tracks within the grower Scout/Field Quality application), but it has to be (1) acquired in a consistent manner, (2) used as part of a trend analysis (not just a static decision point), (3) as part of a collection of quality criteria. Brix does NOT convey remaining shelf life or remaining freshness, though some articles show a correlation (not causation) between a higher brix value and longer total shelf life. Academic papers point to harvesting at peak ripeness, in part determined by peak brix value, correlate to a longer total shelf life. There is no evidence or evaluation of using brix post-harvest to determine remaining freshness, though if you know the brix value at harvest, and detect a dramatic fall-off, it can be a sign of significant mishandling (so, still a useful test, but not a primary indicator, but rather a dis-qualifier).

Hope that helps,
Peter

**Peter Mehring**
President & CEO
Zest Labs, Inc.
408.200.6516 (o)

408.835.0375 (m)
www.zestlabs.com

Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify the sender immediately. Thank you.

WM00058135

# Nondestructive Quality Evaluation Technology for Fruits and Vegetables Using Near-Infrared Spectroscopy

**Kyu-Hong Choi, Kang-Jin Lee, Giyoung Kim**

National Institute of Agricultural Engineering, Rural Development Administration,
249 Seodun-dong, Suwon, Republic of KOREA

## INTRODUCTION

Many countries in Asian-Pacific region are meeting the significant changes in socio-economic conditions pertaining to agriculture. Rapid industrialization and massive rural-urban migration lead the necessity of agricultural mechanization. The reduction in trade barriers and greater ease in travel and communication have been facilitated foreign trades. Trade volume of agricultural products rose remarkably in recent year. The growing demand for high quality and safety products on the market calls for developing and adopting advanced postharvest technologies.

Because agricultural products have the characteristics of low value added as compared with the other industrial commodities, application of the state-of-the-art technology to agricultural sectors was relatively recently activated. Postharvest sorting and grading of agricultural products is difficult and labor intensive. Manual sorting is costly and unreliable since human decision in identifying quality factors such as appearance, flavor, nutrient, texture, etc., is inconsistent, subjective, and slow. Nondestructive measuring techniques are desirable for fruits and vegetables. However, those are able to be reliable, faster, and economical. Various up-to-date techniques such as optics, X-ray, ultrasonic, near infrared (NIR), and magnetic resonance/magnetic resonance imaging (MR/MRI) have been applied for over four decades. Some have reached the point of practical implementation. Others will do so in the future.

Above all the techniques, NIR spectroscopy technique is very close to practical use. It has been contributed to development and wide use of sorting and grading technology during the last 10 years. This paper describes the theory, application, issues, and practical use of the nondestructive quality evaluation technology using NIR spectroscopy. Three fruit grading/sorting systems newly developed by National Institute of Agricultural Engineering (NIAE) are introduced.

WM00058136

## TECHNOLOGY OF MEASURING QUALITY

### Quality Component

Consumers purchase fruits and vegetables on the basis of quality. Quality of horticultural products is an important subject to those engaged in horticultural industries. Quality is defined as the degree of excellence or superiority. Quality of fruits and vegetables is a combination of characteristics, attributes, and properties that have significance and make for acceptability. Acceptability is depended on highly subjective factors including sight, touch, smell, taste, and even hearing.

The various components of quality are used to evaluate fruits and vegetables. Quality is classified into external and internal component as shown in Table 1. Appearance, flavor, texture, nutritive value, and defect factors are generally recognized as the five quality factors of fruits and vegetables.

Table 1 Components of qualities for fruits and vegetables.

| External Qualities | | Size (weight, volume, dimension) |
| | | Shape (diameter/depth ratio) |
| | | Color (uniformity, intensity) |
| | | Defect (bruise, stab, spot) |
| Internal Qualities | Flavor | Sweetness, Sourness, Astringency, Aroma |
| | Texture | Firmness, Crispness, Juiciness |
| | Nutrition | Carbohydrates, Proteins, Vitamins, Functional property |
| | Defect | Internal cavity, Water core, Frost damage, Rotten |

### Necessity of Sorting/Grading

Quality is attributed to the several factors such as level of cultivation techniques, climatic conditions, soil condition, etc. Therefore, there is a wide difference between products' qualities, even if they were grown and harvested from same area.

In 1999, *Chungdo Peach Experimental Station* harvested the entire peaches from 3 sampled trees (*Miback variety*) selected out of 3 areas, and measured their weight and sugar content. Table 2 shows the size distribution of sampled peaches and the sugar contents distribution of peaches within the grades. The weight ranged from 140g to 450g, the sugar content 5.2Brix to 15.7Brix. Furthermore, the sugar content in a same grade has a wide variation which range from 2.6Brix to 7.5Brix. This result means that

WM00058137

taking fruit samples from the tree could not cover a representative sample of the tree and means nothing.

Table 2 Size distribution of sample peaches and sugar content distribution within the grades for *Miback variety*

| Grade based on weight | | Substandard | Small | Medium | Large | Extra large |
|---|---|---|---|---|---|---|
| | | less than 180g | 180–210g | 210–250g | 250–300g | More than 300g |
| Size distribution (%) | | 3.0 | 7.7 | 25.3 | 40.5 | 23.4 |
| Sugar content (Brix) | Min. | 5.2 | 5.5 | 5.9 | 6.9 | 8.2 |
| | Max. | 7.8 | 10.1 | 11.2 | 12.7 | 15.7 |
| | Average | 6.6 | 7.7 | 8.5 | 9.4 | 10.8 |

Source : Annual Report of Chungdo Peach Experimental Station. 1999

*Chungdo Peach Experimental Station* also measured weight and sugar content of 5 boxes of peaches for each price range bought from wholesale markets. Table 3 shows that sugar contents of high-priced and large-sized peaches were higher than those of low-priced and small-sized. However, sugar content of peaches in the same priced box ranged from 5.9Brix to 9.3Brix. The price of fruits doesn't necessarily tell the sugar content of fruits. In conclusion, to raise objectivity, reliability, and value added fruits, quality evaluation should be performed for all fruits.

Table 3 Size and sugar content distribution of peaches bought from markets

| Price (Won/10kg) | Number of boxes/peaches | Weight (g) | | | Sugar content (Brix) | | |
|---|---|---|---|---|---|---|---|
| | | Min. | Max. | Average | Min. | Max. | Average |
| Less than 20,000 | 5/194 | 205 | 310 | 251 | 4.5 | 13.8 | 9.0 |
| 20,000 - 25,000 | 5/152 | 265 | 400 | 324 | 7.1 | 12.8 | 9.4 |
| 25,000 - 30,000 | 5/138 | 300 | 440 | 352 | 7.1 | 13.3 | 10.0 |
| More than 30,000 | 5/125 | 321 | 475 | 395 | 7.4 | 13.6 | 10.6 |

Source : Annual Report of Chungdo Peach Experimental Station. 1999

Table 4 shows the result of survey in 2003, which tracks the consumer behavior in the fruit markets. Consumers are considering sweetness (47.3%), freshness (28.6%), price

WM00058138

(15.1%) in order. Especially, sweetness preference shows an increase as compared with the preceding survey in 1998, while price preference shows a decrease. The fruits with high sugar contents are much appreciated in the market. According to the result of the survey, consumers are willing to consider the quality more than the price. The survey also indicates that there are still a lot of improvement to make such as a sweetness for whole fruits, a freshness for grapes, peaches, and oranges, a certificate of origin for pear and persimmon.

Table 4 Consideration factors of consumers in purchasing fruits

|  | Sweetness | Freshness | Price | Safety | Place of origin | Size | Color | Shape | Nutrition |
|---|---|---|---|---|---|---|---|---|---|
| 1998 | 29.0 | 27.2 | 26.5 | 10.0 | - | 2.4 | 1.2 | 0.3 | 3.5 |
| 2003 | 47.3 | 28.6 | 15.1 | 2.6 | 1.8 | 1.6 | 1.5 | 0.9 | 0.5 |

Source : Agricultural Outlook 2003. Korean Rural Economic Institute

World-famous discount stores have entered into domestic market and scale of domestic hypermarkets have been enlarged since middle of 1990s. These markets brought great progresses and changes in the produce market. To meet the markets' demand for high quality fresh fruits and vegetables, many producing districts established the large-scaled Agricultural Products Processing Center (APC), which were collecting and processing a lot of agricultural products in one place. APC introduced the up-to-date machines and facilities such as pre-cooler, high precision grader, packer, and storage house. Recently APC has contributed to improve the level of postharvest technologies.

Because agricultural production is now an excessive in several items, its major issue has switched from a quantity to a quality policy. In this frame, it is necessary to develop nondestructive and rapid tools to control quality of agricultural products.

**Nondestructive Evaluation Technology**

Quality evaluation methods can be the destructive and non-destructive. They include both objective methods based on instrument reading and subjective methods on human judgement. Various analytical methods are available for determination of quality related components using optics, X-ray, mechanics, and electromagnetic (Table 5).

WM00058139

Table 5. Nondestructive measurement of quality factors for horticultural produce.

| Methodology | Technique being used | Components |
|---|---|---|
| Optics | Image Analysis | Size, Shape, Color, External defects |
| | Reflectance, Transmittance and Absorbance Spectroscopy | Internal components, Color, Defects |
| | Laser spectroscopy | Firmness, Visco-elasticity, Defects, Shape |
| X-ray | X-ray image and CT | Internal cavity and structure, Ripeness |
| Mechanics | Vibrated Excitation | Firmness, Visco-elasticity, Ripeness |
| | Sonic | Firmness, Visco-elasticity, Internal cavity, Density, Sugar content |
| | Ultrasonic | Internal cavity and structure, Firmness, Tenderness |
| Electromagnetic | Impedance | Moisture contents, Density, Sugar content, Density, Internal cavity |
| | MR/MRI | Sugar content, Oil, Moisture content, Internal defect and structure |

Various techniques have been developed for evaluating internal quality of fruits and vegetables. Specific examples of practical use are as follows: near infrared (NIR) reflectance/transmittance technique to measure soluble solid content and acidity of peaches, pears, apples, citrus, melon, and watermelon, acoustic response technique to evaluate the maturity and internal defects of melon and watermelon, electrical capacitance technique to estimate soluble solid content and internal cavity of watermelon.

On the other hand, magnetic resonance (MR) has been used to study the moisture and oil content of agricultural materials. The magnetic resonance imaging (MRI) could prove to be an extremely valuable technique to evaluate ripening, core breakdown, bruise, worm damage, chilling and freezing. Currently, MR and MRI are not practical for routine quality testing. These equipments are expensive and difficult to operate. However, like all technologies, it is becoming cheaper, faster and more feasible for research and specialized applications. MR and MRI techniques have great potential for evaluating the internal quality of fruits and vegetables.

WM00058140

Above all the techniques, NIR spectroscopy technique is very close to practical use. It has been contributed to development and wide use of sorting and grading technology during the last 10 years. This paper describes the theory, application, examples of practical use, and some issues of near infrared spectroscopy.

## PRINCIPLE AND APPLICATION OF NIR SPECTROSCOPY

### Principle of NIR Spectroscopy

The electromagnetic spectrum covers a large range of photon energies which are commonly and conveniently divided into the following bands: from longest to shortest wavelengths, radio wave, microwave, infrared, near infrared, visible, ultraviolet, X-ray and gamma-ray (Fig. 1).



Fig. 1 Electromagnetic spectrum radiation.

Optical properties indicate the response of matter to visible light wavelengths (400-700nm) and near infrared (700-2500nm). Optical properties are based on reflectance, transmittance, absorbance, or scatter of light by the product.

When a light beam falls on an object, part of the incident beam is reflected by the surface. This is called regular reflectance (or specular reflectance). The remaining radiation is transmitted through the surface into the cellular structure of the object where it is scattered by the small interfaces within the tissue or absorbed by cellular constituents. The absorbed portion of radiation can be transformed to other forms of energy such as heat, chemical changes or luminescence. Part of the transmitted energy is absorbed (absorption), some part is reflected back to the surface (body reflectance or diffuse reflectance), and remain part is transmitted through the object (transmittance) as shown in Fig. 2.

WM00058141



Fig. 2 Distribution of incident light on an object.

### Application of NIR Spectroscopy

Near infrared (NIR) spectroscopy deals with irradiating the products with NIR light (i.e. wavelength in the 700 nm to 2500 nm range) and with collecting and analyzing the absorbance spectrum.

The advantages of NIR are numerous; this radiation is highly penetrative and thus can be applied to the sample without any preparation, the spectra are not very discriminative but they can give quantitative information on the major organic components of food products, the NIR optical components are affordable and robust. For all these reasons, NIR spectroscopy has been widely used in grains, beverages and sugar industry, milk and daily products, fruits and vegetables since Karl Norris first applied to the compositional analysis of cereal in 1963. It reaches now on-line settings in the industry.

NIR spectrometers consist of light source, wavelength selector, and detector. Those are classified to reflectance or transmittance measuring method according to an arrange of components and detection methods.

### Reflectance Measuring Method

In reflectance method, lamp and detector are located in the same direction as shown in Fig. 3. When object is illuminated by lamps, the scattered reflected radiation is measured by the detector. Diode array sensor used to measure the intensity of the radiation at each wavelength for laboratory and industry applications. The concentrations of a component are calculated from the radiation intensity by using a previously developed calibration equation.

The sweetness grading system based on NIR reflectance method can be used for the fruits having a thin peel such as peaches, apples, and pears. However, reflectance method is limited that body reflectance means the diffused light from features at depth

WM00058142

to about 5 mm. The grading system is not available for the fruits with thick peel such as citrus, melon, and watermelon.



Fig. 3 Reflectance measuring system

**Transmittance Measuring Method**

Transmittance method measures the transmitted light which pass through the tissues. Transmitted light reflects the internal attributes of the object. Therefore, it gives us an overall information of quality, and is able to make up for the weak points of the reflectance method.

Transmittance method can be divided into two; full transmittance and half transmittance measuring method, according to the arrangement of light and detector.

Full transmittance measuring system makes light, object, and detector lined up and in order as shown in Fig. 4. This method applied to the grain, milk, fruits of thin peel and small-sized fruits such as citrus.

In half transmittance method, many lamps arranged around the equator of the object to get the high intensity of radiation. Lamp and detector are at right angles to each other as shown in Fig. 5. This method is widely used for measuring sugar content, acidity, and internal defects of fruits and vegetables; apple, pear, melon, and watermelon.



Fig. 4 Full transmittance measuring system

WM00058143



Light source                    Light source

Detector

Fig. 5 Half transmittance measuring system

## PEACH GRADING SYSTEM USING NIR REFLECTANCE

Most fruit sorters have used the mechanism which discharges fruits from trays tilted using solenoid and spring. Since this mechanism causes damage to peaches, farmers evaded to use conventional fruit graders. Grading operation of peaches depends on a manual way up to recently. In order to grade peaches without any injuries and to sustain the quality, non-contact and real-time based grader should be developed.

To minimize damage caused on fruit during grading and handling peaches, the prototype was devised to have a way of extracting each tray containing fruits from the moving path of the grader (Fig. 6).



Fig. 6 Peach sugar content grading system.

WM00058144

Sugar content within in a fruit varies according to a position; upper or lower, right or left, and depth. To decrease the measurement error by position effects in detecting representative values of sugar contents in peaches, two directions diverged fiber optics was developed to measure reflectance of both sides at one time as shown in Fig. 7.



Fig. 7 Two directions diverged fiber optics.

The operating program of the grader and the measuring algorithm of the quality index such as size and sugar contents were developed using Visual Basic 6.0 language. All grading results were saved in database and provided to farmers for helping them to produce the best quality peaches.

The multiple linear regression (MLR) model using 16 wavelengths for quality index was developed to estimate sugar content of peaches with the determination coefficient of 0.71 and Standard Error of Calibration (SEC) of 0.42Brix. The developed MLR model could predict also the sugar content with the determination coefficient of 0.69 and Standard Error of Prediction (SEP) of 0.49Brix (Fig. 8). This MLR model has better performance than the prediction model developed by using the detection of single position in 1998.

Based on performance of the prototype, the non-destructive automatic peach sweetness grading system was fabricated and evaluated. The peach sweetness grading system consists of photodiode-array sensor, quartz-halogen lamp and one fiber optic diverged by two bundles for transmitting the lights to two positions on fruit and re-transmitting the reflected lights from two position. The system could classify peaches into 2 classes by soluble solid contents of peaches with the accuracy of 91 % and the capacity of 7,200 peaches per hour.

WM00058145



Calibration (n=790), SEC=0.42Brix        Prediction (n=340), SEP=0.49Brix

Fig. 8 Calibration and prediction results using MLR model

## CITRUS GRADING SYSTEM USING NIR FULL-TRANSMITTANCE

Conventional citrus grader grades citrus fruits based on size differences of the fruits. The fruits are graded by transferring the fruits inside the series of rotating drums, which have different size of holes. Fruits smaller than the hole-size are graded at the drum, remaining bigger size fruits are graded at next drums. The capacity of the grader can be easily changed by adjusting width or rotating speed of drums. The drum type citrus grader has good performance for grading citrus size, but it cannot be used to grade the fruit based on its internal quality, such as maturity and internal defects. Immature or obvious defected fruits are sorted manually before putting in the drum grader. Because of tremendous labor requirement for this sorting operation, the automation of the operation is much demanded.

The on-line citrus grading system developed by NIAE (National Institute of Agricultural Engineering) comprised an NIR transmittance measuring part and a grading part. The grading system was designed so that citruses were fed one by one into NIR transmittance system. To reduce variability of the spectra, fruits were always placed flat on conveying belt between the lighting unit and the NIR detector as shown in Fig. 9. Design of feeding and conveying line is very important because the feeding posture of citrus affects the accuracy of the internal quality evaluation using optical properties.

WM00058146

NIR full transmittance measuring part consisting of a specially designed light source, NIR spectrophotometer having CCD array (Ocean optics, USA.), a controller, and photo sensors was constructed. NIR transmittance spectra were acquired with the 2048 pixel CCD-array NIR detector. For the strong illumination, a 300 W halogen lamp was used. Optical fibers and the lens assembly were used to collect light and provide strong luminance enough to pass through the flesh of the citrus fruit as shown in Fig. 9. NIR spectrum was acquired for 30 ms, and the wavelength of the spectrum was ranged from 650 nm to 955 nm.



Fig. 9 Arrangement of light and detector

The Partial Least Square Regression (PLSR) model was developed to estimate sugar content and acidity of citrus. The calibration model for sugar contents was developed with 463 spectrum samples and its correlation coefficient and standard error of calibration (SEC) were 0.936 and 0.33Brix, respectively (Fig. 11(a)). The validation result of model with 462 unknown samples is illustrated in Fig. 11(b). As shown in Fig. 11(b), the correlation coefficient and standard error of prediction (SEP) were 0.897 and 0.42Brix, respectively. Fig. 10 shows the prototype citrus grading system, and the capacity is the 14,400 citrus per hour.

WM00058147



Fig. 10 Sugar content, acidity, and size grading system of citrus



(a) Calibration

(b) Prediction

Fig. 11 Calibration and prediction results using PLSR model.

## WATERMELON SORTING SYSTEM USING NIR HALF-TRANSMITTANCE AND SONIC

The quality and price of a watermelon are determined by size and internal quality such as maturity, sugar content, inside cavity, yellow belt, and blood flesh. The markets especially evade buying watermelons with internal defects. However, sorting of immature, cavity and blood flesh watermelons is conducted by inspector's sensibility or experience.

WM00058148

A non-destructive watermelon sorting system, which can measure the weight, sugar content and internal defect simultaneously, was developed. The watermelon sorting system consists of sugar content evaluation part and internal defect evaluation part.

The sugar content evaluation part can measure the near infrared transmittance spectrum, and has light source and light detection part. The light source has the enough power of 2.4kw for transmitting the watermelon. The transmitted near infrared spectrum was used to develop a sugar content evaluation model with PLSR method. The model estimated watermelon sugar contents with error of ±0.8Brix.

The internal defect evaluation part has a hammer to generate the acoustic sound with constant force, a multi-point sound signal acquiring system, a noise removal circuit, and signal processing and quality evaluation program (Fig 12). There are two steps to acquire the hit sound:1) when the watermelon stands still, 2) when the watermelon stops briefly while it moves on sorting line.

The multiple acoustic signals of 175 watermelons were acquired from the prototype at noisy packinghouse or Agricultural Products Processing Center (APC), and PLSR model was developed with quality factor evaluated by the experts. The correlation coefficient of the developed model with 455 samples was 0.86 and SEC was 0.86. Using the developed model, the prediction result of the 455 watermelons shows that the prediction accuracy of normal and poor fruits was 90.1% based on the quality index 2. To improve the quality prediction accuracy, it is necessary to improve the accuracy of target position, and remove the noise.

This sorting system can sort the 1,500 watermelons per hour, ±0.8Brix error of sugar content, and the 90.1% accuracy of internal defects (Fig. 13).



Fig. 12 Schematic and photo of internal defect measuring system using sonic



Fig. 13 Nondestructive watermelon quality sorting system used in APC

WM00058150

# FACT SHEET
## Agriculture and Natural Resources

THE OHIO STATE UNIVERSITY EXTENSION

HYG-1651-12

# Using °Brix as an Indicator of Vegetable Quality
## Linking Measured Values to Crop Management

**Matthew D. Kleinhenz** and **Natalie R. Bumgarner**
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

Crop quality is important to fruit and vegetable growers, buyers, and handlers. °Brix readings indicate soluble solids content. Since soluble solids represent a product's potential sweetness (an aspect of quality), °Brix readings can interest many throughout the value chain. Three steps are required to make effective use of °Brix readings: (1) obtain accurate representative values; (2) become familiar with other representative values for similar crops; and (3) if needed, adjust management practices according to how they may affect °Brix values of your crops, using proven approaches.

Four fact sheets have been prepared to guide vegetable farmers, buyers, and handlers in using °Brix as an indicator of crop quality. This *Linking* fact sheet provides reference information on representative °Brix values and how they are influenced by crop management. Equipped with this information, vegetable suppliers should be better prepared to make effective use of °Brix measurement in their operation. However, the *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Two other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops.

## °Brix Values in Vegetable Crops

°Brix values are relatively straightforward to measure and are readily available. However, few people appear to be familiar with values that would be "typical" for their crop. Reference values are available in government and scientific reports and other documents. However, ultimately, the most important values for most vegetable

growers, buyers, and handlers may be the "bank" of numbers they develop in their own operation over time through consistent, conscientious measurement. Nevertheless, in this fact sheet, we present three sets of reference °Brix values.

The first set (Table 1) includes examples of soluble solids values that are used as criteria in official USDA fruit and vegetable quality grades. In certain fruiting crops (i.e., cantaloupe, watermelon) soluble solids levels obtained with an approved refractometer influence the official grade to which the crop is assigned. For example, based on the chart below, °Brix values less than 9% and 8% in cantaloupe and watermelon, respectively, mean that the crop cannot be labeled as having "good internal quality" by USDA standards.

**Table 1. Examples of USDA crop grading standards which incorporate soluble solids values.**

| Crop | Grading description | Minimum soluble solid level |
|---|---|---|
| Cantaloupe | "Very good internal quality" | 11% |
| | "Good internal quality" | 9% |
| Watermelon | "Very good internal quality" | 10% |
| | "Good internal quality" | 8% |

The second set of reference °Brix values (Table 2) was taken from published agricultural research. This set includes values reported on multiple crops grown in research plots in many locations. Keep in mind that these plots were managed differently: growing system, nutrient and irrigation regime, and variety differed from one

Copyright © 2012, The Ohio State University

WM00058151

**Table 2. Examples of soluble solids (°Brix) values from published agricultural research reports across a variety of crops and locations.**

| Crop—Location | Reported °Brix value | Citation |
|---|---|---|
| Beets—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Cabbage—New Zealand | 9.0–12.0 | Renquist et al., 2005 |
| Carrots—GA | 8.0–10.0 | Gills et al., 1999 |
| Honeydew—TX | 8.5–12.0 | Lester and Shellie, 1992 |
| Muskmelon—MD | 5.0–16.0 | Aulenbach and Worthington, 1974 |
| Muskmelon—CA | 9.0–11.0 | Yamaguchi et al., 1977 |
| Onion—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Pepper—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Sweet corn—SC | 15.0–27.0 | Hale et al., 2005 |
| Processing tomatoes—CA | 4.7–6.0 | Barrett et al., 2007 |
| Greenhouse tomatoes—Denmark | 4.3–5.0 | Thybo et al., 2006 |
| Greenhouse tomatoes—NC | 3.8–4.7 | Peet et al., 2004 |
| Fresh market tomatoes—CO | 3.5–5.3 | Aldrich et al., 2010 |
| Fresh market tomatoes—FL | 4.1–5.3 | Tandon et al., 2003 |
| Cherry tomatoes—New Zealand | 5.0–8.0 | Renquist et al., 2005 |
| Watermelon—Spain | 9.0–11.0 | Pardo et al., 1996 |

experiment to another. Because of this variation, numbers in Table 2 do not necessarily represent target values. That said, the research was usually conducted to study the influence of genetic and production factors on crop quality. And, the research often involved commercial-like practices and common varieties. Therefore, it is reasonable for growers and others to observe similar °Brix values in their business.

**Table 3. Soluble solids (°Brix) values gathered during an on-farm research project carried out in Ohio in 2011.**

| Crop | °Brix average | °Brix range | # Observations | # Farms |
|---|---|---|---|---|
| Beet | 7.8 | 2.8–13.6 | 26 | 4 |
| Bean | 6.9 | 2.9–15.7 | 57 | 3 |
| Swiss chard | 4.6 | 2.6–6.5 | 15 | 2 |
| Cucumber | 3.3 | 2.2–5.4 | 60 | 4 |
| Summer squash | 4.3 | 3.5–5.3 | 43 | 4 |
| Sweet corn | 16.2 | 9.5–26.5 | 66 | 2 |
| Cherry tomato | 7.5 | 4.5–11.7 | 102 | 6 |
| Tomato | 4.6 | 2.3–8.2 | 433 | 10 |
| Turnip | 6.0 | 4.5–6.9 | 20 | 3 |
| Watermelon | 10.8 | 9.0–12.8 | 66 | 4 |
| Zucchini | 4.0 | 2.4–6.0 | 71 | 5 |

The third set of reference °Brix values (Table 3) was created in Ohio during the completion of a project supported by The Ohio State University/OARDC/OSU Extension, the Department of Horticulture and Crop Science, the Warner Endowment Fund for Sustainable Agriculture, and area farmers. With this support, the Ohio State University Vegetable Production Systems Laboratory obtained hundreds of °Brix readings on station- and farm-grown vegetable crops from twelve locations in 2011. Crops were grown conventionally and organically and most of the data were collected by growers using handheld digital refractometers as described in two fact sheets in this series. The values in Table 3 were developed in 2011 only. They may or may not represent values expected in your operation. Contact Matt Kleinhenz for more information on these values.

## Factors that Influence Vegetable °Brix Values

In the tables above, the reported °Brix values for individual crops displayed wide ranges (e.g., in Table 3, 2.9–15.7 for bean and 9.5–26.5 for sweet corn). These ranges are due to the fact that at any one time, many factors influence a vegetable crop's condition and, therefore, its °Brix level. Going forward, vegetable suppliers interested in having their crops achieve target °Brix values will benefit from being familiar with these factors and how they can be manipulated.

Variety selection, crop maturity, crop physiology or metabolism, and major abiotic components of the growing environment (e.g., moisture, fertility, light, and temperature) are known to influence °Brix levels. Variety selection and crop maturity, metabolism, and water status tend to have direct and often significant and immediate impacts on vegetable °Brix levels. In contrast, soil and crop nutrient status and environmental light and temperature levels appear to have more indirect and subtle effects on vegetable °Brix values. The following is a brief summary of some of the

Copyright © 2012, The Ohio State University

WM00058152

specific effects of various factors on vegetable °Brix levels. Information given in this section is supported by articles cited in the References section and farmer experience.

Weather effects on soluble solids levels begin at planting and continue through harvest, in part because planting and harvesting dates determine the environmental conditions under which crops grow and mature. Environmental conditions that most strongly influence crop quality and °Brix include sunlight, temperature, and moisture. Exposure to various combinations of these conditions due to planting and harvest schedules can influence elements of quality (including °Brix) and flavor in field- and greenhouse-grown crops. These conditions influence the amount of soluble solids (mostly sugars) that are in marketable leaves, stems, fruits, tubers, roots, etc., at any one time. These factors influence °Brix levels alone and in combination. For example, temperature and light interact to set the rate of sugar production, but temperature may have a stronger influence on tomato fruit soluble solids content than sunlight.

Weather, planting and harvesting dates, and some soil characteristics often cannot be altered significantly. Often, vegetable growers must adhere to certain planting and harvesting windows. Also, they can only establish protective microclimates around crops (e.g., using mulches, films, or low or high tunnels) which lessen the more radical effects that temperature, moisture, and other extreme conditions can have on crop quality. Likewise, soil amendments can increase soil organic matter or alter other soil properties, thereby creating growing conditions more conducive to crop health and quality. Yet, some steps to limit environmental fluctuations or enhance soil quality may be unavailable to some farmers. Moreover, the effects of these steps on crop quality in the near-term may be indirect. Therefore, vegetable growers may prefer to take easy steps proven to have immediate and significant effects on quality, perhaps especially °Brix. Steps in this category include proper variety selection, water and fertility management, and planting and harvest timing.

All things being equal, varieties of the same crop tend to differ in their baseline °Brix level. That is, varieties have a natural inclination toward lower or higher levels of soluble solids within the portion that is marketed. Therefore, variety selection is one of the most important and direct methods of shaping °Brix and crop quality. If °Brix is important to you, consider discussing varietal tendencies with seed suppliers and reviewing other data on varieties. Product quality begins with variety selection.

Regardless of variety, soluble solids levels track crop maturity. All vegetable crops undergo changes in their

makeup through their lifetime, regardless of what the farmer does. Sweet corn kernels turning from milky and sweet to dry and starchy is one example of the natural, pre-programmed crop maturation process. So, crop stage and harvest timing, in particular, strongly influence crop quality and °Brix levels.

In fact, the degree of ripening at harvest influences the full chemical makeup of the fruit or immature seed and, therefore, its flavor and texture. Soluble solids and sugars tend to increase during ripening, while acids tend to decrease. When tomato fruit are harvested at a very early stage of ripening, the combination of sugars, acids, and volatile compounds related to flavor may be sub-optimum. That said, some fruit and seed continue to mature after picking. And, they may be more susceptible to physical damage during post-harvest handling if picked table-ripe. Regardless, it is clear that harvest timing is important to all growers and that measuring °Brix values can help determine harvest- and market-readiness in some crops.



Effects on soluble solid content in tomato were measured on 8/24/07 in Gödöllő, Hungary. Treatments were unirrigated (1), unirrigated with K application (2), irrigation up to 30 days before harvest (3), irrigation up to 30 days before harvest with K application (4), standard irrigation (5), and standard irrigation with K application (6). Columns bearing the same letter are not significantly different. Vertical bars represent significant differences at p = 0.05, n=4.

Irrigation timing or soil moisture levels also affect °Brix but in ways that may complicate management decisions. For example, reduced water availability during fruit development can increase fruit soluble solids content but lower total fruit yield. So, growers must balance the opportunity to enhance the quality of their fruit with the potential to reduce the yield of them using the same practice. In dry areas where water availability can be carefully controlled, precise irrigation has been able to increase °Brix and maintain acceptable yields. High tunnel growers may be able to balance yield and quality most effectively through irrigation and fertility management.

Copyright © 2012, The Ohio State University

WM00058153



°Brix levels are a common metric used to describe the quality and suitability of processing tomatoes *(Image courtesy of Hirzel Canning Company and Farms, Toledo, Ohio).*

Indeed, the influence of fertility programs on °Brix is becoming clear. Increased fertilizer or salinity levels (i.e., higher electrical conductivity levels) in irrigation water are reported to increase °Brix levels in greenhouse-grown tomato and pepper. Mineral fertilization can also influence volatile compounds and fruit flavor.

In addition to electrical conductivity, there is evidence that nitrogen (N) nutrition can affect °Brix levels but in an indirect and complex manner. Nitrogen availability can impact the efficiency of photosynthesis through which sugar is created and, therefore, possibly alter soluble solids levels. However, excess N can also slow maturation and reduce sugar and acid content.

## Linking Measured °Brix Values to Crop Management—A Recap

Production factors such as temperature and light levels and soil moisture and fertility status influence crop °Brix levels. These factors differ with regard to the amount of control field and high tunnel growers have over them. These factors also differ with regard to the apparent, direct impact they have on °Brix, based on scientific evidence and grower experience. Biological factors such as variety and crop maturity affect soluble solids levels strongly; growers select varieties but have little control over maturity outside of harvest timing.

Controlled-environment greenhouse production involves a greater amount of control over factors that influence crop growth, yield, and certain aspects of quality than field production. Overall, the greenhouse industry continues to pay close attention to the effects of variety selection and crop management on °Brix. Also, adjustments in management regimes to optimize °Brix and other characteristics are generally more feasible in greenhouse than field settings. Farmers working with soils in more dynamic and unpredictable open field and high

tunnel settings have an opportunity to gain from what is discovered in greenhouse production and research. More important, field and high tunnel vegetable growers can learn from their own tests of the relationships between management and °Brix and other aspects of crop quality. This four-part fact sheet series is designed to assist them in that process.



## References

Aldrich, H.T., K. Salandanan, P. Kendall, M. Bunning, F. Stonaker, O. Kulen, and C. Stushnoff. 2010. Cultivar choice provides options for local production of organic and conventionally produced tomatoes with higher quality and antioxidant content. *J. Sci. Food Agr.* 90:2548–2555.

Anza, M., P. Riga, and C. Garbisu. 2006. Effects of variety and growth season on the organoleptic and nutritional quality of hydroponically grown tomato. *J Food Qual.* 29:16–37.

Arias, R., T.C. Lee, D. Specca, and H. Janes. 2000. Quality comparison of hydroponic tomatoes (*Lycopersicon esculentum*) ripened on and off vine. *J. Food Sci.* 65:545–548.

Aulenbach, B.B., and J.T. Worthington. 1974. Sensory evaluation of muskmelon: Is soluble solids content a good quality index? *HortScience* 9:136–137.

Barrett, D.M., C. Weakley, J.V. Diaz, and M. Watnik. 2007. Qualitative and nutritional differences in processing tomatoes grown under commercial organic and conventional production systems. *J Food Sci.* 72:C441–C451.

Beverly, R.B., J.G. Latimer, and D.A. Smittle. 1993. Preharvest physiological and cultural effects on postharvest quality. p. 73–98. R.I. Shewfelt, and S.E. Prussia (eds). In: *Postharvest handling: A systems approach.* Academic Press San Diego, CA.

Copyright © 2012, The Ohio State University

Blaesing, D., A. Murray, M. Schulz, and M. Stewart. 2006. Nutrient management for high soluble solids production in Australian processing tomatoes. *Acta Hort.* 724:75–83.

Bumgarner N., J.C. Scheerens, R.W. Mullen, M.A. Bennett, P.P. Ling, and M.D. Kleinhenz. 2012. Root-zone temperature and nitrogen affect the yield and secondary metabolite concentration of fall and spring-grown, high density lettuce. *J. Sci. Food Agr.* 92:116–124.

Chassy, A.W., L. Bui, E.N.C. Renaud, M.V. Horn, and A.E. Mitchell. 2006. Three-year comparison of the content of antioxidant microconstituents and several quality characteristics in organic and conventionally managed tomatoes and bell peppers. *J. Agr. Food Chem.* 54:8244–8252.

Crisosto, C.H., and J.P. Mitchell. 2002. Preharvest factors affecting fruit and vegetable quality. p. 49–54. In: A.A. Kader (ed). *Postharvest technology of horticultural crops,* 3rd Ed. Univ. Cal. Agr. Nat. Res. Pub. 3311.

Davis, A.R., C.L. Webber, P. Perkins-Veazie, and J. Collins. 2006. Impact of cultivar and production practices on yield and phytonutrient content of organically grown watermelon. *J. Veg. Sci.* 12:83–91.

Fleisher, D.H., L.S. Logendra, C. Moraru, A.J. Both, J. Cavazzoni, T. Gianfagna, T.C. Lee, and H.W. Janes. 2006. Effect of temperature perturbations on tomato (*Lycopersicon esculentum* Mill.) quality and production scheduling. *J. Hort. Sci. Biotechnol.* 81:125–131.

Gazula, A., M.D. Kleinhenz, J.G. Streeter, and A.R. Miller. 2005. Temperature and cultivar effects on Anthocyanin and chlorophyll b concentrations in three related Lollo Rosso lettuce cultivars. *HortScience* 40:1731–1733.

Gills, L.A., A.V.A. Resurreccion, W.C. Hurst, A.E. Reynolds, and S.C. Phatak. 1999. Sensory profiles of carrot (*Daucus carota* L.) cultivars grown in Georgia. *HortScience* 34:625–628.

Hale, T.A., R.L. Hassell, and T. Phillips. 2005. Refractometer measurements of soluble solid concentration do not reliably predict sugar content in sweet corn. *HortTechnology* 15:668–672.

Helyes, L., J. Dimeny, Z. Pek, and A. Lugasi. 2006. Effect of the variety and growing methods as well as cultivation conditions on the composition of tomato (*Lycopersicon lycopersicum* (L.) Karsten) fruit. *Acta Hort.* 712:511–516.

Hornick, S.B. 1992. Factors affecting the nutritional quality of crops. *Amer. J. Alt. Agr.* 7:63–68.

Johnstone, P.R., T.K. Hartz, M LeStrange, J.J. Nunez, and E.M. Miyao. 2005. Managing fruit soluble solids with late-season deficit irrigation in drip-irrigated processing tomato production. *HortScience* 40:1857–1861.

Kleinhenz, M.D., and A. Wszelaki. 2003. Yield and relationships among head traits in cabbage as influenced by planting date and cultivar. I. Fresh market. *HortScience* 38:1349–1254.

Krauss, S., W.H. Schnitzler, J. Grassmann, and M. Woitke. 2006. The influence of different electrical conductivity in a simplified recirculating soilless system on inner and outer fruit quality characteristics of tomato. *J. Agr. Food Chem.* 54:441–448.

Lamont, W.J. 2005. Plastics: Modifying the microclimate for the production of vegetable crops. *HortTechnology* 15:477–481.

Lester, G., and K.C. Shellie. 1992. Postharvest sensory and physicochemical attributes of honey dew melon fruits. *HortScience* 27:1012–1014.

Pardo, J.E., R. Gomez, J. Tardaguila, M. Amo, and R. Varon. 1996. Quality evaluation of watermelon varieties (*Citrullus vulgaris* S.). *J. Food Qual.* 20:547–557.

Peet, M.M., C.D. Harlow, and E.S. Larrea. 2004. Fruit quality and yield in five small-fruited greenhouse tomato cultivars under high fertilization regime. *Acta Hort.* 659:811–818.

Pluda, D., H.D. Rabinowitch, and U. Kafkafi. 1993. Pepino dulce (*Solanum mirucatum* Ait.) quality characteristics respond to nitrogen nutrition and salinity. *J. Amer. Soc. Hort. Sci.* 118:86–91.

Radovich, T.J.K., M.D. Kleinhenz, J.G. Streeter, R. Miller, and J.C. Scheerens. 2005. Planting date affects total glucosinolate concentrations in six commercial cabbage cultivars. *HortScience* 40:106–110.

Renquist, A.R., M.J. LaGrange, B.P. Searle, and J.B. Reid. 2005. Towards a control theory for acidity of vegetable crops. *Acta Hort.* 694:463–469.

Riga, P., M. Anza, and C. Garbisu. 2008. Tomato quality is more dependent on temperature than on photosynthetically active radiation. *J. Sci. Food Agr.* 88:158–166.

Simon, P.W. 1985. Carrot flavor: Effects of genotype, growing conditions, storage, and processing. p. 315–328. In: H.E. Pattee (ed). *Evaluation of quality of fruits and vegetables.* AVI Publishing Company. Westport, CT.

Stevens, M.A. 1985. Tomato flavor: Effects of genotype, cultural practices, and maturity at picking. p. 367–386. In: H.E. Pattee (ed). *Evaluation of quality of fruits and vegetables.* AVI Publishing Company. Westport, CT.

Tandon, K.S., E.A. Baldwin, J.W. Scott, and R.L. Shewfelt. 2003. Linking sensory descriptors to volatile and non-volatile components of fresh tomato flavor. *J. Food Sci.* 68:2366–2371.

Thybo, A.K., M. Edelenbos, L.P. Christensen, J.N. Sorensen, and K. Thorup-Kristensen. 2006. Effect

Copyright © 2012, The Ohio State University

WM00058155

of organic growing systems on sensory quality and chemical composition of tomatoes. *LWT* 39:835–843.

USDA Nutrient Database. http://www.ars.usda.gov/Services/docs.htm?docid=22114.

USDA AMS Standards. http://www.ams.usda.gov/AMSv1.0/ams.fetchTemplateData.do?template=TemplateN&page=FreshMarketVegetableStandards.

Wang, Y.T., S.W. Huang, R.L. Liu, and J.Y. Jin. 2007. Effects of nitrogen application on flavor compounds of cherry tomato fruits. *J. Plant Nutr. Soil Sci.* 170:461–468.

Wang, Z.H., S.X. Li, and S. Malhi. 2008. Effects of fertilization and other agronomic measures on nutritional quality of crops. *J. Sci. Food Agr.* 88:7–23.

Wells, O.S., and J.B. Loy. 1993. Rowcovers and high tunnels enhance crop production in the northeastern United States. *HortTechnology* 3:92–95.

Weston, L.A., and M.M. Barth. 1997. Preharvest factors affecting postharvest quality of vegetables. *HortScience* 32:812–816.

Wright, D.H., and N.D. Harris. 1985. Effect of nitrogen and potassium fertilization on tomato flavor. *J. Agr. Food Chem.* 33:355–358.

Wszelaki, A., and M.D. Kleinhenz. 2003. Yield and relationships among head traits in cabbage as influence by planting date and cultivar. II. Processing. *HortScience* 38:1355–1259.

Zerbini, P.E. 2008. Role of maturity for improved flavor. p. 180–199. In: B. Bruckner and S.G. Wyllie. (eds). *Fruit and vegetable flavor—Recent advances and future prospects.* Woodhead Publishing Limited. Cambridge, England.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the development of this fact sheet are appreciated.*

# EMPOWERMENT THROUGH EDUCATION

**Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu**

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058156

# FACT SHEET
## Agriculture and Natural Resources

THE OHIO STATE UNIVERSITY EXTENSION

HYG-1653-12

# Using °Brix as an Indicator of Vegetable Quality
## Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon

Natalie R. Bumgarner and Matthew D. Kleinhenz
Department of Horticulture and Crop Science
The Ohio State University

Crop quality is important to everyone in the vegetable value chain, including growers, buyers, managers, handlers, processors, restaurateurs, and consumers. Various measures are used to assess and describe different aspects of quality but few may be as popular and important as soluble solids or °Brix. As described in other fact sheets in this series, °Brix has the attention of many throughout the vegetable value chain for three primary reasons. First, °Brix can be measured inexpensively, quickly, and reliably at essentially all

| For specific methods refer to: |
|---|
| Cucumber—page 2 |
| Leafy Crops—page 4 |
| Sweet Corn—page 6 |
| Tomato—page 8 |
| Watermelon—page 10 |

stages of production through preparation. Second, °Brix readings can be an early indication of how "sweet" the consumer may consider the product to be when eating it. Thirdly, °Brix values fluctuate with many factors. Indeed, °Brix levels appear to be a function of primarily crop, variety, maturity, and growing and storage conditions. It is clear, then, why business-minded members of the value chain are interested in measures of soluble solids and why they consider basing some management decisions on them.

When obtained and applied correctly, °Brix readings can be useful in variety selection, harvest scheduling, and crop irrigation, fertility, and post-harvest management. Over time, they may also influence soil management. Regardless, to be useful, °Brix values must be obtained correctly.

Four fact sheets have been prepared to assist members of the vegetable value chain in making the best use of °Brix readings. This *Instructions* fact sheet provides specific methods for measuring °Brix in five vegetable crops. We recommend following these instructions after consulting the fact sheets describing additional aspects of °Brix measurement and the use of °Brix values in crop production and marketing. Additional information on °Brix is available in other publications listed in these fact sheets.

Copyright © 2012, The Ohio State University

WM00058157

Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon—page 2

## 1. Cucumber

Routine measurement of soluble solids is currently less common in the cucumber than in other vegetable value chains. However, there is anecdotal evidence that cucumber buyers, processors, and consumers have strong preferences regarding product flavor, with "sweetness" as a component. Certainly, it is clear that cucumber varieties are genetically predisposed to differ in flavor and that crops experience a wide range of growing conditions. Together, these factors make it likely that cucumber °Brix values vary widely among crops. Worse, some crops may be below desired quality thresholds and cost growers and others repeat sales opportunities. In 2011, a total of 60 °Brix readings were taken on cucumber fruit collected on four Ohio farms. Values ranged from 2.2%–5.4%, a more than two-fold difference between the lowest and highest values.

### Select Cucumber Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Cucumber Samples

The location of the sample in the fruit can influence its °Brix value. So, we suggest taking samples from a standard location, such as the center of the cucumber fruit. This suggestion also applies to zucchini and summer squash. The peel can interfere with efficient movement of the tissue through the press. So, we also suggest peeling. Multiple slices can be taken from a single fruit.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger cucumber from which they were taken.




Copyright © 2012, The Ohio State University

WM00058158

**Filter the Pulp Sample and Read the Juice Sample**

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

 

**Clean**

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

**Record**

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of cucumber crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

Case 4:18-cv-00500-JM    Document 772-1    Filed 05/05/25    Page 244 of 261

## 2. Leafy Crops

The leafy greens crop category includes many species grown under many different conditions and harvested at many stages. Also, in contrast to other major vegetable crops, nearly all leafy vegetables are consumed fresh or following minimal processing. Therefore, their inherent sensory quality, including potential "sweetness," is key at meal preparation. Finally, for production, marketing, and consumption reasons, leafy vegetable crops stand out for being leaves (the primary site of photosynthesis) as opposed to botanical fruits. Leaves generally supply sugars whereas fruits, seeds, stems, tubers, rhizomes, and other plant organs tend to receive and accumulate them. That said, leafy vegetable crop plants not producing seeds or other organs that typically accumulate sugars, maintain these sugars in their stems, leaves, and roots or employ them in growth. Therefore, monitoring °Brix levels in leafy vegetable crops is worthwhile.

### Select Leaf Samples for Measurement

Select leaf samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable leaves of similar age, size, and condition. The maturity and location of a leaf can influence its °Brix composition; therefore, choose leaves from a similar position on all plants.

### Prepare Leafy Crop Samples

Soil particles and excess water should be removed from leafy crops prior to measurement. The location of the leaf on the head can influence its °Brix value. So, we suggest taking leaf samples from a standard location, such as the 2nd or 3rd leaf counting from the base on each head. Multiple leaf samples can be taken from a single head.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger leaf from which they were taken.




Copyright © 2012, The Ohio State University

WM00058160

**Filter the Pulp Sample and Read the Juice Sample**

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

 

**Clean**

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

**Record**

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of leafy vegetable crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00058161

## 3. Sweet Corn

The novelist, humorist, and entertainer Garrison Keillor once wrote that, in effect, his family was prepared to resist all forms of sin, but if "Satan had come around with sweet corn, we at least would have listened to what he had to sell." This anecdote speaks to the passion that many have for sweet corn. Its name is fitting in part because people adore sweet corn for its sweetness. However, a wealth of commercial experience and scientific data also indicate that people also prize sweet corn for its texture and aroma. Regardless of specific consumer preferences for blends of sweetness, texture, and aroma, °Brix readings have a role throughout the sweet corn value chain. Making the best use of sweet corn °Brix values requires knowledge of the fact that they differ among endosperm types, stages of maturity, and in-field and post-harvest crop management regimens. In fact, in some varieties, the relationship between °Brix values and consumer perceptions of sweetness may be weak—°Brix values may rise even as corn ages. Overall, °Brix currently remains a proven unit of measure for soluble solids in sweet corn; however, changes in genetics may weaken the °Brix-potential sweetness relationship in sweet corn. Therefore, growers are encouraged to become familiar with this relationship in their preferred varieties.

### Select Sweet Corn Ear Samples for Measurement

Select ear samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable ears of similar age and position on the plant.

### Prepare Sweet Corn Samples

The location of the kernels on the ear (tip to stem) can influence its °Brix value. So, we suggest slicing a sample from the middle 2–3 inches of the ear to standardize the samples. Multiple samples can be taken from the center region of a single ear.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger ear from which they were taken.




Copyright © 2012, The Ohio State University

WM00058162

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of sweet corn crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00058163

## 4. Tomato

Measures of total soluble solids (°Brix) have long been a staple among tomato growers and processors. °Brix measurement is more common in the processing tomato industry but is gaining recognition in the fresh market industry. In the processing industry, °Brix is a predictor of potential energy and additive needs for producing sauces and other products. In the fresh market, soluble solids levels suggest how "sweet" the tomato may taste; however, it is important to note that sugars, acids, volatiles, and other compounds are responsible for the characteristic flavor of each fruit. So, a higher °Brix value does not guarantee a sweeter flavor. Regardless, tomato soluble solids levels fluctuate with variety and growing conditions. With practice, members of the tomato value chain can adjust management to achieve target °Brix values.

### Select Tomato Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Tomato Samples

Tomato fruit should be washed and dried prior to sampling to remove excess soil and moisture. Cut the fruit from stem to blossom end in wedges. Remove the core. Tomato wedges provide good samples because they represent all types of tissue in the fruit. When pressed, pulp from a tomato wedge contains soluble solids from all fruit tissues. Multiple wedges can be taken from a single fruit.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger tomato from which they were taken.




Copyright © 2012, The Ohio State University

WM00058164

Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon—page 9

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of tomato crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## 5. Watermelon

Watermelon stands out as a crop for which "sweetness" is very important. Everyone wants and expects watermelon fruit to be clearly sweet. In fact, the USDA has codified this expectation by requiring watermelon and also cantaloupe flesh °Brix levels to exceed 8% and 9%, respectively, in order for them to meet USDA AMS standards for "good" quality. Texture, color, firmness, and other characteristics also contribute to consumer perception of quality in watermelon but "sweetness" also ranks high. So, °Brix readings are particularly important to members of the watermelon value chain.

### Select Watermelon Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Watermelon Samples

The location of the sample within the fruit (both from stem to blossom end and from soil to exposed side) as well as tissue type can influence the °Brix value. So, we suggest quartering the melon and taking samples from the center or heart of the melon. Some growers also take melon cores instead of slicing to measure °Brix. Both methods are appropriate but only one should be used—be consistent. Multiple samples can be taken from a single melon.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger melon from which they were taken.

 

Copyright © 2012, The Ohio State University

WM00058166

**Filter the Pulp Sample and Read the Juice Sample**

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

 

**Clean**

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

**Record**

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of watermelon crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the following information along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00058167

## References

Baldwin, E.A., J.W. Scott, M.A. Einstein, T.M.M. Malundo, B.T. Carr, R.L. Shewfelt, and K.S. Tandon. 1998. Relationship between sensory and instrumental analysis for tomato flavor. *J. Amer. Soc. Hort. Sci.* 123:906–915.

Fouladkhah, A., M. Bumming, M. Stone, C. Stushnoff, F. Stonaker, and P. Kendall. 2011. Consumer hedonic evaluation of eight fresh specialty leafy greens and their relationship to instrumental quality attributes and indicators of secondary metabolites. *J. Sensory Studies* 26:175–183.

Hale, T.A., R.L. Hassell, and T. Phillips. 2005. Refractometer measurements of soluble solid concentration do not reliably predict sugar content in sweet corn. *HortTechnology* 15:668–672.

Keillor, G. 1997. *Leaving Home.* Viking Penguin, New York.

Kleinhenz, M.D. 2003. Sweet corn variety trials in Ohio: Recent top performers and suggestions for future evaluation. *HortTechnology* 13:711–718.

Malundo, T.M.M., R.L .Shewfelt, and J.W. Scott. 1995. Flavor quality of fresh tomato (*Lycopersicon esculentum* Mill.) as affected by sugar and acid levels. *Postharvest Biol. Technol.* 6:103–110.

Pardo, J.E., R. Gomez, J. Tardaguila, M. Amo, and R. Varon. 1996. Quality evaluation of watermelon varieties (*Citrullus vulgaris* S.). *J. Food Qual.* 20:547–557.

Park, S. W., L. J. Won, K. Y. Cheol, K. K. Yong, H.J. Heun, L.M. Rim, and H. S. Jin. 2004. Relationship between physiochemical quality attributes and sensory evaluation during fruit maturation of cucumber. *Korean J. Hort. Sci. Technol.* 22:177–182.

Tandon, K.S., E.A. Baldwin, J.W. Scott, and R.L. Shewfelt. 2003. Linking sensory descriptors to volatile and nonvolatile components of fresh tomato flavor. *J. Food Sci.* 68:2366–2371.

Zhu, S., J.R. Mount, and J.L. Collins. 1992. Sugar and soluble solids changes in refrigerated sweet corn (*Zea mays* L.). *J. Food Sci.* 57:454–457.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the preparation of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058168

# THE OHIO STATE UNIVERSITY
EXTENSION

# FACT SHEET
## Agriculture and Natural Resources

HYG-1652-12

# Using °Brix as an Indicator of Vegetable Quality
## A Summary of the Measurement Method

Natalie R. Bumgarner and Matthew D. Kleinhenz
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

Farmers, as well as produce managers and handlers need straightforward, reliable, proven, and inexpensive criteria, tools, and techniques to gauge the potential quality of their fresh fruits and vegetables. The level of soluble solids in a fruit or vegetable is often used as an indicator of the sugars present in it. Soluble solids levels are usually reported in values of °Brix. °Brix values can be measured easily and reliably in the field, shop, or shed using a relatively inexpensive piece of equipment able to fit in most pockets: a refractometer. When obtained and applied correctly, objective and accurate °Brix values can aid in variety selection, harvest scheduling, and other aspects of crop production including irrigation, fertility, and post-harvest management. These values can also give a rough estimate of how sweet a product may taste to some consumers. At best, °Brix values also appear to be indirect estimates of the general health of some crops and their potential sensory appeal to people. However, there is little scientific evidence to support the use of °Brix values as anything more than an indication of the soluble solids content—and potential sweetness—of fruit and vegetable samples.

Four fact sheets have been prepared to guide farmers and produce buyers and handlers in using °Brix as an indicator of vegetable quality. This *Summary* fact sheet is a general description of the tools and techniques used to measure °Brix. The *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops and guidance in making the best use of the values obtained.

## Equipment, Material, and Sample Considerations

Soluble solids (°Brix) values are obtained using refractometers. These instruments measure the degree to which light is bent as it passes through a sample (i.e., the refractive index). Refractometers vary in design. Expensive, bench-top models are common in laboratories and QA/QC facilities. Inexpensive, portable (small-size, handheld), analog and digital versions are preferred by growers and produce managers and handlers. Analog and digital refer primarily to whether the °Brix value is read on a scale resembling an old-style thermometer or displayed digitally.

The refractive index is affected by the temperature of the solution. The °Brix scale is currently based on a reference temperature of 20°C (68°F). Therefore, samples with identical amounts of soluble solids but different temperatures can give different °Brix readings if the refractometer does not correct for temperature. Many modern refractometers correct for temperature but this feature should be confirmed at purchase.

Light must pass through a solution to measure its °Brix. Understandably, the reliability of the reading is influenced by the light source. Some handheld refractometers rely exclusively on sunlight. These units can provide very accurate readings but special attention is needed during the process due to variation in natural light. Other handheld units have built-in light sources (small bulbs)

Copyright © 2012, The Ohio State University

WM00058169

that increase reliability and consistency but also require their own version of special care. Both types of units are common throughout the industry.



**Bench-top refractometer**



**Digital handheld refractometer**



**Analog handheld refractometer**

This publication summarizes the major steps required to obtain a °Brix reading using a handheld digital refractometer. Steps shown here apply to other refractometers and most vegetable crops. However, specific instructions for measuring °Brix in tomato, watermelon, cucumber, sweet corn, and leafy crops are given in the *Crop Instructions* fact sheet.

This *Summary* publication also depicts the measurement of °Brix on single-fruit samples. In laboratory and research settings, blenders are often used to prepare bulk samples consisting of many fruit or leaves. However, if chosen carefully, single fruit or leaf samples taken from various locations in the field can provide reliable estimates of overall crop soluble solids contents. Single leaf or fruit samples also require less time to prepare and reduce loss of saleable produce.

°Brix readings can be taken on root vegetables; however, the standard sample press shown in this document may not be suitable to extract the required liquid. Instead, for root vegetables, a blender or small food processor may be needed to "pulp" the sample and extract a bead of juice from it. A representative collection of the equipment and materials needed to measure °Brix in most leaf and fruiting vegetable crops is shown in the following figure.



Materials needed for °Brix measurement:
• knives and cutting board for sample preparation
• dish for sample collection after pressing
• sample press or blender
• wash bottle
• refractometer
• delicate task wipe to filter samples and clean refractometer without scratching
• datasheet

Helpful hint:
Measurements can be taken in the field. However, it may be easier to collect samples in the field and then take measurements in a workshop or kitchen with water nearby.

## Refractometer Operation

The following images depict the Atago PAL-1™ refractometer. Although the methods and instructions shown here are likely to apply to other handheld digital refractometers, consult your instrument's instruction manual before proceeding.

The Atago PAL-1™ handheld refractometer has a range of 0 to 53% soluble solids. This range should be appropriate for any vegetable crop. Also, this refractometer can compensate for sample temperature and light conditions if used properly (the sample must be left in the measuring well to allow the unit to adjust to the sample temperature). For best results and greater efficiency, we suggest allowing samples to reach room temperature before measuring them. Also, very bright outdoor conditions can disrupt measurements. So, we suggest taking measurements indoors or in the shade when outdoors.

### Calibration

Handheld digital and analog refractometers must be calibrated before each use. Room temperature *distilled* water is all that is needed for calibration of these handheld units. To calibrate them, fill the measurement well leaving just a little of its metal rim showing. Then, press the zero button. The screen will read 000 when calibration is complete. You are now ready to take readings. To check

Copyright © 2012, The Ohio State University

WM00058170

the calibration, fill the well with clear water and press start. The display should read 0.0. If it does not, repeat the calibration procedure outlined above.

Analog refractometers are also calibrated using a few drops of room temperature, distilled water placed on the sample plate. Looking through the viewfinder should reveal a blue line at exactly 0 °Brix. The calibration screw on the unit can be used to adjust the zero baseline as needed. Further information on refractometer use and calibration can be found in the article by Vasquez and Mueller in the References section.

 

## Taking a °Brix Reading

Fill the measuring well of the digital handheld refractometer nearly full; a small amount of the metal rim should be visible. And there should be no bubbles in the sample. If the sample is at room temperature, simply press the start button. The °Brix reading will be displayed in about 3 seconds. If the sample is cool or warm, wait for the refractometer to adjust before measuring. If you are using a handheld analog or benchtop refractometer, place a few drops of liquid on the plate then close the cover. Some analog and benchtop refractometers do not have a temperature compensating function. If that is the case, samples should be measured at 20°C (68°F) to avoid the need to adjust °Brix readings for temperature.

### Step 1. Select

Select samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable vegetables and ones of the same age or position on the plant.

### Step 2. Prepare

Take samples that represent all tissues and regions within a fruit or vegetable when possible (i.e., a tomato wedge vs. a slice). Select samples from a consistent location within the fruit or vegetable when necessary (i.e., 3rd mature leaf in a lettuce head or center slice from

cucumber or zucchini). And extract multiple samples from within each fruit or vegetable to represent the variability within a fruit.

### Step 3. Press

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger vegetable from which they were sampled. Consider a garlic press for extracting juice from fruit and leaf samples—it is an inexpensive, simple, and quick tool.

### Step 4. Filter

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from contaminating the sample well. Pieces of tissue in the well will cause inaccurate readings.

### Step 5. Read

Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

### Step 6. Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

 

### Step 7. Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the following information along with each °Brix value.

Copyright © 2012, The Ohio State University

WM00058171

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

 

## Measuring °Brix—A Recap

°Brix values can be measured reliably on location using a self-correcting (for temperature) digital handheld refractometer, one of several types available. Care must be taken, however, in selecting samples and calibrating the unit. Once a fresh vegetable leaf or fruit sample and other items are in hand and the refractometer is calibrated, obtaining and recording a reading using a seven-step process may require about one minute. °Brix values correlate much more strongly with how sweet a product may taste than how nutritious it may be.

This *Summary* fact sheet is a general description of the tools and techniques used to measure °Brix. The *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops and guidance in making the best use of the values obtained.

Making the best use of °Brix measurements requires time, patience, and practice. A solid record of °Brix values obtained on multiple crops (varieties, years, growing conditions) is needed to use °Brix values in decision-making.

## References

Boulton, R. B., V. L. Singleton, L. F. Bisson, and R. E. Kunkee. 1996. *Principles and practices of winemaking*. Chapman and Hall, NY.

Vasquez, S., and S. Mueller. *Refractometer calibration, use and maintenance*. http://ucanr.org/sites/viticulture-fresno/files/115503.pdf

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the preparation of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058172

# FACT SHEET
## Agriculture and Natural Resources

HYG-1650-12

# Using °Brix as an Indicator of Vegetable Quality
## An Overview of the Practice

**Matthew D. Kleinhenz** and **Natalie R. Bumgarner**
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

## Introduction

Many variables are used to assess fruit and vegetable quality. Some quality metrics such as size, shape, and color are relatively obvious and tend to influence "eye appeal." Others, such as flavor, texture, aroma, and nutrient content, however, are more subjective. They may also require sophisticated techniques and equipment to assess. In addition, these subjective metrics tend to influence more complicated aspects of product appeal, such as eating quality and nutritional value.

Quality-conscious buyers often pay specific attention to eating quality. A product's appearance may help sell it the first time but the enjoyment of eating it is usually required for repeat sales. An item's eating quality is based on its composition (physical, chemical makeup) and the consumer's unique sensory apparatus. In fact, eating quality is best assessed by trained panelists because the human olfactory system is superior to all other "technology" or systems in its ability to differentiate samples based on key sensory properties. Not surprisingly, companies rely heavily on panel testing, which is time-consuming and costly.

Of course, farmers and produce managers and handlers cannot run extensive panel tests to identify which product(s) may please most of their customers most of the time. Instead, with instruction and experience, farmers and others can rely on proven indicators of quality and field-friendly tools for measuring them.

The level of soluble solids in a fruit or vegetable influences how sweet it may taste. Just as yield is reported in pounds or tons per acre, soluble solids are usually reported in values of °Brix. °Brix values are important because they can be measured objectively and they relate to a subjective criterion that buyers and eaters use to assess vegetable quality—flavor or sweetness. When obtained and applied correctly, °Brix values can aid in variety selection, harvest scheduling, and other aspects of crop production including irrigation, fertility, and post-harvest management.

Farmers and others should make special note that °Brix can be measured easily and reliably in the field, shop, or shed using a relatively inexpensive piece of equipment able to fit in most pockets: a refractometer.

Four fact sheets have been prepared to guide farmers and produce buyers in using °Brix as an indicator of vegetable quality. This overview provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable



**Winemakers, vegetable processors, and many other members of the food industry use °Brix to describe sugar or soluble solids content.**

Copyright © 2012, The Ohio State University

production and marketing. Other fact sheets describe how °Brix can be measured and provide guidance in making the best use of the values obtained.

## Background and Origin

As pounds are used to express weight, °Brix is used to express the level of soluble solids in a solution. Sugars, pectins, organic acids, and amino acids are the most prevalent soluble solids in fruit and vegetable juices and all of them contribute to °Brix values. However, sugars are the most abundant soluble solid in many fruit and vegetable juices. Therefore, °Brix values primarily represent estimates of sugar content in fruits and vegetables. Sugar content, of course, influences sweetness, an important component of consumer ratings of product quality. Still, it is important to note that sweetness can be overwhelmed by other aspects of flavor. Therefore, a high °Brix value does not guarantee a sweet flavor.

The °Brix scale was developed in the mid-1800s by Adolf Brix. The scale is equal to the percent of dissolved solids in a solution. Therefore, a 100 g sample of a solution that measures 50° Brix has 50 g of sugar and other dissolved solids and 50 g of water. The °Brix scale first used a reference temperature of 15.5°C and now commonly uses a temperature of 20°C (68°F).

°Brix values of a solution are measured using a device called a refractometer. Refractometers measure the refractive index of a solution to calculate a soluble solid concentration. Functionally, the refractive index quantifies dissolved solids based on changes in the direction of a light beam that passes through a liquid containing invisible dissolved or suspended solids. In general, the greater the amount of these "solids" in the liquid, the more light is bent when passing through it. All things being equal, the extent of this refraction also hinges on the temperature of the solution. Therefore, some refractometers adjust the values they report to account for the solution temperature.

There are three major types of refractometers: analog handheld, digital handheld, and bench-top. Handheld refractometers are arguably the most convenient as they can be taken into the field for on-the-spot °Brix measurements. Handheld versions use either the sun or an enclosed bulb as their light source and have a gauge or digital display. Automatic digital refractometers used in laboratories and QA/QC facilities are more costly and not portable; however, they return data quickly, require little training, and can reduce operator error when taking readings. Many modern refractometers automatically adjust their displayed values according to the temperature of the sample. Older models may require the use of correction factors to obtain accurate results for samples taken at temperatures other than 20°C (68°F).

## Application

Soluble solids levels influence the commercial use and consumer reaction to many fresh fruits and vegetables and their value-added products. This makes clear why °Brix is used throughout the produce, food, and beverage industries. Field managers use °Brix values to assess harvest readiness of grapes, melons, and other crops. Grocery stores and restaurant produce managers use °Brix values as an indicator of potential crop quality. Buyers of crops used to make various products routinely measure °Brix of fresh or stored crops before they are used in the making of beer, wine, juice, sauce, refined sugar, and other products. In these situations, even small differences in °Brix values influence the bottom line. So, °Brix values are examined closely. For example, making tomato products such as sauces and pastes is energy intensive. Much of this energy is required to remove water from fresh tomato fruit. The higher the °Brix value, the less water in the fruit and the less energy needed to remove it. Likewise, the higher the °Brix value, the less sugar that may need to be added in the making of the value-added product.

Regardless of whether °Brix influences the appeal of their crop based on flavor, processing, or other aspects of quality, crop managers benefit from learning more about how to measure °Brix and interpret readings. Fortunately, °Brix measurements are relatively easy and inexpensive. So, they can be taken often. In fact, measuring °Brix values regularly is recommended.



**This figure illustrates how a refractometer measures the changes in light used to determine soluble solids content and °Brix in a sample.**

Copyright © 2012, The Ohio State University


Soluble solids are used to determine optimum harvest time for wine grapes and as an assessment at other points during winemaking.

Why? Partly because single values can be misleading and partly because having more values available helps crop managers to identify connections between °Brix values and conditions their crops experience.

Many factors can influence °Brix values consistently and significantly. These factors include variety, maturity or growth stage, and water and fertility management. With practice and careful attention, it is possible to manipulate these and possibly other aspects of crop management to achieve target °Brix levels.

Measuring °Brix can help vegetable growers to monitor and manage crop quality. Even so, the right amount of importance should be placed on °Brix values. Just as we would not use only our pulse to determine our health, °Brix values alone cannot describe the overall health of the crop, soil, or farm. Being familiar with the benefits and limitations of measuring °Brix is important.


°Brix levels are an important quality index of tomatoes harvested for processing (Image courtesy of Gene Miyao, University of California Cooperative Extension).

## Benefits of °Brix Measurement on the Farm, During Storage, or at Market

Using a digital or analog refractometer to measure °Brix can benefit produce growers, managers, and handlers in three main ways. First, °Brix is a straightforward, objective, and relatively inexpensive measurement. Refractometers are inexpensive compared to other key farm tools. °Brix can be measured simply and reliably in the field or work area. Second, °Brix values can allow growers and others to compare varieties and production practices across farms, harvest dates, years, and seasons. Third, °Brix values are an estimate of the sugar content of a sample. Sugar content is known to influence the consumer acceptability of many fruit and vegetable products.

## Limitations of °Brix Measurement on the Farm, During Storage, or at Market

Measuring °Brix can be very useful. However, growers and others should recall three key limitations of the practice. First, °Brix measurements are only as strong as the sampling procedure and instrument that produced them. Poor or inconsistent sample selection or measurement will lead to poor results. Also, keeping refractometers in good working order is important for accurate °Brix readings.

Second, many genetic and management factors interact to influence crop °Brix levels. Similar varieties and management (e.g., fertility, irrigation) will not always result in similar °Brix values. For example, °Brix values of crops "on the vine" or in the field change throughout the day; so, measuring °Brix at the same time each time is important in order to compare varieties, fields, crops, etc. Research has shown that management can impact °Brix in predictable ways. However, °Brix values will vary with year, season, environment, and other factors. °Brix readings are most useful when they are taken often in order to identify trends.

Third, sugar content is only one factor that contributes to the overall quality of a crop. °Brix can be an accurate, repeatable, and easily obtained measure of soluble solids in crops. However, the relationship of °Brix to human taste perception is more direct in some crops than in others. Sugars, many other compounds, and eater preferences determine how sweet a sample may taste and its appeal. Therefore, crops with the highest °Brix reading will not necessarily taste sweetest or best. Also, °Brix values are not a direct measure of the nutritional value of a crop as dieticians, nutritionists, and other professionals assess it. Complex analytical procedures are required to measure the nutritive value of food, which is based on many components (USDA). °Brix levels can correlate with some

Copyright © 2012, The Ohio State University

WM00058175

accepted components of nutritive value. However, there is currently no solid scientific evidence that °Brix values alone can be used to describe a food's nutritional value.

## Using °Brix as an Indicator of Vegetable Quality—A Recap

°Brix values are a measure of the soluble solids content of a solution. Sugars are the most abundant soluble solid in fruit and vegetable juices. Soluble solid (sugar) levels (°Brix readings) can be measured reliably on the farm, during storage, or at market using refractometers, which are inexpensive and small. Care must be taken, however, in selecting samples, completing readings, and making use of °Brix values. These values are affected by genetic and management factors. Also, they correlate much more strongly with how sweet a product may taste than how nutritious it may be.

This overview provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets describe how °Brix can be measured and provide guidance in making the best use of the values obtained.

Making the best use of °Brix measurements requires time, patience, and practice. A solid record of °Brix values obtained on multiple crops (varieties, years, growing conditions) is needed to use °Brix values in decision-making.

## References

Ball, D. W. 2006. Concentration scales for sugar solutions. *J. Chem. Ed.* 83:1489–1491.

Boulton, R. B., V. L. Singleton, L. F. Bisson, and R. E. Kunkee. 1996. *Principles and practices of winemaking.* Chapman and Hall, NY.

Kader, A. A. 2002. Quality and safety factors: Definition and evaluation for fresh horticultural crops. p. 279–286. In: A.A. Kader (ed). *Postharvest technology of horticultural crops,* 3rd Ed. Univ. Cal. Agr. Nat. Res. Pub. 3311.

Mitcham, B., M. Cantwell, and A. Kader. 1996. Methods for determining quality of fresh commodities. *Perishables Handling Newsletter* 85:1–5.

*Refractometer Scales—Misconceptions.* Bellingham + Stanley. Tech. Bull no. R016.

United States Department of Agriculture. *Nutrient Database for Standard Reference.* http://ndb.nal.usda.gov/.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe to the development of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058176

| **From:** | Nikhil Cherian |
|---|---|
| **To:** | Aihong Wen |
| **Sent:** | 10/17/2017 9:50:29 AM |
| **Subject:** | Emailing: Analytics ideation- Fresh Flow v2 |
| **Attachments:** | Analytics ideation- Fresh Flow v2.pdf |

Your message is ready to be sent with the following file or link attachments:

Analytics ideation- Fresh Flow v2

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving
certain types of file attachments. Check your e-mail security settings to determine how
attachments are handled.

PLAINTIFF'S
EXHIBIT

0760

exhibitsticker.com

WM00035711