

U.S. Fresh Flow Legacy – Intro

June 2017

PLAINTIFF'S
EXHIBIT

0761

## VISION: Be the store with the freshest product

| Sourcing + Buying | Supplier Processing | Inbound | Transit to DC | DC Processing + Storage | Outbound Transit to Store | Store Operations |

    

     

## MISSION: Develop an efficient, field-to-fork, fresh supply chain to deliver the freshest food possible to our customers

## Guiding Principles


Foster a culture of freshness


Design for freshness, then optimize costs


Optimize field- to-store network around freshness


Track & measure freshness throughout the supply chain

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

2



# How can we develop an efficient, field-to-fork, fresh supply chain that delivers the freshest food possible to our customers?

### Existing network causes waste

- Perishable items don't move through the supply chain fast enough.
- Flow built around EDLC not freshness
- Waste is currently planned as an unavoidable problem and is built into forecasts and buying

### Missing cold chain flow technology

- Sparse visibility to our cold chain (temperature, humidity etc.) across growers, distribution facilities, transit, stores…
- Does not enable us to make decisions on how to prioritize remaining life causing big implications on waste and compliance

### Ineffective end-to-end process/technology

- Systems are built to deliver GM, not fresh products i.e., on-demand flow, shelf life prioritization, incorporate Fresh vs. Cost Decision-Making etc.
- DC floor plans do not support continuous picking, cross-docking, and simultaneous loading and unloading of product

### E2E efficient Fresh Supply Chain

- Enable a paradigm cross-functional shift from field/import to store that removes waste, increases speed to deliver freshness
- Design waste out of our network through lean processes that address flow opportunities
- Build enterprise system that enables fast and flexible E2E movement seamlessly from farm to fork
- Create a world class cold chain and freshness data ecosystem with continuous real time data that drives fresh centric decision making
- Optimize 3PL capabilities and fully leverage FSCs

Walmart Highly Sensitive—Internal Use Only—Do Not Distribute

3 

WM00035714

# Fresh Flow Supply Chain Initiatives

Change how we work & what we measure

## Fresh Network
*Move it Fast*



## Cold Chain
*Take Care of the Food*



## Waste
(Yield)
*Touch it Once*



- **Speed Network**
  *What Dies Fast, Moves Fast*
- **Import Network**
- **Grocery Distribution Centers** (GDCs)
- **Consolidation Points**

- **Compliance and Management**
- **Movement/Flow**
- **Quality**

- **Design Waste Out**
- **Build in Lean Processes**

END TO END Technology & Analytics

Walmart Highly Sensitive—Internal Use Only—Do Not Distribute

4



WM00035715

# Merchandising, Logistics, & Operation's efforts to drive waste reduction

 Fresh Angle

☑ Assortment Reduction

☑ RPCs

☑ Shelf life Optimization

☑ Pack Size Reductions

☑ Grape Endcap

☑ Color-coded Backroom Bins



## Supply Chain

 FOMs

 Cost Inventory

☑ Quality Cart

 Phase 1 DSIM
*Item level visibility for CVP*

 Bakery / Deli Deep Dive

 Meat CAP

## Merchandising



 Segmentation

 Speed Pilot

☑ Perishable Consolidation

☑ Cold Chain Compliance

☑ Eden QC Process

☑ Modified Base Cost to Serve

☑ Network Modeling Import and FSC

## Operations



Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

5

WM00035716



# Fresh Network: Segmentation

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

WM00035717

# We need to take a segmented approach to our fresh supply chain



| | Ripened | Low Perishable | Moderately Perishable | Highly Perishable |
|---|---|---|---|---|
| **Higher Velocity** | Bananas | Citrus, Apples, Potatoes | Bell peppers, Watermelon | SPEED |
| **Lower Velocity** | Mangoes, Avocados | CONSOLIDATION Garlic, Nuts | Stone fruit, Kiwi | Greens, Blueberries |
| **Shelf life** | Depends on time ripened | 1 month or more | 2-4 weeks | Less than 2 weeks |

**What drives shelf life ?**  Cell based respiration, consuming sugars, starches, water, etc.
- Non-climacteric fruit does not ripen post-harvest – only degrades
- Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute



7

WM00035718

# Fresh Network Modeling: Current and Future

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

8 



# Current Fresh Network

- ◉ Grocery Consolidation Centers
- ◯ Upstreaming
- ◆ Import Gateways
- △ GDC

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

WM00035720



WM00035721



# Fresh Network: Speed Pilot

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

WM00035722



WM00035723

WM00035724

# Guiding Principles
## Fresh Flow Pilot

| Flow + Speed | Accuracy | Frequency | Quantity | Collaboration |
|---|---|---|---|---|
| Never stop No DC inventory / safety stock | Measure in hours not days | 7 Days In & Out of DCs, 7 Days to Stores | Order = Need | Internal & external customers |

Focus on learning plan: change management strategy







fresh flow

13

Walmart Highly Sensitive—Internal Use Only—Do Not Distribute



Walmart
distribución center

Walmart
Save money. Live better.



# Cold Chain:

# Measurement using IOT - Predicting the end

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

14 

# Developing a world class cold chain measurement capability

**Guiding Principles**

Invest in the right Technology

Segmented Approach

E2E, Real Time Always-on

Shelf Life Prediction

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

15

WM00035726

# Continuous, pallet level measurement, harvest to shelf

 Supplier Processing

 Inbound Transit to DC

 DC Processing + Storage

 Outbound Transit to Store

 Store Operations

    

Visibility to factors that impact shelf life needed throughout the supply chain

| | | | | |
|---|---|---|---|---|
| + Field Temperature | + Trailer Pre-Cooling | + Limitations of visual inspection | + Trailer Pre-Cooling | + Trailer Unload Time |
| + Shuttle Wait Time | + Transit Temperature | | + Transit Temperature | + Product Putaway Time |
| + Cooling Wait Time | + Trailer Multi-Stops | | + Trailer Multi-Stops | |
| + Post-Cooling Temperature | + Cross-Pallet Warming | | + Cross-Pallet Warming | |

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

16



# Cold Chain Test starting in August
## Proof of Concept

| **Four Vendors** | **One Supplier/Item** | **Pallet Sensors** | **1 Grocery DC** | **KPIs** |
|---|---|---|---|---|
| • Zest<br>• Emerson<br>• Sensitech<br>• Intelligistics | Eclipse Farms Strawberries | Field to DC | DC # 7010 New Caney, TX | • Temp monitoring alerts<br>• Shelf Life<br>• EDLC |

**Goal: Choose Technology Vendor for Expanded Pilot or Implementation**

*fresh flow*

Walmart Highly Sensitive—Internal Use Only—Do Not Distribute

17

# Time and Temperature are the key variables impacting freshness



**How to Determine Freshness Impact?**
- Academic studies have identified **time & temperature** as primary impact
- Other conditions may be required – i.e. Humidity (grapes), Handling
- Must have discerning data in first 12 to 24 hours where 1 hour mishandling = 1 day of freshness

**How to Measure (Sensor Location)**
- **Continuous, pallet-level measurement** critical
- Product contact is key – but non-invasive preferred

*"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."*

$$k = Ae^{-Ea/(RT)}$$

- *A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Paul Singh, UC Davis 1988*

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute



18

# Continuous cold chain measurement throughout our Supply Chain will enable Walmart to make decisions that reduce waste and increase freshness



- Provide **information when decisions are made**, or events warrant action
- Pallet information available in **real time** at each decision point
- Events **"push" data as alerts** when conditions warrant
- Corrective actions from real-time prescriptive analytics

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

19





# Modeling End Of Life Is A Fascinating And Complex Agriculture, Process And Data Science Problem

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

WM00035731

**Walmart** ✳
Save money. Live better.

# Monitoring Freshness and generating alerts has impact on Quality

### Adjusted EOL Date compared to Predicted ZIPR Code



Legend: ◆ Non-Bruising ZIPR Code Delta   ◆ Bruising ZIPR Code Delta   ◆ Active Sample Delta   —— Upperbound   —— Lowerbound

Harvest Date - Sample ID

| LETTUCE - 10 Day Freshness Compliance at DC Receiving | Post | Pre | Baseline DC Location? |
|---|---|---|---|
| DCs with 4 Day Transit: | 73% | 27% | Winter Haven |
| DCs with 3 Day Transit: | 81% | 35% | New Caney |
| DCs with 2 Day Transit: | 86% | 28% | Casa Grande |
| DCs with 1 Day Transit: | 91% | N/A | N/A |

Walmart  Highly Sensitive—Internal Use Only—Do Not Distribute

SAMPLE DATA

WM000035732



Questions?

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

22

WM00035733

| | |
|---|---|
| **From:** | Aihong Wen |
| **To:** | Lauren Shores |
| **CC:** | Raj Nellore |
| **Sent:** | 12/13/2017 10:45:17 AM |
| **Subject:** | FW: Fresh algo |
| **Attachments:** | Zest Fresh - Story 6-7-17.pdf; EXT: Photo-spectrometry Background |

Hi Lauren,
These may be useful for you. Please read and do similar research.


Thanks,

Aihong


**Aihong Wen**

**Sr.Director, Retail Data Science**
**Global Data & Analytics Platforms**
Phone 479.258.6533
Mobile 713.244.4761
**Walmart**

DGTC West 1st Floor Pole C05

Bentonville, AR 72716-0130
**Save money.  Live better.**


**From:** Nikhil Cherian
**Sent:** Thursday, November 9, 2017 2:41 PM
**To:** Mingming Li <Mingming.Li@wal-mart.com>; Aihong Wen <Aihong.Wen@walmart.com>
**Subject:** Fresh algo

Mingming/Aihong,

Based on everything you have seen since being introduced to the Cold Chain work, how confident are you that Walmart can build its own shelf life algorithm? Attached is some information from Zest where they paint a complex picture – for example, pre harvest and harvest variables that they collect using their field scouting app. Do we have all the information needed apart from time and temperature conditions through the supply chain? I know it's still early days but if I am saying to my leadership that this can be done in-house I need some confidence from your group. Thanks!

Regards,

**Nikhil Cherian, Director** U.S. Flow
Phone: 479.277.6602 Mobile: 479.899.2174


**PLAINTIFF'S EXHIBIT**

**1094**

WM00173718



ZEST FRESH

# Managing Fresh Food Supply Chains

June 7, 2017

WM00173719

# Zest Fresh™ Goals

## Reduce Post-harvest Fresh Food Waste

### Opportunity
- Roughly 33% of post-harvest fresh food wasted
- Industry average 12% retailer
- Industry average 6% pre-retail (grower & distribution)

### Challenge
- Industry-wide problem
- Poorly identified and understood root cause of problem
- Lack of ownership/leadership in addressing problem
- Only recent initiative to address the problem



**Goal is to reduce waste – not recycle or repurpose**

Zest Labs Confidential

# Zest Labs Approach

## First Principles Approach

### Root Cause
- Determine scientific foundation for cause of waste
  - Respiration rate exceeds assumptions (assumed static, near ideal)
- Examine all stages of processing & distribution
  - Measure and validate impact at each step*

### Solution Approach
- Investigate all approaches to solution set
- Determine achievable results – test/model approach on existing data
- Document impact at each step – no shortcuts
- Validate technical approach through peer reviewed, scientific documentation

*Zest Labs blackberry case study*

## Build a Solid Foundation – Solve the Right Problem

Zest Labs Confidential

3

WM00173721

# Zest Fresh – Problem Definition



## Quality Inconsistency Leads to Waste

### Root Cause
- Assumption that post-harvest shelf life is static, and near ideal
  - Assumes field and harvest conditions ("Natural" variability), and process and handling ("Process" variability) are consistent
- Measured that ~33% product significantly non-ideal on daily harvest
  - Translates to product at risk to early spoilage compared to date label

### Solution Approach
- Why the variability in harvest and processing?
  - Lack of visibility and understanding of impact
  - Lack of measured freshness, so no way to match to customer requirements
- Can the Process variability be fixed? (approach #1)
- Can the Natural variability be accommodated? (approach #2)

## *Determine the Best Solution Approach*

Zest Labs Confidential

# Zest Fresh – Empower Quality Consistency

## Fix Processing Variability (approach #1)

### Lack of Visibility Allows
- Primary impact to product variability is temperature & time
  - Product condition is not currently tracked from field through processing
- No visibility means no direct management of freshness – exceptions are not seen
  - Optimizing for logistics or equipment – not freshness (i.e. reduced truck trips)

### Zest Provides Actionable Visibility
- Tracking each pallet from field through processing
  - Data capture at each process step and decision point
  - Real-time feedback if not adhering to process (alerts, corrective actions)
- Continuously tracking every pallet – and providing guidance on trade-offs
- ZIPR code (freshness metric) enables optimizing for freshness

**Empower Workers to Maintain Best Practices**

Zest Labs Confidential

WM00173723

# Zest Fresh – Accommodate Freshness Variability

## Accommodate Natural Variability (approach #2)

### Variations Occur
- Pre-harvest conditions and harvest conditions lead to different total shelf life
  - Conditions ahead of processing critical to account for
- Labor & equipment constraints may impact processing
  - Processing bottlenecks & back-ups lead to variability

### Measured Freshness Empowers Intelligent Routing
- Identifying freshness variability enables accommodation
  - Pallet-level ZIPR code enables matching to customer requirements
- Modeling shelf life impact based on measured data – ZIPR code
  - Mapping customer requirements – transit time, downstream requirements – provides a breadth of options for delivery

## *Deliver Consistency Through Accommodated Variability*

Zest Labs Confidential



## Zest Fresh Shelf Life Model Overview
### Factors Impacting Shelf Life (SL) Accuracy



*Zest Labs Confidential*

7



## *Zest Fresh Shelf Life Model Overview*
### *Applying the Model*



**Product Profile Selection**

- Product type
- Location (Lot #, pack house)
- Infers tag type, process map

**Harvest Conditions**

Scouting App / QC data
Determines Initial / Ideal Shelf Life

**Pallet-level Device Data**

Time & temperature (minimum)
Continuous monitoring from Harvest
Data Uploaded at process & decision points

**Shelf Life Model**

Calculates ZIPR code

**Intelligent Routing**

Matches Pallet ZIPR code (measured) with Purchase Order ZIPR code (target)

*Zest Labs Confidential*

8

WM00173726



## Zest Fresh Shelf Life Model Overview
### Zest Fresh at Walmart



**Grower/Shipper**

**Visibility at Supplier Shipping**
Zest provides supplier with WM freshness requirements for each product.
Notifies WM if Supplier loads product that does not meet freshness requirements

**Grocery DC**

**Pallet Received with ZIPR code**
- Validate Supplier Freshness
- Check in-transit handling
- Accommodate minor impacts
- Validate Product Requirements
- Push Alerts

Zest Fresh helps DC inventory & Dynamically calculates remaining freshness All the way to the store

**Store Distribution**

**Tag Outbound Pallets**
- Associate Store PO to Outbound Tag
- Connects product history from field
- Enables impact modeling from Zest Fresh

**EDEN**
- Import all product data on receipt (LPN association)
- Product requirements & supplier performance
- ZIPR code for FEFO inventory management

**GRS**
- On Exception, update Merchant

**GLS**
- Prioritize put-away and pick based on ZIPR code
- Connect LPN to store PO pick #
- ZIPR code for FEFO inventory management

**Store Mobile App**
- Evaluates Remaining Freshness
- Leverages Zest Shelf Life Model & history
- Recommends stock, markdown, cull

*Zest Labs Confidential*

9

WM00173727



### Zest Fresh Process Overview
#### End-to-End Value Chain



*Zest Labs Confidential*

10

WM00173728

# Zest Fresh – Capturing Freshness Data

  

## How to Determine Freshness Impact?

### What to Measure (Sensor Type)
- Academic studies have identified time & temperature as primary impact
  - Other conditions may be required – i.e. humidity (grapes)
- Must have discerning data in first 12 to 24 hours to impact shipment decision
  - Critical to impact longest transit time & customer requirement
  - Metabolites, ethylene, spectroscopy, brix, etc. do not provide shelf life data at post-harvest timeframe – they are relative measures & trailing indicators

### How to Measure (Sensor Location)
- Continuous, pallet-level measurement critical
  - Must be same location to show relative impact at each process step
- Product contact is key – but non-invasive preferred
  - Pulp not necessary for continuous measurement, as dwell time long

## Measure the Data Needed for Intelligent Routing

Zest Labs Confidential

11

# Zest Fresh – Communicating Freshness Data



## How & When to Upload Pallet-level Data

### When is Data Needed?
- What behavior or decisions need data
  - Process adherence dictates data capture at start & end
  - Decision points at equipment loading, storing & shipping
- Data must reliably indicate process location
  - Pallet-level device must auto-sense location within facility (not GPS)
  - Data capture must be reliable at transition points – read within seconds
    - Entering yard, entering cold storage, shipping at dock doors
  - Reliably capture data in high device density environments (warehouse)

## Data Must be Real Time & Ahead of Critical Decisions

Zest Labs Confidential

12

# Zest Fresh -- Communicating Freshness Data



## Technology Evaluation for Pallet-level Wireless Comms

|  | Passive RFID | XC3 RFID | Active - Zigbee | Bluetooth | Cellular |
|---|---|---|---|---|---|
| Reliable around produce | ✗ | ✓ | ✓ | ✓ | ✓ |
| >50 ft range | ✗ | ✓ | ✓ | ✓ | ✓ |
| Portal & Area specific location | ✓ | ✓ | ✗ | ✗ | ✗ |
| Reader talk first (high density) | ✓ | ✓ | ✗ | ✗ | ✗ |
| Low power | ✓ | ✓ | ✓ | ✓ | ✗ |
| Low Cost Device | ✓ | ✓ | ✗ | ✓ | ✗ |
| Fixed Infrastructure Cost | $$ | $$ | $$ | NA | $$$* |
| Mobile Infrastructure Cost | $$$ | $$$ | $$$ | $ | $$$* |

*Infrastructure cost paid as subscription fee (i.e. carrier contract)*

## Meets Functional Needs and Cost Effective at Pallet Level

WM00173731

# Zest Fresh – Real-Time Feedback

**DATA SERVICES**

## Empowering Associates

### When is Data Needed?
- Provide information when decisions are made, or events warrant action
  - Pallet information available in real time at each decision point
  - Events "push" data as alerts when conditions warrant
  - Corrective actions from real-time prescriptive analytics

### Why is this Different?
- Database must be event driven, and respond in real time
  - Not only an SQL- based solution (queried) – good only for reports
  - Real-time analytics AND normal SQL report database
- Ultra-reliable data collection, across many IT systems and mobile devices
  - Data sent as time-stamped messages (not files), through queuing system
  - Queuing system dynamically auto-replicates to scale
  - No "sync'ing" of files or databases from remote sites

**Data Must be Real Time & Ahead of Critical Decisions**

Zest Labs Confidential                                                    14

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What is it?

*"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."*

- *A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Paul Singh, UC Davis 1988*

The fresh food industry has derived many variations to the basic equation, to account for real-world variance. The most popular empirical approach is the $Q_{10}$ coefficient. Many universities collect $Q_{10}$ data for produce, but they provide wide ranges of variation – sometimes 100% !

- Not practical for commercial use

## Industry Research on Produce Shelf Life Algorithm

Zest Labs Confidential

15

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

**What drives shelf life**

- Cell based respiration, consuming sugars, starches, water, etc.
  - Non-climacteric fruit does not ripen post-harvest – only degrades
  - Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric (in addition to ripeness indicators)

- Key components to Arrhenius algorithm
  - Biological reaction factor (A) varies by fruit, variety, location, etc.
    - This factor is independent of temperature (pre-harvest component)
  - Activation Energy ($E_a$) varies as a 1st order exponential
    - Inversely related to temperature (post-harvest component)
    - more energy require to activate at lower temperatures
  - Look for empirical method to determine "A" and "$E_a$"



*Shelf Life Algorithm – Research*

Zest Labs Confidential

16

WM00173734

# Zest Fresh – Shelf Life Algorithms

$$Q_{10} = (R2/R1)^{10/(T2-T1)}$$

## Industry Research – Empirical Determination

### Q10 Temperature Coefficient

- Measure of the rate of change of a biological system as a consequence of increasing temperature by 10°C.
  - Determines rate of change for a 10°C increase – industry references
  - See http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/

- Industry challenge is matching specific harvest with generic algorithms
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

## Empirical Determination of Algorithm Parameters

Zest Labs Confidential

# Zest Fresh – Product Profiling

## Empirical Determination – Product Profiling

### Q5 Temperature Coefficient
- Refine resolution to 5°C, then determine rate of change of large sample set
  - Collect samples over time, for each variety & location
  - Evaluate rate of change based on EOL determination
  - Refine over large samples set
  - Refine for beginning, middle and end of season

- Product profile produce
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

## Zest Fresh Refined Data Collection Approach

Zest Labs Confidential

18

WM00173736



### Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination

**Respiration Rates**

| Temp. °F | 32 | 41 | 50 | 59 | 68 | 77 | 86 |
|---|---|---|---|---|---|---|---|
| Temp. °C | 0 | 5 | 10 | 15 | 20 | 25 | 30 |
| Romaine Min | 1.5 | 9.0 | 15.0 | 19.0 | 30.0 | 35.0 | 41.0 |
| Romaine Max | 3.0 | 12.0 | 20.0 | 25.0 | 36.0 | 44.5 | 52.0 |
| Iceberg Min. | 3.0 | 6.0 | 11.0 | 16.0 | 21.0 | -5.8 | -2.4 |
| Iceberg Max. | 8.0 | 20.0 | 23.0 | 28.0 | 33.0 | 0.1 | 3.6 |
| Iceberg Min | | 9.0 | 11.1 | 16.6 | 28.3 | | |
| Iceberg Max | | 10.0 | 21.1 | 23.7 | 93.3 | 39.6 | 50.6 |

1. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=20&ds=799#

2. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=19&ds=799

3. http://www.ba.ars.usda.gov/hb66/lettuce.pdf   Note: converted from mg CO² kg h to mL CO² kg h

| 1 | 4.66853408 | 7.78089013 | 9.781690454 | 15.11715797 | 18 | 21 |



| 1 |
| 4.67 |
| 7.78 |
| 9.78169045 |
| 15.117158 |
| 17.6726691 |
| 21.0072029 |

0     5

**Romaine Respiration Rate Model**

| Temp F | Temp C | Respiration Rate Low | Respiration Rate High | Resp. Rate Average | Acceleration Rate (°F) | Acceleration Delta | Acceleration Increment (a) | Temperature Band (b) | Shelf Life Loss per unit of Real Time | | | Band | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Inc. Temp. | 0-5 | 5-10 | 10-15 | 15-20 | 20-25 | 25-30 |
| 32F | 0C | | | | | 0.65 | 0.1300 | 0C to 5C | RealTime * ( ( 0.13 * ( TempC + 1 ) ) + 0.87 ) | 0 | 1.00 | 1.65 | 3.05 | 3.95 | 6.35 | 7.50 |
| 41F | 5C | | | | | 1.40 | 0.2800 | 5C+ to 10C | RealTime * ( ( 0.2800 * ( TempC - 5 ) ) + 1.6500 ) | 1 | 1.13 | 1.93 | 3.23 | 4.43 | 6.58 | 7.80 |
| 50F | 10C | | | | | 0.90 | 0.1800 | 10C+ to 15C | RealTime * ( ( 0.1800 * ( TempC - 10 ) ) + 3.0500 ) | 2 | 1.26 | 2.21 | 3.41 | 4.91 | 6.81 | 8.10 |
| 59F | 15C | | | | | 2.40 | 0.4400 | 15C+ to 20C | RealTime * ( ( 0.4800 * ( TempC - 15 ) ) + 3.9500 ) | 3 | 1.39 | 2.49 | 3.59 | 5.39 | 7.04 | 8.40 |
| 68F | 20C | | | | | 1.15 | 0.2300 | 20C+ to 25C | RealTime * ( ( 0.2300 * ( TempC - 20 ) ) + 6.3500 ) | 4 | 1.52 | 2.77 | 3.77 | 5.87 | 7.27 | 8.70 |
| 77F | 25C | | | | | 1.50 | 0.3000 | 25C+ to 30C | RealTime * ( ( 0.3000 * ( TempC - 25 ) ) + 7.5000 ) | | | | | | | |
| 86F | 30C | | | | | | | >30C | RealTime * ( ( 0.3000 * ( TempC - 30 ) ) + 9.0000 ) | | | | | | | |
| | | | | | | | | | RealTime * ( ( a * ( TempC - b ) ) + c ) | | | | | | | |

RealTime * ( ( a * ( TempC - b ) ) + c )

where:

a = acceleration increment (acceleration delta / temperature increment), for each 1 degree increase in temperature above lower temperature band, adds acceleration increment to Acceleration Rate for the band

b = lower temperature band value ( TempC - b  determines how many degrees C above lower temper band value )

c = acceleration rate for temperature band

Zest Labs Confidential

19

WM00173737



## *Zest Fresh Shelf Life Model Overview*
### *Zest Fresh - Shelf Life Parameter Determination*

| 10 Day Freshness Compliance at DC Receiving | Using Zest | W/out Zest[1] | Baseline DC Location[2] |
|---|---|---|---|
| DCs with 4 Day Transit: | 73% | 27% | Winter Haven |
| DCs with 3 Day Transit: | 81% | 35% | New Caney. |
| DCs with 2 Day Transit: | 86% | 28% | Casa Grande. |
| DCs with 1 Day Transit: | 91% | N/A | N/A |

| Accuracy Metrics | |
|---|---|
| Mean Absolute Percentage Error (MAPE) | 18% |
| Mean Absolute Deviation (MAD) | 2.18 |
| Root Square Mean Error (RMSE) | 2.87 |

[1]Data for DCs with 3, 2 and 1 Day Transit times extrapolated from Winter Haven data.

[2]Based on non-tagged baseline retention sampling data, June & July 2016.

| Summary | |
|---|---|
| Total Samples | 181 |
| EOL Samples | 181 |
| % of Samples EOL'ed for Bruising (resulting from physical damage): | 59% |
| % of Samples EOL'ed earlier than ZIPR Code due to Bruising: | 70% |

| Sample Distribution | | |
|---|---|---|
| +/- Days | Count | % |
| 1 | 64 | 35% |
| 2 | 102 | 56% |
| 3 | 130 | 72% |
| < -3 | 31 | 17% |
| > 3 | 20 | 11% |



Zest Labs Confidential

20

WM00173738

# Why Zest Fresh Matters to Walmart



## Empowering Suppliers – Not Score Carding Them

### Recommend Zest Fresh to Ensure Delivered Freshness
- ZIPR code ensures freshness
  - Avoids micro-managing hundreds of suppliers
  - ZIPR code validated on actual product – profiling process (not Walmart)
  - ZIPR code enables optimized DC and store handling

### Why is this Different?
- Empowers Suppliers to make better decisions every day
  - Walmart benefits from ZIPR code compliance & shipment visibility
- Zest Fresh scales
  - ZIPR code normalizes freshness validation across all products – easy-to-use
  - Low-cost pallet-level monitoring enables end-to-end visibility
- Secure & robust implementation
  - Date encrypted, networks firewalled, 24/7 remote monitoring

## *Zest Fresh – a Solution that Delivers Freshness*

Zest Labs Confidential

| From: | Peter Mehring |
|-------|---------------|
| To: | Nikhil Cherian |
| CC: | Denise Sharpe; Todd Clayton |
| Sent: | 6/10/2017 12:01:56 AM |
| Subject: | EXT: Photo-spectrometry Background |
| Attachments: | Nondestructive Quality Evaluation paper at 7th IFVE.pdf; Ohio State - Brix for Crop Mgmnt.pdf; Ohio State - Brix in leafy greens.pdf; Ohio State - Brix Measurement method.pdf; Ohio State - Brix Overview.pdf |

Hi Nikhil,

Our internal report on the testing we did with SCIO device is not in a format for sharing. Further, as we are a registered SCIO development partner, I don't want to share any test results that may seem somewhat negative, as used in the right way, the device can be useful (i.e. for determining time of harvest).

That said, I can provide general background on the approach of using photo spectrometry as a freshness indicator. The attached papers are background we uncovered in our research, that proved helpful.

The question is if photo spectrometry, which is reported to be able to measure sugars and starches in fruits and vegetables, is able to translate those results into a freshness measure. The answer is not simple so let me break it down into a few parts, but start with the bottom line. The summary is, brix is useful for determining peak ripeness for some fruits, and therefore optimum harvest time. As a post-harvest measurement, brix is primarily a disqualifier, as it can reflect significant degradation of freshness as brix does degrade through respiration – but not an ongoing relative measure of remaining freshness. Here's a quick outline of the challenges is using brix as a quality metric -

First, measuring the brix ratio is a useful metric, but primarily for selecting peak harvest time for a fruit or vegetable. The brix measurement is only one quality metric, but among the top six metrics for selecting harvest quality – Color, size, weight, free of bruising or decay, firmness, and brix. Nutritional value is also a key metric, but hard to use for sorting, mostly used for selecting harvest time, and correlates to a brix value.

Second, brix measurements are best used in a trend analysis, not a single point criteria. As the attached papers show, the brix ratio value will change based on time of day, temperature, season, rainfall, etc., so building a significant database is required before evaluating what the brix ratio means relative to the measured fruit, variety or region. Again, this is for selecting optimum harvest time, not for evaluating shelf life or remaining freshness.

Third, brix is a "current test" measurement, not a predictive tool or a proactive feedback tool. Measuring brix will tell the current value relative to a mapped trend – is the value near the peak for a harvest, or is it too low? Brix will not tell you if you processed the fruit or vegetable properly - i.e. The current respiration rate – or how long the fruit will remain fresh. Brix - which measures the water soluble sugars - is a measure of remaining resources, but not a measure of the rate of consumption of those resources, nor a measure of the starting point of those resources.

Past brix measurement devices were "destructive" in that they used a sample of the fruit juice to evaluate soluble sugars – you had to squeeze some juice out of a leaf or fruit. The spectrophotometry brix measurement is an improvement in that it is "non-destructive", but only works for fruits and vegetables with a skin of 5mm thickness or less (based on the NIR type equipment – not cell phone cameras, as they're worse). So, tomatoes, peaches, apples, pears work, but citrus, melons, kiwis, etc. do not work.

Lastly, some fruits continue to ripen after harvested (see article, "Which Fruits and Vegetables Continue to Ripen After Picking?"), such as apples, bananas, avocados, etc. These do not use a brix measurement to determine harvest quality, but would use it to determine when at peak ripeness (based on a ripening room, or removal from storage). The non-climacteric category of fruit should be harvested at peak ripeness, as they do not continue to ripen once harvested – berries, grapes, citrus, etc. It is useful to use a brix measurement to determine the harvest time for these fruits – but as part of a trend, not a single measurement.

Bottom line – brix is a useful quality metric for determining peak ripeness (one that ZEST tracks within the grower Scout/Field Quality application), but it has to be (1) acquired in a consistent manner, (2) used as part of a trend analysis (not just a static decision point), (3) as part of a collection of quality criteria. Brix does NOT convey remaining shelf life or remaining freshness, though some articles show a correlation (not causation) between a higher brix value and longer total shelf life. Academic papers point to harvesting at peak ripeness, in part determined by peak brix value, correlate to a longer total shelf life. There is no evidence or evaluation of using brix post-harvest to determine remaining freshness, though if you know the brix value at harvest, and detect a dramatic fall-off, it can be a sign of significant mishandling (so, still a useful test, but not a primary indicator, but rather a dis-qualifier).

Hope that helps,
Peter

**Peter Mehring**
President & CEO
Zest Labs, Inc.
408.200.6516 (o)

408.835.0375 (m)
www.zestlabs.com

Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify the sender immediately. Thank you.

WM00173742

# Nondestructive Quality Evaluation Technology for Fruits and Vegetables Using Near-Infrared Spectroscopy

**Kyu-Hong Choi, Kang-Jin Lee, Giyoung Kim**

National Institute of Agricultural Engineering, Rural Development Administration,

249 Seodun-dong, Suwon, Republic of KOREA

## INTRODUCTION

Many countries in Asian-Pacific region are meeting the significant changes in socio-economic conditions pertaining to agriculture. Rapid industrialization and massive rural-urban migration lead the necessity of agricultural mechanization. The reduction in trade barriers and greater ease in travel and communication have been facilitated foreign trades. Trade volume of agricultural products rose remarkably in recent year. The growing demand for high quality and safety products on the market calls for developing and adopting advanced postharvest technologies.

Because agricultural products have the characteristics of low value added as compared with the other industrial commodities, application of the state-of-the-art technology to agricultural sectors was relatively recently activated. Postharvest sorting and grading of agricultural products is difficult and labor intensive. Manual sorting is costly and unreliable since human decision in identifying quality factors such as appearance, flavor, nutrient, texture, etc., is inconsistent, subjective, and slow. Nondestructive measuring techniques are desirable for fruits and vegetables. However, those are able to be reliable, faster, and economical. Various up-to-date techniques such as optics, X-ray, ultrasonic, near infrared (NIR), and magnetic resonance/magnetic resonance imaging (MR/MRI) have been applied for over four decades. Some have reached the point of practical implementation. Others will do so in the future.

Above all the techniques, NIR spectroscopy technique is very close to practical use. It has been contributed to development and wide use of sorting and grading technology during the last 10 years. This paper describes the theory, application, issues, and practical use of the nondestructive quality evaluation technology using NIR spectroscopy. Three fruit grading/sorting systems newly developed by National Institute of Agricultural Engineering (NIAE) are introduced.

WM00173743

## TECHNOLOGY OF MEASURING QUALITY

### Quality Component

Consumers purchase fruits and vegetables on the basis of quality. Quality of horticultural products is an important subject to those engaged in horticultural industries. Quality is defined as the degree of excellence or superiority. Quality of fruits and vegetables is a combination of characteristics, attributes, and properties that have significance and make for acceptability. Acceptability is depended on highly subjective factors including sight, touch, smell, taste, and even hearing.

The various components of quality are used to evaluate fruits and vegetables. Quality is classified into external and internal component as shown in Table 1. Appearance, flavor, texture, nutritive value, and defect factors are generally recognized as the five quality factors of fruits and vegetables.

Table 1 Components of qualities for fruits and vegetables.

| External Qualities | | Size (weight, volume, dimension) |
|---|---|---|
| | | Shape (diameter/depth ratio) |
| | | Color (uniformity, intensity) |
| | | Defect (bruise, stab, spot) |
| Internal Qualities | Flavor | Sweetness, Sourness, Astringency, Aroma |
| | Texture | Firmness, Crispness, Juiciness |
| | Nutrition | Carbohydrates, Proteins, Vitamins, Functional property |
| | Defect | Internal cavity, Water core, Frost damage, Rotten |

### Necessity of Sorting/Grading

Quality is attributed to the several factors such as level of cultivation techniques, climatic conditions, soil condition, etc. Therefore, there is a wide difference between products' qualities, even if they were grown and harvested from same area.

In 1999, *Chungdo Peach Experimental Station* harvested the entire peaches from 3 sampled trees (*Miback variety*) selected out of 3 areas, and measured their weight and sugar content. Table 2 shows the size distribution of sampled peaches and the sugar contents distribution of peaches within the grades. The weight ranged from 140g to 450g, the sugar content 5.2Brix to 15.7Brix. Furthermore, the sugar content in a same grade has a wide variation which range from 2.6Brix to 7.5Brix. This result means that

WM00173744

taking fruit samples from the tree could not cover a representative sample of the tree and means nothing.

Table 2 Size distribution of sample peaches and sugar content distribution within the grades for *Miback variety*

| Grade based on weight | | Substandard | Small | Medium | Large | Extra large |
|---|---|---|---|---|---|---|
| | | less than 180g | 180–210g | 210–250g | 250–300g | More than 300g |
| Size distribution (%) | | 3.0 | 7.7 | 25.3 | 40.5 | 23.4 |
| Sugar content (Brix) | Min. | 5.2 | 5.5 | 5.9 | 6.9 | 8.2 |
| | Max. | 7.8 | 10.1 | 11.2 | 12.7 | 15.7 |
| | Average | 6.6 | 7.7 | 8.5 | 9.4 | 10.8 |

Source : Annual Report of Chungdo Peach Experimental Station. 1999

*Chungdo Peach Experimental Station* also measured weight and sugar content of 5 boxes of peaches for each price range bought from wholesale markets. Table 3 shows that sugar contents of high-priced and large-sized peaches were higher than those of low-priced and small-sized. However, sugar content of peaches in the same priced box ranged from 5.9Brix to 9.3Brix. The price of fruits doesn't necessarily tell the sugar content of fruits. In conclusion, to raise objectivity, reliability, and value added fruits, quality evaluation should be performed for all fruits.

Table 3 Size and sugar content distribution of peaches bought from markets

| Price (Won/10kg) | Number of boxes/peaches | Weight (g) | | | Sugar content (Brix) | | |
|---|---|---|---|---|---|---|---|
| | | Min. | Max. | Average | Min. | Max. | Average |
| Less than 20,000 | 5/194 | 205 | 310 | 251 | 4.5 | 13.8 | 9.0 |
| 20,000 - 25,000 | 5/152 | 265 | 400 | 324 | 7.1 | 12.8 | 9.4 |
| 25,000 - 30,000 | 5/138 | 300 | 440 | 352 | 7.1 | 13.3 | 10.0 |
| More than 30,000 | 5/125 | 321 | 475 | 395 | 7.4 | 13.6 | 10.6 |

Source : Annual Report of Chungdo Peach Experimental Station. 1999

Table 4 shows the result of survey in 2003, which tracks the consumer behavior in the fruit markets. Consumers are considering sweetness (47.3%), freshness (28.6%), price

(15.1%) in order. Especially, sweetness preference shows an increase as compared with the preceding survey in 1998, while price preference shows a decrease. The fruits with high sugar contents are much appreciated in the market. According to the result of the survey, consumers are willing to consider the quality more than the price. The survey also indicates that there are still a lot of improvement to make such as a sweetness for whole fruits, a freshness for grapes, peaches, and oranges, a certificate of origin for pear and persimmon.

Table 4 Consideration factors of consumers in purchasing fruits

|  | Sweetness | Freshness | Price | Safety | Place of origin | Size | Color | Shape | Nutrition |
|---|---|---|---|---|---|---|---|---|---|
| 1998 | 29.0 | 27.2 | 26.5 | 10.0 | - | 2.4 | 1.2 | 0.3 | 3.5 |
| 2003 | 47.3 | 28.6 | 15.1 | 2.6 | 1.8 | 1.6 | 1.5 | 0.9 | 0.5 |

Source : Agricultural Outlook 2003. Korean Rural Economic Institute

World-famous discount stores have entered into domestic market and scale of domestic hypermarkets have been enlarged since middle of 1990s. These markets brought great progresses and changes in the produce market. To meet the markets' demand for high quality fresh fruits and vegetables, many producing districts established the large-scaled Agricultural Products Processing Center (APC), which were collecting and processing a lot of agricultural products in one place. APC introduced the up-to-date machines and facilities such as pre-cooler, high precision grader, packer, and storage house. Recently APC has contributed to improve the level of postharvest technologies.

Because agricultural production is now an excessive in several items, its major issue has switched from a quantity to a quality policy. In this frame, it is necessary to develop nondestructive and rapid tools to control quality of agricultural products.

**Nondestructive Evaluation Technology**

Quality evaluation methods can be the destructive and non-destructive. They include both objective methods based on instrument reading and subjective methods on human judgement. Various analytical methods are available for determination of quality related components using optics, X-ray, mechanics, and electromagnetic (Table 5).

WM00173746

Table 5. Nondestructive measurement of quality factors for horticultural produce.

| Methodology | Technique being used | Components |
|---|---|---|
| Optics | Image Analysis | Size, Shape, Color, External defects |
| | Reflectance, Transmittance and Absorbance Spectroscopy | Internal components, Color, Defects |
| | Laser spectroscopy | Firmness, Visco-elasticity, Defects, Shape |
| X-ray | X-ray image and CT | Internal cavity and structure, Ripeness |
| Mechanics | Vibrated Excitation | Firmness, Visco-elasticity, Ripeness |
| | Sonic | Firmness, Visco-elasticity, Internal cavity, Density, Sugar content |
| | Ultrasonic | Internal cavity and structure, Firmness, Tenderness |
| Electromagnetic | Impedance | Moisture contents, Density, Sugar content, Density, Internal cavity |
| | MR/MRI | Sugar content, Oil, Moisture content, Internal defect and structure |

Various techniques have been developed for evaluating internal quality of fruits and vegetables. Specific examples of practical use are as follows: near infrared (NIR) reflectance/transmittance technique to measure soluble solid content and acidity of peaches, pears, apples, citrus, melon, and watermelon, acoustic response technique to evaluate the maturity and internal defects of melon and watermelon, electrical capacitance technique to estimate soluble solid content and internal cavity of watermelon.

On the other hand, magnetic resonance (MR) has been used to study the moisture and oil content of agricultural materials. The magnetic resonance imaging (MRI) could prove to be an extremely valuable technique to evaluate ripening, core breakdown, bruise, worm damage, chilling and freezing. Currently, MR and MRI are not practical for routine quality testing. These equipments are expensive and difficult to operate. However, like all technologies, it is becoming cheaper, faster and more feasible for research and specialized applications. MR and MRI techniques have great potential for evaluating the internal quality of fruits and vegetables.

Above all the techniques, NIR spectroscopy technique is very close to practical use. It has been contributed to development and wide use of sorting and grading technology during the last 10 years. This paper describes the theory, application, examples of practical use, and some issues of near infrared spectroscopy.

## PRINCIPLE AND APPLICATION OF NIR SPECTROSCOPY

### Principle of NIR Spectroscopy

The electromagnetic spectrum covers a large range of photon energies which are commonly and conveniently divided into the following bands: from longest to shortest wavelengths, radio wave, microwave, infrared, near infrared, visible, ultraviolet, X-ray and gamma-ray (Fig. 1).



Fig. 1 Electromagnetic spectrum radiation.

Optical properties indicate the response of matter to visible light wavelengths (400-700nm) and near infrared (700-2500nm). Optical properties are based on reflectance, transmittance, absorbance, or scatter of light by the product.

When a light beam falls on an object, part of the incident beam is reflected by the surface. This is called regular reflectance (or specular reflectance). The remaining radiation is transmitted through the surface into the cellular structure of the object where it is scattered by the small interfaces within the tissue or absorbed by cellular constituents. The absorbed portion of radiation can be transformed to other forms of energy such as heat, chemical changes or luminescence. Part of the transmitted energy is absorbed (absorption), some part is reflected back to the surface (body reflectance or diffuse reflectance), and remain part is transmitted through the object (transmittance) as shown in Fig. 2.

WM00173748



Fig. 2 Distribution of incident light on an object.

**Application of NIR Spectroscopy**

Near infrared (NIR) spectroscopy deals with irradiating the products with NIR light (i.e. wavelength in the 700 nm to 2500 nm range) and with collecting and analyzing the absorbance spectrum.

The advantages of NIR are numerous; this radiation is highly penetrative and thus can be applied to the sample without any preparation, the spectra are not very discriminative but they can give quantitative information on the major organic components of food products, the NIR optical components are affordable and robust. For all these reasons, NIR spectroscopy has been widely used in grains, beverages and sugar industry, milk and daily products, fruits and vegetables since Karl Norris first applied to the compositional analysis of cereal in 1963. It reaches now on-line settings in the industry.

NIR spectrometers consist of light source, wavelength selector, and detector. Those are classified to reflectance or transmittance measuring method according to an arrange of components and detection methods.

**Reflectance Measuring Method**

In reflectance method, lamp and detector are located in the same direction as shown in Fig. 3. When object is illuminated by lamps, the scattered reflected radiation is measured by the detector. Diode array sensor used to measure the intensity of the radiation at each wavelength for laboratory and industry applications. The concentrations of a component are calculated from the radiation intensity by using a previously developed calibration equation.

The sweetness grading system based on NIR reflectance method can be used for the fruits having a thin peel such as peaches, apples, and pears. However, reflectance method is limited that body reflectance means the diffused light from features at depth

to about 5 mm. The grading system is not available for the fruits with thick peel such as citrus, melon, and watermelon.



Fig. 3 Reflectance measuring system

**Transmittance Measuring Method**

Transmittance method measures the transmitted light which pass through the tissues. Transmitted light reflects the internal attributes of the object. Therefore, it gives us an overall information of quality, and is able to make up for the weak points of the reflectance method.

Transmittance method can be divided into two; full transmittance and half transmittance measuring method, according to the arrangement of light and detector.

Full transmittance measuring system makes light, object, and detector lined up and in order as shown in Fig. 4. This method applied to the grain, milk, fruits of thin peel and small-sized fruits such as citrus.

In half transmittance method, many lamps arranged around the equator of the object to get the high intensity of radiation. Lamp and detector are at right angles to each other as shown in Fig. 5. This method is widely used for measuring sugar content, acidity, and internal defects of fruits and vegetables; apple, pear, melon, and watermelon.



Fig. 4 Full transmittance measuring system

WM00173750



Fig. 5 Half transmittance measuring system

## PEACH GRADING SYSTEM USING NIR REFLECTANCE

Most fruit sorters have used the mechanism which discharges fruits from trays tilted using solenoid and spring. Since this mechanism causes damage to peaches, farmers evaded to use conventional fruit graders. Grading operation of peaches depends on a manual way up to recently. In order to grade peaches without any injuries and to sustain the quality, non-contact and real-time based grader should be developed.

To minimize damage caused on fruit during grading and handling peaches, the prototype was devised to have a way of extracting each tray containing fruits from the moving path of the grader (Fig. 6).



Fig. 6 Peach sugar content grading system.

WM00173751

Sugar content within in a fruit varies according to a position; upper or lower, right or left, and depth. To decrease the measurement error by position effects in detecting representative values of sugar contents in peaches, two directions diverged fiber optics was developed to measure reflectance of both sides at one time as shown in Fig. 7.



Fig. 7 Two directions diverged fiber optics.

The operating program of the grader and the measuring algorithm of the quality index such as size and sugar contents were developed using Visual Basic 6.0 language. All grading results were saved in database and provided to farmers for helping them to produce the best quality peaches.

The multiple linear regression (MLR) model using 16 wavelengths for quality index was developed to estimate sugar content of peaches with the determination coefficient of 0.71 and Standard Error of Calibration (SEC) of 0.42Brix. The developed MLR model could predict also the sugar content with the determination coefficient of 0.69 and Standard Error of Prediction (SEP) of 0.49Brix (Fig. 8). This MLR model has better performance than the prediction model developed by using the detection of single position in 1998.

Based on performance of the prototype, the non-destructive automatic peach sweetness grading system was fabricated and evaluated. The peach sweetness grading system consists of photodiode-array sensor, quartz-halogen lamp and one fiber optic diverged by two bundles for transmitting the lights to two positions on fruit and re-transmitting the reflected lights from two position. The system could classify peaches into 2 classes by soluble solid contents of peaches with the accuracy of 91 % and the capacity of 7,200 peaches per hour.



Fig. 8 Calibration and prediction results using MLR model

## CITRUS GRADING SYSTEM USING NIR FULL-TRANSMITTANCE

Conventional citrus grader grades citrus fruits based on size differences of the fruits. The fruits are graded by transferring the fruits inside the series of rotating drums, which have different size of holes. Fruits smaller than the hole-size are graded at the drum, remaining bigger size fruits are graded at next drums. The capacity of the grader can be easily changed by adjusting width or rotating speed of drums. The drum type citrus grader has good performance for grading citrus size, but it cannot be used to grade the fruit based on its internal quality, such as maturity and internal defects. Immature or obvious defected fruits are sorted manually before putting in the drum grader. Because of tremendous labor requirement for this sorting operation, the automation of the operation is much demanded.

The on-line citrus grading system developed by NIAE (National Institute of Agricultural Engineering) comprised an NIR transmittance measuring part and a grading part. The grading system was designed so that citruses were fed one by one into NIR transmittance system. To reduce variability of the spectra, fruits were always placed flat on conveying belt between the lighting unit and the NIR detector as shown in Fig. 9. Design of feeding and conveying line is very important because the feeding posture of citrus affects the accuracy of the internal quality evaluation using optical properties.

NIR full transmittance measuring part consisting of a specially designed light source, NIR spectrophotometer having CCD array (Ocean optics, USA.), a controller, and photo sensors was constructed. NIR transmittance spectra were acquired with the 2048 pixel CCD-array NIR detector. For the strong illumination, a 300 W halogen lamp was used. Optical fibers and the lens assembly were used to collect light and provide strong luminance enough to pass through the flesh of the citrus fruit as shown in Fig. 9. NIR spectrum was acquired for 30 ms, and the wavelength of the spectrum was ranged from 650 nm to 955 nm.



Fig. 9 Arrangement of light and detector

The Partial Least Square Regression (PLSR) model was developed to estimate sugar content and acidity of citrus. The calibration model for sugar contents was developed with 463 spectrum samples and its correlation coefficient and standard error of calibration (SEC) were 0.936 and 0.33Brix, respectively (Fig. 11(a)). The validation result of model with 462 unknown samples is illustrated in Fig. 11(b). As shown in Fig. 11(b), the correlation coefficient and standard error of prediction (SEP) were 0.897 and 0.42Brix, respectively. Fig. 10 shows the prototype citrus grading system, and the capacity is the 14,400 citrus per hour.

WM00173754



Fig. 10 Sugar content, acidity, and size grading system of citrus



(a) Calibration           (b) Prediction

Fig. 11 Calibration and prediction results using PLSR model.

## WATERMELON SORTING SYSTEM USING NIR HALF-TRANSMITTANCE AND SONIC

The quality and price of a watermelon are determined by size and internal quality such as maturity, sugar content, inside cavity, yellow belt, and blood flesh. The markets especially evade buying watermelons with internal defects. However, sorting of immature, cavity and blood flesh watermelons is conducted by inspector's sensibility or experience.

WM00173755

A non-destructive watermelon sorting system, which can measure the weight, sugar content and internal defect simultaneously, was developed. The watermelon sorting system consists of sugar content evaluation part and internal defect evaluation part.

The sugar content evaluation part can measure the near infrared transmittance spectrum, and has light source and light detection part. The light source has the enough power of 2.4kw for transmitting the watermelon. The transmitted near infrared spectrum was used to develop a sugar content evaluation model with PLSR method. The model estimated watermelon sugar contents with error of ±0.8Brix.

The internal defect evaluation part has a hammer to generate the acoustic sound with constant force, a multi-point sound signal acquiring system, a noise removal circuit, and signal processing and quality evaluation program (Fig 12). There are two steps to acquire the hit sound:1) when the watermelon stands still, 2) when the watermelon stops briefly while it moves on sorting line.

The multiple acoustic signals of 175 watermelons were acquired from the prototype at noisy packinghouse or Agricultural Products Processing Center (APC), and PLSR model was developed with quality factor evaluated by the experts. The correlation coefficient of the developed model with 455 samples was 0.86 and SEC was 0.86. Using the developed model, the prediction result of the 455 watermelons shows that the prediction accuracy of normal and poor fruits was 90.1% based on the quality index 2. To improve the quality prediction accuracy, it is necessary to improve the accuracy of target position, and remove the noise.

This sorting system can sort the 1,500 watermelons per hour, ±0.8Brix error of sugar content, and the 90.1% accuracy of internal defects (Fig. 13).



Fig. 12 Schematic and photo of internal defect measuring system using sonic

WM00173756



Fig. 13 Nondestructive watermelon quality sorting system used in APC

WM00173757

# FACT SHEET
## Agriculture and Natural Resources

HYG-1651-12

# Using °Brix as an Indicator of Vegetable Quality
## Linking Measured Values to Crop Management

**Matthew D. Kleinhenz** and **Natalie R. Bumgarner**
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

Crop quality is important to fruit and vegetable growers, buyers, and handlers. °Brix readings indicate soluble solids content. Since soluble solids represent a product's potential sweetness (an aspect of quality), °Brix readings can interest many throughout the value chain. Three steps are required to make effective use of °Brix readings: (1) obtain accurate representative values; (2) become familiar with other representative values for similar crops; and (3) if needed, adjust management practices according to how they may affect °Brix values of your crops, using proven approaches.

Four fact sheets have been prepared to guide vegetable farmers, buyers, and handlers in using °Brix as an indicator of crop quality. This *Linking* fact sheet provides reference information on representative °Brix values and how they are influenced by crop management. Equipped with this information, vegetable suppliers should be better prepared to make effective use of °Brix measurement in their operation. However, the *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Two other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops.

## °Brix Values in Vegetable Crops

°Brix values are relatively straightforward to measure and are readily available. However, few people appear to be familiar with values that would be "typical" for their crop. Reference values are available in government and scientific reports and other documents. However, ultimately, the most important values for most vegetable growers, buyers, and handlers may be the "bank" of numbers they develop in their own operation over time through consistent, conscientious measurement. Nevertheless, in this fact sheet, we present three sets of reference °Brix values.

The first set (Table 1) includes examples of soluble solids values that are used as criteria in official USDA fruit and vegetable quality grades. In certain fruiting crops (i.e., cantaloupe, watermelon) soluble solids levels obtained with an approved refractometer influence the official grade to which the crop is assigned. For example, based on the chart below, °Brix values less than 9% and 8% in cantaloupe and watermelon, respectively, mean that the crop cannot be labeled as having "good internal quality" by USDA standards.

**Table 1. Examples of USDA crop grading standards which incorporate soluble solids values.**

| Crop | Grading description | Minimum soluble solid level |
|------|---------------------|-----------------------------|
| Cantaloupe | "Very good internal quality" | 11% |
| | "Good internal quality" | 9% |
| Watermelon | "Very good internal quality" | 10% |
| | "Good internal quality" | 8% |

The second set of reference °Brix values (Table 2) was taken from published agricultural research. This set includes values reported on multiple crops grown in research plots in many locations. Keep in mind that these plots were managed differently: growing system, nutrient and irrigation regime, and variety differed from one

Copyright © 2012, The Ohio State University

WM00173758

**Table 2. Examples of soluble solids (°Brix) values from published agricultural research reports across a variety of crops and locations.**

| Crop—Location | Reported °Brix value | Citation |
|---|---|---|
| Beets—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Cabbage—New Zealand | 9.0–12.0 | Renquist et al., 2005 |
| Carrots—GA | 8.0–10.0 | Gills et al., 1999 |
| Honeydew—TX | 8.5–12.0 | Lester and Shellie, 1992 |
| Muskmelon—MD | 5.0–16.0 | Aulenbach and Worthington, 1974 |
| Muskmelon—CA | 9.0–11.0 | Yamaguchi et al., 1977 |
| Onion—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Pepper—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Sweet corn—SC | 15.0–27.0 | Hale et al., 2005 |
| Processing tomatoes—CA | 4.7–6.0 | Barrett et al., 2007 |
| Greenhouse tomatoes—Denmark | 4.3–5.0 | Thybo et al., 2006 |
| Greenhouse tomatoes—NC | 3.8–4.7 | Peet et al., 2004 |
| Fresh market tomatoes—CO | 3.5–5.3 | Aldrich et al., 2010 |
| Fresh market tomatoes—FL | 4.1–5.3 | Tandon et al., 2003 |
| Cherry tomatoes—New Zealand | 5.0–8.0 | Renquist et al., 2005 |
| Watermelon—Spain | 9.0–11.0 | Pardo et al., 1996 |

The third set of reference °Brix values (Table 3) was created in Ohio during the completion of a project supported by The Ohio State University/OARDC/OSU Extension, the Department of Horticulture and Crop Science, the Warner Endowment Fund for Sustainable Agriculture, and area farmers. With this support, the Ohio State University Vegetable Production Systems Laboratory obtained hundreds of °Brix readings on station- and farm-grown vegetable crops from twelve locations in 2011. Crops were grown conventionally and organically and most of the data were collected by growers using handheld digital refractometers as described in two fact sheets in this series. The values in Table 3 were developed in 2011 only. They may or may not represent values expected in your operation. Contact Matt Kleinhenz for more information on these values.

experiment to another. Because of this variation, numbers in Table 2 do not necessarily represent target values. That said, the research was usually conducted to study the influence of genetic and production factors on crop quality. And, the research often involved commercial-like practices and common varieties. Therefore, it is reasonable for growers and others to observe similar °Brix values in their business.

## Factors that Influence Vegetable °Brix Values

In the tables above, the reported °Brix values for individual crops displayed wide ranges (e.g., in Table 3, 2.9–15.7 for bean and 9.5–26.5 for sweet corn). These ranges are due to the fact that at any one time, many factors influence a vegetable crop's condition and, therefore, its °Brix level. Going forward, vegetable suppliers interested in having their crops achieve target °Brix values will benefit from being familiar with these factors and how they can be manipulated.

Variety selection, crop maturity, crop physiology or metabolism, and major abiotic components of the growing environment (e.g., moisture, fertility, light, and temperature) are known to influence °Brix levels. Variety selection and crop maturity, metabolism, and water status tend to have direct and often significant and immediate impacts on vegetable °Brix levels. In contrast, soil and crop nutrient status and environmental light and temperature levels appear to have more indirect and subtle effects on vegetable °Brix values. The following is a brief summary of some of the

**Table 3. Soluble solids (°Brix) values gathered during an on-farm research project carried out in Ohio in 2011.**

| Crop | °Brix average | °Brix range | # Observations | # Farms |
|---|---|---|---|---|
| Beet | 7.8 | 2.8–13.6 | 26 | 4 |
| Bean | 6.9 | 2.9–15.7 | 57 | 3 |
| Swiss chard | 4.6 | 2.6–6.5 | 15 | 2 |
| Cucumber | 3.3 | 2.2–5.4 | 60 | 4 |
| Summer squash | 4.3 | 3.5–5.3 | 43 | 4 |
| Sweet corn | 16.2 | 9.5–26.5 | 66 | 2 |
| Cherry tomato | 7.5 | 4.5–11.7 | 102 | 6 |
| Tomato | 4.6 | 2.3–8.2 | 433 | 10 |
| Turnip | 6.0 | 4.5–6.9 | 20 | 3 |
| Watermelon | 10.8 | 9.0–12.8 | 66 | 4 |
| Zucchini | 4.0 | 2.4–6.0 | 71 | 5 |

Copyright © 2012, The Ohio State University

WM00173759

specific effects of various factors on vegetable °Brix levels. Information given in this section is supported by articles cited in the References section and farmer experience.

Weather effects on soluble solids levels begin at planting and continue through harvest, in part because planting and harvesting dates determine the environmental conditions under which crops grow and mature. Environmental conditions that most strongly influence crop quality include sunlight, temperature, and moisture. Exposure to various combinations of these conditions due to planting and harvest schedules can influence elements of quality (including °Brix) and flavor in field- and greenhouse-grown crops. These conditions influence the amount of soluble solids (mostly sugars) that are in marketable leaves, stems, fruits, tubers, roots, etc., at any one time. These factors influence °Brix levels alone and in combination. For example, temperature and light interact to set the rate of sugar production, but temperature may have a stronger influence on tomato fruit soluble solids content than sunlight.

Weather, planting and harvesting dates, and some soil characteristics often cannot be altered significantly. Often, vegetable growers must adhere to certain planting and harvesting windows. Also, they can only establish protective microclimates around crops (e.g., using mulches, films, or low or high tunnels) which lessen the more radical effects that temperature, moisture, and other extreme conditions can have on crop quality. Likewise, soil amendments can increase soil organic matter or alter other soil properties, thereby creating growing conditions more conducive to crop health and quality. Yet, some steps to limit environmental fluctuations or enhance soil quality may be unavailable to some farmers. Moreover, the effects of these steps on crop quality in the near-term may be indirect. Therefore, vegetable growers may prefer to take easy steps proven to have immediate and significant effects on quality, perhaps especially °Brix. Steps in this category include proper variety selection, water and fertility management, and planting and harvest timing.

All things being equal, varieties of the same crop tend to differ in their baseline °Brix level. That is, varieties have a natural inclination toward lower or higher levels of soluble solids within the portion that is marketed. Therefore, variety selection is one of the most important and direct methods of shaping °Brix and crop quality. If °Brix is important to you, consider discussing varietal tendencies with seed suppliers and reviewing other data on varieties. Product quality begins with variety selection.

Regardless of variety, soluble solids levels track crop maturity. All vegetable crops undergo changes in their makeup through their lifetime, regardless of what the farmer does. Sweet corn kernels turning from milky and sweet to dry and starchy is one example of the natural, pre-programmed crop maturation process. So, crop stage and harvest timing, in particular, strongly influence crop quality and °Brix levels.

In fact, the degree of ripening at harvest influences the full chemical makeup of the fruit or immature seed and, therefore, its flavor and texture. Soluble solids and sugars tend to increase during ripening, while acids tend to decrease. When tomato fruit are harvested at a very early stage of ripening, the combination of sugars, acids, and volatile compounds related to flavor may be sub-optimum. That said, some fruit and seed continue to mature after picking. And, they may be more susceptible to physical damage during post-harvest handling if picked table-ripe. Regardless, it is clear that harvest timing is important to all growers and that measuring °Brix values can help determine harvest- and market-readiness in some crops.



Effects on soluble solid content in tomato were measured on 8/24/07 in Gödöllő, Hungary. Treatments were unirrigated (1), unirrigated with K application (2), irrigation up to 30 days before harvest (3), irrigation up to 30 days before harvest with K application (4), standard irrigation (5), and standard irrigation with K application (6). Columns bearing the same letter are not significantly different. Vertical bars represent significant differences at p = 0.05, n=4.

Irrigation timing or soil moisture levels also affect °Brix but in ways that may complicate management decisions. For example, reduced water availability during fruit development can increase fruit soluble solids content but lower total fruit yield. So, growers must balance the opportunity to enhance the quality of their fruit with the potential to reduce the yield of them using the same practice. In dry areas where water availability can be carefully controlled, precise irrigation has been able to increase °Brix and maintain acceptable yields. High tunnel growers may be able to balance yield and quality most effectively through irrigation and fertility management.

Copyright © 2012, The Ohio State University



°Brix levels are a common metric used to describe the quality and suitability of processing tomatoes *(Image courtesy of Hirzel Canning Company and Farms, Toledo, Ohio).*

Indeed, the influence of fertility programs on °Brix is becoming clear. Increased fertilizer or salinity levels (i.e., higher electrical conductivity levels) in irrigation water are reported to increase °Brix levels in greenhouse-grown tomato and pepper. Mineral fertilization can also influence volatile compounds and fruit flavor.

In addition to electrical conductivity, there is evidence that nitrogen (N) nutrition can affect °Brix levels but in an indirect and complex manner. Nitrogen availability can impact the efficiency of photosynthesis through which sugar is created and, therefore, possibly alter soluble solids levels. However, excess N can also slow maturation and reduce sugar and acid content.

## Linking Measured °Brix Values to Crop Management—A Recap

Production factors such as temperature and light levels and soil moisture and fertility status influence crop °Brix levels. These factors differ with regard to the amount of control field and high tunnel growers have over them. These factors also differ with regard to the apparent, direct impact they have on °Brix, based on scientific evidence and grower experience. Biological factors such as variety and crop maturity affect soluble solids levels strongly; growers select varieties but have little control over maturity outside of harvest timing.

Controlled-environment greenhouse production involves a greater amount of control over factors that influence crop growth, yield, and certain aspects of quality than field production. Overall, the greenhouse industry continues to pay close attention to the effects of variety selection and crop management on °Brix. Also, adjustments in management regimens to optimize °Brix and other characteristics are generally more feasible in greenhouse than field settings. Farmers working with soils in more dynamic and unpredictable open field and high

tunnel settings have an opportunity to gain from what is discovered in greenhouse production and research. More important, field and high tunnel vegetable growers can learn from their own tests of the relationships between management and °Brix and other aspects of crop quality. This four-part fact sheet series is designed to assist them in that process.



## References

Aldrich, H.T., K. Salandanan, P. Kendall, M. Bunning, F. Stonaker, O. Kulen, and C. Stushnoff. 2010. Cultivar choice provides options for local production of organic and conventionally produced tomatoes with higher quality and antioxidant content. *J. Sci. Food Agr.* 90:2548–2555.

Anza, M., P. Riga, and C. Garbisu. 2006. Effects of variety and growth season on the organoleptic and nutritional quality of hydroponically grown tomato. *J Food Qual.* 29:16–37.

Arias, R., T.C. Lee, D. Specca, and H. Janes. 2000. Quality comparison of hydroponic tomatoes (*Lycopersicon esculentum*) ripened on and off vine. *J. Food Sci.* 65:545–548.

Aulenbach, B.B., and J.T. Worthington. 1974. Sensory evaluation of muskmelon: Is soluble solids content a good quality index? *HortScience* 9:136–137.

Barrett, D.M., C. Weakley, J.V. Diaz, and M. Watnik. 2007. Qualitative and nutritional differences in processing tomatoes grown under commercial organic and conventional production systems. *J Food Sci.* 72:C441–C451.

Beverly, R.B., J.G. Latimer, and D.A. Smittle. 1993. Preharvest physiological and cultural effects on postharvest quality. p. 73–98. R.L. Shewfelt, and S.E. Prussia (eds). In: *Postharvest handling: A systems approach.* Academic Press San Diego, CA.

Copyright © 2012, The Ohio State University

Blaesing, D., A. Murray, M. Schulz, and M. Stewart. 2006. Nutrient management for high soluble solids production in Australian processing tomatoes. *Acta Hort.* 724:75–83.

Bumgarner N., J.C. Scheerens, R.W. Mullen, M.A. Bennett, P.P. Ling, and M.D. Kleinhenz. 2012. Root-zone temperature and nitrogen affect the yield and secondary metabolite concentration of fall and spring-grown, high density lettuce. *J. Sci. Food Agr.* 92:116–124.

Chassy, A.W., L. Bui, E.N.C. Renaud, M.V. Horn, and A.E. Mitchell. 2006. Three-year comparison of the content of antioxidant microconstituents and several quality characteristics in organic and conventionally managed tomatoes and bell peppers. *J. Agr. Food Chem.* 54:8244–8252.

Crisosto, C.H., and J.P. Mitchell. 2002. Preharvest factors affecting fruit and vegetable quality. p. 49–54. In: A.A. Kader (ed). *Postharvest technology of horticultural crops,* 3rd Ed. Univ. Cal. Agr. Nat. Res. Pub. 3311.

Davis, A.R., C.L. Webber, P. Perkins-Veazie, and J. Collins. 2006. Impact of cultivar and production practices on yield and phytonutrient content of organically grown watermelon. *J. Veg. Sci.* 12:83–91.

Fleisher, D.H., L.S. Logendra, C. Moraru, A.J. Both, J. Cavazzoni, T. Gianfagna, T.C. Lee, and H.W. Janes. 2006. Effect of temperature perturbations on tomato (*Lycopersicon esculentum* Mill.) quality and production scheduling. *J. Hort. Sci. Biotechnol.* 81:125–131.

Gazula, A., M.D. Kleinhenz, J.G. Streeter, and A.R. Miller. 2005. Temperature and cultivar effects on Anthocyanin and chlorophyll b concentrations in three related Lollo Rosso lettuce cultivars. *HortScience* 40:1731–1733.

Gills, L.A., A.V.A. Resurreccion, W.C. Hurst, A.E. Reynolds, and S.C. Phatak. 1999. Sensory profiles of carrot (*Daucus carota* L.) cultivars grown in Georgia. *HortScience* 34:625–628.

Hale, T.A., R.L. Hassell, and T. Phillips. 2005. Refractometer measurements of soluble solid concentration do not reliably predict sugar content in sweet corn. *HortTechnology* 15:668–672.

Helyes, L., J. Dimeny, Z. Pek, and A. Lugasi. 2006. Effect of the variety and growing methods as well as cultivation conditions on the composition of tomato (*Lycopersicon lycopersicum* (L.) Karsten) fruit. *Acta Hort.* 712:511–516.

Hornick, S.B. 1992. Factors affecting the nutritional quality of crops. *Amer. J. Alt. Agr.* 7:63–68.

Johnstone, P.R., T.K. Hartz, M LeStrange, J.J. Nunez, and E.M. Miyao. 2005. Managing fruit soluble solids with late-season deficit irrigation in drip-irrigated processing tomato production. *HortScience* 40:1857–1861.

Kleinhenz, M.D., and A. Wszelaki. 2003. Yield and relationships among head traits in cabbage as influenced by planting date and cultivar. I. Fresh market. *HortScience* 38:1349–1254.

Krauss, S., W.H. Schnitzler, J. Grassmann, and M. Woitke. 2006. The influence of different electrical conductivity in a simplified recirculating soilless system on inner and outer fruit quality characteristics of tomato. *J. Agr. Food. Chem.* 54:441–448.

Lamont, W.J. 2005. Plastics: Modifying the microclimate for the production of vegetable crops. *HortTechnology* 15:477–481.

Lester, G., and K.C. Shellie. 1992. Postharvest sensory and physicochemical attributes of honey dew melon fruits. *HortScience* 27:1012–1014.

Pardo, J.E., R. Gomez, J. Tardaguila, M. Amo, and R. Varon. 1996. Quality evaluation of watermelon varieties (*Citrullus vulgaris* S.). *J. Food Qual.* 20:547–557.

Peet, M.M., C.D. Harlow, and E.S. Larrea. 2004. Fruit quality and yield in five small-fruited greenhouse tomato cultivars under high fertilization regime. *Acta Hort.* 659:811–818.

Pluda, D., H.D. Rabinowitch, and U. Kafkafi. 1993. Pepino dulce (*Solanum mirucatum* Ait.) quality characteristics respond to nitrogen nutrition and salinity. *J. Amer. Soc. Hort. Sci.* 118:86–91.

Radovich, T.J.K., M.D. Kleinhenz, J.G. Streeter, R. Miller, and J.C. Scheerens. 2005. Planting date affects total glucosinolate concentrations in six commercial cabbage cultivars. *HortScience* 40:106–110.

Renquist, A.R., M.J. LaGrange, B.P. Searle, and J.B. Reid. 2005. Towards a control theory for acidity of vegetable crops. *Acta Hort.* 694:463–469.

Riga, P., M. Anza, and C. Garbisu. 2008. Tomato quality is more dependent on temperature than on photosynthetically active radiation. *J. Sci. Food Agr.* 88:158–166.

Simon, P.W. 1985. Carrot flavor: Effects of genotype, growing conditions, storage, and processing. p. 315–328. In: H.E. Pattee (ed). *Evaluation of quality of fruits and vegetables.* AVI Publishing Company. Westport, CT.

Stevens, M.A. 1985. Tomato flavor: Effects of genotype, cultural practices, and maturity at picking. p. 367–386. In: H.E. Pattee (ed). *Evaluation of quality of fruits and vegetables.* AVI Publishing Company. Westport, CT.

Tandon, K.S., E.A. Baldwin, J.W. Scott, and R.L. Shewfelt. 2003. Linking sensory descriptors to volatile and non-volatile components of fresh tomato flavor. *J. Food Sci.* 68:2366–2371.

Thybo, A.K., M. Edelenbos, L.P. Christensen, J.N. Sorensen, and K. Thorup-Kristensen. 2006. Effect

Copyright © 2012, The Ohio State University

WM00173762

of organic growing systems on sensory quality and chemical composition of tomatoes. *LWT* 39:835–843.

USDA Nutrient Database. http://www.ars.usda.gov/Services/docs.htm?docid=22114.

USDA AMS Standards. http://www.ams.usda.gov/AMSv1.0/ams.fetchTemplateData.do?template=TemplateN&page=FreshMarketVegetableStandards.

Wang, Y.T., S.W. Huang, R.L. Liu, and J.Y. Jin. 2007. Effects of nitrogen application on flavor compounds of cherry tomato fruits. *J. Plant Nutr. Soil Sci.* 170:461–468.

Wang, Z.H., S.X. Li, and S. Malhi. 2008. Effects of fertilization and other agronomic measures on nutritional quality of crops. *J. Sci. Food Agr.* 88:7–23.

Wells, O.S., and J.B. Loy. 1993. Rowcovers and high tunnels enhance crop production in the northeastern United States. *HortTechnology* 3:92–95.

Weston, L.A., and M.M. Barth. 1997. Preharvest factors affecting postharvest quality of vegetables. *HortScience* 32:812–816.

Wright, D.H., and N.D. Harris. 1985. Effect of nitrogen and potassium fertilization on tomato flavor. *J. Agr. Food Chem.* 33:355–358.

Wszelaki, A., and M.D. Kleinhenz. 2003. Yield and relationships among head traits in cabbage as influence by planting date and cultivar. II. Processing. *HortScience* 38:1355–1259.

Zerbini, P.E. 2008. Role of maturity for improved flavor. p. 180–199. In: B. Bruckner and S.G. Wyllie. (eds). *Fruit and vegetable flavor—Recent advances and future prospects.* Woodhead Publishing Limited. Cambridge, England.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the development of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION

**Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu**

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00173763

T·H·E
OHIO
STATE
UNIVERSITY
EXTENSION

# FACT SHEET
## Agriculture and Natural Resources

HYG-1653-12

# Using °Brix as an Indicator of Vegetable Quality
## Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon

**Natalie R. Bumgarner** and **Matthew D. Kleinhenz**
Department of Horticulture and Crop Science
The Ohio State University

**C**rop quality is important to everyone in the vegetable value chain, including growers, buyers, managers, handlers, processors, restaurateurs, and consumers. Various measures are used to assess and describe different aspects of quality but few may be as popular and important as soluble solids or °Brix. As described in other fact sheets in this series, °Brix has the attention of many throughout the vegetable value chain for three primary reasons. First, °Brix can be measured inexpensively, quickly, and reliably at essentially all

> For specific methods refer to:
> Cucumber—page 2
> Leafy Crops—page 4
> Sweet Corn—page 6
> Tomato—page 8
> Watermelon—page 10

stages of production through preparation. Second, °Brix readings can be an early indication of how "sweet" the consumer may consider the product to be when eating it. Thirdly, °Brix values fluctuate with many factors. Indeed, °Brix levels appear to be a function of primarily crop, variety, maturity, and growing and storage conditions. It is clear, then, why business-minded members of the value chain are interested in measures of soluble solids and why they consider basing some management decisions on them.

When obtained and applied correctly, °Brix readings can be useful in variety selection, harvest scheduling, and crop irrigation, fertility, and post-harvest management. Over time, they may also influence soil management. Regardless, to be useful, °Brix values must be obtained correctly.

Four fact sheets have been prepared to assist members of the vegetable value chain in making the best use of °Brix readings. This *Instructions* fact sheet provides specific methods for measuring °Brix in five vegetable crops. We recommend following these instructions after consulting the fact sheets describing additional aspects of °Brix measurement and the use of °Brix values in crop production and marketing. Additional information on °Brix is available in other publications listed in these fact sheets.

Copyright © 2012, The Ohio State University

WM00173764

## 1. Cucumber

Routine measurement of soluble solids is currently less common in the cucumber than in other vegetable value chains. However, there is anecdotal evidence that cucumber buyers, processors, and consumers have strong preferences regarding product flavor, with "sweetness" as a component. Certainly, it is clear that cucumber varieties are genetically predisposed to differ in flavor and that crops experience a wide range of growing conditions. Together, these factors make it likely that cucumber °Brix values vary widely among crops. Worse, some crops may be below desired quality thresholds and cost growers and others repeat sales opportunities. In 2011, a total of 60 °Brix readings were taken on cucumber fruit collected on four Ohio farms. Values ranged from 2.2%–5.4%, a more than two-fold difference between the lowest and highest values.

### Select Cucumber Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Cucumber Samples

The location of the sample in the fruit can influence its °Brix value. So, we suggest taking samples from a standard location, such as the center of the cucumber fruit. This suggestion also applies to zucchini and summer squash. The peel can interfere with efficient movement of the tissue through the press. So, we also suggest peeling. Multiple slices can be taken from a single fruit.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger cucumber from which they were taken.

 

Copyright © 2012, The Ohio State University

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

 

### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of cucumber crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## 2. Leafy Crops

The leafy greens crop category includes many species grown under many different conditions and harvested at many stages. Also, in contrast to other major vegetable crops, nearly all leafy vegetables are consumed fresh or following minimal processing. Therefore, their inherent sensory quality, including potential "sweetness," is key at meal preparation. Finally, for production, marketing, and consumption reasons, leafy vegetable crops stand out for being leaves (the primary site of photosynthesis) as opposed to botanical fruits. Leaves generally supply sugars whereas fruits, seeds, stems, tubers, rhizomes, and other plant organs tend to receive and accumulate them. That said, leafy vegetable crop plants not producing seeds or other organs that typically accumulate sugars, maintain these sugars in their stems, leaves, and roots or employ them in growth. Therefore, monitoring °Brix levels in leafy vegetable crops is worthwhile.

### Select Leaf Samples for Measurement

Select leaf samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable leaves of similar age, size, and condition. The maturity and location of a leaf can influence composition; therefore, choose leaves from a similar position on all plants.

### Prepare Leafy Crop Samples

Soil particles and excess water should be removed from leafy crops prior to measurement. The location of the leaf on the head can influence its °Brix value. So, we suggest taking leaf samples from a standard location, such as the 2nd or 3rd leaf counting from the base on each head. Multiple leaf samples can be taken from a single head.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger leaf from which they were taken.

 

Copyright © 2012, The Ohio State University

WM00173767

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

 

### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of leafy vegetable crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00173768

## 3. Sweet Corn

The novelist, humorist, and entertainer Garrison Keillor once wrote that, in effect, his family was prepared to resist all forms of sin, but if "Satan had come around with sweet corn, we at least would have listened to what he had to sell." This anecdote speaks to the passion that many have for sweet corn. Its name is fitting in part because people adore sweet corn for its sweetness. However, a wealth of commercial experience and scientific data also indicate that people also prize sweet corn for its texture and aroma. Regardless of specific consumer preferences for blends of sweetness, texture, and aroma, °Brix readings have a role throughout the sweet corn value chain. Making the best use of sweet corn °Brix values requires knowledge of the fact that they differ among endosperm types, stages of maturity, and in-field and post-harvest crop management regimens. In fact, in some varieties, the relationship between °Brix values and consumer perceptions of sweetness may be weak—°Brix values may rise even as corn ages. Overall, °Brix currently remains a proven unit of measure for soluble solids in sweet corn; however, changes in genetics may weaken the °Brix-potential sweetness relationship in sweet corn. Therefore, growers are encouraged to become familiar with this relationship in their preferred varieties.

### Select Sweet Corn Ear Samples for Measurement

Select ear samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable ears of similar age and position on the plant.

### Prepare Sweet Corn Samples

The location of the kernels on the ear (tip to stem) can influence its °Brix value. So, we suggest slicing a sample from the middle 2–3 inches of the ear to standardize the samples. Multiple samples can be taken from the center region of a single ear.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger ear from which they were taken.

 

Copyright © 2012, The Ohio State University

## Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




## Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

## Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of sweet corn crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## 4. Tomato

Measures of total soluble solids (°Brix) have long been a staple among tomato growers and processors. °Brix measurement is more common in the processing tomato industry but is gaining recognition in the fresh market industry. In the processing industry, °Brix is a predictor of potential energy and additive needs for producing sauces and other products. In the fresh market, soluble solids levels suggest how "sweet" the tomato may taste; however, it is important to note that sugars, acids, volatiles, and other compounds are responsible for the characteristic flavor of each fruit. So, a higher °Brix value does not guarantee a sweeter flavor. Regardless, tomato soluble solids levels fluctuate with variety and growing conditions. With practice, members of the tomato value chain can adjust management to achieve target °Brix values.

### Select Tomato Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Tomato Samples

Tomato fruit should be washed and dried prior to sampling to remove excess soil and moisture. Cut the fruit from stem to blossom end in wedges. Remove the core. Tomato wedges provide good samples because they represent all types of tissue in the fruit. When pressed, pulp from a tomato wedge contains soluble solids from all fruit tissues. Multiple wedges can be taken from a single fruit.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger tomato from which they were taken.

 

Copyright © 2012, The Ohio State University

## Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

 

## Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

## Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of tomato crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

Case 4:18-cv-00500-JM    Document 772-2    Filed 05/05/25    Page 78 of 276

## 5. Watermelon

Watermelon stands out as a crop for which "sweetness" is very important. Everyone wants and expects watermelon fruit to be clearly sweet. In fact, the USDA has codified this expectation by requiring watermelon and also cantaloupe flesh °Brix levels to exceed 8% and 9%, respectively, in order for them to meet USDA AMS standards for "good" quality. Texture, color, firmness, and other characteristics also contribute to consumer perception of quality in watermelon but "sweetness" also ranks high. So, °Brix readings are particularly important to members of the watermelon value chain.

### Select Watermelon Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Watermelon Samples

The location of the sample within the fruit (both from stem to blossom end and from soil to exposed side) as well as tissue type can influence the °Brix value. So, we suggest quartering the melon and taking samples from the center or heart of the melon. Some growers also take melon cores instead of slicing to measure °Brix. Both methods are appropriate but only one should be used—be consistent. Multiple samples can be taken from a single melon.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger melon from which they were taken.

 

Copyright © 2012, The Ohio State University

WM00173773

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of watermelon crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the following information along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## References

Baldwin, E.A., J.W. Scott, M.A. Einstein, T.M.M. Malundo, B.T. Carr, R.L. Shewfelt, and K.S. Tandon. 1998. Relationship between sensory and instrumental analysis for tomato flavor. *J. Amer. Soc. Hort. Sci.* 123:906–915.

Fouladkhah, A., M. Bumming, M. Stone, C. Stushnoff, F. Stonaker, and P. Kendall. 2011. Consumer hedonic evaluation of eight fresh specialty leafy greens and their relationship to instrumental quality attributes and indicators of secondary metabolites. *J. Sensory Studies* 26:175–183.

Hale, T.A., R.L. Hassell, and T. Phillips. 2005. Refractometer measurements of soluble solid concentration do not reliably predict sugar content in sweet corn. *HortTechnology* 15:668–672.

Keillor, G. 1997. *Leaving Home.* Viking Penguin, New York.

Kleinhenz, M.D. 2003. Sweet corn variety trials in Ohio: Recent top performers and suggestions for future evaluation. *HortTechnology* 13:711–718.

Malundo, T.M.M., R.L .Shewfelt, and J.W. Scott. 1995. Flavor quality of fresh tomato (*Lycopersicon esculentum* Mill.) as affected by sugar and acid levels. *Postharvest Biol. Technol.* 6:103–110.

Pardo, J.E., R. Gomez, J. Tardaguila, M. Amo, and R. Varon. 1996. Quality evaluation of watermelon varieties (*Citrullus vulgaris* S.). *J. Food Qual.* 20:547–557.

Park, S. W., L. J. Won, K. Y. Cheol, K. K. Yong, H.J. Heun, L.M. Rim, and H. S. Jin. 2004. Relationship between physiochemical quality attributes and sensory evaluation during fruit maturation of cucumber. *Korean J. Hort. Sci. Technol.* 22:177–182.

Tandon, K.S., E.A. Baldwin, J.W. Scott, and R.L. Shewfelt. 2003. Linking sensory descriptors to volatile and nonvolatile components of fresh tomato flavor. *J. Food Sci.* 68:2366–2371.

Zhu, S., J.R. Mount, and J.L. Collins. 1992. Sugar and soluble solids changes in refrigerated sweet corn (*Zea mays* L). *J. Food Sci.* 57:454–457.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the preparation of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION

Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00173775

# FACT SHEET
## Agriculture and Natural Resources

HYG-1652-12

# Using °Brix as an Indicator of Vegetable Quality
## A Summary of the Measurement Method

**Natalie R. Bumgarner** and **Matthew D. Kleinhenz**
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

Farmers, as well as produce managers and handlers need straightforward, reliable, proven, and inexpensive criteria, tools, and techniques to gauge the potential quality of their fresh fruits and vegetables. The level of soluble solids in a fruit or vegetable is often used as an indicator of the sugars present in it. Soluble solids levels are usually reported in values of °Brix. °Brix values can be measured easily and reliably in the field, shop, or shed using a relatively inexpensive piece of equipment able to fit in most pockets: a refractometer. When obtained and applied correctly, objective and accurate °Brix values can aid in variety selection, harvest scheduling, and other aspects of crop production including irrigation, fertility, and post-harvest management. These values can also give a rough estimate of how sweet a product may taste to some consumers. At best, °Brix values also appear to be indirect estimates of the general health of some crops and their potential sensory appeal to people. However, there is little scientific evidence to support the use of °Brix values as anything more than an indication of the soluble solids content—and potential sweetness—of fruit and vegetable samples.

Four fact sheets have been prepared to guide farmers and produce buyers and handlers in using °Brix as an indicator of vegetable quality. This *Summary* fact sheet is a general description of the tools and techniques used to measure °Brix. The *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops and guidance in making the best use of the values obtained.

## Equipment, Material, and Sample Considerations

Soluble solids (°Brix) values are obtained using refractometers. These instruments measure the degree to which light is bent as it passes through a sample (i.e., the refractive index). Refractometers vary in design. Expensive, bench-top models are common in laboratories and QA/QC facilities. Inexpensive, portable (small-size, handheld), analog and digital versions are preferred by growers and produce managers and handlers. Analog and digital refer primarily to whether the °Brix value is read on a scale resembling an old-style thermometer or displayed digitally.

The refractive index is affected by the temperature of the solution. The °Brix scale is currently based on a reference temperature of 20°C (68°F). Therefore, samples with identical amounts of soluble solids but different temperatures can give different °Brix readings if the refractometer does not correct for temperature. Many modern refractometers correct for temperature but this feature should be confirmed at purchase.

Light must pass through a solution to measure its °Brix. Understandably, the reliability of the reading is influenced by the light source. Some handheld refractometers rely exclusively on sunlight. These units can provide very accurate readings but special attention is needed during the process due to variation in natural light. Other handheld units have built-in light sources (small bulbs)

Copyright © 2012, The Ohio State University

WM00173776

that increase reliability and consistency but also require their own version of special care. Both types of units are common throughout the industry.



**Bench-top refractometer**



**Digital handheld refractometer**



**Analog handheld refractometer**

This publication summarizes the major steps required to obtain a °Brix reading using a handheld digital refractometer. Steps shown here apply to other refractometers and most vegetable crops. However, specific instructions for measuring °Brix in tomato, watermelon, cucumber, sweet corn, and leafy crops are given in the *Crop Instructions* fact sheet.

This *Summary* publication also depicts the measurement of °Brix on single-fruit samples. In laboratory and research settings, blenders are often used to prepare bulk samples consisting of many fruit or leaves. However, if chosen carefully, single fruit or leaf samples taken from various locations in the field can provide reliable estimates of overall crop soluble solids contents. Single leaf or fruit samples also require less time to prepare and reduce loss of saleable produce.

°Brix readings can be taken on root vegetables; however, the standard sample press shown in this document may not be suitable to extract the required liquid. Instead, for root vegetables, a blender or small food processor may be needed to "pulp" the sample and extract a bead of juice from it. A representative collection of the equipment and materials needed to measure °Brix in most leaf and fruiting vegetable crops is shown in the following figure.



**Materials needed for °Brix measurement:**
- knives and cutting board for sample preparation
- dish for sample collection after pressing
- sample press or blender
- wash bottle
- refractometer
- delicate task wipe to filter samples and clean refractometer without scratching
- datasheet

**Helpful hint:**
Measurements can be taken in the field. However, it may be easier to collect samples in the field and then take measurements in a workshop or kitchen with water nearby.

## Refractometer Operation

The following images depict the Atago PAL-1™ refractometer. Although the methods and instructions shown here are likely to apply to other handheld digital refractometers, consult your instrument's instruction manual before proceeding.

The Atago PAL-1™ handheld refractometer has a range of 0 to 53% soluble solids. This range should be appropriate for any vegetable crop. Also, this refractometer can compensate for sample temperature and light conditions if used properly (the sample must be left in the measuring well to allow the unit to adjust to the sample temperature). For best results and greater efficiency, we suggest allowing samples to reach room temperature before measuring them. Also, very bright outdoor conditions can disrupt measurements. So, we suggest taking measurements indoors or in the shade when outdoors.

### Calibration

Handheld digital and analog refractometers must be calibrated before each use. Room temperature *distilled* water is all that is needed for calibration of these handheld units. To calibrate them, fill the measurement well leaving just a little of its metal rim showing. Then, press the zero button. The screen will read 000 when calibration is complete. You are now ready to take readings. To check

Copyright © 2012, The Ohio State University

WM00173777

Case 4:18-cv-00500-JM    Document 772-2    Filed 05/05/25    Page 83 of 276

the calibration, fill the well with clear water and press start. The display should read 0.0. If it does not, repeat the calibration procedure outlined above.

Analog refractometers are also calibrated using a few drops of room temperature, distilled water placed on the sample plate. Looking through the viewfinder should reveal a blue line at exactly 0 °Brix. The calibration screw on the unit can be used to adjust the zero baseline as needed. Further information on refractometer use and calibration can be found in the article by Vasquez and Mueller in the References section.




### Taking a °Brix Reading

Fill the measuring well of the digital handheld refractometer nearly full; a small amount of the metal rim should be visible. And there should be no bubbles in the sample. If the sample is at room temperature, simply press the start button. The °Brix reading will be displayed in about 3 seconds. If the sample is cool or warm, wait for the refractometer to adjust before measuring. If you are using a handheld analog or benchtop refractometer, place a few drops of liquid on the plate then close the cover. Some analog and benchtop refractometers do not have a temperature compensating function. If that is the case, samples should be measured at 20°C (68°F) to avoid the need to adjust °Brix readings for temperature.

### Step 1. Select

Select samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable vegetables and ones of the same age or position on the plant.

### Step 2. Prepare

Take samples that represent all tissues and regions within a fruit or vegetable when possible (i.e., a tomato wedge vs. a slice). Select samples from a consistent location within the fruit or vegetable when necessary (i.e., 3rd mature leaf in a lettuce head or center slice from

cucumber or zucchini). And extract multiple samples from within each fruit or vegetable to represent the variability within a fruit.

### Step 3. Press

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger vegetable from which they were sampled. Consider a garlic press for extracting juice from fruit and leaf samples—it is an inexpensive, simple, and quick tool.

### Step 4. Filter

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from contaminating the sample well. Pieces of tissue in the well will cause inaccurate readings.

### Step 5. Read

Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

### Step 6. Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.




### Step 7. Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the following information along with each °Brix value.

Copyright © 2012, The Ohio State University

WM00173778

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.



## Measuring °Brix—A Recap

°Brix values can be measured reliably on location using a self-correcting (for temperature) digital handheld refractometer, one of several types available. Care must be taken, however, in selecting samples and calibrating the unit. Once a fresh vegetable leaf or fruit sample and other items are in hand and the refractometer is calibrated, obtaining and recording a reading using a seven-step process may require about one minute. °Brix values correlate much more strongly with how sweet a product may taste than how nutritious it may be.

This *Summary* fact sheet is a general description of the tools and techniques used to measure °Brix. The *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops and guidance in making the best use of the values obtained.

Making the best use of °Brix measurements requires time, patience, and practice. A solid record of °Brix values obtained on multiple crops (varieties, years, growing conditions) is needed to use °Brix values in decision-making.

## References

Boulton, R. B., V. L. Singleton, L. F. Bisson, and R. E. Kunkee. 1996. *Principles and practices of winemaking.* Chapman and Hall, NY.

Vasquez, S., and S. Mueller. *Refractometer calibration, use and maintenance.* http://ucanr.org/sites/viticulture-fresno/files/115503.pdf

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the preparation of this fact sheet are appreciated.*

# EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

# FACT SHEET
## Agriculture and Natural Resources

THE OHIO STATE UNIVERSITY EXTENSION

HYG-1650-12

# Using °Brix as an Indicator of Vegetable Quality
## An Overview of the Practice

**Matthew D. Kleinhenz** and **Natalie R. Bumgarner**
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

## Introduction

Many variables are used to assess fruit and vegetable quality. Some quality metrics such as size, shape, and color are relatively obvious and tend to influence "eye appeal." Others, such as flavor, texture, aroma, and nutrient content, however, are more subjective. They may also require sophisticated techniques and equipment to assess. In addition, these subjective metrics tend to influence more complicated aspects of product appeal, such as eating quality and nutritional value.

Quality-conscious buyers often pay specific attention to eating quality. A product's appearance may help sell it the first time but the enjoyment of eating it is usually required for repeat sales. An item's eating quality is based on its composition (physical, chemical makeup) and the consumer's unique sensory apparatus. In fact, eating quality is best assessed by trained panelists because the human olfactory system is superior to all other "technology" or systems in its ability to differentiate samples based on key sensory properties. Not surprisingly, companies rely heavily on panel testing, which is time-consuming and costly.

Of course, farmers and produce managers and handlers cannot run extensive panel tests to identify which product(s) may please most of their customers most of the time. Instead, with instruction and experience, farmers and others can rely on proven indicators of quality and field-friendly tools for measuring them.

The level of soluble solids in a fruit or vegetable influences how sweet it may taste. Just as yield is reported in pounds or tons per acre, soluble solids are usually reported in values of °Brix. °Brix values are important because they can be measured objectively and they relate to a subjective criterion that buyers and eaters use to assess vegetable quality—flavor or sweetness. When obtained and applied correctly, °Brix values can aid in variety selection, harvest scheduling, and other aspects of crop production including irrigation, fertility, and post-harvest management.

Farmers and others should make special note that °Brix can be measured easily and reliably in the field, shop, or shed using a relatively inexpensive piece of equipment able to fit in most pockets: a refractometer.

Four fact sheets have been prepared to guide farmers and produce buyers in using °Brix as an indicator of vegetable quality. This overview provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable



Winemakers, vegetable processors, and many other members of the food industry use °Brix to describe sugar or soluble solids content.

Copyright © 2012, The Ohio State University

WM00173780

production and marketing. Other fact sheets describe how °Brix can be measured and provide guidance in making the best use of the values obtained.

## Background and Origin

As pounds are used to express weight, °Brix is used to express the level of soluble solids in a solution. Sugars, pectins, organic acids, and amino acids are the most prevalent soluble solids in fruit and vegetable juices and all of them contribute to °Brix values. However, sugars are the most abundant soluble solid in many fruit and vegetable juices. Therefore, °Brix values primarily represent estimates of sugar content in fruits and vegetables. Sugar content, of course, influences sweetness, an important component of consumer ratings of product quality. Still, it is important to note that sweetness can be overwhelmed by other aspects of flavor. Therefore, a high °Brix value does not guarantee a sweet flavor.

The °Brix scale was developed in the mid-1800s by Adolf Brix. The scale is equal to the percent of dissolved solids in a solution. Therefore, a 100 g sample of a solution that measures 50° Brix has 50 g of sugar and other dissolved solids and 50 g of water. The °Brix scale first used a reference temperature of 15.5°C and now commonly uses a temperature of 20°C (68°F).

°Brix values of a solution are measured using a device called a refractometer. Refractometers measure the refractive index of a solution to calculate a soluble solid concentration. Functionally, the refractive index quantifies dissolved solids based on changes in the direction of a light beam that passes through a liquid containing invisible dissolved or suspended solids. In general, the greater the amount of these "solids" in the liquid, the more light is bent when passing through it. All things being equal, the extent of this refraction also hinges on the temperature of the solution. Therefore, some refractometers adjust the values they report to account for the solution temperature.

There are three major types of refractometers: analog handheld, digital handheld, and bench-top. Handheld refractometers are arguably the most convenient as they can be taken into the field for on-the-spot °Brix measurements. Handheld versions use either the sun or an enclosed bulb as their light source and have a gauge or digital display. Automatic digital refractometers used in laboratories and QA/QC facilities are more costly and not portable; however, they return data quickly, require little training, and can reduce operator error when taking readings. Many modern refractometers automatically adjust their displayed values according to the temperature of the sample. Older models may require the use of correction factors to obtain accurate results for samples taken at temperatures other than 20°C (68°F).

## Application

Soluble solids levels influence the commercial use and consumer reaction to many fresh fruits and vegetables and their value-added products. This makes clear why °Brix is used throughout the produce, food, and beverage industries. Field managers use °Brix values to assess harvest readiness of grapes, melons, and other crops. Grocery stores and restaurant produce managers use °Brix values as an indicator of potential crop quality. Buyers of crops used to make various products routinely measure °Brix of fresh or stored crops before they are used in the making of beer, wine, juice, sauce, refined sugar, and other products. In these situations, even small differences in °Brix values influence the bottom line. So, °Brix values are examined closely. For example, making tomato products such as sauces and pastes is energy intensive. Much of this energy is required to remove water from fresh tomato fruit. The higher the °Brix value, the less water in the fruit and the less energy needed to remove it. Likewise, the higher the °Brix value, the less sugar that may need to be added in the making of the value-added product.

Regardless of whether °Brix influences the appeal of their crop based on flavor, processing, or other aspects of quality, crop managers benefit from learning more about how to measure °Brix and interpret readings. Fortunately, °Brix measurements are relatively easy and inexpensive. So, they can be taken often. In fact, measuring °Brix values regularly is recommended.



**This figure illustrates how a refractometer measures the changes in light used to determine soluble solids content and °Brix in a sample.**

Copyright © 2012, The Ohio State University



Soluble solids are used to determine optimum harvest time for wine grapes and as an assessment at other points during winemaking.

Why? Partly because single values can be misleading and partly because having more values available helps crop managers to identify connections between °Brix values and conditions their crops experience.

Many factors can influence °Brix values consistently and significantly. These factors include variety, maturity or growth stage, and water and fertility management. With practice and careful attention, it is possible to manipulate these and possibly other aspects of crop management to achieve target °Brix levels.

Measuring °Brix can help vegetable growers to monitor and manage crop quality. Even so, the right amount of importance should be placed on °Brix values. Just as we would not use only our pulse to determine our health, °Brix values alone cannot describe the overall health of the crop, soil, or farm. Being familiar with the benefits and limitations of measuring °Brix is important.



°Brix levels are an important quality index of tomatoes harvested for processing *(Image courtesy of Gene Miyao, University of California Cooperative Extension).*

## Benefits of °Brix Measurement on the Farm, During Storage, or at Market

Using a digital or analog refractometer to measure °Brix can benefit produce growers, managers, and handlers in three main ways. First, °Brix is a straightforward, objective, and relatively inexpensive measurement. Refractometers are inexpensive compared to other key farm tools. °Brix can be measured simply and reliably in the field or work area. Second, °Brix values can allow growers and others to compare varieties and production practices across farms, harvest dates, years, and seasons. Third, °Brix values are an estimate of the sugar content of a sample. Sugar content is known to influence the consumer acceptability of many fruit and vegetable products.

## Limitations of °Brix Measurement on the Farm, During Storage, or at Market

Measuring °Brix can be very useful. However, growers and others should recall three key limitations of the practice. First, °Brix measurements are only as strong as the sampling procedure and instrument that produced them. Poor or inconsistent sample selection or measurement will lead to poor results. Also, keeping refractometers in good working order is important for accurate °Brix readings.

Second, many genetic and management factors interact to influence crop °Brix levels. Similar varieties and management (e.g., fertility, irrigation) will not always result in similar °Brix values. For example, °Brix values of crops "on the vine" or in the field change throughout the day; so, measuring °Brix at the same time each time is important in order to compare varieties, fields, crops, etc. Research has shown that management can impact °Brix in predictable ways. However, °Brix values will vary with year, season, environment, and other factors. °Brix readings are most useful when they are taken often in order to identify trends.

Third, sugar content is only one factor that contributes to the overall quality of a crop. °Brix can be an accurate, repeatable, and easily obtained measure of soluble solids in crops. However, the relationship of °Brix to human taste perception is more direct in some crops than in others. Sugars, many other compounds, and eater preferences determine how sweet a sample may taste and its appeal. Therefore, crops with the highest °Brix reading will not necessarily taste sweetest or best. Also, °Brix values are not a direct measure of the nutritional value of a crop as dieticians, nutritionists, and other professionals assess it. Complex analytical procedures are required to measure the nutritive value of food, which is based on many components (USDA). °Brix levels can correlate with some

Copyright © 2012, The Ohio State University

accepted components of nutritive value. However, there is currently no solid scientific evidence that °Brix values alone can be used to describe a food's nutritional value.

## Using °Brix as an Indicator of Vegetable Quality—A Recap

°Brix values are a measure of the soluble solids content of a solution. Sugars are the most abundant soluble solid in fruit and vegetable juices. Soluble solid (sugar) levels (°Brix readings) can be measured reliably on the farm, during storage, or at market using refractometers, which are inexpensive and small. Care must be taken, however, in selecting samples, completing readings, and making use of °Brix values. These values are affected by genetic and management factors. Also, they correlate much more strongly with how sweet a product may taste than how nutritious it may be.

This overview provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets describe how °Brix can be measured and provide guidance in making the best use of the values obtained.

Making the best use of °Brix measurements requires time, patience, and practice. A solid record of °Brix values obtained on multiple crops (varieties, years, growing conditions) is needed to use °Brix values in decision-making.

## References

Ball, D. W. 2006. Concentration scales for sugar solutions. *J. Chem. Ed.* 83:1489–1491.

Boulton, R. B., V. L. Singleton, L. F. Bisson, and R. E. Kunkee. 1996. *Principles and practices of winemaking.* Chapman and Hall, NY.

Kader, A. A. 2002. Quality and safely factors: Definition and evaluation for fresh horticultural crops. p. 279–286. In: A.A. Kader (ed). *Postharvest technology of horticultural crops,* 3rd Ed. Univ. Cal. Agr. Nat. Res. Pub. 3311.

Mitcham, B., M. Cantwell, and A. Kader. 1996. Methods for determining quality of fresh commodities. *Perishables Handling Newsletter* 85:1–5.

*Refractometer Scales—Misconceptions.* Bellingham + Stanley. Tech Bull no. R016.

United States Department of Agriculture. *Nutrient Database for Standard Reference.* http://ndb.nal.usda.gov/.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe to the development of this fact sheet are appreciated.*

# EMPOWERMENT THROUGH EDUCATION

**Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu**

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00173783

| | |
|---|---|
| **From:** | Aihong Wen |
| **To:** | Raj Nellore |
| **Sent:** | 11/13/2017 5:21:55 PM |
| **Subject:** | FW: Fresh algo |
| **Attachments:** | Zest Fresh - Story 6-7-17.pdf; EXT: Photo-spectrometry Background |

Thanks,

Aihong

**Aihong Wen**

**Sr.Director, Retail Data Science**
**Global Data & Analytics Platforms**
Phone 479.258.6533
Mobile 713.244.4761
**Walmart**

DGTC West 1st Floor Pole C05

Bentonville, AR 72716-0130
**Save money.  Live better.**

**From:** Nikhil Cherian
**Sent:** Thursday, November 9, 2017 2:41 PM
**To:** Mingming Li <Mingming.Li@wal-mart.com>; Aihong Wen <Aihong.Wen@walmart.com>
**Subject:** Fresh algo

Mingming/Aihong,

Based on everything you have seen since being introduced to the Cold Chain work, how confident are you that Walmart can build its own shelf life algorithm? Attached is some information from Zest where they paint a complex picture – for example, pre harvest and harvest variables that they collect using their field scouting app. Do we have all the information needed apart from time and temperature conditions through the supply chain? I know it's still early days but if I am saying to my leadership that this can be done in-house I need some confidence from your group. Thanks!

Regards,

**Nikhil Cherian, Director** U.S. Flow
Phone: 479.277.6602 Mobile: 479.899.2174

PLAINTIFF'S
EXHIBIT

**2222**

WM00174143



Managing Fresh Food Supply Chains

June 7, 2017

PLAINTIFF'S
EXHIBIT

2223

WM00174144

# Zest Fresh™ Goals

## Reduce Post-harvest Fresh Food Waste

### Opportunity
- Roughly 33% of post-harvest fresh food wasted
- Industry average 12% retailer
- Industry average 6% pre-retail (grower & distribution)

### Challenge
- Industry-wide problem
- Poorly identified and understood root cause of problem
- Lack of ownership/leadership in addressing problem
- Only recent initiative to address the problem

*Goal is to reduce waste – not recycle or repurpose*

Zest Labs Confidential

# Zest Labs Approach



## First Principles Approach

### Root Cause
- Determine scientific foundation for cause of waste
  - Respiration rate exceeds assumptions (assumed static, near ideal)
- Examine all stages of processing & distribution
  - Measure and validate impact at each step*

### Solution Approach
- Investigate all approaches to solution set
- Determine achievable results – test/model approach on existing data
- Document impact at each step – no shortcuts
- Validate technical approach through peer reviewed, scientific documentation

*\* Zest Labs blackberry case study*

## Build a Solid Foundation – Solve the Right Problem

Zest Labs Confidential

WM00174146

# Zest Fresh – Problem Definition



## Quality Inconsistency Leads to Waste

### Root Cause
- Assumption that post-harvest shelf life is static, and near ideal
  - Assumes field and harvest conditions ("Natural" variability), and process and handling ("Process" variability) are consistent
- Measured that ~33% product significantly non-ideal on daily harvest
  - Translates to product at risk to early spoilage compared to date label

### Solution Approach
- Why the variability in harvest and processing?
  - Lack of visibility and understanding of impact
  - Lack of measured freshness, so no way to match to customer requirements
- Can the Process variability be fixed? (approach #1)
- Can the Natural variability be accommodated? (approach #2)

## *Determine the Best Solution Approach*

Zest Labs Confidential                                                                                    4

WM00174147

# Zest Fresh – Empower Quality Consistency

## Fix Processing Variability (approach #1)

**Lack of Visibility Allows**
- Primary impact to product variability is temperature & time
  - Product condition is not currently tracked from field through processing
- No visibility means no direct management of freshness – exceptions are not seen
  - Optimizing for logistics or equipment – not freshness (i.e. reduced truck trips)

**Zest Provides Actionable Visibility**
- Tracking each pallet from field through processing
  - Data capture at each process step and decision point
  - Real-time feedback if not adhering to process (alerts, corrective actions)
- Continuously tracking every pallet – and providing guidance on trade-offs
- ZIPR code (freshness metric) enables optimizing for freshness

*Empower Workers to Maintain Best Practices*

Zest Labs Confidential

# Zest Fresh – Accommodate Freshness Variability

## Accommodate Natural Variability (approach #2)

### Variations Occur
- Pre-harvest conditions and harvest conditions lead to different total shelf life
  - Conditions ahead of processing critical to account for
- Labor & equipment constraints may impact processing
  - Processing bottlenecks & back-ups lead to variability

### Measured Freshness Empowers Intelligent Routing
- Identifying freshness variability enables accommodation
  - Pallet-level ZIPR code enables matching to customer requirements
- Modeling shelf life impact based on measured data – ZIPR code
  - Mapping customer requirements – transit time, downstream requirements – provides a breadth of options for delivery

*Deliver Consistency Through Accommodated Variability*

Zest Labs Confidential

WM00174150





## Zest Fresh Shelf Life Model Overview
### Factors Impacting Shelf Life (SL) Accuracy

**Pre-Harvest**
- Cultivar (variety)
- geographic region
- Soil conditions
- Fertilizer
- types/schedule
- Irrigation schedule
- Etc.

**Harvest**
- Weather conditions
- Harvest temperature
- Color
- Size / weight
- Time of day
- Etc.

**Post-Harvest**
- Temperature
- Humidity
- Environmental factors (ethylene, etc.)
- Physical Handling
- Etc.

**Processing & Technology**
- Mapping Process
- Sensor Selection
- Tag Placement/Tag Design (for accurate product condition)

**Retailer Quality Data**
- DC QC and store waste/mark-down data
- Freshness requirements

**Scouting App/Supplier QC Data**
Establish harvest condition & initial shelf life on a daily basis for harvested pallets. Data collected from Zest Scouting App or from supplier's existing quality data system.

**Product Profile Process**
Establish expected SL under ideal conditions. Characterize & model temperature impact on SL. Characterize and model other factors (seasonality, field, etc.) on SL.

**Shelf Life Model**
Quality data from multiple sources is analyzed and the results are used to continuously refine the product shelf life model.

Zest Labs Confidential



### Zest Fresh Shelf Life Model Overview
#### Applying the Model



**Product Profile Selection**
Product type
Location (Lot #, pack house)
Infers tag type, process map

**Harvest Conditions**
Scouting App / QC data
Determines Initial / Ideal Shelf Life

**Pallet-level Device Data**
Time & temperature (minimum)
Continuous monitoring from harvest
Data Uploaded at process & decision points

**Shelf Life Model**
Calculates ZIPR code

**Intelligent Routing**
Matches Pallet ZIPR code (measured) with Purchase Order ZIPR code (target)

*Zest Labs Confidential*

8

WM00174151



## Zest Fresh Shelf Life Model Overview
### Zest Fresh at Walmart



**Grower/Shipper**

**Grocery DC**

Zest Fresh helps DC inventory &
Dynamically calculates remaining freshness
All the way to the store

**Store Distribution**

**Visibility at Supplier Shipping**
- Zest provides supplier with WM freshness requirements for each product.
- Notifies WM if Supplier loads product that does not meet freshness requirements.

**Pallet Received with ZIPR code**
- Validate Supplier Freshness
- Check in-transit handling
- Accommodate minor impacts
- Validate Product Requirements
- Push Alerts

**Tag Outbound Pallets**
- Associate Store PO to Outbound Tag
- Connects product history from field
- Enables impact modeling from Zest Fresh

**EDEN**
- Import all product data on receipt (LPN association)
- Product requirements & supplier performance
- ZIPR code for FEFO inventory management

**GRS**
- On Exception, update Merchant

**GLS**
- Prioritize put-away and pick based on ZIPR code
- Connect LPN to store PO pick #
- ZIPR code for FEFO inventory management

**Store Mobile App**
- Evaluates Remaining Freshness
- Leverages Zest Shelf Life Model & history
- Recommends stock, markdown, cull

*Zest Labs Confidential*

9

WM00174152



## Zest Fresh Process Overview
### End-to-End Value Chain



| Product Characteristics | Harvest Data | Cut-to-Cool Data | Pre-Cool Data | Intelligent Routing | In-Transit Shelf Life |
|---|---|---|---|---|---|
| **Nothing Today** | **Various Apps**<br>LotPath most popular | **BarCode**<br>Harvest Mark<br>Humidity | **Lot Level**<br>WiFi, Zigbee<br>Wall-mount<br>Pulp Equipped | **Nothing Today** | **Trailer Level**<br>- Sensitech<br>- PakSense<br>- DeltaTrak<br>- LocusTraxx |
| **Product Profiling**<br>Cultivar (variety)<br>Geographic region<br>Temperature<br>Sensitivity<br>Forecast Coefficients | **Scouting App**<br>Weather conditions<br>Harvest temperature<br>Color | **Pallet-level Tracking**<br>Variations need to be properly accounted<br>Temperature<br>Time | **Pallet-level Mapping**<br>Pallet temperature<br>Process completion | **Accommodate Variance**<br>Customer Requirements<br>ZIP code<br>Matching function & App | **Pallet-level Tracking**<br>Variances within trailer<br>Map actual delivery time may vary<br>End-to-end data capture |

*Zest Labs Confidential*

10

WM00174153

# Zest Fresh – Capturing Freshness Data

  

## How to Determine Freshness Impact?

### What to Measure (Sensor Type)
- Academic studies have identified time & temperature as primary impact
  - Other conditions may be required – i.e. humidity (grapes)
- Must have discerning data in first 12 to 24 hours to impact shipment decision
  - Critical to impact longest transit time & customer requirement
  - Metabolites, ethylene, spectroscopy, brix, etc. do not provide shelf life data at post-harvest timeframe – they are relative measures & trailing indicators

### How to Measure (Sensor Location)
- Continuous, pallet-level measurement critical
  - Must be same location to show relative impact at each process step
- Product contact is key – but non-invasive preferred
  - Pulp not necessary for continuous measurement, as dwell time long

## Measure the Data Needed for Intelligent Routing

Zest Labs Confidential

11

WM00174154

# Zest Fresh – Communicating Freshness Data



## How & When to Upload Pallet-level Data

### When is Data Needed?

- What behavior or decisions need data
  - Process adherence dictates data capture at start & end
  - Decision points at equipment loading, storing & shipping
- Data must reliably indicate process location
  - Pallet-level device must auto-sense location within facility (not GPS)
  - Data capture must be reliable at transition points – read within seconds
    - Entering yard, entering cold storage, shipping at dock doors
  - Reliably capture data in high device density environments (warehouse)

## Data Must be Real Time & Ahead of Critical Decisions

WM00174155

# Zest Fresh – Communicating Freshness Data



## Technology Evaluation for Pallet-level Wireless Comms

| | Passive RFID | XC3 RFID | Active - Zigbee | Bluetooth | Cellular |
|---|---|---|---|---|---|
| Reliable around produce | ✗ | ✓ | ✓ | ✓ | ✓ |
| >50 ft range | ✗ | ✓ | ✓ | ✓ | ✓ |
| Portal & Area specific location | ✓ | ✓ | ✗ | ✗ | ✗ |
| Reader talk first (high density) | ✓ | ✓ | ✗ | ✗ | ✗ |
| Low power | ✓ | ✓ | ✓ | ✓ | ✗ |
| Low Cost Device | ✓ | ✓ | ✗ | ✓ | ✗ |
| Fixed Infrastructure Cost | $$ | $$ | $$ | NA | $$$* |
| Mobile Infrastructure Cost | $$$ | $$$ | $$$ | $ | $$$* |

*Infrastructure cost paid as subscription fee (i.e. carrier contract)*

## Meets Functional Needs and Cost Effective at Pallet Level

Zest Labs Confidential

13

WM00174156

# Zest Fresh – Real-Time Feedback



**DATA SERVICES**

## Empowering Associates

**When is Data Needed?**
- Provide information when decisions are made, or events warrant action
  - Pallet information available in real time at each decision point
  - Events "push" data as alerts when conditions warrant
  - Corrective actions from real-time prescriptive analytics

**Why is this Different?**
- Database must be event driven, and respond in real time
  - Not only an SQL- based solution (queried) – good only for reports
  - Real-time analytics AND normal SQL report database
- Ultra-reliable data collection, across many IT systems and mobile devices
  - Data sent as time-stamped messages (not files), through queuing system
  - Queuing system dynamically auto-replicates to scale
  - No "sync'ing" of files or databases from remote sites



*Data Must be Real Time & Ahead of Critical Decisions*

Zest Labs Confidential                                          14

WM00174157

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What is it?

*"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."*

- *A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Paul Singh, UC Davis 1988*

The fresh food industry has derived many variations to the basic equation, to account for real-world variance. The most popular empirical approach is the $Q_{10}$ coefficient. Many universities collect $Q_{10}$ data for produce, but they provide wide ranges of variation – sometimes 100% !

- Not practical for commercial use

**Industry Research on Produce Shelf Life Algorithm**

Zest Labs Confidential

15

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What drives shelf life

- Cell based respiration, consuming sugars, starches, water, etc.
  - Non-climacteric fruit does not ripen post-harvest – only degrades
  - Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric (in addition to ripeness indicators)

- Key components to Arrhenius algorithm
  - Biological reaction factor (A) varies by fruit, variety, location, etc.
    - This factor is independent of temperature (pre-harvest component)
  - Activation Energy ($E_a$) varies as a 1st order exponential
    - Inversely related to temperature (post-harvest component)
    - more energy require to activate at lower temperatures
  - Look for empirical method to determine "A" and "$E_a$"

## Shelf Life Algorithm - Research

Zest Labs Confidential

WM00174159

# Zest Fresh – Shelf Life Algorithms

$$Q_{10} = (R2/R1)^{10/(T2-T1)}$$

## Industry Research – Empirical Determination

### Q10 Temperature Coefficient

- Measure of the rate of change of a biological system as a consequence of increasing temperature by 10°C.
  - Determines rate of change for a 10°C increase – industry references
  - See http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/
- Industry challenge is matching specific harvest with generic algorithms
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

## Empirical Determination of Algorithm Parameters

Zest Labs Confidential

WM00174160

# Zest Fresh – Product Profiling

## Empirical Determination – Product Profiling

### Q5 Temperature Coefficient
- Refine resolution to 5°C, then determine rate of change of large sample set
  - Collect samples over time, for each variety & location
  - Evaluate rate of change based on EOL determination
  - Refine over large samples set
  - Refine for beginning, middle and end of season

- Product profile produce
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

**Zest Fresh Refined Data Collection Approach**

Zest Labs Confidential

18

WM00174161



# Zest Fresh Shelf Life Model Overview
## Zest Fresh - Shelf Life Parameter Determination

### Respiration Rates

| Temp, °F | 32 | | 41 | | 50 | | 59 | | 68 | | 77 | | 86 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temp, °C | 0 | | 5 | | 10 | | 15 | | 20 | | 25 | | 30 |
| Romaine Min | 1.5 | | 5.0 | | 15.0 | | 15.0 | | 30.0 | | 35.0 | | 41.7 |
| Romaine Max | 3.0 | | 12.0 | | 20.0 | | 25.0 | | 28.0 | | 52.8 | | |
| Iceberg Min | | 8.0 | 10.0 | | 11.0 | | 23.0 | 30.0 | | -5.8 | | -2.4 |
| Iceberg Max | | 8.0 | 10.0 | | 20.0 | | 23.0 | 30.0 | | 0.1 | | 3.6 |
| Iceberg Min | 3.0 | 8.0 | 6.5 | | 11.0 | | 16.6 | | 28.3 | | 40.6 |
| Iceberg Max | 8.5 | | | 10.0 | 21.0 | | 23.7 | 33.3 | | | 50.6 |

1. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=20&ds=799#
2. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=19&ds=799
3. http://www.ba.ars.usda.gov/hb66/lettuce.pdf   Note: converted from mg CO²kg h to mL CO²kg h

|  | 1 | 4.66853408 | 7.78069013 | 9.78169045 | 15.11715797 | 18 | 21 |



|  | 1 |
|---|---|
|  | 4.67 |
|  | 7.78 |
|  | 9.78169045 |
|  | 15.117158 |
|  | 17.6726601 |
|  | 21.0072029 |

Romaine Min:   y = 1.34x + 1.5
Romaine Max:   y = 1.44x + 3

### Romaine Respiration Rate Model

| Temp F | Temp C | Respiration Rate Low | Resp. Rate Average | Acceleration Delta | Acceleration increment (a) | Temperature Band (b) | Shelf Life Loss per unit of Real Time | Inc. Temp. | 0-5 | 5-10 | 10-15 | 15-20 | 20-25 | 25-30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32F | 0C | | | 0.65 | 0.1300 | 0C to 5C | RealTime * ( ( 0.13 * ( TempC + 1 ) ) + 0.87 ) | 0 | 1.00 | 1.65 | 3.05 | 4.35 | 6.35 | 7.50 |
| 41F | 5C | | | 1.40 | 0.2800 | 5C+ to 10C | RealTime * ( ( 0.2800 * ( TempC - 5 ) ) + 1.6500 ) | 1 | 1.13 | 1.93 | 3.23 | 4.43 | 6.58 | 7.80 |
| 50F | 10C | | | 0.90 | 0.1800 | 10C+ to 15C | RealTime * ( ( 0.1800 * ( TempC - 10 ) ) + 3.0500 ) | 2 | 1.26 | 2.21 | 3.41 | 4.91 | 6.81 | 8.10 |
| 59F | 15C | | | 2.40 | 0.4800 | 15C+ to 20C | RealTime * ( ( 0.4800 * ( TempC - 15 ) ) + 3.9500 ) | 3 | 1.39 | 2.49 | 3.59 | 5.39 | 7.04 | 8.40 |
| 68F | 20C | | | 1.15 | 0.2300 | 20C+ to 25C | RealTime * ( ( 0.2300 * ( TempC - 20 ) ) + 6.3500 ) | 4 | 1.52 | 2.77 | 3.77 | 5.87 | 7.27 | 8.70 |
| 77F | 25C | | | 1.50 | 0.3000 | 25C+ to 30C | RealTime * ( ( 0.3000 * ( TempC - 25 ) ) + 7.5000 ) | | | | | | | |
| 86F | 30C | | | | | >30C | RealTime * ( ( 0.3000 * ( TempC - 30 ) ) + 9.0000 ) | | | | | | | |
| | | | | | | | RealTime * ( ( a * ( TempC - b ) ) + c ) | | | | | | | |

RealTime *( ( a * ( TempC - b ) ) + c )
where:
a = acceleration increment (acceleration delta / temperature increment), for each 1 degree increase in temperature above lower temperature band, adds acceleration increment to Acceleration Rate for the band
b = lower temperature band value ("TempC - b" determines how many degrees C above lower temper band value)
c = acceleration rate for temperature band

WM00174162



## Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination

| 10 Day Freshness Compliance at DC Receiving | Using Zest[1] | W/out Zest[1] | Baseline DC Location[1] |
|---|---|---|---|
| DCs with 4 Day Transit: | 73% | 27% | Winter Haven |
| DCs with 3 Day Transit: | 81% | 35% | New Caney |
| DCs with 2 Day Transit: | 86% | 28% | Casa Grande |
| DCs with 1 Day Transit: | 91% | N/A | N/A |

[1]Data for DCs with 3, 2 and 1 Day Transit times extrapolated from Winter Haven data.

[2]Based on non-tagged baseline retention sampling data, June & July 2016.

| Accuracy Metrics | |
|---|---|
| Mean Absolute Percentage Error (MAPE) | 18% |
| Mean Absolute Deviation (MAD) | 2.18 |
| Root Square Mean Error (RMSE) | 2.87 |

| Summary | |
|---|---|
| Total Samples | 181 |
| EOL Samples | 181 |
| % of Samples EOL'ed for Bruising (resulting from physical damage): | 59% |
| % of Samples EOL'ed earlier than ZIPR Code due to Bruising: | 70% |

| Sample Distribution | | |
|---|---|---|
| +/- Days | Count | % |
| 1 | 64 | 35% |
| 2 | 102 | 56% |
| 3 | 130 | 72% |
| < -3 | 31 | 17% |
| > 3 | 20 | 11% |



WM00174163

# Why Zest Fresh Matters to Walmart



## Empowering Suppliers – Not Score Carding Them

### Recommend Zest Fresh to Ensure Delivered Freshness
- ZIPR code ensures freshness
  - Avoids micro-managing hundreds of suppliers
  - ZIPR code validated on actual product – profiling process (not Walmart)
  - ZIPR code enables optimized DC and store handling

### Why is this Different?
- Empowers Suppliers to make better decisions every day
  - Walmart benefits from ZIPR code compliance & shipment visibility
- Zest Fresh scales
  - ZIPR code normalizes freshness validation across all products – easy-to-use
  - Low-cost pallet-level monitoring enables end-to-end visibility
- Secure & robust implementation
  - Date encrypted, networks firewalled, 24/7 remote monitoring

## Zest Fresh – a Solution that Delivers Freshness

Zest Labs Confidential

| | |
|---|---|
| **From:** | Mingming Li |
| **To:** | Lauren Shores |
| **CC:** | Aihong Wen |
| **Sent:** | 11/9/2017 3:52:54 PM |
| **Subject:** | FW: Fresh algo |
| **Attachments:** | Zest Fresh - Story 6-7-17.pdf; EXT: Photo-spectrometry Background |

Hi Lauren,

How is your touch base with Stephen Steel going? Is he able to share with you other data?

Attached is the document shared by Nikhil, which shows other data points that we can use for calculation. This will help your preparation on potential solutions.

Please don't share around. Let me know if you have any question.

Thanks!

Best Regards,

Mingming Li

PLAINTIFF'S EXHIBIT

2224

WM00176162



Managing Fresh Food Supply Chains

June 7, 2017

PLAINTIFF'S
EXHIBIT
2225

WM00176163

# Zest Fresh™ Goals

## Reduce Post-harvest Fresh Food Waste

### Opportunity
- Roughly 33% of post-harvest fresh food wasted
- Industry average 12% retailer
- Industry average 6% pre-retail (grower & distribution)

### Challenge
- Industry-wide problem
- Poorly identified and understood root cause of problem
- Lack of ownership/leadership in addressing problem
- Only recent initiative to address the problem

**Goal is to reduce waste – not recycle or repurpose**

Zest Labs Confidential

WM00176164

# Zest Labs Approach

## First Principles Approach

### Root Cause
- Determine scientific foundation for cause of waste
  - Respiration rate exceeds assumptions (assumed static, near ideal)
- Examine all stages of processing & distribution
  - Measure and validate impact at each step*

### Solution Approach
- Investigate all approaches to solution set
- Determine achievable results – test/model approach on existing data
- Document impact at each step – no shortcuts
- Validate technical approach through peer reviewed, scientific documentation

*\* Zest Labs blackberry case study*

## Build a Solid Foundation – Solve the Right Problem

Zest Labs Confidential

3

WM00176165

# Zest Fresh – Problem Definition



## Quality Inconsistency Leads to Waste

### Root Cause
- Assumption that post-harvest shelf life is static, and near ideal
  - Assumes field and harvest conditions ("Natural" variability), and process and handling ("Process" variability) are consistent
- Measured that ~33% product significantly non-ideal on daily harvest
  - Translates to product at risk to early spoilage compared to date label

### Solution Approach
- Why the variability in harvest and processing?
  - Lack of visibility and understanding of impact
  - Lack of measured freshness, so no way to match to customer requirements
- Can the Process variability be fixed? (approach #1)
- Can the Natural variability be accommodated? (approach #2)

## *Determine the Best Solution Approach*

Zest Labs Confidential

# Zest Fresh – Empower Quality Consistency

## Fix Processing Variability (approach #1)

### Lack of Visibility Allows
- Primary impact to product variability is temperature & time
  - Product condition is not currently tracked from field through processing
- No visibility means no direct management of freshness – exceptions are not seen
  - Optimizing for logistics or equipment – not freshness (i.e. reduced truck trips)

### Zest Provides Actionable Visibility
- Tracking each pallet from field through processing
  - Data capture at each process step and decision point
  - Real-time feedback if not adhering to process (alerts, corrective actions)
- Continuously tracking every pallet – and providing guidance on trade-offs
- ZIPR code (freshness metric) enables optimizing for freshness

## Empower Workers to Maintain Best Practices

Zest Labs Confidential

# Zest Fresh – Accommodate Freshness Variability

## Accommodate Natural Variability (approach #2)

### Variations Occur
- Pre-harvest conditions and harvest conditions lead to different total shelf life
  - Conditions ahead of processing critical to account for
- Labor & equipment constraints may impact processing
  - Processing bottlenecks & back-ups lead to variability

### Measured Freshness Empowers Intelligent Routing
- Identifying freshness variability enables accommodation
  - Pallet-level ZIPR code enables matching to customer requirements
- Modeling shelf life impact based on measured data – ZIPR code
  - Mapping customer requirements – transit time, downstream requirements – provides a breadth of options for delivery

## Deliver Consistency Through Accommodated Variability

Zest Labs Confidential

6

WM00176168

WM00176169



## Zest Fresh Shelf Life Model Overview
### Factors Impacting Shelf Life (SL) Accuracy



7

Zest Labs Confidential



*Zest Fresh Shelf Life Model Overview*
*Applying the Model*



WM00176170



## Zest Fresh Shelf Life Model Overview
### Zest Fresh at Walmart



**Grower/Shipper**

**Grocery DC**

Zest Fresh helps DC inventory &
Dynamically calculates remaining freshness
All the way to the store

**Visibility at Supplier Shipping**
- Zest provides supplier with WM freshness requirements for each product
- Notifies WM if Supplier loads product that does not meet freshness requirements

**Pallet Received with ZIPR code**
- Validate Supplier Freshness
- Check in-transit handling
- Accommodate minor impacts
- Validate Product Requirements
- Push Alerts

**Store Distribution**

**EDEN**
- Import all product data on receipt (LPN association)
- Product requirements & supplier performance
- ZIPR code for FEFO inventory management

**Tag Outbound Pallets**
- Associate Store PO to Outbound Tag
- Connects product history from field
- Enables impact modeling from Zest Fresh

**GRS**
- On Exception, update Merchant

**GLS**
- Prioritize put-away and pick based on ZIPR code
- Connect LPN to store PO pick #
- ZIPR code for FEFO inventory management

**Store Mobile App**
- Evaluates Remaining Freshness
- Leverages Zest Shelf Life Model & history
- Recommends stock, markdown, cull

WM00176171



*Zest Fresh Process Overview*
*End-to-End Value Chain*

| Product Characteristics | Harvest Data | Cut-to-Cool Data | Pre-Cool Data | Intelligent Routing | In-Transit Shelf Life |
|---|---|---|---|---|---|
| Nothing Today | **Various Apps**<br>LotPath most popular | **BarCode**<br>Harvest Mark<br>Humidity | **Lot Level**<br>WiFi-Zigbee<br>Wall mount<br>Pulp Equipped | Nothing Today | **Trailer Level**<br>- Sensitech<br>- PakSense<br>- DeltaTrak<br>- LocusTraxx |
| **Product Profiling**<br>- Cultivar (variety)<br>- Geographic region<br>- Temperature Sensitivity<br>- Forecast Coefficients | **Scouting App**<br>- Weather conditions<br>- Harvest temperature<br>- Color | **Pallet-level Tracking**<br>- Variations need to be properly accounted<br>- Temperature<br>- Time | **Pallet-level Mapping**<br>- Pallet temperature<br>- Process completion | **Accommodate Variance**<br>- Customer Requirements<br>- ZIPR code<br>- Matching function & App | **Pallet-level Tracking**<br>- Variances within trailer<br>- Map actual delivery time (may vary)<br>- End-to-end data capture |

*Zest Labs Confidential*

10

WM00176172

# Zest Fresh -- Capturing Freshness Data

  

## How to Determine Freshness Impact?

### What to Measure (Sensor Type)
- Academic studies have identified time & temperature as primary impact
  - Other conditions may be required – i.e. humidity (grapes)
- Must have discerning data in first 12 to 24 hours to impact shipment decision
  - Critical to impact longest transit time & customer requirement
  - Metabolites, ethylene, spectroscopy, brix, etc. do not provide shelf life data at post-harvest timeframe – they are relative measures & trailing indicators

### How to Measure (Sensor Location)
- Continuous, pallet-level measurement critical
  - Must be same location to show relative impact at each process step
- Product contact is key – but non-invasive preferred
  - Pulp not necessary for continuous measurement, as dwell time long

## Measure the Data Needed for Intelligent Routing

Zest Labs Confidential

11

WM00176173

# Zest Fresh – Communicating Freshness Data



## How & When to Upload Pallet-level Data

### When is Data Needed?

- What behavior or decisions need data
  - Process adherence dictates data capture at start & end
  - Decision points at equipment loading, storing & shipping
- Data must reliably indicate process location
  - Pallet-level device must auto-sense location within facility (not GPS)
  - Data capture must be reliable at transition points – read within seconds
    - Entering yard, entering cold storage, shipping at dock doors
  - Reliably capture data in high device density environments (warehouse)

**Data Must be Real Time & Ahead of Critical Decisions**

Zest Labs Confidential

12

WM00176174

# Zest Fresh – Communicating Freshness Data



## Technology Evaluation for Pallet-level Wireless Comms

|  | Passive RFID | XC3 RFID | Active - Zigbee | Bluetooth* | Cellular |
|---|---|---|---|---|---|
| Reliable around produce | ✗ | ✓ | ✓ | | ✓ |
| >50 ft range | ✗ | ✓ | ✓ | ✓ | ✓ |
| Portal & Area specific location | ✓ | ✓ | ✗ | ✗ | ✗ |
| Reader talk first (high density) | ✓ | ✓ | ✗ | ✗ | ✗ |
| Low power | ✓ | ✓ | ✓ | ✓ | ✗ |
| Low Cost Device | ✓ | ✓ | ✗ | | ✗ |
| Fixed Infrastructure Cost | $$ | $$ | $$ | NA | $$$* |
| Mobile Infrastructure Cost | $$$ | $$$ | $$$ | $ | $$$* |

*Infrastructure cost paid as subscription fee (i.e. carrier contract)*

## Meets Functional Needs and Cost Effective at Pallet Level

WM00176175

# Zest Fresh – Real-Time Feedback



## Empowering Associates

### When is Data Needed?
- Provide information when decisions are made, or events warrant action
  - Pallet information available in real time at each decision point
  - Events "push" data as alerts when conditions warrant
  - Corrective actions from real-time prescriptive analytics

### Why is this Different?
- Database must be event driven, and respond in real time
  - Not only an SQL- based solution (queried) – good only for reports
  - Real-time analytics AND normal SQL report database
- Ultra-reliable data collection, across many IT systems and mobile devices
  - Data sent as time-stamped messages (not files), through queuing system
  - Queuing system dynamically auto-replicates to scale
  - No "sync'ing" of files or databases from remote sites



**Data Must be Real Time & Ahead of Critical Decisions**

WM00176176

# Zest Fresh – Shelf Life Algorithms

$k=Ae^{-Ea/(RT)}$

## Industry Research – Arrhenius Relationship

### What is it?

*"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."*

- *A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Paul Singh, UC Davis 1988*

The fresh food industry has derived many variations to the basic equation, to account for real-world variance. The most popular empirical approach is the $Q_{10}$ coefficient. Many universities collect $Q_{10}$ data for produce, but they provide wide ranges of variation – sometimes 100% !

- Not practical for commercial use

## Industry Research on Produce Shelf Life Algorithm

Zest Labs Confidential

WM00176177

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What drives shelf life
- Cell based respiration, consuming sugars, starches, water, etc.
  - Non-climacteric fruit does not ripen post-harvest – only degrades
  - Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric (in addition to ripeness indicators)

- Key components to Arrhenius algorithm
  - Biological reaction factor (A) varies by fruit, variety, location, etc.
    - This factor is independent of temperature (pre-harvest component)
  - Activation Energy ($E_a$) varies as a 1st order exponential
    - Inversely related to temperature (post-harvest component)
    - more energy require to activate at lower temperatures
  - Look for empirical method to determine "A" and "$E_a$"



*Shelf Life Algorithm - Research*

Zest Labs Confidential

# Zest Fresh – Shelf Life Algorithms

$$Q_{10} = (R2/R1)^{10/(T2-T1)}$$

## Industry Research – Empirical Determination

### Q10 Temperature Coefficient

- Measure of the rate of change of a biological system as a consequence of increasing temperature by 10°C.
  - Determines rate of change for a 10°C increase – industry references
  - See http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/
- Industry challenge is matching specific harvest with generic algorithms
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

*Empirical Determination of Algorithm Parameters*

Zest Labs Confidential

# Zest Fresh – Product Profiling

## Empirical Determination – Product Profiling

### Q5 Temperature Coefficient

- Refine resolution to 5°C, then determine rate of change of large sample set
  - Collect samples over time, for each variety & location
  - Evaluate rate of change based on EOL determination
  - Refine over large samples set
  - Refine for beginning, middle and end of season
- Product profile produce
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

**Zest Fresh Refined Data Collection Approach**

Zest Labs Confidential

18



## Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination



1. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Datastores/Vegetables_English/?uid=20&ds=799#

2. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=19&ds=799

3. http://www.ba.ars.usda.gov/hb66/lettuce.pdf   Note: converted from mg $CO^2$ kg h to ml $CO^2$ kg h



### Romaine Respiration Rate Model

| Temp F | Temp C | | | | Acceleration Delta | Acceleration Increment (a) | Temperature Band (b) | Shelf Life (Loss per unit of Real Time) | | | | Band | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Inc. Temp. | 0-5 | 5-10 | 10-15 | 15-20 | 20-25 | 25-30 |
| 32F | 0C | | | | 0.65 | 0.1100 | 0C to 5C | RealTime * ( ( 0.13 * ( TempC - 1 ) ) + 0.87 ) | 0 | 1.00 | 1.65 | 3.05 | 3.95 | 6.35 | 7.50 |
| 41F | 5C | | | | 1.40 | 0.2800 | 5C+ to 10C | RealTime * ( ( 0.2800 * ( TempC - 5 ) ) + 1.6500 ) | 1 | 1.13 | 1.93 | 3.23 | 4.43 | 6.58 | 7.80 |
| 50F | 10C | | | | 0.90 | 0.1800 | 10C+ to 15C | RealTime * ( ( 0.1800 * ( TempC - 10 ) ) + 3.0500 ) | 2 | 1.26 | 2.21 | 3.41 | 4.91 | 6.81 | 8.10 |
| 59F | 15C | | | | 2.40 | 0.4800 | 15C+ to 20C | RealTime * ( ( 0.4800 * ( TempC - 15 ) ) + 3.9500 ) | 3 | 1.39 | 2.49 | 3.59 | 5.39 | 7.04 | 8.40 |
| 68F | 20C | | | | 1.15 | 0.2300 | 20C+ to 25C | RealTime * ( ( 0.2300 * ( TempC - 20 ) ) + 6.3500 ) | 4 | 1.52 | 2.77 | 3.77 | 5.87 | 7.27 | 8.70 |
| 77F | 25C | | | | 1.50 | 0.3000 | 25C+ to 30C | RealTime * ( ( 0.3000 * ( TempC - 25 ) ) + 7.5000 ) | | | | | | | |
| 86F | 30C | | | | | | >30C | RealTime * ( ( 0.3000 * ( TempC - 30 ) ) + 9.0000 ) | | | | | | | |
| | | | | | | | | RealTime * ( ( a * ( TempC - b ) ) + c ) | | | | | | | |

RealTime * ( ( a * ( TempC - b ) ) + c )
where:
a = acceleration increment (acceleration delta / temperature increment), for each 1 degree increase in temperature above lower temperature band, adds acceleration increment to Acceleration Rate for the band
b = lower temperature band value (TempC - b' determines how many degrees C above lower temper band value)
c = acceleration rate for temperature band

WM00176181



## Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination

| 10 Day Freshness Compliance at DC Receiving | Using Zest[2] | W/out Zest[2] | Baseline DC Location[1] |
|---|---|---|---|
| DCs with 4 Day Transit: | 73% | 27% | Winter Haven |
| DCs with 3 Day Transit: | 81% | 35% | New Caney |
| DCs with 2 Day Transit: | 86% | 28% | Casa Grande |
| DCs with 1 Day Transit: | 91% | N/A | N/A |

[1]Data for DCs with 3, 2 and 1 Day Transit times extrapolated from Winter Haven data.
[2]Based on non-tagged baseline retention sampling data, June & July 2016.

| Summary | |
|---|---|
| Total Samples | 181 |
| EOL Samples | 181 |
| % of Samples EOL'ed for Bruising (resulting from physical damage): | 59% |
| % of Samples EOL'ed earlier than ZIPR Code due to Bruising: | 70% |

| Accuracy Metrics | |
|---|---|
| Mean Absolute Percentage Error (MAPE) | 18% |
| Mean Absolute Deviation (MAD) | 2.18 |
| Root Mean Square Error (RMSE) | 2.87 |

| Sample Distribution | | |
|---|---|---|
| +/- Days | Count | % |
| 1 | 64 | 35% |
| 2 | 102 | 56% |
| 3 | 130 | 72% |
| < -3 | 31 | 17% |
| > 3 | 20 | 11% |



WM00176182

# Why Zest Fresh Matters to Walmart



## Empowering Suppliers – Not Score Carding Them

### Recommend Zest Fresh to Ensure Delivered Freshness
- ZIPR code ensures freshness
  - Avoids micro-managing hundreds of suppliers
  - ZIPR code validated on actual product – profiling process (not Walmart)
  - ZIPR code enables optimized DC and store handling

### Why is this Different?
- Empowers Suppliers to make better decisions every day
  - Walmart benefits from ZIPR code compliance & shipment visibility
- Zest Fresh scales
  - ZIPR code normalizes freshness validation across all products – easy-to-use
  - Low-cost pallet-level monitoring enables end-to-end visibility
- Secure & robust implementation
  - Date encrypted, networks firewalled, 24/7 remote monitoring



*Zest Fresh – a Solution that Delivers Freshness*

Zest Labs Confidential

# EXHIBIT D

1       1 UNITED STATES DISTRICT COURT

2       EASTERN DISTRICT OF ARKANSAS WESTERN DIVISION

3       ZEST LABS, INC., and ECOARK HOLDINGS, INC.,

4       ) Plaintiffs,   )

5       ) vs.            ) No. 4:18-cv-00500-JM

6       ) WALMART, INC., f/k/a WAL-MART   )

7       STORES, INC.,            ) )

8       Defendant.   ) ATTORNEYS' EYES ONLY VIDEOTAPED DEPOSITION OF
        MINGMING LI, taken at

9       3300 Market Street, Suite 136, Rogers, Arkansas, on the 21st day of May,
        2019, on behalf of the Plaintiffs,

10      before Cassy Kerr, CSR-OK, CCR-KS, CCR-AR, RPR, CRR, CRC, NP-OK,
        pursuant to Federal Rules of Civil

11      Procedure. Bushman Court Reporting

12      620 West Third Street Suite 302

13      Little Rock, Arkansas 77201 (501) 372-5115 * BushmanReporting.com

14      2

| 2019-05-23 | Li, Mingming | Page 2 |
|---|---|---|

```
 1    A P P E A R A N C E S
 2    FOR THE PLAINTIFFS:
 3    Mr. Jonathan L. Hardt jhardt@velaw.com
 4    Mr. Michael Simons msimons@velaw.com
 5    Vinson & Elkins 2801 Via Fortuna
 6    Suite 100 Austin, Texas 78746-7568
 7    512-542-8420
 8
 9    FOR THE DEFENDANT:
10    Mr. Edward L. Tulin edward.tulin@skadden.com
11    Mr. Douglas R. Nemec douglas.nemec@skadden.com
12    Skadden, Arps, Slate, Meagher & Flom 4 Times Square
13    New York, New York 10036 212-735-2307
14
15    VIDEOGRAPHER:
16    Mr. Tom Hallum
17    generalmanager@bushmanreporting.com Bushman Court
      Reporting
18    620 West Third Street Suite 302
19    Little Rock, Arkansas 72201 501-372-5115
20
21    ALSO PRESENT:
22    Mr. Tony Juneau
23
24
25
```

| 2019-05-23 | Li, Mingming | Page 4 |
|---|---|---|

```
 1    EXHIBIT INDEX
 2    MAR Plaintiff's
 3    129  LinkedIn profile            11
 4    130  Email string. WM00092753-4      49
 5    131  Email string with attachment.    61
 6    WM00058220-3
 7    132  Note by Mingming Li. WM00155517    68
 8    133  Email string with attachment.    73 WM00122827-91
 9    134  Email string. WM00044295-7       97
10    135  Email string. WM00141362-3       117
11    136  Email from Denise Sharpe to John Luna, 125
12    et al. WM00008245-56
13    137  Email chain. WM00058504-6        127
14    138  Email chain. WM00058453-55       131
15    139  Email from Nikhil Cherian to Mingming Li, 137 et al.
      WM00058111-76
16    140  Email chain. WM00058399-400      145
17    141  Email from Tiffany Benitez to Alpana     153
18    Varma, et al. WM00115345-53
19    142  Email from Tiffany Benitez to Alpana    164 Varma, et al.
      WM00122380-3
20    143  Email chain with attachment.     175
21    WM00138879-80
22    144  Email chain. WM00122420-33       180
23
24
25
```

| 2019-05-23 | Li, Mingming | Page 3 |
|---|---|---|

```
 1    EXAMINATION INDEX
 2    MINGMING LI
 3    DIRECT BY MR. HARDT . . . . . . . . . . . . 5
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| 2019-05-23 | Li, Mingming | Page 5 |
|---|---|---|

```
 1    THE VIDEOGRAPHER:  We are now on the record.
 2    My name is Tom Hallum.  I'm a videographer with Bushman
 3    Court Reporting being retained by Lexitas.
 4    This is a video deposition for the
 5    United States District Court, Eastern District of
 6    Arkansas.
 7    Today's date is May 23rd, 2019.  The time is
 8    8:56 a.m.
 9    This deposition is being taken at Kutak Rock,
10    3300 Market Street, Suite 136, Rogers, Arkansas, in the
11    matter of Zest Labs, Incorporated, and Ecoark Holdings,
12    Incorporated v. Walmart -- Walmart, Incorporated,
13    formerly known as Walmart Stores, Incorporated.
14    The deponent is Mingming Li.
15    All counsel will be noted on the stenographic
16    record.
17    And our court reporter is Cassy Kerr.
18    Cassy will now swear the witness.
19    MINGMING LI,
20    duly sworn to testify the truth, the whole truth,
21    and nothing but the truth, testified as follows
22    beginning at 8:56 a.m.:
23    DIRECT EXAMINATION
24    BY MR. HARDT:
25    Q.  Good morning, sir.  Can you state your name
```

1    for the record?
2   A. Yes. My name is Mingming Li.
3   Q. My name is Jonathan Hardt. I'm here to take a
4     deposition in the case Zest Labs v. Walmart.
5     Are you familiar with why you're here today?
6   A. Yes.
7   Q. Is to sit for your deposition; correct?
8   A. Yes.
9   Q. Okay. And you understand that you're under
10    oath and the penalty of perjury to tell the truth;
11    correct?
12   A. Yes.
13   Q. Okay. Have you taken any drugs or medication,
14     anything else, today that would prevent you or -- hurt
15     your memory or prevent you from telling the truth?
16   A. No.
17   Q. Any other reason why you can't proceed today?
18   A. No.
19   Q. Before we get started, just a couple of ground
20     rules.
21     Let me start off: Have you ever been deposed
22     before?
23   A. Sorry. You mean deposition?
24   Q. A deposition before?
25   A. No.

1     asked a question, you should answer it, and then we can
2     take a break.
3     Does that make sense?
4   A. Yeah, that makes sense.
5   Q. Okay. When did you begin working at Walmart?
6   A. Since 2008; so I work in Walmart since 2008
7     and then actually went to another company around --
8     actually, I don't recall exactly what time, but I
9     returned to Walmart in 2011.
10   Q. When you came back to Walmart in 2011, what
11     was your role at the company?
12   A. If I remember correctly, senior statistical
13     analyst.
14   Q. And what did you do as a senior statistical
15     analyst?
16   A. So at that time, working the Sam's member
17     inside team and provide analytics for membership,
18     marketing, and merchandising and also other areas in
19     the company.
20   Q. Do you still have that role today?
21   A. No.
22   Q. What's your role today?
23   A. My role today -- I'm the director for the
24     merchandising analytics for Walmart U.S. store,
25     merchandising.

1   Q. Okay. So this is the first one?
2   A. Correct.
3   Q. Let me give you a couple of ground rules just
4     so we're on the same page as to how we're going to
5     proceed today.
6     First of all, there's a court reporter here.
7     She's taking down everything that we say. For that
8     reason, she can't type if we're talking over each other
9     or we're speaking too quickly; so we should both try to
10     let one finish before the other begins speaking and try
11     not to speak too quickly. Do -- can we agree to that?
12   A. I agree.
13   Q. Okay. I don't have any trick questions today.
14     I'm trying to be direct and straightforward; so if
15     there's any question you don't understand, whether it's
16     a word or the whole question, just let me know, and
17     I'll rephrase the question or we can work out so that
18     we're on the same page, and we understand each other.
19     Does that make sense?
20   A. Yep, that sounds good.
21   Q. It's also not an endurance test; so if you
22     need to take a break, go to the men's room, you know,
23     whatever the case may be, just let me know, and we can
24     take a break. My only request is that we don't take a
25     break while a question's pending; so if I've already

1   Q. And how would you describe that role?
2   A. So basically, I provide data science analytic
3     solutions for the U.S. store merchandising.
4   Q. Who's your boss?
5   A. Prakhar Mehrotra.
6   Q. Can you spell that for the record?
7   A. I can spell the first name well:
8     P-R-A-K-H-A-R. Last name -- I -- I cannot spell
9     correctly until I see it.
10   Q. Who was your boss in the 2017 time frame?
11   A. Linda Vytlacil.
12   Q. Can you spell that last name for the record?
13   A. V -- sorry. V-Y-T-L-A-C-I-L.
14     THE REPORTER: And the first name was?
15     THE WITNESS: Linda.
16     THE REPORTER: Linda. Thank you.
17   Q. (By Mr. Hardt) Do any employees at Walmart
18     report to you?
19   A. Yes.
20   Q. Who reports to you?
21   A. So today I have several data analysts
22     reporting to me.
23     Do you need to know all the names?
24   Q. How many are reporting to you?
25   A. Five.

1   Sorry. Six, actually. There is one more coming
2   Tuesday -- next Tuesday.
3   Q. If there's six, why don't we get the names?
4   A. Okay. Some of them -- I may not remember the
5   last name very well.
6   Q. Fair enough.
7   A. So the first one is Vinay Kumar.
8   Q. And the second?
9   A. Sarthak Bicchwa.
10  Q. And can you spell that name for the record.
11  A. S-A-R-T-H-A-K -- that's the first name.
12  Bicchwa -- I can't remember it very well; so it's more
13  like B-I-C-C-H-W-A.
14  Q. And who's the third person that reports to
15  you?
16  A. Ankit Jajoo -- Jajoo.
17  Q. Is the first name A-N-K-I-T?
18  A. Correct.
19  Q. And can you spell the last name for the
20  record?
21  A. If I remember correctly, J-A-J-O-O.
22  Q. And who else reports to you?
23  A. Hashada. I cannot pronounce her last name
24  very well. Sorry. So it start with V-U, but -- yeah.
25  Q. I think that's four.

1   Who are the other two that report to you?
2   A. Stephen Mathews. This one's easier.
3   Q. And the last?
4   A. The last one, who is going to be coming to
5   Walmart next Tuesday -- Ambika, A-M-B-I-K-A. Sorry.
6   Last name -- I -- I don't have it on top of my mind.
7   Q. So Ambika is not currently a Walmart employee?
8   A. Correct.
9   Q. Okay. Is it a he or she?
10  A. She.
11  Q. Was she an employee of Walmart in the past?
12  A. I don't recall very well.
13  Q. Okay. Has she worked for you in the past?
14  A. No.
15  Q. Are all of those individuals -- do they have a
16  similar role?
17  A. Yes, all -- well, sorry. No.
18  Five of them are senior data analysts. Vinay
19  Kumar is a senior software engineer.
20  Q. Okay. I'm going to have the court reporter
21  mark this as Plaintiff's Exhibit 129, 129.
22  (Plaintiff's Exhibit No. 129 is marked for
23  identification.)
24  THE WITNESS: Thank you.
25  Q. (By Mr. Hardt) Mr. Li, I'm handing you what's

1   just a printout of your public LinkedIn page.
2   A. Uh-huh.
3   Q. Have you seen this before?
4   A. Yes.
5   Q. Is your LinkedIn profile generally correct and
6   up to date?
7   A. Not all the time.
8   Q. Does this -- does this copy of it appear to be
9   reasonably current and accurate?
10  A. I haven't updated for a while. I can't
11  remember when was the last time I update it.
12  Q. Okay. It shows you received a bachelor's
13  degree from Shandong University in -- in the time
14  period of 2003 to 2007. Is that accurate?
15  A. Yes.
16  Q. Okay. What was your undergraduate degree in?
17  A. It will be master of information system --
18  sorry -- management information systems.
19  Q. And where is Shandong University?
20  A. It's in Shandong Province in China.
21  Q. And did you receive any training in
22  programming or source code while you were at
23  university?
24  A. I received training in programming, but I
25  don't understand what you mean by "source code."

1   Q. By "programming," do you mean that you wrote
2   and developed software?
3   A. No; so for training for programming, we mainly
4   learned the basic of programming, like, say, language;
5   so we do not necessarily develop a software. It could
6   be a block of code that's -- works.
7   Q. And I see, on the first page of your LinkedIn
8   profile, you list experience with several programming
9   languages; is that correct?
10  A. Correct.
11  Q. So those include, C language programming,
12  Java, things of that nature; correct?
13  A. So, yes, I got exposure to those languages,
14  but not all of them I'm good at today.
15  Q. Do you use any of them in your ordinary course
16  of business at Walmart?
17  A. You mean those languages in this line?
18  Q. Any programming languages.
19  A. So only occasionally I use Python, and
20  recently, I don't recall very well what other language
21  I have used because my role is mainly, as a director,
22  to provide guidance and leadership to the team.
23  Q. So would it be fair to say that you provide
24  the guidance and leadership to the team, and the more
25  junior members of the team would do the actual

1   programming?
2   A. I would say most of the time.
3   Q. How often in your career have you worked on
4     projects involving cold chain?
5   A. Only this project we're talking about today.
6   Q. And what project is that?
7   A. Based on my understanding, that's the fresh
8     flow initiative.
9   Q. And what is your understanding -- or let me
10   ask it a different way.
11     How would you describe the fresh flow initiative
12     at Walmart?
13   A. So to my understanding, with only very few
14     months of engagement, is building a flow for the supply
15     chain process to build efficiency for the fresh
16     product.
17   Q. So would you describe that as a broad
18     initiative at Walmart?
19     MR. TULIN: Objection; form.
20     You can answer.
21   A. Sorry. I -- I kind of just want to
22     understand --
23   Q. (By Mr. Hardt) Sure.
24     So time to time during the deposition, Mr. Tulin
25     may object to my questions. He'll say things like,

1   "Objection; form." That's just preserving an
2     objection --
3   A. Uh-huh.
4   Q. -- on the record. You can still respond to my
5     question after that.
6   A. Oh, I can choose not to respond?
7   Q. You should still respond to my question --
8   A. Okay.
9   Q. -- after his objection.
10   A. I see. Just wanted to make sure.
11   Q. Yes.
12     So with that understanding, let me just reask the
13     question -- or rephrase it a bit.
14     Would you agree with me that the fresh flow
15     initiative at Walmart touches on many aspects of the
16     fresh food supply chain?
17   A. So to be honest, as a director, I mainly focus
18     on the data science area. I'm actually not so sure if
19     I can give the definition to this very well.
20     My focus is mainly for -- at that time, for this
21     project, was mainly helping this specific work, which
22     is related to strawberry, and for this algorithm
23     development.
24     THE REPORTER: And for what development?
25     THE WITNESS: For this algorithm development,

1   yeah.
2   Q. (By Mr. Hardt) And you said "at -- at that
3     time." What time frame were you talking about?
4   A. So it's in 2017, but I can't recall very well
5     from which months to which months to be exact.
6   Q. Are you still involved in the -- any aspect of
7     the fresh food initiative at Walmart?
8   A. For fresh flow, no. For merchandising data
9     science, we may be doing some analysis related to
10     produce product.
11   Q. And what would that data analysis for produce
12     product be today?
13   A. Honestly, I can't say for sure. That depends
14     on what the merchants brought to us, and I actually
15     haven't received this kind of request, as much as I can
16     recall. It's just a possibility.
17   Q. So you may work on that project in the future.
18     You don't know for sure right now. Is that fair?
19   A. Which project are we talking about?
20   Q. Your data analysis related to produce for the
21     merchandising group.
22   A. Yeah, that's a possibility because that's our
23     responsibility.
24   Q. What would you expect that -- if that becomes
25     a actual responsibility, what would you expect that

1   project to entail?
2     MR. TULIN: Objection to form.
3     You can answer.
4   A. I actually don't -- I don't think I can answer
5     well because our merchants tend to have all different
6     kind of questions or different kind of business
7     problems for us to solve.
8   Q. (By Mr. Hardt) So in the future, somebody in
9     the merchandising department may come to your team and
10     say, We have business question X. Can you help us with
11     it?
12   A. Yes.
13   **Q. Okay. And I think you said earlier this is**
14     **the only project you'd worked on in the cold chain**
15     **space; so is it fair to say you've -- you've never**
16     **worked on a previous project to predict food quality?**
17   **A. Food quality.**
18     **I don't recall.**
19   **Q. Other than the project we're going to talk**
20     **about today, have you ever worked on a project**
21     **involving a shelf life algorithm?**
22   **A. I don't recall.**
23   Q. Do you consider yourself an expert in any
24     particular subject matter?
25   A. Do you mean in this subject matter?

| | |
|---|---|
| 2019-05-23 — Li, Mingming — Page 18 | 2019-05-23 — Li, Mingming — Page 20 |

**Page 18**

1  Q. In any subject matter.
2  A. Oh, okay.
3     Yes.
4  Q. What areas do you consider yourself an expert
5     in?
6  A. Customer analytics. Customer targeting.
7     Merchandising optimization.
8  **Q. Do you consider yourself an expert in**
9  **evaluating food quality?**
10 **A. I don't think so.**
11 Q. Have you ever heard the term "Eden" or "Muse"
12    at Walmart?
13 A. Yes, I heard about Eden.
14 Q. What is Eden?
15 A. Based on my understanding, Eden is one of the
16    system that was viewed by supply chain team for our
17    supply chain system.
18    Sorry. I just don't recall very well since it was
19    kind of presented to me as -- at that time.
20 Q. So is it fair to say you never worked directly
21    on Eden?
22 A. So I don't understand this question very well
23    because I don't know what either -- direct relationship
24    between this -- this cold chain and Eden.
25 Q. So -- so you -- you did work on the cold chain

**Page 20**

1  Q. Are you still involved in working on the cold
2     chain project?
3  A. No.
4  Q. When did that stop?
5  A. I think it's 2017, but I can't recall exactly.
6  **Q. Do you recall generally how long you were**
7  **working on the cold chain project?**
8  **A. A few months.**
9  Q. Okay. Definitely, less than a year?
10 A. Yes.
11 Q. Who else on your team worked on the cold chain
12    project?
13 MR. TULIN: Objection; form.
14    You can answer.
15 A. So I'm trying to recall.
16    At that time, I don't think people who report to
17    me worked on cold chain. It's mainly data scientists
18    from other teams.
19 Q. (By Mr. Hardt) What data scientists from other
20    teams at Walmart did you work with on the cold chain
21    project?
22 A. Lauren Shore.
23 Q. Can you spell that last name for the court
24    reporter?
25 A. If I remember correctly, S-H-O-R-E.

| | |
|---|---|
| 2019-05-23 — Li, Mingming — Page 19 | 2019-05-23 — Li, Mingming — Page 21 |

**Page 19**

1     project; right?
2  A. Correct.
3  Q. And there may be some relationship between the
4     cold chain project and Eden; correct?
5  MR. TULIN: Objection to form.
6  A. Can you ask -- can you rephrase?
7  Q. (By Mr. Hardt) Sure.
8     Is there any relationship between the cold chain
9     project and Eden?
10 A. Based on what I can recall, there might be.
11 Q. Okay. Other than that possible relationship
12    between the cold project -- cold chain project and
13    Eden, have you ever worked on any other aspects of
14    Eden?
15 A. I don't recall.
16 Q. Okay. Have you ever heard the phrase "Muse"
17    at Walmart?
18 A. Yes.
19 Q. Okay. What is Muse?
20 A. I only heard about it. It's related to Eden.
21    I don't know much about anything else.
22 **Q. Okay. When did you become involved in working**
23 **on the cold chain project you mentioned?**
24 **A. As much as I can recall, it's 2017. Can't**
25 **remember when it started exactly.**

**Page 21**

1  Q. Anyone else?
2  A. Mohit from Bangalore team in India.
3  THE REPORTER: From what team?
4  THE WITNESS: Bangalore; so Bangalore in
5     India; so we just call it generally "Bangalore team."
6  Q. (By Mr. Hardt) Do you recall anybody else that
7     you worked with on the project?
8  A. I don't recall very well because we actually
9     didn't do much in this project, and we were mainly
10    identifying people to start working on this project.
11 Q. Do you recall if you ever worked with somebody
12    at Walmart named Nikhil Cherian?
13 A. Yes.
14 Q. And was that work with Nikhil Cherian in
15    relation to the cold chain project?
16 A. Yes.
17 Q. Do you recall ever working with somebody at
18    Walmart named Stephen Steele?
19 A. Yes.
20 Q. How many times have you worked with Stephen
21    Steele?
22 A. I can't recall exactly how many times.
23 Q. More than three? Less -- less -- like, once?
24 A. More -- you mean meet from -- met for more
25    than three times?

1    Q. How many projects?
2    A. Oh, how many projects?
3       I -- I don't recall very well. What I mainly
4       remember is just this project.
5    Q. Okay. And so you -- you worked with Stephen
6       Steele on the cold chain project, and you have some
7       recollection of that; correct?
8    A. Yes.
9    Q. I heard you refer earlier to the "freshness
10      algorithm." Was the freshness algorithm part of the
11      cold chain project we're talking about?
12   A. That's based on my understanding.
13   Q. But you and your team did, at least for a
14      period of time, work on the freshness algorithm; right?
15      MR. TULIN: Objection; form.
16      You can answer.
17   A. To be accurate, to answer this question, we
18      worked on this project planning to develop a algorithm.
19   Q. (By Mr. Hardt) Okay. When -- when you say
20      "freshness algorithm," what do you mean by that?
21   A. So my understanding is, based on that time
22      exposure and for the specific project -- is mainly
23      about -- we collected certain data for strawberry, and
24      we want to predict the freshness of the strawberry. In
25      other words -- sorry -- so how many shelf life are

1       still left at certain time point?
2    Q. Let me back up and ask a more basic question.
3       What do you mean by the word "algorithm"? What --
4       as a data scientist, what is -- what's the meaning of
5       the word "algorithm" to you?
6    A. So based on my understanding, algorithm is
7       more like a formula. You have input, and then you have
8       output.
9    Q. So you can have an algorithm for many things;
10      right?
11   A. Correct.
12   Q. And so when we're talking about the freshness
13      algorithm, you're talking about one particular project
14      at Walmart where you were working to predict shelf
15      life; is that right?
16      MR. TULIN: Objection to form.
17      You can answer.
18   A. Okay. Rephrase.
19   Q. (By Mr. Hardt) When you use the term
20      "freshness algorithm," you're talking about one
21      particular project where you would create a formula or
22      an algorithm to predict or estimate the freshness of
23      produce; right?
24   A. Yes, just -- when -- when -- you know,
25      that's -- when you said the algorithm can means a lot

1       of things; so there could be other meaning besides this
2       specific one you're talking about.
3    Q. Right.
4       But in this particular project, the cold chain
5       project at Walmart, when you say "freshness algorithm,"
6       you're talking about predicting shelf life; right?
7    A. So to answer your question, I would say the
8       work we were doing was focusing on predicting shelf
9       life. That's the work I was engaged on, yeah.
10   Q. And I've heard others at Walmart refer to a
11      shelf life algorithm; so would that be synonymous with
12      freshness algorithm?
13      MR. TULIN: Objection to form.
14      You can answer.
15   A. I don't know the context very well; so I don't
16      know if I can agree.
17   Q. (By Mr. Hardt) Okay. Have you ever heard the
18      phrase "fresh days of life algorithm initiative" at
19      Walmart?
20   A. I don't recall.
21   Q. And I think you testified earlier that your
22      work on the cold chain initiative began at some point
23      in 2017; right?
24   A. Correct.
25   Q. When did the work on the freshness algorithm

1       begin?
2    A. I don't recall exactly.
3    Q. Are you aware of anyone else at Walmart who is
4       currently working on a freshness algorithm or any
5       similar initiative?
6    A. Today I don't have visibility to that.
7    Q. So somebody may be working on it. You just
8       wouldn't know. Is that fair?
9    A. Correct.
10   Q. On your work on the freshness algorithm, did
11      you ever work with Josh Bohling?
12   A. I heard about that name, but I don't recall
13      exactly.
14   Q. So you don't have a recollection of working
15      directly with Josh Bohling?
16   A. I don't recall very well.
17   Q. And when your team was planning the freshness
18      algorithm, Josh Bohling was not involved; right?
19   A. I don't recall exactly.
20   Q. But in your -- your day-to-day work on the
21      freshness algorithm, whether that was with Nikhil
22      Cherian or the other individuals you identified, Josh
23      Bohling wouldn't have been one of the individuals you
24      were working with on a day-to-day basis; right?
25   A. I don't recall exactly.

1   Q. Taking a step back and just talking about --
2   A. Uh-huh.
3   Q. -- algorithms that -- that you may develop at
4      Walmart, what's the process for creating an algorithm
5      at Walmart?
6      MR. TULIN: Objection; form.
7      You can answer.
8   A. So it start with understanding the business
9      problem, explore the data, experiment with various
10     algorithms or to research on algorithms, and then roll
11     out scaling of the algorithm.
12  Q. (By Mr. Hardt) And what will you usually do in
13     developing an algorithm to understand the business
14     problem?
15  A. So basically, talking to our business partner
16     and get related material, understand the whole problem.
17  Q. And what would you do to explore the data in
18     developing an algorithm?
19  A. Explore the data, to my understanding, is just
20     basically look at raw data, understand the pattern,
21     understand --
22     THE REPORTER: "Understand the..."
23     THE WITNESS: Pattern.
24  A. And look at the quality.
25  Q. (By Mr. Hardt) What do you mean by "quality"?

1      Quality of the data?
2   A. "Quality of the data" can mean many things.
3      It can be how complete is the data? Do you have
4      off-wire, or if the data is even correct.
5   Q. And you said that one step in the process of
6      developing an algorithm would be to experiment with the
7      algorithm. How do you do that?
8   A. Basically, to solve one problem, you can have
9      multiple algorithms that can fulfill the same need; so
10     you apply those algorithm to that and see how well it
11     performs.
12  Q. And in order to apply those algorithms and see
13     how well they perform, do you create an algorithm in --
14     in software, or what's that process?
15  A. So for algorithm, it can be returned in many
16     different ways, meaning it can be returned in Python.
17     It can be returned in R.
18     THE REPORTER: "In..."
19     THE WITNESS: R. Just letter R, yeah. That's
20     a software.
21     THE REPORTER: Thank you.
22  Q. (By Mr. Hardt) And before you start writing
23     the software in Python or R or some other programming
24     language, would you take any steps to -- to outline the
25     algorithm or to otherwise document it?

1   A. So, first, I disagree with writing a software.
2      It's more like using a language or a soft- -- language
3      in your software to write the algorithm. Algorithm
4      doesn't necessarily mean a software.
5   Q. That's -- that's a fair point. Let me
6      rephrase that.
7      Prior to writing the algorithm in a programming
8      language, would you take any steps to outline the
9      algorithm or to otherwise document this process?
10  A. It is possible. I mean, it can be done that
11     way.
12  Q. Does your team typically do it that way?
13  A. Not all the time.
14  Q. What type of design tools does your team use
15     for algorithm development?
16  A. What do you mean by "design tool"?
17  Q. Do you have any software platforms or tools
18     like that, that you -- that you would use?
19  A. I -- I would still say it's the language like
20     Python, R, maybe like Google Cloud platform; and there
21     are actually many ways to do that.
22  Q. Does your team use Jira documentation?
23  A. Not always.
24  Q. Do you create any use case diagrams in
25     developing algorithms?

1   A. Not always.
2   Q. Okay. But sometimes?
3   A. Sometime.
4   Q. Okay. Do you create any class diagrams in
5      developing algorithms?
6   A. Sorry. I don't understand "class diagram."
7   Q. Okay. Well, let's talk about the freshness
8      algorithm project.
9      In the freshness algorithm project, what did your
10     team undertake in order to understand the business
11     problem?
12  A. Based on what I can recall, I'm going to get
13     the material shared by the team of this initiative, and
14     then I share the material with the team, and the team
15     sometime have some of the interaction with Stephen
16     Steele -- I mean, the data science team.
17     Besides that, I don't think I can recall very
18     well.
19  Q. Okay. When you say "the data science team,"
20     do you mean your team, or do you mean Stephen Steele's
21     team?
22  A. What I meant was the data science team that I
23     was identifying.
24  Q. Was Stephen Steele a member of that data
25     science team?

1  A. I won't agree to the specific definition
2     because there's days we're working agile form; so
3     it's -- it's not necessarily reporting structure. If a
4     reporting structure or same team, that means the
5     member, then, no.
6  Q. But your team would receive documentation or
7     materials from Stephen Steele or maybe Nikhil Cherian
8     and then use that to understand the business problem;
9     right?
10    MR. TULIN: Objection; form.
11    You can answer.
12 A. So we receive material from this team, and,
13    yeah, I can recall we did get some material from
14    Nikhil. I can't recall very well what we received from
15    Stephen Steele. Maybe some of the things -- sorry. I
16    just don't recall exactly.
17 Q. (By Mr. Hardt) Okay. Would you have also
18    received from Nikhil Cherian or Stephen Steele or
19    anyone else in this initiative raw data that -- that
20    you used to begin work on the freshness algorithm?
21 A. If I can recall correctly, we were having
22    challenge of receiving raw data because of the data
23    quality issue, and I don't recall very well that --
24    before my transition off, if the team have seen the raw
25    data.

1  Q. So -- so they may have. They may not have.
2     You just can't recall?
3  A. I can't recall exactly.
4  Q. In the course of that project, do you recall
5     whether the team began writing any algorithms in Python
6     or R or any other programming language?
7  A. For this specific project -- working with
8     Stephen Steel -- what I can recall -- I don't think we
9     were able to write any algorithm because we don't have
10    even the raw data to start experiencing with.
11 Q. So if you didn't begin writing the algorithm,
12    did you begin outlining it or anything else in -- in
13    other documentation?
14 A. I don't recall very well because we need to
15    first -- usually, we should explore the data first.
16 Q. Do you recall whether you created any use case
17    diagrams or anything like that for this initiative?
18 A. I don't recall.
19 Q. So you may have? You just don't recall?
20 A. Yes.
21 Q. Do you recall if you created any documentation
22    in the Jira database?
23 A. I don't recall.
24 Q. In a typical project for algorithm development
25    at Walmart, would it -- would your team create

1     documentation in the Jira database beyond just
2     programming stories?
3  A. That's possible.
4  Q. So it depends on the project; right?
5  A. Correct.
6  Q. Did you ever have any involvement at Walmart
7     in a project to digitize the QC process at Walmart?
8  A. What do you mean by "QC process"?
9  Q. By "QC process," I mean the quality control
10    process where, for example, Walmart associates at -- at
11    a distribution center are receiving a truck of produce
12    from the field, things like that, and they -- and they
13    conduct quality control of the produce that's coming in
14    on that truck.
15 A. So what you mean by the QC process, you're
16    specifically talking about transportation-related QC
17    process?
18 Q. That's right. At the distribution centers.
19 A. Got it.
20    Do you mind asking your question again?
21 Q. Sure.
22    Did you ever have -- let me ask it this way: So
23    now that I've explained that, do you understand what I
24    mean when I say the phrase "QC process"?
25 A. If the QC process is specifically about the

1     topic we're talking about, yes.
2  Q. That's right.
3     So did you ever have any involvement at Walmart in
4     a project to digitize the QC process?
5  A. I don't recall.
6  Q. So with regard to the cold chain initiative
7     we've been talking about --
8  A. Uh-huh.
9  Q. -- that you recall certain aspects of, you
10    don't have any recollection of working on the QC
11    process during that effort; right?
12 A. So I understand the QC process -- so when you
13    ask the question "work on the QC process," what do you
14    mean?
15 Q. In your work on the cold chain initiative --
16 A. Uh-huh.
17 Q. -- did that work have any relationship to the
18    effort at Walmart to digitize the QC process?
19 A. So I think there could be a relationship,
20    based on my understanding.
21 Q. Okay. And what would that relationship be?
22 A. So you're asking, as far as work on
23    algorithms, how would that help on the QC process;
24    right?
25 Q. That's right.

1   A.   Because QC is about quality control, to
2      understand the quality, and the algorithm -- we're
3      talking about days of shelf life.
4      That's what we're talking about; right?
5   Q.   That's right.
6   A.   So that provided information that could help
7      the QC process.
8   Q.   So there could be a relationship; right?
9   A.   Correct.
10      But you don't know for sure if there's a
11      relationship; right?
12   A.   So I don't know for sure because I don't have
13      the whole understanding of this project for QC.
14   Q.   Because you weren't directly involved in --
15      you know, it was not your role to work on the
16      digitization of the QC process; right?
17   A.   Do you mind repeat your question?
18   Q.   Sure.
19      You said you don't have an understanding of --
20      whole understanding of the project for QC, and that's
21      because it was not your role to develop the QC
22      digitization effort at Walmart; right?
23   A.   That's one of the reason.
24   Q.   Okay. Are you familiar with the manual
25      inspection process that Walmart has used for the last

1      ten years for quality control at its distribution
2      centers?
3      MR. TULIN: Objection; form.
4      You can answer.
5   A.   Based on what I can recall, I don't think so.
6   Q.   (By Mr. Hardt) And when you say you don't
7      recall, what do you mean? Do you mean you don't recall
8      exactly?
9   A.   So I might have been presented or shown some
10      material related to manual inspection process, but
11      to -- if we say "familiar," I don't think today what
12      I -- based on what I remember, I will call it, "I'm
13      very familiar."
14   Q.   Prior to your work at Walmart in 2017, had you
15      ever worked on an algorithm or another calculation that
16      related to food freshness in any way?
17   A.   I don't recall.
18   Q.   So when you say you don't recall, you mean you
19      don't recall one way or the other; right?
20   A.   What -- what does that mean?
21      Sorry.
22   Q.   I asked if you'd ever worked on any other
23      algorithms or calculations that related to food
24      freshness at Walmart, and you said you don't recall; so
25      that means you don't recall one way or the other. You

1      may have. You may not have; right?
2   A.   Correct.
3   Q.   When you and your team were working on the
4      freshness algorithm at Walmart, did you consider that
5      project to be simple or complex?
6   A.   I don't think I can define that until we see
7      the data and explore it.
8   Q.   So you would need to see the raw data and then
9      evaluate whether it was going to be simple or complex;
10      right?
11   A.   Yes; so see the data and also explore.
12   Q.   So what level of detail would you need to
13      understand how the freshness algorithm would operate?
14   A.   Do you mind rephrase?
15   Q.   What level of detail in the data would you
16      need to see?
17   A.   For data science work, actually, there is not
18      a specific requirement to see what details you have to
19      have because data are not perfect all the time; so you
20      could have really bad quality data, but there could be
21      a way to fix the quality issue; or you could have
22      really good quality data, and you can go really deep.
23   Q.   So would it also assist you in developing an
24      algorithm just to know what types of data you need to
25      collect?

1   A.   Not necessarily. To solve problem, you can
2      use different type of data.
3   Q.   But there's many types of data related to food
4      freshness; right?
5   A.   There could be.
6   Q.   Okay. And would you need to know which types
7      of data you need to collect in order to address the
8      business problem?
9   A.   Sometime we need to know what type of data we
10      need to collect, but sometime we will be informed what
11      type of data we will be able to have, and we can still
12      solve the problem.
13   Q.   In developing the freshness algorithm -- there
14      was just a noise. Let me ask it again.
15      In developing the freshness algorithm, do you know
16      if anyone told you the type of data you need to have?
17   A.   I remember people tell me what type of data
18      they used, but I didn't remember anybody give me
19      instruction on what type of data I need.
20   Q.   What do you mean when you say they told you
21      the type of data they used?
22   A.   So typically, you can -- basically, that's
23      what we're talking about. To solve the problem, you
24      can use different type of data; so basically, to know
25      how people solve the problem, we -- we can know what

1  type of data they used.
2  Q. Okay. And who do you mean when you say
3    "people solve the problem"?
4    Like, other -- were other teams at Walmart working
5    on the same project?
6  A. There might be.
7  Q. Do you recall who else at Walmart was working
8    on the same project?
9  A. So do you mind rephrase?
10   And the reason I ask you to rephrase is sometime
11   in Walmart you can have people working on the same
12   project but with different teams, like, meaning not
13   necessarily working with Nikhil or Stephen Steele; or
14   sometime you could have people working on the same
15   project with Nikhil, Stephen Steele, or this business
16   team.
17 Q. To your knowledge, was there a separate team
18   at Walmart that was working separate from you on a
19   freshness algorithm?
20 A. So it doesn't matter who they work with;
21   right?
22 Q. It doesn't matter who they work with.
23   Just are you aware of another team that was
24   developing a freshness algorithm independent of you?
25 A. For this fresh flow initiative?

1  A. Correct.
2  Q. All right.
3  A. Definitely not under my direction.
4  Q. Okay. Are you aware of anyone else at Walmart
5    working on a -- a freshness algorithm for any other
6    purpose?
7  A. I heard about Tata Consulting Company work on
8    fresh algorithm, but I don't know who they're working
9    with.
10 THE REPORTER: A what consulting company?
11 THE WITNESS: Tata.
12 MR. TULIN: Tata, T-A-T-A.
13 THE REPORTER: Thank you.
14 Q. (By Mr. Hardt) So what do you know about the
15   work that Tata Consulting Company is doing on a
16   freshness initiative at Walmart?
17 MR. TULIN: Objection to form.
18   You can answer.
19 A. First, I said I don't know -- or I don't
20   recall who they're working with; so they worked on the
21   freshness algorithm, and I only heard it just in one
22   meeting.
23 Q. (By Mr. Hardt) And when was that meeting?
24 A. I don't recall exactly, but it should be in
25   2017.

1  Q. For any reason.
2  A. There could be many teams working on freshness
3    algorithms, yeah.
4  Q. So you just don't know one way or the other?
5  A. I mean, I have heard, like, for example --
6    let's see.
7    Some people might work on using image recognition
8    to see --
9    THE REPORTER: Using what?
10 A. -- image recognition to see the freshness of
11   the algorithm. That's one example.
12 Q. (By Mr. Hardt) And so an effort of Walmart, to
13   develop a freshness algorithm that involved image
14   recognition, would have been separate from the work
15   your team was doing?
16 A. Sorry. It's a little bit long. Do you mind
17   saying that again?
18 Q. You -- you said you've heard that others at
19   Walmart are --
20 A. Uh-huh.
21 Q. -- developing a freshness algorithm that
22   involves image recognition; right?
23 A. Uh-huh.
24 Q. Was that separate from the work you were
25   doing?

1  Q. And what was the scope of the project that
2    Tata was involved in that was discussed at the 2017
3    meeting?
4  A. I don't recall what was the scope because I
5    don't recall, like, what was even the project -- who
6    was the project done for, at that time.
7  Q. Do you recall generally about what it -- what
8    it was about?
9  A. Based on what I recall, it was related to
10   freshness. I don't recall exactly if -- if it was
11   predicting shelf life. It might be. It was mainly
12   just a knowledge share that we want to learn from them.
13 Q. What do you mean by "a knowledge share" at
14   Walmart? Is that a type of meeting?
15 MR. TULIN: Objection.
16 A. Yeah, I think, maybe, I didn't use the right
17   term. What I was trying to say is we were trying to
18   understand what they have done before.
19 Q. (By Mr. Hardt) And by "they," you mean what
20   Tata Consulting --
21 A. Correct.
22 Q. -- had done before --
23   Okay.
24 A. -- yeah.
25 Q. And because that would potentially be helpful

1   for you in -- in developing your freshness algorithm?
2   Is that why?
3   A.  That might be.
4   Q.  Did you consider the work of any other vendors
5   or consultants?
6   A.  I don't think I did.  I don't recall.  Sorry.
7   Q.  So you may have.  You just don't recall
8   sitting here today?
9   A.  Correct.
10  Q.  You said earlier you have a new team member
11  that's going to start in a couple of weeks; right?
12  A.  Correct.
13  Q.  So if -- if she was going to become involved
14  in working on the freshness algorithm, what would you
15  do to get her up to speed on -- on that initiative?
16  MR. TULIN:  Objection to form.
17  You can answer.
18  A.  Basically, what we were talking about:  The
19  ways that we do to work on the algorithm.
20  Q.  (By Mr. Hardt) Would you have any
21  documentation that you would show her?
22  A.  Do you mean I would have some now or is
23  something that I should have?  Sorry.
24  Q.  Do you already have some documents in your
25  files from your past work in 2017 that you would use to

1   get her up to speed?
2   A.  There might be since it's 2017 work.
3   Q.  What types of information would that be?
4   Or let me rephrase that.
5   What type of documents would that be?
6   A.  Since I don't recall very well, I -- I don't
7   know how to say to be exact.  It can be a PowerPoint,
8   or it can be PDF.
9   Q.  Have you ever heard anybody at Walmart refer
10  to the data lake for the fresh food initiative?
11  A.  I heard about data lake.  If I recall
12  correctly -- I -- I actually don't recall exactly if
13  there is a relationship between data lake and the fresh
14  initiative.
15  Q.  What's your understanding of what the data
16  lake is?
17  A.  Data lake is basically a central location to
18  store all the data.
19  Q.  What data do you mean when you say "all the
20  data"?
21  A.  It could be any type of data related to
22  Walmart business; so sales data or, I mean -- or
23  transportation data.  It can be any type.
24  Q.  It could also be data about the sensor data
25  collected in the cold chain process; right?

1   MR. TULIN:  Objection; form.
2   You can answer.
3   A.  I don't know if I would agree because I don't
4   recall if it was considered as part of the data lake
5   since I don't recall exactly the relationship between
6   data lake and this work.
7   Q.  (By Mr. Hardt) Okay.  So sensor data for the
8   cold chain process would be stored somewhere; right?
9   A.  It has to be stored somewhere.
10  Q.  Okay.  And you don't recall whether it was
11  stored in the data lake or somewhere else; right?
12  A.  I don't recall.
13  Q.  Can you describe the system architecture of
14  the system that handles the upload and processing of
15  the data collected from the cold chain sensors?
16  A.  I don't think I will be able to describe that
17  well.
18  Q.  Do you know who would be able to describe
19  that?
20  A.  Sorry.  My role is mainly focusing on
21  algorithms; so I don't think I know exactly who.
22  Q.  Well, in developing the algorithm, wouldn't
23  you need to know how the data is processed and received
24  by the system?
25  A.  We don't need to know everything in depth.

1   Q.  So do you know how the system architecture
2   operates at a general level?
3   A.  Can you -- can you say that question again?
4   Q.  You say, to develop the algorithm, you don't
5   need to know everything in depth --
6   A.  Uh-huh.
7   Q.  -- but would you know how the system
8   architecture works at a general level, even if it's not
9   an in-depth understanding?
10  MR. TULIN:  Objection to form.
11  You can answer.
12  A.  I may have a high-level understanding but not
13  necessarily an architecture perspective understanding.
14  Q.  (By Mr. Hardt) Okay.  That's fair.
15  So what is your high-level understanding?
16  A.  So high-level understanding would be there is
17  a process to collect the data.
18  Sorry.
19  There is a process to collect data, and we will
20  receive the data and -- to be able to do the algorithm
21  development.
22  Q.  And how is the data collected?
23  MR. TULIN:  Objection; form.
24  You can answer.
25  A.  I don't recall exactly, but what I can recall

1    it can be collected many technologies. Maybe like --
2    sorry.
3    I don't recall exactly.
4    Q. (By Mr. Hardt) Okay. Do you know what format
5    the data would come -- let me rephrase that.
6    To develop the algorithm, would you need to know
7    what format the data is collected in?
8    A. Would I need to know?
9    Q. Uh-huh.
10    A. Yes, I need to be aware what type of data I'm
11    going to explore.
12    Q. Do you need to be aware of what the format of
13    the data that you're exploring is?
14    A. Sorry. I don't understand this question very
15    well, because if we see the data, then we will be aware
16    what type of the data it is.
17    MR. HARDT: We've been going about an hour. I
18    think this is a good point for a break. Does that
19    work?
20    THE WITNESS: Uh-huh.
21    MR. TULIN: Sure.
22    THE VIDEOGRAPHER: We're going off the record
23    at 10:02 a.m.
24    (A recess is taken.)
25    THE VIDEOGRAPHER: We are back on the record

1    but I presented the results and express my opinion.
2    Q. Okay. But on a day-to-day basis, you didn't
3    have any interaction with the result -- with Zest;
4    right?
5    A. I don't recall.
6    Q. What was the date of your last interaction
7    with Zest?
8    A. Sorry. Can you say that again?
9    Q. What -- what date did you last interact with
10    Zest?
11    A. I -- I don't recall. Sorry.
12    Q. Okay. Did you ever meet any employees from
13    Zest?
14    A. I don't recall.
15    Q. Would you have had any reason to meet with
16    employees of Zest in your role in developing the
17    freshness algorithm?
18    A. Do you mind rephrase?
19    Q. Did you have any reason or need to meet with
20    employees of Zest in developing your Walmart freshness
21    algorithm?
22    A. Not necessarily.
23    Q. Okay. During 2017, when you began working on
24    this cold chain initiative, what percentage of your
25    time was devoted to working on that?

1    at 10:12 a.m.
2    Q. (By Mr. Hardt) Mr. Li, have you ever heard of
3    a company called Zest Labs?
4    A. Yes.
5    Q. Okay. When did you first become aware of Zest
6    Labs?
7    A. I don't recall exactly. During the project.
8    Q. Okay. So at some point during 2017?
9    A. Yes.
10    Q. Okay. And what's your understanding of the
11    business that Zest Labs is in?
12    A. I don't know exactly, but I know Zest Labs
13    provides some of the data for this project.
14    Q. Okay. When you first interacted with Zest
15    Labs, would your position at Walmart have been the same
16    as it is now?
17    A. No.
18    Q. What was your position then?
19    A. So director for data science. At that time,
20    my role was supporting merchandising and the supply
21    chain.
22    Q. Were you ever involved in the evaluation of
23    Zest technology or its sensors, software, anything like
24    that?
25    A. I don't know if I can call it "evaluating,"

1    A. I can't be 100 percent accurate, but I would
2    say 20 to 30 percent of time at most.
3    Q. Okay. So less than a third -- third of your
4    time? Is that fair?
5    A. That's fair.
6    Q. Okay. So I'm handing you what the court
7    reporter is marking as Exhibit No. 130.
8    (Plaintiff's Exhibit No. 130 is marked for
9    identification.)
10    A. Okay.
11    Q. I think you testified earlier that you became
12    involved in the cold chain initiative at some point in
13    late 2017.
14    This email chain is from August 2017; so would
15    this be reflective of your involvement in the cold
16    chain initiative?
17    A. So it's 2017. I don't know if I would
18    say or not late.
19    Q. Okay.
20    A. So, I mean, this August 24 -- it could be part
21    of my involvement, at that time.
22    Q. And the first email in this chain --
23    A. Uh-huh.
24    Q. -- from Terri Shiery --
25    A. Yes.

1   Q. -- at 3:07 p.m. on the 24th -- do you see

2      that?

3   A. Yes.

4   Q. It's directed to Bk Vasan --

5   A. Yes.

6   Q. -- and she writes, "In the flow quarterly

7      prioritization meeting, the fresh flow business team

8      requested that we submit a request to your team for

9      development of an algorithm that will calculate

10     estimated freshness remaining for a product."

11   A. Uh-huh.

12   Q. Do you see that?

13   A. Correct.

14   Q. Who's Bk Vasan?

15   A. Bk Vasan is one of the director that reports

16     to Linda.

17   THE REPORTER: "That reports to..."

18   THE WITNESS: Linda Vytlacil

19   THE REPORTER: Okay. That's what you.

20   Q. (By Mr. Hardt) And so do you work with Bk?

21   A. Depends on the definition of "working with Bk"

22   Q. All right. You -- you both report to Linda;

23     right?

24   A. Correct.

25   Q. Okay. So do you consider yourself sort of

1     peers at the same level reporting up to Linda?

2   A. Correct.

3   Q. Okay. What is Bk's role?

4   A. At that time, if I recall correctly, he was

5     responsible for supply chain, but he was transitioning.

6   Q. What was he transitioning to?

7   A. Let me try to think of the right term to say

8     that.

9     It's more like trending or organization -- okay.

10     Sorry.

11     I think at that time it's more like trending or

12     organization development or -- or I -- I also remember,

13     maybe, something like special projects or something,

14     yeah.

15   Q. But something that wouldn't be related to the

16     cold chain project; is that right?

17   A. That's my understanding.

18   Q. Okay. So did you eventually become involved

19     in this effort to calculate estimated freshness

20     remaining for a product?

21   A. I became involved --

22   Q. Okay.

23   A. -- but not necessarily became involved since

24     this email; so I don't know exact time.

25   Q. Okay. The next sentence says, "Stephen

1     Steele, of the data and analytics team, has been

2     working for months on developing a proof of concept."

3     Do you understand -- do you have an understanding

4     of who else on the data and analytics team would have

5     been involved in that?

6   A. I don't have understanding for that. I only

7     know about Stephen Steele on this work.

8   Q. Ms. Shiery then says, "We feel it's now time

9     to transition to the data platform team to ensure we

10     have a scalable, production-ready solution to support

11     recommendations coming out of the cold chain compliance

12     evaluation."

13     Do you see that?

14   A. Yes.

15   Q. Okay. Who is the data platform team?

16   A. So, first, when people use term, it's not

17     necessarily the exact term.

18     At that time, we are part of the global data and

19     analytics platform team. That's what -- that's the

20     name; so that basically means our organization.

21   Q. And by your organization, do you mean the

22     organization that's reporting up to Linda?

23   A. Linda's organization is part of this

24     organization.

25   Q. Okay. And that included you; right?

1   A. Yes.

2   Q. Okay. And then at the end of the sentence, it

3     says -- she -- she wants your team to support

4     recommendations coming out of the cold chain compliance

5     evaluation.

6     What is the cold chain compliance evaluation?

7   A. For this specific email, I don't have exact

8     understanding of this context here.

9   Q. Okay. Do you have a general understanding of

10     what she was likely referring to?

11   A. I don't think I can say it accurately.

12   Q. Okay. So you -- it would be fair at least to

13     say you weren't part of the cold chain evaluation --

14     cold chain compliance evaluation; right?

15   A. I need to know what's the definition of "the

16     cold chain compliance evaluation" to answer that

17     question.

18   Q. Okay. But to your knowledge, sitting here

19     today, you don't believe you were part of that cold

20     chain compliance evaluation team; right?

21   A. I --

22   MR. TULIN: Objection; form.

23   You can answer.

24   A. Yeah, again, I -- I need to know what exactly

25     is cold chain compliance evaluation? What that does

1      entail?
2    Q. (By Mr. Hardt) Okay. Well, the next sentence
3      says, "The cold chain compliance evaluation and DC
4      pilot will continue through the end of January."
5      So do you -- do you know what the DC pilot she's
6      referring to is?
7    A. Only some high-level understanding.
8    Q. So you weren't directly involved in the DC
9      pilot; right?
10   A. Correct.
11   Q. Okay. Then she writes, "The decision to
12     either purchase the service contract from the vendors
13     to calculate freshness or to use the freshness
14     algorithm that we're asking your team to develop needs
15     to be made in December."
16     Do you see that?
17   A. Yes.
18   Q. Okay. So your team would be creating that
19     internal algorithm; right?
20   A. Do you mind saying that question again?
21   Q. Sure.
22     She says, "The decision to either purchase a
23     service contract" --
24   A. Uh-huh.
25   Q. -- "from vendors to calculate freshness" --

1    A. Uh-huh.
2    Q. -- "or to use the freshness algorithm that
3      we're asking your team to develop" --
4    A. Uh-huh.
5    Q. -- "needs to be made in December"; right?
6    A. So, first, to answer the question you had
7      earlier, during my involvement, it would be my team to
8      develop the algorithm.
9    Q. Okay. So even though this -- this email's
10     directed at Bk, it's ultimately your team that's --
11     that's working on this freshness algorithm that she's
12     referring to; right?
13   A. During my involvement, yes.
14   Q. Okay. And then at the top of the chain,
15     Nikhil Cherian adds you to the email chain. Do you see
16     that?
17   A. Yes.
18   Q. It says "plus Mingming"?
19   A. Yes.
20   Q. Do you have any understanding of why Nikhil
21     Cherian would have added you to this chain?
22   A. I think that he was aware that I'm going to be
23     part of this project.
24   Q. So you had already at least spoken to Nikhil
25     about being involved in the project prior to this --

1      prior to August 24th; right?
2    A. I don't recall exactly, but I guess so.
3    Q. And then Nikhil writes, "Bk, just to clarify
4      one thing, the algorithm that Stephen is working on is
5      in the very early stages of development and will need
6      data scientist and data engineer support to work
7      together."
8      Do you see that?
9    A. Yes.
10   Q. Were you working with Stephen Steele already
11     at this point?
12   A. I don't think so.
13   Q. So you likely began working with Stephen
14     Steele at some point after this email; right?
15   A. Sorry. I don't recall exactly.
16   Q. Okay. But you think it's most likely the case
17     that your -- the majority of your work with Stephen
18     Steele would have come after this email chain?
19   A. I can only say most likely.
20   Q. Okay. Did you understand that you were coming
21     in to take over the algorithm development from Stephen
22     Steele?
23   A. What do you mean by "take over"?
24   Q. Were you going -- were you and your team going
25     to replace Stephen Steele in developing this internal

1      algorithm?
2    A. I don't think so. I will call it
3      "partnering."
4    Q. Partnering.
5    Q. Okay. So you and your team were coming in to
6      assist or, to use your term, partner with Steve Steele,
7      and you'd be working alongside him; right?
8    A. Correct.
9    Q. Okay. And Nikhil's email says, "The team will
10     need data scientist and data engineer support."
11     What's the difference between a data engineer and
12     a data scientist?
13   A. In simple term, I would say data scientist is
14     focusing developing the algorithm. Data engineer is
15     focusing on building system to support any process
16     related to data.
17   Q. And what the court reporter caught was, "Data
18     engineer is focused on booting the system"? Is that
19     the right phrase?
20   A. Booting system?
21   Q. I -- I think -- I think we misrecorded what
22     you said.
23     You said, "In simple terms, I would say a data
24     scientist is focusing development" --
25   A. Building. Building. Sorry.

1  Q. Okay.
2  A. So for building systems related to data.
3     MR. TULIN: Building, B-U-I-L-D-I-N-G.
4  Q. (By Mr. Hardt) And so your team would have
5     fallen under the umbrella of the data scientist's term;
6     right?
7  A. Yes.
8  Q. And who would the data engineer be?
9  A. You mean which person?
10 Q. Which person or which team, if it was more
11    than one person?
12 A. I don't recall exactly, but I'm pretty sure
13    there are some data engineers related.
14 Q. Would you consider Stephen Steele a data
15    scientist?
16 A. By that question, do you mean consider him
17    with a title of data scientist?
18 Q. Under the meaning here on the -- you know,
19    when it says, "The team will need a data scientist," do
20    you consider Stephen Steele to be one of the data
21    scientists on the team, or does he have a different
22    role?
23 A. If only talking about his role, he's not the
24    data scientist.
25 Q. What's your understanding of how Stephen

1     Steele fit into this team for developing the algorithm?
2  A. His role was a business lead, and also, he
3     started this process for -- I mean, for the process and
4     the data and analytics.
5  Q. And how would you describe Nikhil Cherian's
6     role in this effort of partnering together to develop
7     the freshness algorithm?
8  A. My understanding is he's one of the business
9     lead for fresh flow.
10 Q. And while we're going through the names, how
11    about Terri Shiery? Who is she?
12 A. I don't recall exactly because I can't
13    differentiate her and Denise very well. They are
14    either business engagement or program management.
15 Q. What do you mean by "business engagement"?
16 A. It's just, basically, in technology
17    organization, there is a team working things like --
18    looks like program management.
19 Q. So would it be fair to say that the person in
20    that role would be managing the overall technology
21    project?
22 A. I won't call it "managing the project." It's
23    more about managing the program. In other words, this
24    person may not necessarily be a project manager.
25 Q. What do you mean when somebody is managing the

1     program? What...
2  A. Sometime it could be the relationship.
3     Sometime it could be the coordination of the meeting,
4     yeah.
5  Q. So would you view that -- a person in that
6     role as sort of assisting and facilitating the overall
7     program?
8  A. That's possible.
9  Q. Okay. If that's one possibility, what are the
10    other possibilities for a person in that role?
11 A. So only say I don't think I can answer it very
12    well because I don't think at that time a lot of these
13    roles are well defined.
14 Q. And -- and you don't have a specific
15    recollection of exactly what Terri Shiery was doing in
16    this overall program; right?
17 A. I felt Terri and Denise are more like the
18    people coordinating things. That's just my
19    understanding.
20 Q. Okay. Who is Rodney Greenfield?
21 A. I'm pretty sure he's the director for business
22    engagement.
23 Q. And what is your understanding of a director
24    for business engagement?
25 A. I won't say my understanding will be accurate

1     since it's more like their organization definition, but
2     I merely consider him as a leader of all those program
3     managers.
4  Q. Okay. So he's not in charge of supply chain
5     or -- or fresh or anything. He's more just in charge
6     of organizing the program managers?
7  A. What do you mean by "in charge"?
8  Q. He's -- he oversees the program managers?
9  A. He definitely oversees those program managers.
10 Q. Okay. I'm handing you what's been marked as
11    Exhibit 131.
12    MR. HARDT: Or is it 130?
13    MR. SIMONS: It's 131.
14    MR. TULIN: 131.
15    MR. HARDT: 131.
16    Ed, I'll hand you a copy.
17    MR. TULIN: Thanks.
18    (Plaintiff's Exhibit No. 131 is marked for
19    identification.)
20 Q. (By Mr. Hardt) Do you recognize this document?
21 A. I'm sorry. I'm still reading it.
22 Q. Okay. Take your time.
23 A. Okay.
24 Q. So this is an email from September 20th of
25    2017 that Nikhil Cherian forwards to you. Do you see

| 2019-05-23 | Li, Mingming | Page 62 |
|---|---|---|

1  that?
2 A. Yes.
3 Q. And at the bottom, it's sent by Tiffany
4  Benitez to Nikhil Cherian, Manish Pandey, Akilah
5  Givens on September 19th. Do you see that?
6 A. Yes.
7 Q. Who is Tiffany Benitez?
8 A. She -- she was a product manager from global
9  data analytics platform organization. I would just
10  call it "GDAP."
11 Q. And GDAP stands for global data analytics
12  platform?
13 A. Yes.
14 Q. And do you know who Manish Pandey is?
15 A. I don't recall.
16 Q. Okay. Do you recall who Akilah Givens is?
17 A. If I recall correctly, she was one of the
18  leaders for data lake work.
19 Q. I know it's a little hard to read, but if you
20  turn to the attachment --
21 A. Uh-huh.
22  Page 1 or page 2?
23 Q. The first page --
24 A. Okay.
25 Q. -- of the attachment.

| 2019-05-23 | Li, Mingming | Page 63 |
|---|---|---|

1 A. Yes.
2 Q. A couple of rows down you've got a box that
3  says "Fresh Flow Product," and then it's -- the
4  overview points to all the columns below it. Do you
5  see that?
6 A. Fresh flow...
7 Q. I think you've just about got your finger on
8  it.
9 A. I see fresh data, fresh specific -- oh, fresh
10  flow product. Sorry.
11 Q. Right.
12 A. Yeah.
13 Q. All right. Do you -- do you know what Nikhil
14  and Tiffany are referring to when they are talking
15  about fresh flow product in this spreadsheet?
16  MR. TULIN: Objection; form.
17  You can answer.
18 A. Based on my personal understanding, I would
19  say that's an end-to-end product for fresh flow
20  initiative.
21 Q. (By Mr. Hardt) Okay. And the first column
22  here, underneath that on the -- on the left, says,
23  "B1 - identify fresh days of life algorithm."
24  Do you see that?
25 A. Yes.

| 2019-05-23 | Li, Mingming | Page 64 |
|---|---|---|

1 Q. Okay. And it looks like there's a total of
2  about $838,000 in salaries assigned to that project;
3  right?
4 A. Yes.
5 Q. And let me ask you --
6 A. Sorry. It looks like there are dollars
7  assigned to it, but I won't agree that's what exactly
8  was assigned to it, because sometimes when we receive
9  this kind of form, it is planning, and planning may not
10  be necessarily the outcome.
11  And for this one, I don't know exactly if it's
12 ' already outcome or if it's -- yeah.
13 Q. So this may still be a planning document, but
14  at least at the time that this was created, that would
15  have been the plan for allocation of -- budget
16  allocation for that aspect of the project; right?
17 A. What I can say is it can be a plan, or
18  sometime it can be hypothetically.
19 Q. Okay.
20 A. So based on this email, I -- I can't tell if
21  it's hypothetically or if it's a plan.
22 Q. So whether it's a hypothetical or a plan
23  underneath that --
24 A. Uh-huh.
25 Q. -- it looks like there's eight boxes; so eight

| 2019-05-23 | Li, Mingming | Page 65 |
|---|---|---|

1  individuals that would be assigned to that project. Do
2  you see that?
3 A. Yes.
4 Q. Do you know whether eight individuals were
5  ultimately assigned to work on the develop freshness
6  algorithm?
7 A. I don't know the context very well in this
8  specific part; so I can't...
9 Q. In your experience in working to identify the
10  freshness algorithm at Walmart, do you think you had
11  more than eight people or fewer than eight people
12  working on that project?
13 A. For this project, at that time, we were still
14  identifying people; so we actually don't have a count;
15  and also, we talk about that we need to explore the
16  data, understand the problem first.
17 Q. During the time period that you were involved
18  in this project, how many people were involved in
19  identifying or -- or creating a freshness algorithm?
20 A. I won't say it's creating the algorithm. At
21  that time, we just started to understand the problem
22  and explore the data since we were still identifying
23  people from Bangalore.
24  So I don't recall exactly how many from Bangalore
25  side, but in Bentonville, Lauren Shore is what I

1    remember clearly -- was working on it -- "working on
2    it" meaning try to gather the data and understand the
3    problem.
4    Q.  All right.  And you don't have a recollection
5    of exactly how many in Bangalore but Mohit would have
6    been at least one person in Bangalore working on this;
7    right?
8    A.  So Mohit would be the one to be working on it,
9    but I can't recall if he really got the data and start
10   exploring it before I transitioned off the project.
11   Q.  But at some point, he would have gotten the
12   data and began the exploration of the data; right?
13   A.  I wouldn't say he will definitely get -- got
14   it at that time because -- sorry -- I didn't go back to
15   the project; so I don't know, after I transitioned off,
16   what happened to it.
17   Q.  Okay.  At the time you transitioned off, was
18   Mohit or -- or the -- let me rephrase that.
19   At the time you transitioned off, was the
20   Bangalore team still working on the freshness algorithm
21   project?
22   A.  They were supposed to be working on it.
23   Q.  Okay.  At that time, do you know if Stephen
24   Steele was still working on the project?
25   A.  Yes.

1    Q.  Okay.  And at that time, was Nikhil Cherian
2    still working on the project?
3    A.  Yes.
4    Q.  At that time, do you recall if anybody else
5    was working on the project?
6    A.  Basically, Denise.  Terri.
7    That's -- sorry.  I don't recall the other people.
8    Q.  At the time you transitioned off the project,
9    would Lauren Shore -- it was Lauren Shore; right?
10   A.  Correct.
11   Q.  At the time you transitioned off the project,
12   would Lauren Shore have also transitioned off the
13   project?
14   A.  I'm not her manager; so I actually didn't know
15   what happened afterward; so I cannot answer exactly.
16   Q.  So you don't know one way or the other whether
17   she was --
18   A.  Correct.
19   Q.  -- still working on the project?
20   If you turn back to the cover email, at the
21   bottom, Tiffany says, "Here's the updated numbers on
22   prioritized scenario."
23   Do you see that?
24   A.  Yes.
25   Q.  And so is it -- is it your understanding that

1    Nikhil and Tiffany were trying to prioritize the
2    project for identifying the freshness algorithm, at
3    this time?
4    MR. TULIN:  Objection; form.
5    You can answer.
6    A.  I don't know who is defining the priority; so
7    I don't know.
8    (Plaintiff's Exhibit No. 132 is marked for
9    identification.)
10   Q.  (By Mr. Hardt) I'm handing you what's been
11   marked as Exhibit 132.  Do you recognize this document?
12   A.  Yes.
13   Q.  What is it?
14   A.  This is a note I took.
15   Q.  Okay.  And was it a note you took in -- from a
16   meeting or phone call or just took your own note?
17   How did it originate?
18   A.  I don't recall exactly, but I think it's a
19   meeting with Rodney.
20   Q.  Okay.  And the date of this is September 18th;
21   is that correct?
22   A.  The date of this note is September 18.
23   Q.  Okay.  So does this likely reflect a meeting
24   or a call you had with Rodney Greenfield on September
25   18th, 2017?

1    A.  Yeah, as I mentioned, that might be a meeting
2    with him.
3    Q.  Okay.  And underneath, you say "four to six
4    weeks early October."
5    Do you see that?
6    A.  Yes.
7    Q.  What did you mean when you wrote "four to six
8    weeks early October"?
9    A.  Sorry.  I don't recall exactly.
10   Q.  Do you believe that's a time frame for the
11   project?
12   A.  No, that can't be the time frame for the
13   project.
14   Q.  Underneath that, it says, "Denise hope by end
15   of contract with supplier we should have the algorithms
16   ready."
17   Do you see that?
18   A.  Yes.
19   Q.  Do you know what she means when she says "the
20   end of the contract with supplier"?
21   MR. TULIN:  Objection to form.
22   You can answer.
23   Q.  (By Mr. Hardt) Let me -- actually, that's a
24   fair objection.  Let me rephrase that.
25   What did you mean when you wrote, "Denise hopes by

1   the end of the contract with supplier"?

2   A. Since it's 2017, I don't know what exactly the

3   context was. I do say is, hopefully, by end of the

4   contract, we'll have some algorithm ready.

5   Q. So the hope was that, by the end of that

6   contract period, you would have an internally-developed

7   Walmart algorithm ready; right?

8   A. Yes.

9   Q. Okay. Underneath that, you say, "Rahul stay

10   involved from at least data perspective."

11   Do you see this?

12   A. Yes.

13   Q. Who is Rahul?

14   A. Rahul Chowdhury. If I recall correctly, he

15   was Stephen Steele's manager. I mean, he was a

16   director.

17   Q. And what did you mean when you said he would

18   stay involved from at least a data perspective?

19   A. Yes; so we are the data science team; so we

20   should be responsible for the algorithms; so Rahul's

21   team was responsible for data and analytics, but they

22   could be sometime viewing some algorithms, but we need

23   to be responsible for that; so we're emphasizing that

24   they should focus on data.

25   Q. So Nikhil reports to Rahul; right?

1   A. No.

2   Q. No?

3   Excuse me.

4   I think you said Stephen Steele reports to

5   Rahul --

6   A. Yes.

7   Q. -- is that correct?

8   Okay.

9   A. That's what I can recall.

10   Q. And so Rahul would stay involved from a data

11   perspective, but Nikhil would still be the main driver

12   of the project. Is that what your note reflects?

13   A. So Nikhil -- my understanding -- is a business

14   lead. That's what I call the "driver."

15   Rahul's team is the data analytics team.

16   Q. And so would it be the case that either Nikhil

17   or Rahul's team would then provide you with, for

18   example, the types of data that they need to collect

19   and -- and use in the freshness algorithm?

20   A. Yes.

21   Q. What else do you recall about this meeting

22   with Rodney Greenfield in September of 2017?

23   A. First, I don't know if the meeting was exactly

24   that date. I don't recall anything else.

25   Q. So when it's -- when we have a date and time

1   stamp on this note, is that -- does that reflect when

2   you took the note?

3   A. I think so.

4   Q. Okay.

5   A. Well, sometime I may just forgot, or I may put

6   note from one place to another; so maybe.

7   Q. Okay. How was this note taken? Do you have a

8   note-taking program or some --

9   A. OneNote. Microsoft OneNote.

10   Q. Do you know if you have any other notes in --

11   in your files that relate to the cold chain project?

12   A. So I did my search on OneNote. That's the

13   only note I saw.

14   And I did my search in email. I didn't see any

15   other notes.

16   Q. So when did you do that search?

17   A. Just various times.

18   Q. Okay. Did you do that search as part of your

19   ordinary course of business, or did you do that search

20   in preparation for this deposition?

21   A. It can be either way.

22   Q. But when you did the search to find this

23   particular document, did you do that in your ordinary

24   course of business because you -- you still have a

25   reason to look for materials like this, or did you do

1   it because we're preparing for this deposition?

2   A. For this note, it's because we were preparing

3   for this deposition.

4   Q. Okay.

5   THE REPORTER: 133.

6   (Plaintiff's Exhibit No. 133 is marked for

7   identification.

8   Q. (By Mr. Hardt) I'm going to hand you what's

9   marked as Plaintiff's Exhibit 133.

10   MR. TULIN: Thank you.

11   A. I finished reading through the document at

12   high level, but later, if there are some specific

13   question, I may need to read it in more detail.

14   Q. (By Mr. Hardt) Of course. I think that's all

15   that's necessary for now.

16   A. Uh-huh.

17   Q. So this appears to be a email chain between

18   you and Nikhil Cherian from September 19th, 2017. Do

19   you see that?

20   A. Yes.

21   Q. Okay. And at the bottom of the email chain,

22   it looks like it originates with you sending a calendar

23   invite for a lunch block on September 8th, and you're

24   trying to schedule a lunch meeting from -- on September

25   20th. Do you see that?

1  A.  Yes.
2  Q.  Okay.  Why were you scheduling a lunch meeting
3      with Nikhil Cherian?
4  A.  To have an understanding of the area that I'm
5      going to be working in.
6  Q.  So is this still the beginning of your
7      involvement in developing the freshness algorithm?
8  A.  I won't say it's necessarily the beginning of
9      developing the algorithm but more like beginning of the
10     involvement in this area.
11 Q.  Okay.  The -- relatively early in the process
12     of working with Nikhil on this -- in this area --
13 A.  Yes.
14 Q.  -- is that right?
15     And up above -- then you -- it looks like you
16     reply on September 19th and say, "Hi, Nikhil, in this
17     lunch meeting, can we also discuss on next year fiscal
18     year '19 fresh strategy."
19     Do you see that?
20 A.  Yes.
21 Q.  Okay.  Why did you need to understand what the
22     plan was for fiscal year fresh -- '19 fresh strategy?
23     MR. TULIN:  Objection; form.
24     You can answer.
25 A.  To get into the area, it's always good to

1      understand the strategy.
2  Q.  (By Mr. Hardt) And what do you mean about --
3      when you say "fresh strategy," how do you define, in
4      your mind, that area?  What is -- what do you mean by
5      "fresh"?
6  A.  It's just very high level, meaning the
7      strategy about the company will do for the fresh area,
8      but for this specific case, I would say that's for
9      supply chain.
10 Q.  And is this specific to the freshness
11     algorithm project?
12 A.  Not necessarily.
13 Q.  Okay.  So this is just broad overview of the
14     fresh area for Walmart?
15 A.  Yes.
16 Q.  Okay.  Underneath, you say, "We're working on
17     AOP."
18     By "AOP," do you mean annual operating plan?
19 A.  Yes.
20 Q.  Okay.  So, "We're working on AOP now, and you
21     are the best person to discuss on fiscal year '19 fresh
22     flow."
23     Why did you believe that Nikhil was the best
24     person -- person to discuss fresh flow with?
25 A.  Because my VP told me -- Linda --

1      THE REPORTER:  Who?
2  A.  -- Linda Vytlacil.
3      THE REPORTER:  Your AP?
4      THE WITNESS:  VP.
5  Q.  (By Mr. Hardt) And what was the annual
6      operating plan you were working on then?
7  A.  It's basically about how many people we should
8      have in certain initiatives.
9  Q.  And one of those initiatives would have been
10     development of the freshness algorithm?
11 A.  Yes.
12 Q.  Were there any other initiatives you were
13     working on that would have been related to fresh flow?
14 A.  There could have been, but fresh -- but the
15     fresh algorithm was the only one I remember I was
16     involved with.
17 Q.  So when you're asking Nikhil about the overall
18     fresh strategy, is it -- is it fair to say that one of
19     the things you were trying to understand was all the
20     areas that the freshness algorithm development would
21     touch on and the overall fresh strategy?
22 A.  No.  It's just merely to understand the fresh
23     strategy.
24 Q.  And then at the top, Nikhil says, "There are
25     three main pillars on the business strategy.  Details

1      in attachment," and then there's the tech end-to-end
2      system strategy.
3      Do you see that?
4  A.  Yes.
5  Q.  Okay.  Do you know why Nikhil forwarded you
6      these particular documents?
7      And I know you briefly skimmed them.
8  A.  It's to -- basically, what we talk about: to
9      understand the strategy so that I can know what I can
10     do to help.
11 Q.  Okay.  And then the...
12     The fourth bullet underneath says --
13 A.  Uh-huh.
14 Q.  -- "Start E to E technology."  I assume that
15     means end-to-end technology?
16 A.  I guess so.
17 Q.  Okay.  And then he says, "There's two
18     attachments," on that front"; right?
19 A.  Yeah, it says, "There are two attachments."
20 Q.  So what do you recall about this conversation
21     with Nikhil at the lunch block?
22 A.  What I recall was just merely talking with
23     him, understand the business, and understand what we
24     could potentially do to help.
25 Q.  And so these two attachments that he sent in

| 2019-05-23 | Li, Mingming | Page 78 |
|---|---|---|

1   advance of that meeting about the end-to-end
2   technology -- were those the attachments that outlined
3   the plans for Walmart on the end-to-end technology?
4   A. It could be, but sometime -- you know, some of
5   the things are not necessarily the plan. Could be
6   hypothetically.
7   Q. Okay. But at least for discussion purposes,
8   they were an outline of the -- the general plan; right?
9   A. It depends on the definition of "the plan."
10  Sometime some of the plan people need to execute on.
11  Sometime some of the plan are for people to review and
12  decide if they want to execute.
13  Q. Okay. Let's turn to the first attachment, and
14  on the -- by the way, do you see on the bottom -- it'll
15  have these little numbers on the bottom right? It says
16  "WM00" and then ends in 28?
17  A. Yes.
18  Q. Okay. So those are called "Bates numbers."
19  It's just what lawyers call these numbers. Every
20  document has a unique identifier; so --
21  A. Okay.
22  Q. -- if during the day I start talking about
23  Bates numbers, this is what I'm talking about.
24  A. Bates number?
25  Q. Bates number.

| 2019-05-23 | Li, Mingming | Page 79 |
|---|---|---|

1   A. B-A-S-E; right?
2   Q. B-A-T-E-S.
3   A. Oh, B-A -- Bates.
4   Okay. B-A-T-S-E (verbatim). Thank you.
5   Q. So if we look at the bottom right of this one,
6   it says "WM00122828." That's the one I'm looking at.
7   Do you see --
8   A. Okay.
9   Q. -- that one?
10  A. Yeah.
11  Q. This document's titled "U.S. Fresh Flow Legacy
12  Intro." Do you have any understanding of what
13  discussion you had with Nikhil about this document?
14  A. I can't recall in detail, but high level --
15  it's about our fresh flow strategy -- what -- what it
16  was like.
17  Q. Okay. If you'd turn to the first page -- or
18  the next page --
19  A. Uh-huh.
20  Q. -- on the top, it says -- the one that says
21  "Vision: Be the store with the freshest product." Do
22  you see that one?
23  A. Yes.
24  Q. Okay. Underneath, it says "guiding
25  principles," and it has four boxes.

| 2019-05-23 | Li, Mingming | Page 80 |
|---|---|---|

1   Are these the guiding principles for how Walmart
2   was planning to sort of set up its fresh flow systems?
3   MR. TULIN: Objection to form.
4   You may answer.
5   A. I didn't make the deck; so I can't say for
6   that.
7   Q. (By Mr. Hardt) Based on your conversation with
8   Nikhil, did you understand whether those were sort of
9   the guiding principles for the overall strategy?
10  A. I don't recall we focus on this specific part.
11  Q. Okay. Do you recall if you focused on any
12  particular part?
13  A. We might be, but I don't recall we were
14  driving the conversation based on this four.
15  **Q. The next slide on Bates page that ends in**
16  **830 -- do you see that one?**
17  **A. Uh-huh.**
18  **Q. So this is listing, as -- as I see it,**
19  **Walmart's plans to develop a fresh supply chain.**
20  **At the top, it says, "How can we deliver an**
21  **efficient field to fork fresh supply chain that**
22  **delivers the freshest food possible to our customers?"**
23  **right?**
24  **A. Yes, that's the title.**
25  Q. Okay. And the left box underneath says

| 2019-05-23 | Li, Mingming | Page 81 |
|---|---|---|

1   "existing network causes waste."
2   Did you have an understanding at that time as to
3   whether Walmart's supply chain was creating waste
4   and -- and how?
5   MR. TULIN: Objection to form.
6   You can answer.
7   A. I don't have a detailed understanding of this.
8   I mean, supply chain can always have waste, naturally.
9   Q. (By Mr. Hardt) All right. So the three things
10  underneath -- the first one says, "Perishable items
11  don't move through the supply chain fast enough."
12  Second bullet says, "Flow built around EDLC, not
13  freshness," which, I assume, means everyday low cost;
14  is that right?
15  A. EDLC?
16  Yes, means --
17  Q. Okay.
18  A. -- everyday low cost.
19  Q. And -- and the third problem identifier -- the
20  third bullet is, "Waste is currently planned as an
21  unavoidable problem. It is built into forecasts and
22  buying."
23  So when --
24  THE REPORTER: Built into what? I'm sorry.
25  MR. HARDT: "Built into forecasts and buying."

| 2019-05-23 | Li, Mingming | Page 82 |
|---|---|---|

1    Q. (By Mr. Hardt) So was this the first time you
2        became aware of these three particular problems?
3        MR. TULIN: Objection; form.
4        You can answer.
5    A. Not necessarily.
6    Q. (By Mr. Hardt) Okay. When would you have
7        previously become aware of these problems?
8    A. I can't say for exact. We could have, like,
9        for example, company town hall meetings. Our CEO could
10       be talking about those kind of things.
11   Q. Okay. But understanding these three problems
12       was relevant to your project with Nikhil in developing
13       a freshness algorithm; right?
14   A. Not necessarily.
15   Q. If we look at the second box, the one that's
16       titled "Missing Cold Chain Flow Technology," the first
17       bullet says, "Sparse visibility to our cold chain
18       (temperature, humidity, et cetera) across growers,
19       distribution facilities, transit, stores..."
20       Do you see that?
21   A. Yes.
22   Q. Okay. So was it your understanding that part
23       of the flow initiative -- or fresh flow initiative was
24       to gain more visibility into these things in the cold
25       chain?

| 2019-05-23 | Li, Mingming | Page 83 |
|---|---|---|

1    A. Yes.
2    Q. Okay.
3    A. It's just my understanding.
4    Q. And the second one says, "Does not enable us
5        to make decisions on how to prioritize remaining life
6        causing big implications on waste and compliance."
7        Do you see that one?
8    A. Yes.
9    Q. Okay. Was it your understanding that part of
10       the -- or one goal of the fresh flow initiative was to
11       solve the problem of not being able to make decisions
12       to prioritize remaining life?
13   A. Sorry. I can't speak for that.
14   Q. Okay. Let me put it another way.
15   A. Uh-huh.
16   Q. I mean, one of the goals in developing the
17       freshness algorithm you were working on was to obtain
18       more visibility into shelf life; right?
19       MR. TULIN: Objection to form.
20       You can answer.
21   A. So you mean the algorithm we are trying to
22       develop is to be able to have visibility to the shelf
23       life. That's what you mean; right?
24   Q. (By Mr. Hardt) That's what I mean.
25   A. I won't call it "visibility." It's a

| 2019-05-23 | Li, Mingming | Page 84 |
|---|---|---|

1        prediction because the algorithm is for predicting
2        purpose.
3    Q. But your goal was to make the algorithm
4        accurate; right?
5    A. Yes. It also can be related to efficiency of
6        the algorithm.
7    Q. What can be related to efficiency of the
8        algorithm?
9    A. Sometime accurate algorithm could consume too
10       much resource to run.
11   Q. So your goal was to generate an algorithm that
12       would calculate the remaining shelf life of fresh food
13       at Walmart that would be as accurate as possible but
14       also efficient. Is that fair to say?
15   A. I would call it as a balance, yeah.
16   Q. So if it's super accurate but inefficient,
17       that's not good. If it's very efficient but not
18       accurate at all, that's not good either; right?
19   A. I agree.
20   Q. Okay. And so you needed information, and you
21       needed to evaluate the data in order to obtain that
22       balance. That was basically your team's job; right?
23   A. Yes.
24   Q. And if your team did your job efficiently, and
25       you had a way of calculating the amount of remaining

| 2019-05-23 | Li, Mingming | Page 85 |
|---|---|---|

1        shelf life for produce, then you would be able to help
2        other teams at Walmart have the ability to prioritize
3        produce based on remaining shelf life; right?
4    A. I won't say for that -- I won't be able to
5        speak for that, because at that time, my goal, at the
6        start of the project, was simply about building the
7        prediction algorithm; so this is a strategy presented
8        to me, but, sir, I cannot say for sure that's -- that's
9        what the outcome would be.
10   Q. Okay. So you talked a little bit about your
11       sort of strategy, I guess, if you -- let's turn to --
12       it's probably about 10 pages forward. It's the one
13       that ends in 122846. The title at the top says
14       "Continuous Cold Chain Measurement." Do you see that
15       one?
16   A. Yes.
17   Q. Okay. So the title reads, "Continuous cold
18       chain measurement throughout our supply chain will
19       enable Walmart to make decisions that reduce waste and
20       increase freshness."
21       What's your understanding of what it means when it
22       refers to cold -- continuous cold chain measurement?
23   A. My understanding is to have metrics along the
24       whole chain.
25   Q. And by "metric," you mean data points --

1  A. Yes.
2  Q. -- for example?
3     Okay. And was your plan to calculate the amount
4     of remaining shelf life at different points along the
5     supply chain, or were you -- was the plan just to do it
6     at one point?
7  A. So at that time, we actually didn't get a
8     chance to go into this kind of planning where we will
9     have the dates marked there; so it's merely exploring
10    so we could get there; so that's more like a hope.
11 Q. Got it.
12    So you were sort of evaluating and exploring the
13    possibilities --
14 A. Yes.
15 Q. -- so to speak?
16    Okay. So if you go to the next page, this is the
17    one that's titled "Modeling End of Life is a
18    Fascinating and Complex Agriculture Process and Data
19    Science Problem."
20    Do you see that one?
21 A. Yes.
22 Q. And then at the bottom -- it's the bottom --
23    so at the bottom, you see where it says "Walmart,
24    highly sensitive, internal use only," and then right
25    above that is a bubble that says "shelf life model"?

1  A. Yes.
2  Q. Okay. And then above that is a series of
3     factors and -- and inputs.
4     So are all these the factors and inputs into the
5     shelf life model that Walmart wanted to develop?
6     MR. TULIN: Objection to form.
7     Sorry. Go ahead.
8  A. Yeah, let me read through it.
9  Q. (By Mr. Hardt) Sure.
10 A. Do you mind saying the question again?
11 Q. Sure.
12    So at the bottom, it says "shelf life model" --
13 A. Yes.
14 Q. -- and then up above it has all these bubbles
15    that are, you know, factors and different
16    considerations into the shelf life model; right?
17 A. Uh-huh.
18 Q. So are -- are these the factors and inputs
19    that go into the shelf life model that Walmart was
20    planning to development?
21    MR. TULIN: Objection; form.
22    You can answer.
23 A. So I can't speak for Walmart, but from my
24    understanding, it could be, but there could be other
25    factors, and also, maybe, some of the factor will not

1     be used; so it's a possible.
2  Q. (By Mr. Hardt) Okay. So this -- put it
3     another way: This outlines the factors more or less
4     that were going in the shelf life algorithm, and then
5     as you continued to develop the algorithm, you might
6     use slightly different factors -- add some, remove
7     some; right?
8     MR. TULIN: Objection to form.
9     You can answer.
10 A. That's possible.
11 Q. (By Mr. Hardt) Well, Nikhil provided this to
12    you; so, you know, he knew you were the algorithm
13    expert, and you were going to be working on the
14    algorithm; right?
15    MR. TULIN: Objection; form.
16    You can answer.
17 A. You said Nikhil provided this deck to me;
18    right?
19 Q. (By Mr. Hardt) Yeah.
20    He forwarded all this to you; right?
21 A. I will say he consider me as a data science
22    lead --
23 Q. Okay.
24 A. -- yeah.
25 Q. And part of your role as a data science lead

1     was to also lead the team that was going to create the
2     freshness algorithm; right?
3  A. That was what we think we would be doing.
4  Q. Okay. And so -- and Nikhil was sort of more
5     in a business role in the overall project; right?
6  A. Based on what my understanding is, yes.
7  Q. Okay. So when you guys had this meeting, and
8     Nikhil forwards this to you, he's giving you sort of
9     the business requirements, so to speak; so that you had
10    everything that you would need to go use that and
11    develop an algorithm; right?
12    MR. TULIN: Objection to form.
13    You can answer.
14 A. No, it's not a business requirement. For that
15    meeting, it's more about understanding the business.
16 Q. (By Mr. Hardt) But he's providing you these
17    data points that are going to be, you know, starting
18    points used to build -- at least start building the
19    algorithm; right?
20    MR. TULIN: Objection; form.
21    You can answer.
22 A. I don't think he -- he was in that position to
23    speak for that. The purpose of meeting or presented
24    material is merely talking about is a business context.
25 Q. (By Mr. Hardt) Okay. Let's -- I think I'm

1   going backwards now.
2   Let's turn to the slide that's 122832; so this --
3   yeah, we're on the same slide.
4   So this slide says "merchandising logistics and
5   operations efforts to drive waste reduction."
6   Do you see that?
7   A. Yes.
8   Q. And so on the left, I see a box, and
9   underneath it, it says "merchandising"?
10   A. Yes.
11   Q. In the middle, there's a box, and it's "supply
12   chain"; and then on the right, there's a box, and it's
13   "operations"; is that right?
14   A. Correct.
15   Q. So is -- am I reading this correct that this
16   slide is reflecting sort of the -- the different parts
17   that -- of the overall project: that some are related
18   to merchandising? some related to supply chain? some
19   related to operations? Is that fair?
20   A. Yes.
21   Q. Okay. And in first box above where it says
22   "merchandising," right in the middle, it says, "shelf
23   life optimization."
24   Do you see that?
25   A. I see that.

1   Q. Okay. So shelf life optimization would
2   require an ability to predict shelf life; right?
3   A. I actually -- I can't speak for that since I
4   don't know what exactly this specific phrase means
5   here.
6   Q. So you're not familiar with the phrase "shelf
7   life optimization"?
8   A. There could be many interpretations since it's
9   in 2017s. I don't know what merchandising business was
10   doing following this phrase.
11   Q. You agree that, if your team was able to
12   develop an efficient and accurate predictor for
13   remaining shelf life, that it would have -- could have
14   been used to assist the merchandising teams; right?
15   A. That's possible.
16   Q. And one area where it could possible assist
17   the merchandising teams is in optimizing their ability
18   to get products with the maximum amount of remaining
19   shelf life; right?
20   A. Maximum amount of shelf life?
21   I'm not so familiar with this kind of
22   merchandising operation principle; so I don't know for
23   sure.
24   Q. Okay. In the middle box for supply chain --
25   A. Yes.

1   Q. -- the first one refers to "segmentation." Do
2   you have an understanding of what segmentation means?
3   A. Not really.
4   Q. Okay. Do you understand -- have an
5   understanding of what it means when it says "speed
6   pilot"?
7   A. I can only guess meaning doing pilot fast.
8   Q. Okay. Were you involved in any pilots for the
9   freshness algorithm?
10   A. It depends on the definition of "involvement."
11   I haven't been to a DC, but I'm aware there is a pilot.
12   Q. Okay. So you were aware of pilots, but you
13   weren't directly working on a pilot. Is that fair to
14   say?
15   MR. TULIN: Objection to form.
16   You can answer.
17   A. It depends on the definition of "working on
18   the pilot," because building a fresh flow algorithm is
19   a part of the pilot, or is it not?
20   I -- it depends on that definition.
21   Q. (By Mr. Hardt) So setting aside your work on
22   Walmart's internal freshness algorithm, you didn't have
23   any other involvement in pilots -- fresh -- fresh flow
24   pilots; right?
25   A. I did get presented on some of the members in

1   those update meetings -- some of the charts.
2   Q. So you would have received some information
3   about the pilots?
4   MR. TULIN: Objection to form.
5   You can answer.
6   A. I don't recall what file I received. I
7   just -- I know for sure in the meeting there are
8   presentations. Like, you are shown charts, how things
9   went.
10   Q. (By Mr. Hardt) The fourth -- I don't know if
11   you call these "bullets."
12   The fourth line down says "cold chain compliance."
13   Do you see that one?
14   A. Yes.
15   Q. So the cold chain compliance -- that's the
16   project that you would have sort of been involved in;
17   right?
18   The freshness algorithm would fall within that?
19   A. Again, I don't understand cold chain
20   compliance, but I was assuming I was engaged with cold
21   chain initiative.
22   Q. Okay. So you were -- you were involve -- your
23   freshness algorithm development was part of the cold
24   chain initiative?
25   A. Yes.

1    Q. Is that fair?
2        Okay. And then underneath that, there's a
3        separate one that says "Eden QC process."
4        So that would have been just one part of the
5        overall ecosystem that's discussed here; right?
6        MR. TULIN: Objection to form.
7        You can answer.
8    A. I don't have that in-depth familiarity to say
9        so.
10   Q. (By Mr. Hardt) Okay. But the QC process was
11       not something that your -- your freshness algorithm
12       team was working on; right?
13   A. I mean, the algorithm could be part of the QC
14       process.
15   Q. In -- in -- in the future, it could be?
16   A. It's possible.
17   Q. Okay. But at the time you were working on it,
18       it wasn't part of the QC process; right?
19   A. We didn't have the algorithm; so it cannot be
20       part of the process, unless you mean it was planned to
21       be part of the process.
22   Q. Did you know definitively that it was planned
23       to be part of the process?
24   A. I don't know definitively.
25   Q. So it could be. You just don't know?

1    A. I don't know.
2    Q. Okay. So for all practical purposes, they
3        were separate initiatives at that time; right?
4    A. Only say I -- I don't know if they are two
5        separate initiatives, because sometime initiative could
6        overlap with each other.
7    Q. Well, let me use a different word.
8    A. Uh-huh.
9    Q. You know, for all practical purposes, they
10       were two separate projects, and your team wasn't
11       involved in the QC process in 2017; right?
12   A. So what I can say is, for this fresh
13       initiative -- sorry -- for this fresh algorithm we are
14       working on, it could be related to quality control, but
15       for Eden, it's not something that we were told or we
16       know for sure we are doing something to contributing to
17       Eden since I do not have much familiarity or lots of
18       involvement with Eden.
19   Q. Let's turn forward a couple of slides to the
20       one that ends in 122834, and at the -- at the bottom,
21       you've got a couple of bullets. The first bullet says
22       "nonclimacteric fruit," and the last bullet says
23       "climacteric fruit."
24       Do you see those two?
25   A. Yes.

1    Q. Okay. Do you know the meaning of climacteric
2        fruit?
3    A. Not exactly.
4    Q. Okay. So as part of your work on the
5        freshness algorithm, you didn't need to study, like,
6        the difference between nonclimacteric fruit and
7        climacteric fruit or understand those scientific
8        distinctions; right?
9    A. I -- I won't say so. I may need to do it at a
10       certain stage.
11   Q. But -- but in fact, in 2017, you didn't do
12       that?
13   A. No.
14   Q. Okay. And why do you say you may need to do
15       it if you were continuing on the project?
16   A. For this project, we start with strawberry,
17       but I don't think it will be only strawberry; so if we
18       get into other areas, I think I need to be that
19       familiarity.
20   Q. Okay. And so -- so you were starting by
21       looking at strawberries, but you were ultimately
22       potentially going to expand the freshness algorithm to
23       many types of produce --
24   A. That could --
25   Q. -- right?

1    A. -- be.
2    Q. Okay. And meat too and seafood?
3        What's...
4    A. I can't speak to that as far as a direction of
5        that initiative at that time.
6        MR. HARDT: Okay. I think we've been going
7        about an hour. Is this a good time for a break?
8        MR. TULIN: Sure.
9        THE VIDEOGRAPHER: We're going off the record
10       at 11:30 a.m.
11       (A lunch recess is taken.)
12       (Plaintiff's Exhibit 134 is marked for
13       identification.)
14       THE VIDEOGRAPHER: We are back on the record
15       at 12:47 p.m.
16   Q. (By Mr. Hardt) Mr. Li, I'm handing you what's
17       been marked as Plaintiff's Exhibit 134. It's an email
18       chain from September 25th, 2017.
19   A. Okay.
20   Q. If you turn to the second page, the top email
21       there is from Rahul Chowdhury. It's September 24th at
22       10:23 p.m. Do you see that one?
23   A. Yes.
24   Q. He says, "Since I'm unwell, high chance I'll
25       miss the conversation tomorrow," and it looks like he's

1   referring to the conversation down below in the meeting
2   invitation. Do you see that?
3   A. Yes.
4   Q. Okay. Do you have any recollection about what
5   that conversation would be about?
6   A. I can't recall exactly.
7   Q. So, I mean, the subject line says, "fresh
8   algorithm," but you can't recall the specifics about
9   the fresh algorithm that that meeting would relate to?
10   A. I -- I can't tell exactly.
11   Q. Okay. In his email, he's got three numbered
12   paragraphs. The second paragraph says, "On the
13   internal algorithm, I would propose the tech data
14   scientist identified and Stephen work together as part
15   one steering team that delivers on the algorithm the
16   base math portion."
17   Do you see that?
18   A. Yes.
19   Q. Who is the tech data scientist that was
20   eventually identified?
21   A. That will be my team.
22   Q. Okay. Would that be Lauren?
23   A. Lauren could be one of it.
24   THE REPORTER: Could be what?
25   THE WITNESS: One of them. Could be one of

1   them.
2   THE REPORTER: Thank you.
3   Q. (By Mr. Hardt) So it could have been more than
4   one that was chosen as the -- what's referred to here
5   as the singular "tech data scientist"; right?
6   A. It could be more than one.
7   Q. Okay. And he says, "They should work together
8   as part of one steering team."
9   Who is the steering team?
10   A. I actually don't understand what's the
11   definition of "the steering team" here. I would
12   imagine this is just the data science team and Stephen.
13   Q. Okay. So it's your best guess, but we'd have
14   to talk to Rahul, obviously, to be sure what he meant.
15   A. That's right.
16   Q. Is that fair?
17   Okay. And when he talks about the algorithm and
18   then says in parentheses "the base math portion," what
19   is the base math portion?
20   A. To be honest, I don't understand exactly what
21   he mean by "the base math portion."
22   Q. From your perspective, as the lead on the --
23   for the data scientist team, you guys were just going
24   to create an algorithm, and you don't view it as -- one
25   part as the base math portion, and some other part of

1   the algorithm is something separate; right?
2   A. I -- first, I would say we work together on
3   developing the algorithm, but, yeah, the base math
4   portion -- I just don't know how to interpret here.
5   Q. Could you explain how the math of the
6   algorithm that your team was working on operated?
7   MR. TULIN: Objection to form.
8   You answer.
9   A. For that question, do you mean for this
10   specific project, or you mean just in general?
11   Q. (By Mr. Hardt) In general. For the freshness
12   algorithm.
13   A. I'm sorry. When I say "in general," I mean --
14   so you -- you say "not necessarily for this project,"
15   but whenever we develop a freshness algorithm...
16   Yeah, I would still say it, in general term, just
17   anything we do, when we develop an algorithm, I mean --
18   we -- we actually don't use this term -- called "math
19   portion." I mean, you can do math in all kinds of
20   ways. Every formula, I think, is a -- is a mathematics
21   stuff; right?
22   And even sometime, when you treat the data, you
23   need to add things together. You need to summarize
24   things. I will also call that as "math"; so all
25   possible.

1   Q. Are you able to describe the mathematical
2   steps in the freshness algorithm that Walmart was
3   developing?
4   A. I don't think I'm in the position to do so
5   because we haven't finished the exploration phase.
6   Q. And as of today, you know, May 2019, is the
7   exploration phase still ongoing?
8   A. I'm not aware of this.
9   Q. Do you know who would be aware of that?
10   A. I don't know today.
11   Q. When you rolled off of this project, who took
12   it over for you?
13   A. Raj Nellore.
14   Q. Can you spell that name for the record?
15   A. First name R-A-J but in the system may be the
16   longer version, but I don't know the longer version.
17   Nellore, if I can spell correctly, is
18   N-E-L-L-O-R-E.
19   Q. And is Mr. Nellore in the same department
20   you're in?
21   A. We report to the same VP.
22   Q. Okay. What did you do when you transitioned
23   the project from you to Raj Nellore? Did you have any
24   meetings or --
25   A. Yes; so based on what I can recall, I met with

1    Rodney, Nikhil -- I can't remember separate meeting or
2    together -- to inform them this.
3    And maybe I have also met with Lauren to inform
4    her about this change.
5    And Raj Nellore was in some of the meetings. I
6    don't know if all of the meetings.
7    That's what I can remember.
8  Q. Do you know if you provided Mr. Nellore with
9    any documentation or anything like that to bring him up
10    to speed on the freshness algorithm project?
11  A. I can't recall what exactly I did, but I
12    should have shared something.
13  Q. Okay. Do you know if you set up any meetings
14    between him and Nikhil Cherian so that Nikhil could
15    also bring him up to speed on the freshness algorithm
16    product -- project?
17    MR. TULIN: Objection to form.
18    You can answer.
19  A. That's the part I don't recall exactly,
20    because I know I met with Rodney, and I met with
21    Nikhil, but I don't know if it's one meeting or
22    separate meeting, and I don't know if for Raj -- went
23    to both of the meetings.
24  Q. (By Mr. Hardt) Do you know if he went to at
25    least one of the meetings?

1  A. Sorry?
2  Q. You said there may have been two meetings, and
3    you don't recall if he went to both. Do you recall if
4    he went to any meetings?
5  A. Oh, yes.
6  Q. Yeah.
7    Okay. What time frame was this?
8  A. If I recall correctly, it should be around
9    November time.
10  Q. November of 2018 or 2017?
11  A. 2017.
12  Q. I know it's hard to remember the dates that
13    far back. Is there any particular reason you recall
14    that this one was in November of 2017?
15  A. Because I was kind of looking through my
16    emails, and I feel like the emails kind of stopped
17    around that time --
18  Q. Okay.
19  A. -- for this topic.
20  Q. Sure.
21    Do you have any understanding of how long
22    Mr. Nellore was involved in the freshness algorithm
23    project?
24  A. Not really.
25  Q. Do you know if anybody took it over from him?

1  A. I don't know.
2  Q. Okay. When he transitioned onto the project
3    team, did anyone else change, or did the rest, like
4    Nikhil and Lauren -- did they all stay the same?
5  A. I'm not aware.
6  Q. Okay. You're not aware of anyone changing?
7  A. I don't have visibility to that.
8  Q. Okay. What was -- what's your understanding
9    of the reason that you transitioned the project from
10    you to Mr. Nellore?
11  A. Yes, at that time, I was covering both
12    merchandising and supply chain area, and that's
13    actually too much for me to be able to cover; so I
14    decided to just stay in one area, which is
15    merchandising.
16  Q. And you considered the -- generally speaking,
17    you considered the freshness algorithm to be in supply
18    chain?
19  A. Correct.
20  Q. Did you provide Mr. Nellore with access to any
21    document repository or data sets like that for purposes
22    of this transition?
23  A. I don't -- I don't think I gave him any access
24    to things. I'm pretty sure I didn't share with him
25    data. Documents -- I might have.

1  Q. Were those documents in, like, a particular
2    folder, and you said, "Here's -- here's the folder to
3    look at," or how would that -- that have happened?
4  A. Unfortunately, I don't think I have specific
5    folders for this initiative; so it would just be
6    documents from various locations.
7  Q. How would you have provided those to him?
8    MR. TULIN: Object to form.
9    You can answer.
10  A. Emails, most likely.
11  Q. (By Mr. Hardt) So would -- would it have been
12    a fairly informal process where you looked for all the
13    relevant materials you had and just attached them in an
14    email and sent it to him?
15    MR. TULIN: Object to form.
16    You can answer.
17    Fairly formal process...
18  Q. (By Mr. Hardt) Fairly informal.
19  A. What -- what would that mean? In other word,
20    what's the formal process like?
21  Q. Let me just make it easier.
22    Is it your recollection that you just looked for
23    the relevant document -- documents you had and then
24    sent those via email to Mr. Nellore?
25  A. Yes, that's what I recall I probably have

1    done.
2    Q. Do you know if any other members of your team,
3       whether it's Lauren or anyone else, has a particular
4       folder or a location where they store information
5       related to the freshness algorithm project?
6    A. So, first, for this member of the team -- so
7       if it's reporting structure, she's not part of the
8       member of my team, but, yeah, we work together; so I
9       actually don't have visibility where she stores the
10      files.
11   Q. Setting aside Lauren, do you have any idea
12      where other members of the project team would have
13      stored files related to development of the freshness
14      algorithm?
15      MR. TULIN:  Object to the form.
16      You can answer.
17   A. I don't have visibility on that.
18   Q. (By Mr. Hardt) Who would know that?
19   A. It's most likely the team members themselves.
20   Q. So everybody would have their own data and
21      document repositories?
22      MR. TULIN:  Objection to form.
23      You can answer.
24   A. For this specific case, yes.
25   Q. (By Mr. Hardt) How would you know, as project

1    lead, who has what types of documents?
2    A. So as a project lead, I know what type of
3       documents I have shared with them and they should have
4       had exposure to.  That's based on my direction, but if
5       they have some things outside of this directions of my
6       visibility, then I'm not aware.
7    Q. So what type of documents would you have shown
8       to, for example, Lauren?
9       MR. TULIN:  Objection to form.
10      You can answer.
11   A. For example, any kind of presentation I got
12      forwarded to.  Actually, that's pretty much it.
13   Q. (By Mr. Hardt) So, for example, the
14      presentations we saw in Exhibit 133 -- those -- those
15      are the types of things you would forward to Lauren so
16      she has background as well?
17   A. So it's those type of things, but I don't
18      recall exactly which presentation file I forwarded to
19      her.
20   Q. What about other members of the team?  What
21      would you -- what types of documents would you provide
22      to them?
23      MR. TULIN:  Objection to form.
24      You can answer.
25   A. It will be the same type of documents since

1    they're all data scientists.
2    Q. (By Mr. Hardt) Did you ever provide documents
3       to Nikhil Cherian or Stephen Steele?
4    A. I don't recall.
5    Q. If you turn back to Exhibit 134, on the first
6       page -- bottom of the first page, you respond to
7       Rahul's email.  It's a 8:05 a.m. email.  Do you see
8       that?
9    A. Yes.
10   Q. You say, "I'm on the same page with Rahul.  We
11      would like to work with Stephen together on this
12      project and his understanding of the data.  Just
13      want -- I want to emphasize that we're developing the
14      algorithm with system scalability and consideration."
15      Do you see that?
16   A. Yes.
17   Q. What do you mean about -- by using the phrase
18      you're developing the algorithm with system scalability
19      and consideration?
20   A. Yes, that's what we discussed earlier.
21      Accuracy is not the only goal.  We need to make sure
22      the algorithm can work efficiently and can really scale
23      to the large size of data Walmart has.
24   Q. So what are the considerations that you would
25      take into account when you're developing a algorithm to

1    ensure that it's scalable?
2    A. So it's -- it's actually a little bit hard to
3       describe because it varies case by case, but in general
4       term, if you build a solution with reasonable cost, and
5       it cannot meet the service level agreement -- meaning
6       the response time of the business requirement -- then
7       that solution will not be scalable.
8    Q. So in this particular email, you're talking
9       specifically about the freshness algorithm, and you say
10      you're developing the algorithm with system scalability
11      and consideration; so for the freshness algorithm, what
12      considerations would you take into account?
13   A. For what perspective?
14   Q. For system scalability.
15   A. Okay.  So it's basically the memory or the
16      hard disk space it's -- will consume for the
17      calculation and the time it take to do the calculation
18      for scalability.
19   Q. So to evaluate that, you'd have to know what
20      the calculation is; right?
21   A. Correct.
22   Q. So what is the calculation for the freshness
23      algorithm?
24   A. I actually don't have any calculation, at that
25      time.

1  Q. So when you say, "We are developing the
2     algorithm with system scalability and consideration," a
3     better way to say that would be, "In the future, we
4     will take into account system scalability, as soon as
5     we have a calculation"?
6  A. That's -- that's correct.
7  Q. And how did you determine what the business
8     requirements are for the freshness algorithm that you
9     would have to know to assess whether the -- the amount
10    of memory and the speed that would be necessary for the
11    calculation?
12    MR. TULIN: Objection to form.
13    You can answer.
14 A. First, actually, I don't think we had a
15    business requirement at that time. It's mainly about
16    exploration; so there is no specific requirement about
17    the response time or the accuracy.
18 Q. (By Mr. Hardt) The next sentence says, "My
19    team in Bentonville and Bangalore will take
20    responsibility on the algorithm and application
21    development and roll out working with Stephen
22    together."
23    Do you see that?
24 A. Yes.
25 Q. What do you mean by the "application

1     development"?
2  A. Yes; so algorithm, in a way, is more like just
3     mathematics formula, but for it to work in a system to
4     help business process execution, it has to be a
5     application.
6  Q. Okay. So did your team ever begin developing
7     the application?
8  A. Not that I'm aware.
9  Q. Did you ever begin planning the application?
10 A. No.
11 Q. Did you have a name for the application?
12 A. No.
13 Q. Did you know what the role of the application
14    would be?
15 A. Sorry. What do you mean the role?
16 Q. The role of the application.
17 A. Actually, that's need to be coordinating and
18    getting understanding from the business and also the
19    other technology partners; so I don't.
20 Q. Okay. There's also a sentence in this email
21    where you write, "We make -- we may make decision to
22    choose one algorithm over the others for this need."
23    Do you see that?
24 A. Yes.
25 Q. What algorithms are you referring to?

1  A. There was no specific algorithm. It's just
2     general term.
3  Q. So were you referring to different types of
4     algorithms or algorithms from different contributors?
5     I'm just trying to understand why you would say
6     you may need to choose one over the others.
7     MR. TULIN: Objection; form.
8     You can answer.
9  A. It's just general term. It actually doesn't
10    matter. It's just one algorithm -- different
11    algorithm. It doesn't matter if it's from different
12    country or different things.
13 Q. (By Mr. Hardt) So at the top of the chain, in
14    the 8:20 a.m. email on September 25th --
15 A. Yes.
16 Q. -- you state, "We will have one to two data
17    scientists from Bentonville available starting
18    mid-October or earlier."
19    And these, again, are Lauren or whoever else were
20    chosen for this project; right?
21 A. As far as I can recall, it's Lauren --
22 Q. Okay.
23 A. -- in Bentonville.
24 Q. And you say you wanted them to be available
25    starting mid-October. Do you recall whether that

1     timeline actually happened, or did it happen later?
2  A. I can't recall the exact date, but I'm pretty
3     sure Lauren started getting engaged with this project.
4  Q. Do you recall about when she would have
5     started getting engaged with this project?
6  A. I can't recall the exact date, but it's around
7     that time.
8  Q. Around mid-October, more or less?
9  A. Yeah.
10 Q. Then you -- you ask, "Can you please share
11    with me the high-level road map and business
12    expectations of the project?"
13    What road map are you referring to?
14 A. So here, this is more like a general term; so
15    it's just, basically, the things I ask in general; so
16    it will be just road map for fresh project or fresh
17    flow initiative.
18 Q. Did you ever get a road map?
19 A. I don't recall exactly.
20 Q. How would you use this for the detailed
21    analytics preparation like you say in the email?
22 A. Basically, as we talk about, to build the
23    algorithm, it's good to understand the business and
24    understand the business need.
25 Q. Okay. If you turn back to the original email

1    from Rahul -- it's on the second page. If you look at
2    the -- the third numbered paragraph --
3    A. Yes.
4    Q. -- that begins "technology analytics" -- you
5    see that one?
6    A. Yes.
7    Q. And you -- you're talking about Stephen, and
8    then you write in parentheses "and SCPA in general."
9    MR. TULIN: Object --
10    Q. (By Mr. Hardt) What is SCPA?
11    MR. TULIN: Objection to form.
12    A. I actually don't know.
13    Q. (By Mr. Hardt) Okay.
14    A. Actually, I didn't write this email.
15    Q. Right. Right. I understand.
16    Do you know what he's referring to when he says in
17    this paragraph -- the reference to focusing on -- on
18    the pilot?
19    A. I don't have any specific interpretation. I
20    would just understand it as we will partner with
21    Stephen Steele.
22    Q. And in the first paragraph, he says, "Stephen
23    Steele, from my team, is already engaged and has a good
24    grasp of the project nuance and data."
25    Do you know what the project nuance they're

1    referring to is?
2    A. I guess it's just the terms, technologies,
3    process. That's what I guess.
4    Q. Did you consider the freshness algorithm
5    project to be one that was nuanced?
6    A. You said the fresh algorithm as part of the
7    nuance?
8    Q. Did you understand that the overall
9    development --
10    A. Uh-huh.
11    Q. -- of the freshness algorithm required a
12    nuanced understanding of details?
13    A. For this one, that's what Rahul is talking
14    about. I actually don't have visibility of everything
15    that Stephen Steele was aware.
16    Q. It says, "He" -- meaning Stephen Steele --
17    "was also evaluating the vendor freshness prediction."
18    Do you know what vendor freshness prediction he's
19    referring to?
20    A. I -- I don't recall exactly what this part
21    means.
22    Q. You were working on the freshness algorithm --
23    A. Uh-huh.
24    Q. -- internally for Walmart; so did it -- did
25    you think to ask what -- what the vendor freshness

1    prediction was?
2    A. I don't recall I asked it specifically, but
3    that's be -- that would be something good to know.
4    Q. So as part of the process of developing your
5    freshness algorithm, it would have been good to know
6    details about the vendor freshness prediction; right?
7    MR. TULIN: Objection to form.
8    You can answer.
9    A. Not necessarily.
10    Q. (By Mr. Hardt) Why do you say "not
11    necessarily"?
12    A. Because we can do all of our own research and
13    build the algorithms in-house.
14    Q. And did you do all your own research?
15    A. Since I was mainly providing leadership and
16    guidance -- so I didn't do in-depth research. Was just
17    merely searching online.
18    Q. So in this particular project to develop the
19    freshness algorithm, you did not do in-depth research;
20    right?
21    A. I didn't do in-depth research myself.
22    Q. Did anyone else do in-depth research?
23    A. Actually, I don't know exactly because we are
24    still in exploration phase; so I don't know if people
25    have already done any search on algorithms beforehand

1    or they will do it after they see the data.
2    Q. And when you say, "We are still in exploration
3    mode," are you talking about at this time, or are you
4    talking about, you know, the -- the present, 2019?
5    A. It's mainly about my engagement with this
6    project in 2017.
7    Q. I'm going to hand you what's being marked as
8    Exhibit 135.
9    (Plaintiff's Exhibit No. 135 is marked for
10    identification.)
11    Q. Take a moment to review that, if you need it.
12    A. Okay.
13    Q. So this is an email chain from October 2017;
14    right?
15    A. Correct.
16    Q. Okay. We've got a couple new names on this
17    email. One in the "To" line is Girish, and the last
18    name begins with T?
19    A. Uh-huh.
20    Q. Do you see that?
21    A. Yes.
22    Q. Who is that?
23    A. At that time, I think he was considered as one
24    of the data scientists or maybe data scientists lead,
25    but I don't remember if he was involved or not.

1    Q. Okay. And Lauren Shores, we've talked about?

2    A. Uh-huh.

3    Q. Who is Yogesh Mokashi?

4    A. He's a data engineer from Bentonville team.

5    Q. And what was his role?

6    A. If he would be working on this, he would be

7       building any data support; so he's acting as a data

8       engineer.

9    Q. And in the "CC" line, we have Issac Mathew.

10      Do you recall who that is?

11   A. Yes, he is one of the data scientist managers

12      in Bangalore.

13   Q. And how about Syed Mudassir?

14   A. I cannot tell exactly. He is either a data

15      scientist manager or a just general manager -- a

16      manager in general in Bangalore team.

17   Q. Okay. How did the Bangalore team get involved

18      in this project?

19   A. So in general, for our data science

20      operations, we usually have people from Bentonville and

21      Bangalore; so that's the set-up.

22   Q. And how do you split the work between -- like,

23      is there a defined allocation of work on -- Bangalore

24      does one time of work, and Bentonville does another?

25   A. No, there's not a specific set of rules on

1       this.

2    Q. And was the Bangalore team involved from the

3       beginning of your involvement with the freshness

4       algorithm project?

5    A. I don't recall.

6    Q. Do you recall if you asked for them to be

7       involved?

8    A. Yes.

9    Q. Okay. If you turn to the bottom of the first

10      page, you see it looks like, maybe, it came from a

11      phone. There's a little bit of weird formatting, but

12      you see an email that begins, "Hi, Stephen"?

13   A. Uh-huh.

14   Q. And then it says, "I have asked the team to

15      work with you together on the cold chain algorithm

16      project."

17      Do you see that?

18   A. Yes.

19   Q. Is it your understanding that this reference

20      to the cold chain algorithm project would be the

21      freshness algorithm?

22   A. Yes.

23   Q. And then at the top email, you say -- in the

24      second paragraph, you say, "We will start the project

25      by simply learning the business process and data first.

1       The data ready for modeling will come in after about

2       eight weeks. Before that, we only have POC data for

3       understanding purpose."

4       Do you see that part?

5    A. Yes.

6    Q. What is the data that you needed for modeling?

7    A. Raw data; that can be input, or it can be

8       also the shelf life.

9    Q. So it could be the actual shelf life that's

10      calculated?

11   A. By that, it's more like when the strawberry

12      got rotten; so starting from the beginning all the way

13      to that time; so that's the shelf life.

14   Q. So the -- the actual shelf life of the --

15   A. Yes.

16   Q. -- product?

17      And you refer to the modeling. What is the --

18      how -- how does the modeling work?

19   A. It's basically.experiment by applying

20      algorithm to the data.

21   Q. And what would be the starting point for that

22      algorithm that you're going to run in the model?

23   A. I have to explore the data.

24   Q. So you would just review the data, and that

25      would give you ideas for the algorithm?

1    A. Review the data is why input to know what

2       algorithm we should pick.

3    Q. And what other inputs are there to deciding

4       which algorithm to pick?

5    A. So basically, we need to not only understand

6       the -- the data that we got presented but understand

7       the business, because sometime the data we got may not

8       be meeting our need.

9    Q. And in this instance, where you're dealing

10      with fresh produce, you'd also need to understand the

11      science; right?

12   A. Oh, excuse me.

13   Q. I'll ask the question again --

14   A. Uh-huh.

15   Q. -- since your microphone fell off.

16      In this instance, since you're dealing with fresh

17      produce, you would also need to understand the biology

18      of the produce to understand the shelf life; right?

19      MR. TULIN: Objection; form.

20      You can answer.

21   A. I don't know what's the definition for

22      "understanding the biology." We don't have to --

23      necessarily to have a very in-depth biology

24      understanding.

25   Q. (By Mr. Hardt) Did you ever make any effort to

1    understand the process of how the produce was
2    harvested?
3  A. I was merely presented about the deck about
4    the process.
5  Q. So you saw one presentation about the harvest
6    process; right?
7  A. It's related to that. I just don't recall how
8    much in depth.
9  Q. Did you ever travel to a field and personally
10   see the process of harvesting strawberries or any other
11   produce?
12 A. No.
13 Q. Did you ever travel to the cooling stations
14   and see the process of how the produce is cooled for --
15   for shipment?
16 A. No.
17 Q. Did you ever go into the field and -- to
18   understand how the product is packaged and placed on
19   the pallets?
20 A. No.
21 Q. Do you feel that you could create a freshness
22   algorithm without understanding those?
23 A. It depends.
24 Q. Okay. Did you ever go into any Walmart
25   grocery distribution centers and see how the

1    groceries -- excuse me.
2    Did you ever go into any Walmart grocery
3    distribution centers to see how the produce was
4    received at the distribution center?
5  A. No.
6  Q. Well, your next sentence in the email says,
7    "Before that" -- referring back to the data that you
8    need and you'll get in about eight weeks, "Before that,
9    we only have POC data for understanding purpose."
10   Do you see that?
11 A. Yes.
12 Q. What is the POC you're referring to?
13 A. It's basically -- my understanding is a proof
14   of concept of this fresh flow project.
15 Q. Do you understand who was -- do you have any
16   understanding of who was involved in that proof of
17   concept?
18 A. I don't know to be exact. I only know for
19   sure Stephen Steele was involved.
20 Q. Do you know if any vendors were involved?
21 A. So Zest. Maybe -- sorry. I don't recall the
22   other name to be exact, yeah.
23 Q. Did you ever hear of a company called Emerson?
24 A. I -- that's -- that's -- that's about what I
25   was trying to say, yeah.

1  Q. So you think this proof of concept was one
2    where it would involve Stephen Steele and Zest and,
3    maybe, Emerson? That's your recollection?
4  A. To be honest, that's what I'm assuming; so I
5    don't know actually what Stephen Steele's involvement
6    exactly is.
7  Q. Well, I guess I'm not asking about Stephen's
8    involvement. I'm asking about what you say in this
9    email --
10 A. Uh-huh.
11 Q. -- when you say, "Before that, we only have
12   POC data for understanding purpose."
13 A. Uh-huh.
14 Q. So are you talking about data from the POC
15   involving Zest and Emerson?
16 A. So what I'm told by Stephen Steele is -- was
17   there was a POC process. There are some data. I don't
18   know where it is -- where it came from exactly.
19 Q. And did you ever evaluate that data?
20 A. I'm -- I'm sure I didn't. I don't know
21   exactly from my team even have received it or not.
22   THE REPORTER: Even have what?
23   THE WITNESS: Received it or not.
24 Q. (By Mr. Hardt) And you would have at least
25   discussed with either Stephen or Nikhil what types of

1    data was collected during that proof of concept; right?
2    MR. TULIN: Objection to form.
3    You can answer.
4  A. That's something I should know, yeah; so I
5    would ask about it.
6    Do you mind if I get a bottle water real quick?
7    MR. HARDT: Why don't we go off the record for
8    just a minute?
9    THE VIDEOGRAPHER: We're going off the record
10   at 1:32 p.m.
11   (Discussion off the record.)
12   THE VIDEOGRAPHER: We're back on the record at
13   1:33 p.m.
14 Q. (By Mr. Hardt) I'm handing you what's being
15   marked as Plaintiff's Exhibit 136.
16   (Plaintiff's Exhibit No. 136 is marked
17   foridentification.)
18 Q. I think we talked about Denise Sharpe earlier.
19   This appears to be a October 6, 2017, email from
20   Denise Sharpe. Have you seen this before?
21 A. Do you mind -- I read it just right quick?
22 Q. Take your time. Thank you.
23 A. Some of the things are not really clear to --
24   to read, but I think we can start first.
25 Q. Okay. Have you seen this document before?

1  A. I think so.
2  Q. When did you see it?
3  A. I -- I don't recall exactly.
4  Q. Okay. Well, likely, on October 6, 2017;
5     right?
6  A. Maybe, yeah.
7  Q. Have you seen it since then?
8  A. What do you mean?
9  Q. Have you seen this document -- like, have you
10    ever reviewed this document since October of 2017?
11 A. You mean have I review it after that date?
12 Q. After that date.
13 A. I -- I don't recall exactly.
14 Q. Okay. What do you understand this document to
15    be?
16 A. I don't think I can generate an understanding
17    now based on just read through it, and it's a document
18    I saw three years ago, but I -- it's something looks
19    like a POC result, maybe. I don't know.
20 Q. Okay. Let -- let me ask it a different way.
21    You weren't involved in creating this document,
22    were you?
23 A. No.
24 Q. Okay. And you weren't involved in evaluating
25    the vendors that are discussed in this document or this

1  proof of concept; right?
2  A. I might have expressed my opinions.
3  Q. Okay. So you might have expressed your
4     opinions based on what?
5  A. Based on the chart, things that's presented to
6     me during the meetings.
7  Q. Like this document?
8  A. Like this type of document.
9  Q. So other than expressing opinions, you know,
10    based on the information you received in meetings, were
11    you ever -- ever otherwise involved in evaluating these
12    vendors?
13 A. To answer the question, I will say I'm not a
14    decision maker on this.
15 Q. Let me get you another email that we'll mark
16    as Exhibit 137.
17    (Plaintiff's Exhibit No. 137 is marked
18    foridentification.)
19    MR. HARDT: There you go.
20    Ed.
21 Q. (By Mr. Hardt) Let me know once you've had a
22    chance to review it.
23 A. Uh-huh. Okay.
24    Okay.
25 Q. So this is an email chain from October of 2017

1  as well; right?
2  A. Yes.
3  Q. And the subject line is "fresh shelf life
4     measurement using image analytics"; is that right?
5  A. Yes.
6  Q. Okay. And if you look on the second page, the
7     first two emails are discussing the freshness
8     algorithm -- or the project for the freshness
9     algorithm; and then at the top email in that page, you
10    say, "Hi, Rodney. Yes, he is the resource from
11    Bangalore," referring to Mohit; and then you say, "We
12    haven't officially started anything yet."
13    Do you see that?
14 A. Yes.
15 Q. Okay. So you're referring to the freshness
16    algorithm as of that date on October 9th, 2017; right?
17 A. Yes.
18 Q. Okay. So as of that date, you hadn't
19    officially started any work on the freshness algorithm?
20 A. Correct.
21 Q. And then the second sentence here says, "My
22    thought is also that they should reach out to Stephen
23    Steele first for data."
24    Do you see that?
25 A. Yes.

1  Q. What type of data are you recommending they
2     reach out to Stephen Steele for?
3  A. I can't say for specific. It's just in
4     general, for data need, they should reach out to
5     Stephen Steele.
6  Q. Do you know whether they actually did?
7  A. Based on this email, not exactly; so I don't
8     know, but we were planned another data scientist work
9     with Stephen Steele.
10 Q. And when you say you hadn't officially started
11    anything yet, had you started any work at all?
12    I mean, did you have an outline for what the
13    algorithm would look like or anything like that, or it
14    was just you hadn't begun at all?
15 A. Again, it's we need to explore the data first.
16 Q. So you hadn't begun at all, at that point?
17 A. So I don't think much was done, at that time.
18 Q. We just saw another email earlier from the
19    same time period --
20 A. Uh-huh.
21 Q. -- and you said you still hadn't even received
22    data, at that time; right?
23 A. Another email?
24 Q. I think it was Exhibit 135 or 134.
25 A. But anyway, we -- yeah, we -- I don't remember

1  we received the -- the raw data that we want to work
2  with.
3  Q.  You had not received it yet; right?
4  A.  Correct.
5  Q.  Just a quick question.  If you look in
6  Nikhil's email at 9:57 a.m., he refers to the GTS
7  team --
8  A.  Just -- you say 9:57?
9  Q.  Yeah.  It's on the first page --
10  A.  Okay.
11  Q.  -- near the top.
12  A.  Yes.
13  Q.  What is the GTS team?
14  A.  So it's basically what I call "Bangalore
15  team."  It's global technology service.
16  Q.  And I know Rahul is on that team, right, in
17  Bangalore?
18  Excuse me.
19  I know that Mohit is on that team in Bangalore;
20  right?
21  A.  Yes.
22  Q.  Do you know who is Mohit's boss is?
23  A.  I -- I don't recall.
24  Q.  Okay.  I'm going to hand you what's being
25  marked as Plaintiff's Exhibit 138.

1  (Plaintiff's Exhibit No. 138 is marked for
2  identification.)
3  THE WITNESS:  Thank you.
4  A.  Yes.
5  Q.  (By Mr. Hardt)  The second email down from the
6  top is the one from Nikhil Cherian, and he says, "Did
7  you meet with Rodney?"
8  Do you see that?
9  A.  Yes.
10  Q.  And then you state on -- at 8:32 a.m. on
11  October 23rd, "Yes, we have met."
12  So do you recall when you met with Rodney?
13  A.  I don't recall exactly what that meeting was
14  about, but I definitely have met with him several
15  times.
16  Q.  Okay.  Was it relatively common on this
17  project to meet with Rodney, or was that a rare thing?
18  A.  I won't call it "rare" or "regular," since
19  he's more like the director.  Sometime we do meet for
20  any kind of reasons.
21  Q.  But if you needed to meet with Rodney, he was
22  generally available to you?
23  A.  Oh, yes.
24  Q.  Okay.  And would you characterize Rodney as,
25  you know, involved and engaged in the -- this project?

1  A.  He's more like a leader; so I wouldn't say too
2  much in depth.
3  Q.  So not a -- maybe not involved on a day-to-day
4  basis but generally aware of the proceedings because
5  you would meet with him, things like that; right?
6  A.  I agree that he will be generally aware, but
7  I -- I don't say there is a relationship because of the
8  part.
9  Q.  So in this top email, your second paragraph
10  says, "We have started the initial analytics work by
11  understanding the data structure and the business
12  context."
13  Do you see that?
14  A.  Yes.
15  Q.  So what analytics work had begun, at that
16  point?
17  A.  I actually don't recall exactly, but it will
18  be the work related to, if he know the format of data,
19  maybe we can start thinking about what it could it apply.
20  Q.  So you didn't really have the actual raw data
21  yet?
22  A.  Correct.
23  Q.  So you were just looking to the format and the
24  type of data that would be available --
25  A.  Correct.

1  Q.  -- in evaluating that; right?
2  A.  Based on what I can recall, yes.
3  Q.  And you say, "We didn't start full-time
4  engagement of all the resources because there's some
5  data quality issues, and the target variables shelf
6  life remaining are not good to use."
7  Do you see that?
8  A.  Correct.
9  Q.  What are the data quality issues you're
10  referring to?
11  A.  So what I remember was, due to some severe
12  weather, I was told by Stephen Steele the data quality
13  was -- was not good.  I actually don't know
14  specifically what that means, but because of that, we
15  were not able -- we were not able to have the data.
16  Q.  So this was something that you were informed
17  about by Stephen Steele, basically?
18  A.  Yes.
19  Q.  And then the last paragraph you say, "We will
20  explore if we can start building some analytics data
21  flow process by using the independent variables
22  predictors only."
23  What do you mean by that?
24  A.  So for model, it is supposed to be build to --
25  let's say, for certain kind of model, it's build to

| 2019-05-23 | Li, Mingming | Page 134 |
|---|---|---|

1  predict certain things; right?
2  For the model to learn, it need to learn from
3  history so that we can know, based on history, if the
4  algorithm can predict things correctly.
5  And here, because the things we are trying to
6  predict was not available, meaning -- or was not good
7  to use, then when you experiment with algorithm, you
8  cannot tell if algorithm is accurate or not; but you
9  can still apply some algorithm to it, build certain
10  kind of -- meaning write certain kind of code; and then
11  when you have the -- the actual predictor data, then
12  you can evaluate to the algorithm performance.
13  Q. Did you and your team start writing some code
14  so that you had that, I guess, base algorithm work
15  begun?
16  A. Not what I can recall. Even if the team has,
17  I haven't reviewed them.
18  Q. So somebody may have begun, but you're not
19  aware of it; right?
20  A. Correct.
21  Q. And in parentheses, you wrote "predictors."
22  What -- what do you mean by "predictors?"
23  A. Input data.
24  Q. Input?
25  Okay. So types of data, things like that?

| 2019-05-23 | Li, Mingming | Page 135 |
|---|---|---|

1  A. Yeah, could be temperature, yeah.
2  MR. HARDT: I think this is a good place to
3  take another break. We've been going --
4  MR. TULIN: Sure.
5  MR. HARDT: -- a little over an hour, if that
6  works.
7  THE WITNESS: Sure
8  THE VIDEOGRAPHER: We're going off the record
9  at 1:51 p.m.
10  (A recess is taken.)
11  THE VIDEOGRAPHER: We are back on the record
12  at 2:00 p.m.
13  Q. (By Mr. Hardt) Before we took our break, we
14  were talking about Exhibit 138 and the predictors?
15  A. Yes.
16  Q. And you mentioned that, you know, temperature
17  might be one type of predictor; right?
18  A. Yes.
19  Q. Would -- would another be, for example, like,
20  bruising on the -- on the produce?
21  A. In general term. Not specific to the project,
22  yes.
23  Q. Why do you say "not specific to the project"?
24  A. Because I don't know if that type of data is
25  collectible or not for this specific project.

| 2019-05-23 | Li, Mingming | Page 136 |
|---|---|---|

1  Q. But if it was collectible, in general,
2  bruising would be one type of a predictor that you
3  would use; right?
4  MR. TULIN: Objection to form.
5  You can answer.
6  A. I mean, it's possible. I think the thing
7  that's holding me back is, when something is bruising,
8  it sounds like the shelf life is already very limited.
9  Q. (By Mr. Hardt) Okay. So, maybe, what about --
10  I'm just trying to understand kind of what the
11  predictors might be.
12  Like, temperature, color, you know, things like
13  that?
14  A. Are you talking about this -- specific
15  projects or just in general?
16  Q. In general, for a freshness algorithm.
17  MR. TULIN: Objection; form.
18  You can answer.
19  A. I mean, that's all possible.
20  Q. (By Mr. Hardt) And do you recall for this
21  specific project which ones you were using other than
22  temperature?
23  A. For this project, since we haven't even done
24  the exploration properly -- so we didn't build any
25  algorithm to use anything.

| 2019-05-23 | Li, Mingming | Page 137 |
|---|---|---|

1  Q. Now, at that time -- you're referring to at
2  that time you were not beyond the exploration; right?
3  A. That's right, at that time.
4  Q. Okay. Let me hand you what's going to be as
5  Plaintiff's Exhibit 139.
6  (Plaintiff's Exhibit No. 139 is marked for
7  identification.)
8  MR. HARDT: There you go.
9  Q. (By Mr. Hardt) And I don't know that I have
10  many specific questions about the actual attachments.
11  A. Okay.
12  Q. You can probably just --
13  A. Okay.
14  Q. We -- we can take a break and review them, if
15  we get into that, and you need more time.
16  A. Okay.
17  Q. So Exhibit 139 appears to be a email from
18  Nikhil Cherian to you and Aihong Wen on November 9th,
19  2017. Do you recognize this document?
20  A. Yes.
21  Q. Okay. Who is Aihong Wen?
22  A. She was a senior director in charge of supply
23  chain reporting to Linda -- supply chain data science.
24  Q. Is she still at Walmart?
25  A. Yes.

1   Q. Is she still in the same role?
2   A. No.
3   Q. What -- what is her role now?
4     I think it's health and wellness data science.
5     THE REPORTER: "Health and wellness..."
6     THE WITNESS: Data science.
7   Q. (By Mr. Hardt) Was she involved in helping you
8     and the -- the rest develop the freshness algorithm?
9   A. It depends on the definition, but I would say
10    her involvement is pretty limited.
11   Q. Okay. In this email, Nikhil writes you two
12    and says, "Based on everything you have seen since
13    being introduced to the cold chain work, how confident
14    are you that Walmart can build its own shelf life
15    algorithm?"
16    Do you see that?
17   A. Yes.
18   Q. So it sounds like Nikhil needs a urgent
19    decision from you guys on whether or not you can -- you
20    can actually get this done; right?
21    MR. TULIN: Objection to form.
22    You can answer.
23   A. I don't know the part about the urgency, but,
24    yeah, he needed -- needed a recommendation from us.
25   Q. (By Mr. Hardt) So he was trying to determine

1     whether Walmart could actually complete this internal
2     freshness algorithm or not; right?
3   A. Yes.
4     Sorry. Based on this email, yes, but I don't know
5     if he was the only person to decide that or not.
6   Q. Fair enough.
7     But Nikhil was -- at least based on this email, he
8     was at least trying to find out from -- from you two
9     whether he had confidence in whether you could actually
10    finish the project; right?
11   A. That's right.
12   Q. And the second sentence says, "Attached is
13    some information from Zest where they paint a complex
14    picture, for example, preharvest and harvest variables
15    that they collect using their field scouting app."
16    Do you see that?
17   A. Yes.
18   Q. Prior to receiving this, were you familiar
19    with what a field scouting app was?
20   A. No.
21   Q. Do you know what a field scouting app is
22    today?
23   A. No.
24   Q. Do you have a recollection of whether you
25    reviewed these materials to respond to Nikhil?

1   A. I don't recall if I have reviewed it in detail
2    or not.
3   Q. And at this point, Walmart didn't have any
4    freshness algorithm; right?
5   A. That's a bigger question. My team didn't have
6    any algorithm at that time.
7    Sorry. Maybe I shouldn't say that, because in the
8    earlier email, Mohit seems to have something; so I
9    don't think, under my leadership, there was any
10    algorithm.
11   Q. Okay. And -- but you don't know -- outside,
12    you know, the rest of Walmart, there may have been
13    something floating around. You just wouldn't know one
14    way or the other --
15   A. Correct.
16   Q. -- right?
17    And Mohit may have had something in the works, but
18    you wouldn't know one way or the other; right?
19   A. I have some visibility to it.
20   Q. You did have some visibility into it?
21   A. Because just now we look at the email. We
22    know that's a algorithm using image.
23   Q. But setting aside, in the algorithm, there was
24    potentially in development using image analytics, were
25    you aware of any other algorithm that he was working on

1     that would have informed your team?
2   A. You mean Mohit?
3   Q. Yes.
4   A. Besides that one, no.
5   Q. Nikhil then asks in this email, "Do we have
6    all the information needed apart from time and
7    temperature conditions through the supply chain?
8    "I know it's still early days, but if I am saying
9    to my leadership that this can be done in-house, I need
10    some confidence from your group."
11    Do you see that?
12   A. Yes.
13   Q. Did you make any effort to determine whether
14    the additional information, beyond time and temperature
15    conditions, was available?
16    MR. TULIN: Objection to form.
17    You can answer.
18   A. I don't recall if I personally had made a
19    effort on that. I might have asked the data science
20    team to help me on this to give me suggestions.
21   Q. (By Mr. Hardt) Do you recall whether in fact
22    you did ask them?
23   A. I don't recall very well on that.
24   Q. Who would you have asked, if you did ask them?
25    MR. TULIN: Objection to form.

1    You can answer.
2    A. Basically, the data science team that we were
3       talking about in Bentonville and Bangalore.
4    Q. (By Mr. Hardt) So Lauren as well as Mohit on
5       the Bangalore team?
6    A. Yes.
7    Q. Okay. So you may or may not have asked
8       somebody to determine what those types of data needed
9       are, but at this time, you wouldn't have known just off
10      the top of your head what those types of data needed
11      are; right?
12   A. Do you mind breaking down the question?
13   Q. That's -- that's fair. I think that might
14      have been a bad question.
15      So you don't recall whether or not you asked
16      somebody to determine whether there was additional
17      types of information; right?
18      MR. TULIN: Object to form.
19      You can answer.
20   A. I don't recall where we are on this part at
21      this time point, but I'm pretty sure I would ask
22      Stephen Steele if -- "What kind of data are there?"
23   Q. (By Mr. Hardt) At this point, you didn't know
24      on your own what types of data would have been needed;
25      right?

1       MR. TULIN: Objection; form.
2       You can answer.
3    A. Sorry. It's just, without knowing all the
4       data out that available, I won't know what I would
5       need; so it's like which one come first; right?
6    Q. (By Mr. Hardt) Well, at this time, you didn't
7       have a list of the types of data you knew you were
8       going to need for the freshness algorithm; right?
9    A. That -- I agree. I didn't send a list to say,
10      "I require this kind of data, and you need to provide
11      me that data."
12   Q. That -- that was still up if the air and yet
13      to be determined; right?
14   A. That could be determined, but I don't know if
15      we will take that step.
16   Q. If you go to the second attachment -- the
17      first one is presentation, and the second one is -- it
18      will begin with an email.
19   A. Yes.
20   Q. I think you're at it right now.
21      So this is a email from Peter Mehring to Nikhil
22      Cherian, and it attaches a number of things, and the
23      subject line is "photospectometry background." Do you
24      see that?
25   A. I see that.

1    Q. Nikhil attaches this and forwards it to you.
2       Did you have any involvement in Walmart's
3       development of a algorithm using photospectometry?
4       MR. TULIN: Objection form.
5       You can answer.
6    A. To be honest, I don't recall that I read this
7       document carefully or in detail. In other word, I
8       actually don't understand this term very well.
9    Q. (By Mr. Hardt) So it'd be fair to say, since
10      you don't understand the term very well, if Walmart was
11      developing an algorithm using photospectometry, that
12      that wasn't something you were involved with?
13      MR. TULIN: Objection; form.
14      You can answer.
15   Q. (By Mr. Hardt) Right?
16   A. It depends on the involvement and also what
17      photospectometry means.
18   Q. Were you involved in any efforts to develop a
19      freshness algorithm with -- at Walmart that utilized
20      photo analytics?
21   A. I'm aware of some of the photo analytics
22      algorithms. I don't think I provided leadership to
23      that.
24   Q. And you also weren't involved in working on
25      that; right?

1    A. Meaning coding?
2    Q. Uh-huh.
3    A. No.
4       (Plaintiff's Exhibit No. 140 is marked for
5       identification.)
6    Q. Okay. I'm going to hand you what's now marked
7       as Exhibit 140.
8       THE WITNESS: Thanks.
9    Q. (By Mr. Hardt) This is going to be a different
10      version of the same email chain.
11   A. Uh-huh.
12      Okay.
13   Q. So if you go to page 2, you'll see at the
14      bottom of this email chain is the same one that we just
15      saw in Plaintiff's Exhibit 139; right?
16   A. Yes.
17   Q. Okay. And then on the first page, there's an
18      email from you at 3:48 p.m. Do you see that about
19      two-thirds of the way down?
20   A. Yes.
21   Q. And you say, "Wow, this is definitely very
22      nice materials. Thanks for sharing"; right?
23   A. Yes.
24   Q. So you would have reviewed these materials and
25      realized that they were nice materials when you

1  responded to Nikhil; right?
2  MR. TULIN:  Objection to form.
3  You can answer.
4  A. Not necessarily, because sometime, just look
5  at the start of the material, you would know what
6  the -- the content -- it could entail, and if looks
7  pretty in depth, then I can still comment that way.
8  Q. (By Mr. Hardt) Right.
9  So you would have at least reviewed the start of
10  the materials; right?
11  You would have had to open the attachments and
12  take a look; right?
13  A. Uh-huh.  For example, you can read the first
14  paragraph --
15  THE REPORTER:  I'm sorry.  What?  I'm sorry.
16  "As far as..."
17  MR. TULIN:  I think he said "for example."
18  THE REPORTER:  Thank you.
19  THE WITNESS:  Yeah.
20  A. So, for example, you could just read, maybe,
21  the abstract or read the first sentence -- sorry -- not
22  the sentence -- first paragraph.
23  Q. (By Mr. Hardt) Well, with the attachment --
24  the first attachment was a PowerPoint presentation; so
25  there isn't an abstract of that; right?

1  A. That's right.
2  Q. So you probably reviewed it enough to at least
3  know that they were nice materials; right?
4  MR. TULIN:  Objection; form.
5  You can answer.
6  A. For this, sometime I give this comments.  Not
7  necessary I need to review it in depth.  I just need to
8  know high level what content it might be related to.
9  Q. (By Mr. Hardt) Okay.  But Nikhil was providing
10  you this in order for you to have some information in
11  order to tell him whether you had confidence in being
12  able to develop a freshness algorithm; right?
13  A. I disagree.  I don't think those material will
14  help me necessarily to build the confidence.  The
15  confidence is more coming from if we can really build
16  this kind of solution based on our own research and
17  based on the algorithm performance.
18  Q. But you hadn't done any research or developed
19  any algorithm to evaluate the performance at that
20  point; right?
21  A. That's correct.
22  Q. And so your testimony is you don't recall
23  whether you reviewed this in depth or not; right?
24  A. Sorry.  Just a second.
25  Q. Take your time.

1  A. That's correct.
2  Q. Then at 6:33 p.m., you respond again, and you
3  say, "Hi, Nikhil.  Just a person note.  Is it going to
4  be too late if we get back to you with a confidence
5  vote by end of next week?"
6  Do you see that?
7  A. Yes.
8  Q. So you knew you were going to have to study
9  more information to get back to Nikhil on whether or
10  not you could complete a freshness algorithm; right?
11  A. I know I would, yes.
12  Q. You were going to need, maybe, up to a week;
13  right?
14  A. I would say a week is still too tight to
15  really give a confidence vote to determine a lot of
16  work that would --
17  Q. That's because it's --
18  A. -- be done.
19  Q. That's because it's a complex problem; right?
20  A. That's because we haven't even explored the
21  data yet; so I can't determine the complexity of the
22  problem.
23  Q. Well, at the top email chain, you say, "We
24  should hear what TCS is doing."
25  Who is TCS?

1  A. Tata Consulting Service.
2  Q. So did you reach out and get information from
3  TCS?
4  A. Yes.
5  Q. What information did you get from TCS?
6  A. Sorry.  It's not exactly getting information.
7  It's the meeting that we talk about earlier.  We met
8  with Tata, and we heard what they were doing.
9  Q. What were they doing?
10  A. After reading the email, I -- I recall it now
11  as what they were doing with Woolies in Australia for
12  similar type of freshness algorithm.
13  THE REPORTER:  What was the word before
14  Australia?
15  THE WITNESS:  Woolies.  It's in this email.
16  Woolies, W-O-O-L-I-E-S.
17  THE REPORTER:  Thank you.
18  Q. (By Mr. Hardt) And what did you end up
19  learning about their freshness algorithm?
20  A. To be honest, I don't recall very well because
21  we end up not collaborate -- I mean, I end up not
22  collaborating with them since that was the time
23  probably close to me transitioning out.
24  Q. Do you know if anybody else at Walmart
25  collaborated with them?

1   A.   I'm not aware.

2   Q.   What type of questions did you ask in the

3      meeting with Tata Consulting about their freshness

4      algorithm?

5   A.   I don't recall to be exact, but generally,

6      what type -- I would say, "What work did you do?" and

7      "How well did it work?"

8   Q.   Do you know if Walmart ever got any data from

9      them in response to those questions?

10   A.   I don't recall anything outside of a meeting.

11   Q.   Was Raj at that meeting?

12   A.   That's a good question.

13      I don't recall.

14   Q.   Who else was at that meeting?

15   A.   If I recall correctly, Nikhil, me, the Tata

16      consultants.

17   Q.   Do you remember the names of any of the Tata

18      consultants?

19   A.   No.

20   Q.   Okay. Were they U.S. based or Australian

21      based?

22   A.   Some of them were U.S. based, and there are

23      some people not U.S. based. I don't remember where.

24   Q.   Like Australian nationals?

25   A.   I don't know.

1   Q.   Don't know?

2      Well, at the end of this email, you say, "I will

3      have to answer that question next week"; right?

4   A.   Correct.

5   Q.   And so you wanted to gain more information on

6      whether you could give a confidence vote on the

7      freshness algorithm, because you couldn't, at that

8      point; right?

9   A.   Correct.

10   Q.   What was your reaction to learning from Nikhil

11      that they needed a quick confidence vote on whether

12      Walmart could develop its own internal freshness

13      algorithm?

14      MR. TULIN: Objection to form.

15      You can answer.

16   A.   I don't think I have any particular reaction.

17      These things are possible.

18   Q.   (By Mr. Hardt) In the 7:04 p.m. email, Nikhil

19      says, "We told Zest today that they are -- that they

20      are not going ahead with us anymore, and they kept

21      saying what a big mistake it is, that we are

22      considering building this internally. That raised this

23      question."

24      Were you aware prior to this that Walmart was

25      going to tell Zest that they weren't moving forward

1      with Zest?

2   A.   I don't recall very well on this.

3   Q.   You weren't at the meeting with Zest; right?

4      MR. TULIN: Objection to form.

5      You can answer.

6   Q.   (By Mr. Hardt) Otherwise, you would have

7      already known this; right?

8   A.   I don't recall.

9   Q.   You don't recall whether you were at a meeting

10      with Zest?

11   A.   Based on what I recall, I don't think I did.

12   Q.   Okay. Did you ever have a meeting with Zest?

13   A.   I don't recall I have a meeting with Zest.

14   Q.   Were you ever able to provide Nikhil Cherian a

15      response to his question of whether you were confident

16      you could build this internally?

17   A.   I don't recall if I did.

18   Q.   You said earlier today you probably rolled off

19      this program in about November 2017; right?

20   A.   Yes.

21   Q.   So do you think you would have rolled off

22      shortly after this email exchange?

23   A.   Depends on the definition of "shortly." I

24      just remember it's around November time.

25   Q.   Did you ever indicate to Raj that Nikhil had

1      this question and that it needed to be answered?

2   A.   I don't recall if I have told him specifically

3      on this.

4   Q.   Did you ever talk to Aihong Wen about this

5      question and whether she had confidence that -- that

6      you guys could build this algorithm?

7   A.   She is definitely aware of this question, but

8      I don't think she expressed any opinion at that time.

9   Q.   I mean, she's on the email chain; right?

10   A.   Yeah.

11   Q.   And she said -- at the bottom of the email

12      chain, she said, "We'll get back to you soon after we

13      discuss."

14      So do you recall if you discussed with Aihong Wen?

15   A.   I don't recall.

16   Q.   So you don't have any recollection of what

17      happened in determining the answer to Nikhil's question

18      of whether Walmart can build a internal freshness

19      algorithm?

20   A.   I don't recall.

21   Q.   That's going to be the cover of the email, but

22      there's some attachments. Let me get those for you.

23      There's the first one. I think that's it.

24      (Plaintiff's Exhibit No. 141 is marked for

25      identification.)

1   Q. I'm handing you what's been marked as
2     Plaintiff's Exhibit 141.
3     THE WITNESS: Thanks.
4   A. Okay.
5   Q. (By Mr. Hardt) This is a December 21st, 2017,
6     email from Tiffany Benitez to a number of individuals,
7     including you; right?
8   A. Yes.
9   Q. And it looks like she's setting up a weekly
10     program status update or status meeting; right?
11   A. It's a weekly update as of what I can see from
12     the email.
13   Q. Okay. I know we talked about this earlier,
14     but the subject line says "GDAP." Can you remind me
15     what "GDAP" means?
16   A. Global data analytics and platform.
17   Q. All right. And it says, "Week 47 GDAP supply
18     chain weekly program status."
19     Do you know if this is week 47 of the fiscal year
20     or what the week 47 refers to?
21   A. That's Walmart week. It's a little bit
22     different from fiscal year.
23   Q. Do you know if there's meetings like this
24     about the supply chain weekly program status every
25     week?

1     MR. TULIN: Objection to form.
2     You can answer.
3   A. I'm actually not sure.
4   Q. (By Mr. Hardt) So you didn't attend meetings
5     like this on a weekly basis; right?
6   A. You mean at that time point?
7   Q. At that time point.
8   A. No.
9   Q. Do you attend weekly meetings like this now?
10   A. No.
11   Q. If you look at the bullet points, she has, for
12     the meeting, down below -- the first one after
13     "Highlights" is "Fresh," and the second subbullet says,
14     "Identified work that has been completed by GTS team
15     last year for fresh days of life algorithms."
16     Do you see that?
17   A. I see that.
18   Q. What work was completed during the last year
19     by the GTS team for fresh days of life algorithm?
20   A. I don't recall, and this is something sent out
21     as December; so I don't think I had much visibility at
22     that time.
23   Q. Well, I -- I read it as referring to over the
24     last year that's -- that's about to end, because you're
25     in week 47; is -- is that correct -- or do you read it

1     differently?
2   A. Sorry. What do you mean "over the last year"?
3   Q. Well, she says -- it's in week 47, and she
4     says "the work completed by GT -- GTS team last year."
5   A. Yeah, for that, it sounds like the Walmart
6     year prior to this.
7   Q. Okay. Do you know what work was done by --
8     during the prior year before your involvement on fresh
9     days of life algorithm?
10     MR. TULIN: Objection to form.
11     You can answer.
12   A. I don't really recall.
13   Q. (By Mr. Hardt) When you were asked to come in
14     and build a freshness algorithm, don't you think it
15     would be good information to know what work had already
16     been done?
17   A. If it's valuable, yes.
18   Q. And did you ask if it was available?
19     MR. TULIN: Objection to form.
20     You can answer.
21   A. I don't recall if I have asked, but I'm pretty
22     sure, based on my understanding, it was not valuable.
23   Q. (By Mr. Hardt) It was not valuable?
24   A. Uh-huh. If it's valuable, I would remember.
25   Q. How would you --

1     THE REPORTER: I'm sorry. Are you saying
2     "available" or "valuable"?
3     THE WITNESS: Valuable.
4     THE REPORTER: Valuable. Okay. Thank you.
5   Q. (By Mr. Hardt) How would you have determined
6     if it was valuable work or not?
7     MR. TULIN: Objection; form.
8     You can answer.
9   A. Actually, it depends, but for this fresh flow
10     case, it will be valuable if it can apply to this type
11     of data and also have a good historical performance.
12   Q. (By Mr. Hardt) So you would need to evaluate
13     the data in detail to understand that; right?
14   A. Correct, to explore the data and apply the
15     algorithm.
16   Q. But you said earlier you didn't have any data
17     for the freshness algorithm development; right?
18   A. I didn't have the data I needed for this kind
19     of exploration.
20   Q. And also not the data you needed to evaluate
21     whether GTS team was doing any valuable work on the
22     fresh days of life algorithm; right?
23   A. I didn't have that kind of data I needed to
24     evaluate that.
25   Q. The same bullet. The next sentence says, "On

1    hold pending clean temperature data from Stephen
2    Steele."
3    Do you know if it ever, you know, went off of
4    hold?
5  A. I'm not aware.
6  Q. Do you know if Stephen Steele ever obtained
7    clean temperature data?
8  A. I'm not aware.
9  Q. What other types of data would have been
10    needed to develop this program?
11  A. I think we talk about that question before.
12  Q. Okay. Up above, when we look under the
13    "Highlights," and then there's three bullets, the
14    second one says, "Working with Bk Vasan and team to
15    build onboarding checklist for the lake."
16  A. I'm sorry. Where?
17  Q. Right here. Under "highlights."
18  A. Okay. Got it.
19  Q. Do you see where it says, "Working with Bk
20    Vasan and team to build onboarding checklist for the
21    lake"?
22  A. "Onboarding checklist."
23    Okay.
24  Q. Is he referring to the data lake?
25  A. "The lake" refers to data lake.

1  Q. So the data lake is involved in this overall
2    freshness initiative; right?
3    MR. TULIN: Objection to form.
4  A. I can't tell, based on this.
5  Q. (By Mr. Hardt) Do you know based on your work
6    at Walmart and work on the freshness algorithm?
7  A. I don't recall.
8  Q. So you couldn't tell me one way or the other
9    whether data from the data lake is related to the
10    freshness algorithm project?
11  A. I don't recall.
12  Q. I guess my question's a little different.
13  A. Uh-huh.
14  Q. My question is whether you can tell me one way
15    or the other whether data from the data lake is related
16    to the freshness algorithm project that you worked on.
17  A. I --
18    MR. TULIN: Objection to form.
19    You can answer.
20  A. I cannot tell one way or another.
21  Q. (By Mr. Hardt) If you go to the attachment --
22    and -- and I recognize it's very small text, and I
23    promise I'm not going to make you read much of this,
24    but if you go to the second page --
25  A. 348?

1  Q. Ends in 348. That's right.
2    And I just, first, want to start with the header
3    where it just says "fresh" --
4  A. Uh-huh.
5  Q. -- "colon Jira link"?
6  A. Uh-huh.
7  Q. What would be stored at that Jira link?
8    MR. TULIN: Objection to form.
9    You can answer.
10  A. I -- I'm not aware.
11  Q. (By Mr. Hardt) Did you have access to that
12    Jira link in -- you know, when -- when you received
13    this attachment and the calendar invite, would you have
14    been able to click on this link and access --
15  A. I haven't tried.
16  Q. You never tried?
17  A. No.
18  Q. Okay. And if you look down below in the
19    boxes, the first one says "objective"?
20  A. Uh-huh.
21  Q. And then the one at the bottom says
22    "Accomplishments Walmart week 47"?
23  A. Yes.
24  Q. And, for example, that -- that second bullet
25    says, "Fresh systems work on hold until supply chain

1    optimization work is prioritized per Nikhil"?
2    Are you able to read that?
3  A. Yes.
4  Q. Okay. So does this particular document -- is
5    this just tracking the work on a weekly basis?
6  A. Since I didn't make the document -- so I -- I
7    don't know.
8  Q. But it appears to be tracking it on a weekly
9    basis; right?
10    I mean, it -- it says "Walmart week 47," and it
11    appears consistent with the meeting agenda up front;
12    right?
13    MR. TULIN: Objection; form.
14  A. It could be.
15  Q. (By Mr. Hardt) Okay. And the same for the
16    third bullet where it says, "Identified work that has
17    been completed by GTS team last year for fresh days of
18    life algorithms. On hold pending clean temperature
19    data from Stephen Steele."
20    That's the same content as the cover email; right?
21    MR. TULIN: Objection to form.
22  A. Yeah.
23    MR. TULIN: You can answer.
24  Q. (By Mr. Hardt) So have you ever seen a
25    document in this format before?

1    A. Which one?
2    Q. Like the attachment.
3    A. Oh, you mean the attachment --
4    Q. Just in general this format.
5       Have you ever seen a document like this before?
6    A. Yes.
7    Q. Okay. What are documents of this type used
8       for at Walmart?
9       MR. TULIN: Objection; form.
10      You can answer.
11   A. Update.
12   Q. (By Mr. Hardt) In this -- where is this
13      document generated from?
14   A. I can't tell. I just know Tiffany send out
15      this.
16   Q. I mean, it has Jira links at the top and
17      things like that. It doesn't appear to be a
18      traditional PowerPoint.
19      Is there a program that stores all this
20      information or something like that --
21      MR. TULIN: Objection to form.
22   Q. (By Mr. Hardt) -- database?
23      MR. TULIN: You can answer.
24   A. I don't know, but Python can have hyperlink.
25   Q. (By Mr. Hardt) Okay. In conjunction with your

1    A. It is only possible.
2    Q. We'd have to talk to the individual team
3       members to determine that?
4    A. That's right.
5    Q. I'm going to hand you what's being marked as
6       Exhibit 142.
7       (Plaintiff's Exhibit No. 142 is marked for
8       identification.)
9       MR. TULIN: I need a copy of that.
10      MR. HARDT: Oh, sorry, Ed.
11      MR. TULIN: That's okay.
12      Thanks.
13   A. Okay.
14   Q. (By Mr. Hardt) Have you ever seen this
15      document before?
16      It appears to be a August 17th, 2018, email.
17   A. I don't recall. I might have seen it.
18   Q. Okay. Do you know why you're still included
19      in these email updates or these meeting updates even
20      though you've said you were not involved in the cold
21      chain compliance project in 2018?
22      MR. TULIN: Objection; form.
23      You can answer.
24   A. I don't know why. Because sometime people
25      could include wrong people in the email.

1    work on the freshness algorithm, did you ever access a
2    Jira database?
3    A. In conjunction with...
4    Q. Your work on the -- let -- let me rephrase
5    that.
6       As part of your work on the cold chain compliance
7       project, did you ever access a Jira database?
8    A. I don't think so.
9    Q. Do you know your team ever accessed a Jira --
10      Jira database?
11   A. That's possible.
12   Q. In general, they have access to a Jira
13      database; right?
14      MR. TULIN: Objection to form.
15   A. Not necessarily.
16   Q. (By Mr. Hardt) Well, your programming team
17      operates in Jira; right?
18      MR. TULIN: Objection to form.
19      You can answer.
20   A. Not necessarily.
21   Q. (By Mr. Hardt) But it's possible, for the
22      freshness algorithm project, they would -- they would
23      have accessed a Jira database; right?
24   A. For fresh what?
25   Q. Freshness algorithm project.

1    Q. (By Mr. Hardt) Let's talk about who's included
2       here.
3       The first name I see is Alpana Varma?
4    A. Uh-huh.
5    Q. Who is that?
6    A. She's part of the product team in GDAP, but I
7       don't know exactly her role. I don't recall.
8    Q. And when you say "GDAP," you mean G-D-A-P --
9       what we talked --
10   A. Yes.
11   Q. -- about earlier?
12   A. Yeah.
13      Can we refer that in the future?
14   Q. Yes.
15      The second name is Ray Boyle. Do you know who Ray
16      Boyle is?
17   A. Yes.
18   Q. Who's Ray Boyle?
19   A. He was the VP leading the product in GDAP.
20   Q. And what is the product in GDAP?
21   A. They are handling product management function
22      in the GDAP organization.
23   Q. And when you say "product management
24      function," do you mean, like, fresh produce for cold
25      chain compliance project?

| | |
|---|---|
| 2019-05-23  Li, Mingming  Page 166 | 2019-05-23  Li, Mingming  Page 168 |

**Page 166**

1    MR. TULIN: Objection to form.
2    You can answer.
3    A. It's not saying that they own or drive that
4        project. It's -- actually, the GDAP product function
5        has not been well defined; so I don't think I can speak
6        to that very well.
7    Q. (By Mr. Hardt) So we'd have to talk to Ray
8        Boyle and figure out what his role is?
9        MR. TULIN: Objection to form.
10       You can answer.
11   A. Yes.
12   Q. (By Mr. Hardt) The next name is Corey
13       Thompson. Who's Corey Thompson?
14   A. I -- based on this timeline, I actually cannot
15       tell, because at that time line, there were some
16       organization change. Prior to organization change, I
17       know he was also a leader in the business engagement
18       team.
19   Q. Do you know who Mike Swatsworth is?
20   A. He was the -- I don't know at that time line,
21       but he was the leader for data analytics team for
22       supply chain, yeah.
23   Q. And Sandeep Nayak -- do you know who that is?
24   A. I know Sandeep Nayak was an engineer lead, but
25       I don't know what his role is, at that time point.

**Page 168**

1        is?
2    A. So Asis might have been Nikhil's manager
3        sometime. That's all what I remember.
4    Q. How about Balu Chaturvedula?
5    A. I don't recall his role at that time for this.
6    Q. Do you recall a role of Suni (verbatim)
7        Mathew?
8    A. No.
9    Q. Do you recall a role of Nitin Kapoor?
10   A. I don't recall what his role was like at that
11       time point.
12   Q. Do you know what his role is now?
13   A. I think he has left the company.
14   Q. Do you know who Linda Vytlacil is?
15   A. Yes.
16   Q. Is that the Linda we've been talking about
17       earlier?
18   A. Yes.
19   Q. Okay. Do you know who Ravi Gupta is?
20   A. No.
21   Q. Shanon Cooper?
22   A. He was part of the product team -- GDAP.
23   Q. Okay. And that's a male?
24   A. Yes.
25   Q. Do you know who Ravi Chithirala is?

| | |
|---|---|
| 2019-05-23  Li, Mingming  Page 167 | 2019-05-23  Li, Mingming  Page 169 |

**Page 167**

1    Q. Do you know what his role was in 2017?
2    A. I don't know. I don't recall.
3    Q. Do you know what his role is now?
4    A. If he still works at Walmart, he's -- I think
5        he's a -- a data engineer lead.
6    Q. In the "CC" line, I see Vijay Sankararaman?
7    A. I don't know him.
8    Q. Okay. How about Rob Fusillo?
9    A. At that time, he was a -- the VP for
10       merchandising technology for U.S. store.
11   Q. Based on your understanding, would he have any
12       involvement in the cold chain compliance projects?
13   A. He would.
14   Q. He would?
15   A. Yeah.
16   Q. What would his involvement be?
17   A. Leadership. Guidance.
18   Q. So in other words, the cold chain compliance
19       project would touch on the work by the merchandising
20       technology group as well --
21       MR. TULIN: Objection to form.
22   Q. (By Mr. Hardt) -- right?
23       MR. TULIN: You can answer.
24   A. Yes.
25   Q. (By Mr. Hardt) Do you know who Asis Sengupta

**Page 169**

1    A. No.
2    Q. Do you know who Steve Ormon is?
3    A. Yes.
4    Q. Who is Steve Ormon?
5    A. He is -- was the business lead in supply chain
6        area.
7    Q. And what would his involvement in the cold
8        chain compliance project be?
9    A. That part, I don't know.
10   Q. Do you know who Brad Anderson is?
11   A. Yes.
12   Q. What is Brad Anderson's role?
13   A. I don't know his role, particularly. I just
14       know he's a senior director in GDAP organization in
15       charge of things related to data. That's -- that's all
16       what I know.
17   Q. Do you know who Jenni McTeer is?
18   A. No.
19   Q. Do you know who Kenneth Biesterveld is?
20   A. No.
21   Q. Do you know who Asif Farook is?
22   A. No.
23   Q. If you turn to the third page of Exhibit 142,
24       the Bates number on that page ends in 382. Do you see
25       that one?

1   A. Yes.
2   Q. And then near the bottom of the page, there's
3      a header called "fresh inspection automation and food
4      quality alerts"?
5   A. Uh-huh.
6   Q. Do you see that?
7   A. Yes.
8   Q. And underneath where it says
9      "accomplishments," there's a bullet that says, "Team
10     received few sample images with severity data for
11     strawberries to incorporate severity logic in the
12     model."
13     Do you see that?
14  A. Yes.
15  Q. What is the model that it's referring to
16     incorporating severity logic into?
17  A. I don't have visibility to this.
18  Q. Okay. Did you ever attend any meeting
19     covering this agenda?
20  A. No. Since I transition off, no.
21  Q. So you would have received this email, but
22     it's not your role anymore; so you just ignored it;
23     right?
24  A. Correct.
25  Q. At the bottom -- very bottom of the second

1      page --
2   A. Second page?
3   Q. Sorry. Whatever page we're on.
4      Third -- yes, sir, third page.
5   A. What's the Bates number? 382?
6   Q. The same page --
7   A. Okay.
8   Q. -- yeah. 382.
9      There is a header called "Cost to Serve"?
10  A. Cost to serve.
11  Q. Do you see that?
12  A. Okay. Yeah.
13  Q. Are you familiar with that term?
14  A. Cost to serve?
15     Not -- not really.
16  Q. Okay. And so on the last page, when it says,
17     "risks and mitigation," and there's a bullet that says,
18     "Need: Additional data analysts are needed to help
19     expedite modeling completion" --
20  A. Okay.
21  Q. -- would you have any understanding of what
22     that's referring to?
23  A. Since I don't have visibility or context, I
24     don't think I can speak for that.
25  Q. Okay. To your knowledge, no employees that

1      are reporting to you are working on that project;
2      right?
3   A. What project?
4   Q. The cost to serve project.
5      MR. TULIN: Objection to form.
6      You can answer.
7   A. You mean in August?
8   Q. (By Mr. Hardt) At any time.
9   A. I'm not familiar with cost to serve; so, no.
10     I do have data analysts working on things related
11     to cost.
12  Q. Do those projects relating to cost have any
13     relation to fresh produce?
14  A. Not that I'm aware of.
15  Q. Okay.
16     MR. HARDT: I think we've been going about an
17     hour. Why don't we take a short break?
18     MR. TULIN: Sure.
19     THE WITNESS: Okay. Thank you.
20     THE VIDEOGRAPHER: We're going off the record
21     at 3:01 p.m.
22     (A recess is taken.)
23     THE VIDEOGRAPHER: We are back on the record
24     at 3:22 p.m.
25  Q. (By Mr. Hardt) Mr. Li, we spoke earlier

1      briefly about a company called Emerson. Do you recall
2      that?
3   A. Yes.
4   Q. Were you ever involved in any efforts to
5      evaluate sensors from Emerson?
6   A. Evaluate sensors?
7   Q. Temperature sensors, yes.
8   A. Do you mean -- "evaluate sensor" -- does that
9      include evaluating sensor data?
10  Q. Well, that's going to be a separate question;
11     so my first question is just the evaluation of
12     the actual sensor, the hardware.
13  A. No.
14  Q. You had no involvement in evaluating that;
15     right?
16  A. No.
17  Q. Did you ever have any involvement evaluating
18     the sensors -- the -- the hardware for Zest?
19  A. The hardware? No.
20  Q. Okay. Did you ever have any involvement
21     evaluating data from sensors from Emerson?
22  A. So for that, we discussed -- I expressed my
23     opinions, but I wasn't a decision maker.
24  Q. And that would have been in the -- whatever
25     that was -- the October-November 2017 time frame?

1    MR. TULIN: Objection; form.
2    You can answer.
3    A. It will be in those meetings. I don't know if
4    it, maybe, started September or not.
5    Q. (By Mr. Hardt) Okay. After that time frame --
6    so let's say after, you know --
7    A. After November.
8    Q. -- after November 2017 -- did you have any
9    involvement at that point evaluating temperature data
10   from Emerson sensors?
11   A. No.
12   Q. Did you have any involvement in a pilot in
13   2018 that Walmart did with Emerson?
14   A. No.
15   Q. And did you do any work on freshness
16   calculations in 2018 based on data coming from Emerson?
17   A. No.
18   Q. And -- and I should say it's -- I -- I
19   believe, in that case, it would be Walmart data, but
20   it's coming from Emerson-supplied sensors.
21   Same answer?
22   A.  (Nods head yes.)
23   Q. And can you give a verbal "yes" or "no" to the
24   question?
25   A. It's the same answer.

1    Q. Okay. I'm handing you what's going to be
2    marked as Exhibit 143.
3    (Plaintiff's Exhibit No. 143 is marked for
4    identification.)
5    MR. HARDT: Ed, you'll have to forgive me. I
6    have only two legal-size copies --
7    MR. TULIN: I'll make do.
8    MR. HARDT: -- so you may have to squint on
9    the attachment.
10   Q. (By Mr. Hardt) Have you --
11   A. Yes.
12   Q. -- seen this document before?
13   A. I don't recall I see the specific attachment
14   or the top part of the email. I do recall Denise
15   email.
16   Q. Okay. So the subject line of both Denise's
17   email and the top one is "cold chain pilot activities";
18   right?
19   A. Yes.
20   Q. And what cold chain pilot is she talking
21   about?
22   MR. TULIN: Objection to form.
23   You can answer.
24   Q. (By Mr. Hardt) Let me rephrase that.
25   In Denise Sharpe's email at 10:43 a.m., what cold

1    chain pilot activities is she referring to?
2    A. I can't tell, to be specific, but that's just
3    my general understanding -- the cold chain pilot that
4    was going on at that time.
5    Q. Let's look at the first attachment, which is a
6    spreadsheet, Bates No. 138880.
7    A. Yes.
8    MR. TULIN: I'm -- I'm sorry, Jonathan. I
9    don't think I have a -- a copy of that one. Do you
10   have a --
11   MR. HARDT: I think that's it. It's --
12   MR. TULIN: Oh, it doesn't have -- oh, it does
13   have a Bates number. I'm sorry.
14   It was just so -- it was just so tiny. Sorry.
15   Please -- please, go ahead.
16   MR. HARDT: No. That's -- you can blame me
17   for that. I'm sorry. I didn't have a bigger copy for
18   you.
19   Q. (By Mr. Hardt) So you see in Column F, I guess
20   we'll call it, under "Activity" where it says "cold
21   chain pilot"?
22   A. Uh-huh.
23   Q. And if you look underneath at the activities
24   that are -- that are planned -- for example, Rows 17
25   and 18 refers to "use of Emerson Wi-Fi equipment" --

1    A. Okay.
2    Q. -- and that's the only -- only Emerson Wi-Fi
3    equipment is discussed here.
4    So I review this -- I -- I view this as relating
5    to a pilot that's about to begin for Emerson. Is that
6    consistent with your understanding?
7    A. I'm sorry. I don't have understanding on this
8    because I -- my role is mainly about algorithm
9    development.
10   Q. Okay. If you look at the second attachment...
11   MR. HARDT: Ed, you may be missing that one.
12   MR. TULIN: There's the one I'm missing.
13   Okay. Knew I was missing something.
14   A. Yeah.
15   Q. (By Mr. Hardt) If you look down in the sixth
16   row, it says "Mingming Li, retail technology, freshness
17   algorithm"?
18   A. Yes.
19   Q. Do you see that?
20   A. Yes.
21   Q. So you are listed here as part of this pilot,
22   but it's your testimony that, because you were just
23   working on the freshness algorithm, you weren't
24   actually involved in the Emerson pilot?
25   MR. TULIN: Objection to forum.

1    You can answer.
2    A. If the definition is to work with Emerson side
3    by side, no, but we are supposed to receive certain
4    data to develop the algorithm. If that is considered
5    as pilot, then, yes.
6    Q. (By Mr. Hardt) So your team would use, among
7    other things, data coming from this pilot to work on
8    the algorithm; is that right?
9    A. What do you refer to as "this pilot"?
10   Q. The pilot that's referenced in these
11   documents.
12   A. I don't know the data we're using is coming
13   from which pilot.
14   Q. You were just getting data. You don't know
15   where it originates from, necessarily?
16   MR. TULIN: Objection to form.
17   You can answer.
18   A. In general term, I don't know technically
19   where the data came from.
20   Q. (By Mr. Hardt) Why -- why do you qualify that
21   with "in general terms"?
22   A. Since we haven't seen the data -- so we're not
23   overconcerned how it was technically generate and where
24   it came from; so we don't need to have visibility to
25   that, at that time.

1    Q. To generate the freshness algorithm, you do
2    need to know where the temperature data is coming from
3    in relation to where the sensor was in the supply chain
4    when the temperature was taken; right?
5    A. Can -- do you mind -- break down the question
6    a little bit?
7    Q. To develop a freshness algorithm, you would
8    need to know the geographic location of the sensor when
9    temperature data is taken; correct?
10   A. Not necessarily. It could be timeline based.
11   Q. So you would at least need a time associated
12   with the temperature; correct?
13   A. Time associated with the temperature?
14   Yes.
15   Q. In developing the freshness algorithm around
16   this time frame, you did have some data to analyze from
17   the proof of concept; right?
18   MR. TULIN: Objection to form.
19   You can answer.
20   A. I don't have visibility to that. What I'm
21   aware was the team has an understanding of the
22   structure or the format of the data.
23   Q. (By Mr. Hardt) Well, you testified earlier the
24   data coming out of the proof of concept wasn't
25   necessarily reliable because, I think, there was some

1    bad weather or some other issues like that; right?
2    A. That's correct.
3    Q. You still had access to that data even if it
4    was affected by the weather or had other problems;
5    right?
6    MR. TULIN: Objection to form.
7    You can answer.
8    A. Not really, because that data has to be sent
9    from Stephen Steele to us. It's not stored on location
10   that we can access.
11   Q. (By Mr. Hardt) Did you ever make any attempt
12   to analyze the data to determine whether it had
13   accuracy problems, or did you just rely on Stephen
14   Steele's representation for that?
15   A. I disagree on the question. I was not trying
16   to determine the accuracy because I didn't even have
17   data to explore. Stephen Steele was the main person
18   that's aware of who we can get the data from.
19   Q. So if you wanted the underlying raw data, that
20   would have to come from Stephen Steel; right?
21   A. Yes.
22   Q. I'm going to hand you the next exhibit, which
23   will be marked Plaintiff's Exhibit 144.
24   (Plaintiff's Exhibit No. 144 is marked
25   for identification.)

1    Q. And this one, just so the record is clear --
2    it begins with WM00122420, and I believe it ends on
3    WM00122433.
4    This is a email from Aihong Wen on March 13th,
5    2018, and then she attaches a series of other emails to
6    it. Do you see that?
7    A. Yeah, I'm reading through it.
8    Q. Okay. Take your time.
9    A. Yes.
10   Q. Okay. Let's look at the cover email. It's
11   from Aihong Wen on March 13th, 2018, and the subject
12   line is "fresh quality image processing"; right?
13   A. Yes.
14   Q. And I know you're not included on this
15   particular email, but you would agree that she's still
16   working on the fresh quality project in March 2018;
17   right?
18   MR. TULIN: Objection to form.
19   You can answer.
20   A. For fresh quality -- I mean, if the project
21   changed name to fresh quality, yes.
22   Q. (By Mr. Hardt) Okay. And if you go to the
23   first attachment, it's the one that begins with the
24   Bates No. 122423?
25   A. Yes.

1   Q. This is an email dated January 23rd, 2018.
2      It's from you to retail tech analytics, all, and
3      Walmart technology Bangalore analytics?
4   A. Yes.
5   Q. Who would be on those email lists?
6      MR. TULIN: Objection; form.
7      You can answer.
8   A. So first, data scientist from Bentonville and
9      Bangalore.
10     I don't recall if engineering team was part -- in
11     there too or not.
12  Q. (By Mr. Hardt) About how many people would be
13     receiving this?
14  A. More than 50 people.
15  Q. Okay. Less than 100 or more than 100?
16  A. I...
17     I can't say accurately.
18  Q. Okay.
19  A. Actually, there is one thing, I think, I need
20     to correct.
21     I don't know when the organization change took
22     place. It seemed that, at that time, we were still
23     part of the organization called "retail technology,"
24     but then later we became part of the organization GDAP,
25     global data analytics platform; so just let y'all know,

1      but I just don't remember when we moved our
2      organization from retail technology to GDAP.
3   Q. So at -- at some point, most likely after this
4      email was sent, the retail tech analytics team would
5      have gone into GDAP?
6   A. That's the tricky part. Sometime we still use
7      the old distribution list.
8   Q. Okay. Is GDAP a larger group than retail tech
9      analytics?
10  A. First, it's definitely a larger group, but the
11     retail technology and the GDAP were two different
12     organizations.
13  Q. And are they now merged into one organization
14     known as GDAP?
15  A. Not necessarily. Only part of the retail
16     technology organization went to GDAP.
17  Q. And you consider yourself now in GDAP; right?
18  A. No, not today. There was another organization
19     change.
20  Q. And what organization change was that?
21  A. Basically, data scientists from my
22     organization -- my team went to merchandising
23     technology organization.
24  Q. And that is separate from GDAP, or is that a
25     subpart of GDAP?

1   A. That's separate from GDAP.
2   Q. Okay. And the individuals copied on this
3      email are Kishore Sasthiri?
4   A. Uh-huh.
5   Q. Who is she or he?
6   A. He -- he was a data scientist reporting to me
7      for a very brief time period.
8   Q. And who is Aditya Reddy?
9   A. He was a data scientist reporting to Tim
10     Winters who is a director, meaning, as my peers, we
11     both report to Linda.
12  Q. The next name is Kshithi Venkatesh?
13     Did I pronounce that right?
14  A. Kshithi?
15     Actually, I'm not sure if that's her, but if I'm
16     remembering correctly, she was all -- sorry.
17     I -- I don't think that's her, but I don't recall
18     who this person is.
19  Q. Okay. Do you recall who David Ahuja is?
20  A. Yes. He's no longer with Walmart today. At
21     that time -- around that time, I inherited Kishore and
22     another associate from David.
23  Q. Was David a peer of yours at that time?
24  A. He -- after the change -- not the organization
25     change.

1      After I inherited those people, David become a
2      senior director in the product organization reporting
3      to Ray Boyle. Before that, I -- I'm not clear about
4      his role.
5   Q. Okay. The subject line here is "strawberry
6      image classification at tech Tuesday on January 23rd."
7      Do you see that?
8   A. Yes.
9   Q. What was the strawberry image classification
10     project?
11     MR. TULIN: Objection; form.
12     You can answer.
13  A. That was a site project Kishore and Aditya may
14     be partnering with some other people working with to
15     classify strawberry quality based on the image.
16  Q. (By Mr. Hardt) Did you give them any guidance
17     or otherwise work with them on that project?
18  A. No.
19  Q. Do you know if they received any documentation
20     from you or others to inform them on how to carry out
21     that project?
22  A. I don't think they receive any documentation
23     from me. I don't know what documentation they have
24     received.
25  Q. And you write, "Today at tech Tuesday, Aditya

1    Reddy from Tim Winters's team and Kishore Sasthiri from
2    my team presented the ML solution they developed for
3    image recognition to classify produce quality."
4    Do you see that?
5  A. Uh-huh.
6  Q. So what is the ML solution?
7  A. Machine learning.
8    THE REPORTER: Say again.
9    THE WITNESS: Machine learning.
10   MR. TULIN: Machine learning.
11   THE REPORTER: Thank you.
12 Q. (By Mr. Hardt) And what do you mean when you
13   say "image recognition to classify produce quality"?
14 A. So read the image, and then the output is what
15   is quality of the strawberry: good or bad?
16 Q. Did you see a demonstration of this
17   technology?
18 A. I saw the presentation.
19 Q. Were you involved in any way in developing it?
20 A. No.
21 Q. Did you see --
22 A. Sorry. Depends on the definition of
23   "involvement."
24   So I have seen it, but I didn't give guidance.
25   I'm aware of this because I'm his manager; so I -- I'm

1    aware of it.
2  Q. And so prior to the presentation, you had at
3    least seen it; correct?
4  A. Prior to the presentation, Kishore -- I think
5    he made me aware of it.
6  Q. You state later on in this email, "Their
7    approach achieved a 95 percent accuracy on identifying
8    good quality strawberries and 83 percent accuracy in
9    differentiating among good strawberries. Bruised and
10   nondecay and bruised and decay strawberry."
11 A. Uh-huh.
12 Q. How did you conduct the analysis to obtain
13   these -- these metrics -- the 95 percent and the 83
14   percent accuracy metrics?
15 A. It was all data provided by Kishore to me.
16 Q. So did you --
17 A. Sorry. These number was what Kishore provided
18   to me. I didn't conduct the analysis.
19 Q. Did you undertake any effort to evaluate
20   whether the numbers were accurate?
21 A. No.
22 Q. Did you ask how the analysis was performed?
23 A. We didn't have a code-level discussion, but we
24   did -- I did have an understanding that it's based on
25   RGB and HSB variable.

1  Q. There would have to be something to compare
2    those values with; right?
3    I mean, the -- the system needs a baseline to
4    understand whether the color is good or bad or whatever
5    the case may be; right?
6  A. It's not exactly that way; so for trending a
7    model, you need to have the output data to tell you if
8    it's accurate or not; so if that's what you mean as a
9    baseline, then the historical data is what you can use
10   to evaluate.
11 Q. So the system does use historical data;
12   correct?
13   MR. TULIN: Objection form.
14   You can answer.
15 A. Yes.
16 Q. (By Mr. Hardt) And historical image data?
17 A. Yes.
18 Q. Do you know where that historical image data
19   originated from?
20 A. I don't recall very well, but I know it was
21   based on the team we were working with at the site
22   project. They provided them the picture. I just don't
23   know this team belongs to which organization.
24 Q. Do you know who was on that team?
25 A. I -- I don't know. I do see VP -- like a

1    chart here in the email, but since I only have very
2    limited visibility, it was mainly a person I inherited
3    from, and I was just helping him to promote his work.
4  Q. Let's go to the next email, which is Walmart
5    00122426.
6  A. Yes.
7  Q. This looks like a email from Kishore on
8    December 20th, 2017, and he copies you.
9  A. Uh-huh.
10 Q. The subject line is "idea fruit quality." Do
11   you see that?
12 A. Yes.
13 Q. Do you recall what this email chain is about?
14 A. I don't think I can recall very well because
15   I'm not really involved with this kind of work, at that
16   time.
17 Q. Okay. If you go to the bottom of the second
18   page, the one that ends in Bates No. 427 --
19 A. Uh-huh.
20 Q. -- there's a email at 11:27 a.m. Do you see
21   that?
22 A. Yes.
23 Q. And David Ahuja says, "Kishore, please share
24   the presentation you covered with me yesterday on the
25   strawberry freshness models with this group."

1       Do you see that?

2   A.  Yes.

3   Q.  Does that refresh your recollection as to what

4       this may relate to?

5   A.  So I don't think so, because you can see in

6       the next email everything related to fresh. I just

7       directly forwarded to Raj.

8   Q.  Uh-huh.

9       Then at the top of that page, this is Raj's

10      response at 11:48 a.m., and he -- he acknowledges what

11      you just said. He says, "Mingming, thank you for

12      looping me in"; right?

13   A.  Yes.

14   Q.  Okay. And then he says underneath, "Lauren

15      Shores from my team is involved in this initiative;

16      right?

17   A.  That's what's in the email, yes.

18   Q.  Okay. So do you have any understanding of

19      whether they're referring to the -- he's referring to

20      the freshness algorithm?

21   A.  I don't know for sure.

22   Q.  Okay. And the last sentence of that paragraph

23      says, "One of the suppliers the flow team has been

24      talking to has a vast inventory of pictures labeled

25      with their freshness," and he underlines "labeled."

1   A.  Uh-huh.

2   Q.  Do you know what that refers to?

3   A.  That means, for each picture, there is a

4      category to see about the freshness.

5   Q.  Do you know which vendor that would be?

6      MR. TULIN: Objection -- objection; form.

7      You can answer.

8   A.  I don't know.

9   Q.  (By Mr. Hardt) If you turn to the next

10      attached email, the Bates number ends in 429. Do you

11      see that one?

12   A.  Yes.

13   Q.  The bottom email in this chain is from Aihong

14      Wen. It's dated February 27th, 2018, at 10:52 p.m. Do

15      you see that one?

16   A.  Yes.

17   Q.  And she sends it to you and -- and a number of

18      other individuals; right?

19   A.  Yes.

20   Q.  She says, "Hi, all. It seems my team -- Raj

21      is leading -- will work with Chuck Tilmon to continue

22      to expand the food quality inspection work utilizing

23      machine vision techniques."

24      Do you see that?

25   A.  Yes.

1   Q.  Do you have any understanding of whether

2      that's related to the freshness algorithm development

3      at Walmart?

4   A.  I don't know.

5   Q.  It could be. You just wouldn't know because

6      you weren't involved, at that point?

7      MR. TULIN: Objection to form.

8      You can answer.

9   A.  Correct. I don't -- I wasn't involved, at

10      that time.

11   Q.  (By Mr. Hardt) Okay. The next sentence says,

12      "Given that Kishore and Aditya have worked on the POC

13      bake-off, can you please let us know how you would like

14      them to be involved, availability, percent of time?"

15      Do you see that?

16   A.  Yes.

17   Q.  What's your understanding of the POC or the

18      bake-off that's being referred to here?

19   A.  I don't have a deep understanding; so

20      high-level understanding is they were working with the

21      business partner, and the bake-off means there are

22      several algorithms in play, and they will compare which

23      one did the best.

24   Q.  Do you know whose algorithms were in play in

25      that bake-off?

1   A.  I don't have a good visibility to that.

2   Q.  So this team would have just been involved

3      with the business side, and they would have analyzed

4      the algorithms that were in the bake-off; right?

5   A.  I think they are also one of the team who

6      provides the algorithm to compete.

7   Q.  So you think there would be a bake-off with a

8      number of teams, including one that's -- that comprises

9      Kishore and Aditya?

10   A.  I can't tell for sure, but I think so.

11   Q.  Okay.

12      MR. HARDT: No further questions at this time.

13      THE WITNESS: Okay.

14      MR. TULIN: We have no further -- we have no

15      questions for you either. Thank you very much for your

16      time.

17      THE WITNESS: Okay. Thank you.

18      THE VIDEOGRAPHER: The deposition is concluded

19      at 4:01 p.m.

20      THE REPORTER: Read and sign or waive?

21      MR. TULIN: We'll do read and sign.

22

23      (The taking of the deposition is concluded.)

24

25

```
 1      C E R T I F I C A T E
 2      STATE OF OKLAHOMA )
 3      ) SS: COUNTY OF TULSA )
 4
 5      I, Cassy Kerr, Registered Professional Reporter
 6      in and for the State of Oklahoma, do hereby certify the
 7      above-named witness was, by me, first duly sworn to
 8      testify the truth, the whole truth, and nothing but the
 9      truth in the case aforesaid; pages 1 through 196 of the
10      witness's deposition were reduced to writing by me by
11      means of stenotype, and the same was thereafter
12      transcribed under my direction and supervision; the
13      witness chose __X___ did not choose _____ to review the
14      deposition; the deposition was taken at the time and
15      place aforesaid; and I am not related to nor attorney for
16      either of said parties nor otherwise interested in the
17      event of said action.
18      WITNESS MY HAND THIS 4th day of June, 2019.
19
20
21      _____ Cassy Kerr, CSR,
        CCR, RPR, CRR, CRC, NP
22      Oklahoma CSR License No. 01367 Certification expires 12-31-19
23      Kansas CCR License No. 01697 Certification expires 06-30-19
24      Arkansas CCR License No. 800
25
```

```
 1
 2
 3
 4
 5
 6      _____
 7      MINGMING LI
 8
 9      Subscribed and sworn to before me, this _____
10
11      day of _____, 2019.
12
13
14
15      Notary Public:_____
16      Commission Number:_____
17
18      Commission Expires:_____
19
20
21
22
23
24
25
```

```
 1      CORRECTIONS TO THE DEPOSITION OF
 2      MINGMING LI
 3      CASE STYLE:  Zest Labs, et al. V. Walmart
 4      DATE TAKEN:  May 23, 2019
 5      REPORTED BY:  Cassy Kerr, CSR-OK, CCR-KS, CCR-AR, RPR, CRR,
        CRC, NP-OK
 6      PAGE-LINE      CHANGE REQUESTED     REASON THEREFOR
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# EXHIBIT E

| From: | Nikhil Cherian |
|---|---|
| To: | Terri Shiery; Bk Vasan; Mingming Li |
| CC: | Rodney Greenfield; Denise Sharpe |
| Sent: | 8/24/2017 4:20:37 PM |
| Subject: | RE: Request for Resources |

+ Mingming

Thanks Terri.

BK - Just to clarify one thing, the algorithm that Stephen is working on is in the very early stages of development and will need data scientist and data engineer support to work together.

Regards,

**Nikhil Cherian, Director** U.S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

**From:** Terri Shiery
**Sent:** Thursday, August 24, 2017 3:07 PM
**To:** Bk Vasan
**Cc:** Rodney Greenfield; Nikhil Cherian; Denise Sharpe
**Subject:** Request for Resources

BK,

In the Flow quarterly prioritization meeting the Fresh Flow business team requested that we submit a request to your team for development of an algorithm that will calculate estimated freshness remaining for a product. Stephen Steel, of the data and analytics team has been working for months on developing a proof of concept. We feel it is now time to transition to the Data Platform team to ensure we have a scalable, production ready solution to support recommendations coming out of the cold chain compliance evaluation. The cold chain compliance evaluation and DC pilot will continue through the end of January. The decision to either purchase a service contract from the vendors to calculate freshness or to use the freshness algorithm that we're asking your team to develop needs to be made in December.

I'm not familiar with the intake process for your team, could you help us get this into the queue for your area to be evaluated? We have been tasked with coming back to the Flow leadership meeting in three weeks with estimated level of effort and tentative trade-offs or impact associated with assigning resources to complete this request by the end of December.

*Thank you!*

**Terri Shiery Program Manager**

**Walmart Labs - Business Engagement**
terri.shiery@wal-mart.com
Wal-Mart Stores, Inc.
805 Moberly Lane
Bentonville, AR 72716-0560
**Save money. Live better.**



PLAINTIFF'S EXHIBIT
0130

PLAINTIFF'S EXHIBIT
NO. 130

WM00092754

## Rodney Greenfield - Fresh Flow

Monday, September 18, 2017     8:40 AM

4-6 weeks -- early october

Denise hope by end of contract with supplier --> we should have the algorithms ready

Rahul stay involved from at least data perspective.

Nikhil main driver of the project

PLAINTIFF'S
EXHIBIT
NO. 132

PLAINTIFF'S
EXHIBIT
0132

WM00155517

| From: | Nikhil Cherian |
|---|---|
| To: | Mingming Li; Aihong Wen |
| Sent: | 11/9/2017 2:40:51 PM |
| Subject: | Fresh algo |
| Attachments: | Zest Fresh - Story 6-7-17.pdf; EXT: Photo-spectrometry Background |

Mingming/Aihong,

Based on everything you have seen since being introduced to the Cold Chain work, how confident are you that Walmart can build its own shelf life algorithm? Attached is some information from Zest where they paint a complex picture – for example, pre harvest and harvest variables that they collect using their field scouting app. Do we have all the information needed apart from time and temperature conditions through the supply chain? I know it's still early days but if I am saying to my leadership that this can be done in-house I need some confidence from your group. Thanks!

Regards,

**Nikhil Cherian, Director** U.S. Flow
Phone: 479.277.6602 Mobile: 479.899.2174

PLAINTIFF'S
EXHIBIT
0139


PLAINTIFF'S
EXHIBIT
NO. 139



WM00058112

# Zest Fresh™ Goals

## Reduce Post-harvest Fresh Food Waste

### Opportunity
- Roughly 33% of post-harvest fresh food wasted
- Industry average 12% retailer
- Industry average 6% pre-retail (grower & distribution)

### Challenge
- Industry-wide problem
- Poorly identified and understood root cause of problem
- Lack of ownership/leadership in addressing problem
- Only recent initiative to address the problem

**Goal is to reduce waste – not recycle or repurpose**

WM00058113

## Zest Labs Approach

### First Principles Approach



#### Root Cause
- Determine scientific foundation for cause of waste
  - Respiration rate exceeds assumptions (assumed static, near ideal)
- Examine all stages of processing & distribution
  - Measure and validate impact at each step*

#### Solution Approach
- Investigate all approaches to solution set
- Determine achievable results – test/model approach on existing data
- Document impact at each step – no shortcuts
- Validate technical approach through peer reviewed, scientific documentation

*Zest Labs blackberry case study*

**Build a Solid Foundation - Solve the Right Problem**

*Zest Labs Confidential*                                                                                                          3

WM00058114

# Zest Fresh – Problem Definition



## Quality Inconsistency Leads to Waste

### Root Cause
- Assumption that post-harvest shelf life is static, and near ideal
  - Assumes field and harvest conditions ("Natural" variability), and process and handling ("Process" variability) are consistent
- Measured that ~33% product significantly non-ideal on daily harvest
  - Translates to product at risk to early spoilage compared to date label

### Solution Approach
- Why the variability in harvest and processing?
  - Lack of visibility and understanding of impact
  - Lack of measured freshness, so no way to match to customer requirements
- Can the Process variability be fixed? (approach #1)
- Can the Natural variability be accommodated? (approach #2)

### Determine the Best Solution Approach

Zest, LLC Confidential

WM00058115

# Zest Fresh – Empower Quality Consistency

## Fix Processing Variability (approach #1)

### Lack of Visibility Allows
- Primary impact to product variability is temperature & time
  - Product condition is not currently tracked from field through processing
- No visibility means no direct management of freshness – exceptions are not seen
  - Optimizing for logistics or equipment – not freshness (i.e. reduced truck trips)

### Zest Provides Actionable Visibility
- Tracking each pallet from field through processing
  - Data capture at each process step and decision point
  - Real-time feedback if not adhering to process (alerts, corrective actions)
- Continuously tracking every pallet – and providing guidance on trade-offs
- ZIPR code (freshness metric) enables optimizing for freshness

**Empower Workers to Maintain Best Practices**

Zest Labs Confidential

# Zest Fresh – Accommodate Freshness Variability

## Accommodate Natural Variability (approach #2)

### Variations Occur
- Pre-harvest conditions and harvest conditions lead to different total shelf life
  - Conditions ahead of processing critical to account for
- Labor & equipment constraints may impact processing
  - Processing bottlenecks & back-ups lead to variability

### Measured Freshness Empowers Intelligent Routing
- Identifying freshness variability enables accommodation
  - Pallet-level ZIPR code enables matching to customer requirements
- Modeling shelf life impact based on measured data – ZIPR code
  - Mapping customer requirements – transit time, downstream requirements – provides a breadth of options for delivery

**Deliver Consistency Through Accommodated Variability**

Zest Labs Confidential

WM00058117



## Zest Fresh Shelf Life Model Overview
### *Factors Impacting Shelf Life (SL) Accuracy*



**Pre-Harvest**
- Cultivar (variety)
- Geographic region
- Soil conditions
- Fertilizer types/schedule
- Irrigation schedule

**Harvest**
- Weather conditions
- Harvest temperature
- Color
- Size / weight
- Time of day
- Etc.

**Post-Harvest**
- Temperature
- Humidity
- Environmental factors (ethylene, etc.)
- Physical Handling
- Etc.

**Processing & Technology**
- Mapping Process
- Sensor selection
- Tag Placement/Tag Design (for accurate product condition)

**Retailer Quality Data**
- DC QC and store waste/mark-down data
- Freshness requirements

**Scouting App/Supplier QC Data**
Establish harvest condition & initial shelf life on a daily basis for harvested pallets
Data collected from Zest Scouting App or from supplier's existing quality data system.

**Product Profile Process**
Establish expected SL under ideal conditions
Characterize & model temperature impact on SL
Characterize and model other factors (seasonality, field, etc.) on SL

**Shelf Life Model**
Quality data from multiple sources is analyzed and the results are used to continuously refine the product shelf life model

*Zest Labs Confidential*

WM00058118



## Zest Fresh Shelf Life Model Overview
*Applying the Model*

**Product Profile Selection**
- Product type
- Location (Lot #, pack house)
- Infers tag type, process map

**Harvest Conditions**
- Scouting App / QC data
- Determines Initial / Ideal Shelf life

**Pallet-level Device Data**
- Time & temperature (minimum)
- Continuous monitoring from harvest
- Data Uploaded at process & decision points

**Shelf Life Model**
- Calculates ZIPR code

**Intelligent Routing**
- Matches Pallet ZIPR code (measured) with Purchase Order ZIPR code (target)

*Zest Labs Confidential*

WM00058119

8



## *Zest Fresh Shelf Life Model Overview*
### *Zest Fresh at Walmart*



Zest Fresh helps DC inventory &
Dynamically calculates remaining freshness
All the way to the store

**Grower/Shipper**

**Grocery DC**

**Store Distribution**

**Visibility at Supplier Shipping**
- Zest provides supplier with WM freshness requirements for each product.
- Notifies WM if Supplier loads product that does not meet freshness requirements.

**Pallet Received with ZIPR code**
- Validate Supplier Freshness
- Check in-transit handling
- Accommodate minor impacts
- Validate Product Requirements
- Push Alerts

**Tag Outbound Pallets**
- Associate Store PO to Outbound Tag
- Connects product history from field
- Enables impact modeling from Zest Fresh

**EDEN**
- Import all product data on receipt (LPN association)
- Product requirements & supplier performance
- ZIPR code for FEFO inventory management

**GRS**
- On Exception, update Merchant

**GLS**
- Prioritize put-away and pick based on ZIPR code
- Connect LPN to store PO pick #
- ZIPR code for FEFO inventory management

**Store Mobile App**
- Evaluates Remaining Freshness
- Leverages Zest Shelf Life Model & history
- Recommends stock, markdown, cull

*Zest Labs Confidential*

9



**Zest Fresh Process Overview**
*End-to-End Value Chain*



| Product Characteristics | Harvest Data | Cut-to-Cool Data | Pre-Cool Data | Intelligent Routing | In-Transit Shelf Life |
|---|---|---|---|---|---|
| **Nothing Today** | **Various Apps**<br>LotPath most popular | **BarCode**<br>Harvest Mark<br>Humidity | **Lot Level**<br>WiFi, Zigbee<br>Wall-mount<br>Pulp Equipped | **Nothing Today** | **Trailer Level**<br>- Sensitech<br>- PakSense<br>- DeltaTrak<br>- LocusTraxx |
| **Product Profiling**<br>Cultivar (variety)<br>Geographic region<br>Temperature<br>Sensitivity<br>Forecast Coefficients | **Scouting App**<br>Weather conditions<br>Harvest temperature<br>Color | **Pallet-level Tracking**<br>Variations need to be properly accounted<br>Temperature<br>Time | **Pallet-level Mapping**<br>Pallet temperature (Process completion) | **Accommodate Variance**<br>Customer Requirements<br>ZIPR code<br>Matching function & App | **Pallet-level Tracking**<br>Variances within trailer<br>Map actual delivery time (may vary)<br>End-to-end data capture |

WM00058121

Zest Fresh – Capturing Freshness Data

  

## How to Determine Freshness Impact?

### What to Measure (Sensor Type)

- Academic studies have identified time & temperature as primary impact
  - Other conditions may be required – i.e. humidity (grapes)
- Must have discerning data in first 12 to 24 hours to impact shipment decision
  - Critical to impact longest transit time & customer requirement
  - Metabolites, ethylene, spectroscopy, brix, etc. do not provide shelf life data at post-harvest timeframe – they are relative measures & trailing indicators

### How to Measure (Sensor Location)

- Continuous, pallet-level measurement critical
  - Must be same location to show relative impact at each process step
- Product contact is key – but non-invasive preferred
  - Pulp not necessary for continuous measurement, as dwell time long

Measure the Data Needed for Intelligent Routing

Zest Labs Confidential

11

WM00058122

## Zest Fresh – Communicating Freshness Data



### How & When to Upload Pallet-level Data

#### When is Data Needed?

- What behavior or decisions need data
  - Process adherence dictates data capture at start & end
  - Decision points at equipment loading, storing & shipping
- Data must reliably indicate process location
  - Pallet-level device must auto-sense location within facility (not GPS)
  - Data capture must be reliable at transition points – read within seconds
    - Entering yard, entering cold storage, shipping at dock doors
  - Reliably capture data in high device density environments (warehouse)

**Data Must be Real Time & Ahead of Critical Decisions**

Zest Labs Confidential

12

WM00058123

Zest Fresh – Communicating Freshness Data 

## Technology Evaluation for Pallet-level Wireless Comms

| | Passive RFID | XC3 RFID | Active - Zigbee | Bluetooth | Cellular |
|---|---|---|---|---|---|
| Reliable around produce | ✗ | ✓ | ✓ | ✓ | ✓ |
| >50 ft range | ✗ | ✓ | ✓ | ✓ | ✓ |
| Portal & Area specific location | ✓ | ✓ | ✗ | ✗ | ✗ |
| Reader talk first (high density) | ✓ | ✓ | ✗ | ✗ | ✗ |
| Low power | ✓ | ✓ | ✓ | ✓ | ✗ |
| Low Cost Device | ✓ | ✓ | ✗ | ✓ | ✗ |
| Fixed Infrastructure Cost | $$ | $$ | $$ | NA | $$$* |
| Mobile Infrastructure Cost | $$$ | $$$ | $$$ | $ | $$$* |

*Infrastructure cost paid as subscription fee (i.e. carrier contract)



Meets Functional Needs and Cost Effective at Pallet Level

Zest Labs Confidential                                                                                          43

WM00058124

# Zest Fresh – Real-Time Feedback



## Empowering Associates

### When is Data Needed?

- Provide information when decisions are made, or events warrant action
  - Pallet information available in real time at each decision point
  - Events "push" data as alerts when conditions warrant
  - Corrective actions from real-time prescriptive analytics

### Why is this Different?

- Database must be event driven, and respond in real time
  - Not only an SQL- based solution (queried) – good only for reports
  - Real-time analytics AND normal SQL report database
- Ultra-reliable data collection, across many IT systems and mobile devices
  - Data sent as time-stamped messages (not files), through queuing system
  - Queuing system dynamically auto-replicates to scale
  - No "sync'ing" of files or databases from remote sites

**Data Must be Real Time & Ahead of Critical Decisions**

*Zest Labs Confidential*

14


WM00058125

# Zest Fresh – Shelf Life Algorithms

$$k=Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What is it?

*"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."*

- *A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Paul Singh, UC Davis 1988*

The fresh food industry has derived many variations to the basic equation, to account for real-world variance. The most popular empirical approach is the $Q_{10}$ coefficient. Many universities collect $Q_{10}$ data for produce, but they provide wide ranges of variation – sometimes 100% !

- Not practical for commercial use

**Industry Research on Produce Shelf Life Algorithm**

Zest Fresh Confidential

WM00058126

# Zest Fresh – Shelf Life Algorithms

$$k = Ae^{-Ea/(RT)}$$

## Industry Research – Arrhenius Relationship

### What drives shelf life

- Cell based respiration, consuming sugars, starches, water, etc.
  - Non-climacteric fruit does not ripen post-harvest – only degrades
  - Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric (in addition to ripeness indicators)
- Key components to Arrhenius algorithm
  - Biological reaction factor (A) varies by fruit, variety, location, etc.
    - This factor is independent of temperature (pre-harvest component)
  - Activation Energy ($E_a$) varies as a 1st order exponential
    - Inversely related to temperature (post-harvest component)
    - more energy require to activate at lower temperatures
  - Look for empirical method to determine "A" and "$E_a$"

*Shelf Life Algorithm - Research*

WM00058127

# Zest Fresh – Shelf Life Algorithms

$$Q_{10} = (R2/R1)^{10/(T2-T1)}$$

## Industry Research – Empirical Determination

### Q10 Temperature Coefficient

- Measure of the rate of change of a biological system as a consequence of increasing temperature by 10°C.
  - Determines rate of change for a 10°C increase – industry references
  - See http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/
- Industry challenge is matching specific harvest with generic algorithms
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

## *Empirical Determination of Algorithm Parameters*

Zest Labs Confidential

# Zest Fresh – Product Profiling

## Empirical Determination – Product Profiling

### Q5 Temperature Coefficient

- Refine resolution to 5°C, then determine rate of change of large sample set
  - Collect samples over time, for each variety & location
  - Evaluate rate of change based on EOL determination
  - Refine over large samples set
  - Refine for beginning, middle and end of season
- Product profile produce
  - Error rates in research near 30%
    - Validates approach, but not practical for commercial use
  - Commercial use requires roughly 14% accuracy
    - +/- 1 day out of 7 days shelf life is 14%
    - A 1 day resolution is all that is necessary for intelligent routing
  - Need to refine Arrhenius approach with improved $Q_{10}$ coefficient

**Zest Fresh Refined Data Collection Approach**



## Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination



| Respiration Rates | | | | | | |
|---|---|---|---|---|---|---|
| Temp. °F | 32 | 41 | 50 | 59 | 68 | 77 | 86 |
| Temp. °C | 0 | 5 | 10 | 15 | 20 | 25 | 30 |
| Romaine Min | 1.5 | | 15.0 | | 50.0 | 35.0 | 41.7 |
| Romaine Max | 3.0 | 13.0 | 20.0 | 25.0 | 98.0 | 44.5 | 52.8 |
| Iceberg Min | 3.0 | 9.0 | 11.0 | 16.0 | 25.0 | -5.8 | -3.4 |
| Iceberg Max | 8.0 | 10.0 | 20.0 | 23.0 | 50.0 | 0.1 | 3.6 |
| Iceberg Min | 3.0 | 6.5 | 11.1 | 16.6 | 28.3 | 40.6 | |
| Iceberg Max | 8.5 | 10.0 | 21.1 | 23.7 | 33.5 | 50.6 | |
| | 1 | 4.66A53608 | 7.76080035 | 9.78160454 | 15.11715797 | 18 | 21 |

1. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=20&ds=799

2. http://postharvest.ucdavis.edu/Commodity_Resources/Fact_Sheets/Datastores/Vegetables_English/?uid=19&ds=799

3. http://www.ba.ars.usda.gov/hb46/lettuce.pdf   Note: converted from mg CO² kg h to mL CO² kg h

| | |
|---|---|
| | 1 |
| | 4.67 |
| | 7.78 |
| | 9.78160045 |
| | 15.117158 |
| | 17.6725681 |
| | 21.0072029 |

### Romaine Respiration Rate Model

| Temp F | Temp C | Acceleration Rate | Respiration Rate High | Resp. Rate Average | Acceleration Delta | Acceleration Increment (a) | Temperature Band (b) | Shelf Life Loss per unit of Real Time | Inc. Temp. | 0-5 | 5-10 | 10-15 | 15-20 | 20-25 | 25-30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32F | 0C | | 3.0 | 2.3 | 0.65 | 0.1300 | 0C to 5C | RealTime * ( ( 0.13 * ( TempC + 1 ) ) + 0.87 ) | 0 | 1.30 | 1.65 | 3.05 | 3.95 | 6.35 | 7.50 |
| 41F | 5C | 9.0 | 13.0 | 8.5 | 1.40 | 0.2800 | 5C to 10C | RealTime * ( ( 0.2800 * ( TempC - 5 ) ) + 1.6500 ) | 1 | 1.13 | 1.91 | 3.23 | 4.43 | 6.58 | 7.80 |
| 50F | 10C | 15.0 | 20.0 | 17.5 | 0.90 | 0.1800 | 10C to 15C | RealTime * ( ( 0.1800 * ( TempC - 10 ) ) + 3.0500 ) | | | | | | | |
| 59F | 15C | 23.0 | 25.0 | 22.0 | 2.40 | 0.4800 | 15C to 20C | RealTime * ( ( 0.4800 * ( TempC - 15 ) ) + 3.9500 ) | 2 | 1.76 | 2.71 | 3.41 | 4.91 | 6.81 | 8.10 |
| 68F | 20C | | | | 1.15 | 0.2300 | 20C to 25C | RealTime * ( ( 0.2300 * ( TempC - 20 ) ) + 6.3500 ) | 3 | 1.39 | 2.49 | 3.59 | 5.39 | 7.04 | 8.40 |
| 77F | 25C | | | | 1.50 | 0.3000 | 25C to 30C | RealTime * ( ( 0.3000 * ( TempC - 25 ) ) + 7.5000 ) | 4 | 1.52 | 2.77 | 3.77 | 5.87 | 7.27 | 8.70 |
| 86F | 30C | | | | | | >30C | RealTime * ( ( 0.3000 * ( TempC - 30 ) ) + 9.0000 ) | | | | | | | |
| | | | | | | | | RealTime * ( ( a * ( TempC - b ) ) + c ) | | | | | | | |

RealTime * ( ( a * ( TempC - b ) ) + c )

where:

a = acceleration increment (acceleration delta / temperature increment), for each 1 degree increase in temperature above lower temperature band, adds acceleration increment to Acceleration Rate for the band

b = lower temperature band value ("TempC - b" determines how many degrees C above lower temper band value)

c = acceleration rate for temperature band

WM00058130



## Zest Fresh Shelf Life Model Overview
### Zest Fresh - Shelf Life Parameter Determination

| 10 Day Freshness Compliance at DC Receiving | Using Zest[2] | W/out Zest[2] | Baseline DC Location[1] |
|---|---|---|---|
| DCs with 4 Day Transit: | 73% | 27% | Winter Haven |
| DCs with 3 Day Transit: | 81% | 35% | New Caney |
| DCs with 2 Day Transit: | 86% | 28% | Casa Grande |
| DCs with 1 Day Transit: | 91% | N/A | N/A |

[1]Data for DCs with 3, 2 and 1 Day Transit times extrapolated from Winter Haven data.

[2]Based on non-tagged baseline retention sampling data, June & July 2016.

| Accuracy Metrics | |
|---|---|
| Mean Absolute Percentage Error (MAPE) | 18% |
| Mean Absolute Deviation (MAD) | 2.18 |
| Root Mean Square Error (RMSE) | 2.87 |

| Summary | |
|---|---|
| Total Samples | 181 |
| EOL Samples | 181 |
| % of Samples EOL'ed for Bruising (resulting from physical damage): | 59% |
| % of Samples EOL'ed earlier than ZIPR Code due to Bruising: | 70% |

| Sample Distribution | | |
|---|---|---|
| +/- Days | Count | % |
| 1 | 64 | 35% |
| 2 | 102 | 56% |
| 3 | 130 | 72% |
| < -3 | 31 | 17% |
| > 3 | 20 | 11% |



Adjusted EOL Date compared to Predicted ZIPR Code

WM00058131

# Why Zest Fresh Matters to Walmart



## Empowering Suppliers – Not Score Carding Them

### Recommend Zest Fresh to Ensure Delivered Freshness

- ZIPR code ensures freshness
  - Avoids micro-managing hundreds of suppliers
  - ZIPR code validated on actual product – profiling process (not Walmart)
  - ZIPR code enables optimized DC and store handling

### Why is this Different?

- Empowers Suppliers to make better decisions every day
  - Walmart benefits from ZIPR code compliance & shipment visibility
- Zest Fresh scales
  - ZIPR code normalizes freshness validation across all products – easy-to-use
  - Low-cost pallet-level monitoring enables end-to-end visibility
- Secure & robust implementation
  - Date encrypted, networks firewalled, 24/7 remote monitoring

**Zest Fresh – a Solution that Delivers Freshness**

Zest Labs Confidential

WM00058132

| | |
|---|---|
| **From:** | Peter Mehring |
| **To:** | Nikhil Cherian |
| **CC:** | Denise Sharpe; Todd Clayton |
| **Sent:** | 6/10/2017 12:01:56 AM |
| **Subject:** | EXT: Photo-spectrometry Background |
| **Attachments:** | Nondestructive Quality Evaluation paper at 7th IFVE.pdf; Ohio State - Brix for Crop Mgmnt.pdf; Ohio State - Brix in leafy greens.pdf; Ohio State - Brix Measurement method.pdf; Ohio State - Brix Overview.pdf |

Hi Nikhil,

Our internal report on the testing we did with SCIO device is not in a format for sharing. Further, as we are a registered SCIO development partner, I don't want to share any test results that may seem somewhat negative, as used in the right way, the device can be useful (i.e. for determining time of harvest).

That said, I can provide general background on the approach of using photo spectrometry as a freshness indicator. The attached papers are background we uncovered in our research, that proved helpful.

The question is if photo spectrometry, which is reported to be able to measure sugars and starches in fruits and vegetables, is able to translate those results into a freshness measure. The answer is not simple so let me break it down into a few parts, but start with the bottom line. The summary is, brix is useful for determining peak ripeness for some fruits, and therefore optimum harvest time. As a post-harvest measurement, brix is primarily a disqualifier, as it can reflect significant degradation of freshness as brix does degrade through respiration – but not an ongoing relative measure of remaining freshness. Here's a quick outline of the challenges is using brix as a quality metric –

First, measuring the brix ratio is a useful metric, but primarily for selecting peak harvest time for a fruit or vegetable. The brix measurement is only one quality metric, but among the top six metrics for selecting harvest quality – Color, size, weight, free of bruising or decay, firmness, and brix. Nutritional value is also a key metric, but hard to use for sorting, mostly used for selecting harvest time, and correlates to a brix value.

WM00058133

Second, brix measurements are best used in a trend analysis, not a single point criteria. As the attached papers show, the brix ratio value will change based on time of day, temperature, season, rainfall, etc., so building a significant database is required before evaluating what the brix ratio means relative to the measured fruit, variety or region. Again, this is for selecting optimum harvest time, not for evaluating shelf life or remaining freshness.

Third, brix is a "current test" measurement, not a predictive tool or a proactive feedback tool. Measuring brix will tell the current value relative to a mapped trend – is the value near the peak for a harvest, or is it too low? Brix will not tell you if you processed the fruit or vegetable properly - i.e. The current respiration rate – or how long the fruit will remain fresh. Brix - which measures the water soluble sugars - is a measure of remaining resources, but not a measure of the rate of consumption of those resources, nor a measure of the starting point of those resources.

Past brix measurement devices were "destructive" in that they used a sample of the fruit juice to evaluate soluble sugars – you had to squeeze some juice out of a leaf or fruit. The spectrophotometry brix measurement is an improvement in that it is "non-destructive", but only works for fruits and vegetables with a skin of 5mm thickness or less (based on the NIR type equipment – not cell phone cameras, as they're worse). So, tomatoes, peaches, apples, pears work, but citrus, melons, kiwis, etc. do not work.

Lastly, some fruits continue to ripen after harvested (see article, "<u>Which Fruits and Vegetables Continue to Ripen After Picking?</u>"), such as apples, bananas, avocados, etc. These do not use a brix measurement to determine harvest quality, but would use it to determine when at peak ripeness (based on a ripening room, or removal from storage). The non-climacteric category of fruit should be harvested at peak ripeness, as they do not continue to ripen once harvested – berries, grapes, citrus, etc. It is useful to use a brix measurement to determine the harvest time for these fruits – but as part of a trend, not a single measurement.

Bottom line – brix is a useful quality metric for determining peak ripeness (one that ZEST tracks within the grower Scout/Field Quality application), but it has to be (1) acquired in a consistent manner, (2) used as part of a trend analysis (not just a static decision point), (3) as part of a collection of quality criteria. Brix does NOT convey remaining shelf life or remaining freshness, though some articles show a correlation (not causation) between a higher brix value and longer total shelf life. Academic papers point to harvesting at peak ripeness, in part determined by peak brix value, correlate to a longer total shelf life. There is no evidence or evaluation of using brix post-harvest to determine remaining freshness, though if you know the brix value at harvest, and detect a dramatic fall-off, it can be a sign of significant mishandling (so, still a useful test, but not a primary indicator, but rather a dis-qualifier).

Hope that helps,
Peter

**Peter Mehring**
President & CEO
Zest Labs, Inc.
408.200.6516 (o)

WM00058134

408.835.0375 (m)
www.zestlabs.com

Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify the sender immediately. Thank you.

WM00058135

# Nondestructive Quality Evaluation Technology for Fruits and Vegetables Using Near-Infrared Spectroscopy

**Kyu-Hong Choi, Kang-Jin Lee, Giyoung Kim**
National Institute of Agricultural Engineering, Rural Development Administration,
249 Seodun-dong, Suwon, Republic of KOREA

## INTRODUCTION

Many countries in Asian-Pacific region are meeting the significant changes in socio-economic conditions pertaining to agriculture. Rapid industrialization and massive rural-urban migration lead the necessity of agricultural mechanization. The reduction in trade barriers and greater ease in travel and communication have been facilitated foreign trades. Trade volume of agricultural products rose remarkably in recent year. The growing demand for high quality and safety products on the market calls for developing and adopting advanced postharvest technologies.

Because agricultural products have the characteristics of low value added as compared with the other industrial commodities, application of the state-of-the-art technology to agricultural sectors was relatively recently activated. Postharvest sorting and grading of agricultural products is difficult and labor intensive. Manual sorting is costly and unreliable since human decision in identifying quality factors such as appearance, flavor, nutrient, texture, etc., is inconsistent, subjective, and slow. Nondestructive measuring techniques are desirable for fruits and vegetables. However, those are able to be reliable, faster, and economical. Various up-to-date techniques such as optics, X-ray, ultrasonic, near infrared (NIR), and magnetic resonance/magnetic resonance imaging (MR/MRI) have been applied for over four decades. Some have reached the point of practical implementation. Others will do so in the future.

Above all the techniques, NIR spectroscopy technique is very close to practical use. It has been contributed to development and wide use of sorting and grading technology during the last 10 years. This paper describes the theory, application, issues, and practical use of the nondestructive quality evaluation technology using NIR spectroscopy. Three fruit grading/sorting systems newly developed by National Institute of Agricultural Engineering (NIAE) are introduced.

WM00058136

# TECHNOLOGY OF MEASURING QUALITY

## Quality Component

Consumers purchase fruits and vegetables on the basis of quality. Quality of horticultural products is an important subject to those engaged in horticultural industries. Quality is defined as the degree of excellence or superiority. Quality of fruits and vegetables is a combination of characteristics, attributes, and properties that have significance and make for acceptability. Acceptability is depended on highly subjective factors including sight, touch, smell, taste, and even hearing.

The various components of quality are used to evaluate fruits and vegetables. Quality is classified into external and internal component as shown in Table 1. Appearance, flavor, texture, nutritive value, and defect factors are generally recognized as the five quality factors of fruits and vegetables.

Table 1 Components of qualities for fruits and vegetables.

| | | |
|---|---|---|
| External Qualities | | Size (weight, volume, dimension) |
| | | Shape (diameter/depth ratio) |
| | | Color (uniformity, intensity) |
| | | Defect (bruise, stab, spot) |
| Internal Qualities | Flavor | Sweetness, Sourness, Astringency, Aroma |
| | Texture | Firmness, Crispness, Juiciness |
| | Nutrition | Carbohydrates, Proteins, Vitamins, Functional property |
| | Defect | Internal cavity, Water core, Frost damage, Rotten |

## Necessity of Sorting/Grading

Quality is attributed to the several factors such as level of cultivation techniques, climatic conditions, soil condition, etc. Therefore, there is a wide difference between products' qualities, even if they were grown and harvested from same area.

In 1999, *Chungdo Peach Experimental Station* harvested the entire peaches from 3 sampled trees (*Miback variety*) selected out of 3 areas, and measured their weight and sugar content. Table 2 shows the size distribution of sampled peaches and the sugar contents distribution of peaches within the grades. The weight ranged from 140g to 450g, the sugar content 5.2Brix to 15.7Brix. Furthermore, the sugar content in a same grade has a wide variation which range from 2.6Brix to 7.5Brix. This result means that

WM00058137

taking fruit samples from the tree could not cover a representative sample of the tree and means nothing.

Table 2 Size distribution of sample peaches and sugar content distribution within the grades for *Miback variety*

| Grade based on weight | | Substandard | Small | Medium | Large | Extra large |
|---|---|---|---|---|---|---|
| | | less than 180g | 180–210g | 210–250g | 250–300g | More than 300g |
| Size distribution (%) | | 3.0 | 7.7 | 25.3 | 40.5 | 23.4 |
| Sugar content (Brix) | Min. | 5.2 | 5.5 | 5.9 | 6.9 | 8.2 |
| | Max. | 7.8 | 10.1 | 11.2 | 12.7 | 15.7 |
| | Average | 6.6 | 7.7 | 8.5 | 9.4 | 10.8 |

Source : Annual Report of Chungdo Peach Experimental Station. 1999

*Chungdo Peach Experimental Station* also measured weight and sugar content of 5 boxes of peaches for each price range bought from wholesale markets. Table 3 shows that sugar contents of high-priced and large-sized peaches were higher than those of low-priced and small-sized. However, sugar content of peaches in the same priced box ranged from 5.9Brix to 9.3Brix. The price of fruits doesn't necessarily tell the sugar content of fruits. In conclusion, to raise objectivity, reliability, and value added fruits, quality evaluation should be performed for all fruits.

Table 3 Size and sugar content distribution of peaches bought from markets

| Price (Won/10kg) | Number of boxes/peaches | Weight (g) | | | Sugar content (Brix) | | |
|---|---|---|---|---|---|---|---|
| | | Min. | Max. | Average | Min. | Max. | Average |
| Less than 20,000 | 5/194 | 205 | 310 | 251 | 4.5 | 13.8 | 9.0 |
| 20,000 - 25,000 | 5/152 | 265 | 400 | 324 | 7.1 | 12.8 | 9.4 |
| 25,000 - 30,000 | 5/138 | 300 | 440 | 352 | 7.1 | 13.3 | 10.0 |
| More than 30,000 | 5/125 | 321 | 475 | 395 | 7.4 | 13.6 | 10.6 |

Source : Annual Report of Chungdo Peach Experimental Station. 1999

Table 4 shows the result of survey in 2003, which tracks the consumer behavior in the fruit markets. Consumers are considering sweetness (47.3%), freshness (28.6%), price

WM00058138

(15.1%) in order. Especially, sweetness preference shows an increase as compared with the preceding survey in 1998, while price preference shows a decrease. The fruits with high sugar contents are much appreciated in the market. According to the result of the survey, consumers are willing to consider the quality more than the price. The survey also indicates that there are still a lot of improvement to make such as a sweetness for whole fruits, a freshness for grapes, peaches, and oranges, a certificate of origin for pear and persimmon.

Table 4 Consideration factors of consumers in purchasing fruits

|      | Sweetness | Freshness | Price | Safety | Place of origin | Size | Color | Shape | Nutrition |
|------|-----------|-----------|-------|--------|-----------------|------|-------|-------|-----------|
| 1998 | 29.0 | 27.2 | 26.5 | 10.0 | - | 2.4 | 1.2 | 0.3 | 3.5 |
| 2003 | 47.3 | 28.6 | 15.1 | 2.6 | 1.8 | 1.6 | 1.5 | 0.9 | 0.5 |

Source : Agricultural Outlook 2003. Korean Rural Economic Institute

World-famous discount stores have entered into domestic market and scale of domestic hypermarkets have been enlarged since middle of 1990s. These markets brought great progresses and changes in the produce market. To meet the markets' demand for high quality fresh fruits and vegetables, many producing districts established the large-scaled Agricultural Products Processing Center (APC), which were collecting and processing a lot of agricultural products in one place. APC introduced the up-to-date machines and facilities such as pre-cooler, high precision grader, packer, and storage house. Recently APC has contributed to improve the level of postharvest technologies.

Because agricultural production is now an excessive in several items, its major issue has switched from a quantity to a quality policy. In this frame, it is necessary to develop nondestructive and rapid tools to control quality of agricultural products.

**Nondestructive Evaluation Technology**

Quality evaluation methods can be the destructive and non-destructive. They include both objective methods based on instrument reading and subjective methods on human judgement. Various analytical methods are available for determination of quality related components using optics, X-ray, mechanics, and electromagnetic (Table 5).

WM00058139

Table 5. Nondestructive measurement of quality factors for horticultural produce.

| Methodology | Technique being used | Components |
|---|---|---|
| Optics | Image Analysis | Size, Shape, Color, External defects |
| | Reflectance, Transmittance and Absorbance Spectroscopy | Internal components, Color, Defects |
| | Laser spectroscopy | Firmness, Visco-elasticity, Defects, Shape |
| X-ray | X-ray image and CT | Internal cavity and structure, Ripeness |
| Mechanics | Vibrated Excitation | Firmness, Visco-elasticity, Ripeness |
| | Sonic | Firmness, Visco-elasticity, Internal cavity, Density, Sugar content |
| | Ultrasonic | Internal cavity and structure, Firmness, Tenderness |
| Electromagnetic | Impedance | Moisture contents, Density, Sugar content, Density, Internal cavity |
| | MR/MRI | Sugar content, Oil, Moisture content, Internal defect and structure |

   Various techniques have been developed for evaluating internal quality of fruits and vegetables. Specific examples of practical use are as follows: near infrared (NIR) reflectance/transmittance technique to measure soluble solid content and acidity of peaches, pears, apples, citrus, melon, and watermelon, acoustic response technique to evaluate the maturity and internal defects of melon and watermelon, electrical capacitance technique to estimate soluble solid content and internal cavity of watermelon.

   On the other hand, magnetic resonance (MR) has been used to study the moisture and oil content of agricultural materials. The magnetic resonance imaging (MRI) could prove to be an extremely valuable technique to evaluate ripening, core breakdown, bruise, worm damage, chilling and freezing. Currently, MR and MRI are not practical for routine quality testing. These equipments are expensive and difficult to operate. However, like all technologies, it is becoming cheaper, faster and more feasible for research and specialized applications. MR and MRI techniques have great potential for evaluating the internal quality of fruits and vegetables.

WM00058140

Above all the techniques, NIR spectroscopy technique is very close to practical use. It has been contributed to development and wide use of sorting and grading technology during the last 10 years. This paper describes the theory, application, examples of practical use, and some issues of near infrared spectroscopy.

## PRINCIPLE AND APPLICATION OF NIR SPECTROSCOPY

### Principle of NIR Spectroscopy

The electromagnetic spectrum covers a large range of photon energies which are commonly and conveniently divided into the following bands: from longest to shortest wavelengths, radio wave, microwave, infrared, near infrared, visible, ultraviolet, X-ray and gamma-ray (Fig. 1).



Fig. 1 Electromagnetic spectrum radiation.

Optical properties indicate the response of matter to visible light wavelengths (400-700nm) and near infrared (700-2500nm). Optical properties are based on reflectance, transmittance, absorbance, or scatter of light by the product.

When a light beam falls on an object, part of the incident beam is reflected by the surface. This is called regular reflectance (or specular reflectance). The remaining radiation is transmitted through the surface into the cellular structure of the object where it is scattered by the small interfaces within the tissue or absorbed by cellular constituents. The absorbed portion of radiation can be transformed to other forms of energy such as heat, chemical changes or luminescence. Part of the transmitted energy is absorbed (absorption), some part is reflected back to the surface (body reflectance or diffuse reflectance), and remain part is transmitted through the object (transmittance) as shown in Fig. 2.

WM00058141



Fig. 2 Distribution of incident light on an object.

## Application of NIR Spectroscopy

Near infrared (NIR) spectroscopy deals with irradiating the products with NIR light (i.e. wavelength in the 700 nm to 2500 nm range) and with collecting and analyzing the absorbance spectrum.

The advantages of NIR are numerous; this radiation is highly penetrative and thus can be applied to the sample without any preparation, the spectra are not very discriminative but they can give quantitative information on the major organic components of food products, the NIR optical components are affordable and robust. For all these reasons, NIR spectroscopy has been widely used in grains, beverages and sugar industry, milk and daily products, fruits and vegetables since Karl Norris first applied to the compositional analysis of cereal in 1963. It reaches now on-line settings in the industry.

NIR spectrometers consist of light source, wavelength selector, and detector. Those are classified to reflectance or transmittance measuring method according to an arrange of components and detection methods.

## Reflectance Measuring Method

In reflectance method, lamp and detector are located in the same direction as shown in Fig. 3. When object is illuminated by lamps, the scattered reflected radiation is measured by the detector. Diode array sensor used to measure the intensity of the radiation at each wavelength for laboratory and industry applications. The concentrations of a component are calculated from the radiation intensity by using a previously developed calibration equation.

The sweetness grading system based on NIR reflectance method can be used for the fruits having a thin peel such as peaches, apples, and pears. However, reflectance method is limited that body reflectance means the diffused light from features at depth

WM00058142

to about 5 mm. The grading system is not available for the fruits with thick peel such as citrus, melon, and watermelon.



Fig. 3 Reflectance measuring system

**Transmittance Measuring Method**

Transmittance method measures the transmitted light which pass through the tissues. Transmitted light reflects the internal attributes of the object. Therefore, it gives us an overall information of quality, and is able to make up for the weak points of the reflectance method.

Transmittance method can be divided into two; full transmittance and half transmittance measuring method, according to the arrangement of light and detector.

Full transmittance measuring system makes light, object, and detector lined up and in order as shown in Fig. 4. This method applied to the grain, milk, fruits of thin peel and small-sized fruits such as citrus.

In half transmittance method, many lamps arranged around the equator of the object to get the high intensity of radiation. Lamp and detector are at right angles to each other as shown in Fig. 5. This method is widely used for measuring sugar content, acidity, and internal defects of fruits and vegetables; apple, pear, melon, and watermelon.



Fig. 4 Full transmittance measuring system

WM00058143



Fig. 5 Half transmittance measuring system

## PEACH GRADING SYSTEM USING NIR REFLECTANCE

Most fruit sorters have used the mechanism which discharges fruits from trays tilted using solenoid and spring. Since this mechanism causes damage to peaches, farmers evaded to use conventional fruit graders. Grading operation of peaches depends on a manual way up to recently. In order to grade peaches without any injuries and to sustain the quality, non-contact and real-time based grader should be developed.

To minimize damage caused on fruit during grading and handling peaches, the prototype was devised to have a way of extracting each tray containing fruits from the moving path of the grader (Fig. 6).



Fig. 6 Peach sugar content grading system.

WM00058144

Sugar content within in a fruit varies according to a position; upper or lower, right or left, and depth. To decrease the measurement error by position effects in detecting representative values of sugar contents in peaches, two directions diverged fiber optics was developed to measure reflectance of both sides at one time as shown in Fig. 7.



Fig. 7 Two directions diverged fiber optics.

The operating program of the grader and the measuring algorithm of the quality index such as size and sugar contents were developed using Visual Basic 6.0 language. All grading results were saved in database and provided to farmers for helping them to produce the best quality peaches.

The multiple linear regression (MLR) model using 16 wavelengths for quality index was developed to estimate sugar content of peaches with the determination coefficient of 0.71 and Standard Error of Calibration (SEC) of 0.42Brix. The developed MLR model could predict also the sugar content with the determination coefficient of 0.69 and Standard Error of Prediction (SEP) of 0.49Brix (Fig. 8). This MLR model has better performance than the prediction model developed by using the detection of single position in 1998.

Based on performance of the prototype, the non-destructive automatic peach sweetness grading system was fabricated and evaluated. The peach sweetness grading system consists of photodiode-array sensor, quartz-halogen lamp and one fiber optic diverged by two bundles for transmitting the lights to two positions on fruit and re-transmitting the reflected lights from two position. The system could classify peaches into 2 classes by soluble solid contents of peaches with the accuracy of 91 % and the capacity of 7,200 peaches per hour.

WM00058145



Calibration (n=790), SEC=0,42Brix          Prediction (n=340), SEP=0,49Brix

Fig. 8 Calibration and prediction results using MLR model

## CITRUS GRADING SYSTEM USING NIR FULL-TRANSMITTANCE

Conventional citrus grader grades citrus fruits based on size differences of the fruits. The fruits are graded by transferring the fruits inside the series of rotating drums, which have different size of holes. Fruits smaller than the hole-size are graded at the drum, remaining bigger size fruits are graded at next drums. The capacity of the grader can be easily changed by adjusting width or rotating speed of drums. The drum type citrus grader has good performance for grading citrus size, but it cannot be used to grade the fruit based on its internal quality, such as maturity and internal defects. Immature or obvious defected fruits are sorted manually before putting in the drum grader. Because of tremendous labor requirement for this sorting operation, the automation of the operation is much demanded.

The on-line citrus grading system developed by NIAE (National Institute of Agricultural Engineering) comprised an NIR transmittance measuring part and a grading part. The grading system was designed so that citruses were fed one by one into NIR transmittance system. To reduce variability of the spectra, fruits were always placed flat on conveying belt between the lighting unit and the NIR detector as shown in Fig. 9. Design of feeding and conveying line is very important because the feeding posture of citrus affects the accuracy of the internal quality evaluation using optical properties.

WM00058146

NIR full transmittance measuring part consisting of a specially designed light source, NIR spectrophotometer having CCD array (Ocean optics, USA.), a controller, and photo sensors was constructed. NIR transmittance spectra were acquired with the 2048 pixel CCD-array NIR detector. For the strong illumination, a 300 W halogen lamp was used. Optical fibers and the lens assembly were used to collect light and provide strong luminance enough to pass through the flesh of the citrus fruit as shown in Fig. 9. NIR spectrum was acquired for 30 ms, and the wavelength of the spectrum was ranged from 650 nm to 955 nm.



Fig. 9 Arrangement of light and detector

The Partial Least Square Regression (PLSR) model was developed to estimate sugar content and acidity of citrus. The calibration model for sugar contents was developed with 463 spectrum samples and its correlation coefficient and standard error of calibration (SEC) were 0.936 and 0.33Brix, respectively (Fig. 11(a)). The validation result of model with 462 unknown samples is illustrated in Fig. 11(b). As shown in Fig. 11(b), the correlation coefficient and standard error of prediction (SEP) were 0.897 and 0.42Brix, respectively. Fig. 10 shows the prototype citrus grading system, and the capacity is the 14,400 citrus per hour.

WM00058147



Fig. 10 Sugar content, acidity, and size grading system of citrus



(a) Calibration

(b) Prediction

Fig. 11 Calibration and prediction results using PLSR model.

## WATERMELON SORTING SYSTEM USING NIR HALF-TRANSMITTANCE AND SONIC

The quality and price of a watermelon are determined by size and internal quality such as maturity, sugar content, inside cavity, yellow belt, and blood flesh. The markets especially evade buying watermelons with internal defects. However, sorting of immature, cavity and blood flesh watermelons is conducted by inspector's sensibility or experience.

WM00058148

A non-destructive watermelon sorting system, which can measure the weight, sugar content and internal defect simultaneously, was developed. The watermelon sorting system consists of sugar content evaluation part and internal defect evaluation part.

The sugar content evaluation part can measure the near infrared transmittance spectrum, and has light source and light detection part. The light source has the enough power of 2.4kw for transmitting the watermelon. The transmitted near infrared spectrum was used to develop a sugar content evaluation model with PLSR method. The model estimated watermelon sugar contents with error of ±0.8Brix.

The internal defect evaluation part has a hammer to generate the acoustic sound with constant force, a multi-point sound signal acquiring system, a noise removal circuit, and signal processing and quality evaluation program (Fig 12). There are two steps to acquire the hit sound:1) when the watermelon stands still, 2) when the watermelon stops briefly while it moves on sorting line.

The multiple acoustic signals of 175 watermelons were acquired from the prototype at noisy packinghouse or Agricultural Products Processing Center (APC), and PLSR model was developed with quality factor evaluated by the experts. The correlation coefficient of the developed model with 455 samples was 0.86 and SEC was 0.86. Using the developed model, the prediction result of the 455 watermelons shows that the prediction accuracy of normal and poor fruits was 90.1% based on the quality index 2. To improve the quality prediction accuracy, it is necessary to improve the accuracy of target position, and remove the noise.

This sorting system can sort the 1,500 watermelons per hour, ±0.8Brix error of sugar content, and the 90.1% accuracy of internal defects (Fig. 13).



Fig. 12 Schematic and photo of internal defect measuring system using sonic

WM00058149



Fig. 13 Nondestructive watermelon quality sorting system used in APC

WM00058150

# T·H·E OHIO STATE UNIVERSITY EXTENSION

# FACT SHEET
## Agriculture and Natural Resources

HYG-1651-12

# Using °Brix as an Indicator of Vegetable Quality
## Linking Measured Values to Crop Management

Matthew D. Kleinhenz and Natalie R. Bumgarner
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

Crop quality is important to fruit and vegetable growers, buyers, and handlers. °Brix readings indicate soluble solids content. Since soluble solids represent a product's potential sweetness (an aspect of quality), °Brix readings can interest many throughout the value chain. Three steps are required to make effective use of °Brix readings: (1) obtain accurate representative values; (2) become familiar with other representative values for similar crops; and (3) if needed, adjust management practices according to how they may affect °Brix values of your crops, using proven approaches.

Four fact sheets have been prepared to guide vegetable farmers, buyers, and handlers in using °Brix as an indicator of crop quality. This *Linking* fact sheet provides reference information on representative °Brix values and how they are influenced by crop management. Equipped with this information, vegetable suppliers should be better prepared to make effective use of °Brix measurement in their operation. However, the *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Two other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops.

## °Brix Values in Vegetable Crops

°Brix values are relatively straightforward to measure and are readily available. However, few people appear to be familiar with values that would be "typical" for their crop. Reference values are available in government and scientific reports and other documents. However, ultimately, the most important values for most vegetable

growers, buyers, and handlers may be the "bank" of numbers they develop in their own operation over time through consistent, conscientious measurement. Nevertheless, in this fact sheet, we present three sets of reference °Brix values.

The first set (Table 1) includes examples of soluble solids values that are used as criteria in official USDA fruit and vegetable quality grades. In certain fruiting crops (i.e., cantaloupe, watermelon) soluble solids levels obtained with an approved refractometer influence the official grade to which the crop is assigned. For example, based on the chart below, °Brix values less than 9% and 8% in cantaloupe and watermelon, respectively, mean that the crop cannot be labeled as having "good internal quality" by USDA standards.

**Table 1. Examples of USDA crop grading standards which incorporate soluble solids values.**

| Crop | Grading description | Minimum soluble solid level |
|------|---------------------|-----------------------------|
| Cantaloupe | "Very good internal quality" | 11% |
| | "Good internal quality" | 9% |
| Watermelon | "Very good internal quality" | 10% |
| | "Good internal quality" | 8% |

The second set of reference °Brix values (Table 2) was taken from published agricultural research. This set includes values reported on multiple crops grown in research plots in many locations. Keep in mind that these plots were managed differently: growing system, nutrient and irrigation regime, and variety differed from one

Copyright © 2012, The Ohio State University

WM00058151

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management—page 2

**Table 2. Examples of soluble solids (°Brix) values from published agricultural research reports across a variety of crops and locations.**

| Crop—Location | Reported °Brix value | Citation |
|---|---|---|
| Beets—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Cabbage—New Zealand | 9.0–12.0 | Renquist et al., 2005 |
| Carrots—GA | 8.0–10.0 | Gills et al., 1999 |
| Honeydew—TX | 8.5–12.0 | Lester and Shellie, 1992 |
| Muskmelon—MD | 5.0–16.0 | Aulenbach and Worthington, 1974 |
| Muskmelon—CA | 9.0–11.0 | Yamaguchi et al., 1977 |
| Onion—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Pepper—New Zealand | 6.0–9.0 | Renquist et al., 2005 |
| Sweet corn—SC | 15.0–27.0 | Hale et al., 2005 |
| Processing tomatoes—CA | 4.7–6.0 | Barrett et al., 2007 |
| Greenhouse tomatoes—Denmark | 4.3–5.0 | Thybo et al., 2006 |
| Greenhouse tomatoes—NC | 3.8–4.7 | Peet et al., 2004 |
| Fresh market tomatoes—CO | 3.5–5.3 | Aldrich et al., 2010 |
| Fresh market tomatoes—FL | 4.1–5.3 | Tandon et al., 2003 |
| Cherry tomatoes—New Zealand | 5.0–8.0 | Renquist et al., 2005 |
| Watermelon—Spain | 9.0–11.0 | Pardo et al., 1996 |

The third set of reference °Brix values (Table 3) was created in Ohio during the completion of a project supported by The Ohio State University/OARDC/OSU Extension, the Department of Horticulture and Crop Science, the Warner Endowment Fund for Sustainable Agriculture, and area farmers. With this support, the Ohio State University Vegetable Production Systems Laboratory obtained hundreds of °Brix readings on station- and farm-grown vegetable crops from twelve locations in 2011. Crops were grown conventionally and organically and most of the data were collected by growers using handheld digital refractometers as described in two fact sheets in this series. The values in Table 3 were developed in 2011 only. They may or may not represent values expected in your operation. Contact Matt Kleinhenz for more information on these values.

experiment to another. Because of this variation, numbers in Table 2 do not necessarily represent target values. That said, the research was usually conducted to study the influence of genetic and production factors on crop quality. And, the research often involved commercial-like practices and common varieties. Therefore, it is reasonable for growers and others to observe similar °Brix values in their business.

**Table 3. Soluble solids (°Brix) values gathered during an on-farm research project carried out in Ohio in 2011.**

| Crop | °Brix average | °Brix range | # Observations | # Farms |
|---|---|---|---|---|
| Beet | 7.8 | 2.8–13.6 | 26 | 4 |
| Bean | 6.9 | 2.9–15.7 | 57 | 3 |
| Swiss chard | 4.6 | 2.6–6.5 | 15 | 2 |
| Cucumber | 3.3 | 2.2–5.4 | 60 | 4 |
| Summer squash | 4.3 | 3.5–5.3 | 43 | 4 |
| Sweet corn | 16.2 | 9.5–26.5 | 66 | 2 |
| Cherry tomato | 7.5 | 4.5–11.7 | 102 | 6 |
| Tomato | 4.6 | 2.3–8.2 | 433 | 10 |
| Turnip | 6.0 | 4.5–6.9 | 20 | 3 |
| Watermelon | 10.8 | 9.0–12.8 | 66 | 4 |
| Zucchini | 4.0 | 2.4–6.0 | 71 | 5 |

## Factors that Influence Vegetable °Brix Values

In the tables above, the reported °Brix ranges for individual crops displayed wide ranges (e.g., in Table 3, 2.9–15.7 for bean and 9.5–26.5 for sweet corn). These ranges are due to the fact that at any one time, many factors influence a vegetable crop's condition and, therefore, its °Brix level. Going forward, vegetable suppliers interested in having their crops achieve target °Brix values will benefit from being familiar with these factors and how they can be manipulated.

Variety selection, crop maturity, crop physiology or metabolism, and major abiotic components of the growing environment (e.g., moisture, fertility, light, and temperature) are known to influence °Brix levels. Variety selection and crop maturity, metabolism, and water status tend to have direct and often significant and immediate impacts on vegetable °Brix levels. In contrast, soil and crop nutrient status and environmental light and temperature levels appear to have more indirect and subtle effects on vegetable °Brix values. The following is a brief summary of some of the

Copyright © 2012, The Ohio State University

WM00058152

specific effects of various factors on vegetable °Brix levels. Information given in this section is supported by articles cited in the References section and farmer experience.

Weather effects on soluble solids levels begin at planting and continue through harvest, in part because planting and harvesting dates determine the environmental conditions under which crops grow and mature. Environmental conditions that most strongly influence crop quality and °Brix include sunlight, temperature, and moisture. Exposure to various combinations of these conditions due to planting and harvest schedules can influence elements of quality (including °Brix) and flavor in field- and greenhouse-grown crops. These conditions influence the amount of soluble solids (mostly sugars) that are in marketable leaves, stems, fruits, tubers, roots, etc., at any one time. These factors influence °Brix levels alone and in combination. For example, temperature and light interact to set the rate of sugar production, but temperature may have a stronger influence on tomato fruit soluble solids content than sunlight.

Weather, planting and harvesting dates, and some soil characteristics often cannot be altered significantly. Often, vegetable growers must adhere to certain planting and harvesting windows. Also, they can only establish protective microclimates around crops (e.g., using mulches, films, or low or high tunnels) which lessen the more radical effects that temperature, moisture, and other extreme conditions can have on crop quality. Likewise, soil amendments can increase soil organic matter or alter other soil properties, thereby creating growing conditions more conducive to crop health and quality. Yet, some steps to limit environmental fluctuations or enhance soil quality may be unavailable to some farmers. Moreover, the effects of these steps on crop quality in the near-term may be indirect. Therefore, vegetable growers may prefer to take easy steps proven to have immediate and significant effects on quality, perhaps especially °Brix. Steps in this category include proper variety selection, water and fertility management, and planting and harvest timing.

All things being equal, varieties of the same crop tend to differ in their baseline °Brix level. That is, varieties have a natural inclination toward lower or higher levels of soluble solids within the portion that is marketed. Therefore, variety selection is one of the most important and direct methods of shaping °Brix and crop quality. If °Brix is important to you, consider discussing varietal tendencies with seed suppliers and reviewing other data on varieties. Product quality begins with variety selection.

Regardless of variety, soluble solids levels track crop maturity. All vegetable crops undergo changes in their

makeup through their lifetime, regardless of what the farmer does. Sweet corn kernels turning from milky and sweet to dry and starchy is one example of the natural, pre-programmed crop maturation process. So, crop stage and harvest timing, in particular, strongly influence crop quality and °Brix levels.

In fact, the degree of ripening at harvest influences the full chemical makeup of the fruit or immature seed and, therefore, its flavor and texture. Soluble solids and sugars tend to increase during ripening, while acids tend to decrease. When tomato fruit are harvested at a very early stage of ripening, the combination of sugars, acids, and volatile compounds related to flavor may be sub-optimum. That said, some fruit and seed continue to mature after picking. And, they may be more susceptible to physical damage during post-harvest handling if picked table-ripe. Regardless, it is clear that harvest timing is important to all growers and that measuring °Brix values can help determine harvest- and market-readiness in some crops.



Effects on soluble solid content in tomato were measured on 8/24/07 in Gödöllő, Hungary. Treatments were unirrigated (1), unirrigated with K application (2), irrigation up to 30 days before harvest (3), irrigation up to 30 days before harvest with K application (4), standard irrigation (5), and standard irrigation with K application (6). Columns bearing the same letter are not significantly different. Vertical bars represent significant differences at p = 0.05, n=4.

Irrigation timing or soil moisture levels also affect °Brix but in ways that may complicate management decisions. For example, reduced water availability during fruit development can increase fruit soluble solids content but lower total fruit yield. So, growers must balance the opportunity to enhance the quality of their fruit with the potential to reduce the yield of them using the same practice. In dry areas where water availability can be carefully controlled, precise irrigation has been able to increase °Brix and maintain acceptable yields. High tunnel growers may be able to balance yield and quality most effectively through irrigation and fertility management.

Copyright © 2012, The Ohio State University

WM00058153



°Brix levels are a common metric used to describe the quality and suitability of processing tomatoes *(Image courtesy of Hirzel Canning Company and Farms, Toledo, Ohio).*

Indeed, the influence of fertility programs on °Brix is becoming clear. Increased fertilizer or salinity levels (i.e., higher electrical conductivity levels) in irrigation water are reported to increase °Brix levels in greenhouse-grown tomato and pepper. Mineral fertilization can also influence volatile compounds and fruit flavor.

In addition to electrical conductivity, there is evidence that nitrogen (N) nutrition can affect °Brix levels but in an indirect and complex manner. Nitrogen availability can impact the efficiency of photosynthesis through which sugar is created and, therefore, possibly alter soluble solids levels. However, excess N can also slow maturation and reduce sugar and acid content.

## Linking Measured °Brix Values to Crop Management—A Recap

Production factors such as temperature and light levels and soil moisture and fertility status influence crop °Brix levels. These factors differ with regard to the amount of control field and high tunnel growers have over them. These factors also differ with regard to the apparent, direct impact they have on °Brix, based on scientific evidence and grower experience. Biological factors such as variety and crop maturity affect soluble solids levels strongly; growers select varieties but have little control over maturity outside of harvest timing.

Controlled-environment greenhouse production involves a greater amount of control over factors that influence crop growth, yield, and certain aspects of quality than field production. Overall, the greenhouse industry continues to pay close attention to the effects of variety selection and crop management on °Brix. Also, adjustments in management regimens to optimize °Brix and other characteristics are generally more feasible in greenhouse than field settings. Farmers working with soils in more dynamic and unpredictable open field and high

tunnel settings have an opportunity to gain from what is discovered in greenhouse production and research. More important, field and high tunnel vegetable growers can learn from their own tests of the relationships between management and °Brix and other aspects of crop quality. This four-part fact sheet series is designed to assist them in that process.



## References

Aldrich, H.T., K. Salandanan, P. Kendall, M. Bunning, F. Stonaker, O. Kulen, and C. Stushnoff. 2010. Cultivar choice provides options for local production of organic and conventionally produced tomatoes with higher quality and antioxidant content. *J. Sci. Food Agr.* 90:2548–2555.

Anza, M., P. Riga, and C. Garbisu. 2006. Effects of variety and growth season on the organoleptic and nutritional quality of hydroponically grown tomato. *J Food Qual.* 29:16–37.

Arias, R., T.C. Lee, D. Specca, and H. Janes. 2000. Quality comparison of hydroponic tomatoes (*Lycopersicon esculentum*) ripened on and off vine. *J. Food Sci.* 65:545–548.

Aulenbach, B.B., and J.T. Worthington. 1974. Sensory evaluation of muskmelon: Is soluble solids content a good quality index? *HortScience* 9:136–137.

Barrett, D.M., C. Weakley, J.V. Diaz, and M. Watnik. 2007. Qualitative and nutritional differences in processing tomatoes grown under commercial organic and conventional production systems. *J Food Sci.* 72:C441–C451.

Beverly, R.B., J.G. Latimer, and D.A. Smittle. 1993. Preharvest physiological and cultural effects on postharvest quality. p. 73–98. R.L. Shewfelt, and S.E. Prussia (eds). In: *Postharvest handling: A systems approach.* Academic Press San Diego, CA.

Copyright © 2012, The Ohio State University

WM00058154

Blaesing, D., A. Murray, M. Schulz, and M. Stewart. 2006. Nutrient management for high soluble solids production in Australian processing tomatoes. *Acta Hort.* 724:75–83.

Bumgarner N., J.C. Scheerens, R.W. Mullen, M.A. Bennett, P.P. Ling, and M.D. Kleinhenz. 2012. Root-zone temperature and nitrogen affect the yield and secondary metabolite concentration of fall and spring-grown, high density lettuce. *J. Sci. Food Agr.* 92:116–124.

Chassy, A.W., L. Bui, E.N.C. Renaud, M.V. Horn, and A.E. Mitchell. 2006. Three-year comparison of the content of antioxidant microconstituents and several quality characteristics in organic and conventionally managed tomatoes and bell peppers. *J. Agr. Food Chem.* 54:8244–8252.

Crisosto, C.H., and J.P. Mitchell. 2002. Preharvest factors affecting fruit and vegetable quality. p. 49–54. In: A.A. Kader (ed). *Postharvest technology of horticultural crops,* 3rd Ed. Univ. Cal. Agr. Nat. Res. Pub. 3311.

Davis, A.R., C.L. Webber, P. Perkins-Veazie, and J. Collins. 2006. Impact of cultivar and production practices on yield and phytonutrient content of organically grown watermelon. *J. Veg. Sci.* 12:83–91.

Fleisher, D.H., L.S. Logendra, C. Moraru, A.J. Both, J. Cavazzoni, T. Gianfagna, T.C. Lee, and H.W. Janes. 2006. Effect of temperature perturbations on tomato (*Lycopersicon esculentum* Mill.) quality and production scheduling. *J. Hort. Sci. Biotechnol.* 81:125–131.

Gazula, A., M.D. Kleinhenz, J.G. Streeter, and A.R. Miller. 2005. Temperature and cultivar effects on Anthocyanin and chlorophyll b concentrations in three coloured Lollo Rosso lettuce cultivars. *HortScience* 40:1731–1733.

Gills, L.A., A.V.A. Resurreccion, W.C. Hurst, A.E. Reynolds, and S.C. Phatak. 1999. Sensory profiles of carrot (*Daucus carota* L.) cultivars grown in Georgia. *HortScience* 34:625–628.

Hale, T.A., R.L. Hassell, and T. Phillips. 2005. Refractometer measurements of soluble solid concentration do not reliably predict sugar content in sweet corn. *HortTechnology* 15:668–672.

Helyes, L., J. Dimeny, Z. Pek, and A. Lugasi. 2006. Effect of the variety and growing methods as well as cultivation conditions on the composition of tomato (*Lycopersicon lycopersicum* (L.) Karsten) fruit. *Acta Hort.* 712:511–516.

Hornick, S.B. 1992. Factors affecting the nutritional quality of crops. *Amer. J. Alt. Agr.* 7:63–68.

Johnstone, P.R., T.K. Hartz, M LeStrange, J.J. Nunez, and E.M. Miyao. 2005. Managing fruit soluble solids with late-season deficit irrigation in drip-irrigated processing tomato production. *HortScience* 40:1857–1861.

Kleinhenz, M.D., and A. Wszelaki. 2003. Yield and relationships among head traits in cabbage as influenced by planting date and cultivar. I. Fresh market. *HortScience* 38:1349–1254.

Krauss, S., W.H. Schnitzler, J. Grassmann, and M. Woitke. 2006. The influence of different electrical conductivity in a simplified recirculating soilless system on inner and outer fruit quality characteristics of tomato. *J. Agr. Food. Chem.* 54:441–448.

Lamont, W.J. 2005. Plastics: Modifying the microclimate for the production of vegetable crops. *HortTechnology* 15:477–481.

Lester, G., and K.C. Shellie. 1992. Postharvest sensory and physicochemical attributes of honey dew melon fruits. *HortScience* 27:1012–1014.

Pardo, J.E., R. Gomez, J. Tardaguila, M. Amo, and R. Varon. 1996. Quality evaluation of watermelon varieties (*Citrullus vulgaris* S.). *J. Food Qual.* 20:547–557.

Peet, M.M., C.D. Harlow, and E.S. Larrea. 2004. Fruit quality and yield in five small-fruited greenhouse tomato cultivars under high fertilization regime. *Acta Hort.* 659:811–818.

Pluda, D., H.D. Rabinowitch, and U. Kafkafi. 1993. Pepino dulce (*Solanum mirucatum* Ait.) quality characteristics respond to nitrogen nutrition and salinity. *J. Amer. Soc. Hort. Sci.* 118:86–91.

Radovich, T.J.K., M.D. Kleinhenz, J.G. Streeter, R. Miller, and J.C. Scheerens. 2005. Planting date affects total glucosinolate concentrations in six commercial cabbage cultivars. *HortScience* 40:106–110.

Renquist, A.R., M.J. LaGrange, B.P. Searle, and J.B. Reid. 2005. Towards a control theory for acidity of vegetable crops. *Acta Hort.* 694:463–469.

Riga, P., M. Anza, and C. Garbisu. 2008. Tomato quality is more dependent on temperature than on photosynthetically active radiation. *J. Sci. Food Agr.* 88:158–166.

Simon, P.W. 1985. Carrot flavor: Effects of genotype, growing conditions, storage, and processing. p. 315–328. In: H.E. Pattee (ed). *Evaluation of quality of fruits and vegetables.* AVI Publishing Company. Westport, CT.

Stevens, M.A. 1985. Tomato flavor: Effects of genotype, cultural practices, and maturity at picking. p. 367–386. In: H.E. Pattee (ed). *Evaluation of quality of fruits and vegetables.* AVI Publishing Company. Westport, CT.

Tandon, K.S., E.A. Baldwin, J.W. Scott, and R.L. Shewfelt. 2003. Linking sensory descriptors to volatile and nonvolatile components of fresh tomato flavor. *J. Food Sci.* 68:2366–2371.

Thybo, A.K., M. Edelenbos, L.P. Christensen, J.N. Sorensen, and K. Thorup-Kristensen. 2006. Effect

Copyright © 2012, The Ohio State University

WM00058155

of organic growing systems on sensory quality and chemical composition of tomatoes. *LWT* 39:835–843.

USDA Nutrient Database. http://www.ars.usda.gov/Services/docs.htm?docid=22114.

USDA AMS Standards. http://www.ams.usda.gov/AMSv1.0/ams.fetchTemplateData.do?template=TemplateN&page=FreshMarketVegetableStandards.

Wang, Y.T., S.W. Huang, R.L. Liu, and J.Y. Jin. 2007. Effects of nitrogen application on flavor compounds of cherry tomato fruits. *J. Plant Nutr. Soil Sci.* 170:461–468.

Wang, Z.H., S.X. Li, and S. Malhi. 2008. Effects of fertilization and other agronomic measures on nutritional quality of crops. *J. Sci. Food Agr.* 88:7–23.

Wells, O.S., and J.B. Loy. 1993. Rowcovers and high tunnels enhance crop production in the northeastern United States. *HortTechnology* 3:92–95.

Weston, L.A., and M.M. Barth. 1997. Preharvest factors affecting postharvest quality of vegetables. *HortScience* 32:812–816.

Wright, D.H., and N.D. Harris. 1985. Effect of nitrogen and potassium fertilization on tomato flavor. *J. Agr. Food Chem.* 33:355–358.

Wszelaki, A., and M.D. Kleinhenz. 2003. Yield and relationships among head traits in cabbage as influence by planting date and cultivar. II. Processing. *HortScience* 38:1355–1259.

Zerbini, P.E. 2008. Role of maturity for improved flavor. p. 180–199. In: B. Bruckner and S.G. Wyllie. (eds). *Fruit and vegetable flavor—Recent advances and future prospects.* Woodhead Publishing Limited. Cambridge, England.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the development of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION

**Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu**

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University



HYG-1653-12

# Using °Brix as an Indicator of Vegetable Quality
## Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon

**Natalie R. Bumgarner** and **Matthew D. Kleinhenz**
Department of Horticulture and Crop Science
The Ohio State University

Crop quality is important to everyone in the vegetable value chain, including growers, buyers, managers, handlers, processors, restaurateurs, and consumers. Various measures are used to assess and describe different aspects of quality but few may be as popular and important as soluble solids or °Brix. As described in other fact sheets in this series, °Brix has the attention of many throughout the vegetable value chain for three primary reasons. First, °Brix can be measured inexpensively, quickly, and reliably at essentially all

> For specific methods refer to:
> Cucumber—page 2
> Leafy Crops—page 4
> Sweet Corn—page 6
> Tomato—page 8
> Watermelon—page 10

stages of production through preparation. Second, °Brix readings can be an early indication of how "sweet" the consumer may consider the product to be when eating it. Thirdly, °Brix values fluctuate with many factors. Indeed, °Brix levels appear to be a function of primarily crop, variety, maturity, and growing and storage conditions. It is clear, then, why business-minded members of the value chain are interested in measures of soluble solids and why they consider basing some management decisions on them.

When obtained and applied correctly, °Brix readings can be useful in variety selection, harvest scheduling, and crop irrigation, fertility, and post-harvest management. Over time, they may also influence soil management. Regardless, to be useful, °Brix values must be obtained correctly.

Four fact sheets have been prepared to assist members of the vegetable value chain in making the best use of °Brix readings. This *Instructions* fact sheet provides specific methods for measuring °Brix in five vegetable crops. We recommend following these instructions after consulting the fact sheets describing additional aspects of °Brix measurement and the use of °Brix values in crop production and marketing. Additional information on °Brix is available in other publications listed in these fact sheets.

Copyright © 2012, The Ohio State University

## 1. Cucumber

Routine measurement of soluble solids is currently less common in the cucumber than in other vegetable value chains. However, there is anecdotal evidence that cucumber buyers, processors, and consumers have strong preferences regarding product flavor, with "sweetness" as a component. Certainly, it is clear that cucumber varieties are genetically predisposed to differ in flavor and that crops experience a wide range of growing conditions. Together, these factors make it likely that cucumber °Brix values vary widely among crops. Worse, some crops may be below desired quality thresholds and cost growers and others repeat sales opportunities. In 2011, a total of 60 °Brix readings were taken on cucumber fruit collected on four Ohio farms. Values ranged from 2.2%–5.4%, a more than two-fold difference between the lowest and highest values.

### Select Cucumber Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Cucumber Samples

The location of the sample in the fruit can influence its °Brix value. So, we suggest taking samples from a standard location, such as the center of the cucumber fruit. This suggestion also applies to zucchini and summer squash. The peel can interfere with efficient movement of the tissue through the press. So, we also suggest peeling. Multiple slices can be taken from a single fruit.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger cucumber from which they were taken.




Copyright © 2012, The Ohio State University

WM00058158

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of cucumber crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## 2. Leafy Crops

The leafy greens crop category includes many species grown under many different conditions and harvested at many stages. Also, in contrast to other major vegetable crops, nearly all leafy vegetables are consumed fresh or following minimal processing. Therefore, their inherent sensory quality, including potential "sweetness," is key at meal preparation. Finally, for production, marketing, and consumption reasons, leafy vegetable crops stand out for being leaves (the primary site of photosynthesis) as opposed to botanical fruits. Leaves generally supply sugars whereas fruits, seeds, stems, tubers, rhizomes, and other plant organs tend to receive and accumulate them. That said, leafy vegetable crop plants not producing seeds or other organs that typically accumulate sugars, maintain these sugars in their stems, leaves, and roots or employ them in growth. Therefore, monitoring °Brix levels in leafy vegetable crops is worthwhile.

### Select Leaf Samples for Measurement

Select leaf samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable leaves of similar age, size, and condition. The maturity and location of a leaf can influence leaf composition; therefore, choose leaves from a similar position on all plants.

### Prepare Leafy Crop Samples

Soil particles and excess water should be removed from leafy crops prior to measurement. The location of the leaf on the head can influence its °Brix value. So, we suggest taking leaf samples from a standard location, such as the 2nd or 3rd leaf counting from the base on each head. Multiple leaf samples can be taken from a single head.



### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger leaf from which they were taken.



Copyright © 2012, The Ohio State University

WM00058160

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of leafy vegetable crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00058161

## 3. Sweet Corn

The novelist, humorist, and entertainer Garrison Keillor once wrote that, in effect, his family was prepared to resist all forms of sin, but if "Satan had come around with sweet corn, we at least would have listened to what he had to sell." This anecdote speaks to the passion that many have for sweet corn. Its name is fitting in part because people adore sweet corn for its sweetness. However, a wealth of commercial experience and scientific data also indicate that people also prize sweet corn for its texture and aroma. Regardless of specific consumer preferences for blends of sweetness, texture, and aroma, °Brix readings have a role throughout the sweet corn value chain. Making the best use of sweet corn °Brix values requires knowledge of the fact that they differ among endosperm types, stages of maturity, and in-field and post-harvest crop management regimens. In fact, in some varieties, the relationship between °Brix values and consumer perceptions of sweetness may be weak—°Brix values may rise even as corn ages. Overall, °Brix currently remains a proven unit of measure for soluble solids in sweet corn; however, changes in genetics may weaken the °Brix-potential sweetness relationship in sweet corn. Therefore, growers are encouraged to become familiar with this relationship in their preferred varieties.

### Select Sweet Corn Ear Samples for Measurement

Select ear samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable ears of similar age and position on the plant.

### Prepare Sweet Corn Samples

The location of the kernels on the ear (tip to stem) can influence its °Brix value. So, we suggest slicing a sample from the middle 2–3 inches of the ear to standardize the samples. Multiple samples can be taken from the center region of a single ear.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger ear from which they were taken.

 

Copyright © 2012, The Ohio State University

WM00058162

### Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task-wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

 

### Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

### Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of sweet corn crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## 4. Tomato

Measures of total soluble solids (°Brix) have long been a staple among tomato growers and processors. °Brix measurement is more common in the processing tomato industry but is gaining recognition in the fresh market industry. In the processing industry, °Brix is a predictor of potential energy and additive needs for producing sauces and other products. In the fresh market, soluble solids levels suggest how "sweet" the tomato may taste; however, it is important to note that sugars, acids, volatiles, and other compounds are responsible for the characteristic flavor of each fruit. So, a higher °Brix value does not guarantee a sweeter flavor. Regardless, tomato soluble solids levels fluctuate with variety and growing conditions. With practice, members of the tomato value chain can adjust management to achieve target °Brix values.

### Select Tomato Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Tomato Samples

Tomato fruit should be washed and dried prior to sampling to remove excess soil and moisture. Cut the fruit from stem to blossom end in wedges. Remove the core. Tomato wedges provide good samples because they represent all types of tissue in the fruit. When pressed, pulp from a tomato wedge contains soluble solids from all fruit tissues. Multiple wedges can be taken from a single fruit.




### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger tomato from which they were taken.




Copyright © 2012, The Ohio State University

WM00058164

## Filter the Pulp Sample and Read the Juice Sample

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




## Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

## Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of tomato crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the information below along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

WM00058165

Case 4:18-cv-00500-JM    Document 772-2    Filed 05/05/25    Page 243 of 276

## 5. Watermelon

Watermelon stands out as a crop for which "sweetness" is very important. Everyone wants and expects watermelon fruit to be clearly sweet. In fact, the USDA has codified this expectation by requiring watermelon and also cantaloupe flesh °Brix levels to exceed 8% and 9%, respectively, in order for them to meet USDA AMS standards for "good" quality. Texture, color, firmness, and other characteristics also contribute to consumer perception of quality in watermelon but "sweetness" also ranks high. So, °Brix readings are particularly important to members of the watermelon value chain.

### Select Watermelon Fruit for Measurement

Select fruit samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable fruit of similar age and position on the plant.

### Prepare Watermelon Samples

The location of the sample within the fruit (both from stem to blossom end and from soil to exposed side) as well as tissue type can influence the °Brix value. So, we suggest quartering the melon and taking samples from the center or heart of the melon. Some growers also take melon cores instead of slicing to measure °Brix. Both methods are appropriate but only one should be used—be consistent. Multiple samples can be taken from a single melon.

 

### Press and Collect the Pulp Sample

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger melon from which they were taken.

 

Copyright © 2012, The Ohio State University

WM00058166

**Filter the Pulp Sample and Read the Juice Sample**

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from landing in the sample well. Pieces of tissue in the well will cause inaccurate readings. Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.




**Clean**

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

**Record**

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of watermelon crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the following information along with each °Brix value.

- date and time of harvest and measurement
- crop and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

Copyright © 2012, The Ohio State University

## References

Baldwin, E.A., J.W. Scott, M.A. Einstein, T.M.M. Malundo, B.T. Carr, R.L. Shewfelt, and K.S. Tandon. 1998. Relationship between sensory and instrumental analysis for tomato flavor. *J. Amer. Soc. Hort. Sci.* 123:906–915.

Fouladkhah, A., M. Bumming, M. Stone, C. Stushnoff, F. Stonaker, and P. Kendall. 2011. Consumer hedonic evaluation of eight fresh specialty leafy greens and their relationship to instrumental quality attributes and indicators of secondary metabolites. *J. Sensory Studies* 26:175–183.

Hale, T.A., R.L. Hassell, and T. Phillips. 2005. Refractometer measurements of soluble solid concentration do not reliably predict sugar content in sweet corn. *HortTechnology* 15:668–672.

Keillor, G. 1997. *Leaving Home.* Viking Penguin, New York.

Kleinhenz, M.D. 2003. Sweet corn variety trials in Ohio: Recent top performers and suggestions for future evaluation. *HortTechnology* 13:711–718.

Malundo, T.M.M., R.L .Shewfelt, and J.W. Scott. 1995. Flavor quality of fresh tomato (*Lycopersicon esculentum* Mill.) as affected by sugar and acid levels. *Postharvest Biol. Technol.* 6:103–110.

Pardo, J.E., R. Gomez, J. Tardaguila, M. Amo, and R. Varon. 1996. Quality evaluation of watermelon varieties (*Citrullus vulgaris* S.). *J. Food Qual.* 20:547–557.

Park, S. W., L. J. Won, K. Y. Cheol, K. K. Yong, H.J. Heun, L.M. Rim, and H. S. Jin. 2004. Relationship between physiochemical quality attributes and sensory evaluation during fruit maturation of cucumber. *Korean J. Hort. Sci. Technol.* 22:177–182.

Tandon, K.S., E.A. Baldwin, J.W. Scott, and R.L. Shewfelt. 2003. Linking sensory descriptors to volatile and nonvolatile components of fresh tomato flavor. *J. Food Sci.* 68:2366–2371.

Zhu, S., J.R. Mount, and J.L. Collins. 1992. Sugar and soluble solids changes in refrigerated sweet corn (*Zea mays* L.). *J. Food Sci.* 57:454–457.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the preparation of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058168

# FACT SHEET
## Agriculture and Natural Resources

T · H · E
OHIO
STATE
UNIVERSITY
EXTENSION

HYG-1652-12

# Using °Brix as an Indicator of Vegetable Quality
## A Summary of the Measurement Method

**Natalie R. Bumgarner** and **Matthew D. Kleinhenz**
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

Farmers, as well as produce managers and handlers need straightforward, reliable, proven, and inexpensive criteria, tools, and techniques to gauge the potential quality of their fresh fruits and vegetables. The level of soluble solids in a fruit or vegetable is often used as an indicator of the sugars present in it. Soluble solids levels are usually reported in values of °Brix. °Brix values can be measured easily and reliably in the field, shop, or shed using a relatively inexpensive piece of equipment able to fit in most pockets: a refractometer. When obtained and applied correctly, objective and accurate °Brix values can aid in variety selection, harvest scheduling, and other aspects of crop production including irrigation, fertility, and post-harvest management. These values can also give a rough estimate of how sweet a product may taste to some consumers. At best, °Brix values also appear to be indirect estimates of the general health of some crops and their potential sensory appeal to people. However, there is little scientific evidence to support the use of °Brix values as anything more than an indication of the soluble solids content—and potential sweetness—of fruit and vegetable samples.

Four fact sheets have been prepared to guide farmers and produce buyers and handlers in using °Brix as an indicator of vegetable quality. This *Summary* fact sheet is a general description of the tools and techniques used to measure °Brix. The *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops and guidance in making the best use of the values obtained.

## Equipment, Material, and Sample Considerations

Soluble solids (°Brix) values are obtained using refractometers. These instruments measure the degree to which light is bent as it passes through a sample (i.e., the refractive index). Refractometers vary in design. Expensive, bench-top models are common in laboratories and QA/QC facilities. Inexpensive, portable (small-size, handheld), analog and digital versions are preferred by growers and produce managers and handlers. Analog and digital refer primarily to whether the °Brix value is read on a scale resembling an old-style thermometer or displayed digitally.

The refractive index is affected by the temperature of the solution. The °Brix scale is currently based on a reference temperature of 20°C (68°F). Therefore, samples with identical amounts of soluble solids but different temperatures can give different °Brix readings if the refractometer does not correct for temperature. Many modern refractometers correct for temperature but this feature should be confirmed at purchase.

Light must pass through a solution to measure its °Brix. Understandably, the reliability of the reading is influenced by the light source. Some handheld refractometers rely exclusively on sunlight. These units can provide very accurate readings but special attention is needed during the process due to variation in natural light. Other handheld units have built-in light sources (small bulbs)

Copyright © 2012, The Ohio State University

WM00058169

that increase reliability and consistency but also require their own version of special care. Both types of units are common throughout the industry.



**Bench-top refractometer**



**Digital handheld refractometer**



**Analog handheld refractometer**

This publication summarizes the major steps required to obtain a °Brix reading using a handheld digital refractometer. Steps shown here apply to other refractometers and most vegetable crops. However, specific instructions for measuring °Brix in tomato, watermelon, cucumber, sweet corn, and leafy crops are given in the *Crop Instructions* fact sheet.

This *Summary* publication also depicts the measurement of °Brix on single-fruit samples. In laboratory and research settings, blenders are often used to prepare bulk samples consisting of many fruit or leaves. However, if chosen carefully, single fruit or leaf samples taken from various locations in the field can provide reliable estimates of overall crop soluble solids contents. Single leaf or fruit samples also require less time to prepare and reduce loss of saleable produce.

°Brix readings can be taken on root vegetables; however, the standard sample press shown in this document may not be suitable to extract the required liquid. Instead, for root vegetables, a blender or small food processor may be needed to "pulp" the sample and extract a bead of juice from it. A representative collection of the equipment and materials needed to measure °Brix in most leaf and fruiting vegetable crops is shown in the following figure.



Materials needed for °Brix measurement:
• knives and cutting board for sample preparation
• dish for sample collection after pressing
• sample press or blender
• wash bottle
• refractometer
• delicate task wipe to filter samples and clean refractometer without scratching
• datasheet

Helpful hint:
Measurements can be taken in the field. However, it may be easier to collect samples in the field and then take measurements in a workshop or kitchen with water nearby.

## Refractometer Operation

The following images depict the Atago PAL-1™ refractometer. Although the methods and instructions shown here are likely to apply to other handheld digital refractometers, consult your instrument's instruction manual before proceeding.

The Atago PAL-1™ handheld refractometer has a range of 0 to 53% soluble solids. This range should be appropriate for any vegetable crop. Also, this refractometer can compensate for sample temperature and light conditions if used properly (the sample must be left in the measuring well to allow the unit to adjust to the sample temperature). For best results and greater efficiency, we suggest allowing samples to reach room temperature before measuring them. Also, very bright outdoor conditions can disrupt measurements. So, we suggest taking measurements indoors or in the shade when outdoors.

### Calibration

Handheld digital and analog refractometers must be calibrated before each use. Room temperature *distilled* water is all that is needed for calibration of these handheld units. To calibrate them, fill the measurement well leaving just a little of its metal rim showing. Then, press the zero button. The screen will read 000 when calibration is complete. You are now ready to take readings. To check

Copyright © 2012, The Ohio State University

WM00058170

the calibration, fill the well with clear water and press start. The display should read 0.0. If it does not, repeat the calibration procedure outlined above.

Analog refractometers are also calibrated using a few drops of room temperature, distilled water placed on the sample plate. Looking through the viewfinder should reveal a blue line at exactly 0 °Brix. The calibration screw on the unit can be used to adjust the zero baseline as needed. Further information on refractometer use and calibration can be found in the article by Vasquez and Mueller in the References section.

 

## Taking a °Brix Reading

Fill the measuring well of the digital handheld refractometer nearly full; a small amount of the metal rim should be visible. And there should be no bubbles in the sample. If the sample is at room temperature, simply press the start button. The °Brix reading will be displayed in about 3 seconds. If the sample is cool or warm, wait for the refractometer to adjust before measuring. If you are using a handheld analog or benchtop refractometer, place a few drops of liquid on the plate then close the cover. Some analog and benchtop refractometers do not have a temperature compensating function. If that is the case, samples should be measured at 20°C (68°F) to avoid the need to adjust °Brix readings for temperature.

### Step 1. Select

Select samples at regular intervals throughout the growing season and choose a consistent time of day to do so. Collect several healthy, representative plants from around the growing area to include potential variability in soil type, moisture, fertility, etc. Select mature and saleable vegetables and ones of the same age or position on the plant.

### Step 2. Prepare

Take samples that represent all tissues and regions within a fruit or vegetable when possible (i.e., a tomato wedge vs. a slice). Select samples from a consistent location within the fruit or vegetable when necessary (i.e., 3rd mature leaf in a lettuce head or center slice from

cucumber or zucchini). And extract multiple samples from within each fruit or vegetable to represent the variability within a fruit.

### Step 3. Press

Use a hand press or electric blender to prepare samples that are well mixed and representative of the larger vegetable from which they were sampled. Consider a garlic press for extracting juice from fruit and leaf samples—it is an inexpensive, simple, and quick tool.

### Step 4. Filter

Filter the pressed or blended sample with cheesecloth or a delicate task wipe to prevent larger pieces of the sample from contaminating the sample well. Pieces of tissue in the well will cause inaccurate readings.

### Step 5. Read

Prior to each sampling period, calibrate refractometers with water. Take measurements on room temperature samples soon after harvest to obtain the most accurate and consistent readings throughout the growing season.

### Step 6. Clean

Clean the refractometer and press with water and dry the well and the press between each measurement. Use only a delicate, non-scratching wipe to clean the refractometer. The lens contains glass and should not be damaged. Drying the well between readings reduces measurement error by eliminating sample carryover or excess water which dilutes the next sample, lowering its reading.

 

### Step 7. Record

°Brix values can be important in your operation. These values represent a snapshot of one key aspect of crop quality and, potentially, buyer or consumer liking. Like other information important in your operation, °Brix readings should be recorded, not discarded or "committed to memory." A record of °Brix values can become a useful reference; however, for that to happen, other information must be recorded alongside the °Brix reading. This additional information will give the °Brix values meaning going forward. Consider recording the following information along with each °Brix value.

Copyright © 2012, The Ohio State University

WM00058171

- date and time of harvest and measurement
- crop species and variety name
- identity and location of samples within the growing area (number samples gathered from a single crop field and their location in the field)
- identity of samples within the fruit (number samples from within a single fruit)
- fruit weight prior to preparation for measurement
- crop management including planting date, number of pickings, watering and fertilization regime, etc., and recent weather conditions.

When done taking °Brix readings for the day, clean and put away the refractometer. It is best to store refractometers in a location without large variation in temperature. And, make sure all information has been recorded in the notebook or log and place it with your crop records.

 

## Measuring °Brix—A Recap

°Brix values can be measured reliably on location using a self-correcting (for temperature) digital handheld refractometer, one of several types available. Care must be taken, however, in selecting samples and calibrating the unit. Once a fresh vegetable leaf or fruit sample and other items are in hand and the refractometer is calibrated, obtaining and recording a reading using a seven-step process may require about one minute. °Brix values correlate much more strongly with how sweet a product may taste than how nutritious it may be.

This *Summary* fact sheet is a general description of the tools and techniques used to measure °Brix. The *Overview* fact sheet provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets provide specific instructions for the taking of °Brix readings in five vegetable crops and guidance in making the best use of the values obtained.

Making the best use of °Brix measurements requires time, patience, and practice. A solid record of °Brix values obtained on multiple crops (varieties, years, growing conditions) is needed to use °Brix values in decision-making.

## References

Boulton, R. B., V. L. Singleton, L. F. Bisson, and R. E. Kunkee. 1996. *Principles and practices of winemaking.* Chapman and Hall, NY.

Vasquez, S., and S. Mueller. *Refractometer calibration, use and maintenance.* http://ucanr.org/sites/viticulture-fresno/files/115503.pdf

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe in the preparation of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

# FACT SHEET
## Agriculture and Natural Resources

*THE OHIO STATE UNIVERSITY EXTENSION*

HYG-1650-12

# Using °Brix as an Indicator of Vegetable Quality
## An Overview of the Practice

**Matthew D. Kleinhenz** and **Natalie R. Bumgarner**
Department of Horticulture and Crop Science
The Ohio State University, Ohio Agricultural Research and Development Center

## Introduction

Many variables are used to assess fruit and vegetable quality. Some quality metrics such as size, shape, and color are relatively obvious and tend to influence "eye appeal." Others, such as flavor, texture, aroma, and nutrient content, however, are more subjective. They may also require sophisticated techniques and equipment to assess. In addition, these subjective metrics tend to influence more complicated aspects of product appeal, such as eating quality and nutritional value.

Quality-conscious buyers often pay specific attention to eating quality. A product's appearance may help sell it the first time but the enjoyment of eating it is usually required for repeat sales. An item's eating quality is based on its composition (physical, chemical makeup) and the consumer's unique sensory apparatus. In fact, eating quality is best assessed by trained panelists because the human olfactory system is superior to all other "technology" or systems in its ability to differentiate samples based on key sensory properties. Not surprisingly, companies rely heavily on panel testing, which is time-consuming and costly.

Of course, farmers and produce managers and handlers cannot run extensive panel tests to identify which product(s) may please most of their customers most of the time. Instead, with instruction and experience, farmers and others can rely on proven indicators of quality and field-friendly tools for measuring them.

The level of soluble solids in a fruit or vegetable influences how sweet it may taste. Just as yield is reported in pounds or tons per acre, soluble solids are usually reported in values of °Brix. °Brix values are important because they can be measured objectively and they relate to a subjective criterion that buyers and eaters use to assess vegetable quality—flavor or sweetness. When obtained and applied correctly, °Brix values can aid in variety selection, harvest scheduling, and other aspects of crop production including irrigation, fertility, and post-harvest management.

Farmers and others should make special note that °Brix can be measured easily and reliably in the field, shop, or shed using a relatively inexpensive piece of equipment able to fit in most pockets: a refractometer.

Four fact sheets have been prepared to guide farmers and produce buyers in using °Brix as an indicator of vegetable quality. This overview provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable



**Winemakers, vegetable processors, and many other members of the food industry use °Brix to describe sugar or soluble solids content.**

Copyright © 2012, The Ohio State University

WM00058173

production and marketing. Other fact sheets describe how °Brix can be measured and provide guidance in making the best use of the values obtained.

## Background and Origin

As pounds are used to express weight, °Brix is used to express the level of soluble solids in a solution. Sugars, pectins, organic acids, and amino acids are the most prevalent soluble solids in fruit and vegetable juices and all of them contribute to °Brix values. However, sugars are the most abundant soluble solid in many fruit and vegetable juices. Therefore, °Brix values primarily represent estimates of sugar content in fruits and vegetables. Sugar content, of course, influences sweetness, an important component of consumer ratings of product quality. Still, it is important to note that sweetness can be overwhelmed by other aspects of flavor. Therefore, a high °Brix value does not guarantee a sweet flavor.

The °Brix scale was developed in the mid-1800s by Adolf Brix. The scale is equal to the percent of dissolved solids in a solution. Therefore, a 100 g sample of a solution that measures 50° Brix has 50 g of sugar and other dissolved solids and 50 g of water. The °Brix scale first used a reference temperature of 15.5°C and now commonly uses a temperature of 20°C (68°F).

°Brix values of a solution are measured using a device called a refractometer. Refractometers measure the refractive index of a solution to calculate a soluble solid concentration. Functionally, the refractive index quantifies dissolved solids based on changes in the direction of a light beam that passes through a liquid containing invisible dissolved or suspended solids. In general, the greater the amount of these "solids" in the liquid, the more light is bent when passing through it. All things being equal, the extent of this refraction also hinges on the temperature of the solution. Therefore, some refractometers adjust the values they report to account for the solution temperature.

There are three major types of refractometers: analog handheld, digital handheld, and bench-top. Handheld refractometers are arguably the most convenient as they can be taken into the field for on-the-spot °Brix measurements. Handheld versions use either the sun or an enclosed bulb as their light source and have a gauge or digital display. Automatic digital refractometers used in laboratories and QA/QC facilities are more costly and not portable; however, they return data quickly, require little training, and can reduce operator error when taking readings. Many modern refractometers automatically adjust their displayed values according to the temperature of the sample. Older models may require the use of correction factors to obtain accurate results for samples taken at temperatures other than 20°C (68°F).

## Application

Soluble solids levels influence the commercial use and consumer reaction to many fresh fruits and vegetables and their value-added products. This makes clear why °Brix is used throughout the produce, food, and beverage industries. Field managers use °Brix values to assess harvest readiness of grapes, melons, and other crops. Grocery stores and restaurant produce managers use °Brix values as an indicator of potential crop quality. Buyers of crops used to make various products routinely measure °Brix of fresh or stored crops before they are used in the making of beer, wine, juice, sauce, refined sugar, and other products. In these situations, even small differences in °Brix values influence the bottom line. So, °Brix values are examined closely. For example, making tomato products such as sauces and pastes is energy intensive. Much of this energy is required to remove water from fresh tomato fruit. The higher the °Brix value, the less water in the fruit and the less energy needed to remove it. Likewise, the higher the °Brix value, the less sugar that may need to be added in the making of the value-added product.

Regardless of whether °Brix influences the appeal of their crop based on flavor, processing, or other aspects of quality, crop managers benefit from learning more about how to measure °Brix and interpret readings. Fortunately, °Brix measurements are relatively easy and inexpensive. So, they can be taken often. In fact, measuring °Brix values regularly is recommended.



Sample solution  Prism
Light enters
Small refraction (right circle)  Lens  Scale face  Field with strong solution  Field with weak solution
Large refraction (left circle)

**This figure illustrates how a refractometer measures the changes in light used to determine soluble solids content and °Brix in a sample.**

Copyright © 2012, The Ohio State University

WM00058174

Case 4:18-cv-00500-JM    Document 772-2    Filed 05/05/25    Page 252 of 276



Soluble solids are used to determine optimum harvest time for wine grapes and as an assessment at other points during winemaking.

Why? Partly because single values can be misleading and partly because having more values available helps crop managers to identify connections between °Brix values and conditions their crops experience.

Many factors can influence °Brix values consistently and significantly. These factors include variety, maturity or growth stage, and water and fertility management. With practice and careful attention, it is possible to manipulate these and possibly other aspects of crop management to achieve target °Brix levels.

Measuring °Brix can help vegetable growers to monitor and manage crop quality. Even so, the right amount of importance should be placed on °Brix values. Just as we would not use only our pulse to determine our health, °Brix values alone cannot describe the overall health of the crop, soil, or farm. Being familiar with the benefits and limitations of measuring °Brix is important.



°Brix levels are an important quality index of tomatoes harvested for processing *(Image courtesy of Gene Miyao, University of California Cooperative Extension).*

## Benefits of °Brix Measurement on the Farm, During Storage, or at Market

Using a digital or analog refractometer to measure °Brix can benefit produce growers, managers, and handlers in three main ways. First, °Brix is a straightforward, objective, and relatively inexpensive measurement. Refractometers are inexpensive compared to other key farm tools. °Brix can be measured simply and reliably in the field or work area. Second, °Brix values can allow growers and others to compare varieties and production practices across farms, harvest dates, years, and seasons. Third, °Brix values are an estimate of the sugar content of a sample. Sugar content is known to influence the consumer acceptability of many fruit and vegetable products.

## Limitations of °Brix Measurement on the Farm, During Storage, or at Market

Measuring °Brix can be very useful. However, growers and others should recall three key limitations of the practice. First, °Brix measurements are only as strong as the sampling procedure and instrument that produced them. Poor or inconsistent sample selection or measurement will lead to poor results. Also, keeping refractometers in good working order is important for accurate °Brix readings.

Second, many genetic and management factors interact to influence crop °Brix levels. Similar varieties and management (e.g., fertility, irrigation) will not always result in similar °Brix values. For example, °Brix values of crops "on the vine" or in the field change throughout the day; so, measuring °Brix at the same time each time is important in order to compare varieties, fields, crops, etc. Research has shown that management can impact °Brix in predictable ways. However, °Brix values will vary with year, season, environment, and other factors. °Brix readings are most useful when they are taken often in order to identify trends.

Third, sugar content is only one factor that contributes to the overall quality of a crop. °Brix can be an accurate, repeatable, and easily obtained measure of soluble solids in crops. However, the relationship of °Brix to human taste perception is more direct in some crops than in others. Sugars, many other compounds, and eater preferences determine how sweet a sample may taste and its appeal. Therefore, crops with the highest °Brix reading will not necessarily taste sweetest or best. Also, °Brix values are not a direct measure of the nutritional value of a crop as dieticians, nutritionists, and other professionals assess it. Complex analytical procedures are required to measure the nutritive value of food, which is based on many components (USDA). °Brix levels can correlate with some

Copyright © 2012, The Ohio State University

WM00058175

accepted components of nutritive value. However, there is currently no solid scientific evidence that °Brix values alone can be used to describe a food's nutritional value.

## Using °Brix as an Indicator of Vegetable Quality—A Recap

°Brix values are a measure of the soluble solids content of a solution. Sugars are the most abundant soluble solid in fruit and vegetable juices. Soluble solid (sugar) levels (°Brix readings) can be measured reliably on the farm, during storage, or at market using refractometers, which are inexpensive and small. Care must be taken, however, in selecting samples, completing readings, and making use of °Brix values. These values are affected by genetic and management factors. Also, they correlate much more strongly with how sweet a product may taste than how nutritious it may be.

This overview provides important background information on °Brix, outlines its application in horticultural crop production, and describes the benefits and limitations of measuring °Brix during vegetable production and marketing. Other fact sheets describe how °Brix can be measured and provide guidance in making the best use of the values obtained.

Making the best use of °Brix measurements requires time, patience, and practice. A solid record of °Brix values obtained on multiple crops (varieties, years, growing conditions) is needed to use °Brix values in decision-making.

## References

Ball, D. W. 2006. Concentration scales for sugar solutions. *J. Chem. Ed.* 83:1489–1491.

Boulton, R. B., V. L. Singleton, L. F. Bisson, and R. E. Kunkee. 1996. *Principles and practices of winemaking.* Chapman and Hall, NY.

Kader, A. A. 2002. Quality and safety factors: Definition and evaluation for fresh horticultural crops. p. 279–286. In: A.A. Kader (ed). *Postharvest technology of horticultural crops*, 3rd Ed. Univ. Cal. Agr. Nat. Res. Pub. 3311.

Mitcham, B., M. Cantwell, and A. Kader. 1996. Methods for determining quality of fresh commodities. *Perishables Handling Newsletter* 85:1–5.

*Refractometer Scales—Misconceptions.* Bellingham + Stanley. Tech Bull no. R016.

United States Department of Agriculture. *Nutrient Database for Standard Reference.* http://ndb.nal.usda.gov/.

---

**Fact sheets in this series:**

Using °Brix as an Indicator of Vegetable Quality: An Overview of the Practice, HYG-1650-12

Using °Brix as an Indicator of Vegetable Quality: Linking Measured Values to Crop Management, HYG-1651-12

Using °Brix as an Indicator of Vegetable Quality: A Summary of the Measurement Method, HYG-1652-12

Using °Brix as an Indicator of Vegetable Quality: Instructions for Measuring °Brix in Cucumber, Leafy Greens, Sweet Corn, Tomato, and Watermelon, HYG-1653-12

---

*The technical contributions of Stephanie Short and Danae Wolfe to the development of this fact sheet are appreciated.*

## EMPOWERMENT THROUGH EDUCATION
### Visit Ohio State University Extension's web site "Ohioline" at: http://ohioline.osu.edu

Ohio State University Extension embraces human diversity and is committed to ensuring that all research and related educational programs are available to clientele on a nondiscriminatory basis without regard to age, ancestry, color, disability, gender identity or expression, genetic information, HIV/AIDS status, military status, national origin, race, religion, sex, sexual orientation, or veteran status. This statement is in accordance with United States Civil Rights Laws and the USDA.

Keith L. Smith, Associate Vice President for Agricultural Administration; Associate Dean, College of Food, Agricultural, and Environmental Sciences; Director, Ohio State University Extension; and Gist Chair in Extension Education and Leadership.

For Deaf and Hard of Hearing, please contact Ohio State University Extension using your preferred communication (e-mail, relay services, or video relay services). Phone 1-800-750-0750 between 8 a.m. and 5 p.m. EST Monday through Friday. Inform the operator to dial 614-292-6181.

Copyright © 2012, The Ohio State University

WM00058176

**From:**       Mingming Li
**To:**         Nikhil Cherian
**Sent:**       11/9/2017 7:59:48 PM
**Subject:**    Re: Fresh algo

We should hear what TCS is doing. Pls connect. Well, I will have to answer that question next week :)

On Nov 9, 2017, at 7:04 PM, Nikhil Cherian <Nikhil.v.Cherian@walmart.com> wrote:

We told Zest today that they are not going ahead with us anymore and they kept saying what a big mistake it is that we are considering building this internally. That raised this question. Next week is fine.

Also, We have the supply chain guys at TCS saying they have an algorithm and working with Woolies in Australia . Probably worth you and me hearing them out?

Btw, is Aihong your manager?

Regards,

**Nikhil Cherian**
Director, Walmart U. S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

On Nov 9, 2017, at 6:33 PM, Mingming Li <Mingming.Li@wal-mart.com> wrote:

Hi Nikhil,

Just a person note —
Is it going to be too late if we get back to you with a confidence vote by end of next week?

Thanks!
Mingming .

On Nov 9, 2017, at 3:48 PM, Mingming Li <Mingming.Li@wal-mart.com> wrote:

Wow, this is definitely very nice materials. Thanks for sharing!

Best Regards,

Mingming Li

**From:** Aihong Wen
**Sent:** Thursday, November 09, 2017 3:07 PM
**To:** Nikhil Cherian
**Cc:** Mingming Li
**Subject:** RE: Fresh algo

Thanks for sharing!! We will get back to you soon after we discuss.



PLAINTIFF'S
EXHIBIT
**0140**

PLAINTIFF'S
EXHIBIT
NO. 140

Thanks,

Aihong

## Aihong Wen

**Sr.Director, Retail Data Science**
**Global Data & Analytics Platforms**
Phone 479.258.6533
Mobile 713.244.4761
**Walmart** ☀

DGTC West 1st Floor Pole C05

Bentonville, AR 72716-0130
**Save money.  Live better.**


**From:** Nikhil Cherian
**Sent:** Thursday, November 9, 2017 2:41 PM
**To:** Mingming Li <Mingming.Li@wal-mart.com>; Aihong Wen <Aihong.Wen@walmart.com>
**Subject:** Fresh algo

Mingming/Aihong,

Based on everything you have seen since being introduced to the Cold Chain work, how confident are you that Walmart can build its own shelf life algorithm? Attached is some information from Zest where they paint a complex picture – for example, pre harvest and harvest variables that they collect using their field scouting app. Do we have all the information needed apart from time and temperature conditions through the supply chain? I know it's still early days but if I am saying to my leadership that this can be done in-house I need some confidence from your group. Thanks!

Regards,

**Nikhil Cherian, Director** U.S. Flow
Phone: 479.277.6602 Mobile: 479.899.2174

# EXHIBIT F

| From: | Anand Banik |
|---|---|
| To: | Aubree Rankin; Joshua Bohling; John Luna |
| Sent: | 10/25/2017 4:08:38 PM |
| Subject: | Re: Retention Sample App |
| Attachments: | Zest Freshness Baseline App Rev. 0.31 7-12-2017.pdf |

Thanks, Aubree for your time.

As discussed, please find below the data-points we used in out POC.

```
`destination` varchar(245) DEFAULT NULL,
  `supplier` varchar(45) DEFAULT NULL,
  `product_name` varchar(45) DEFAULT NULL,
  `sample_id` varchar(45) DEFAULT NULL,
  `tag_id` varchar(45) DEFAULT NULL,
  `event` varchar(45) DEFAULT NULL,
  `event_ts_utc` datetime DEFAULT NULL,
  `qc_user` varchar(45) DEFAULT NULL,
`eval_gaps` varchar(45) DEFAULT NULL,
`eol_reason` varchar(845) DEFAULT NULL,
  `comments` varchar(2245) DEFAULT NULL,
  `image` longblob,
```

Also, PFA the document which details the retention sampling process for the POC. This can be a good starting point for the app design.

Please let me know in-case you need any further details.

**Thanks & Regards,**
**Anand Banik**
**Technical Architect – WalmartLabs**
**Phone: 479-227-6421**
**Email: anand.banik@walmartlabs.com**
**@Walmart**Labs

---

**From:** Aubree Rankin <Aubree.Rankin@walmart.com>
**Date:** Wednesday, October 25, 2017 at 9:55 AM
**To:** Anand Banik <Anand.Banik@walmart.com>, Joshua Bohling <Joshua.Bohling@walmart.com>, John Luna <John.Luna@walmart.com>
**Subject:** Re: Retention Sample App

Good morning,

Yes, 3:30 should work for me!

**Aubree Rankin**
Programmer | Eden
Walmart Labs
805 Moberly Ln
Bentonville, AR 72712
aubree.rankin@walmart.com



PLAINTIFF'S
EXHIBIT

0273

EXHIBIT
273

**From:** Anand Banik <Anand.Banik@walmart.com>
**Date:** Wednesday, October 25, 2017 at 9:52 AM
**To:** Joshua Bohling <Joshua.Bohling@walmart.com>, John Luna <John.Luna@walmart.com>, Aubree Rankin <Aubree.Rankin@walmart.com>
**Subject:** Re: Retention Sample App

Thanks, Joshua!

Hi Aubree,

Nice to meet you and welcome to the project!

Would it be possible to have a brief discussion today @ 3:30PM?

**Thanks & Regards,**
**Anand Banik**
**Technical Architect – WalmartLabs**
**Phone: 479-227-6421**
**Email: anand.banik@walmartlabs.com**
**@Walmart**Labs

---

**From:** Joshua Bohling <Joshua.Bohling@walmart.com>
**Date:** Wednesday, October 25, 2017 at 9:48 AM
**To:** Anand Banik <Anand.Banik@walmart.com>, John Luna <John.Luna@walmart.com>, Aubree Rankin <Aubree.Rankin@walmart.com>
**Subject:** Re: Retention Sample App

+Aubree

**Joshua Bohling Senior Designer**
User Experience | Eden
Mobile: 801.850.1067
joshua.bohling@walmart.com

---

**From:** Anand Banik
**Sent:** Wednesday, October 25, 2017 9:28:24 AM
**To:** Joshua Bohling; John Luna
**Subject:** Re: Retention Sample App

Thanks, Joshua for your insight yesterday.

As discussed, could you please add the UI dev person on this thread.

Thanks!

**Thanks & Regards,**
**Anand Banik**
**Technical Architect – WalmartLabs**
**Phone: 479-227-6421**
**Email: anand.banik@walmartlabs.com**

**From:** Anand.Banik@walmart.com
**When:** 10:30 AM - 11:00 AM October 24, 2017
**Subject:** Retention Sample App
**Location:** Webex


Blocking time to come-up with initial design for retention sampling app.
Regards,
Anand
-- Do not delete or change any of the following text. --




· Meeting Number: 748 009 202
· Meeting Password: QMQcS247

**To avoid Toll/Toll-free and Call-back audio bridge charges, please join this meeting using these two options:**
· "Call Using Computer" option with your headset
· Video Conferencing devices in the meeting rooms

<u>Click to Join Meeting</u>

1. Click above to join the meeting.
2. You can also join by accessing http://walmart.webex.com or using the Webex mobile app in the Google Play or Apple Store

    o Meeting Number: 748 009 202
    o Meeting Password: QMQcS247
Join from a video conferencing system or application
Dial 748009202@walmart.webex.com
Internal Walmart video conference rooms: Simply dial the 9-digit meeting number


Join by phone
**+1-855-797-9485** US Toll free
**+1-415-655-0002** US Toll
Access code: 748 009 202
Global call-in numbers | Toll-free calling restrictions


To Mute/Unmute press *6

<u>Additional Global Call-in Numbers for Walmart Associates</u>

WM00075961

Walmart Associates: <u>Visit the help site for training videos, FAQs, and support discussions</u>

-------------------------------------------------------------

If you need assistance during the meeting, please call:
United States: 3-8866 (1-479-273-8866)
<u>Global Tech Support Numbers</u>

-------------------------------------------------------------

IMPORTANT NOTICE: Please note that this WebEx service allows audio and other information sent during the session to be recorded, which may be discoverable in a legal matter. By joining this session, you automatically consent to such recordings. If you do not consent to being recorded, discuss your concerns with the host or do not join the session..

WM00075962



# Zero Waste Pilot

## *Freshness Baselining Process Training Manual*

*Revision 0.31.0*



WM00075963

# 1. Zero Waste Pilot Overview

The goal of the Zero Waste Pilot is to demonstrate an improvement in shelf life consistency for a produce product from a selected supplier through the use of the Zest Fresh Solution. An improvement in shelf life consistency translates into reduced waste at the distribution center and store as well as an increase in refrigerator shelf life for the consumer. To measure the improved shelf life consistency of the product, a baseline of received product shelf life will be established (*Baseline Phase*) and compared to the product shelf life when using the Zest Fresh Solution (*Pilot Phase*).

A baseline of the product shelf life will be established using samples of product received at selected grocery DCs for a 4 week Baseline period without the knowledge of the product supplier. Samples will be taken of each received load of product from the selected supplier and held at the DC location (at the product's normal storage temperature) where the samples will undergo daily QC evaluations. Each QC evaluation of the samples will measure visual and other quality parameters that are specific to the product type and will be used to determine a product's end-of-life. The product end-of-life criteria will be pre-determined and based on Walmart defined saleable guidelines.

After completion of the 4 week Baseline period, the selected supplier and Walmart grocery DC will begin using the Zest Fresh Solution to manage product inbound to the Walmart DC. The Pilot phase will extend for a 2 month period. During the Pilot phase, the Zest Fresh managed pilot product will continue to be sampled and evaluated at the grocery DC and will be benchmarked against the baseline data.

During both the Baseline and Pilot phases, the average sample shelf life and the standard deviation will be tracked. Use of the Zest Fresh Solution during the Pilot period will show an improvement in shelf life consistency compared to the Baseline period, along with a decrease in the standard deviation, demonstrating more consistent, longer shelf life product. The Zest Fresh Solution uses this data, along with other data collected through a Product Profiling process, to refine and improve the algorithms used in the Zest Fresh Solution during the pilot period resulting in the shelf life consistency improving throughout the pilot.

*Baseline and Pilot Phases*

| Baseline | Pilot |
|---|---|
| Approx. 4 weeks | 3 to 4 months |
| Measure consistency of product shelf life without supplier knowledge. No changes to supplier or Walmart process. Zest Fresh is not enabled, pallets are not tagged or monitored. | Measure consistency of product shelf life with Zest Fresh enabled, pallets are tagged and monitored from harvest through to DC receiving. Supplier ships product to pilot DCs based on ZIPR Code compliance. |

---

WM00075964

## 2. Freshness Baseline Process

The Freshness Baseline process consists of two steps; Sample Collection and Sample QC Evaluation which are described below.

### 2.1    Baseline Sample Collection

Sample collection should occur at DC receiving once product is unloaded from the trailer.

Once the PoC product has been unloaded/received, the samples can be collected in 2 steps:



**Remove one saleable unit from each pallet, or a predefined number of pallets.**

*For example, for strawberries, remove one clam shell from one flat on each pallet.*



**Attach pre-printed Sample ID barcode label to sample, place sample in pre-tagged[1] bin**

**Example PTI and Sample Labels**



ECLIPSE STW 1lb PTI

00110852239000203351070

Example Eclipse Strawberry PTI label



Precooled Sample

0000 - 0002

Example Sample ID label

❖ Pre-printed barcode labels will be provided to each grocery DC to apply to each sample to identify the sample.

Samples should be stored in a designated holding area in the DC[2].

---

WM00075965

## 3. PoC Retention Sample Process

The Freshness Retention Sample process consists of two steps; Sample Collection, and Sample QC Evaluation which are described below.

### 3.1    Retention Sample Collection

Sample collection should occur at DC receiving once product is unloaded from the trailer.

Once the PoC product has been unloaded/received, the samples can be collected in 3 steps:

 **Remove one saleable unit from each pallet, or a predefined number of pallets.**
*For example, for strawberries, remove one clam shell from one flat on each pallet.*

 **Remove the ZIPR Tag associated with the pallet the sample came from.**

 **Attach pre-printed Sample ID barcode label to sample, attach ZIPR Tag to sample using tape, place sample in pre-tagged[1] bin**

❖ Pre-printed barcode labels will be provided to each grocery DC to apply to each sample to identify the sample.

Samples should be stored in a designated holding area in the DC[2].

**Example PTI and Sample Labels**



Example Eclipse Strawberry PTI label



Example Sample ID label

[1] Pre-tagged bins (ZIPR Tag with barcode) will be provided at each grocery DC to hold samples from each load for easy storage.

[2] Care should be taken to store product samples in a location at the receiving DC that meets the product's normal storage temperature and is free from other product types that may affect the sample shelf life (i.e. ethylene producing products).

---

WM00075966

### 3.2    Add New Samples to the ZIPR for Retail App

To minimize the time to collect and analyze data for the Baseline and Pilot periods, Zest Labs will provide the Zest Fresh ZIPR for Retail mobile application to aid in the data collection process. The data for each sample will be collected and stored in Zest for analysis. The steps to add each collected sample to the ZIPR for Retail app are shown below*.



**Getting to know the mobile device**

A.  Turn on/off the mobile device by holding down the on/off button for several seconds and then releasing the button. Put the device to sleep or awaken the device by pressing the on/off button quickly.

B.  Point device at barcode and press side button to activate barcode scanner.



User Login Screen

**1: Login.**

After turning on the mobile device the ZIPR for Retail app will start automatically and display the user login screen. Each user is provided a unique username and password and is required to login to the ZIPR for Retail Application. Once logged in, the user information is saved along with all sample data collected.

---

WM00075967



**Freshness Baseline Home Screen**

**2:  Select "+" to add new samples.**
*The Freshness Baseline home screen shows all existing samples and their status.  New samples can be added by selecting the green "+" button in the bottom right of the screen or by simply scanning a new sample barcode label.  Existing samples can be evaluated by selecting the Start Evaluation button at the bottom of the screen or by simply scanning an existing sample's barcode label.*



**Add Samples: Scan Bin Dialog**

**3:  Scan Bin ZIPR Tag and PO Number**
*When prompted, scan the bin ZIPR Tag barcode to capture the bin ID, next scan the PO number if available to associate the samples to the PO.  When done scanning, the Continue button will become enabled, select Continue to start adding samples.*



**Add Samples Screen**

**4:  Scan Sample ID Barcode Label**
*On the Add Samples screen, scan the Sample ID Barcode Label or select the Add Sample button at the bottom of the screen, next you will be prompted to scan the sample's associated ZIPR Tag or PTI label.*

WM00075968



Scan Sample Dialog

### 5: ZIPR Tag ID

*If you scanned the sample's barcode label the sample ID will be filled in on the Scan Sample dialog box, next scan sample's associated ZIPR Tag. Once the ZIPR Tag ID is scanned the sample is added and you will return to the Add Samples screen.*

*(If the ZIPR Tag is not present, scan the PTI Barcode – note: the PTI barcode will be provided as a scan card to facilitate scanning away from the pallet)*



Add Samples screen

### 6: Confirm all samples are added

*Repeat steps 4 and 5 until all samples have been added. The Add samples screen will show all samples as each is added, when complete, select the green "✓" button in the bottom right corner.*



### 7: Place ZIPR Tags in Tag Retrieval Bin

*Once all samples are added, remove ZIPR Tags from samples and deposit in the Tag Retrieval Bin.*

WM00075969

### *3.3    Sample QC Evaluation*

Once daily, use ZIPR for Retail app to evaluate samples in DC holding area.  Samples received within the last "x" days do not need to be sampled, where "x" is product dependent and will be determined based on expected shelf life. Use the following three steps to evaluate the samples.

 **Working with one bin of samples at a time, scan the bin tag barcode.**

*The ZIPR QC app will indicate if the bin contains samples that need to be evaluated, if so move to next step, otherwise, return bin to rack and scan next bin tag.*

 **Evaluate and enter QC attributes for sample**

*See below for an example using the ZIRP for Retail app to evaluate samples*

 **For samples evaluated as non-saleable, when prompted by app, "End of Life" select "Yes".**

*Do NOT dispose of sample unless instructed to do so by ZIPR for Retail app. Continue to evaluate all samples in each bin until completed.*

Note: when evaluating samples, the bins should be taken individually or as a group over to the designated pilot dock door locations so the Zest Fresh readers can read the temperature data from the bin tags.

WM00075970

### 3.4   Using the ZIPR for Retail app to evaluate samples

Once all of the new samples have been added using the ZIPR for Retail app, use the following steps to evaluate the samples.



**Freshness Baseline Home Screen**

### 1:  Scan sample barcode to begin evaluation

*The Freshness Baseline home screen shows all existing samples and their status.  Existing samples can be evaluated by selecting the Start Evaluation button at the bottom of the screen or by simply scanning an existing sample's barcode label.*



**Example QC Evaluation Screen**

### 2:  Evaluate each QC parameter for the sample

*Scan sample barcode to show QC evaluation screen.  The QC parameters that require evaluation are shown on the horizontal title bar and can be stepped through via the Next/Previous buttons at the bottom of the screen.  The QC parameter shown is just an example, the parameters will be customized based on the selected product.*

---

WM00075971



**End of Life Screen**

### 3: Take a Picture

*Tapping the camera button at any point during an evaluation will open the camera and allow you to take one or multiple pictures. At least one picture must be taken each time the sample is evaluated in order for that evaluation to be saved.*



**End of Life Screen**

### 4: "End of Life"

*The last parameter listed is the "End of Life" parameter which is used to mark the sample's end of life (EOL). Leave this set to "No" until the sample is determined to be EOL based on the defined criteria for the selected product. When the sample is determined to be EOL set to "Yes" and leave the default EOL reason set to "End of Shelf Life". If a sample is damaged during evaluation or the sample needs to be set to EOL for another reason, set "End of Life" to "Yes" and select the appropriate reason.*



**Review & Notes Screen**

### 5: Review QC parameters & enter notes

*The last screen before saving the data provides a chance to review the QC parameters and enter notes. Select the Save button in the bottom right to Save the data and return to the Freshness Baseline home screen.*

WM00075972



Freshness Baseline Home Screen

### 6: Track progress of QC evaluation

*Repeat steps 1 through 5 until all samples have been evaluated. The Freshness Baseline home screen will show the evaluation progress as the number of evaluations completed out of the total number of evaluations. All samples are listed, sorted by the Next Evaluation column.*

## 3.5    Editing QC Evaluations

There may be occasions where the QC evaluation entered for that day needs to be edited (add a picture, etc.). This is a straight forward process, see below. Note: QC evaluations done on prior days cannot be edited.



Edit confirmation dialog box

### Editing a QC evaluation

*From the Freshness Baseline home screen, scan the sample label for the sample to be edited. You will be prompted that the sample has already been evaluated and to confirm you wish to edit the evaluation. Select the Edit button to open the sample QC evaluation screen or Cancel to return to the Freshness Baseline home screen.*

WM00075973

### 3.6   Changing Your Password

When first setting up a Zest account, or for other reasons, you may need to change your Zest password.  To do so, follow these steps using the ZIPR for Retail app.



Freshness Baseline Home Screen

### 1:  Open Side Menu

*Open the side menu by selecting the three vertical dot icon in the upper right corner of the Freshness Baseline home screen.*



Side Menu

### 2:  Select Change Password from Side Menu

*From the Side Menu, select Change Password.*



Change Password Screen

### 3:  Change Password

*Enter your current password and your new password.  The new password must be at least 8 characters long, contain at least one number, one lower case letter, one uppercase letter and a special character.  Your new password cannot be a previously used password.  After entering your current and new password, select the Change Password button.*

WM00075974

| From: | Stephen Steel |
|---|---|
| To: | Joshua Bohling; Aubrée Rankin |
| Sent: | 10/19/2017 2:20:45 PM |
| Subject: | Cold Chain: Zest Retention Sampling Data |
| Attachments: | 10-05-2017_Eval_Report.xlsx |

PFA Retention sampling data.

Best Regards
Steve

PLAINTIFF'S
EXHIBIT

0371

EXHIBIT

371

WM00128854

10-05-2017_Eval_Report.xlsx

WM00128855

| | |
|---|---|
| **From:** | Anand Banik |
| **To:** | Aubree Rankin; Joshua Bohling; John Luna |
| **Sent:** | 10/25/2017 4:08:38 PM |
| **Subject:** | Re: Retention Sample App |
| **Attachments:** | Zest Freshness Baseline App Rev. 0.31 7-12-2017.pdf |

Thanks, Aubree for your time.

As discussed, please find below the data-points we used in out POC.

```
`destination` varchar(245) DEFAULT NULL,
`supplier` varchar(45) DEFAULT NULL,
`product_name` varchar(45) DEFAULT NULL,
`sample_id` varchar(45) DEFAULT NULL,
`tag_id` varchar(45) DEFAULT NULL,
`event` varchar(45) DEFAULT NULL,
`event_ts_utc` datetime DEFAULT NULL,
`qc_user` varchar(45) DEFAULT NULL,
`eval_gaps` varchar(45) DEFAULT NULL,
`eol_reason` varchar(845) DEFAULT NULL,
`comments` varchar(2245) DEFAULT NULL,
`image` longblob,
```

Also, PFA the document which details the retention sampling process for the POC. This can be a good starting point for the app design.

Please let me know in-case you need any further details.


Thanks & Regards,
**Anand Banik**
**Technical Architect – WalmartLabs**
**Phone: 479-227-6421**
**Email: anand.banik@walmartlabs.com**
**@Walmart**Labs


---

**From:** Aubree Rankin <Aubree.Rankin@walmart.com>
**Date:** Wednesday, October 25, 2017 at 9:55 AM
**To:** Anand Banik <Anand.Banik@walmart.com>, Joshua Bohling <Joshua.Bohling@walmart.com>, John Luna <John.Luna@walmart.com>
**Subject:** Re: Retention Sample App

Good morning,

Yes, 3:30 should work for me!

**Aubree Rankin**
Programmer | Eden
Walmart Labs
805 Moberly Ln
Bentonville, AR 72712
aubree.rankin@walmart.com


EXHIBIT
273

| | |
|---|---|
| **From:** | Stephen Steel |
| **To:** | Anand Banik; Aubree Rankin; Joshua Bohling |
| **Sent:** | 11/29/2017 1:47:38 PM |
| **Subject:** | Romaine Lettuce: Evaluation Document Example |
| **Attachments:** | Lettuce Quality Evaluation Reference, Baseline, 03-01-2017.pdf |

Team,

Further to our conversation yesterday, PFA a document relating to Romaine Lettuce evaluation.

For today's meeting, I have reserved the room 'Medal Of Freedom' it's the usual meeting room that we use.

Best Regards
Steve

**PLAINTIFF'S EXHIBIT**

**0372**

**EXHIBIT**

372

WM00010279