# EXHIBIT C

## VERDICT FORM

**Please reach a unanimous verdict for each of the following questions.**

**INTERROGATORY NO. 1-A**: Do you find, by the greater weight of the evidence, that

Walmart misappropriated ~~Zest Labs~~Plaintiffs' trade secret?

_____
(Yes or No)

_____        _____
(Date)                                                    (Signature of Foreperson)

**If your answer is "Yes," proceed to and answer Interrogatory 1-B.**
**If your answer is "No," your deliberations are complete.**

**INTERROGATORY NO. 1-B**: What amount do you find, by the greater weight of the

evidence, reasonably and fairly compensates ~~Zest Labs~~Plaintiffs for damages which were

proximately caused by Walmart's misappropriation?

$ _____

_____        _____
(Date)                                                    (Signature of Foreperson)

**Proceed to and answer Interrogatory No. 1-C after answering this Interrogatory.**

**INTERROGATORY NO. 1-C**: Do you find, ~~by the greater weight of the evidence,~~ that

Walmart's misappropriation of ~~Zest Labs~~Plaintiffs' trade secret was willful and malicious?

_____
(Yes or No)

_____                    _____
(Date)                                                         (Signature of Foreperson)

**If you answer "Yes" to 1-C, proceed to and answer 1-D.**
**If you answer "No" to 1-C, your deliberations are complete.**


**INTERROGATORY 1-D**: What amount do you award to ~~Zest Labs~~Plaintiffs for

exemplary damages?

$ _____

_____                    _____
(Date)                                                         (Signature of Foreperson)


**Your deliberations are complete.  Please notify the Court Security Officer.**