**JURY INSTRUCTION NO. __**

WHEN I USE THE WORDS "TRADE SECRET" IN THESE INSTRUCTIONS, I MEAN INFORMATION THAT MEETS THE FOLLOWING THREE REQUIREMENTS:

FIRST, THE INFORMATION DERIVES ACTUAL OR POTENTIAL INDEPENDENT ECONOMIC VALUE FROM NOT BEING GENERALLY KNOWN TO OTHER PERSONS WHO COULD OBTAIN ECONOMIC VALUE FROM ITS DISCLOSURE OR USE;

SECOND, THE INFORMATION WAS NOT READILY ASCERTAINABLE, THROUGH PROPER MEANS BY SUCH PERSONS; AND

THIRD, THE INFORMATION WAS THE SUBJECT OF REASONABLE EFFORTS TO MAINTAIN ITS SECRECY.

Source: AMI Civ. 2602

**EXHIBIT 4**