## **VERDICT FORM**

**Please reach a unanimous verdict for each of the following questions.**

**INTERROGATORY NO. 1:** DO YOU FIND, BY THE GREATER WEIGHT OF THE EVIDENCE, THAT THE ZEST FRESH SOLUTION IS A TRADE SECRET?

_____
YES OR NO

_____                    _____
DATE                                                                    SIGNATURE OF FOREPERSON

**If you answered "No" to Interrogatory No. 1, your deliberations are complete, and you should notify the Court Security Officer. If you answered "Yes" to Interrogatory No. 1, proceed to Interrogatory No. 2.**

**INTERROGATORY NO. 2:** DO YOU FIND, BY THE GREATER WEIGHT OF THE EVIDENCE, THAT WALMART MISAPPROPRIATED THE ZEST FRESH SOLUTION BY DISCLOSING IT TO THE PUBLIC IN THE BOHLING PATENT APPLICATION?

_____
YES OR NO

_____                    _____
DATE                                                                    SIGNATURE OF FOREPERSON

**If you answered "No" to Interrogatory No. 2, your deliberations are complete, and you should notify the Court Security Officer. If you answered "Yes" to Interrogatory No. 2, proceed to Interrogatory No. 3.**

**EXHIBIT 6**

**INTERROGATORY NO. 3:** DO YOU FIND, BY THE GREATER WEIGHT OF THE EVIDENCE, THAT ZEST LABS SUSTAINED DAMAGES?

_____
YES OR NO

_____        _____
DATE                                                    SIGNATURE OF FOREPERSON

**If you answered "No" to Interrogatory No. 3, your deliberations are complete, and you should notify the Court Security Officer. If you answered "Yes" to Interrogatory No. 3, proceed to Interrogatory No. 4.**

**INTERROGATORY NO. 4:** DO YOU FIND, BY THE GREATER WEIGHT OF THE EVIDENCE, THAT THE MISAPPROPRIATION OF THE ZEST FRESH SOLUTION WAS A PROXIMATE CAUSE OF ZEST LABS' DAMAGES?

_____
YES OR NO

_____        _____
DATE                                                    SIGNATURE OF FOREPERSON

**If you answered "No" to Interrogatory No. 4, your deliberations are complete, and you should notify the Court Security Officer. If you answered "Yes" to Interrogatory No. 4, proceed to Interrogatory No. 5.**

**INTERROGATORY NO. 5:** STATE THE DAMAGE TO ZEST LABS FOR MISAPPROPRIATION OF THE ZEST FRESH SOLUTION.

_____

_____                    _____
DATE                                                                   SIGNATURE OF FOREPERSON

**Your deliberations are complete, and you should notify the Court Security Officer.**