# EXHIBIT A

| | |
|---|---|
| **From:** | Nikhil Cherian |
| **To:** | Mingming Li |
| **Sent:** | 9/19/2017 3:47:56 PM |
| **Subject:** | RE: Lunch Block |
| **Attachments:** | Analytics ideation- Fresh Flow v2.pdf; Fresh Flow Charters Aug 2017.pptx; Fresh Flow IT - Executive Report July 10_V1.pptx |

Yes. There are three main pillars on the business strategy (details in attachment) and then there is the tech E2E systems strategy.

1. Expand Speed Pilot
2. Setup cold chain and expand
3. Optimize fresh network
4. Start E2E technology  work – two attachments

Regards,

**Nikhil Cherian, Director** U.S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

---

**From:** Mingming Li
**Sent:** Tuesday, September 19, 2017 1:06 PM
**To:** Nikhil Cherian
**Subject:** RE: Lunch Block

Hi Nikhil,

In this lunch meeting, can we also discuss on next year FY19 fresh strategy?

We are working on AOP now and you are the best person to discuss on FY19 fresh flow.

Thanks!

Best Regards,

Mingming Li

-----Original Appointment-----
**From:** Mingming Li
**Sent:** Friday, September 08, 2017 3:09 PM
**To:** Mingming Li; Nikhil Cherian
**Subject:** Lunch Block
**When:** Wednesday, September 20, 2017 11:30 AM-12:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** TBD



PLAINTIFF'S EXHIBIT 0133

PLAINTIFF'S EXHIBIT NO. 133

WM00122827



U.S. Fresh Flow Legacy - Intro

June 2017

WM00122828



## VISION: Be the store with the freshest product

| Sourcing + Buying | Supplier Processing | Inbound | Transit to DC | DC Processing + Storage | Outbound Transit to Store | Store Operations |

     

## MISSION: Develop an efficient, field-to-fork, fresh supply chain to deliver the freshest food possible to our customers

## Guiding Principles

| Foster a culture of freshness | Design for freshness, then optimize costs | Optimize field- to-store network around freshness | Track & measure freshness throughout the supply chain |



Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

2

WM00122829

# How can we develop an efficient, field-to-fork, fresh supply chain that delivers the freshest food possible to our customers?

## Existing network causes waste

- Perishable items don't move through the supply chain fast enough.

- Flow built around EDLC not freshness

- Waste is currently planned as an unavoidable problem and is built into forecasts and buying

## Missing cold chain flow technology

- Sparse visibility to our cold chain (temperature, humidity etc.) across growers, distribution facilities, transit, stores...

- Does not enable us to make decisions on how to prioritize remaining life causing big implications on waste and compliance

## Ineffective end-to-end process/technology

- Systems are built to deliver GM, not fresh products i.e., on-demand flow, shelf life prioritization, incorporate Fresh vs. Cost Decision-Making etc.

- DC floor plans do not support continuous picking, cross-docking, and simultaneous loading and unloading of product

## E2E efficient Fresh Supply Chain

- Enable a paradigm cross-functional shift from field/import to store that removes waste, increases speed to deliver freshness
- Design waste out of our network through lean processes that address flow opportunities
- Build enterprise system that enables fast and flexible E2E movement seamlessly from farm to fork
- Create a world class cold chain and freshness data ecosystem with continuous real time data that drives fresh centric decision making
- Optimize 3PL capabilities and fully leverage FSCs

WM00122830

# Fresh Flow Supply Chain Initiatives

Change how we work & what we measure

## Fresh Network
### *Move it Fast*



## Cold Chain
### *Take Care of the Food*



## Waste
### (Yield)
### *Touch it Once*



- Speed Network
  *What Dies Fast, Moves Fast*
- Import Network
- Grocery Distribution Centers (GDCs)
- Consolidation Points

- Compliance and Management
- Movement/Flow
- Quality

- Design Waste Out
- Build in Lean Processes

**END TO END Technology & Analytics**

Walmart Highly Sensitive—Internal Use Only—Do Not Distribute

4

WM00122831

# Merchandising, Logistics, & Operation's efforts to drive waste reduction

 Fresh Angle

 Assortment Reduction

 RPCs

 Shelf life Optimization

 Pack Size Reductions

 Grape Endcap

 Color-coded Backroom Bins



## Supply Chain

 FOMs

 Cost Inventory

 Quality Cart

 Phase 1 DSIM
*Item level visibility for CVP*

Bakery / Deli Deep Dive

 Meat CAP

## Merchandising



 Segmentation

 Speed Pilot

Perishable Consolidation

 Cold Chain Compliance

Eden QC Process

 Modified Base Cost to Serve

 Network Modeling Import and FSC

## Operations



Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

5

# Fresh Network: Segmentation

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

6

WM00122833

# We need to take a segmented approach to our fresh supply chain

|  | Ripened | Low Perishable | Moderately Perishable | Highly Perishable |
|---|---|---|---|---|
| **Higher Velocity** | Bananas | Citrus, Apples, Potatoes | Bell peppers, Watern... | ...s, ...alad |
| **Lower Velocity** | Mangoes, Avocados | Garlic, Nuts | Stone Fruit, Kiwi | Greens, Blueberries |
| **Shelf life** | Depends on time ripened | 1 month or more | 2-4 weeks | Less than 2 weeks |

SPEED

CONSOLIDATION

**What drives shelf life ?** Cell based respiration, consuming sugars, starches, water, etc.
- Non-climacteric fruit does not ripen post-harvest — only degrades
- Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

7

WM00122834

# Fresh Network Modeling: Current and Future

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

8

WM00122835



Current Fresh Network

⬭ Grocery Consolidation Centers
◯ Upstreaming
◆ Import Gateways
△ GDC

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

9

WM00122836



# Future Fresh Network

**Network Benefits**

- 85% GDC Volume one day from FSC
- Increased Delivery Frequency
- Regionalized import volume

◉ Grocery Consolidation Centers
◯ Upstreaming
◆ Import Gateways
△ GDC

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

10

WM00122837

# Fresh Network: Speed Pilot

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

11

WM00122838



WM00122839



# Guiding Principles
## Fresh Flow Pilot

| Flow + Speed | Accuracy | Frequency | Quantity | Collaboration |
|---|---|---|---|---|
| **Never stop** No DC inventory / safety stock | **Measure** in **hours** not days | **7 Days** In & Out of DCs, **7 Days** to Stores | **Order = Need** | **Internal & external** customers |

Robust learning plan + change management strategy

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

13

WM00122840

# Cold Chain:

## Measurement using IOT - Predicting the end

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

14

WM00122841

Developing a world class cold chain measurement capability

Guiding Principles

Invest in the right Technology

Segmented Approach

E2E, Real Time, Always-on

Shelf Life Prediction

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

15

WM00122842

# Continuous, pallet level measurement, harvest to shelf

 Supplier Processing

 Inbound | Transit to DC

DC Processing + Storage

Outbound Transit to Store

 Store Operations

    

Visibility to factors that impact shelf life needed throughout the supply chain

+ Field Temperature
+ Shuttle Wait Time
+ Cooling Wait Time
+ Post-Cooling Temperature

+ Trailer Pre-Cooling
+ Transit Temperature
+ Trailer Multi-Stops
+ Cross-Pallet Warming

+ Limitations of visual inspection

+ Trailer Pre-Cooling
+ Transit Temperature
+ Trailer Multi-Stops
+ Cross-Pallet Warming

+ Trailer Unload Time
+ Product Putaway Time

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

16

WM00122843



# Cold Chain Test starting in August
## Proof of Concept

**Four Vendors**
- Zest
- Emerson
- Sensitech
- Intelligistics

**One Supplier/Item**
Eclipse Farms Strawberries

**Pallet Sensors**
Field to DC

**1 Grocery DC**
DC # 7010 New Caney, TX

**KPIs**
- Temp monitoring alerts
- Shelf Life
- EDLC

Goal: Choose Technology Vendor for Expanded Pilot or Implementation

Walmart Highly Sensitive—Internal Use Only—Do Not Distribute

17

WM00122844

# Time and Temperature are the key variables impacting freshness



### How to Determine Freshness Impact?

- Academic studies have identified **time & temperature** as primary impact
- Other conditions may be required – i.e. Humidity (grapes), Handling
- Must have discerning data in first 12 to 24 hours where 1 hour mishandling = 1 day of freshness

### How to Measure (Sensor Location)

- **Continuous, pallet-level measurement** critical
- Product contact is key – but non-invasive preferred

*"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."*

$$k = Ae^{-Ea/(RT)}$$

- *A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Paul Singh, UC Davis 1988*

Walmart  Highly Sensitive—Internal Use Only—Do Not Distribute

18

## Continuous cold chain measurement throughout our Supply Chain will enable Walmart to make decisions that reduce waste and increase freshness



- Provide **information when decisions are made**, or events warrant action
- Pallet information available in **real time** at each decision point
- Events **"push" data as alerts** when conditions warrant
- Corrective actions from real-time prescriptive analytics

Walmart Highly Sensitive—Internal Use Only—Do Not Distribute

19

WM00122846



# Modeling End Of Life Is A Fascinating And Complex Agriculture, Process And Data Science Problem

**Pre-Harvest**
- Cultivar (variety)
- Geographic region
- Soil conditions
- Fertilizer types/schedule
- Irrigation schedule
- Etc.

**Harvest**
- Weather conditions
- Harvest temperature
- Color
- Size / weight
- Time of day
- Etc.

**Post-Harvest**
- Temperature
- Humidity
- Environmental factors (ethylene, etc.)
- Physical Handling
- Etc.

**Processing & Technology**
- Mapping Process
- Sensor selection
- Tag Placement/Tag Design (for accurate product condition)

**Retailer Quality Data**
- DC QC and store waste/mark-down data
- Freshness requirements

**Scouting App/Supplier QC Data**
- Establish harvest condition & initial shelf life on a daily basis for harvested pallets
- Data collected from Zest Scouting App or from supplier's existing quality data system.

**Product Profile Process**
- Establish expected SL under ideal conditions
- Characterize & model temperature impact on SL
- Characterize and model other factors (seasonality, field, etc.) on SL

**Shelf Life Model**
Quality data from multiple sources is analyzed and the results are used to continuously refine the product shelf life model

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

20

WM00122847

# Monitoring Freshness and generating alerts has impact on Quality



| LETTUCE - 10 Day Freshness Compliance at DC Receiving | | | |
|---|---|---|---|
| | Post | Pre | Baseline DC Location[2] |
| DCs with 4 Day Transit: | **73%** | **27%** | Winter Haven |
| DCs with 3 Day Transit: | **81%** | **35%** | New Caney |
| DCs with 2 Day Transit: | **86%** | **28%** | Casa Grande |
| DCs with 1 Day Transit: | **91%** | **N/A** | N/A |

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

21

WM00122848

Questions?

Walmart  Highly Sensitive—Internal  Use Only—Do Not Distribute

22

WM00122849

## Design Considerations

| | Design Consideration | Initiative |
|---|---|---|
| A | On-Demand Flow | A1 Institute Real-Time Inventory |
| | | A2 Institute On-Demand Replenishment |
| B | Prioritize Days of Life | B1 Identify Fresh-Life Algorithm / Metric |
| | | B2 Incorporate Days of Life into Prioritization |
| C | Forecast & Order Precision | C1 Incorporate Perishability into Fulfillment |
| | | C2 Enhance Forecast Engine |
| | | C4 Enhance Ordering |
| D | End-to-End Visibility | D1 Implement Visualization Platform |
| | | D2 Develop Multi-Domain Data Repository |
| | | D3 Identify and Incorporate Fresh Data |
| | | D4 Enable Farm-to-Shelf Traceability |
| | | D5 Institute Exception Monitoring (Eden-Notify) |
| | | D6 Incorporate Supplier ASN / PTI |
| E | Flexible Alignments | E1 Incorporate Supplier Inbound Flexibility |
| | | E2 Update Flow Pathways Dynamically |
| F | Enhanced QC | F1 Streamline Eden-Inspect |
| | | F2 Build Eden Ecosystem Core |
| G | Horizontal Analytics | G1 Translate and Share Forecasts |
| | | G2 Provide Analytics / Decision Support |
| H | Fresh-Specific Functionality | H1 User-Specific Fresh Apps (Eden Ecosystem) |
| I | Non-Stop Product Flow | I1 Update DC Configurations |
| | | I2 Expand fresh flow pilot |

Walmart

1

WM00122850





The Fresh Flow IT roadmap enables E2E Supply Chain capabilities
Activity
FY18
FY19
FY20
FY21
FY22
W/S 1: Foundational Improvements
D6 Incorporate supplier ASN / PTI
A3 Integrate GLS with Enterprise Inv. & ODR
A2 Institute On-Demand Replenishment
A1 Institute Real-Time Inventory
D2 Develop multi-domain data repository
D3 Identify and incorporate fresh data
B1 Identify fresh-life algorithm / metric
W/S 2: Vertical Enhancements
C2 Enhance forecast engine
I2 Expand Fresh Flow pilot
C1 Incorporate perishability into fulfillment
C4 Enhance ordering
D5 Institute exception monitoring (Eden-Notify)
F1 Streamline Eden-Inspect
B2 Incorporate days of life into prioritization
F2 Build Eden Ecosystem Core
W/S 3: Horizontal Enablement
G1 Translate and share forecasts
D4 Enable farm-to-shelf traceability
G2 Provide analytics / decision support
D1 Implement visualization platform
W/S 4: Next Gen Capabilities
E2 Update flow pathways dynamically
H1 User-specific Fresh apps (Eden Ecosystem)
E1 Incorporate supplier inbound flexibility
Note: Plan accounts for dependencies and assumes prioritization of fresh flow initiatives
End of work stream
Not Started
In-Flight
Walmart
2

**A1 Institute Real-Time Inventory**

Owner(s)
- ISD: TBD
- Business: TBD

**Description**
- Provide systems with real-time visibility to Store/DC inventory
- In future iteration provide refined inventory states including time phased view

**Qualitative Benefits**
- Primary benefit is enablement of various initiatives for Fresh including On-Demand Replenishment and Days of Life Prioritization
- Serves as foundation for a more real-time and flexible replenishment model

**Stakeholders**
- Replenishment
- DC Operations
- Store Operations

**Activities and Timeline**

| Key Milestones | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Institute real-time inventory for stores | | | | | | | | | | | | | | | | | | | | |
| 2 Institute real-time inventory for GDCs | | | | | | | | | | | | | | | | | | | | |
| 3 Institute real-time inventory at FSCs | | | | | | | | | | | | | | | | | | | | |
| 4 Enable time phased view of inventory states | | | | | | | | | | | | | | | | | | | | |
| 5 Integrate additional inventory attributes from sources like ASN | | | | | | | | | | | | | | | | | | | | |
| 6 Institute real-time inventory for imports | | | | | | | | | | | | | | | | | | | | |

**Success Factors and Dependencies**
- Scrum team has been committed for key activities 1-3, additional resourcing may be required for further out activities
- Dependencies on Store system and DC system inventory feeds
- Effective communication to domain teams on how to leverage real-time inventory data feeds in future application development

**Architectural Implications**
- Enable Horizontal: Ensure inventory data available for all systems and domains to leverage
- DC and Store system data feeds into Real-Time Inventory repository
- Replacement of current PI Accum inventory input to GRS with Real-Time Inventory

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

3

WM00122852



**A2 Institute On-Demand Replenishment**

Owner(s)
- ISD: TBD
- Business: TBD

**Description**
- Enable event-based on-demand recalculation of need
- Update and publish DC orders/picks, and store allocation on-demand
- Drive all allocation and prioritization logic from replenishment

**Qualitative Benefits**
- On-demand need calculation and store prioritization will minimize store impact of shorts/oversupply positions
- Consistent application of allocation logic will increase transparency and trust, and drive associated positive ordering behaviors
- Increased order/allocation accuracy will support a more lean/rapid SC w/ reduced SS

**Stakeholders**
- Replenishment
- DC Operations

**Activities and Timeline**

| Key Milestones | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1  Develop core ODR modules and functionality | ■ | ■ | | | | | | | | | | | | | | | | | | |
| 2  Integrate OrderWell with GLS Next Gen Order Processing | | ■ | ■ | | | | | | | | | | | | | | | | | |
| 3  Integrated OrderWell with ODR engine and roll-out to drive DC orders | | ■ | ■ | ■ | | | | | | | | | | | | | | | | |
| 4  Integrate real-time store/DC EI with event driven ODR engine | | | | | ■ | ■ | ■ | | | | | | | | | | | | | |
| 5  Roll-out Next Gen order-processing module to all GDC's | | | | | ■ | ■ | ■ | | | | | | | | | | | | | |
| 6  Identify & incorporate additional elements of WMS logic into ODR | | | | | | | | | ■ | ■ | | | | | | | | | | |
| 7  All allocation logic at Warehouse is driven by ODR/Order-well | | | | | | | | | | ■ | | | | | | | | | | |

**Success Factors and Dependencies**
- Scrum teams for On-Demand and OrderWell committed for FY18 and FY19
- Close coordination of development efforts across Enterprise Inventory and Next Gen teams
- Roll-out of Next Gen Order-Processing module to all GDC's is required to unlock benefits
- On-Demand flexibility unlocks the potential for multiple delivery windows for Fresh, however full utilization of this functionality would require substantial changes to the logistics network

**Architectural Implications**
- Leverage Existing: Build capability within Repl. / GRS
- Replacement of existing GRS modules with new ODR modules
- OrderWell as interface between GRS/GLS
- Enhanced cadence of GRS / GLS communication

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

4

WM00122853





## A3 Integrate GLS with Enterprise Inv. and ODR

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Modify GLS Classic and/or GLS Next Gen to integrate with ODR, Orderwell, and Enterprise Inventory
- Send inventory related event data to Enterprise Inventory to provide real-time inventory.
- Modify GLS systems to support fresh flow iinitiatives

**Qualitative Benefits**
- On-demand need calculation and store prioritization will minimize store impact of shorts/oversupply positions
- Increased order/allocation accuracy will support a more lean/rapid SC w/ reduced SS

**Stakeholders**
- Replenishment
- DC Operations

| Activities and Timeline | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |

NEED TO UPDATE

**Success Factors and Dependencies**
- Scrum teams for support of fresh flow initiatives, including On-Demand , OrderWell, and Enterprise Inventory committed for FY18 and FY19
- Close coordination of development efforts across Enterprise Inventory and Next Gen teams
- Roll-out of Next Gen Order-Processing module to all GDC's is required to unlock benefits
- On-Demand flexibility unlocks the potential for multiple delivery windows for Fresh, however full utilization of this functionality would require substantial changes to the logistics network

**Architectural Implications**
- **Leverage Existing:** Build capability within Repl. / GRS
- Replacement of existing GRS modules with new ODR modules
- OrderWell as interface between GRS/GLS
- Enhanced cadence of GRS / GLS communication

Walmart

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

5

**B1** Identify Fresh-Life Algorithm / Metric

**Owner(s)**
· ISD: Joshua Bohling
· Business: Nikhil Cherian

**Description**
· Develop and test fresh days of life algorithms to provide estimate time to expiration by item
· Convert to dynamically updating metric based on cold chain and environmental data

**Qualitative Benefits**
· Improved forecasting for replenishment based on expiration and need
· Reduce throws by turning away product with less than minimum threshold days of life. Improve quality of product in stores, therefore generating sales lift
· Improve QC insights and provide preemptive inspection guidelines

**Stakeholders**
· Transport
· Quality Control
· DC Operations
· Store Operations
· Replenishment

**Activities and Timeline**

| Key Milestones | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1  Identify key contributors to freshness | | | | | | | | | | | | | | | | | | | | |
| 2  Build preliminary fresh days of life algorithm | | | | | | | | | | | | | | | | | | | | |
| 3  Enable fresh days of life tracking | | | | | | | | | | | | | | | | | | | | |
| 4  [illegible] | | | | | | | | | | | | | | | | | | | | |
| 5  Update fresh days of life metric dynamically | | | | | | | | | | | | | | | | | | | | |
| 6  Integrate fresh days of life metric with Eden Ecosystem | | | | | | | | | | | | | | | | | | | | |

Will Revisit after DC Pilot 10/2/17

**Success Factors and Dependencies**
· Incremental approach to delivering value will leverage available data sources first and incorporate more sophisticated data sets over time
· Improved accuracy over time will be dependent upon successful completion of ASN / PTI and Predictive Indicator efforts as represented in other initiatives
· Integration with JDA and GRS ecosystem will automate solution at scale, however, JDA / GRS environment may present challenges to solution scalability
· ISD resources will be needed to integrate with JDA/GRS and pull in new data feeds
· Training / education for RMs, DMs, DC and store Associates will enable successful roll-out

**Architectural Implications**
· **Enable Horizontal:** Make analysis and data available to all as it supports logic updates in multiple systems (via Muse).
· Logic and coding needed to support fresh days of life algorithm and metric collection
· Incorporate real-time data feed into systems

**Walmart** ✲

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

6

WM00122855





# B2 Incorporate Days of Life into Prioritization

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Incorporate fresh days of life into flow of product to ensure that items with earlier expiration dates and less life flow first
- Prioritize in transportation, DC inventory management, store inventory

**Qualitative Benefits**
- Improves speed of product through network using FEFO logic
- Identifies product that needs to be on shelves earlier to provide highest fresh days of life value for customer

**Stakeholders**
- Transportation
- DC Operations
- Store Operations

| Activities and Timeline7 | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key Milestones | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Identify functions requiring prioritization logic | | | | | | ■ | | | | | | | | | | | | | | |
| 2 Develop prioritization logic structure | | | | | | | ■ | ■ | | | | | | | | | | | | |
| 3 Test and pilot prioritization logic | | | | | | | | ■ | | | | | | | | | | | | |
| 4 Refine prioritization logic | | | | | | | | | ■ | | | | | | | | | | | |
| 5 Incorporate prioritization into systems | | | | | | | | | ■ | ■ | | | | | | | | | | |

NEED TO UPDATE after 10/2/17

**Success Factors and Dependencies**
- Changes to business processes are required for selecting product to move, which is no longer based on FIFO, but rather on a dynamic FEFO calculation
- DC Operations will need to develop ways to change placement of pallets within slots
- More time will be required for stocking and picking to ensure fresh days of life is prioritized
- Dependent upon identifying and developing the fresh days of life algorithm and metric, instituting on-demand replenishment, and incorporating real-time inventory

**Architectural Implications**
- Leverage Existing: Update prioritization logic within existing systems for fresh
- New business logic required to drive updated prioritization

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart

7

### C1 Incorporate Perishability into Fulfillment

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Incorporate product expiration at all nodes into daily demand forecasting and need fulfillment calculations
- Consolidate various date-related perishability metrics (expiration, sell by, etc.) into single metrics source for logics

**Qualitative Benefits**
- Reduces out-of-stock events resulting from lack of accurate inventory levels caused by expiring product
- Drives sales-lift as a result of better in-store availability to customers
- Improves accuracy of forecast and need calculation, reducing reliance on safety stock

**Stakeholders**
- Replenishment
- Store Operations
- DC Operations

**Activities and Timeline**

| Key Milestones | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Define business use of perishability metrics using current metrics available (i.e. expiration date, sell-by date) | | | | | | | | | | | | | | | | | | | | |
| 2 Enable methodology to consume enhanced ASN / PTI date fields | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 Enable methodology to consume enhanced days of life metric (dynamically updated via algorithm instead of static) | | | | | | | | | | | | | | | | | | | | |

**NEED TO UPDATE after 10/2/17**

**Success Factors and Dependencies**
- Incremental approach will deliver value by leveraging available data sources first and incorporating more sophisticated data sets over time
- Improvements to accuracy over time are dependent on successful completion of ASN / PTI and fresh algorithm efforts, as outlined in other initiatives
- Integration with replenishment systems will automate solution at scale, however, JDA / GRS environment may present challenges to solution scalability
- ISD resources are needed to develop integration with JDA / GRS and pull in new data feeds
- Training / education for RMs, DMs, and DC / store Associates will enable successful roll-out

**Architectural Implications**
- Leverage Existing: Update fulfillment / store prioritization logic within GRS
- New business logic "bolt-on" to GRS / JDA demand and fulfillment modules
- Repository for date-related perishability metrics
- Integration of various data sources with new business logic

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes

**Walmart**

8

WM00122857



### C2  Enhance Forecast Engine

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Enable automated adjustments to JDA demand algorithm
- Enable store / item cluster demand algorithm customization
- Incorporate price elasticity and pricing event feeds into forecasting algorithm

**Qualitative Benefits**
- Substantial improvements to forecast accuracy reduces waste and markdowns, with Fresh benefits of ~$30MM
- Improved forecast accuracy will also drive product availability and sales lift in stores
- Improved forecast reduces reliance on safety stock, therefore supporting a faster / fresher network

**Stakeholders**
- Replenishment

**Activities and Timeline**

| Key Milestones | FY18 Q1 Q2 Q3 Q4 | FY19 Q1 Q2 Q3 Q4 | FY20 Q1 Q2 Q3 Q4 | FY21 Q1 Q2 Q3 Q4 | FY22 Q1 Q2 Q3 Q4 |
|---|---|---|---|---|---|
| 1 | Automate forecast settings (e.g. seasonality, non-Lewandowski) | | | | | |
| 2 | New cleansing algorithm incorporated into GRS | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | Global Pricing System event feeds integrated into GRS algorithms | | | | | |

**Success Factors and Dependencies**
- Funding already allocated and work is underway for enhanced JDA configuration and incorporation of a more robust systemic cleansing algorithm into GRS
- Additional funds and resources are required to incorporate price elasticity inputs into demand calculations and integrate GRS with Global Pricing System to consume base retail prices changes and other relevant event feeds
- **Business Process Change:** Replenishment and Merchandising roles and responsibilities will need to reflect new system capabilities

**Architectural Implications**
- **Leverage Existing:** Update existing forecast engine within GRS
- Adjustments to JDA configuration and settings
- New data and business logic bolt-ons to JDA demand engine
- Systems integration between JDA and Global Pricing System

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

9



**C3  Incorporate Next Gen Data & Forecasting**

Owner(s)
- ISD: TBD
- Business: TBD

**Description**
- Leverage various sets of big-data feeds to inform forecast (e.g. weather, credit card, etc.)
- Capture data on Walmart customer shopping patterns and incorporate into forecast
- Develop and incorporate revised logic to predict demand

**Qualitative Benefits**
- Substantial improvements to forecast accuracy reduces waste and markdowns, with Fresh benefits of ~$40MM
- Improvement to forecast accuracy, driving product availability and sales lift in stores
- Improved forecast reduces reliance on safety stock, therefore supporting a faster / fresher network

**Stakeholders**
- Replenishment
- Merchandising

**Activities and Timeline**

| Key Milestones | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1  Identify relevant big-data sets to feed demand algorithm | | | | | | | | | | | | | | | | | | | | |
| 2  Integrate big data feeds into demand calculation | | | | | | | | | | | | | | | | | | | | |
| 3  Enable big data driven forecasting and JDA integration | | | | | | | | | | | | | | | | | | | | |
| 4  Identify relevant Walmart customer trend metrics to integrate | | | | | | | | | | | | | | | | | | | | |
| 5  Enable big data driven forecasts leveraging customer trends | | | | | | | | | | | | | | | | | | | | |

**Success Factors and Dependencies**
- Initial efforts, including external vendor engagement, have provided a strong foundation for initial initiative milestones
- Additional funding is required to fully operationalize and scale pilot efforts (e.g. Crystal)
- Big data and JDA driven demand forecasting will need to run in parallel during initial phases until next gen technology achieves maturity
- Human supervision of big data driven forecasts will be required over a transition period
- New technology will require operating model re-design with clearly defined roles and responsibilities for associates, and UI for human-system interactions

**Architectural Implications**
- **Build Fresh-specific**: Continue investigation and evaluation of greenfield options for fresh
- Incorporate big-data data feeds as identified
- Integration and toggle capability between existing JDA forecast and big data driven forecast

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes

10

MERGED into C2/D2

WM00122859





Walmart

# C4 Enhance Ordering

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Streamline multi-source order logic to improve allocation percentages on distributed supplier base
- Update systems to real-time In-Stock calculation to better monitor availability of product and required orders

**Qualitative Benefits**
- Improves supplier relationships as a result of improves ordering execution
- Improves supply chain resiliency as a result of sourcing flexibility
- Reduces ordering volatility and manual intervention due to more accurate KPI signals
- Enhances diversity of supplier base by ordering from all rather than one

**Stakeholders**
- Merchandising
- Replenishment

**Activities and Timeline**

| Key Milestones | FY18 Q1 | Q2 | Q3 | Q4 | FY19 Q1 | Q2 | Q3 | Q4 | FY20 Q1 | Q2 | Q3 | Q4 | FY21 Q1 | Q2 | Q3 | Q4 | FY22 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Adjust In-Stock reporting to leverage current inventory positions | | | | | | | | | | | | | | | | | | | | |
| 2 Identify variables / factors affecting allocation logic mismatch | | | | | | | | | | | | | | | | | | | | |
| 3 Define updated logic and allocation methodology | | | | | | | | | | | | | | | | | | | | |
| 4 Improve GRS structures governing multi-source alignments to balance order distribution instead of favoring one vendor | | | | | | | | | | | | | | | | | | | | |

NEED TO UPDATE after 10/2/17

**Success Factors and Dependencies**
- Complete 'Perishable In-Stock' efforts already in-flight targeted to deliver by FY18-Q2
- Provide funding required to support multi-source alignment development efforts
- Order forecasts must be accurately provided to supplier to ensure multi-source allocations are delivered with the appropriate and required lead times
- **Business Process Change:** Dependent upon negotiation tactics in dealing with suppliers when utilizing multi-source alignments to ensure LTL and lead times are appropriate

**Architectural Implications**
- **Leverage Existing:** Update ordering / allocation logic within GRS and GLS – ensure both systems are aligned on logic and outcomes
- Real-time data integration with GRS
- Order forecast translation and integration

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

11

## D1 Implement Visualization Platform

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Provide a standardized interface / tool for accessing and visualizing fresh-specific data, either in real-time or connected to legacy repositories
- Enable end-to-end analysis and visualization of product flow and timing

**Qualitative Benefits**
- Faster issue identification, triage and resolution
- Standardized report generation to support diagnosis across Fresh departments
- Reduces user-time spent developing role-specific reports
- Introduces reports and visualizations that are easily shared across departments

**Stakeholders**
- Merchandising
- Replenishment
- DC Operations

| Activities and Timeline | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key Activities | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Identify visualization platform options | | | | | | | | | | | | | | | | | | | | |
| 2 Develop user-scenarios / use cases for evaluation | | | | | | | | | | | | | | | | | | | | |
| 3 Engage vendors - conduct evaluation and select vendor | | | | | | | | | | | | | | | | | | | | |
| 4 Procure/connect to data [illegible] and test | | | | | | | | | | | | | | | | | | | | |
| 5 Train and rollout to applicable users | | | | | | | | | | | | | | | | | | | | |

Data team will update milestones

**Success Factors and Dependencies**
- Developed scenarios should be a mix of reporting needs, as well as issue diagnosis needs
- Integration points with legacy data and real-time data pipes is required
- Requires identification of all fresh-specific data sources both within legacy systems and new sources that are forthcoming
- Platform / visualization tool should be versatile but also user-friendly to limit development of non-ISD supported tools
- **Business Process Change:** User training and on-boarding critical for pervasive and efficient use

**Architectural Implications**
- **Enable Horizontal:** Ensure all users can triage, and diagnose issues as needed, as well as develop relevant reporting
- Platform connects directly to real-time data flows and legacy data repositories
- Data accessed in read-only – no modification to data required

Walmart

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

12





Walmart

## D2 Develop Multi-Domain Data Repository

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Develop and implement a common data repository across domains initially leveraged for all fresh-related data needs
- Document data definitions
- Enable user publication and subscription capabilities

**Qualitative Benefits**
- Provides dedicated location for fresh data and relevant events – minimizes time required to identify and understand data sources
- Provides dedicated location for all new fresh-data to facilitate quick on-boarding and minimize development time required, including supplier and transportation feeds

**Stakeholders**
- ABC

| Activities and Timeline | | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key Milestones | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 | Develop and standardize data structure | | | | | | | | | | | | | | | | | | | | |
| 2 | Identify and implement necessary infrastructure enhancements | | | | | | | | | | | | | | | | | | | | |
| 3 | Determine treatment of data not yet used (store or discard) | | | | | | | | | | | | | | | | | | | | |
| 4 | Communicate availability to ISD and business teams | | | | | | | | | | | | | | | | | | | | |
| 5 | Develop and share procedures for publishing/subscribe to data | | | | | | | | | | | | | | | | | | | | |

Data team will update milestones

**Success Factors and Dependencies**
- Requires ability to incorporate data from disparate sources and at different frequencies, including ocean shippers, growers, suppliers, and internally from legacy systems
- Naming structures easily identify data source, data type, and cadence for users
- Provides means for storing data on a pre-determined cadence within legacy repositories
- Data repository capacity should be expandable as needs dictate
- Data flowing into the pipe but not initially in use by applications requires means for storage
- Data in use by applications regularly needs to be stored within traditional data repositories for future use but on a reduced cadence

**Architectural Implications**
- **Enable Horizontal:** Ensure data can be accessed centrally across domains and systems instead of housed within tables for a single domain
- Enables application development based on publish and subscribe method for data receipt

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

13

### D3  Identify and Incorporate Fresh Data

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Identify additional fresh-related data sources to incorporate into fresh data repository for use in calculations such as fresh days of life or forecasting
- Gather and incorporate data sources into fresh data repository

**Qualitative Benefits**
- Consolidates data into a single fresh data repository to make for easy access by both Associates and systems to utilize
- Provides broader array of inputs into fresh calculations and algorithms

**Stakeholders**
- Merchandising
- Replenishment

**Activities and Timeline**

| Key Milestones | FY18 | FY19 | FY20 | FY21 | FY22 |
|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| 1  Identify relevant fresh-related data sources | | | | | |
| 2  Determine integration methodology with existing data | | | | | |
| 3 | | | | | |
| 4  Enable integration of additional data sources into fresh repository | | | | | |

Data team will update milestones

**Success Factors and Dependencies**
- Requires accurate identification of fresh-related data sources and appropriate integration into systems
- Repository must support various data types and accept fields related to each of the fresh categories
- Dependent upon providing a fresh-specific real-time data repository to enable collection and consolidation of data
- All fresh-related data must be consolidated and stored together to realize full benefit in terms of decreased research and system access times

**Architectural Implications**
- Enable Horizontal: Ensure all data related to fresh is available for all systems and domains to leverage
- New data feed placement and structure
- Fresh data feeds need to be integrated into systems so that they have access

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

14

WM00122863



# D4 Enable Farm-to-Shelf Traceability

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Provide full traceability of product from growing location through supplier processing, transportation, DC processing, store delivery, and stocking, including visibility to food safety compliance at each step
- Provide access to key users

**Qualitative Benefits**
- Improved customer experience in the store as a result of visibility into product origins
- Faster and more targeted response time to food safety recall events
- Improved visibility and insights to local product availability enabling better store execution of local programs

**Stakeholders**
- Quality Assurance
- DC Operations
- Store Operations
- Merchandising

**Activities and Timeline**

| Key Milestones | FY18 Q1 | Q2 | Q3 | Q4 | FY19 Q1 | Q2 | Q3 | Q4 | FY20 Q1 | Q2 | Q3 | Q4 | FY21 Q1 | Q2 | Q3 | Q4 | FY22 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Enable PTI fields for all suppliers (including Local) | | | | | | | | | | | | | | | | | | | | |
| 2 Leverage PTI fields to signal product is Local to store Associates | | | | | | | | | | | | | | | | | | | | |
| 3 Develop PTI capabilities for Imports business | | | | | | | | | | | | | | | | | | | | |
| 4 [illegible] | | | | | | | | | | | | | | | | | | | | |
| 5 Identify data feeds to integrate into traceability database | | | | | | | | | | | | | | | | | | | | |
| 6 Integrate data into traceability database and provide user access | | | | | | | | | | | | | | | | | | | | |

Eden team will update milestones

**Success Factors and Dependencies**
- Successful completion of planned PTI efforts for domestic business including onboarding of small Local suppliers through Web EDI and validation of data accuracy
- Feasibility of extending PTI efforts to Imports dependent upon supplier sophistication
- Traceability platform may take on different technical solves leveraging PTI and real-time inventory versus deploying a blockchain solution; solution/scope will influence effort & cost

**Business Process Changes:**
- Store operational practices to register and execute Local product sales strategy
- Deeper collaboration with suppliers, including compliance management

**Architectural Implications**
- **Enable Horizontal:** Ensure all domains can access and update traceability records
- Expanded PTI data layer and integration with consuming systems (e.g. Store receiving)
- Potential roll-out of data sharing platform with suppliers (e.g. blockchain)

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart

15



### D5 Institute Exception Monitoring (Eden Notify)

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Develop exception mgmt. alerts for various events (e.g. base retail price changes, sub-optimized case-pack size settings, supplier fulfillment delays, ship-point changes)
- Define process and rules to resolve exceptions

**Qualitative Benefits**
- Alerts reduce solution response time, enabling teams to address events before they impact in-stocks and sales at stores
- Faster response time to retail changes improve forecasts and orders to reduce waste
- Faster response times to supplier irregularities reduce shorts and improve product availability in stores

**Stakeholders**
- Replenishment
- Merchandising
- Transportation

**Activities and Timeline**

| Key Milestones | FY18 Q1 | Q2 | Q3 | Q4 | FY19 Q1 | Q2 | Q3 | Q4 | FY20 Q1 | Q2 | Q3 | Q4 | FY21 Q1 | Q2 | Q3 | Q4 | FY22 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Identify scope of Fresh exception alerts and monitoring platform | | | | | | | | | | | | | | | | | | | | |
| 2 Develop exception alerts for supplier routing request delays | | | | | | | | | | | | | | | | | | | | |
| 3 Develop exception alerts for base retail price changes | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 Develop exception alerts for ship point changes | | | | | | | | | | | | | | | | | | | | |
| 6 Develop additional alerts, including Eden Exceptions (Notify) | | | | | | | | | | | | | | | | | | | | |

Eden team will update milestones

**Success Factors and Dependencies**
- Development of exception alerts will depend on availability of reliable Fresh data feeds including, but not limited to, ASN and PTI data
- A robust exception management process leverages a single platform (Eden-Notify) supported by a consolidated data source with user-friendly subscription capabilities, and controls
- Redevelopment of business-developed exception management system: An ISD-developed and supported solution could be utilized to consolidate efforts and alerts from systems already supported by ISD

**Architectural Implications**
- Build Fresh Specific: Alerting is relevant to fresh users only – need to determine what interface will provide cross-system alerts
- Alert/event layer with subscription model to be developed
- Fresh exceptions management platform
- Data extracts from existing systems (e.g. Global Pricing System)

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart

16

WM00122865



### D6 Incorporate Supplier ASN / PTI

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Gather and store enhanced supplier data e.g. ASN/PTI
- Use data to improve supplier performance management

**Qualitative Benefits**
- Provides data foundations to improve operational metrics and product traceability
- Improves engagement with suppliers and foundation for improving service levels

**Stakeholders**
- Replenishment
- DC Operations

**Activities and Timeline**

| Key Milestones | FY18 Q1 | Q2 | Q3 | Q4 | FY19 Q1 | Q2 | Q3 | Q4 | FY20 Q1 | Q2 | Q3 | Q4 | FY21 Q1 | Q2 | Q3 | Q4 | FY22 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Complete ASN repository and make data available for use | | | | | | | | | | | | | | | | | | | | |
| 2 Collect ASNs from high volume suppliers | | | | | | | | | | | | | | | | | | | | |
| 3 Collect ASNs from small suppliers via Web EDI | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 Integrate additional fields into data repository at inventory level (e.g., PTI data) | | | | | | | | | | | | | | | | | | | | |
| 6 Collect enhanced supplier data for imports business | | | | | | | | | | | | | | | | | | | | |

**Success Factors and Dependencies**
- Accurate, standardized and timely ASN & PTI data will be a pre-requisite to enable operational use cases (e.g. streamline Eden and QC processes, streamline DC receiving)

Business Process Change:
- Monitor supplier compliance and data accuracy
- Train Associates on ASN and PTI data definitions

**Architectural Implications**
- Enable Horizontal: Ensure ASN and PTI data can be accessed across domains
- Web portal for EDI
- Data repository for ASN/PTI fields
- ASN/PTI integration with user systems (e.g. EDEN, GLS, OMS, Konkur)

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart ✖

17

Eden team will update milestones

WM00122866







# E1 Incorporate Supplier Inbound Flexibility

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Automate short mitigation by shifting PO's to backup suppliers
- Enable dynamic adjustments to supplier alignments including capability to deliver to new nodes or bypass nodes (e.g. direct to store)

**Qualitative Benefits**
- Increase responsiveness to resolve for shorts
- Improved product availability at stores
- Bypass of nodes in the supply chain will reduce lead-time to shelf and maximize remaining fresh life at store

**Stakeholders**
- Suppliers
- Replenishment
- Transportation
- Store Operations

**Activities and Timeline**

| Key Milestones | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Define short mitigation rules, pre-requisites (e.g. backup supplier rates) | | | | | | | | | | | | | | | | | | | | |
| 2 Incorporate new data to support automated short mitigation | | | | | | | | | | | | | | | | | | | | |
| 3 Implement automated short mitigation in GRS/OMS | | | | | | | | | | | | | | | | | | | | |
| 4 [illegible] to enable multi-node alignment | | | | | | | | | | | | | | | | | | | | |
| 5 Implement business rules to enable dynamic alignment changes | | | | | | | | | | | | | | | | | | | | |

Data team will update milestones

**Success Factors and Dependencies**
- Automation business rules will need to be defined leveraging institutional knowledge of root cause drivers and fail-proof resolution pathways
- Automated shifts to backup suppliers will require storage of backup supplier rates by lane
- Enabling multi-node supplier alignment will require storage of additional lane rates

**Business Process Change:**
- Negotiate additional lanes and rates with suppliers pre-season
- Negotiate lanes, rates and service expectations with backup suppliers pre-season

**Architectural Implications**
- **Leverage Existing:** Update within GRS
- Storage of additional lane and rate data for backup suppliers and backup flow pathways
- Business logic enhancements to GRS/OMS
- Dynamic supplier alignment code structure

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart

18

Walmart

## E2 Update Flow Pathways Dynamically

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Update current rigid one-to-one alignment structures to enable many-to-many node relationships
- Deploy intelligent point of need modeling to dynamically adjust fulfillment pathways to manage exception scenarios

**Qualitative Benefits**
- Flexible alignments will enable GDC's to source each Fresh item from the best possible upstream node enabling better optimization for cost and freshness
- Enables dynamic fulfillment across nodes further extend optimization capabilities and ability to address exception scenarios

**Stakeholders**
- Replenishment
- Transport
- DC Operations
- Store Operations

| Activities and Timeline | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key Milestones | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Enable multi-node alignments (e.g. multi FSC to GDC) | | | | | | | | | | | | | | | | | | | | |
| 2 Enable flexible re-alignments (e.g. stores to GDCs) | | | | | | | | | | | | | | | | | | | | |
| 3 Enable flexible node-to-node alignment (all nodes interconnected) | | | | | | | | | | | | | | | | | | | | |
| 4 Enable modeling of best source to best destination at time of need | | | | | | | | | | | | | | | | | | | | |
| 5 Integrate modeling w/ alignments to enable dynamic changes | | | | | | | | | | | | | | | | | | | | |

Data team will update milestones

**Success Factors and Dependencies**
- Initial multi-node effort is already under development with target deployment of FY18-Q4
- Extension of capabilities to support longer-term efforts to automate alignment changes will require several pre-requisite building blocks including:
  - On-demand initiatives (ODR/OrderWell, Real-Time Inventory)
  - Fresh optimization/prioritization logic
  - Cross-functional modeling software

**Business Process Change:** Plan receiving and shipping capacity at DC's and Stores to account for increased variability resulting from dynamic alignments

**Architectural Implications**
- **Leverage Existing:** Use rules-based flow via primary and secondary pathways
- **Enable Horizontal:** Use centralized modeling to optimize and direct underlying supply chain systems (long-term)
- Dynamic node-to-node alignment codes
- In a longer-term solution, integration of cross-functional optimization modeling software

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

19

**F1 Streamline Eden-Inspect**

**Owner(s)**
- ISD: Eden
- Business: Chuck Tilmon

**Description**
- Incorporate additional data feeds into Inspect to increase efficiency and streamline process
- Reduce number of manual inputs required during QC process through integration of ASN, coldchain, and other data

**Qualitative Benefits**
- Increase efficiency and speed of QC process within the DC
- Incorporate additional data points into QC process to streamline workflow
- Reduce manual effort involved in QC efforts

**Stakeholders**
- DC Operations
- Quality Control

**Activities and Timeline**

| Key Milestones | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Consume ASN & coldchain data through Eden | | | | | | | | | | | | | | | | | | | |
| 2 Collect and consume insights from Gather | | | | | | | | | | | | | | | | | | | |
| 3 Use ASN and cold chain data to streamline & preempt inspection | | | | | | | | | | | | | | | | | | | |

**Success Factors and Dependencies**
- Requires accurate and timely ASN & PTI data from suppliers in order to completely streamline Eden and QC processes
- Cold chain compliance sensors must be incorporated properly into each point in the flow
- ASN data must be captured automatically as trucks are received at docking
- Need to train QC Associates on how to utilize new data and feeds in QC inspection process
- Dependent upon Identify and Incorporate Fresh Data Initiative
- Enhanced PTI with case-level tracking necessary to correlate cold chain and movement data

**Architectural Implications**
- Fresh Specific: Update user interface and flow once new data feeds available
- Data layer to support ASN and cold chain compliance data
- Support for real-time data feed through wireless methods
- Integration of ASN and cold chain compliance data with Eden

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart

20



## F2 Build Eden Ecosystem Core

**Owner(s)**
- ISD: Eden
- Business: TBD

### Description
- Develop fundamental platform for Fresh Quality data gathering, tracking, and sharing

### Qualitative Benefits
- Visibility of lifecycle of fresh goods
- On-demand access to current & historical location, quality, and freshness data of perishable goods at any point in the chain
- Field-to-shelf traceability
- Enhanced decision-making power

### Stakeholders
- DC Operations
- Quality Control
- Replenishment
- Merchandising
- Logistics
- Sourcing
- Store**

### Activities and Timeline

| | Key Milestones | FY18 Q1 | Q2 | Q3 | Q4 | FY19 Q1 | Q2 | Q3 | Q4 | FY20 Q1 | Q2 | Q3 | Q4 | FY21 Q1 | Q2 | Q3 | Q4 | FY22 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Identify data sources, outputs & key feature sets | | | | | | | | | | | | | | | | | | | | |
| 2 | Design & build core platform (Muse) | | | | | | | | | | | | | | | | | | | | |
| 3 | Incorporate external data sources | | | | | | | | | | | | | | | | | | | | |
| 4 | Build Notification/Event Layer (Notify) | | | | | | | | | | | | | | | | | | | | |
| 5 | Identify & build tech-ops/enablement pieces | | | | | | | | | | | | | | | | | | | | |

### Success Factors and Dependencies
- Requires integration of additional data sources into Eden
- Successful team growth strategy to focus on horizontal efforts and technical scale
- Ecosystem vision strategically robust and flexible
- New technologies should automate practices and drive efficiencies from QC Associates, DC dwell time, and suppliers
- Dependent upon the availability and accuracy of data from other systems

### Architectural Implications
- **Fresh Specific:** Update logic within Eden once new data feeds available
- Integration of agro and supplier data
- Creation of a "core" data layer for Eden (Muse)
- Business logic to enhance QC decisions using data within the Fresh "Data Lake"
- Integration of new technology into QC & Sourcing operations

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

21

WM00122870







## G1 Translate and Share Forecasts

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Translate current GRS order forecast into relevant usable forecasts for DC's, Stores, Transport and Suppliers
- Publish forecasts to stakeholders
- Develop collaboration platform to enable joint planning efforts

**Qualitative Benefits**
- Visibility to future demand enables better capacity planning, driving reductions in SG&A expense during moments of peak capacity
- Supplier visibility into future orders will better align production / harvest schedules with Walmart demand to drive better supplier service levels (e.g. OTIF, Quality)

**Stakeholders**
- Replenishment
- DC Operations
- Transportation
- Store Operations
- Suppliers

| Activities and Timeline | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key Milestones | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Publish forecasts to improve planning for GDCs and FSCs | ■ | ■ | ■ | | | | | | | | | | | | | | | | | |
| 2 Publish forecasts to improve planning for Inbound Transport | | ■ | ■ | ■ | | | | | | | | | | | | | | | | |
| 3 Publish forecasts to improve planning for Store receiving and Ops | | | | ■ | | | | | | | | | | | | | | | | |
| 4 Develop analytics platform to drive improvements | | | ■ | ■ | ■ | | | | | | | | | | | | | | | |
| 5 Develop collaboration tools to support cross-functional planning | | | | ■ | ■ | | | | | | | | | | | | | | | |

**Success Factors and Dependencies**
- Integrity of order forecast inputs and their correct translation to relevant outputs
- Improvements to forecasting engine through other initiatives will contribute to refining baseline forecast accuracy and therefore order forecast accuracy for planning purposes
- Approach to deliver value in obtainable increments will support broader program success
- **Business Process Change:** Initial outputs provided to stakeholders need to be piloted and monitored for accuracy during a training period prior to full roll-out across all items / DCs

**Architectural Implications**
- **Leverage Existing:** translate forecast from GRS and feed to relevant existing systems
- Derivation of new metrics from current baseline order forecast
- Conversion of forecast and integration into various systems

Walmart

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

22

## G2 Provide Analytics / Decision Support

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- Build a platform / application layer that provides analytical support to users during critical decision points (e.g. negotiations)
- Connect to various data elements via fresh-specific data pipe and/or legacy repositories

**Qualitative Benefits**
- Improved fresh days of life at stores
- Enhanced speed through the network
- Ability for users to make the best decision for the customer instead of optimizing within a single vertical or guessing what will maximize delivered fresh days of life

**Stakeholders**
- Replenishment
- Transport
- DC Operations
- Store Operations

**Activities and Timeline**

| Key Milestones | | FY18 Q1 | FY18 Q2 | FY18 Q3 | FY18 Q4 | FY19 Q1 | FY19 Q2 | FY19 Q3 | FY19 Q4 | FY20 Q1 | FY20 Q2 | FY20 Q3 | FY20 Q4 | FY21 Q1 | FY21 Q2 | FY21 Q3 | FY21 Q4 | FY22 Q1 | FY22 Q2 | FY22 Q3 | FY22 Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Identify and target decisions within verticals that impact flow | | | | | | | | | | | | | | | | | | | | |
| 2 | Define decision support required – interview users | | | | | | | | | | | | | | | | | | | | |
| 3 | [illegible] applications that [illegible]rovide users a view of flow i[illegible] | | | | | | | | | | | | | | | | | | | | |
| 4 | D[illegible]y [illegible] applications | | | | | | | | | | | | | | | | | | | | |
| 5 | Identify modeling engine and enhance analytical support | | | | | | | | | | | | | | | | | | | | |

Data team will update milestones

**Success Factors and Dependencies**
- Identification of and development for all decision points where the user is either incentivized to optimize for the vertical, or unable to determine the best decision for overall flow
- Requires connection to fresh-specific data
- Requires basic scenario calculation or modeling to provide best result to users quickly (i.e. during a negotiation)
- Best results enabled via modified incentives for business users in decision making

**Architectural Implications**
- **Enable Horizontal:** Analytics should occur across systems considering most recent data from real-time feeds
- **Leverage Existing:** Tie analytics to existing user interfaces either within current systems or Eden
- Interfaces with both fresh-specific data via pub/sub model and legacy data repositories

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart

23

# H1 Incorporate Fresh Life into Optimization

Duplicate - MERGED WITH B2

**Owner(s)**
- ISD: TBD
- Business: TBD

**Description**
- At all cost optimization points within systems, incorporate a fresh-life dimension into the calculation that factors remaining fresh-life and optimizes for delivering maximum fresh-life to the customer within cost constraints

**Qualitative Benefits**
- Improved fresh-life delivered to stores
- Enhanced speed through the supply chain

**Stakeholders**
- ABC

| Activities and Timeline | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key Milestones | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Identify all cost optimization points within systems | | | | | | | | | | | | | | | | | | | | |
| 2 Identify initial set of cost constraints versus fresh benefits | | | | | | | | | | | | | | | | | | | | |
| 3 Modify optimization operation and factors | | | | | | | | | | | | | | | | | | | | |
| 4 Test and deploy | | | | | | | | | | | | | | | | | | | | |
| 5 Monitor and refine | | | | | | | | | | | | | | | | | | | | |

**Success Factors and Dependencies**
- All decision points within legacy systems identified
- Requires view of fresh-life remaining for specific inventory considered for optimization
- Test, deploy and refinement may be aligned to domains and occur for each optimization point instead of applying to all at once

**Business Process Change:**
- Business users made aware of upcoming changes to logic that may impact their P&Ls but will deliver improved fresh-life to stores and customers
- Users that touch systems directly are aware of changes and trained on new operation

**Architectural Implications**
- **Leverage Existing:** Incorporate updated logic into existing systems (short-term)
- **Enable Horizontal:** Use centralized modeling to optimize and direct underlying supply chain systems (long-term)
- Impacts application layer within legacy systems
- Requires new logic
- Requires new connections to fresh-life data attached to inventory

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart

24







## H1 User Specific Fresh Apps (Eden Ecosystem)

**Owner(s)**
- ISD: Eden
- Business: TBD

**Description**
- Develop applications centered around a given role that maximize speed and freshness for the customer

**Qualitative Benefits**
- Improved fresh days of life at the store
- Enhanced speed through the network
- Improved decision making for all fresh product
- Decreased business-facing associate time spent developing and updating tools to augment functionality of ISD-supported legacy systems

**Stakeholders**
- ABC

| Activities and Timeline | FY18 | | | | FY19 | | | | FY20 | | | | FY21 | | | | FY22 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key Milestones | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Interview users and identify non-ISD supported fresh tools in use | | | | | | | | | | | | | | | | | | | | |
| 2 Review user needs and requirements, design apps | | | | | | | | | | | | | | | | | | | | |
| 3 Identify fresh specific application needs and develop roadmap | | | | | | | | | | | | | | | | | | | | |
| 4 Build applications within Eden | | | | | | | | | | | | | | | | | | | | |
| 5 Deploy and train users | | | | | | | | | | | | | | | | | | | | |

**Success Factors and Dependencies**
- Identification of fresh-specific functionality required only – no duplication of GM functions that are sufficient
- Identification and incorporation into a user-facing, fresh-specific platform (Eden) that provides agile development of new tools and functions as business needs dictate
- Development outside of legacy systems
- Underlying Eden Core & ops/enablement designed and built with input from relevant stakeholders
- Future feature flexibility as additional requirements are recognized and prioritized

**Architectural Implications**
- **Fresh Specific and Leverage Existing (Eden)**
- New applications built within Eden Ecosystem using established practices and Core data/integrations

1. Does not include estimates for annual recurring costs. Does not include costs to implement business process changes.

Walmart

25

WM00122876



Executive Summary
Meat & Poultry
FRESH
• Technology is a key enabler of excellence in Fresh Flow – Walmart has the opportunity to leapfrog competitors through a fresh-focused strategy
• The path forward requires aggressively building Fresh into Walmart Technology, introducing new fresh-specific capabilities designed to enhance end-to-end flow
• Success requires alignment of all needed business process changes, facility/workplace modifications, and system development
• Implementation will occur in work streams designed around foundational work required and org. readiness (domain versus cross-functional development)
• IT enhancements supporting Fresh Flow have potential to enable $2.5B sales increase, and will cost an estimated $200MM - $250MM in addition to related non-IT requests
• Activities to complete in the short-term will set the foundation for program governance, appropriate resourcing, and Fresh product team enablement

Over the past 12+ weeks, we crafted a Fresh Flow IT strategy that provides the capabilities and flexibility required to Win in Fresh

  

**Business Needs** ⟩ **IT Capabilities**

- **Stakeholder Engagement:**
  - Information Gathering Sessions (aligned to each step of the value chain)
  - Stakeholder interviews for pain points & issues

- **External Research:**
  - Retailer Perishable IT Strategies
  - Emerging Industry Trends and Implications
  - Best Practices

- **Vision & Strategy**
  - Fresh Flow strategy and long-term needs

- **System Baseline:**
  - Systems in use at each step of the value chain
  - Home grown and external systems, and key integration points

- **Initiative Baseline:**
  - Initiatives in-flight and intended delivered capabilities
  - Fresh specific vs. general initiatives

- **Gap Analysis:**
  - Comparison of current capabilities + capabilities in development to business needs

- **Strategy:**
  - Architectural / Platform recommendations to introduce flexibility
  - Implementation phases in-line with org. capabilities

- **Roadmap:**
  - Re-organization of in-flight initiatives around fresh
  - Articulation and incorporation of new initiatives

- **Execution:**
  - Priority initiatives
  - Program success criteria and recommended governance

3

WM00122878



WM00122879

Technology is a key enabler of excellence in Fresh Flow – there is no silver bullet available; Walmart must define its own path

**Competitive landscape summary**



Walmart's Fresh Technology Strategy should be grounded in its core assets of delivering large-scale supply chain systems

5

WM00122880

# Perishable retailers are using a variety of IT tools to update their supply chain systems (1 of 2)

Non-Exhaustive

## Notable Competitor Perishable Systems Investments

Commercial Software

**Kroger**
- Developing Oracle data mgmt. platform
- Oracle allocator tool used to improve store-specific allocation decisions
- Strategic Dunnhumby purchase for Retail Heartbeat forecasting & need suite

**Giant Eagle**
- Manhattan Associates TMS, WMS, labor mgmt., and extended enterprise expanded to develop end-to-end platform
- Sustainable fisheries partnership (SFP) used to scorecard select suppliers

**Whole Foods**
- Partnership with Infor to replace separate legacy systems w/ single platform
- First implemented new end-to-end back office systems solution

**Aldi**
- SAP for Retail Solutions portfolio implemented to improve retail processes at all locations and achieve greater transparency in goods transaction

**Lidl**
- New merchandise management and information platform "eLWIS" based on SAP for Retail to replace vertical processes with horizontal ones and increase functional scope

Source: Various Vendors

6

WM00122881

## Perishable retailers are using a variety of IT tools to update their supply chain systems (2 of 2)

Not Exhaustive

### Notable Competitor Perishable Systems Investments

| | Retailer | Description | Sourcing & Supplier Mgmt. | Planning & Replenishment | Inbound Transport | DC Operations | Outbound Transport |
|---|---|---|---|---|---|---|---|
| Combination | Loblaws | • SAP platform used to integrate and manage centralized data, inform pricing elasticity decisions, and increase cost visibility<br>• Also uses JDA Demand tool and Manhattan WMS | | jda | SAP / Manhattan — Integrated data management WMS | | |
| Combination | Wegmans | • Leverages various niche tools to support specific capabilities (e.g. pick from pallet)<br>• Manhattan Track & Trace for visibility and alerting on all fleet & carrier vehicles | trace register | PRESCIENT | Manhattan | [illegible] | Manhattan |
| Combination | SUPERVALU | • Leverages PINC system for real-time visibility informing yard management in conjunction with JDA WMS; various initiatives for meat traceability | IdentiGEN | | PINC | jda | |
| Combination | HEB | • Uses JunctionFB tool from RSM to increase inventory visibility; integrated with five legacy HEB systems for floor management<br>• Leverages Manhattan transportation mgmt. tools | | DemandTec an IBM Company | Manhattan | RSM | Manhattan |
| Built in-House | TESCO | • Long-term investment in developing demand forecasting tool in-house by leveraging Matlab modelling tools, historical sales data held in Teradata and weather patterns | | FCST & analytics tool (Matlab) | microlise | ORACLE | microlise |

Source: Various Vendors

7

WM00122882

Improved IT aligned to Fresh Flow will deliver substantial benefits and new capabilities to effectively execute Fresh



**Increased Fresh-life**

· Move most sensitive (perishable) products through supply chain as quickly as possible, increasing freshness for customers

· Measure fresh-life and incorporate into system product movement decisions



**Improved Flow Execution**

· Ensure product is in the right place at the right time, improving in-stock and maximizing sales potential

· Fulfill to need, minimizing waste based on accurate views of true store need

· Visibility to product status and location at all times.



**Enhanced Quality**

· Maintain ideal product environment throughout supply chain

· Partner with suppliers to improve freshness performance

· Accept the freshest quality merchandise

8

WM00122883

The go-forward roadmap will build Fresh into Walmart Technology and introduce new fresh-specific capabilities to enhance end-to-end flow

| | From | To | Results in: |
|---|---|---|---|
|  | Standard flow approaches across departments | Perishables flow without stopping for segmented, low shelf-life items | • Increased fresh-life as a result of improved speed to store |
|  | Batch processing among systems | Real-time or on-time system processing | • Reduced waste as fulfillment aligns to more recent view of store need |
|  | Data housed and accessed across multiple systems, or not available for Fresh | Real-time data layer for all fresh data, accessible across all systems | • Increased fresh-life and reduced waste as a result of improved and faster decision making |
|  | Cost-driven decision-making | Fresh and cost decision-making | • Reduced waste and increased fresh life as optimizations factor both cost and fresh |
|  | QC processes at steps in the supply chain | Cold chain and quality Excellence | • Increased fresh-life as a result of quality improvement |

1 Roadmap accounts for dependencies and prioritization of initiatives

9

WM00122884

A comprehensive roadmap requires refocus and integration of existing initiatives, and the introduction of new initiatives to address gaps

Non-Exhaustive

| | Fresh Design Consideration | Status | In-Flight | New |
|---|---|---|---|---|
| A | Enable On-Demand Flow | Components in-flight | Enterprise Inventory, On-demand Repl (ODR) | none |
| B | Prioritize Days of Life | Components in-flight | Fresh Algorithm, Cold Chain RFP | Incorporation of fresh algorithm into prioritization logic |
| C | Enhance Forecast & Order Precision | Components in-flight | Enhancements to JDA/GRS GLS Rounding Logic | Fulfillment based on perishability, Integration of pricing systems |
| D | Deliver End-to-End Visibility | Development required | Supply Chain Blockchain POC | Product visibility & traceability, Fresh specific data repository |
| E | Enable Flexible Alignments | Components in-flight | Multiple FSC to GDC Alignments | Flexibility in supplier alignments, Dynamic updates to flow paths |
| F | Enable Enhanced QC | Components in-flight | Eden, Cold Chain Compliance | Eden consumption of fresh data, QC decision logic enhancement |
| G | Optimize across Functional Verticals | Development required | none | Translation of forecasts, Cross-functional analytics |
| H | Incorporate Fresh vs Cost Decision-Making | Development required | none | Cross-functional fresh life optimization |
| I | Incorporate Fresh-Specific Functionality | Components in-flight | Eden | Fresh-specific tool set for analytics and visualization |
| J | Enable Produce Flow without Stopping | Development required | none | DC Reconfiguration |

10

WM00122885

Implementation of the roadmap will occur in work streams designed around foundational work required and organizational readiness to deliver

   

**Work Stream 4**
Next-Generation
Capabilities

*"Activate next generation capabilities that provide dynamic automation of systems leveraging big data*

**Work Stream 3**
Horizontal
Enablement

*"Deliver tools and platforms that enable cross-functional optimization and decision making"*

**Work Stream 2**
Vertical
Enhancements

*"Enhance vertically aligned systems to provide optimization based on fresh days of life and cost"*

**Work Stream 1**
Foundational
Improvements

*"Deliver foundational improvements that pave the way for initiatives in subsequent waves"*

### New Capabilities Delivered

- Real-time inventory
- On-demand replenishment
- Fresh Days of Life Remaining
- On-demand fresh data

- Fresh Product Prioritization
- Enhanced QC Capabilities
- Enhanced Forecasting

- End-to-End Traceability
- Fresh Flow Optimization
- Insights & Visualization

- Automated contingency for shorts / rejections
- Dynamic Alignments

11

WM00122886

The Fresh Flow IT roadmap enables Fresh to shift away from vertical alignments to cross-functional capabilities

### Fresh Flow IT Roadmap (Initial)[1]



1. Roadmap accounts for dependencies and prioritization of initiatives

12

WM00122887

As we consider different roadmap scenarios, we estimate an accelerated timeline is possible provided dedicated resources and top prioritization

**Timeline Scenarios**



Immediate start

Funding request includes additional funding for FY 18

Prioritization occurs within domains against other work in-flight — Fresh may still come behind other initiatives



In addition to points in the initial scenario and incremental FY 18 funding, acceleration requires:

- Cross-domain direction to prioritize work for Fresh — all other initiatives are de-prioritized

- Faster enablement of agile, horizontal team operation



All new work starts in FY 2019

In-flight and no regrets work only for FY 2018

Funding request applies to FY 2019 and onward only

13

WM00122888

This is expected to cost $200–250MM and require the business to make relevant associated process changes

**Estimated Expense Range ($MM)**

| | Total | Work Stream 1 Foundational | Work Stream 2 ISD Domain Enhancements | Work Stream 3 Horizontal Enablement | Work Stream 4 Next Gen Capabilities |
|---|---|---|---|---|---|
| GM + Fresh Total | $194 - $244 | $58 - $77 | $28 - $38 | $57 - $68 | $51 - $62 |
| Capex[1] | $175 - $212 | $56 - $73 | $24 - $30 | $49 - $55 | $46 - $54 |
| Internal Labor[2] | $19 - $32 | $2 - $4 | $4 - $8 | $8 - $13 | $5 - $8 |
| Fresh %[3] | 80% | 78% | 68% | 91% | 80% |
| *Fresh Specific Total | $156 - $196 | $45 - $60 | $19 - $26 | $51 - $61 | $41 - $49 |
| Annual Recurring[4] | $12 - $37 | $3 - $9 | $1 - $6 | $4 - $12 | $4 - $10 |

**Operational changes not included in estimate and would occur in tandem**

Definitions
1. CAPEX: One-time purchases of Hardware, Consulting Fees, or other one-time expenses
2. Labor: Investment required for Walmart internal ISD development assuming a scrum team of 5 equivalent FTE. (Effort (time) multiplied by avg. labor Rate/hr.)
3. Directional % allocation of required investment that is being made for Fresh, vs. shared with General Merchandise
4. Recurring: Ongoing annual expenses for software licensing, services, and other annual recurring expenses

14

WM00122889

Fresh Flow has the opportunity to enable increased sales of $2.5B[1]
through improved freshness, quality, and flow execution

## Summary of opportunity

$10.4B[2] upside is calculated by prompting more
customers to spend more on Fresh



$10.4B

$2.5B — Increased sales driven by
perception of freshness
(e.g. quality, availability, and
traceability)

$7.9B — Customer spend driven by
other factors (e.g. assortment,
cleanliness, customer service)

This program can enable ~$2.5B of the total
value projected for Fresh[1]

Freshness &
Quality
Improvements

Improved Customer
Perception

Sales Lift

time

$2.5B / Yr. opportunity

1. $1.5B committed target
2. Revenue benefit driven by customer response to fresh product based on share of wallet gap analysis

15

WM00122890

Short-term activities are needed to set the foundation for program governance, resourcing, and product team enablement

### Next steps



- Add "vertical-focused" initiatives to domain team roadmaps and prioritize against work in flight (i.e. incorporate fresh-life indicator into TLO logic)
- Develop ways of working for new horizontal teams aligned to initiatives (teams that span across Walmart Technology domains)
- Evaluate options to resource initiative teams



- Identify method for applying Fresh Life Indicator at the inventory level for use in quality control and prioritizing work throughout the supply chain
- Design Fresh-Specific Data Layer including definition of data requirements and identification of existing and required data sources

- Establish teams for governance and PMO across Walmart Technology and Business
- Empower Fresh Flow Product Team to intervene when efforts are deprioritized or as issues arise

**Compatible work in progress and the next steps outlined above can begin today – approval needed to secure funding**

16

WM00122891