# EXHIBIT B

| From: | Nikhil Cherian |
|---|---|
| To: | Rodney Greenfield |
| Sent: | 8/29/2017 3:17:59 PM |
| Subject: | Analytics ideation- Fresh Flow v2.pptx |
| Attachments: | Analytics ideation- Fresh Flow v2.pptx |

Hi Rodney,

Here's the deck you asked for.  The slides are not the latest versions of all the initiatives but I use it to onboard.

Regards,

Nikhil Cherian, Director U.S. Fresh Flow
Phone: 479.277.6602 Mobile: 479.899.2174

**PLAINTIFF'S EXHIBIT**
**0149**

**PLAINTIFF'S EXHIBIT**
NO. 149

WM00035007



1

WM00035008



WM00035009

How can we develop an efficient, field-to-fork, fresh supply chain that delivers the freshest food possible to our customers?



| Existing network causes waste | Missing cold chain flow technology | Ineffective end-to-end process/technology |
|---|---|---|
| Perishable items don't move through the supply chain, fast enough. | Sparse visibility to our cold chain (temperature, humidity etc.) across growers, distribution facilities, transit, stores... | Systems are built to deliver GM, not fresh products i.e., on-demand flow, shelf life prioritization, incorporate Fresh vs. Cost Decision-Making etc. |
| Flow built around EDLC not freshness | | |
| Waste is currently planned as an unavoidable problem and is built into forecasts and buying | Does not enable us to make decisions on how to prioritize remaining life causing big implications on waste and compliance | DC floor plans do not support continuous picking, cross-docking, and simultaneous loading and unloading of product |

**E2E efficient  Fresh Supply Chain**

- Enable a paradigm cross-functional shift from field/import to store that removes waste, increases speed to deliver freshness
- Design waste out of our network through lean processes that address flow opportunities
- Built enterprise system that enables fast and flexible E2E movement seamlessly from farm to fork
- Create a world class cold chain and freshness data ecosystem with continuous real time data that drives fresh centric decision making
- Optimize 3PL capabilities and fully leverage FSCs

Walmart Highly Confidential/Attorneys Eyes Only/Do Not Distribute

3

Wednesday, July 29, 2015

WM00035010



Take care of it, move it fast and touch it once

4

WM00035011



Presenters: Tyler, Shana, Kelly

Message
- We have projects from across the company focused on waste
- Tyler, Shana, and Kelly should highlight examples from their areas

Engage with audience, ask individuals to talk about what ideas they have

5



Fresh Network: Segmentation

Wednesday, July 29, 2015

WM00035013

We need to take a segmented approach to our fresh supply chain

| | Ripened | Low Perishable | Moderately Perishable | Highly Perishable | |
|---|---|---|---|---|---|
| Higher Velocity | | | | SPEED | |
| | Bananas | Citrus, Apples, Potatoes | Bell peppers, Waterm... | | ...d |
| Lower Velocity | | CONSOLIDATION | | | |
| | Mangoes, Avocados | Garlic, Nuts | Stone Fruit, Kiwi | Greens, Blueberries | |
| Shelf life | Depends on time ripened | 1 month or more | 2-4 weeks | Less than 2 weeks | |

What drives shelf life ? Cell based respiration, consuming sugars, starches, water, etc.
• Non-climacteric fruit does not ripen post-harvest – only degrades
• Climacteric fruit can ripen further, but still has limited resources, so respiration remains a critical management metric

WM00035014



Fresh Network Modeling: Current and Future

Wednesday, July 29, 2015

WM00035015



WM00035016



WM00035017



Wednesday, July 29, 2015

WM00035018



WM00035019



Requirements of the pilot

Wednesday, July 29, 2015

WM00035020

Cold Chain:

Measurement using IOT - Predicting the end

Walmart Highly Sensitive – Internal Use Only – Do Not Distribute

16

Wednesday, July 29, 2015

WM00035021

## We Are Testing the use of IOT Devices To Reduce Post-harvest Fresh Food Waste



**How to Determine Freshness Impact?**
- Academic studies have identified time & temperature as primary impact
- Other conditions may be required -- i.e. Humidity, Gasses, Handling
- Must have discerning data in first 12 to 24 hours where those matters/shelf -- 1 day of freshness

**How to Measure (Sensor Location)**
- Consistency, pallet-level measurement needed
- Product contact is key - but non-invasive preferred

"The primary characteristic of the kinetic model is that the rate of quality loss is an exponential function of the reciprocal of absolute temperature (the Arrhenius relationship)."

$$k = Ae^{-Ea/(RT)}$$

- A Kinetic Approach to Food Quality Prediction Using Full-History Time-Temperature Indicators – JH Wells & Food Singh, UC Davis 1988

35

WM00035022



WM00035023



WM00035024



Monitoring Freshness and generating alerts has impact on Quality

| LETTUCE - 10 Day Freshness Compliance at DC Receiving | | | |
|---|---|---|---|
| | Post | Pre | Baseline DC Location? |
| DCs with 4 Day Transit: | 73% | 27% | Winter Haven |
| DCs with 3 Day Transit: | 81% | 35% | New Caney |
| DCs with 2 Day Transit: | 86% | 28% | Casa Grande |
| DCs with 1 Day Transit: | 91% | N/A | n/a |

Wednesday, July 29, 2015

WM00035025



WM00035026