IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; ZEST LABS HOLDINGS, LLC; and RISKON INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC. F/K/A WAL-MART STORES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:18-CV-500-JM<br><br>JURY TRIAL DEMANDED |

## MOTION FOR PERMISSION TO COMMUNICATE WITH JURORS

Walmart Inc., for its motion for permission to communicate with jurors, states:

1. Jury deliberations in this matter ended on May 13, 2025, and the jury has been discharged.

2. Walmart understands that it is permitted to communicate with jurors only upon permission from the Court.

3. Walmart files this motion to obtain the Court's permission.

4. Walmart understands that, even upon the Court's granting permission, individual jurors will not be required to communicate with Walmart but may do so if they are willing.

WHEREFORE, Walmart Inc. prays that this Court grant its motion for permission to communicate with jurors and allow it to communicate with jurors in this matter.

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
(713) 431-7100 Telephone
(713) 431-7101 Facsimile

John E. Tull III (84150)
E. B. Chiles IV (96179)
R. Ryan Younger (2008209)
Glenn Larkin (2020149)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
jtull@qgtlaw.com
cchiles@qgtlaw.com
ryounger@qgtlaw.com
glarkin@qgtlaw.com

*Attorneys for Defendant Walmart Inc.*
*f/k/a Wal-Mart Stores, Inc.*