IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION; RISKON
INTERNATIONAL, INC., and
ZEST HOLDINGS, LLC                                                                      PLAINTIFFS

v                              CASE NO. 4:18-CV-500-JM

WALMART INC. f/k/a
WAL-MART STORES, INC.,                                                                  DEFENDANT

### PLAINTIFFS' MOTION FOR PERMISSION TO COMMUNICATE WITH JURORS

Plaintiffs Zest Labs, Inc., Zest Holdings, LLC, and RiskOn International, Inc. ("Zest"), by and through its undersigned counsel, and for its *Motion for Permission to Communicate with Jurors*, state:

1. Jury deliberations in this matter ended on May 13, 2025, and the jury has been discharged.

2. Zest understands that it is permitted to communicate with jurors only upon permission from the Court.

3. Zest files this motion to obtain the Court's permission to communicate with jurors.

4. Zest understands that, should the Court grant Zest such permission, individual jurors are not required to communicate with Zest but may choose to do so if they are so willing.

WHEREFORE, Zest prays that this Court grant its motion for permission to communicate with jurors and allow it to communicate with jurors in this matter.

Dated: May 14, 2025                                         Respectfully submitted,

Patrick Ryan*  
Sean R. McTigue*  
Kenneth L. Richard*  
Natalie A. Felsen*  
BARTKO LLP  
1100 Sansome Street  
San Francisco, CA 94111  
(415) 956-1900  
*pryan@bartkolaw.com*  
*smctigue@bartkolaw.com*  
*krichard@bartkolaw.com*  
*nfelsen@bartkolaw.com*  
*Admitted *pro hac vice*

Scott P. Richardson  
Brittany D. Webb  
MCDANIEL WOLFF, PLLC  
1307 West Fourth Street  
Little Rock, AR 72201  
(501) 954-8000  
*scott@mcdanielwolff.com*  
*bwebb@mcdanielwolff.com*

H. Christopher Bartolomucci*  
SCHAERR | JAFFE LLP  
1717 K Street NW, Suite 900  
Washington, DC 20006  
(202) 787-1060  
*cbartolomucci@schaerr-jaffe.com*  
*Admitted *pro hac vice*

Kate M. Falkenstien*  
BLUE PEAK LAW GROUP, LLP  
3790 El Camino Real, PMB 846  
Palo Alto, CA 94306-3314  
(281) 972-3036  
*kate@bluepeak.law*  
*Admitted *pro hac vice*

*Attorneys for Plaintiffs ZEST LABS, INC., ZEST LABS HOLDINGS LLC, and RISKON INTERNATIONAL, INC.*