ZEST LABS, INC., et al.                                            PLAINTIFFS

4:18-cv-00500-JM

WALMART INC.                                                        DEFENDANT

JURY VERDICT

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
MAY 1 3 2025
IN OPEN COURT
TAMMY H. DOWNS
By: /s/ _____
DEPUTY CLERK

## VERDICT FORM

**Please reach a unanimous verdict for each of the following questions.**

**INTERROGATORY NO. 1-A**: Do you find, by the greater weight of the evidence, that Zest Labs has proved its claim of trade secret misappropriation?

                                                                       YES
                                                                      (Yes or No)

5/13/25                                                              Michael Geist
(Date)                                                        (Signature of Foreperson)

**If your answer is "Yes," proceed to and answer Interrogatory 1-B.**
**If your answer is "No," your deliberations are complete.**

**INTERROGATORY NO. 1-B**: What amount do you find, by the greater weight of the evidence, reasonably and fairly compensates Zest Labs for damages which were proximately caused by Walmart's misappropriation?

                                                      $ 72,700,000

5/13/25                                                             Michael Geist
(Date)                                                        (Signature of Foreperson)

**Proceed to and answer Interrogatory No. 1-C after answering this Interrogatory.**

**INTERROGATORY NO. 1-C**: Do you find, by clear and convincing evidence, that Walmart's misappropriation of Zest Labs' trade secret was willful and malicious?

<u>YES</u>
(Yes or No)

<u>5/13/25</u>
(Date)

<u>Michael Geist</u>
(Signature of Foreperson)

**If you answer "Yes" to 1-C, proceed to and answer 1-D.**
**If you answer "No" to 1-C, your deliberations are complete.**

**INTERROGATORY 1-D**: What amount do you award to Zest Labs for exemplary damages?

$ <u>150 m</u>

<u>5/13/25</u>
(Date)

<u>Michael Geist</u>
(Signature of Foreperson)

**Your deliberations are complete. Please notify the Court Security Officer.**