AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

ZEST LABS, INC.                                       WALMART INC.          EXHIBIT AND WITNESS LIST
                                        V.
                                                                            CASE NUMBER: 4:18-cv-00500-JM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James M. Moody Jr. | Patrick Ryan | John Keville |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| April 28, 2025-May 9, 2025 | Karen Dellinger | Kacie Glenn |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/29/2025 | | X | Troy Richards |
| 2 | | 4/29/2025 | | X | Ckristian Velez |
| 4 | | 4/30/2025 | | X | Kelly Boyle |
| 3 | | 4/29/2025 | | X | Jeffrey Kerbs (by video depostion) |
| 5 | | 4/30/2025 | | X | Denise Sharpe |
| 6 | | 5/1/2025 | | X | Nikhil Cherian (by video depostion) |
| 7 | | 5/1/2025 | | X | Minming Li (by video depostion) |
| | | | | | Aihong Wen |
| 8 | | 5/1/2025 | | X | Chuck Tilmon |
| 9 | | 5/1/2025 | | X | Aubree Rankin |
| 10 | | 5/1/2025 | | X | Peter Mehring |
| 11 | | 5/7/2025 | | X | Diane Beckles |
| 13 | | 5/7/2025 | | X | Mark Lanning |
| | | | | | Joshua Bohling |
| 12 | | 5/7/2025 | | X | Bob Stoll |
| | | | | | Scott Durgin |
| | | | | | Greg Foran |
| | | | | | Parvez Musani |
| 14 | | 5/8/2025 | | X | Stephen Becker |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

**Zest v. Walmart-Admitted Exhibits**
**4:18-cv-00500-JM**

| Exhibit No. |
| --- |
| PTX-0003 |
| PTX-0005 |
| PTX-0017 |
| PTX-0038 |
| PTX-0047 |
| PTX-0052 (also DTX-0082) |
| PTX-0056 (in as PTX-412/56) |
| PTX-0067 |
| PTX-0075 |
| PTX-0091 |
| PTX-0097 |
| PTX-0098 |
| PTX-0100 |
| PTX-0102 |
| PTX-0103 |
| PTX-0111 |
| PTX-0113 |
| PTX-0115 |
| PTX-0116 |
| PTX-0117 |
| PTX-0122 |
| PTX-0123 |
| PTX-0146 |
| PTX-0161 |
| PTX-0162 |
| PTX-0167 |
| PTX-0168 |
| PTX-0172 |
| PTX-0173 |
| PTX-0184 |
| PTX-0190 |
| PTX-0200 |
| PTX-0203 |
| PTX-0205 |
| PTX-0208 |
| PTX-0209 |
| PTX-0213 |
| PTX-0218 |
| PTX-0222 |
| PTX-0235 |

**Zest v. Walmart-Admitted Exhibits**
**4:18-cv-00500-JM**

| |
|---|
| PTX-0236 |
| PTX-0239 |
| PTX-0250 |
| PTX-0259 |
| PTX-0261 |
| PTX-0263 |
| PTX-0264 |
| PTX-0265 |
| PTX-0270 |
| PTX-0311 |
| PTX-0317 |
| PTX-0320 |
| PTX-0325 |
| PTX-0329 |
| PTX-0330 |
| PTX-0332 |
| PTX-0335 |
| PTX-0336 |
| PTX-0340 |
| PTX-0341 |
| PTX-0343 |
| PTX-0365 |
| PTX-0382 |
| PTX-0399 |
| PTX-0402 |
| PTX-0412 (in as PTX-412/56) |
| PTX-0414 |
| PTX-0416 |
| PTX-0417 |
| PTX-0418 |
| PTX-0516 |
| PTX-0598 |
| PTX-0640 |
| PTX-0707 |
| PTX-0762 (same as DTX-402) |
| PTX-0801 |
| PTX-0830 |
| PTX-0960 |
| PTX-0977 |
| PTX-0980 |
| PTX-0997 |

**Zest v. Walmart-Admitted Exhibits**
**4:18-cv-00500-JM**

| |
|---|
| PTX-1042 |
| PTX-1075 |
| PTX-1187-Slide 19 only |
| PTX-1191 |
| PTX-1240 |
| PTX-1241 |
| PTX-1272 |
| PTX-1301 |
| PTX-1324 |
| PTX-1367 |
| PTX-1383/DTX-282 |
| PTX-1409 |
| PTX-1674 |
| PTX-1717 |
| PTX-1755 |
| PTX-1904 |
| PTX-2072 |
| PTX-2115 |
| PTX-2209 |
| PTX-2346 |
| PTX-2347 |
| PTX-2358 |
| PTX-2402 |
| PTX-2404 |