AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

ZEST LABS, INC. v. WALMART INC.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:18-CV-00500-JM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Select Judge . . . | Patrick Ryan | John Keville |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| April 28, 2025-May 13, 2025 | Karen Dellinger | Kacie Glenn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 5/6/2025 | | | Greg Foran (via video - Teams) |
| | 2 | 5/8/2025 | | | Joshua Bohling |
| | 3 | 5/8/2025 | | | Tom Reese (by video deposition) |
| | 4 | 5/8/2025 | | | Catherine Adams Hutt |
| | 5 | 5/9/2025 | | | William Choi |
| | 6 | 5/9/2025 | | | Lewis Riley |
| | 7 | 5/9/2025 | | | Robert Bahr (via video - Teams) |
| | 8 | 5/9/2025 | | | Kathi Vidal |
| | 9 | 5/9/2025 | | | Kelly Boyle |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

**Zest v. Walmart-Admitted Exhibits**
**4:18-cv-00500-JM**

| Exhibit No. |
| --- |
| DTX-0005 |
| DTX-0029 |
| DTX-0033 |
| DTX-0039 |
| DTX-0040 |
| DTX-0045 |
| DTX-0049 |
| DTX-0058 |
| DTX-0068 |
| DTX-0080 |
| DTX-0082 (also PTX-0052) |
| DTX-0088 |
| DTX-0089 |
| DTX-0095 |
| DTX-0099 |
| DTX-0119 |
| DTX-0132 |
| DTX-0137 |
| DTX-0142 |
| DTX-0145 |
| DTX-0181 |
| DTX-0182 |
| DTX-0184 |
| DTX-0214 |
| DTX-0215 |
| DTX-0216 |
| DTX-0282/PTX-1383 |
| DTX-0297 |
| DTX-0333 |
| DTX-0335 |
| DTX-0385 |
| DTX-0387 |
| DTX-0388 |
| DTX-0399 |
| DTX-0400 |
| DTX-0401 |
| DTX-0402 (same as PTX-762) |
| DTX-0427 |
| DTX-0468 |
| DTX-0468-A |

**Zest v. Walmart-Admitted Exhibits**
**4:18-cv-00500-JM**

| |
|---|
| DTX-0569 |
| DTX-0597, p. 1 only |
| DTX-0618 |
| DTX-0619 |
| DTX-0622 |
| DTX-0623 |
| DTX-0624 |
| DTX-0625 |
| DTX-0626 |
| DTX-0640 |
| DTX-0641 |
| DTX-0642 |
| DTX-0674 |
| DTX-0676 |
| DTX-0680 |
| DTX-0715 |
| DTX-0716 |
| DTX-0718 |
| DTX-0725 |
| DTX-0732, p. 1-3 |
| DTX-0732-A, p. 315-319 |
| DTX-0739, p. 1 only |
| DTX-0743 |
| DTX-0750 |
| DTX-0759 |
| DTX-0762 |
| DTX-0775 |
| DTX-0777 |
| DTX-0778 |
| DTX-0791 |
| DTX-1027 |
| DTX-1030 |
| DTX-1032 |
| DTX-1032-A |
| DTX-1043, pgs 499-501 only |
| DTX-1054 |
| DTX-1056 |
| DTX-1059 |
| DTX-1060 |
| DTX-1134 |
| DTX-1135 |

**Zest v. Walmart-Admitted Exhibits**
**4:18-cv-00500-JM**

| |
|---|
| DTX-1136 |
| DTX-1137 |
| DTX-1150 |
| DTX-1151 |
| DTX-1152 |
| DTX-1153 |
| DTX-1154 |

3