# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ZEST LABS, INC., et al.**                                                                                 **PLAINTIFFS**

**v.**                                               **No. 4:18-cv-00500-JM**

**WAL-MART, INC.**                                                                                          **DEFENDANT**

## ORDER

Pending before the Court are Defendant's Motion for Permission to Communicate with Jurors (Doc. No. 794) and Plaintiffs' Motion for Permission to Communicate with Jurors (Doc. No. 795). Good cause having been shown, the motions are GRANTED.

Accordingly, the Clerk of the Court is directed to send the standard letter to the jurors who served on this case. After the letters are returned, the Clerk of the Court will provide them to counsel for both sides.

IT IS SO ORDERED this 14th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE