# Katelyn Cameron

| | |
|---|---|
| **From:** | Brittany Webb <bwebb@mcdanielwolff.com> |
| **Sent:** | Wednesday, May 28, 2025 8:42 AM |
| **To:** | AREDdb_clerksoffice |
| **Cc:** | Scott Richardson; Chandler Sullivan; Blanca Conway |
| **Subject:** | 4:18-cv-500, Zest, et al. v. Walmart: Exhibit H Substitution in Doc. 804 |
| **Attachments:** | Exhibit H_Zest Rebuttal (correct version).pdf |

**CAUTION - EXTERNAL:**

Good morning,

Thank you for taking my call this morning and guiding me through substituting a document – as always, y'all are live savers!

I need to have Exhibit H of Docket Entry 804, Plaintiffs' Record Supplement of Demonstratives Used at Trial, in the above captioned case swapped out and replaced with the attached. I've condensed the file so I hope it shouldn't give you any trouble, but please don't hesitate to call me at (870) 819-6729 with any questions.

Many thanks,
Brittany

**McDANIEL WOLFF**
— PLLC —

**Brittany Webb**
Associate Attorney
*Licensed in Arkansas and
the District of Columbia*

Office: (501) 954-8000, ext. 103
Fax: (866) 419-1601
Email: bwebb@mcdanielwolff.com
1307 W. 4th Street | Little Rock, Arkansas 72201

CONFIDENTIALITY NOTICE: This message and any attachment is confidential, intended only for the use of the individual named above, and may constitute a privileged attorney-client communication. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. Please notify the sender immediately of the unintended delivery of this message and permanently erase the message from your system. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by McDaniel Wolff, PLLC. Receipt of e-mail does not establish an attorney-client relationship.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1