Case: 4:18-cv-00500-JM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 2 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

KATIE ALLGOOD
BARTKO PAVIA LLP
555 MADISON AVENUE, 11TH FLOOR
NEW YORK NY 10022-3301

-----------------------------------------------------------

STATES DISTRICT COURT
    CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE
    SUITE A-149
OCK, ARKANSAS 72201-3325

    OFFICIAL BUSINESS

LITTLE ROCK AR 72?
10 MAY 2025AM 4 L

quadient
FIRST-CLASS MAIL
IMI
**$000.97** ⁰
05/09/2025 ZIP 72201
043M31260289

US POSTAGE

2025 JUN -2 A 10: 20

NIXIE    146   DE 1      0005/30/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 72201332999    *2857-11085-18-22

72201>3329
14592-999955