**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ZEST LABS, INC. f/k/a INTELLEFLEX**
**CORPORATION; RISKON**
**INTERNATIONAL, INC., and**
**ZEST HOLDINGS, LLC**                                                              **PLAINTIFFS**

**v**                                      **CASE NO. 4:18-CV-500-JM**

**WALMART INC. f/k/a**
**WAL-MART STORES, INC.,**                                          **DEFENDANT**

**ORDER**

1.      The jury's verdict in this matter was rendered on May 13, 2025.

2.      Defendant Walmart Inc. has requested to file a posttrial brief on the issue of

exemplary damages before judgment is entered. Any such brief must be filed by June 24, 2025.

Zest's response is due July 1, 2025. Walmart may file a reply on or before July 9, 2025.

3.      The Court anticipates that the parties will file post-judgment motions challenging

the verdict and requesting attorney's fees, interest, and costs. All such motions must be filed within

seven days after the entry of judgment.

IT IS SO ORDERED

THIS 5th day of June 2025.

_____
United States District Judge