UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| ZEST LABS, INC. *f/k/a* INTELLEFLEX CORPORATION; ZEST LABS HOLDINGS, LLC; *and* RISKON INTERNATIONAL, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>WALMART INC. *f/k/a* WAL-MART STORES, INC.,<br><br>*Defendant.* | No. 4:18-cv-500-JM |

**Notice of Erratum Regarding Walmart's Post-Trial Brief on Exemplary Damages**

Counsel for Walmart identified an error in Walmart's Post-Trial Brief Regarding Exemplary Damages, Dkt. 810, filed June 24, 2025. Specifically, on page 10, the phrase "only three emails linked Mr. Bohling to any Zest information before the <u>non-provisional</u> patent application was filed…" should be corrected to state "only three emails linked Mr. Bohling to any Zest information before the <u>provisional</u> patent application was filed…" *See* Dkt. 810 at 10.

John E. Tull III (84150)
E. B. Chiles IV (96179)
R. Ryan Younger (2008209)
Glenn Larkin (2020149)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
jtull@qgtlaw.com
cchiles@qgtlaw.com
ryounger@qgtlaw.com
glarkin@qgtlaw.com

Mark C. Fleming (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6909 Telephone
(617) 526-5000 Facsimile
mark.fleming@wilmerhale.com

Thomas G. Sprankling (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6062 Telephone
(650) 858-6100 Facsimile
thomas.sprankling@wilmerhale.com

John R. Keville (*pro hac vice*)
Robert L. Green (*pro hac vice*)
Chante B. Westmoreland (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
(713) 431-7100 Telephone
(713) 431-7101 Facsimile
jkeville@sheppardmullin.com
rgreen@sheppardmullin.com
cwestmoreland@sheppardmullin.com

*Attorneys for Defendant Walmart Inc.*
*f/k/a Wal-Mart Stores, Inc.*