IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION; RISKON
INTERNATIONAL, INC., and
ZEST HOLDINGS, LLC                                                         PLAINTIFFS

v                         CASE NO. 4:18-CV-500-JM

WALMART INC. f/k/a
WAL-MART STORES, INC.,                                                     DEFENDANT

### NOTICE OF FILING CERTAIN EMAILS TO COMPLETE THE RECORD

COMES NOW Plaintiffs Zest Labs, Inc., Zest Holdings, LLC, and RiskOn International, Inc. ("Zest"), by and through its undersigned counsel, and hereby gives *Notice of Filing Certain Emails to Complete the Record*, state:

1. Attached as Exhibit A is a May 8, 2025, email giving the Court's ruling on testimony of Walmart's expert Catherine Hutt.

2. Attached as Exhibit B is a May 11, 2025, email chain giving the Court's ruling on jury instructions and closing arguments. The attachment to the 2:18 p.m. May 11, 2025, email is at Docket # 786.

3. Attached as Exhibit C is a May 16, 2025 email chain regarding Walmart's proposed exemplary damages brief.

Dated: July 15, 2025                                  Respectfully submitted,

                                                      Patrick Ryan*
                                                      Sean R. McTigue*
                                                      Kenneth L. Richard*
                                                      Natalie A. Felsen*
                                                      BARTKO LLP
                                                      1100 Sansome Street

1

San Francisco, CA 94111
(415) 956-1900
*pryan@bartkolaw.com*
*smctigue@bartkolaw.com*
*krichard@bartkolaw.com*
*nfelsen@bartkolaw.com*
*Admitted *pro hac vice*

Scott P. Richardson
Brittany D. Webb
MCDANIEL WOLFF, PLLC
1307 West Fourth Street
Little Rock, AR 72201
(501) 954-8000
*scott@mcdanielwolff.com*
*bwebb@mcdanielwolff.com*

H. Christopher Bartolomucci*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
*cbartolomucci@schaerr-jaffe.com*
*Admitted *pro hac vice*

Kate M. Falkenstien*
BLUE PEAK LAW GROUP, LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306-3314
(281) 972-3036
*kate@bluepeak.law*
*Admitted *pro hac vice*

*Attorneys for Plaintiffs ZEST LABS, INC., ZEST LABS HOLDINGS LLC, and RISKON INTERNATIONAL, INC.*