# EXHIBIT A

**Subject:** Hutt Bt9 video
**Date:** Thursday, May 8, 2025 at 6:23:05 PM Central Daylight Time
**From:** Jay Moody <Jay_Moody@ared.uscourts.gov>
**To:** Scott Richardson <scott@mcdanielwolff.com>, John Tull <jtull@qgtlaw.com>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

After looking at the context of the Hutt report I am not going to let her walk through the video. She can compare the Ben Tzur patent to the Zest soulution.
Sent from my iPad