# EXHIBIT B

| | |
|---|---|
| **Subject:** | Re: Zest v. Walmart -- Jury Instructions |
| **Date:** | Sunday, May 11, 2025 at 5:48:34 PM Central Daylight Time |
| **From:** | Scott Richardson <scott@mcdanielwolff.com> |
| **To:** | Jay Moody <Jay_Moody@ared.uscourts.gov> |
| **CC:** | Chip Chiles <cchiles@qgtlaw.com>, AREDdb_jmchambers <jmchambers@ared.uscourts.gov>, Stacy Hatfield <Stacy_Hatfield@ared.uscourts.gov>, pryan@bartkolaw.com <pryan@bartkolaw.com>, Kate Falkenstien <kfalkenstien@bartkopavia.com>, John Keville <JKeville@sheppardmullin.com>, Robert Green <RGreen@sheppardmullin.com>, Chante Westmoreland <CWestmoreland@sheppardmullin.com>, John Tull <jtull@qgtlaw.com>, R. Ryan Younger <ryounger@qgtlaw.com>, Glenn Larkin <glarkin@qgtlaw.com>, Walmart-Zest <walmart-zest@bartkopavia.com> |

Patrick will be making closing arguments.
It is our intention to argue closing consistent with the Court's rulings.

Scott

> On May 11, 2025, at 5:31 PM, Jay Moody <Jay_Moody@ared.uscourts.gov> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> Scott,
> Please confirm you will close consistent with my rulings.
> Sent from my iPad

>> On May 11, 2025, at 4:35 PM, Scott Richardson <scott@mcdanielwolff.com> wrote:

>> **CAUTION - EXTERNAL:**

>> We intended to make the following argument:

>> The trade secret is the Zest Fresh Process as contained in the Bohling patent applications filed by Walmart;

>> The misappropriations started when Walmart first began using that trade secret to prepare, draft, and file the patent applications, and culminated in the use and disclosure of the trade secret in the publication of patent applications.

We plan to show that the preparation for the filings must have started no later than January 2017, which is 11 months prior to the filing of the provisional application.

We are available to discuss if this does not comport with what the Court is expecting.

Best,

Scott

---

**From:** Jay Moody <Jay_Moody@ared.uscourts.gov>
**Date:** Sunday, May 11, 2025 at 3:56 PM
**To:** Scott Richardson <scott@mcdanielwolff.com>
**Cc:** Chip Chiles <cchiles@qgtlaw.com>, AREDdb_jmchambers <jmchambers@ared.uscourts.gov>, Stacy Hatfield <Stacy_Hatfield@ared.uscourts.gov>, pryan@bartkolaw.com <pryan@bartkolaw.com>, Kate Falkenstien <kfalkenstien@bartkopavia.com>, John Keville <JKeville@sheppardmullin.com>, Robert Green <RGreen@sheppardmullin.com>, Chante Westmoreland <CWestmoreland@sheppardmullin.com>, John Tull <jtull@qgtlaw.com>, R. Ryan Younger <ryounger@qgtlaw.com>, Glenn Larkin <glarkin@qgtlaw.com>, Walmart-Zest <walmart-zest@bartkopavia.com>
**Subject:** Re: Zest v. Walmart -- Jury Instructions

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Everyone,

The only misappropriation that either party may argue to the jury is the publication of the Bohling patent. Zest alleged trade secret is confined to the Zest Fresh Solution as contained in the Bohling Patent.

I ask that a lawyer from each side confirm that nothing in their closings runs afoul of these rulings.

I am making some final adjustments to the instructions which Stacy will send to everyone soon. We can make a record at 8:00am in the morning.
Sent from my iPad

On May 11, 2025, at 2:18 PM, Scott Richardson <scott@mcdanielwolff.com> wrote:

**CAUTION - EXTERNAL:**

Good afternoon Judge Moody,

Attached are Plaintiffs' recommended changes to the jury instructions and verdict forms with a supporting brief. Exhibit B is Plaintiffs' full proffered jury instructions with some explanatory notes following each one. Exhibit A is redline version of the jury instructions that Court shared with the parties on May 9, 2025, and Exhibit C is a redline of the verdict forms. Exhibit D is the Bench Brief we previously filed requesting an instruction explaining the difference between patent and trade secret law for ease of reference. We will file the attached of record as well.

Best,

Scott

**From:** Chip Chiles <cchiles@qgtlaw.com>
**Date:** Sunday, May 11, 2025 at 9:49 AM
**To:** Jay Moody <jay_moody@ared.uscourts.gov>
**Cc:** jmchambers@ared.uscourts.gov <jmchambers@ared.uscourts.gov>, Stacy Hatfield <stacy_hatfield@ared.uscourts.gov>, pryan@bartkolaw.com <pryan@bartkolaw.com>, Kate Falkenstien <kfalkenstien@bartkopavia.com>, Scott Richardson <scott@mcdanielwolff.com>, John Keville <jkeville@sheppardmullin.com>, Robert Green <rgreen@sheppardmullin.com>, Chante Westmoreland <cwestmoreland@sheppardmullin.com>, John Tull <jtull@qgtlaw.com>, R. Ryan Younger <ryounger@qgtlaw.com>, Glenn Larkin <glarkin@qgtlaw.com>
**Subject:** Zest v. Walmart -- Jury Instructions

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender

and know the content is safe.

Judge Moody:

The first attachment is Walmart's objections to the jury instructions and verdict forms provided by the Court on May 9 and Walmart's additional proffers. The other attachments are exhibits, which include the Court's May 9 and May 7 instruction sets and Walmart's additional proffered instructions. I understand PACER is down today, but we intend to file these tonight. Thank you.

Respectfully,

E. B. (Chip) Chiles IV | Quattlebaum, Grooms & Tull PLLC | 501.379.1734

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

<Exhibit A -.pdf>
<Exhibit B -.pdf>
<Exhibit C -.pdf>
<Exhibit D -.pdf>
<Motion Regarding Jury Instructions.pdf>

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**