**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ZEST LABS, INC., et al**                                                                          **PLAINTIFFS**

**V.**                                                    **4:18CV00500 JM**

**WALMART INC.**                                                                                  **DEFENDANT**

## <u>ORDER</u>

The Court has been notified that this case has settled. An order of dismissal will be filed in fifteen (15) days. The parties have until then to file any remaining motions. The Clerk is directed to administratively stay the case.

IT IS SO ORDERED this 28th day of July, 2025.

_____
James M. Moody Jr.
United States District Judge