IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION; ZEST LABS HOLDINGS
LLC, and RISKON INTERNATIONAL,
INC.,

        Plaintiffs,

v.

WALMART INC. f/k/a WAL-MART
STORES, INC.,

        Defendant.

No. 4:18-CV-500-JM

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P.41(a)**

IT IS HEREBY STIPULATED by and between plaintiffs Zest Labs, Inc. f/k/a Intelleflex Corporation, Zest Labs Holdings LLC, and Riskon International, Inc., (collectively "Zest") and defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc. ("Walmart"), by and through their counsel of record, that the above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each side to bear its or their own fees and costs, including attorneys' fees. For clarity, the parties further stipulate that neither will file any post-trial motions, including renewing or filing any motion for sanctions against the other party or their attorneys.

| | |
|---|---|
| DATED: August 11, 2025 | BARTKO PAVIA LLP |
| | MCDANIEL WOLFF, PLLC |
| | SCHAERR JAFFE LLP |
| | BLUE PEAK LAW GROUP, LLP |
| | By: _____<br>Patrick Ryan<br>Scott P. Richardson<br>H. Christopher Bartolomucci<br>Kate M. Falkenstien<br>Attorneys for Plaintiffs Zest Labs, Inc., Zest Holdings LLC, and Riskon International, Inc. |
| DATED: August 11, 2025 | QUATTLEBAUM, GROOMS & TULL PLLC |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | SHEPPARD, MULLIN, RICHTER, HAMPTON, LLP |
| | By: _____<br>John E. Tull III<br>Mark C. Fleming<br>Thomas G. Sprankling<br>John R. Keville<br>Attorneys for Defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc. |