IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZEST LABS, INC. f/k/a INTELLEFLEX
CORPORATION; ZEST LABS HOLDINGS
LLC, and RISKON INTERNATIONAL,
INC.,

        Plaintiffs,

v.

WALMART INC. f/k/a WAL-MART
STORES, INC.,

        Defendant.

        No. 4:18-CV-500-JM

## ORDER OF DISMISSAL

Having considered the Stipulation of Dismissal (Dkt. 816) submitted by plaintiffs Zest Labs, Inc. f/k/a Intelleflex Corporation, Zest Labs Holdings LLC, and Riskon International, Inc., (collectively "Zest") and defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc. ("Walmart"), and good cause appearing therefor, the Court approves the Stipulation of Dismissal, and Orders that the above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each side to bear its or their own fees and costs, including attorneys' fees. This Order includes dismissal of any sanctions claims or motions that either party may have against the other or their attorneys.

      The Clerk is directed to close the case.

**IT IS SO ORDERED**

DATED: August 12th, 2025

_____
The Hon. James M. Moody

3146.001/5818493.2