**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ZEST LABS, INC. f/k/a INTELLEFLEX CORPORATION; and ECOARK HOLDINGS, INC.** **PLAINTIFFS**

**V.** **4:18CV500 JM**

**WALMART INC. f/k/a WAL-MART STORES, INC.** **DEFENDANT**

**ORDER**

After review of the motion for temporary restraining order, the motion to enforce the Protective Order, and the response, the Court finds that motion for temporary restraining order (Doc. No. 819) is MOOT and the motion to enforce the Protective Order (Doc. No. 818) is GRANTED IN PART and DENIED IN PART.

Consistent with the Protective Order (Doc. No. 87), the parties are prohibited from disclosing Protected Information unless ordered to do so by this Court. Former lead counsel for Zest, non-party Bartko Pavia LLP, has not released any privileged documents and has no intention of releasing these documents without this Court's approval. Sanctions, therefore, are not warranted.

IT IS SO ORDERED this 10th day of September, 2026.

James M. Moody Jr.
United States District Judge